**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Charles** _____ First name  **R.** _____ Middle name  **Bradley** _____ Last name and Suffix (Sr., Jr., II, III) | _____ First name  _____ Middle name  _____ Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3813 | |

Debtor 1    **Charles R. Bradley**                                                    Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>**DBA  Basin Energy Company, EIN No. 61-1187129**<br>**DBA  Arnold Avenue Properties, sole proprietorship**<br>**DBA  R-1 Compressed Gas**<br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **2802 Ky Route 825**<br>**Hagerhill, KY 41222**<br>_____<br>Number, Street, City, State & ZIP Code<br><br>**Johnson**<br>_____<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**P O Box 934**<br>**Prestonsburg, KY 41653**<br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Charles R. Bradley**                                                          Case number *(if known)*

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |
| | Debtor | | Relationship to you | |
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

---

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1   **Charles R. Bradley**                                              Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No.   Go to Part 4.

■ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**See Attachment**
Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

Debtor 1    **Charles R. Bradley**                                               Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Charles R. Bradley**                                          Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

■ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Charles R. Bradley**
_____          _____
**Charles R. Bradley**                          Signature of Debtor 2
Signature of Debtor 1

Executed on  **October 21, 2016**              Executed on  _____
MM / DD / YYYY                            MM / DD / YYYY

---

Debtor 1    **Charles R. Bradley**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Dean A. Langdon**                               Date    **October 21, 2016**

Signature of Attorney for Debtor                                MM / DD / YYYY

**Dean A. Langdon**

Printed name

**DelCotto Law Group PLLC**

Firm name

**200 North Upper Street**
**Lexington, KY 40507-1017**

Number, Street, City, State & ZIP Code

Contact phone    **(859) 231-5800**                Email address

**KY Bar No. 40104**

Bar number & State

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if known)*

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Charles R. Bradley** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

---

## FORM 101. VOLUNTARY PETITION ATTACHMENT

### Additional Sole Proprietorship(s)

**Basin Energy Company**
Name of business, if any

**P O Box 934**
**Prestonsburg, KY 41653**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

■   None of the above

---

**Arnold Avenue Properties**
Name of business, if any

**P O Box 934**
**Prestonsburg, KY 41653**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

■   None of the above

---

Debtor 1    **Charles R. Bradley**                                              Case number *(if known)*

**Millbranch Oil & Gas**

Name of business, if any

Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Charles R. Bradley** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an amended filing

---

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | **Unsecured claim** |
|---|---|---|

**1**

**Aimco-Palazzo at Park La Brea**
**5680 Greenwood Plaza**
**Suite 350**
**Greenwood Village, CO 80111**

What is the nature of the claim?    apartment - final balance due    $ **$27,170.88**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

Contact

Contact phone

---

**2**

**ARCHROCK/EXTERRAN**
**P O Box 201160**
**Dallas, TX 75320-1160**

What is the nature of the claim?    trade debt    $ **$59,286.84**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____

Contact

---

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Charles R. Bradley** | Case number *(if known)* | |
|---|---|---|---|

Contact phone _____   Unsecured claim   $ _____

---

**3**

**Big Sandy Gas Pipeline LLC**
**5400 Westheimer Ct**
**Houston, TX 77056-5310**

What is the nature of the claim?   **Guarantee of Troublesome Creek Gas obligation**   $ **$319,474.17**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**4**

**C&J Well Service**
**PO Box 975682**
**Dallas, TX 75397-5682**

What is the nature of the claim?   **trade debt, Walker Partnership**   $ **$237,412.46**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**5**

**Citizens Bank of Kentucky**
**620 Broadway**
**Paintsville, KY 41240**

What is the nature of the claim?   **Guaranty of Troublesome Creek debt**   $ **$127,017.54**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**6**

**Community Trust Bank**

What is the nature of the claim?   **Guarantee of debt of various partnerships**   $ **$1,037,060.31**

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Charles R. Bradley** _____    Case number *(if known)* _____

**346 North Mayo Trail**
**P O Box 2947**
**Pikeville, KY 41502**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:          - $ _____
   Unsecured claim              $ _____

---

**7**

**Community Trust Bank**
**346 N Mayo Trail**
**P O Box 2947**
**Pikeville, KY 41502-2947**

**What is the nature of the claim?**   **Guarantee of note from Deer Lick Partners, Little Deer Lick, Leatherwood Partners**   $ **$1,037,060.31**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:          - $ _____
   Unsecured claim              $ _____

---

**8**

**Community Trust Bank, Inc.**
**346 N Mayo Trail**
**P O Box 2947**
**Pikeville, KY 41502-2947**

**What is the nature of the claim?**   **Guarantee of Troublesome Creek Gas Corp debt**   $ **$43,870.76**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
   Value of security:          - $ _____
   Unsecured claim              $ _____

---

**9**

**DNOW LP**
**PO Box 200822**
**Dallas, TX 75320-0822**

**What is the nature of the claim?**   trade debt   $ **$33,819.19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley** _____     Case number *(if known)* _____

_____

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

     Value of security:    - $ _____

Contact phone

     Unsecured claim    $ _____

---

**10**

**EAGLE WELL SERVICES**
**PO BOX 1666**
**SALYERSVILLE, KY 41465**

**What is the nature of the claim?**    **limited partner**    $ **$63,158.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

     Value of security:    - $ _____

Contact phone

     Unsecured claim    $ _____

---

**11**

**First Commonwealth Bank**
**311 N Arnold Ave**
**Prestonsburg, KY 41653**

**What is the nature of the claim?**    **Co-maker on debt secured by Troublesome Creek collateral**    $ **$181,855.69**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

     Value of security:    - $ _____

Contact phone

     Unsecured claim    $ _____

---

**12**

**First Commonwealth Bank**
**311 North Arnold Ave**
**Prestonsburg, KY 41653**

**What is the nature of the claim?**    **Universal life insurance policy with Midland National Life Insurance Company; face value $3,750,000; proceeds assigned to First Commonwealth Bank, Pre**    $ **$1,147,661.22**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ None of the above apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Charles R. Bradley** _____   Case number *(if known)* _____

Does the creditor have a lien on your property?

☐ No

■ Yes. Total claim (secured and unsecured)    $ **$1,202,480.55**

_____   Value of security:    - $ **$54,819.33**
Contact

_____   Unsecured claim    $ **$1,147,661.22**
Contact phone

---

**13**

**Gas Analytical**
**c/o TX9212U**
**PO Box 66900**
**Chicago, IL 60666-0900**

What is the nature of the claim?    **trade debt** _____   $ **$8,729.80**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

_____   ☐ Yes. Total claim (secured and unsecured)    $ _____
Contact

_____   Value of security:    - $ _____
Contact phone

Unsecured claim    $ _____

---

**14**

**Justice Land Surverying &**
**Engineering**
**Attn:  Jack Justice**
**525 George Rd. #201**
**Betsy Layne, KY 41605**

What is the nature of the claim?    **trade debt** _____   $ **$70,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

_____   ☐ Yes. Total claim (secured and unsecured)    $ _____
Contact

_____   Value of security:    - $ _____
Contact phone

Unsecured claim    $ _____

---

**15**

**Lynette Schindler**
**130 Scott Avenue**
**Pikeville, KY 41501**

What is the nature of the claim?    **accounting services**
**and limited partner** _____   $ **$55,061.25**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

_____   ☐ Yes. Total claim (secured and unsecured)    $ _____
Contact

Value of security:    - $ _____

_____   Unsecured claim    $ _____
Contact phone

---

**16**

**Mark West Hydrocarbon**

What is the nature of the claim?    **trade debt** _____   $ **$25,048.22**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number *(if known)* _____

**22028 Network Place**
**Chicago, IL 60674-1220**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:                         - $ _____
  - Unsecured claim                            $ _____

_____
Contact
_____
Contact phone

---

**17**

**McJunkin Red Man Corp.**
**Attn:  General Counsel**
**1301 McKinney St., Suite 2300**
**Houston, TX 77010**

What is the nature of the claim?    trade debt    $ **21,538.90**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:                         - $ _____
  - Unsecured claim                            $ _____

_____
Contact
_____
Contact phone

---

**18**

**Richard Parks**
**Double D Drilling, Inc.**
**P O Box 122**
**Silver Springs, FL 34489-0122**

What is the nature of the claim?    **Promissory Note for purchase of various wells**    $ **386,262.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:                         - $ _____
  - Unsecured claim                            $ _____

_____
Contact
_____
Contact phone

---

**19**

**Smith Oilfield Services**
**PO Box 615**
**Carrie, KY 41725**

What is the nature of the claim?    trade debt    $ **6,837.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

_____
Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Charles R. Bradley** | | Case number *(if known)* | |

☐

| Contact phone | | Value of security: | - $ |
| | | Unsecured claim | $ |

---

| **20** | | What is the nature of the claim? | **Credit Card** | $ **$6,070.64** |

**US Bank**
**200 Gibraltar Rd Ste 200**
**Horsham, PA 19044**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
| | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

| X | **/s/ Charles R. Bradley** | | X | |
| | **Charles R. Bradley** | | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | | |

| Date | **October 21, 2016** | | Date | |

B 104 (Official Form 104)                    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                    Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Charles R. Bradley** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |

| | | |
|---|---|---:|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | $ 1,414,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $ 795,471.78 |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | $ 2,209,471.78 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |

| | | |
|---|---|---:|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 5,155,038.62 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 2,004,352.57 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 3,826,539.10 |
| | **Your total liabilities** | $ 10,985,930.29 |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---:|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*................................................ | $ 194,371.60 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ 50,523.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| | | |
|---|---|---|
| Official Form 106Sum | Summary of Your Assets and Liabilities and Certain Statistical Information | page 1 of 2 |

Debtor 1   **Charles R. Bradley** _____     Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
   122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.       $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $            0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $     2,004,352.57 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $            0.00 |
| 9d. Student loans. (Copy line 6f.) | $            0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $            0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$            0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $     2,004,352.57 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case and this filing:</strong></td></tr>
</table>

Debtor 1   **Charles R. Bradley**

First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)

First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number _____

☐ Check if this is an amended filing

**Official Form 106A/B**

# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1   **427 E. Seneca St.**

Street address, if available, or other description

**Ithaca**    **NY**    **14850-0000**

City    State    ZIP Code

**Tompkins**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**owned jointly with son, Trenton Bradley**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$479,000.00**

Current value of the portion you own? **$479,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint with Right of Survivorship**

☐ Check if this is community property (see instructions)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.2

**4.36 ac, Abbott Creek, minerals resrvd**

Street address, if available, or other description

**Prestonsburg      KY      41653-0000**

City                State        ZIP Code

**Floyd**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DB 403/51**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$35,000.00** | **$35,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint with Right of Survivorship**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.3

**84 acres + house, Abbott Creek, minerals**

Street address, if available, or other description

**Prestonsburg      KY      41653-0000**

City                State        ZIP Code

**Floyd**

County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DB 330/485**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$295,000.00** | **$295,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint with Right of Survivorship**

☐ **Check if this is community property**
(see instructions)

Debtor 1    **Charles R. Bradley**                                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.4

**12.56 ac, Abbott Creek**
_____
Street address, if available, or other description



**Prestonsburg**        **KY**    **41653-0000**
City                State        ZIP Code



**Floyd**
_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DB 384/39**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$50,000.00** | **$50,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint with Right of Survivorship**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.5

**Route 80 and Ogden Road**
_____
Street address, if available, or other description



**Hindman**        **KY**    **41822-0000**
City                State        ZIP Code



**Knott**
_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DB 153/16 and DB 153/26; 35 acres**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**quit claim**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Charles R. Bradley**

Case number *(if known)*

**If you own or have more than one, list here:**

1.6

**139 Pickett Lane**

Street address, if available, or other description

| **Prestonsburg** | **KY** | **41653-0000** |
|---|---|---|
| City | State | ZIP Code |

**Floyd**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DB 458/608; .25 acres**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200,000.00** | **$200,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.7

**27 ac, Big Mud Creek**

Street address, if available, or other description

| | | |
|---|---|---|
| City | State | ZIP Code |

**Floyd**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DB 336/695; DB 352/702**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$10,000.00** | **$10,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                 Case number *(if known)*

---

**If you own or have more than one, list here:**

1.8

**7.242 ac, Big Branch Abbott Creek**

Street address, if available, or other description

| | |
|---|---|
| City | State    ZIP Code |

**Floyd**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DB 620/746**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.9

**47 Mountain View**

Street address, if available, or other description

| | | |
|---|---|---|
| **Prestonsburg** | **KY** | **41653-0000** |
| City | State | ZIP Code |

**Floyd**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**House & Lot, 47 Mountain View, Prestonsburg, KY 41653. DB 487/677**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$300,000.00** | **$300,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint with Right of Survivorship**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                  Case number *(if known)*

**If you own or have more than one, list here:**

1.1
0

_____
Street address, if available, or other description

_____

_____
City                State        ZIP Code

**Floyd**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**50 acres on Prater Creek, partial interest, 6/1/84**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the          Current value of the
entire property?              portion you own?
**Unknown**                   **Unknown**

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.
**Oil and Gas lease**

☐ **Check if this is community property**
    (see instructions)

---

**If you own or have more than one, list here:**

1.1
1

_____
Street address, if available, or other description

_____

_____
City                State        ZIP Code

**Floyd**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**485 acres on Middle Creek; LB 290, P 38 from Carl-Gene Corp. 12/15/84.**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the          Current value of the
entire property?              portion you own?
**Unknown**                   **Unknown**

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.
**Oil and Gas Lease**

☐ **Check if this is community property**
    (see instructions)

---

Debtor 1    **Charles R. Bradley**                                          Case number *(if known)* _____

**If you own or have more than one, list here:**

1.1
2

_____
Street address, if available, or other description

**00000-0000**
_____
City                State        ZIP Code

**Floyd**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**131 acres on Prater Fork of Brush Creek.  LB 316 P 489 from M. Casey et al., 4/5/84**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Oil and Gas lease**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.1
3

_____
Street address, if available, or other description

_____
City                State        ZIP Code

**Floyd**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☒ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**125 acres in Thomas Quadrangle.  LB 285, P 332, from Crider, et al., 6/5/84.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Oil and Gas Lease**

☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.1
4

Street address, if available, or other description

City                State        ZIP Code

**Floyd**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**80 acres on Crisp Branch of Beaver Creek.  LB 288, P 755, H. Crisp, 11/3/84.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Oil and Gas lease**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.1
5

Street address, if available, or other description

City                State        ZIP Code

**Floyd**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**60 acres on Crisp branch of Beaver Creek, LB 288, P 748, M + J Crisp, 11/3/84**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Oil and Gas lease**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                    Case number *(if known)*

### If you own or have more than one, list here:

1.1 6

Street address, if available, or other description

_____

City            State        ZIP Code

**Floyd**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**50 acres on Prater Creek, LB 283, P 239, Hall, et al., 3/15/84**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Oil and Gas lease**

☐ **Check if this is community property**
(see instructions)

---

### If you own or have more than one, list here:

1.1 7

Street address, if available, or other description

_____

City            State        ZIP Code

**Floyd**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**390 acres, J.D. Friend tract on Middle Creek, LB 290, P 44; 290/56, 290/62. 12/15/84.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Oil and Gas lease**

☐ **Check if this is community property**
(see instructions)

Debtor 1      **Charles R. Bradley**                                             Case number *(if known)* _____

## If you own or have more than one, list here:

1.18

_____
Street address, if available, or other description

_____

_____
City                  State          ZIP Code

**Floyd**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**673 acres on Big Branch of Abbott Creek; LB 301, P 497, Big Sandy Coal & Coke Co., 6/20/86.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?
**Unknown**                                    **Unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Oil and Gas lease**

☐ **Check if this is community property**
(see instructions)

---

## If you own or have more than one, list here:

1.19

_____
Street address, if available, or other description

_____

_____
City                  State          ZIP Code

**Floyd**
_____
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**90 acres head of Big Mud Creek. LB 318, P 366, Mitchell et al. 3/21/88.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?
**Unknown**                                    **Unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Oil and Gas Lease**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1    **Charles R. Bradley** _____    Case number *(if known)* _____

### If you own or have more than one, list here:

1.20

_____
Street address, if available, or other description

_____

_____
City            State        ZIP Code

**Leslie**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Assignment of JH Hensley No 1 well and underlying lease, LB 62, P 351, 7/31/02.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Oil and Gas lease**

☐ Check if this is community property
(see instructions)

---

### If you own or have more than one, list here:

1.21

_____
Street address, if available, or other description

_____

_____
City            State        ZIP Code

**Knott**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Assignment of lease for K. Slone #1 well on Carr's Fork from Equitable Production-Eastern States, Inc. 10/6/00.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Oil and Gas lease**

☐ Check if this is community property
(see instructions)

---

Debtor 1    **Charles R. Bradley**                                              Case number *(if known)*

**If you own or have more than one, list here:**

1.2
2

_____
Street address, if available, or other description

_____

_____

_____
City                    State          ZIP Code

**Letcher**
_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☒ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Hiram Stamper #1 well, Blackey Quad, LB 48, P 505, from Equitable Production Co. 11/12/01.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Assignment of operating rights**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.2
3

_____
Street address, if available, or other description

_____

_____

_____
City                    State          ZIP Code

**Perry**
_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☒ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Lawrence Joseph #2 well, LB 51, P 379, from J.W. Kinzer 2/18/02.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Partial assignment oil and gas leases**

☐ **Check if this is community property**
(see instructions)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**                                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.2
4

Street address, if available, or other description

City                    State        ZIP Code

**Perry**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**K-80 well, LB 55, P 457, Journey Acquisition, 8/1/04.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?           Current value of the portion you own?

**Unknown**                        **Unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Assignment, deed, bill of sale**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.2
5

Street address, if available, or other description

City                    State        ZIP Code

**Perry**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Gas/Oil wells in Perry County**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?           Current value of the portion you own?

**Unknown**                        **Unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Charles R. Bradley**                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

| 1.2 6 | | |
|---|---|---|

**Lots 29-32 Arnold & Spradlin Addition**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Prestonsburg      KY      41653-0000**
City                State        ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**General Warranty**

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

**Floyd**
_____
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**Residential lots with unloved rental properties owned by Arnold Avenue Properties.  DB 489/305 and 492/613.**

---

**If you own or have more than one, list here:**

| 1.2 7 | | |
|---|---|---|

_____
Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

_____
City                State        ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Assignment of Oil and Gas leases + working interests**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Breathitt & Wolfe**
_____
County

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

**33 leases assigned from Holly Creek Production Co. 6/17/15. Breathitt Co. LB 39, P 154 and 299; Wolfe Co. LB 40, P 288**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**........................................................................=>      **$1,414,000.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Charles R. Bradley**                                           Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Honda** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1 Make: **Honda**
Model: **ATV 4WH TRX500F**
Year: **2006**
Approximate mileage:
Other information:

**Basin Energy, VIN 9477, Green**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$300.00**     **$300.00**

---

3.2 Make: **Honda**
Model: **ATV 4WH TRX350F**
Year: **2006**
Approximate mileage:
Other information:

**Basin Energy, VIN 8834, Green, Ron title with Basin Energy**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$300.00**     **$300.00**

---

3.3 Make: **Honda**
Model: **TRX 420F**
Year: **2010**
Approximate mileage:
Other information:

**Basin Energy, VIN 0842**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$300.00**     **$300.00**

---

3.4 Make: **Honda**
Model: **ATV TRX420**
Year: **2012**
Approximate mileage:
Other information:

**Basin Energy, VIN 0544**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$300.00**     **$300.00**

---

3.5 Make: **Honda**
Model: **ATV TRX 420**
Year: **2014**
Approximate mileage:
Other information:

**Basin Energy, VIN 6435, Red**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$300.00**     **$300.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                    Case number *(if known)*

---

| 3.6 | Make: | **Yamaha** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Secured by Property.* | |
| | Model: | **MC** | ■ Debtor 1 only | | |
| | Year: | **2008** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **VIN 2821, used by son** | | ☐ Check if this is community property (see instructions) | **$500.00** | **$500.00** |

---

| 3.7 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Secured by Property.* | |
| | Model: | **Expedition** | ■ Debtor 1 only | | |
| | Year: | **2003** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **VIN 3832, Silver, used by daughter** | | ☐ Check if this is community property (see instructions) | **$5,325.00** | **$5,325.00** |

---

| 3.8 | Make: | **GMC** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Secured by Property.* | |
| | Model: | **K29** | ■ Debtor 1 only | | |
| | Year: | **2005** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **VIN 7256, White, used for Lee County wells** | | ☐ Check if this is community property (see instructions) | **$11,125.00** | **$11,125.00** |

---

| 3.9 | Make: | **White/GMC** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Secured by Property.* | |
| | Model: | **DS** | ■ Debtor 1 only | | |
| | Year: | **1993** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Basin Energy, VIN 2090, Hindman swab rig, $25000 divorce discovery resp. interrog 8, lien to US Bank on title** | | ☐ Check if this is community property (see instructions) | **$2,624.00** | **$2,624.00** |

---

| 3.10 | Make: | **MACK** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Secured by Property.* | |
| | Model: | **RB600** | ■ Debtor 1 only | | |
| | Year: | **1993** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Basin Energy, VIN 1039, Semco service rig, $50,000 divorce discovery resp. interrog 8** | | ☐ Check if this is community property (see instructions) | **$7,972.00** | **$7,972.00** |

---

| 3.11 | Make: | **International** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Secured by Property.* | |
| | Model: | **4900** | ■ Debtor 1 only | | |
| | Year: | **1996** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Basin Energy, VIN 9962, white** | | ☐ Check if this is community property (see instructions) | **$3,000.00** | **$3,000.00** |

---

Debtor 1    **Charles R. Bradley**                                                                              Case number *(if known)*

---

**3.1
2**    Make:    **MACK**

Model:    **RD890SX**

Year:    **1996**

Approximate mileage:

Other information:

| Basin Energy, VIN 1076, lowboy, black |
|---|

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$8,384.00**          **$8,384.00**

---

**3.1
3**    Make:    **International**

Model:    **2554**

Year:    **2000**

Approximate mileage:

Other information:

| Basin Energy, VIN 2828, white, water truck |
|---|

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$12,500.00**          **$12,500.00**

---

**3.1
4**    Make:    **Chevrolet**

Model:    **Silverado**

Year:    **2000**

Approximate mileage:

Other information:

| Basin Energy, VIN 7224, red, over 230,000 miles |
|---|

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$2,500.00**          **$2,500.00**

---

**3.1
5**    Make:    **Ford**

Model:    **Freestar van**

Year:    **2004**

Approximate mileage:

Other information:

| VIN 7163, silver |
|---|

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$500.00**          **$500.00**

---

**3.1
6**    Make:    **Ford**

Model:    **Expedition**

Year:    **2005**

Approximate mileage:

Other information:

| Basin Energy, VIN 4345 |
|---|

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$7,200.00**          **$7,200.00**

---

**3.1
7**    Make:    **Toyota**

Model:    **Tacoma**

Year:    **2005**

Approximate mileage:

Other information:

| Basin Energy, VIN 2344, black, used in Elliott county, rebuilt vehicle |
|---|

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

**$12,100.00**          **$12,100.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**    Case number *(if known)*

| | | | |
|---|---|---|---|
| 3.18 | Make: **Toyota** | | |

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**3.18**
Make: **Toyota**
Model: **XCAB**
Year: **2005**
Approximate mileage:
Other information:

**Basin Energy, VIN 9940, blue, rebuilt vehicle**

Current value of the entire property? **$8,000.00**
Current value of the portion you own? **$8,000.00**

☐ Check if this is community property
(see instructions)

---

**3.19**
Make: **Ford**
Model: **F350 Van**
Year: **2006**
Approximate mileage:
Other information:

**VIN 2455, white, used as camera van**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$10,625.00**
Current value of the portion you own? **$10,625.00**

---

**3.20**
Make: **Chev**
Model: **Silverado**
Year: **2007**
Approximate mileage:
Other information:

**VIN 8463, grey**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$12,150.00**
Current value of the portion you own? **$12,150.00**

---

**3.21**
Make: **Chevrolet**
Model: **Silverado**
Year: **2008**
Approximate mileage:
Other information:

**VIN 5685, white, at Peachtree job**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$13,950.00**
Current value of the portion you own? **$13,950.00**

---

**3.22**
Make: **Chevrolet**
Model: **Silverado**
Year: **2007**
Approximate mileage:
Other information:

**VIN 6812, parked/junk**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$0.00**
Current value of the portion you own? **$0.00**

---

**3.23**
Make: **Chevrolet**
Model: **Silverado**
Year: **2008**
Approximate mileage:
Other information:

**VIN 6198, silver**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$14,525.00**
Current value of the portion you own? **$14,525.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                          Case number *(if known)*

---

| 3.2 4 | | |
|---|---|---|
| Make: **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **F350 Superduty** | ☑ Debtor 1 only | |
| Year: **2008** | ☐ Debtor 2 only | |
| Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| **Basin Energy, VIN 3499 (wrecked)** | ☐ Check if this is community property *(see instructions)* | **$500.00** / **$500.00** |

| 3.2 5 | | |
|---|---|---|
| Make: **Toyota** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **Tundra** | ☑ Debtor 1 only | |
| Year: **2010** | ☐ Debtor 2 only | |
| Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| **VIN 6334, silver, used by son, Brandon** | ☐ Check if this is community property *(see instructions)* | **$22,450.00** / **$22,450.00** |

| 3.2 6 | | |
|---|---|---|
| Make: **Toyota** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **4Runner** | ☑ Debtor 1 only | |
| Year: **2010** | ☐ Debtor 2 only | |
| Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| **VIN 6196, gift from father** | ☐ Check if this is community property *(see instructions)* | **$22,000.00** / **$22,000.00** |

| 3.2 7 | | |
|---|---|---|
| Make: **Toyota** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **Tundra** | ☑ Debtor 1 only | |
| Year: **2011** | ☐ Debtor 2 only | |
| Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| **Basin Energy, VIN 9784, used by employee** | ☐ Check if this is community property *(see instructions)* | **$25,700.00** / **$25,700.00** |

| 3.2 8 | | |
|---|---|---|
| Make: **GMC** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **Sierra G 3500** | ☑ Debtor 1 only | |
| Year: **2012** | ☐ Debtor 2 only | |
| Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| **VIN 1525, white, used by employee** | ☐ Check if this is community property *(see instructions)* | **$22,750.00** / **$22,750.00** |

| 3.2 9 | | |
|---|---|---|
| Make: **GMC** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: **Sierra** | ☑ Debtor 1 only | |
| Year: **2012** | ☐ Debtor 2 only | |
| Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| **VIN 2596, white, used by R-2 Compressor Co., lien to US Bank** | ☐ Check if this is community property *(see instructions)* | **$22,750.00** / **$22,750.00** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Charles R. Bradley** | Case number (if known) |

---

| 3.30 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
| | Model: | **F250** | ■ Debtor 1 only | |
| | Year: | **2013** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Basin Energy, VIN 2145, green, used by employee** | | ☐ Check if this is community property (see instructions) | $22,650.00 / $22,650.00 |

---

| 3.31 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
| | Model: | **F250** | ■ Debtor 1 only | |
| | Year: | **2012** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Basin Energy, VIN 0541, white, well tending truck, lien to 1st Commonwealth Bank** | | ☐ Check if this is community property (see instructions) | $21,250.00 / $21,250.00 |

---

| 3.32 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
| | Model: | **Silverado** | ■ Debtor 1 only | |
| | Year: | **2013** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Basin Energy, VIN 7324, white, well tending truck, lien to 1st Commonwealth Bank** | | ☐ Check if this is community property (see instructions) | $24,350.00 / $24,350.00 |

---

| 3.33 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
| | Model: | **Silverado** | ■ Debtor 1 only | |
| | Year: | **2013** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Basin Energy, VIN 4758, white, used by employee, lien to 1st Commonwealth Bank** | | ☐ Check if this is community property (see instructions) | $24,350.00 / $24,350.00 |

---

| 3.34 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
| | Model: | **Silverado** | ■ Debtor 1 only | |
| | Year: | **2015** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Basin Energy, VIN 1083, black, used by employee, lien to 1st Commonwealth Bank** | | ☐ Check if this is community property (see instructions) | $23,500.00 / $23,500.00 |

---

| 3.35 | Make: | **Toyota** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
| | Model: | **Tundra** | ■ Debtor 1 only | |
| | Year: | **2015** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | **Basin Energy, VIN 2609, white, used by consultant, lien to 1st Commonwealth Bank** | | ☐ Check if this is community property (see instructions) | $27,500.00 / $27,500.00 |

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if known)*

---

| 3.3 6 | Make: **Toyota** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: **Tundra** | ■ Debtor 1 only | | |
| | Year: **2015** | ☐ Debtor 2 only | | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | | |
| | **Basin Energy, VIN 3020, white, used by employee, lien to 1st Commonwealh Bank** | ☐ Check if this is community property (see instructions) | **$25,000.00** | **$25,000.00** |

| 3.3 7 | Make: | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: **Homemade** | ■ Debtor 1 only | | |
| | Year: **2000** | ☐ Debtor 2 only | | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | | |
| | **Basin Energy, homemade trailer, VIN 9575** | ☐ Check if this is community property (see instructions) | **$300.00** | **$300.00** |

| 3.3 8 | Make: **Hugh** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: **Trailer** | ■ Debtor 1 only | | |
| | Year: **2004** | ☐ Debtor 2 only | | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | | |
| | **Basin Energy, VIN 1880** | ☐ Check if this is community property (see instructions) | **$1,771.00** | **$1,771.00** |

| 3.3 9 | Make: **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: **Expedition** | ■ Debtor 1 only | | |
| | Year: **2003** | ☐ Debtor 2 only | | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | | |
| | **VN 3832** | ☐ Check if this is community property (see instructions) | **$5,325.00** | **$5,325.00** |

| 3.4 0 | Make: **GMC/Chevy** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: **K29** | ■ Debtor 1 only | | |
| | Year: **2005** | ☐ Debtor 2 only | | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | | |
| | **VIN 7256** | ☐ Check if this is community property (see instructions) | **$11,125.00** | **$11,125.00** |

| 3.4 1 | Make: **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: **F350** | ■ Debtor 1 only | | |
| | Year: **2006** | ☐ Debtor 2 only | | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | | |
| | **VIN 2455** | ☐ Check if this is community property (see instructions) | **$10,625.00** | **$10,625.00** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                          Case number *(if known)*

---

**3.4
2**

| Make: | **GMC/Chevy** |
| Model: | **K24** |
| Year: | **2007** |
| Approximate mileage: | |
| Other information: | |

**VIN 8463**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$12,150.00** | **$12,150.00** |

---

**3.4
3**

| Make: | **Truck** |
| Model: | **Trailer** |
| Year: | **2000** |
| Approximate mileage: | |
| Other information: | |

**Basin Energy, No. 9575**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$300.00** | **$300.00** |

---

**3.4
4**

| Make: | **Truck** |
| Model: | **Trailer** |
| Year: | **2004** |
| Approximate mileage: | |
| Other information: | |

**Basin Energy, VIN 1880**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,771.00** | **$1,771.00** |

---

**3.4
5**

| Make: | |
| Model: | **Trailer** |
| Year: | **2006** |
| Approximate mileage: | |
| Other information: | |

**VIN 0700**

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$930.00** | **$930.00** |

---

**3.4
6**

| Make: | **Truck** |
| Model: | **Trailer** |
| Year: | **2014** |
| Approximate mileage: | |
| Other information: | |

Who has an interest in the property? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

---

**3.4
7**

| Make: | **Land Rover** |
| Model: | **Range Rover** |
| Year: | **2012** |
| Approximate mileage: | **Unknown** |
| Other information: | |

**Co-owned with Troublesome
Creek Gas Corp.**

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
                                                                Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**                                                    Case number *(if known)*

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| | | |
|---|---|---|
| 4.1   Make: _____ | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Model: _____ | ■ Debtor 1 only | |
| Year: _____ | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | ☐ At least one of the debtors and another | |
| small flat-bottom boat | ☐ Check if this is community property (see instructions) | $50.00 / $50.00 |

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>   **$488,577.00**

**Part 3:**  **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| **Household furnishings in 47 Mountain View (estranged spouse may claim an interest in the household goods)** | $7,411.00 |
| **household goods - Jenny's Creek house (estranged spouse may claim an interest in the household goods)** | $5,385.00 |
| **debtor's estranged spouse has household goods and personal property that debtor is unable to describe, but that he may have an interest in.** | **Unknown** |

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes.  Describe.....

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes.  Describe.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Charles R. Bradley** | Case number *(if known)* | |

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

| Debtor's clothing | $500.00 |
|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

■ No

☐ Yes.  Describe.....

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes.  Describe.....

| 1 cat | $50.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................ | $13,346.00

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes...........................................................................................................

| Cash | $1,000.00 |
|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................

Institution name:

| 17.1. | checking acct. ****0012 for Charles Bradley DBA Oil & Gas Agent | US Bank | $4,768.78 |
|---|---|---|---|
| 17.2. | checking acct xxx5901 owned by Basin Partners Trust, LLC - not estate property | First Commonwealth Bank | Unknown |

| Debtor 1 | **Charles R. Bradley** | Case number *(if known)* | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 17.3. | **checking acct. ****6001 BasinPartners Trust LLC escrow acct for pipeline transp** | **First Commonwealth Bank** | **Unknown** |
| 17.4. | **Cert. of Deposit ****5168 - pledged as collateral** | **Citizens Bank of Kentucky** | **$45,714.00** |
| 17.5. | **checking acct xxx4875 - Basin Energy Company N2 acct - partnership funds** | **Citizens Bank of Kentucky** | **Unknown** |
| 17.6. | **Escrow account for EPA Trust, acct. no. ****2007** | **Field & Main Bank, Henderson, KY** | **$4,611.00** |
| 17.7. | **Trust Acct for environmental liabilities** | **Franklin Bank & Trust Co.** | **$9,515.36** |
| 17.8. | **checking acct #xxx6101 - Basin Energy Company - partnership funds** | **First Commonwealth Bank** | **$0.00** |
| 17.9. | **checking acct xxx4861 - Basin Energy Co Trust Account - partnership funds** | **Citizens Bank of Kentucky** | **$0.00** |
| 17.10. | **checking acct. ****0723 - mother's soc. security, royalties** | **Citizens Bank of Kentucky** | **$0.00** |
| 17.11. | **checking acct. ****8232** | **U.S. Bank** | **$46.47** |
| 17.12. | **checking acct. ****4001 Basin Operating Acct LLC - business revenue/expenses** | **First Commonwealth Bank** | **$0.00** |
| 17.13. | **checking acct. ****1074** | **US Bank** | **$216.79** |
| 17.14. | **checking acct. ****3141** | **US Bank** | **$429.62** |
| 17.15. | **checking acct. ****3642 for spouse** | **US Bank** | **$267.19** |
| 17.16. | **checking acct. ****8595** | **US Bank** | **$0.00** |

| Debtor 1 | **Charles R. Bradley** | | Case number *(if known)* | |
|---|---|---|---|---|

| 17.17. | **checking acct. ****3461** | **US Bank** | **$266.64** |
|---|---|---|---|
| 17.18. | **checking acct. ****3901 - Charles Bradley, d/b/a Basin Energy Co.** | **First Commonwealth Bank** | **$307.79** |
| 17.19. | **savings acct. ****4720 Basin Energy escrow acct** | **First Commonwealth Bank** | **$152.39** |
| 17.20. | **savings acct. ****3920 - Basin Energy Co. - pledged as collateral** | **First Commonwealth Bank** | **$38,721.26** |
| 17.21. | **savings acct. ****3925 Basin Energy sweep acct** | **First Commonwealth Bank** | **$0.00** |
| 17.22. | **Safe Access Acct ****3645** | **John Hancock** | **$712.16** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ■ Yes.................

| | Institution or issuer name: | |
|---|---|---|
| | **Investment in Publicly Traded stocks - brokerage account at American Capital Partners, LLC** | **$1,000.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Troublesome Creek Gas Corp.** | **100** | % | **Unknown** |
| **Tina Gas Company, Inc.** | **49** | % | **Unknown** |
| **R-1 Compressor Company** | **50** | % | **Unknown** |
| **Big Branch, LLC (owns real estate known as C. J. Waters tract on Big Branch of Abbott Creek, DB 479/213 in Floyd Co.)** | **100** | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them

| | Issuer name: |
|---|---|

Debtor 1    **Charles R. Bradley**                                              Case number *(if known)* _____

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                            Type of account:                    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............                  Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............                  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes.  Give specific information about them...

| 653 oil and gas permits - see attached list | Unknown |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
              benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

| Accounts receivable of Basin Energy as of 4/16, approximately 90% of which are payable to partnerships | Unknown |

| Debtor 1 | **Charles R. Bradley** | Case number *(if known)* |
|---|---|---|

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Universal life insurance policy with Midland National Life Insurance Company; face value $3,750,000; proceeds assigned to First Commonwealth Bank, Prestonsburg on 9/20/12, policy no. ****4008** | **Whitney Bradley** | **$54,819.33** |
| **DDG & Associates, Inc., general liability and umbrella policies, Nos. ****50316 and 40316 through AFCO** | | **$0.00** |
| **Liberty Mutual business auto (No. ****3509) and commercial umbrella (3435) policies** | | **$0.00** |
| **Acuity commercial umbrella policy no 8505** | | **$0.00** |
| **Workers compensation policy through American Interstate Insurance Co, policy no. ****2016** | | **$0.00** |
| **Humana health insurance policy for all employees, No. 9001** | | **$0.00** |
| **Humana group coverage includes $25,000 term life insurance, no cash value** | | **$0.00** |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

■ Yes. Describe each claim.........

| **Potential claim against Cook & Campbell Natural Resources, LLC** | **Unknown** |
|---|---|

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Charles R. Bradley** | | Case number *(if known)* |
|---|---|---|---|

☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................................................... | **$162,548.78**

---

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**
■ No
☐ Yes.  Describe.....

39.  **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes.  Describe.....

| Office furniture, tables, chairs, desks, filing cabinets, 4 computers, 4 copiers, 4 printers of Basin Energy Company | $15,000.00 |
|---|---|

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
■ Yes.  Describe.....

| 2 Gardner Denver used gas compressors | $0.00 |
|---|---|
| 50% interest in 4 compressors, 1 550G dozer owned by R-1 Compressed Gas. | $45,000.00 |
| 2 welders, air compressor, torches, air wrenches, 6 weedeaters, 4 chain saws, various hand tools, fittings, and meter parts of Basin Energy | $12,000.00 |
| John Deere FF160 Excavator, VIN ***5958 | $40,000.00 |

41.  **Inventory**
■ No
☐ Yes.  Describe.....

42.  **Interests in partnerships or joint ventures**
☐ No
■ Yes.  Give specific information about them...................
        Name of entity:                                    % of ownership:

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                            Case number *(if known)*

| | | | |
|---|---|---|---|
| **Investment in Partnerships - Debtor is managing partner in approx 150 partnerships comprised on an average of three wells each and also owns a working interest in some of these partnerships** | **Varies** | % | Unknown |
| **Russell Shepherd #1 Joint Venture, well(s) with Dwight Prater; based on assignment of leases dated 1/4/13, DB 595, P 69, Magoffin Co.  Wells pledged to secure loan from Community Trust Bank** | **50** | % | Unknown |
| **Millbranch Oil & Gas - wells owned/operated by debtor individually** | **100** | % | Unknown |
| **Energy Purchasing, Inc. - debtor has no ownership interest, but receives an overriding royalty** | **0** | % | Unknown |

43. **Customer lists, mailing lists, or other compilations**
    - ■ No.
    - ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

        - ■ No
        - ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
    - ■ No
    - ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...................................................................................................................**

| |
|---|
| **$112,000.00** |

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☐ No. Go to Part 7.
    - ■ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    - ■ No
    - ☐ Yes................

48. **Crops—either growing or harvested**
    - ■ No
    - ☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☐ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**                                                    Case number *(if known)*

■ Yes................

| | |
|---|---|
| **2 farm tractors; value $14,000 and $5,000** | $19,000.00 |

50. **Farm and fishing supplies, chemicals, and feed**
   ■ No
   ☐ Yes................

51. **Any farm- and commercial fishing-related property you did not already list**
   ■ No
   ☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................................................................   $19,000.00

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☐ No
   ■ Yes. Give specific information.........

| | |
|---|---|
| **UK basketball tickets, continued availability dependent on donation to K Fund of $200,000.** | Unknown |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................   $0.00

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ....................................................................................... | | $1,414,000.00 |
| 56. **Part 2: Total vehicles, line 5** | $488,577.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $13,346.00 | |
| 58. **Part 4: Total financial assets, line 36** | $162,548.78 | |
| 59. **Part 5: Total business-related property, line 45** | $112,000.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $19,000.00 | |
| 61. **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $795,471.78 | Copy personal property total   $795,471.78 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $2,209,471.78 |

**Kentucky Geological Survey**
University Of Kentucky

Search KGS | Contact KGS | KGS Home | UK Home

 send us feedback | tutorials

KGS Home  >   Data, Maps, & Pubs  >   Search the Oil and Gas Database  >   Oil and Gas Records Search Results

## Oil and Gas Records Search Results

**Search Date: 10/13/2016**
**Search Criteria:**
   **All Available Records (no primary limit)**
   **Records with other criteria:**
     **OPERATOR NAME: BASIN ENERGY**

---

**Having trouble opening PDF or other reports?**
Refresh your browser cache (in most cases you can simply **press F5 to refresh** browser).

Why? A disclaimer has been added to the PDF along with a new dialog popup style, and some browsers have trouble opening the dialog until the browser is refreshed.

---

### Documents Change!

The "Page Documents" (previously "Scanned Documents") are now provided in **Adobe PDF format**. This replaces the DjVu format for well documents. Aside from greater accessibility of PDF (PDF is usable on mobile devices and all browsers without plugins), the greatest change between these PDF documents and DjVu is that *e-logs are no longer viewable in the document*. Only the page-sized documents and strip logs are viewable in the PDF.

E-Logs can be previewed using the **"E-Log View"** link if e-log(s) are available for a record. This link opens a page that provides a JPEG for quick view of the full e-log, and a download link for the full Tiff image and LAS (if available). The advantage of this is that the e-log can be easily viewed in a mobile device or tablet. *This replaces the cut e-log preview in the previously used DjVu documents*.

**Click here for more information about this transition and the scanned documents**.

---

▶ **Download Production Data By Well (only for wells on this page)**

▶ **Download Formation Tops Data By Well (only for wells on this page)**

▼ **Map Wells:**

**Map the wells returned in this search on the geologic map service:**

 This service plots the well records returned in this search onto the KGS Geologic Map Service (Petroleum Map Layout). Large datasets (+4000 records) may take awhile (a minute or longer) to load and plot. Clicking the "Map Results..." button below will open the map service in a new window (**make sure your popup blocker is turned off for this service**), the wells will plot as large orange circles, and behave as the other map service layers (can turn on/off and adjust transparency):

**Current Limitations:**
- For best results, use the most current version of Internet Explorer (v. 9), Firefox, or Google Chrome. Older browser compatibility is in development.

[ Map Results on Geologic Map Service ]

---

**Oil and Gas Records Search Results:**

Sort By: Record Number (Ascending) | Records Per Page: 10 | Results: **1-653** of **653**

« First ‹ Prev 1 Next › Last »

download all oilgas results

| -Record #-  -Permit-  -County / Quadrangle-  -Carter Coords-  -Quick Map View-  -Petroleum Map View-  -Geologic Map Service-  -upload location to GPS (help)- | E-Log View | Page Documents (PDF)  Horizontal Survey File (if available) | if available:  Well Sample Report Link  Core Information Link  Production Data Link More info/key  Pay Data Report Link  Formation Tops Link More info | -Well Number-  -Well Operator-  -Farm Name-  -Permit Date-  -Completion Date-  -Completion Result: KEY- | -Basin-  -Vertical Depth-  -Measured Depth-  -Surf. Elevation-  -Deviated or Vertical-  -Total Depth Formation (TDF)- |
|---|---|---|---|---|---|
| Rec #: 0  Permit:  API #:  ----  County/Quad: Unknown / Unknown  Carter Coords: --  ----  **GPS upload and map links unavailable (no location)** | -- | | **Sample Report**  **Pay Data Report** | Well #: H-1  Operator: BASIN ENERGY  Farm: HINKLE/BURGESS  Perm. Date: N/A  Comp. Date: 7/28/1943  Comp. Result: OIL | Basin: Western Kentucky, Illinois Basin  Vertical Depth: 2696 ft  Measured Depth: n/a  Elev: 385 ft  D or V: vertical  TDF: N/A |
| Rec #: 8733  Permit: 40487  API #: 16071000040000  ----  County/Quad: Floyd / Lancer  Carter Coords: 24-O-83 2600N, 1100W  ----  Quick Map: google map view  Petroleum Map: geologic map service  Upload to GPS: | √  View E-log (Image only) | PDF  **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data**  **Pay Data Report**  **Formation Tops Data** | Well #: 1  Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO  Farm: JAMES, JOHN W  Perm. Date: 11/12/1980  Comp. Date: 6/30/1981  Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin  Vertical Depth: 2469 ft  Measured Depth: n/a  D or V: vertical  TDF: Devonian-Ohio Shale |
| Rec #: 13282  Permit: 48386  API #: 16159013290000  ----  County/Quad: Martin / Milo  Carter Coords: 10-Q-83 1280N, 1660E  ----  Quick Map: google map view  Petroleum Map: geologic map service  Upload to GPS: | -- | | | Well #: 3  Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO  Farm: FITZPATRICK, RALPH  Perm. Date: 4/5/1982  Comp. Date: N/A  Comp. Result: TRM | Basin: Eastern Kentucky, Appalachian Basin  Vertical Depth: n/a  Measured Depth: n/a  Elev: 780 ft  D or V: vertical  TDF: -Unknown or unassigned |
| Rec #: 33821  Permit: 33591  API #: 16159002160000  ----  County/Quad: Martin / Milo  Carter Coords: 10-Q-83 750N, 600E  ----  Quick Map: google map view  Petroleum Map: geologic map service  Upload to GPS: | -- | PDF  **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data**  **Pay Data Report** | Well #: 1A  Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO  Farm: FITZPATRICK, RALPH  Perm. Date: 6/23/1978  Comp. Date: 9/13/1965  Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin  Vertical Depth: 2555 ft  Measured Depth: n/a  Elev: 671 ft  D or V: vertical  TDF: Devonian-Ohio Shale |

| Record Info | View | Documents | Data | Well Info | Geology |
|---|---|---|---|---|---|
| Rec #: 34922<br>Permit: 62222<br>API #:<br>----<br>County/Quad: Floyd / Harold<br>Carter Coords: 19-N-82 210S, 1250W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | -- | PDF Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: HALL, MONT & ELVA AKERS<br>Perm. Date: 5/10/1984<br>Comp. Date: 8/17/1984<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 1251 ft<br>Measured Depth: n/a<br>Elev: 630 ft<br>D or V: vertical<br>TDF: Mississippian-Big Lime |
| Rec #: 58840<br>Permit: 69255<br>API #: 16071022650000<br>----<br>County/Quad: Floyd / Harold<br>Carter Coords: 25-N-82 2420N, 1860E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | -- | PDF Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | | Well #: 2<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: MAYO, HOLMES<br>Perm. Date: 7/16/1985<br>Comp. Date: N/A<br>Comp. Result: TRM | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 700 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 59457<br>Permit: 69463<br>API #: 16071022640000<br>----<br>County/Quad: Floyd / Harold<br>Carter Coords: 25-N-82 1770N, 900E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | -- | PDF Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: MAYO, HOLMES<br>Perm. Date: N/A<br>Comp. Date: N/A<br>Comp. Result: TRM | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 720 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 66463<br>Permit: 71525<br>API #: 16071001690000<br>----<br>County/Quad: Floyd / Prestonsburg<br>Carter Coords: 1-N-80 2350S, 400E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | -- | PDF Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report | Well #: FC#1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: NORTH PARK, INC<br>Perm. Date: 12/20/1985<br>Comp. Date: 1/15/1986<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 935 ft<br>Measured Depth: n/a<br>Elev: 716 ft<br>D or V: vertical<br>TDF: Mississippian-Maxon Sd |
| Rec #: 66489<br>Permit: 71542<br>API #: 16071001700000<br>----<br>County/Quad: Floyd / Prestonsburg<br>Carter Coords: 5-N-81 1600N, 1450W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √ View E-log (Image only) | PDF Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report | Well #: JF1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: CARL-GENE CORP<br>Perm. Date: 12/23/1985<br>Comp. Date: 8/1/1987<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2056 ft<br>Measured Depth: n/a<br>Elev: 799 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 66994<br>Permit: 71703 | | | | Well #: JRA1 | |

| Record Info | View E-log | Documents | Data Reports | Well Info | Geologic Info |
|---|---|---|---|---|---|
| *API #*: 16071001720000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 24-O-81 250S, 950W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: MILLER, G W<br>*Perm. Date*: 1/13/1986<br>*Comp. Date*: 1/25/1986<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2015 ft<br>*Measured Depth*: n/a<br>*Elev*: 778 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 70131<br>*Permit*: 72948<br>*API #*: 16071001800000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 23-O-81 2870S, 1350W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(LAS available)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BIG SANDY COAL & COKE CO<br>*Perm. Date*: 6/24/1986<br>*Comp. Date*: 8/4/1987<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2431 ft<br>*Measured Depth*: n/a<br>*Elev*: 943 ft<br>*D or V*: vertical<br>*TDF*: Devonian-"Corniferous" |
| *Rec #*: 70132<br>*Permit*: 72949<br>*API #*: 16071021540000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 24-O-81 1400S, 250E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BIG SANDY COAL & COKE CO<br>*Perm. Date*: 6/24/1986<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 885 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 70133<br>*Permit*: 72950<br>*API #*: 16071021580000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 24-O-81 250S, 1225E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BIG SANDY COAL & COKE CO<br>*Perm. Date*: 6/24/1986<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 929 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 70221<br>*Permit*: 73048<br>*API #*: 16071001810000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 23-O-81 1930S, 670W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BIG SANDY COAL & COKE CO<br>*Perm. Date*: 7/1/1986<br>*Comp. Date*: 7/17/1987<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2300 ft<br>*Measured Depth*: n/a<br>*Elev*: 1025 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 71248<br>*Permit*: 73396<br>*API #*: 16071001840000<br>----<br>*County/Quad*: Floyd / Prestonsburg | √ | **Documents (PDF)** | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1155 ft |

| Record Info | View E-log | Documents | Production | Well Info | Geology |
|---|---|---|---|---|---|
| *Carter Coords*: 3-N-81 240N, 580W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ℹ️ | **View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Farm*: PRESTONSBURG, CITY OF<br>*Perm. Date*: 9/4/1986<br>*Comp. Date*: 9/19/1986<br>*Comp. Result*: GAS | *Vertical Depth*: n/a<br>*Elev*: 922 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Maxon Sd |
| *Rec #*: 71412<br>*Permit*: 73460<br>*API #*: 16071001850000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 3-N-81 180N, 570W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ℹ️ | √<br>**View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PRESTONSBURG, CITY OF<br>*Perm. Date*: 9/15/1986<br>*Comp. Date*: 9/22/1986<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2325 ft<br>*Measured Depth*: n/a<br>*Elev*: 922 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 71912<br>*Permit*: 73560<br>*API #*: 16071021600000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 24-O-81 1490S, 1300E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ℹ️ | -- | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BIG SANDY COAL & COKE CO<br>*Perm. Date*: 10/6/1986<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 974 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 74001<br>*Permit*: 73902<br>*API #*: 16071019480000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 24-O-81 830S, 1720W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ℹ️ | √<br>**View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BIG SANDY COAL & COKE CO<br>*Perm. Date*: 12/9/1986<br>*Comp. Date*: 12/14/1986<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2147 ft<br>*Measured Depth*: n/a<br>*Elev*: 772 ft<br>*D or V*: vertical<br>*TDF*: Devonian-"Corniferous" |
| *Rec #*: 74429<br>*Permit*: 74016<br>*API #*: 16071019490000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 24-O-81 870S, 1755W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ℹ️ | -- | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: AJM2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BIG SANDY COAL & COKE CO<br>*Perm. Date*: 12/31/1986<br>*Comp. Date*: 1/2/1987<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 850 ft<br>*Measured Depth*: n/a<br>*Elev*: 771 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Maxon Sd |
| *Rec #*: 74585<br>*Permit*: 74078<br>*API #*: 16071019500000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 24-O-81 1675S, 2150E<br>---- | √<br>**View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: SPRAD4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BIG SANDY COAL & COKE CO<br>*Perm. Date*: 1/12/1987 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2140 ft<br>*Measured Depth*: n/a<br>*Elev*: 706 ft<br>*D or V*: vertical |

| | | | | |
|---|---|---|---|---|
| *Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | | | | *Comp. Date*: 1/25/1987<br>*Comp. Result*: GAS |
| *Rec #*: 74586<br>*Permit*: 74079<br>*API #*: 16071021610000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 24-O-81 1650S, 2130E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: SPRAD5<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BIG SANDY COAL & COKE CO<br>*Perm. Date*: 1/12/1987<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 703 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 75055<br>*Permit*: 74143<br>*API #*: 16071021550000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 24-O-81 2520S, 2000W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: DMIL1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BIG SANDY COAL & COKE CO<br>*Perm. Date*: 1/30/1987<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 793 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 75056<br>*Permit*: 74142<br>*API #*: 16071021590000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 24-O-81 2525S, 1980W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: DMIL2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BIG SANDY COAL & COKE CO<br>*Perm. Date*: 1/30/1987<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 790 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 78220<br>*Permit*: 18959<br>*API #*: 16063002740000<br>----<br>*County/Quad*: Elliott / Isonville<br>*Carter Coords*: 18-S-78 2250S, 1800W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ELDRIDGE, MARION<br>*Perm. Date*: 4/24/1967<br>*Comp. Date*: 5/4/1967<br>*Comp. Result*: OIL | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1116 ft<br>*Measured Depth*: n/a<br>*Elev*: 990 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Weir Sd |
| *Rec #*: 79317<br>*Permit*: 74673<br>*API #*: 16119000400000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 15-J-80 1100N, 1110E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: RITCHIE, DOVIE<br>*Perm. Date*: 6/15/1987<br>*Comp. Date*: 8/25/1987<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3400 ft<br>*Measured Depth*: n/a<br>*Elev*: 1432 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |

| | | | | |
|---|---|---|---|---|
| *Rec #*: 81449<br>*Permit*: 32407<br>*API #*: 16115003830000<br>----<br>*County/Quad*:  Johnson / Paintsville<br>*Carter Coords*:  18-P-81 1950N, 2350E<br>----<br>*Quick Map*:  **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report**<br>**Formation Tops Data** | <u>*Well #*</u>: 1<br><u>*Operator*</u>:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br><u>*Farm*</u>:  STANDARD INVESTMENTS<br><u>*Perm. Date*</u>: 7/21/1977<br><u>*Comp. Date*</u>: 8/8/1977<br><u>***Comp. Result***</u>: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2010 ft<br>*Measured Depth*: n/a<br>*Elev*: 880 ft<br>*D or V*: vertical<br>*TDF*:  Devonian-Ohio Shale |
| *Rec #*: 81450<br>*Permit*: 26894<br>*API #*: 16115003820000<br>----<br>*County/Quad*:  Johnson / Paintsville<br>*Carter Coords*:  18-P-81 350N, 1750E<br>----<br>*Quick Map*:  **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | <u>*Well #*</u>: 1<br><u>*Operator*</u>:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br><u>*Farm*</u>:  MEADE, ASTOR<br><u>*Perm. Date*</u>: 5/4/1973<br><u>*Comp. Date*</u>: 7/3/1973<br><u>***Comp. Result***</u>: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1830 ft<br>*Measured Depth*: n/a<br>*Elev*: 680 ft<br>*D or V*: vertical<br>*TDF*:  Devonian-Ohio Shale |
| *Rec #*: 82817<br>*Permit*: 75708<br>*API #*: 16071016110000<br>----<br>*County/Quad*:  Floyd / David<br>*Carter Coords*:  23-M-80 2360N, 500W<br>----<br>*Quick Map*:  **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | <u>*Well #*</u>: 1<br><u>*Operator*</u>:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br><u>*Farm*</u>:  ROWE, CLAUDE HEIRS<br><u>*Perm. Date*</u>: 12/3/1987<br><u>*Comp. Date*</u>: N/A<br><u>***Comp. Result***</u>: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 920 ft<br>*D or V*: vertical<br>*TDF*:  -Unknown or unassigned |
| *Rec #*: 83340<br>*Permit*: 75871<br>*API #*: 16071000840000<br>----<br>*County/Quad*:  Floyd / Lancer<br>*Carter Coords*:  3-N-82 740S, 80E<br>----<br>*Quick Map*:  **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | <u>*Well #*</u>: 1<br><u>*Operator*</u>:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br><u>*Farm*</u>:  LESLIE HEIRS<br><u>*Perm. Date*</u>: 1/6/1988<br><u>*Comp. Date*</u>: 1/30/1988<br><u>***Comp. Result***</u>: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2425 ft<br>*Measured Depth*: n/a<br>*Elev*: 800 ft<br>*D or V*: vertical<br>*TDF*:  Devonian-Ohio Shale |
| *Rec #*: 84257<br>*Permit*: 76159<br>*API #*: 16119000770000<br>----<br>*County/Quad*:  Knott / Hindman<br>*Carter Coords*:  10-J-79 2120S, 1000E<br>----<br>*Quick Map*:  **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | <u>*Well #*</u>: 1<br><u>*Operator*</u>:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br><u>*Farm*</u>:  MOORE, HIRAM & DILLARD BENTLEY<br><u>*Perm. Date*</u>: 3/16/1988<br><u>*Comp. Date*</u>: 5/16/1988<br><u>***Comp. Result***</u>: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3084 ft<br>*Measured Depth*: n/a<br>*Elev*: 1258 ft<br>*D or V*: vertical<br>*TDF*:  Devonian-Ohio Shale |
| *Rec #*: 86292 | | | | |

| Record Info | View E-log | Documents | Production/Pay Data | Well Info | Basin Info |
|---|---|---|---|---|---|
| Permit: 76581<br>API #: 16119000990000<br>----<br>County/Quad: Knott / Hindman<br>Carter Coords: 13-J-79 2680S, 2000W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √ View E-log (Image only) | Documents (PDF) Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: WADDLE, CRADY HEIRS<br>Perm. Date: 6/22/1988<br>Comp. Date: 6/24/1988<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3550 ft<br>Measured Depth: n/a<br>Elev: 1613 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 86562<br>Permit: 76622<br>API #: 16119001020000<br>----<br>County/Quad: Knott / Hindman<br>Carter Coords: 7-J-80 2580S, 480W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √ View E-log (Image only) | Documents (PDF) Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report<br>Formation Tops Data | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: CORNETTE, EARL<br>Perm. Date: 6/29/1988<br>Comp. Date: 7/24/1988<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3400 ft<br>Measured Depth: n/a<br>Elev: 1494 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 87115<br>Permit: 76704<br>API #: 16119001060000<br>----<br>County/Quad: Knott / Carrie<br>Carter Coords: 1-J-78 700N, 1600W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √ View E-log (Image only) | Documents (PDF) Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report | Well #: CH1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: CORNETT HEIRS<br>Perm. Date: 7/18/1988<br>Comp. Date: 8/28/1988<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2975 ft<br>Measured Depth: n/a<br>Elev: 1199 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 87116<br>Permit: 76705<br>API #: 16119001070000<br>----<br>County/Quad: Knott / Hindman<br>Carter Coords: 7-J-80 2300S, 1500W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √ View E-log (Image only) | Documents (PDF) Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report<br>Formation Tops Data | Well #: 2<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: CORNETTE, EARL<br>Perm. Date: 7/18/1988<br>Comp. Date: 10/10/1988<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3619 ft<br>Measured Depth: n/a<br>Elev: 1714 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 87117<br>Permit: 76706<br>API #: 16119001080000<br>----<br>County/Quad: Knott / Carrie<br>Carter Coords: 22-K-78 1875S, 1860W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √ View E-log (Image only) | Documents (PDF) Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report<br>Formation Tops Data | Well #: FH1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: FUGATE HEIRS<br>Perm. Date: 7/18/1988<br>Comp. Date: 12/19/1988<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3132 ft<br>Measured Depth: n/a<br>Elev: 1257 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 87675<br>Permit: 76847<br>API #: 16119001100000 | | | | Well #: FH2<br>Operator: BRADLEY, | Basin: Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 2-J-78 980N, 1400W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | CHARLES R DBA BASIN ENERGY CO<br>*Farm:* FUGATE HEIRS<br>*Perm. Date:* 8/15/1988<br>*Comp. Date:* 8/28/1988<br>*Comp. Result:* GAS | *Vertical Depth:* 2800 ft<br>*Measured Depth:* n/a<br>*Elev:* 1051 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 88295<br>*Permit:* 77195<br>*API #:* 16119001150000<br>----<br>*County/Quad:* Knott / Blackey<br>*Carter Coords:* 5-1-79 3900N, 3880W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* COMBS, TOWNSEL HEIRS<br>*Perm. Date:* 10/19/1988<br>*Comp. Date:* 10/31/1988<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3608 ft<br>*Measured Depth:* n/a<br>*Elev:* 1521 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 88636<br>*Permit:* 77392<br>*API #:* 16119001180000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 7-J-80 980S, 1780W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 4<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CORNETTE, EARL<br>*Perm. Date:* 11/23/1988<br>*Comp. Date:* 12/18/1988<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3662 ft<br>*Measured Depth:* n/a<br>*Elev:* 1293 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 88816<br>*Permit:* 77536<br>*API #:* 16119001240000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 21-K-78 1880S, 1110W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMITH, H H HEIRS & FUGATE HEIRS<br>*Perm. Date:* 1/4/1989<br>*Comp. Date:* 1/30/1989<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3035 ft<br>*Measured Depth:* n/a<br>*Elev:* 649 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 88961<br>*Permit:* 77650<br>*API #:* 16071001890000<br>----<br>*County/Quad:* Floyd / Prestonsburg<br>*Carter Coords:* 1-N-80 2710N, 350E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* FITZ COAL CO<br>*Perm. Date:* 1/30/1989<br>*Comp. Date:* 1/19/1989<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 737 ft<br>*Measured Depth:* n/a<br>*Elev:* 649 ft<br>*D or V:* vertical<br>*TDF:* Mississippian-Maxon Sd |
| *Rec #:* 89076<br>*Permit:* 77748<br>*API #:* 16119001310000<br>----<br>*County/Quad:* Knott / Blackey | ✓ | **Documents (PDF)** | **Production Data** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3674 ft |

| | | | |
|---|---|---|---|
| *Carter Coords:* 5-I-79 4450N, 1950W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | **View E-log**<br>**(Image only)** | Download PDF using<br>functionality when<br>opened.<br><br>**Formation Tops Data** | *Farm:* COMBS, TOWNSEL<br>HEIRS<br>*Perm. Date:* 2/16/1989<br>*Comp. Date:* 7/28/1989<br>*Comp. Result:* GAS | *Depth:* n/a<br>*Elev:* 1515 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 89077<br>*Permit:* 77749<br>*API #:* 16071016270000<br>----<br>*County/Quad:* Floyd / Prestonsburg<br>*Carter Coords:* 5-N-81 2620N, 810W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | | *Well #:* 2<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* NORTH PARK, INC<br>*Perm. Date:* 2/16/1989<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 807 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 89084<br>*Permit:* 77752<br>*API #:* 16119001320000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 1-J-78 1720N, 3265E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* CH2<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* CORNETT HEIRS<br>*Perm. Date:* 2/21/1989<br>*Comp. Date:* 1/29/1989<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3027 ft<br>*Measured Depth:* n/a<br>*Elev:* 1277 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 89256<br>*Permit:* 77842<br>*API #:* 16119001360000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 1-J-78 2390N, 2440E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report**<br><br>**Formation Tops Data** | *Well #:* CH4<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* CORNETT HEIRS<br>*Perm. Date:* 3/16/1989<br>*Comp. Date:* 4/13/1989<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3035 ft<br>*Measured Depth:* n/a<br>*Elev:* 1231 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 89257<br>*Permit:* 77843<br>*API #:* 16119013500000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 21-K-78 780S, 380W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | | *Well #:* 2<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* SMITH, H H HEIRS<br>& FUGATE HEIRS<br>*Perm. Date:* 3/16/1989<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1301 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 89352<br>*Permit:* 77883<br>*API #:* 16119001370000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 1-J-78 2700N, 3420E<br>---- | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when | **Production Data**<br><br>**Pay Data Report** | *Well #:* CH3<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* CORNETT HEIRS<br>*Perm. Date:* 3/23/1989 | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3014 ft<br>*Measured Depth:* n/a<br>*Elev:* 1249 ft<br>*D or V:* vertical |

| | | | | | |
|---|---|---|---|---|---|
| *Quick Map*: **google map view** | √ | PDF | | *Comp. Date*: 9/14/1989 | Devonian-Ohio Shale |
| *Petroleum Map*: **geologic map service** | | | | *Comp. Result*: GAS | |
| *Upload to GPS*: | | opened. | | | |

| | | | | | |
|---|---|---|---|---|---|
| *Rec #*: 89382<br>*Permit*: 77913<br>*API #*: 16119001380000<br>----<br>*County/Quad*: Knott / Carrie<br>*Carter Coords*: 21-K-78 810S, 1500W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SMITH, H H HEIRS & FUGATE HEIRS<br>*Perm. Date*: 3/27/1989<br>*Comp. Date*: 4/14/1989<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2746 ft<br>*Measured Depth*: n/a<br>*Elev*: 1024 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 89784<br>*Permit*: 78111<br>*API #*: 16119002080000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 13-J-79 2050S, 1080W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WADDLES, CRADY (HEIRS)<br>*Perm. Date*: 5/8/1989<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1571 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 89995<br>*Permit*: 78194<br>*API #*: 16119002150000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 7-J-80 610S, 780W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 5<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CORNETTE, EARL<br>*Perm. Date*: 5/25/1989<br>*Comp. Date*: 7/28/1989<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3269 ft<br>*Measured Depth*: 1340 ft<br>*Elev*: 1340 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 89996<br>*Permit*: 78195<br>*API #*: 16119013590000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 7-J-80 1450S, 100W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data** | *Well #*: 6<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CORNETTE, EARL<br>*Perm. Date*: 5/25/1989<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1276 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 90527<br>*Permit*: 78316<br>*API #*: 16119002220000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 16-K-79 1250S, 1150W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: RISNER, FLOYD<br>*Perm. Date*: 6/23/1989<br>*Comp. Date*: 8/2/1990<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2963 ft<br>*Measured Depth*: n/a<br>*Elev*: 1205 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |

| Record | E-log | Documents | Data Reports | Well Info | Basin Info |
|---|---|---|---|---|---|
| *Rec #:* 91071<br>*Permit:* 78476<br>*API #:* 16119003150000<br>----<br>*County/Quad:* Knott / Blackey<br>*Carter Coords:* 4-I-79 3000N, 1820W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √ **View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* BW4<br>*Operator:* BASIN ENERGY CO<br>*Farm:* MADDEN, CARL ET AL<br>*Perm. Date:* 8/1/1989<br>*Comp. Date:* 2/18/1990<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3457 ft<br>*Measured Depth:* n/a<br>*Elev:* 1391 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 91072<br>*Permit:* 78475<br>*API #:* 16119003140000<br>----<br>*County/Quad:* Knott / Blackey<br>*Carter Coords:* 4-I-79 4000N, 1600W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √ **View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* BW3<br>*Operator:* BASIN ENERGY CO<br>*Farm:* MADDEN, CARL ET AL<br>*Perm. Date:* 8/1/1989<br>*Comp. Date:* 10/17/1989<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3680 ft<br>*Measured Depth:* n/a<br>*Elev:* 1571 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 91147<br>*Permit:* 78499<br>*API #:* 16119003160000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 13-J-79 1150S, 1000W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √ **View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* 3<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WADDLES, CRADY HEIRS<br>*Perm. Date:* 8/7/1989<br>*Comp. Date:* 9/21/1989<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3609 ft<br>*Measured Depth:* n/a<br>*Elev:* 1585 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 91148<br>*Permit:* 78500<br>*API #:* 16119003170000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 13-J-79 1600S, 2200W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √ **View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* 4<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WADDLES, CRADY HEIRS<br>*Perm. Date:* 8/7/1989<br>*Comp. Date:* 10/30/1989<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3602 ft<br>*Measured Depth:* n/a<br>*Elev:* 1580 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 91464<br>*Permit:* 78577<br>*API #:* 16119003250000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 13-J-79 2120S, 1100W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √ **View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WADDLES, CRADY (HEIRS)<br>*Perm. Date:* 8/23/1989<br>*Comp. Date:* 6/22/1989<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3566 ft<br>*Measured Depth:* n/a<br>*Elev:* 1600 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 91777 | | | | | |

| Record Info | E-log | Documents | Reports | Well Info | Basin Info |
|---|---|---|---|---|---|
| *Permit:* 78660<br>*API #:* 16119003410000<br>----<br>*County/Quad:* Knott / Blackey<br>*Carter Coords:* 4-I-79 3720N, 2640W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | ✓<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* BW1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* MADDEN, CARL<br>*Perm. Date:* 9/14/1989<br>*Comp. Date:* 12/30/1989<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3535 ft<br>*Measured Depth:* n/a<br>*Elev:* 1400 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Olentangy Mbr, Ohio Sh |
| *Rec #:* 91778<br>*Permit:* 78661<br>*API #:* 16119003420000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 3-J-78 3520N, 380E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | ✓<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* BW5<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* RISNER, FLOYD<br>*Perm. Date:* 9/14/1989<br>*Comp. Date:* 7/31/1990<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2788 ft<br>*Measured Depth:* n/a<br>*Elev:* 997 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 91799<br>*Permit:* 78669<br>*API #:* 16119003440000<br>----<br>*County/Quad:* Knott / Blackey<br>*Carter Coords:* 4-I-79 2720N, 2900W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | ✓<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* BW1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* MADDEN, CARL<br>*Perm. Date:* 9/18/1989<br>*Comp. Date:* 1/29/1990<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3463 ft<br>*Measured Depth:* n/a<br>*Elev:* 1321 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 93145<br>*Permit:* 79055<br>*API #:* 16119006480000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 16-J-80 1875N, 1900E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | ✓<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* FRANKLIN, WILLIAM & WATSON HEIRS<br>*Perm. Date:* 12/18/1989<br>*Comp. Date:* 4/12/1990<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3370 ft<br>*Measured Depth:* n/a<br>*Elev:* 1352 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 93146<br>*Permit:* 79056<br>*API #:* 16119006490000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 16-J-80 730N, 1690E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | ✓<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* FRANKLIN, WILLIAM & WATSON HEIRS<br>*Perm. Date:* 12/18/1989<br>*Comp. Date:* 3/17/1990<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3338 ft<br>*Measured Depth:* n/a<br>*Elev:* 1348 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 100075<br>*Permit:* 79267<br>*API #:* 16071004510000 | | | | *Well #:* 3<br>*Operator:* BRADLEY, | *Basin:* Eastern Kentucky, Appalachian Basin |

| | | | | | |
|---|---|---|---|---|---|
| ---- <br> *County/Quad:* Floyd / Prestonsburg <br> *Carter Coords:* 1-N-80 1800N, 850E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | √ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | CHARLES R DBA BASIN ENERGY CO <br> *Farm:* FITZ COAL CO <br> *Perm. Date:* 2/12/1990 <br> *Comp. Date:* 8/15/1991 <br> *Comp. Result:* O&G | *Vertical Depth:* 1070 ft <br> *Measured Depth:* n/a <br> *Elev:* 888 ft <br> *D or V:* vertical <br> *TDF:* Mississippian-Maxon Sd |
| *Rec #:* 100076 <br> *Permit:* 79268 <br> *API #:* 16071016430000 <br> ---- <br> *County/Quad:* Floyd / Prestonsburg <br> *Carter Coords:* 1-N-80 2500N, 1560E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | -- | | | *Well #:* 4 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* FITZ COAL CO <br> *Perm. Date:* 2/12/1990 <br> *Comp. Date:* N/A <br> *Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* n/a <br> *Measured Depth:* n/a <br> *Elev:* 882 ft <br> *D or V:* vertical <br> *TDF:* -Unknown or unassigned |
| *Rec #:* 100420 <br> *Permit:* 79362 <br> *API #:* 16071004680000 <br> ---- <br> *County/Quad:* Floyd / McDowell <br> *Carter Coords:* 10-K-82 10S, 1800E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | √ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** <br> **Formation Tops Data** | *Well #:* 1 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* MITCHELL, TEX <br> *Perm. Date:* 3/7/1990 <br> *Comp. Date:* 4/5/1990 <br> *Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 3610 ft <br> *Measured Depth:* n/a <br> *Elev:* 1380 ft <br> *D or V:* vertical <br> *TDF:* Devonian-Ohio Shale |
| *Rec #:* 100421 <br> *Permit:* 79363 <br> *API #:* 16119006560000 <br> ---- <br> *County/Quad:* Knott / Hindman <br> *Carter Coords:* 16-K-79 1250S, 1130W <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | -- | | | *Well #:* 2 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* RISNER, FLOYD <br> *Perm. Date:* 3/7/1990 <br> *Comp. Date:* N/A <br> *Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* n/a <br> *Measured Depth:* n/a <br> *Elev:* 1211 ft <br> *D or V:* vertical <br> *TDF:* -Unknown or unassigned |
| *Rec #:* 100485 <br> *Permit:* 79404 <br> *API #:* 16119006570000 <br> ---- <br> *County/Quad:* Knott / Hindman <br> *Carter Coords:* 17-J-79 1300S, 550W <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | √ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** <br> **Formation Tops Data** | *Well #:* 1 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* MADDEN, OLAF ET AL <br> *Perm. Date:* 3/15/1990 <br> *Comp. Date:* 4/26/1990 <br> *Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 3313 ft <br> *Measured Depth:* n/a <br> *Elev:* 1265 ft <br> *D or V:* vertical <br> *TDF:* Devonian-Ohio Shale |
| *Rec #:* 100649 <br> *Permit:* 79563 <br> *API #:* 16119013720000 <br> ---- <br> *County/Quad:* Knott / Hindman | | **Documents (PDF)** | | *Well #:* 1 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* n/a |

| | | | | | |
|---|---|---|---|---|---|
| *Carter Coords*: 18-J-79 1520S, 160W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | | | Download PDF using functionality when opened. | *Farm*: SMITH, LUNA HEIRS<br>*Perm. Date*: 4/11/1990<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Depth*: n/a<br>*Elev*: 1298 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 100810<br>*Permit*: 79683<br>*API #*: 16119006630000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 23-J-79 300N, 2510E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: MULLIGAN & BOTTIMORE<br>*Perm. Date*: 5/9/1990<br>*Comp. Date*: 9/9/1990<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3586 ft<br>*Measured Depth*: n/a<br>*Elev*: 1534 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 100811<br>*Permit*: 79684<br>*API #*: 16119006640000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 23-J-79 1420N, 1950W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: MULLIGAN & BOTTIMORE<br>*Perm. Date*: 5/9/1990<br>*Comp. Date*: 6/28/1990<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3591 ft<br>*Measured Depth*: n/a<br>*Elev*: 1516 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 101215<br>*Permit*: 79960<br>*API #*: 16119006980000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 17-J-79 1205S, 90E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1-A<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SMITH, LUNA HEIRS<br>*Perm. Date*: 6/28/1990<br>*Comp. Date*: 5/13/1990<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3553 ft<br>*Measured Depth*: n/a<br>*Elev*: 1475 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 101264<br>*Permit*: 80002<br>*API #*: 16119007000000<br>----<br>*County/Quad*: Knott / Carrie<br>*Carter Coords*: 19-K-78 615N, 280E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ASHLAND EXPLORATION<br>*Perm. Date*: 7/10/1990<br>*Comp. Date*: 12/16/1990<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3362 ft<br>*Measured Depth*: n/a<br>*Elev*: 1597 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 101265<br>*Permit*: 80003<br>*API #*: 16119007010000<br>----<br>*County/Quad*: Knott / Carrie<br>*Carter Coords*: 24-K-78 505S, 1530E<br>----<br> | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using functionality when | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BOGGS, J P ET AL<br>*Perm. Date*: 7/10/1990 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2790 ft<br>*Measured Depth*: n/a<br>*Elev*: 977 ft<br>*D or V*: vertical |

Oil and Gas Records Search Results

| | | | | | |
|---|---|---|---|---|---|
| Quick Map: **google map view** Petroleum Map: **geologic map service** Upload to GPS: | | opened. | **Formation Tops Data** | *Comp. Date*: 8/16/1991 *Comp. Result*: GAS | ...an-Ohio Shale |
| *Rec #*: 101266 *Permit*: 80004 *API #*: 16119907020000 ---- *County/Quad*: Knott / Carrie *Carter Coords*: 4-J-78 285N, 605E ---- Quick Map: **google map view** Petroleum Map: **geologic map service** Upload to GPS: | -- | | | *Well #*: 2 *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO *Farm*: BOGGS, J P *Perm. Date*: 7/10/1990 *Comp. Date*: N/A *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin *Vertical Depth*: n/a *Measured Depth*: n/a *Elev*: 1295 ft *D or V*: vertical *TDF*: -Unknown or unassigned |
| *Rec #*: 101267 *Permit*: 80005 *API #*: 16119907030000 ---- *County/Quad*: Knott / Carrie *Carter Coords*: 24-K-78 2070S, 625E ---- Quick Map: **google map view** Petroleum Map: **geologic map service** Upload to GPS: | -- | | | *Well #*: 4 *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO *Farm*: BOGGS, J P ET AL *Perm. Date*: 7/10/1990 *Comp. Date*: N/A *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin *Vertical Depth*: n/a *Measured Depth*: n/a *Elev*: 1045 ft *D or V*: vertical *TDF*: -Unknown or unassigned |
| *Rec #*: 101268 *Permit*: 80006 *API #*: 16119907040000 ---- *County/Quad*: Knott / Carrie *Carter Coords*: 24-K-78 2550S, 1580E ---- Quick Map: **google map view** Petroleum Map: **geologic map service** Upload to GPS: | -- | | | *Well #*: 2 *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO *Farm*: BOGGS, J P *Perm. Date*: 7/10/1990 *Comp. Date*: N/A *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin *Vertical Depth*: n/a *Measured Depth*: n/a *Elev*: 1235 ft *D or V*: vertical *TDF*: -Unknown or unassigned |
| *Rec #*: 101269 *Permit*: 80007 *API #*: 16119907050000 ---- *County/Quad*: Knott / Carrie *Carter Coords*: 23-K-78 2500N, 1240W ---- Quick Map: **google map view** Petroleum Map: **geologic map service** Upload to GPS: | √ **View E-log** **(Image only)** | PDF **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data** **Pay Data Report** **Formation Tops Data** | *Well #*: 1 *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO *Farm*: DAVIDSON/FIELDS *Perm. Date*: 7/10/1990 *Comp. Date*: 2/5/1993 *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin *Vertical Depth*: 2940 ft *Measured Depth*: n/a *Elev*: 1177 ft *D or V*: vertical *TDF*: Devonian-Ohio Shale |
| *Rec #*: 101270 *Permit*: 80008 *API #*: 16119907060000 ---- *County/Quad*: Knott / Carrie *Carter Coords*: 23-K-78 2140N, 2540E ---- Quick Map: **google map view** Petroleum Map: **geologic map service** Upload to GPS: | -- | | | *Well #*: 2 *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO *Farm*: DAVIDSON/FIELDS *Perm. Date*: 7/10/1990 *Comp. Date*: N/A *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin *Vertical Depth*: n/a *Measured Depth*: n/a *Elev*: 1299 ft *D or V*: vertical *TDF*: -Unknown or unassigned |

| Record Info | E-log | Documents | Links | Well Info | Geologic Info |
|---|---|---|---|---|---|
| *Rec #:* 101288<br>*Permit:* 80026<br>*API #:* 16119007080000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 24-K-78 960S, 615E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | | | *Well #:* 3<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* BOGGS, J P<br>*Perm. Date:* 7/11/1990<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1178 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 101310<br>*Permit:* 80038<br>*API #:* 16119007100000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 16-K-79 1580S, 2640E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | | | *Well #:* 4<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* RISNER, FLOYD<br>*Perm. Date:* 7/17/1990<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1193 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 101311<br>*Permit:* 80039<br>*API #:* 16071005090000<br>----<br>*County/Quad:* Floyd / Pikeville<br>*Carter Coords:* 8-L-83 2960N, 2275E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* STEVENS HEIRS ET AL<br>*Perm. Date:* 7/17/1990<br>*Comp. Date:* 12/10/1990<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3365 ft<br>*Measured Depth:* n/a<br>*Elev:* 1077 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 101312<br>*Permit:* 80040<br>*API #:* 16071005100000<br>----<br>*County/Quad:* Floyd / McDowell<br>*Carter Coords:* 16-L-83 2230S, 710E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(LAS available)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* EREX (HERSHELL TACKETT)<br>*Perm. Date:* 7/17/1990<br>*Comp. Date:* 1/15/1991<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3215 ft<br>*Measured Depth:* n/a<br>*Elev:* 994 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 101418<br>*Permit:* 80114<br>*API #:* 16119007140000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 24-K-78 1560S, 1500E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* BOGGS, J S ET AL<br>*Perm. Date:* 7/20/1990<br>*Comp. Date:* 4/11/1991<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2883 ft<br>*Measured Depth:* n/a<br>*Elev:* 1080 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 101419 | | | | | |

| | | | | |
|---|---|---|---|---|
| *Permit:* 80115<br>*API #:* 16119007150000<br>----<br>*County/Quad:* Knott / Blackey<br>*Carter Coords:* 7-I-79 829N, 1214W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* ➡️ ⓘ | -- | **Sample Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* TURNER, JOHN RAYMOND<br>*Perm. Date:* 7/20/1990<br>*Comp. Date:* N/A<br>***Comp. Result:*** TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1320 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 101420<br>*Permit #:* 80116<br>*API #:* 16119007160000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 23-J-79 869N, 740W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* ➡️ ⓘ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WARD, ADA HEIRS<br>*Perm. Date:* 7/20/1990<br>*Comp. Date:* 9/9/1990<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3569 ft<br>*Measured Depth:* n/a<br>*Elev:* 1506 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 101456<br>*Permit:* 80153<br>*API #:* 16119007190000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 18-J-79 6S, 255W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* ➡️ ⓘ | -- | | | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* ADAMS, HATTIE HEIRS ET AL<br>*Perm. Date:* 7/23/1990<br>*Comp. Date:* N/A<br>***Comp. Result:*** TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1502 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 101457<br>*Permit:* 80154<br>*API #:* 16119007200000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 18-J-79 2896S, 1651W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* ➡️ ⓘ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* MULLINS, MATTIE HEIRS<br>*Perm. Date:* 7/23/1990<br>*Comp. Date:* 10/2/1990<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3524 ft<br>*Measured Depth:* n/a<br>*Elev:* 1490 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 101458<br>*Permit:* 80155<br>*API #:* 16119007210000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 18-J-79 1138S, 899W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* ➡️ ⓘ | ✓<br>**View E-log**<br>**(LAS available)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report**<br><br>**Formation Tops Data** | *Well #:* 3<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* MULLINS, MATTIE HEIRS ET AL<br>*Perm. Date:* 7/23/1990<br>*Comp. Date:* 11/9/1990<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3241 ft<br>*Measured Depth:* n/a<br>*Elev:* 1235 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 101459<br>*Permit:* 80156<br>*API #:* 16119007220000 | | | | *Well #:* 4<br>*Operator:* BRADLEY, CHARLES R DBA BASIN | *Basin:* Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 18-J-79 664S, 2145E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | | | ENERGY CO<br>*Farm:* MULLINS, MATTIE<br>ET AL<br>*Perm. Date:* 7/23/1990<br>*Comp. Date:* N/A<br>***Comp. Result:*** TRM | *Measured Depth:* n/a<br>*Elev:* 1823 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 101460<br>*Permit:* 80157<br>*API #:* 16119007230000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 21-K-79 780S, 380W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | | | *Well #:* 2<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* SMITH, H H &<br>FUGATE HEIRS<br>*Perm. Date:* 7/23/1990<br>*Comp. Date:* N/A<br>***Comp. Result:*** TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1301 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 101461<br>*Permit:* 80158<br>*API #:* 16119007240000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 18-J-79 2115S, 697W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #:* 2<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* SMITH, LUNA<br>HEIRS ET AL<br>*Perm. Date:* 7/23/1990<br>*Comp. Date:* 10/25/1990<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3566 ft<br>*Measured Depth:* 1528 ft<br>*Elev:* 1528 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 101505<br>*Permit:* 80202<br>*API #:* 16071016480000<br>----<br>*County/Quad:* Floyd / Prestonsburg<br>*Carter Coords:* 5-N-81 2620N, 810W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | | **Sample Report** | *Well #:* 2<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* NORTH PARK, INC<br>*Perm. Date:* 7/25/1990<br>*Comp. Date:* N/A<br>***Comp. Result:*** TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 807 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 101506<br>*Permit:* 80203<br>*API #:* 16119007250000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 12-K-78 350S, 460E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* ASHLAND<br>EXPLORATION<br>*Perm. Date:* 7/25/1990<br>*Comp. Date:* 12/4/1990<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3036 ft<br>*Measured Depth:* n/a<br>*Elev:* 1301 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 101698<br>*Permit:* 80286<br>*API #:* 16119007330000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 16-K-79 1150S, 1100W | -- | | | *Well #:* 2A<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* RISNER, FLOYD | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1287 ft |

| | | | | | |
|---|---|---|---|---|---|
| | | | | *Perm. Date*: 8/14/1990<br>*Comp. Date*: N/A<br>***Comp. Result***: TRM | *TDF*: -Unknown or unassigned |
| *Rec #*: 101700<br>*Permit*: 80287<br>*API #*: 16119007350000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 16-K-79 870S, 2820E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 5<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: RISNER, FLOYD<br>*Perm. Date*: 8/14/1990<br>*Comp. Date*: 5/1/1990<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2005 ft<br>*Measured Depth*: n/a<br>*Elev*: 1127 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Borden Formation |
| *Rec #*: 101701<br>*Permit*: 80288<br>*API #*: 16119007360000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 16-K-79 1160S, 1098W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 6<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: RISNER, FLOYD<br>*Perm. Date*: 8/14/1990<br>*Comp. Date*: 4/1/1990<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1741 ft<br>*Measured Depth*: n/a<br>*Elev*: 1286 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Pennington Formation (or Group) |
| *Rec #*: 101727<br>*Permit*: 80308<br>*API #*: 16119007340000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 16-K-79 866S, 2803E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: RISNER, FLOYD<br>*Perm. Date*: 8/14/1990<br>*Comp. Date*: 4/19/1990<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1679 ft<br>*Measured Depth*: n/a<br>*Elev*: 1127 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Pennington Formation (or Group) |
| *Rec #*: 101737<br>*Permit*: 80312<br>*API #*: 16119007370000<br>----<br>*County/Quad*: Knott / Blackey<br>*Carter Coords*: 7-I-79 1415N, 358W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | -- | | **Sample Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: TURNER, JOHN RAYMOND<br>*Perm. Date*: 8/20/1990<br>*Comp. Date*: N/A<br>***Comp. Result***: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1121 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 101854<br>*Permit*: 80383<br>*API #*: 16119007390000<br>----<br>*County/Quad*: Knott / Carrie<br>*Carter Coords*: 12-K-78 1250S, 940E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service** | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ASHLAND EXPLORATION<br>*Perm. Date*: 9/5/1990<br>*Comp. Date*: 9/4/1990 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3184 ft<br>*Measured Depth*: n/a<br>*Elev*: 1484 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |

| | | | | | |
|---|---|---|---|---|---|
| Upload to GPS: | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| *Rec #*: 102304<br>*Permit*: 80725<br>*API #*: 16119007480000<br>----<br>*County/Quad*: Knott / Blackey<br>*Carter Coords*: 4-I-79 2990N, 1818W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: BW4-A<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: MADDEN, CARL ET AL<br>*Perm. Date*: 10/26/1990<br>*Comp. Date*: 11/10/1990<br>*Comp. Result*: O&G | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2150 ft<br>*Measured Depth*: n/a<br>*Elev*: 1385 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Pennington Formation (or Group) |
| *Rec #*: 102771<br>*Permit*: 81123<br>*API #*: 16119007770000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 18-J-79 525S, 1671W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ADAMS, MATTIE ET AL<br>*Perm. Date*: 1/3/1991<br>*Comp. Date*: 12/12/1990<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3648 ft<br>*Measured Depth*: n/a<br>*Elev*: 1640 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 102772<br>*Permit*: 81124<br>*API #*: 16193006750000<br>----<br>*County/Quad*: Perry / Hazard South<br>*Carter Coords*: 24-I-77 3080N, 40W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CAMPBELL, WARREN<br>*Perm. Date*: 1/3/1991<br>*Comp. Date*: 2/13/1991<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3365 ft<br>*Measured Depth*: n/a<br>*Elev*: 1138 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 102896<br>*Permit*: 81245<br>*API #*: 16119008150000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 18-J-79 1761S, 1798W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: MULLINS, MATTIE HEIRS<br>*Perm. Date*: 1/23/1991<br>*Comp. Date*: 9/5/1990<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3551 ft<br>*Measured Depth*: n/a<br>*Elev*: 1506 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 103406<br>*Permit*: 81736<br>*API #*: 16121003860000<br>----<br>*County/Quad*: Knox / Artemus<br>*Carter Coords*: 20-E-69 1900N, 1210E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | | **Sample Report** | *Well #*: 1A<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HAMMONS, CHESTER A<br>*Perm. Date*: 4/23/1991<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1114 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |

| Record | | | Details |
|---|---|---|---|
| Rec #: 103407<br>Permit: 81737<br>API #: 16121003870000<br>----<br>County/Quad: Knox / Artemus<br>Carter Coords: 20-E-69 900N, 2200E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: → ① | -- | **Sample Report** | Well #: 2A<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: HAMMONS, CHESTER A<br>Perm. Date: 4/23/1991<br>Comp. Date: N/A<br>Comp. Result: TRM<br>Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1262 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 103408<br>Permit: 81738<br>API #: 16121003880000<br>----<br>County/Quad: Knox / Artemus<br>Carter Coords: 20-E-69 550N, 900E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: → ① | -- | | Well #: 3A<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: HAMMONS, CHESTER A<br>Perm. Date: 4/23/1991<br>Comp. Date: N/A<br>Comp. Result: TRM<br>Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1015 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 103570<br>Permit: 81850<br>API #: 16071008060000<br>----<br>County/Quad: Floyd / Prestonsburg<br>Carter Coords: 1-N-80 1040N, 1650E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: → ① | -- | PDF **Documents (PDF)** Download PDF using PDF reader functionality when opened.<br>**Production Data**<br>**Formation Tops Data** | Well #: 5<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: FITZ COAL CO<br>Perm. Date: 5/15/1991<br>Comp. Date: N/A<br>Comp. Result: TRM<br>Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 847 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 103625<br>Permit: 81884<br>API #: 16119008370000<br>----<br>County/Quad: Knott / Hindman<br>Carter Coords: 24-J-79 2192N, 2036W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: → ① | -- | | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: CODY, ALLIE HEIRS<br>Perm. Date: 5/22/1991<br>Comp. Date: N/A<br>Comp. Result: TRM<br>Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1428 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 104081<br>Permit: 82153<br>API #: 16195023290000<br>----<br>County/Quad: Pike / Broad Bottom<br>Carter Coords: 12-M-83 815S, 755W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: → ① | √<br>**View E-log**<br>(Image only) | PDF **Documents (PDF)** Download PDF using PDF reader functionality when opened.<br>**Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: HURT, BOB-PORTER HEIRS<br>Perm. Date: 7/16/1991<br>Comp. Date: 2/15/1991<br>Comp. Result: GAS<br>Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2859 ft<br>Measured Depth: n/a<br>Elev: 671 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 107248<br>Permit: 84221<br>API #: 16119009500000 | | | Well #: 1<br>Operator: BRADLEY,<br>Basin: Eastern Kentucky, Appalachian Basin |

| | | | |
|---|---|---|---|
| ----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 24-J-79 2552N, 1875E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | | *Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1398 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |

ENERGY CO
*Farm*: CODY, ALLIE ET AL
*Perm. Date*: 12/14/1992
*Comp. Date*: N/A
*Comp. Result*: TRM

---

| | | | | |
|---|---|---|---|---|
| *Rec #*: 107274<br>*Permit*: 84235<br>*API #*: 16071009310000<br>----<br>*County/Quad*: Floyd / Lancer<br>*Carter Coords*: 4-N-83 1645S, 2090E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ALLEN, JOHN<br>*Perm. Date*: 12/18/1992<br>*Comp. Date*: 12/28/1992<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2747 ft<br>*Measured Depth*: n/a<br>*Elev*: 790 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 107296<br>*Permit*: 84257<br>*API #*: 16119009520000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 18-J-79 6S, 255W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: ADAMS1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ADAMS, HATTIE HEIRS ET AL<br>*Perm. Date*: 12/21/1992<br>*Comp. Date*: 1/15/1993<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3554 ft<br>*Measured Depth*: n/a<br>*Elev*: 1502 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 107316<br>*Permit*: 84271<br>*API #*: 16119009630000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 8-J-79 2668N, 549W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Formation Tops Data** | *Well #*: JF1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FUGATE, JOHN<br>*Perm. Date*: 12/28/1992<br>*Comp. Date*: 8/13/1990<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3106 ft<br>*Measured Depth*: n/a<br>*Elev*: 1238 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 108725<br>*Permit*: 85089<br>*API #*: 16119010040000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 13-J-79 2300N, 750W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: NICKLES, WILLIAM HEIRS<br>*Perm. Date*: 8/25/1993<br>*Comp. Date*: 12/5/1993<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3520 ft<br>*Measured Depth*: n/a<br>*Elev*: 1602 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 108726<br>*Permit*: 85090<br>*API #*: 16119010050000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 14-J-79 2950N, 350E | √<br>View E-log | **Documents (PDF)**<br>Download PDF using | **Production Data** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: NICKLES, WILLIAM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3490 ft<br>*Measured Depth*: n/a<br>*Elev*: 1498 ft |

| | | | | |
|---|---|---|---|---|
| ---- *Quick Map*: google map view *Petroleum Map*: geologic map service *Upload to GPS*: | √ **View E-log** (Image only) | PDF **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Perm. Date*: 8/25/1993 *Comp. Date*: 12/5/1993 *Comp. Result*: GAS --- *TDF*: Devonian-Ohio Shale |
| *Rec #*: 109055 *Permit*: 85346 *API #*: 16071010100000 ---- *County/Quad*: Floyd / Lancer *Carter Coords*: 7-N-83 140N, 1490E ---- *Quick Map*: google map view *Petroleum Map*: geologic map service *Upload to GPS*: | √ **View E-log** (Image only) | PDF **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Sample Report** **Production Data** **Pay Data Report** | *Well #*: 2 *Operator*: BASIN ENERGY CO *Farm*: ALLEN, JOHN & ELIJAH SPEARS *Perm. Date*: 10/27/1993 *Comp. Date*: 12/10/1993 *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin *Vertical Depth*: 3102 ft *Measured Depth*: n/a *Elev*: 1051 ft *D or V*: vertical *TDF*: Devonian-Ohio Shale |
| *Rec #*: 109073 *Permit*: 85364 *API #*: 16119010090000 ---- *County/Quad*: Knott / Blackey *Carter Coords*: 5-1-79 2550S, 2075E ---- *Quick Map*: google map view *Petroleum Map*: geologic map service *Upload to GPS*: | √ **View E-log** (Image only) | PDF **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data** **Pay Data Report** | *Well #*: TCH-3 *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO *Farm*: COMBS, TOWNSEL HEIRS *Perm. Date*: 11/1/1993 *Comp. Date*: 2/21/1994 *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin *Vertical Depth*: 3389 ft *Measured Depth*: n/a *Elev*: 1306 ft *D or V*: vertical *TDF*: Devonian-Ohio Shale |
| *Rec #*: 109093 *Permit*: 85382 *API #*: 16119010100000 ---- *County/Quad*: Knott / Hindman *Carter Coords*: 24-J-79 2357N, 812E ---- *Quick Map*: google map view *Petroleum Map*: geologic map service *Upload to GPS*: | √ **View E-log** (Image only) | PDF **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data** **Pay Data Report** | *Well #*: 2 *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO *Farm*: CODY, ALLIE ET AL *Perm. Date*: 11/10/1993 *Comp. Date*: 4/24/1994 *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin *Vertical Depth*: 3640 ft *Measured Depth*: n/a *Elev*: 1512 ft *D or V*: vertical *TDF*: Devonian-Ohio Shale |
| *Rec #*: 109095 *Permit*: 85383 *API #*: 16119010110000 ---- *County/Quad*: Knott / Hindman *Carter Coords*: 24-J-79 2211S, 2292E ---- *Quick Map*: google map view *Petroleum Map*: geologic map service *Upload to GPS*: | -- | | | *Well #*: 4 *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO *Farm*: CODY, ALLIE ET AL *Perm. Date*: 11/10/1993 *Comp. Date*: N/A *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin *Vertical Depth*: n/a *Measured Depth*: n/a *Elev*: 1469 ft *D or V*: vertical *TDF*: -Unknown or unassigned |
| *Rec #*: 109196 *Permit*: 85459 *API #*: 16119010150000 ---- *County/Quad*: Knott / Hindman *Carter Coords*: 24-J-79 1989S, 2137E ---- *Quick Map*: google map view | √ **View E-log** (Image only) | PDF **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Production Data** **Pay Data Report** | *Well #*: 4 *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO *Farm*: CODY, ALLIE ET AL *Perm. Date*: 12/1/1993 *Comp. Date*: 4/24/1995 | *Basin*: Eastern Kentucky, Appalachian Basin *Vertical Depth*: 3670 ft *Measured Depth*: n/a *Elev*: 1587 ft *D or V*: vertical *TDF*: Devonian-Ohio Shale |

| | | | | | |
|---|---|---|---|---|---|
| *Rec #:* 109197<br>*Permit:* 85460<br>*API #:* 16119010160000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 24-J-79 2705S, 1347E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log<br>(Image only)** | 📄PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 3<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CODY, ALLIE ET AL<br>*Perm. Date:* 12/1/1993<br>*Comp. Date:* 4/23/1994<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3637 ft<br>*Measured Depth:* n/a<br>*Elev:* 1577 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 109198<br>*Permit:* 85461<br>*API #:* 16119010170000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 24-J-79 2570N, 1922E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log<br>(Image only)** | 📄PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CODY, ALLIE ET AL<br>*Perm. Date:* 12/1/1993<br>*Comp. Date:* 4/23/1994<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3600 ft<br>*Measured Depth:* n/a<br>*Elev:* 1430 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 109199<br>*Permit:* 85462<br>*API #:* 16119010180000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 24-J-79 2886S, 2058W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | | | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WARD, ADA HEIRS<br>*Perm. Date:* 12/1/1993<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1294 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 109200<br>*Permit:* 85463<br>*API #:* 16119010190000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 24-J-79 2272N, 1909W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | | **Sample Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WARD, ADA HEIRS<br>*Perm. Date:* 12/1/1993<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1325 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 109274<br>*Permit:* 85445<br>*API #:* 16071010150000<br>----<br>*County/Quad:* Floyd / Lancer<br>*Carter Coords:* 4-N-83 1340S, 2010W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | | | *Well #:* 3<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* ALLEN, JOHN<br>*Perm. Date:* 12/1/1993<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1023 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |

| | | | | | |
|---|---|---|---|---|---|
| Rec #: 109288<br>Permit: 85544<br>API #: 16119010210000<br>----<br>County/Quad: Knott / Blackey<br>Carter Coords: 7-I-79 1250N, 300W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | -- | | | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: TURNER, JOHN RAYMOND<br>Perm. Date: 12/22/1993<br>Comp. Date: N/A<br>Comp. Result: TRM | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1112 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 109289<br>Permit: 85545<br>API #: 16071010260000<br>----<br>County/Quad: Floyd / Lancer<br>Carter Coords: 4-N-83 490S, 2290E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br><br>Pay Data Report | Well #: 3<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: SPEARS, ELIJAH<br>Perm. Date: 12/22/1993<br>Comp. Date: 12/26/1993<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2937 ft<br>Measured Depth: n/a<br>Elev: 1023 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 109303<br>Permit: 85552<br>API #: 16119010230000<br>----<br>County/Quad: Knott / Hindman<br>Carter Coords: 16-K-80 1928N, 437W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br><br>Pay Data Report | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: AMBURGEY, BETTIE ET AL<br>Perm. Date: 1/4/1994<br>Comp. Date: 2/21/1994<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3312 ft<br>Measured Depth: n/a<br>Elev: 1437 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 110868<br>Permit: 86301<br>API #: 16119010650000<br>----<br>County/Quad: Knott / Carrie<br>Carter Coords: 24-K-78 2550S, 1580E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br><br>Pay Data Report | Well #: 2JSB<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: BOGGS, J S HEIRS<br>Perm. Date: 10/5/1994<br>Comp. Date: 1/1/1995<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2965 ft<br>Measured Depth: n/a<br>Elev: 1235 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 110986<br>Permit: 86320<br>API #: 16119010660000<br>----<br>County/Quad: Knott / Carrie<br>Carter Coords: 24-K-78 960S, 615E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br><br>Pay Data Report | Well #: JPB3<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: BOGGS, J P HEIRS<br>Perm. Date: 10/12/1994<br>Comp. Date: 2/11/1995<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2977 ft<br>Measured Depth: n/a<br>Elev: 1178 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 111289<br>Permit: 86420<br>API #: 16195029150000 | | | | Well #: 2<br>Operator: BRADLEY, | Basin: Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ----<br>*County/Quad*: Pike / Broad Bottom<br>*Carter Coords*: 19-M-83 1270N, 1866W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PORTER, HIBBERT HEIRS<br>*Perm. Date*: 11/16/1994<br>*Comp. Date*: 12/30/1994<br>*Comp. Result*: GAS | *Vertical Depth*: 3066 ft<br>*Measured Depth*: n/a<br>*Elev*: 821 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 111405<br>*Permit*: 86455<br>*API #*: 16195029230000<br>----<br>*County/Quad*: Pike / Broad Bottom<br>*Carter Coords*: 19-M-83 1120N, 860W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PORTER, HIBBERT HEIRS<br>*Perm. Date*: 12/7/1994<br>*Comp. Date*: 12/30/1994<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2970 ft<br>*Measured Depth*: n/a<br>*Elev*: 746 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 111447<br>*Permit*: 86490<br>*API #*: 16195029230000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 18-J-79 110N, 1380W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | -- | | | *Well #*: WC-1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CORNETT, WATSON HEIRS<br>*Perm. Date*: 12/14/1994<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1509 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 111448<br>*Permit*: 86491<br>*API #*: 16119010760000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 18-J-79 1120N, 870W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | -- | | | *Well #*: WC-2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CORNETT, WATSON HEIRS<br>*Perm. Date*: 12/14/1994<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1657 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 111457<br>*Permit*: 86499<br>*API #*: 16119010770000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 20-K-77 1759N, 1793E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: AMBURGY, BETTY HEIRS<br>*Perm. Date*: 12/20/1994<br>*Comp. Date*: 2/2/1995<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2951 ft<br>*Measured Depth*: n/a<br>*Elev*: 1123 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 111463<br>*Permit*: 86505<br>*API #*: 16195029340000<br>----<br>*County/Quad*: Pike / Thomas | ✓ | **Documents (PDF)** | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3070 ft |

| | | | | |
|---|---|---|---|---|
| *Carter Coords*: 22-O-83 1941S, 986E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well Depth*: n/a<br>*Farm*: BEVINS, S G<br>*Perm. Date*: 12/20/1994<br>*Comp. Date*: 2/15/1995<br>*Comp. Result*: GAS<br>*Elev*: 953 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 111472<br>*Permit*: 86511<br>*API #*: 16195029350000<br>----<br>*County/Quad*: Pike / Broad Bottom<br>*Carter Coords*: 19-M-83 2420N, 1961W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PORTER, HIBBERT HEIRS<br>*Perm. Date*: 12/20/1994<br>*Comp. Date*: 1/6/1995<br>*Comp. Result*: GAS<br>*Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3373 ft<br>*Measured Depth*: n/a<br>*Elev*: 1075 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 111479<br>*Permit*: 86518<br>*API #*: 16195029330000<br>----<br>*County/Quad*: Pike / Thomas<br>*Carter Coords*: 2-N-83 1012N, 25E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BEVINS, S G<br>*Perm. Date*: 12/20/1994<br>*Comp. Date*: 2/14/1995<br>*Comp. Result*: GAS<br>*Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3045 ft<br>*Measured Depth*: n/a<br>*Elev*: 924 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 111570<br>*Permit*: 86569<br>*API #*: 16119010790000<br>----<br>*County/Quad*: Knott / Carrie<br>*Carter Coords*: 4-J-78 285N, 605E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BOGGS, J P<br>*Perm. Date*: 1/19/1995<br>*Comp. Date*: 2/11/1995<br>*Comp. Result*: GAS<br>*Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3088 ft<br>*Measured Depth*: n/a<br>*Elev*: 1295 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 113060<br>*Permit*: 87463<br>*API #*: 16119013360000<br>----<br>*County/Quad*: Knott / Carrie<br>*Carter Coords*: 24-K-78 1920S, 430E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: JPB#4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BOGGS, J P HEIRS C/O GILBERT S B<br>*Perm. Date*: 12/18/1995<br>*Comp. Date*: 2/19/1995<br>*Comp. Result*: GAS<br>*Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2924 ft<br>*Measured Depth*: n/a<br>*Elev*: 1119 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 113071<br>*Permit*: 87473<br>*API #*: 16193008240000<br>----<br>*County/Quad*: Perry / Hazard North<br>*Carter Coords*: 24-J-76 1935N, 82E<br>---- | √<br>**View E-log**<br>(Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: STACY, GRAVES & CAMPBELL<br>*Perm. Date*: 12/21/1995<br>*Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3068 ft<br>*Measured Depth*: n/a<br>*Elev*: 1141 ft<br>*D or V*: vertical |

| | | | | |
|---|---|---|---|---|
| | | | *Comp. Date*: 6/26/1996<br>*Comp. Result*: GAS | nian-Ohio Shale |
| *Rec #*: 113117<br>*Permit*: 87500<br>*API #*: 16071015940000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 1-N-80 2350S, 400E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: FC 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: NORTH PARK, INC<br>*Perm. Date*: 1/4/1996<br>*Comp. Date*: 6/12/1996<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2082 ft<br>*Measured Depth*: n/a<br>*Elev*: 716 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 113118<br>*Permit*: 87501<br>*API #*: 16071015930000<br>----<br>*County/Quad*: Floyd / Prestonsburg<br>*Carter Coords*: 1-N-80 1800N, 850E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FITZ COAL CO<br>*Perm. Date*: 1/4/1996<br>*Comp. Date*: 5/10/1996<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2205 ft<br>*Measured Depth*: n/a<br>*Elev*: 888 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 113655<br>*Permit*: 87618<br>*API #*: 16119013910000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 8-J-79 1471N, 261W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FUGATE, JOHN<br>*Perm. Date*: 3/18/1996<br>*Comp. Date*: 6/26/1996<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3131 ft<br>*Measured Depth*: n/a<br>*Elev*: 1280 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 113745<br>*Permit*: 87691<br>*API #*: 16119013930000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 18-J-79 1120N, 870W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | | | *Well #*: WC-2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CORNETT, WATSON HEIRS<br>*Perm. Date*: 4/17/1996<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1657 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 113755<br>*Permit*: 87701<br>*API #*: 16119013950000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 18-J-79 110N, 1380W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | | | *Well #*: WC-1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CORNETT, WATSON HEIRS<br>*Perm. Date*: 4/25/1996<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1509 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |

| | | | | | |
|---|---|---|---|---|---|
| *Rec #:* 114179<br>*Permit:* 88100<br>*API #:* 16119014070000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 18-K-79 1214N, 1162E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report**<br><br>**Formation Tops Data** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* BAKER & SMITH<br>*Perm. Date:* 10/4/1996<br>*Comp. Date:* 1/14/1997<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3073 ft<br>*Measured Depth:* n/a<br>*Elev:* 1170 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 114281<br>*Permit:* 88195<br>*API #:* 16119014090000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 2-J-78 2022S, 2216W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report**<br><br>**Formation Tops Data** | *Well #:* SC#1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMITH & COMBS HEIRS<br>*Perm. Date:* 11/11/1996<br>*Comp. Date:* 12/17/1996<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3329 ft<br>*Measured Depth:* n/a<br>*Elev:* 1580 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 114321<br>*Permit:* 88236<br>*API #:* 16119014100000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 2-J-78 2251S, 927W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* SC#2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMITH & COMBS HEIRS<br>*Perm. Date:* 11/21/1996<br>*Comp. Date:* 12/17/1996<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3303 ft<br>*Measured Depth:* n/a<br>*Elev:* 1500 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 114333<br>*Permit:* 88248<br>*API #:* 16195037120000<br>----<br>*County/Quad:* Pike / Broad Bottom<br>*Carter Coords:* 19-M-83 2154N, 525W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* MEADE1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CRATE MEADE HEIRS<br>*Perm. Date:* 11/26/1996<br>*Comp. Date:* 12/26/1996<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2902 ft<br>*Measured Depth:* n/a<br>*Elev:* 699 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 114394<br>*Permit:* 88308<br>*API #:* 16119014390000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 13-J-79 180S, 1404W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* WC1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CORNETT, WATSON HEIRS<br>*Perm. Date:* 12/26/1996<br>*Comp. Date:* 10/21/1997<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3319 ft<br>*Measured Depth:* n/a<br>*Elev:* 1280 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 114480 | | | | | |

| | | | |
|---|---|---|---|
| *Permit:* 88374<br>*API #:* 16119014400000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 19-K-79 2679N, 85W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened.<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SALYERS, ROSABELL HEIRS<br>*Perm. Date:* 1/30/1997<br>*Comp. Date:* 2/28/1997<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3212 ft<br>*Measured Depth:* n/a<br>*Elev:* 1384 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 114608<br>*Permit:* 88499<br>*API #:* 16119014590000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 12-J-79 2449S, 1740W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened.<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* PARKS, L D<br>*Perm. Date:* 3/19/1997<br>*Comp. Date:* 4/2/1997<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3404 ft<br>*Measured Depth:* n/a<br>*Elev:* 1444 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 114626<br>*Permit:* 88517<br>*API #:* 16119014600000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 8-J-79 1754S, 1663W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened.<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMITH, G C HEIRS<br>*Perm. Date:* 3/21/1997<br>*Comp. Date:* 3/31/1997<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3405 ft<br>*Measured Depth:* n/a<br>*Elev:* 1519 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 114627<br>*Permit:* 88518<br>*API #:* 16119014610000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 8-J-79 2776S, 1551W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened.<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMITH, G C HEIRS<br>*Perm. Date:* 3/21/1997<br>*Comp. Date:* 4/15/1997<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3385 ft<br>*Measured Depth:* n/a<br>*Elev:* 1510 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 114628<br>*Permit:* 88519<br>*API #:* 16119014620000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 8-J-79 2433N, 2042W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened.<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #:* 3<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMITH, G C HEIRS<br>*Perm. Date:* 3/25/1997<br>*Comp. Date:* 4/30/1997<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3311 ft<br>*Measured Depth:* n/a<br>*Elev:* 1457 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 114825<br>*Permit:* 88703<br>*API #:* 16071017440000 | | | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN | *Basin:* Eastern Kentucky, Appalachian Basin |

| Record Info | E-log | Documents | Reports | Well Info | Geologic Info |
|---|---|---|---|---|---|
| ---- <br> *County/Quad*: Floyd / Harold <br> *Carter Coords*: 24-N-82 672S, 409E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | √ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | ENERGY CO <br> *Farm*: DAVIDSON, S P & A J HEIRS <br> *Perm. Date*: 5/30/1997 <br> *Comp. Date*: 7/29/1997 <br> *Comp. Result*: GAS | *Vertical Depth*: 2890 ft <br> *Measured Depth*: n/a <br> *Elev*: 1067 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Ohio Shale |
| *Rec #*: 114826 <br> *Permit*: 88704 <br> *API #*: 16071017450000 <br> ---- <br> *County/Quad*: Floyd / Harold <br> *Carter Coords*: 4-M-82 316N, 615E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | √ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #*: 2 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: DAVIDSON, S P & A J HEIRS <br> *Perm. Date*: 5/30/1997 <br> *Comp. Date*: 7/18/1997 <br> *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 2890 ft <br> *Measured Depth*: n/a <br> *Elev*: 1042 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Ohio Shale |
| *Rec #*: 114855 <br> *Permit*: 88729 <br> *API #*: 16153026060000 <br> ---- <br> *County/Quad*: Magoffin / Ivyton <br> *Carter Coords*: 7-N-79 2296N, 2137W <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | √ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Sample Report** <br> **Production Data** <br> **Pay Data Report** <br> **Formation Tops Data** | *Well #*: 1 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: WHITAKER, CASTLE <br> *Perm. Date*: 6/12/1997 <br> *Comp. Date*: 6/20/1997 <br> *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 2785 ft <br> *Measured Depth*: n/a <br> *Elev*: 958 ft <br> *D or V*: vertical <br> *TDF*: Silurian-Clinton Sh |
| *Rec #*: 114885 <br> *Permit*: 88758 <br> *API #*: 16153026080000 <br> ---- <br> *County/Quad*: Magoffin / Ivyton <br> *Carter Coords*: 7-N-79 2299N, 2129W <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #*: CW#2 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: WHITTAKEER, CASTLE <br> *Perm. Date*: 6/24/1997 <br> *Comp. Date*: 6/22/1997 <br> *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 680 ft <br> *Measured Depth*: n/a <br> *Elev*: 955 ft <br> *D or V*: vertical <br> *TDF*: Pennsylvanian-Lee Formation |
| *Rec #*: 114985 <br> *Permit*: 88842 <br> *API #*: 16153026090000 <br> ---- <br> *County/Quad*: Magoffin / Ivyton <br> *Carter Coords*: 7-N-79 1558S, 2241E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | | *Well #*: BS#1 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: STEPHENS, BRUCE <br> *Perm. Date*: 7/22/1997 <br> *Comp. Date*: N/A <br> *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 1013 ft <br> *D or V*: vertical <br> *TDF*: -Unknown or unassigned |
| *Rec #*: 115002 <br> *Permit*: 88870 <br> *API #*: 16071017670000 <br> ---- <br> *County/Quad*: Floyd / Harold | √ | **Documents (PDF)** | | *Well #*: 3 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 2765 ft |

| | | | |
|---|---|---|---|
| *Carter Coords*: 4-M-82 534N, 1597E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ⓘ | ✓<br>**View E-log**<br>**(Image only)** | Download PDF using<br>PDF reader<br>functionality when<br>opened. | *Well Depth*: n/a<br>A J<br>*Farm*: DAVIDSON, S P &<br>*Elev*: 953 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |

*Production Data*

*Pay Data Report*

A J

*Perm. Date*: 7/31/1997
*Comp. Date*: 9/11/1997
*Comp. Result*: GAS

| | | | | |
|---|---|---|---|---|
| *Rec #*: 115003<br>*Permit*: 88871<br>*API #*: 16071017680000<br>----<br>*County/Quad*: Floyd / Harold<br>*Carter Coords*: 24-N-82 744S, 1509E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ⓘ | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 4<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: DAVIDSON, S P &<br>A J<br>*Perm. Date*: 7/31/1997<br>*Comp. Date*: 8/12/1997<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2990 ft<br>*Measured Depth*: n/a<br>*Elev*: 1060 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 115030<br>*Permit*: 88898<br>*API #*: 16153026730000<br>----<br>*County/Quad*: Magoffin / Ivyton<br>*Carter Coords*: 7-N-79 1517S, 2253E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ⓘ | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: BS#1-A<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: STEPHENS, BRUCE<br>*Perm. Date*: 8/8/1997<br>*Comp. Date*: 7/30/1997<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 805 ft<br>*Measured Depth*: n/a<br>*Elev*: 1013 ft<br>*D or V*: vertical<br>*TDF*: Pennsylvanian-Breathitt and Lee Formations |
| *Rec #*: 115031<br>*Permit*: 88899<br>*API #*: 16193008790000<br>----<br>*County/Quad*: Perry / Hazard North<br>*Carter Coords*: 20-J-76 846N, 797E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ⓘ | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: EMH#1<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: HURT, ELIZA MAE<br>& JR<br>*Perm. Date*: 8/8/1997<br>*Comp. Date*: 10/9/1997<br>*Comp. Result*: O&G | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2348 ft<br>*Measured Depth*: n/a<br>*Elev*: 1152 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Borden Formation |
| *Rec #*: 115222<br>*Permit*: 89088<br>*API #*: 16153026840000<br>----<br>*County/Quad*: Magoffin / Ivyton<br>*Carter Coords*: 7-N-79 2872S, 1671W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ⓘ | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: BS-2<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: STEPHENS, BRUCE<br>*Perm. Date*: 10/8/1997<br>*Comp. Date*: 8/21/1998<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 930 ft<br>*Measured Depth*: n/a<br>*Elev*: 925 ft<br>*D or V*: vertical<br>*TDF*: Pennsylvanian-Lee Formation |
| *Rec #*: 115326<br>*Permit*: 89190<br>*API #*: 16119014950000<br>----<br>*County/Quad*: Knott / Vicco<br>*Carter Coords*: 1-I-78 2410S, 460E<br>---- | -- | | **Sample Report**<br><br>**Production Data** | *Well #*: TCH-5<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: COMBS, TOWNSEL<br>HEIRS<br>*Perm. Date*: 11/11/1997 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1406 ft<br>*D or V*: vertical |

| | | | | | |
|---|---|---|---|---|---|
| *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: → 📶 ℹ️ | | | | *Comp. Date*: N/A <br> *Comp. Result*: TRM | Unknown or unassigned |
| *Rec #*: 115327 <br> *Permit*: 89191 <br> *API #*: 16195038300000 <br> ---- <br> *County/Quad*: Pike / Meta <br> *Carter Coords*: 12-N-85 3500N, 2760E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: → 📶 ℹ️ | -- | 📄 PDF <br> **Documents (PDF)** <br> Download PDF reader using PDF reader functionality when opened. | | *Well #*: CAH#2 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: CAINES HEIRS <br> *Perm. Date*: 11/11/1997 <br> *Comp. Date*: N/A <br> *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 1586 ft <br> *D or V*: vertical <br> *TDF*: -Unknown or unassigned |
| *Rec #*: 115328 <br> *Permit*: 89192 <br> *API #*: 16195038290000 <br> ---- <br> *County/Quad*: Pike / Meta <br> *Carter Coords*: 12-N-85 4400N, 3325E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: → 📶 ℹ️ | -- | 📄 PDF <br> **Documents (PDF)** <br> Download PDF reader using PDF reader functionality when opened. | | *Well #*: 3 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: CAINES HEIRS <br> *Perm. Date*: 11/11/1997 <br> *Comp. Date*: N/A <br> *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 1342 ft <br> *D or V*: vertical <br> *TDF*: -Unknown or unassigned |
| *Rec #*: 115357 <br> *Permit*: 89221 <br> *API #*: 16119014970000 <br> ---- <br> *County/Quad*: Knott / Vicco <br> *Carter Coords*: 1-I-78 1690N, 1180E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: → 📶 ℹ️ | √ <br> **View E-log** <br> **(Image only)** | 📄 PDF <br> **Documents (PDF)** <br> Download PDF reader using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #*: TCH-6 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: COMBS, TOWNSEL HEIRS <br> *Perm. Date*: 11/19/1997 <br> *Comp. Date*: 12/1/1997 <br> *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 3753 ft <br> *Measured Depth*: n/a <br> *Elev*: 1622 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Ohio Shale |
| *Rec #*: 115419 <br> *Permit*: 89297 <br> *API #*: 16119015060000 <br> ---- <br> *County/Quad*: Knott / Carrie <br> *Carter Coords*: 19-K-77 85S, 1618W <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: → 📶 ℹ️ | √ <br> **View E-log** <br> **(Image only)** | 📄 PDF <br> **Documents (PDF)** <br> Download PDF reader using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #*: PHOE#1 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: PHOENIX DEVELOPMENT <br> *Perm. Date*: 12/12/1997 <br> *Comp. Date*: 1/13/1998 <br> *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 2306 ft <br> *Measured Depth*: n/a <br> *Elev*: 1230 ft <br> *D or V*: vertical <br> *TDF*: Mississippian-Borden Formation |
| *Rec #*: 115420 <br> *Permit*: 89298 <br> *API #*: 16119015050000 <br> ---- <br> *County/Quad*: Knott / Vicco <br> *Carter Coords*: 1-I-78 1670S, 1650E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | √ <br> **View E-log** <br> **(Image only)** | 📄 PDF <br> **Documents (PDF)** <br> Download PDF reader using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #*: TCH-8 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: COMBS, TOWNSEL HEIRS <br> *Perm. Date*: 12/12/1997 <br> *Comp. Date*: 12/18/1997 <br> *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 3611 ft <br> *Measured Depth*: n/a <br> *Elev*: 1504 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Ohio Shale |

| | | | | |
|---|---|---|---|---|
| *Rec #*: 115423<br>*Permit*: 89257<br>*API #*: 16153026880000<br>----<br>*County/Quad*: Magoffin / Ivyton<br>*Carter Coords*: 7-N-79 1558S, 2251E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: BS#1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: STEPHENS, BRUCE<br>*Perm. Date*: 12/5/1997<br>*Comp. Date*: 7/27/1997<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2860 ft<br>*Measured Depth*: n/a<br>*Elev*: 1013 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Clinton Sh |
| *Rec #*: 115432<br>*Permit*: 89258<br>*API #*: 16153026870000<br>----<br>*County/Quad*: Magoffin / Ivyton<br>*Carter Coords*: 7-N-79 1864S, 1590W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: BS#3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: STEPHENS, BRUCE<br>*Perm. Date*: 12/5/1997<br>*Comp. Date*: 8/27/1998<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 980 ft<br>*Measured Depth*: n/a<br>*Elev*: 1105 ft<br>*D or V*: vertical<br>*TDF*: Pennsylvanian-Lee Formation |
| *Rec #*: 115433<br>*Permit*: 89260<br>*API #*: 16119015030000<br>----<br>*County/Quad*: Knott / Vicco<br>*Carter Coords*: 1-I-78 2850N, 1020E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: TCH-7<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COMBS, TOWNSEL HRS<br>*Perm. Date*: 12/5/1997<br>*Comp. Date*: 12/11/1997<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3524 ft<br>*Measured Depth*: n/a<br>*Elev*: 1411 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 115437<br>*Permit*: 89259<br>*API #*: 16119015040000<br>----<br>*County/Quad*: Knott / Vicco<br>*Carter Coords*: 1-I-78 2310S, 520E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: TCH-5<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COMBS, TOWNSEL HEIRS<br>*Perm. Date*: 12/5/1997<br>*Comp. Date*: 11/21/1997<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3552 ft<br>*Measured Depth*: n/a<br>*Elev*: 1405 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 115457<br>*Permit*: 89303<br>*API #*: 16193008830000<br>----<br>*County/Quad*: Perry / Hazard North<br>*Carter Coords*: 11-J-76 129S, 1569E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: GNG 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: GIBSON, GRACIE NAPIER<br>*Perm. Date*: 12/17/1997<br>*Comp. Date*: 1/16/1998<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1825 ft<br>*Measured Depth*: n/a<br>*Elev*: 863 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Big Lime |
| *Rec #*: 115538 | | | | |

| | | | |
|---|---|---|---|
| Permit: 89331<br>API #: 16119015080000<br>----<br>County/Quad: Knott / Carrie<br>Carter Coords: 22-K-77 1311N, 1764W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: ⟶ ⓘ | ✓<br>View E-log<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened.<br>**Production Data**<br>**Pay Data Report** | *Well* #: *Phoenix*<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PHOENIX DEVELOPMENT<br>*Perm. Date*: 1/13/1998<br>*Comp. Date*: 2/16/1998<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2820 ft<br>*Measured Depth*: n/a<br>*Elev*: 1031 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| Rec #: 115577<br>Permit: 89372<br>API #: 16133005180000<br>----<br>County/Quad: Letcher / Blackey<br>Carter Coords: 18-I-80 1150N, 2925E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: ⟶ ⓘ | ✓<br>View E-log<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened.<br>**Production Data**<br>**Pay Data Report** | *Well* #: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: GERMAN COAL CO, LTD<br>*Perm. Date*: 2/13/1998<br>*Comp. Date*: 3/14/1998<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3786 ft<br>*Measured Depth*: n/a<br>*Elev*: 1422 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| Rec #: 115578<br>Permit: 89373<br>API #: 16133005170000<br>----<br>County/Quad: Letcher / Blackey<br>Carter Coords: 18-I-80 720N, 3850E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: ⟶ ⓘ | ✓<br>View E-log<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened.<br>**Production Data**<br>**Pay Data Report** | *Well* #: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: GERMAN COLA CO, LTD<br>*Perm. Date*: 2/13/1998<br>*Comp. Date*: 3/4/1998<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3759 ft<br>*Measured Depth*: n/a<br>*Elev*: 1315 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| Rec #: 115609<br>Permit: 89399<br>API #: 16071018100000<br>----<br>County/Quad: Floyd / Martin<br>Carter Coords: 25-M-81 1050S, 1850E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: ⟶ ⓘ | ✓<br>View E-log<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened.<br>**Production Data**<br>**Pay Data Report** | *Well* #: SA-03<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: DOWER, SUSAN ALLEN TRACT<br>*Perm. Date*: 2/24/1998<br>*Comp. Date*: 2/27/1998<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 946 ft<br>*Measured Depth*: n/a<br>*Elev*: 1054 ft<br>*D or V*: vertical<br>*TDF*: Pennsylvanian-Lee Formation |
| Rec #: 115621<br>Permit: 89441<br>API #: 16119015120000<br>----<br>County/Quad: Knott / Carrie<br>Carter Coords: 22-K-77 624N, 1165E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: ⟶ ⓘ | ✓<br>View E-log<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened.<br>**Production Data**<br>**Pay Data Report** | *Well* #: ROCO#1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COMBS, ROBERT<br>*Perm. Date*: 3/11/1998<br>*Comp. Date*: 3/22/1998<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3020 ft<br>*Measured Depth*: n/a<br>*Elev*: 1212 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| Rec #: 115667<br>Permit: 89460<br>API #: 16071018130000 | | | *Well* #: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN | *Basin*: Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ----<br>*County/Quad:* Floyd / Martin<br>*Carter Coords:* 3-M-81 5990N, 3750E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* 🖎 ⓘ | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | ENERGY CO<br>*Farm:* WOODS, BESSIE/MARTIN, NAOMI<br>*Perm. Date:* 3/19/1998<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1105 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 115668<br>*Permit:* 89461<br>*API #:* 16071018120000<br>----<br>*County/Quad:* Floyd / Prestonsburg<br>*Carter Coords:* 8-O-81 580N, 2140E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* 🖎 ⓘ | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #:* HAGER1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* HAGER, RUTH<br>*Perm. Date:* 3/19/1998<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 772 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 115676<br>*Permit:* 89440<br>*API #:* 16119015110000<br>----<br>*County/Quad:* Knott / Vicco<br>*Carter Coords:* 1-1-78 2225N, 2025E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* 🖎 ⓘ | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* TCH-9<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* COMBS, TOWNSEL HEIRS<br>*Perm. Date:* 3/11/1998<br>*Comp. Date:* 1/6/1997<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Measured Depth:* n/a<br>*Vertical Depth:* 3884 ft<br>*Elev:* 1736 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 115687<br>*Permit:* 89472<br>*API #:* 16119015150000<br>----<br>*County/Quad:* Knott / Hindman<br>*Carter Coords:* 3-J-79 3350N, 3150E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* 🖎 ⓘ | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMITH, W R HEIRS<br>*Perm. Date:* 3/24/1998<br>*Comp. Date:* 8/12/1998<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Measured Depth:* n/a<br>*Vertical Depth:* 3064 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 115711<br>*Permit:* 89496<br>*API #:* 16071018190000<br>----<br>*County/Quad:* Floyd / Martin<br>*Carter Coords:* 7-M-81 4684N, 3108E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* 🖎 ⓘ | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #:* LAYNE1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* LAYNE, BERT<br>*Perm. Date:* 4/3/1998<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1174 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 115712<br>*Permit:* 89497<br>*API #:* 16071018180000<br>----<br>*County/Quad:* Floyd / Martin | √ | **Documents (PDF)** | | *Well #:* LAYNE2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2810 ft |

| | | | |
|---|---|---|---|
| *Carter Coords:* 7-M-81 4580N, 2110E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | **View E-log**<br>**(Image only)** | **Download PDF using**<br>**Production Data**<br>functionality when<br>opened.<br>**Pay Data Report** | *Depth:* n/a<br>*Farm:* LAYNE, BERT<br>*Perm. Date:* 4/3/1998<br>*Comp. Date:* 1/7/1999<br>*Comp. Result:* GAS<br><br>*Elev:* 1095 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 115713<br>*Permit:* 89498<br>*API #:* 16071018170000<br>----<br>*County/Quad:* Floyd / Martin<br>*Carter Coords:* 7-M-81 3587N, 1952E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | PDF<br><br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened.<br><br>-- | | *Well #:* LAYNE3<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* LAYNE, BERT<br>*Perm. Date:* 4/3/1998<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1014 ft<br>*D or V:* n/a<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 115729<br>*Permit:* 89514<br>*API #:* 16119015180000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 17-J-78 2415S, 1776E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | PDF<br><br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* STAR TRANSPORT<br>*Perm. Date:* 4/9/1998<br>*Comp. Date:* 8/27/1998<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3135 ft<br>*Measured Depth:* n/a<br>*Elev:* 1130 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 115765<br>*Permit:* 89549<br>*API #:* 16195039030000<br>----<br>*County/Quad:* Pike / Meta<br>*Carter Coords:* 24-N-85 5050N, 3740E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | PDF<br><br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report**<br><br>**Formation Tops Data** | *Well #:* 1<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* SALISBURY,<br>CORBETT<br>*Perm. Date:* 5/6/1998<br>*Comp. Date:* 9/11/1998<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3521 ft<br>*Measured Depth:* n/a<br>*Elev:* 1006 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 115847<br>*Permit:* 89620<br>*API #:* 16193008890000<br>----<br>*County/Quad:* Perry / Hazard North<br>*Carter Coords:* 16-J-77 2553N, 328W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | PDF<br><br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* BREWER,<br>CHARLES & DIANE<br>*Perm. Date:* 6/9/1998<br>*Comp. Date:* 7/15/1998<br>*Comp. Result:* O&G | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2088 ft<br>*Measured Depth:* n/a<br>*Elev:* 900 ft<br>*D or V:* vertical<br>*TDF:* Mississippian-Borden Formation |
| *Rec #:* 115848<br>*Permit:* 89621<br>*API #:* 16071018260000<br>----<br>*County/Quad:* Floyd / McDowell<br>*Carter Coords:* 10-K-82 826S, 1135E<br>---- | √<br>**View E-log**<br>**(Image only)** | PDF<br><br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* REYNOLDS,<br>HOMER & LOIS<br>*Perm. Date:* 6/9/1998 | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3384 ft<br>*Measured Depth:* n/a<br>*Elev:* 1141 ft<br>*D or V:* vertical |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Devonian-Ohio Shale
*Comp. Date*: 12/3/1998
*Comp. Result*: GAS |
| *Rec #*: 115886
*Permit*: 89663
*API #*: 16119015270000
----
*County/Quad*: Knott / Carrie
*Carter Coords*: 22-K-77 642N, 2186E
----
*Quick Map*: **google map view**
*Petroleum Map*: **geologic map service**
*Upload to GPS*: | -- | **Documents (PDF)**
Download PDF reader functionality when opened. | **Production Data**
**Pay Data Report** | *Well #*: 2
*Operator*: BASIN ENERGY CO
*Farm*: COMBS, ROBERT
*Perm. Date*: 6/25/1998
*Comp. Date*: 7/29/1998
*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin
*Vertical Depth*: 2887 ft
*Measured Depth*: n/a
*Elev*: 1121 ft
*D or V*: vertical
*TDF*: Devonian-Ohio Shale |
| *Rec #*: 116019
*Permit*: 89788
*API #*: 16133005210000
----
*County/Quad*: Letcher / Vicco
*Carter Coords*: 10-H-78 1800N, 75W
----
*Quick Map*: **google map view**
*Petroleum Map*: **geologic map service**
*Upload to GPS*: | √
**View E-log**
**(Image only)** | **Documents (PDF)**
Download PDF reader functionality when opened. | **Production Data**
**Pay Data Report**
**Formation Tops Data** | *Well #*: 1
*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO
*Farm*: COOK, FORREST ET AL
*Perm. Date*: 8/28/1998
*Comp. Date*: 11/21/1998
*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin
*Vertical Depth*: 3967 ft
*Measured Depth*: n/a
*Elev*: 1320 ft
*D or V*: vertical
*TDF*: Silurian-Salina Fm |
| *Rec #*: 116020
*Permit*: 89789
*API #*: 16133005220000
----
*County/Quad*: Letcher / Mayking
*Carter Coords*: 19-I-80 350N, 1350W
----
*Quick Map*: **google map view**
*Petroleum Map*: **geologic map service**
*Upload to GPS*: | √
**View E-log**
**(Image only)** | **Documents (PDF)**
Download PDF reader functionality when opened. | **Production Data**
**Pay Data Report** | *Well #*: 1
*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO
*Farm*: ELKHORN HAZARD COAL LAND CORP
*Perm. Date*: 8/28/1998
*Comp. Date*: 9/24/1998
*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin
*Vertical Depth*: 3920 ft
*Measured Depth*: n/a
*Elev*: 1537 ft
*D or V*: vertical
*TDF*: Devonian-Ohio Shale |
| *Rec #*: 116021
*Permit*: 89790
*API #*: 16133005230000
----
*County/Quad*: Letcher / Mayking
*Carter Coords*: 19-I-80 250N, 350W
----
*Quick Map*: **google map view**
*Petroleum Map*: **geologic map service**
*Upload to GPS*: | -- | **Documents (PDF)**
Download PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 2
*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO
*Farm*: ELKHORN HAZARD COAL LAND CORP
*Perm. Date*: 8/28/1998
*Comp. Date*: N/A
*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin
*Vertical Depth*: 3920 ft
*Measured Depth*: n/a
*Elev*: 1271 ft
*D or V*: vertical
*TDF*: Devonian-Ohio Shale |
| *Rec #*: 116092
*Permit*: 89836
*API #*: 16193008960000
----
*County/Quad*: Perry / Vest
*Carter Coords*: 13-K-77 2828N, 970E
----
*Quick Map*: **google map view**
*Petroleum Map*: **geologic map service**
*Upload to GPS*: | √
**View E-log**
**(Image only)** | **Documents (PDF)**
Download PDF reader functionality when opened. | **Production Data**
**Pay Data Report** | *Well #*: 1
*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO
*Farm*: PATRICK, DONNIE
*Perm. Date*: 9/18/1998
*Comp. Date*: 10/23/1998
*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin
*Vertical Depth*: 3315 ft
*Measured Depth*: n/a
*Elev*: 1268 ft
*D or V*: vertical
*TDF*: Silurian-Big Six Sd |

| Record Info | E-log | Documents | Data Reports | Well Info | Geologic Info |
|---|---|---|---|---|---|
| *Rec #*: 116122<br>*Permit*: 89835<br>*API #*: 16193008970000<br>----<br>*County/Quad*: Perry / Vest<br>*Carter Coords*: 13-K-77 1810N, 830E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CORNETT, VIOLET & LOWELL<br>*Perm. Date*: 9/18/1998<br>*Comp. Date*: 9/18/1998<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3185 ft<br>*Measured Depth*: n/a<br>*Elev*: 1236 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Lockport Dol |
| *Rec #*: 116191<br>*Permit*: 89904<br>*API #*: 16119015450000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 25-J-79 1419N, 1823E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CODY, ALMA<br>*Perm. Date*: 10/16/1998<br>*Comp. Date*: 12/4/1998<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3511 ft<br>*Measured Depth*: n/a<br>*Elev*: 1441 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 116192<br>*Permit*: 89905<br>*API #*: 16119015460000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 16-J-79 226S, 1046E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: MULLINS, LUTHER<br>*Perm. Date*: 10/16/1998<br>*Comp. Date*: 12/9/1998<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3292 ft<br>*Measured Depth*: n/a<br>*Elev*: 1218 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 116212<br>*Permit*: 89925<br>*API #*: 16193008980000<br>----<br>*County/Quad*: Perry / Vest<br>*Carter Coords*: 13-K-77 1812N, 840E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1-T<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CORNETT, VIOLET & LOWELL<br>*Perm. Date*: 10/22/1998<br>*Comp. Date*: 10/9/1998<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 855 ft<br>*Measured Depth*: n/a<br>*Elev*: 1232 ft<br>*D or V*: vertical<br>*TDF*: Pennsylvanian-Breathitt Group |
| *Rec #*: 116258<br>*Permit*: 89926<br>*API #*: 16119015470000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 16-J-79 4124N, 4306E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FIELDS, NICK EST<br>*Perm. Date*: 10/22/1998<br>*Comp. Date*: 5/18/1999<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3503 ft<br>*Measured Depth*: n/a<br>*Elev*: 1478 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 116270 | | | | | |

| Record Info | E-log | Documents | Data | Well Info | Basin Info |
|---|---|---|---|---|---|
| *Rec #:* 90017<br>*Permit:* <br>*API #:* 16193008990000<br>----<br>*County/Quad:* Perry / Vest<br>*Carter Coords:* 13-K-77 2812N, 944E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF reader using PDF reader functionality when opened. | **Production Data** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* PATRICK, DONNIE<br>*Perm. Date:* 12/3/1998<br>*Comp. Date:* 10/28/1998<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 841 ft<br>*Measured Depth:* n/a<br>*Elev:* 1259 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 120000<br>*Permit:* 90033<br>*API #:* 16119015540000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 21-J-77 2810N, 980E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log (Image only)** | **Documents (PDF)**<br>Download PDF reader using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMITH, EARL MIKE<br>*Perm. Date:* 12/11/1998<br>*Comp. Date:* 2/2/1999<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3330 ft<br>*Measured Depth:* n/a<br>*Elev:* 1282 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 120029<br>*Permit:* 90060<br>*API #:* 16133005240000<br>----<br>*County/Quad:* Letcher / Blackey<br>*Carter Coords:* 2-H-79 890N, 1185E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log (Image only)** | **Documents (PDF)**<br>Download PDF reader using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SAMMONS, IMOGENE S & JEWEL<br>*Perm. Date:* 1/5/1999<br>*Comp. Date:* 2/26/1999<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3532 ft<br>*Measured Depth:* n/a<br>*Elev:* 1141 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 120069<br>*Permit:* 90101<br>*API #:* 16071018610000<br>----<br>*County/Quad:* Floyd / Martin<br>*Carter Coords:* 7-M-81 4590N, 2089E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF reader using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 2T<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* LAYNE, BERT<br>*Perm. Date:* 1/29/1999<br>*Comp. Date:* 1/12/1999<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 1019 ft<br>*Measured Depth:* n/a<br>*Elev:* 1082 ft<br>*D or V:* vertical<br>*TDF:* Pennsylvanian-Lee Formation |
| *Rec #:* 120084<br>*Permit:* 90119<br>*API #:* 16119015600000<br>----<br>*County/Quad:* Knott / Tiptop<br>*Carter Coords:* 23-M-78 5100N, 2025E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log (Image only)** | **Documents (PDF)**<br>Download PDF reader using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* FIRST BAPTIST CHURCH OF HINDMAN<br>*Perm. Date:* 2/10/1999<br>*Comp. Date:* 4/20/1999<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3278 ft<br>*Measured Depth:* n/a<br>*Elev:* 1455 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Clinton Sh |
| *Rec #:* 120092<br>*Permit:* 90124<br>*API #:* 16193009000000<br>---- | | | | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2123 ft |

| | | | |
|---|---|---|---|
| *County/Quad:* Perry / Hazard North<br>Carter Coords: 16-J-77 3595N, 2639E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* → 📁 ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data** | ENERGY CO<br>*Farm:* BURNETTE,<br>RONALD L<br>*Perm. Date:* 2/25/1999<br>*Comp. Date:* 3/16/1999<br>***Comp. Result:*** OIL | *Measured Depth:* n/a<br>*Elev:* 937 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 120101<br>*Permit:* 90125<br>*API #:* 16119015610000<br>----<br>*County/Quad:* Knott / Tiptop<br>Carter Coords: 23-M-78 5618N, 2956E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* → 📁 ℹ️ | -- | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | | *Well #:* 2<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* FIRST BAPTIST<br>CHURCH OF HINDMAN,<br>*Perm. Date:* 2/25/1999<br>*Comp. Date:* N/A<br>***Comp. Result:*** TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1218 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 120133<br>*Permit:* 90161<br>*API #:* 16119015660000<br>----<br>*County/Quad:* Knott / Vest<br>Carter Coords: 3-L-78 152N, 2019E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* → 📁 ℹ️ | -- | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | | *Well #:* 3<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* FIRST BAPTIST<br>CHURCH OF HINDMAN,<br>*Perm. Date:* 3/10/1999<br>*Comp. Date:* N/A<br>***Comp. Result:*** TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1475 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 120161<br>*Permit:* 90194<br>*API #:* 16119015680000<br>----<br>*County/Quad:* Knott / Carrie<br>Carter Coords: 17-J-78 2634N, 1630E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* → 📁 ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data** | *Well #:* 2<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* STAR TRANSPORT<br>*Perm. Date:* 3/22/1999<br>*Comp. Date:* 6/8/1999<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3334 ft<br>*Measured Depth:* n/a<br>*Elev:* 1280 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 120164<br>*Permit:* 90196<br>*API #:* 16133005270000<br>----<br>*County/Quad:* Letcher / Vicco<br>Carter Coords: 10-H-78 200N, 250W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* → 📁 ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* FORREST COOK,<br>ET AL - TALENT BRA<br>*Perm. Date:* 3/25/1999<br>*Comp. Date:* 4/14/1999<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 4058 ft<br>*Measured Depth:* n/a<br>*Elev:* 1723 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 120187<br>*Permit:* 90219<br>*API #:* 16193009010000<br>----<br>*County/Quad:* Perry / Vicco<br>Carter Coords: 3-H-77 1081S, 2364E | ✓<br>**View E-log** | **Documents (PDF)**<br>Download PDF using | **Production Data** | *Well #:* 1<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* JOSEPH, | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3613 ft<br>*Measured Depth:* n/a<br>*Elev:* 1352 ft |

| | | | | |
|---|---|---|---|---|
| ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | (Image only) | ... <br> opened. | **Pay Data Report** | *Perm. Date*: 4/8/1999 <br> *Comp. Date*: 9/21/1999 <br> ***Comp. Result***: GAS <br> *TDF*: Devonian-Ohio Shale |
| *Rec #*: 120194 <br> *Permit*: 90227 <br> *API #*: 16133005280000 <br> ---- <br> *County/Quad*: Letcher / Mayking <br> *Carter Coords*: 1-I-80 3014N, 1039E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #*: 1 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: BATES, RALPH <br> *Perm. Date*: 4/13/1999 <br> *Comp. Date*: N/A <br> ***Comp. Result***: TRM | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 1581 ft <br> *D or V*: vertical <br> *TDF*: -Unknown or unassigned |
| *Rec #*: 120195 <br> *Permit*: 90226 <br> *API #*: 16133005290000 <br> ---- <br> *County/Quad*: Letcher / Mayking <br> *Carter Coords*: 1-I-80 2042S, 1073E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | √ <br> **View E-log** <br> (Image only) | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** | *Well #*: 2 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: BATES, RALPH <br> *Perm. Date*: 4/13/1999 <br> *Comp. Date*: 10/27/1999 <br> ***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 3750 ft <br> *Measured Depth*: n/a <br> *Elev*: 1564 ft <br> *D or V*: vertical <br> *TDF*: -Unknown or unassigned |
| *Rec #*: 120349 <br> *Permit*: 90349 <br> *API #*: 16133005300000 <br> ---- <br> *County/Quad*: Letcher / Blackey <br> *Carter Coords*: 22-I-79 5161N, 2201E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | √ <br> **View E-log** <br> (Image only) | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #*: 1 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: SMITH, TOMMY <br> *Perm. Date*: 6/1/1999 <br> *Comp. Date*: 9/16/1999 <br> ***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 3839 ft <br> *Measured Depth*: n/a <br> *Elev*: 1471 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Ohio Shale |
| *Rec #*: 120313 <br> *Permit*: 90348 <br> *API #*: 16133005310000 <br> ---- <br> *County/Quad*: Letcher / Blackey <br> *Carter Coords*: 22-I-79 4878N, 1162E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | √ <br> **View E-log** <br> (Image only) | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #*: 2 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: ADAMS, DOCK <br> *Perm. Date*: 6/1/1999 <br> *Comp. Date*: 10/21/1999 <br> ***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 3683 ft <br> *Measured Depth*: n/a <br> *Elev*: 1289 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Ohio Shale |
| *Rec #*: 120389 <br> *Permit*: 90422 <br> *API #*: 16133005320000 <br> ---- <br> *County/Quad*: Letcher / Mayking <br> *Carter Coords*: 18-I-80 1000N, 1740E <br> ---- <br> *Quick Map*: **google map view** | √ <br> **View E-log** <br> (Image only) | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #*: 1 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: COMBS, H. HEIRS <br> *Perm. Date*: 7/9/1999 <br> *Comp. Date*: 11/23/1999 | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 3777 ft <br> *Measured Depth*: n/a <br> *Elev*: 1472 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Ohio Shale |

| | | | | | |
|---|---|---|---|---|---|
| *Rec #:* 120408<br>*Permit:* 90441<br>*API #:* 16133005330000<br>----<br>*County/Quad:* Letcher / Blackey<br>*Carter Coords:* 14-I-80 2600N, 500E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* ➡️ ℹ️ | √<br><br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* ADAMS, MIKE ET AL<br>*Perm. Date:* 7/13/1999<br>*Comp. Date:* 9/28/1999<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3583 ft<br>*Measured Depth:* n/a<br>*Elev:* 1317 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 120660<br>*Permit:* 90660<br>*API #:* 16133005350000<br>----<br>*County/Quad:* Letcher / Vicco<br>*Carter Coords:* 10-H-78 2290N, 3640E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* ➡️ ℹ️ | √<br><br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* TAYLOE, PAUL D. & RITCHIE, M.W.<br>*Perm. Date:* 10/11/1999<br>*Comp. Date:* 12/12/1999<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3999 ft<br>*Measured Depth:* n/a<br>*Elev:* 1502 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 120661<br>*Permit:* 90661<br>*API #:* 16133005360000<br>----<br>*County/Quad:* Letcher / Vicco<br>*Carter Coords:* 10-H-78 1589N, 2880E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* ➡️ ℹ️ | √<br><br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* TAYLOE, PAUL D. & RITCHIE, M.W.<br>*Perm. Date:* 10/11/1999<br>*Comp. Date:* 11/30/1999<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 4113 ft<br>*Measured Depth:* n/a<br>*Elev:* 1774 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 120745<br>*Permit:* 90745<br>*API #:* 16071019330000<br>----<br>*County/Quad:* Floyd / Martin<br>*Carter Coords:* 25-M-81 1050S, 1850E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* ➡️ ℹ️ | -- | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #:* SA-03<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* ALLEN, SUSAN HEIRS<br>*Perm. Date:* 11/16/1999<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1054 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 120746<br>*Permit:* 90746<br>*API #:* 16133005400000<br>----<br>*County/Quad:* Letcher / Mayking<br>*Carter Coords:* 15-I-81 408S, 227W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* ➡️ ℹ️ | √<br><br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* BATES, RALPH<br>*Perm. Date:* 11/16/1999<br>*Comp. Date:* 12/17/1999<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3672 ft<br>*Measured Depth:* n/a<br>*Elev:* 1309 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |

| Record Info | E-log | Documents | Reports | Well Info | Location Info |
|---|---|---|---|---|---|
| Rec #: 120752<br>Permit: 90752<br>API #: 16119016050000<br>----<br>County/Quad: Knott / Blackey<br>Carter Coords: 4-I-79 1890N, 3750E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log (Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: ROWE, GREEN HEIRS<br>Perm. Date: 11/16/1999<br>Comp. Date: 12/23/1999<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3513 ft<br>Measured Depth: n/a<br>Elev: 1382 ft<br>D or V: vertical<br>TDF: Silurian-Salina Fm |
| Rec #: 120779<br>Permit: 90779<br>API #: 16071019360000<br>----<br>County/Quad: Floyd / Martin<br>Carter Coords: 22-M-80 336S, 2086W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log (Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | | Well #: 1A<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: OUSLEY, ADRIAN<br>Perm. Date: 11/30/1999<br>Comp. Date: N/A<br>Comp. Result: TRM | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1071 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 120780<br>Permit: 90780<br>API #: 16071019350000<br>----<br>County/Quad: Floyd / Martin<br>Carter Coords: 22-M-80 333S, 2083W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log (Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: OUSLEY, ADRIAN<br>Perm. Date: 11/30/1999<br>Comp. Date: 12/5/1999<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3400 ft<br>Measured Depth: n/a<br>Elev: 976 ft<br>D or V: vertical<br>TDF: Silurian-Crab Orchard Formation |
| Rec #: 120788<br>Permit: 90788<br>API #: 16025007650000<br>----<br>County/Quad: Breathitt / Tiptop<br>Carter Coords: 3-M-78 5700N, 3280E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | -- | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: R B & S ENTERPRISES<br>Perm. Date: 12/3/1999<br>Comp. Date: N/A<br>Comp. Result: LOC | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 976 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 120789<br>Permit: 90789<br>API #: 16025007640000<br>----<br>County/Quad: Breathitt / Tiptop<br>Carter Coords: 8-M-78 736N, 3261E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | -- | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data | Well #: 2<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: R B & S ENTERPRISES<br>Perm. Date: 12/3/1999<br>Comp. Date: N/A<br>Comp. Result: LOC | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1221 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 120837<br>Permit: 90837<br>API #: 16133005410000 | | | | Well #: 1<br>Operator: BRADLEY, | Basin: Eastern Kentucky, Appalachian Basin |

| | | | |
|---|---|---|---|
| ----<br>*County/Quad*: Letcher / Blackey<br>*Carter Coords*: 4-H-79 1250N, 260W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CRAWFORD, R R ESTATE<br>*Perm. Date*: 12/29/1999<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1547 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 120838<br>*Permit*: 90838<br>*API #*: 16133005420000<br>----<br>*County/Quad*: Letcher / Blackey<br>*Carter Coords*: 4-H-79 2450N, 850W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CRAWFORD, R R ESTATES<br>*Perm. Date*: 12/29/1999<br>*Comp. Date*: 4/17/2000<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3898 ft<br>*Measured Depth*: n/a<br>*Elev*: 1446 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Salina Fm |
| *Rec #*: 120864<br>*Permit*: 90864<br>*API #*: 16119016120000<br>----<br>*County/Quad*: Knott / Hindman<br>*Carter Coords*: 13-J-79 5310N, 2090E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FIGG, CAROLYN COMBS ET AL<br>*Perm. Date*: 1/11/2000<br>*Comp. Date*: 3/24/2000<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3450 ft<br>*Measured Depth*: n/a<br>*Elev*: 1316 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 121006<br>*Permit*: 90973<br>*API #*: 16115013550000<br>----<br>*County/Quad*: Magoffin / Ivyton<br>*Carter Coords*: 1-O-79 390S, 1844W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report**<br><br>**Formation Tops Data** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: NORDMAN, EARLENE<br>*Perm. Date*: 3/8/2000<br>*Comp. Date*: 5/31/2000<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2390 ft<br>*Measured Depth*: n/a<br>*Elev*: 724 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Crab Orchard Formation |
| *Rec #*: 121116<br>*Permit*: 91065<br>*API #*: 16119016250000<br>----<br>*County/Quad*: Knott / Blackey<br>*Carter Coords*: 4-I-79 3586N, 941E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: JOHNSON, ALICE HEIRS<br>*Perm. Date*: 4/11/2000<br>*Comp. Date*: 11/18/2000<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3460 ft<br>*Measured Depth*: n/a<br>*Elev*: 1316 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 121120<br>*Permit*: 91183<br>*API #*: 16119016300000<br>----<br>*County/Quad*: Knott / Blackey | ✓<br>**Documents (PDF)** | | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3636 ft |

| Record Info | E-log | Documents | Production | Well Info | Geologic Info |
|---|---|---|---|---|---|
| *Carter Coords*: 4-I-79 2579N, 511E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Farm*: SMITH, H H HEIRS<br>*Perm. Date*: 5/22/2000<br>*Comp. Date*: 7/24/2000<br>*Comp. Result*: GAS | *ssal Depth*: n/a<br>*Elev*: 1507 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 121121<br>*Permit*: 91184<br>*API #*: 16119016310000<br>----<br>*County/Quad*: Knott / Blackey<br>*Carter Coords*: 3-I-79 2119N, 4362E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SMITH, H H HEIRS<br>*Perm. Date*: 5/22/2000<br>*Comp. Date*: 9/27/2000<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3776 ft<br>*Measured Depth*: n/a<br>*Elev*: 1649 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 121122<br>*Permit*: 91185<br>*API #*: 16119016320000<br>----<br>*County/Quad*: Knott / Blackey<br>*Carter Coords*: 4-I-79 4430N, 364E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 5<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SMITH, H H HEIRS<br>*Perm. Date*: 5/22/2000<br>*Comp. Date*: 11/9/2000<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3357 ft<br>*Measured Depth*: n/a<br>*Elev*: 1195 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 121123<br>*Permit*: 91186<br>*API #*: 16119016330000<br>----<br>*County/Quad*: Knott / Blackey<br>*Carter Coords*: 3-I-79 3321N, 4529E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SMITH, H H HEIRS<br>*Perm. Date*: 5/22/2000<br>*Comp. Date*: 6/27/2000<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3664 ft<br>*Measured Depth*: n/a<br>*Elev*: 1512 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 121148<br>*Permit*: 91000<br>*API #*: 16133005560000<br>----<br>*County/Quad*: Letcher / Blackey<br>*Carter Coords*: 22-I-79 4051N, 66E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HELTON, HASSIE<br>*Perm. Date*: 3/24/2000<br>*Comp. Date*: 7/28/2000<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3504 ft<br>*Measured Depth*: n/a<br>*Elev*: 1118 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 121152<br>*Permit*: 91052<br>*API #*: 16133005600000<br>----<br>*County/Quad*: Letcher / Blackey<br>*Carter Coords*: 5-H-79 250N, 300E<br>---- | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when | **Production Data**<br><br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: DIXON, O & WM<br>*Perm. Date*: 4/5/2000 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4150 ft<br>*Measured Depth*: n/a<br>*Elev*: 1743 ft<br>*D or V*: vertical |

| | | | | |
|---|---|---|---|---|
| *Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* ➜🔲 ⓘ | | opened. | *Comp. Date*: 7/29/2000<br>*Comp. Result*: GAS | on-Ohio Shale |
| *Rec #:* 121153<br>*Permit:* 91069<br>*API #:* 16133005610000<br>----<br>*County/Quad:* Letcher / Mayking<br>*Carter Coords:* 12-I-80 5343N, 3509E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* ➜🔲 ⓘ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* ADAMS, MABEL<br>*Perm. Date:* 4/11/2000<br>*Comp. Date:* 5/3/2000<br>*Comp. Result*: GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3448 ft<br>*Measured Depth:* n/a<br>*Elev:* 1132 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 121158<br>*Permit:* 91113<br>*API #:* 16133005660000<br>----<br>*County/Quad:* Letcher / Blackey<br>*Carter Coords:* 22-I-79 4159N, 2190E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* ➜🔲 ⓘ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* ADAMS, DOCK<br>*Perm. Date:* 4/25/2000<br>*Comp. Date:* 3/30/2001<br>*Comp. Result*: GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3877 ft<br>*Measured Depth:* n/a<br>*Elev:* 1530 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 121163<br>*Permit:* 91154<br>*API #:* 16133005710000<br>----<br>*County/Quad:* Letcher / Blackey<br>*Carter Coords:* 21-I-79 799S, 2042W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* ➜🔲 ⓘ | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* TETON CORP<br>*Perm. Date:* 5/16/2000<br>*Comp. Date:* 11/8/2000<br>*Comp. Result*: GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2881 ft<br>*Measured Depth:* n/a<br>*Elev:* 1364 ft<br>*D or V:* vertical<br>*TDF:* Mississippian-Big Lime |
| *Rec #:* 121164<br>*Permit:* 91165<br>*API #:* 16133005720000<br>----<br>*County/Quad:* Letcher / Blackey<br>*Carter Coords:* 1-H-79 2924S, 2129W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* ➜🔲 ⓘ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* COMBS, N L HEIRS<br>*Perm. Date:* 5/19/2000<br>*Comp. Date:* 10/4/2000<br>*Comp. Result*: GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 4154 ft<br>*Measured Depth:* n/a<br>*Elev:* 1719 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 121166<br>*Permit:* 91237<br>*API #:* 16133005740000<br>----<br>*County/Quad:* Letcher / Vicco<br>*Carter Coords:* 9-H-78 2873N, 3045E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* BOWLING, MARARET ETAL<br>*Perm. Date:* 6/6/2000<br>*Comp. Date:* 11/8/2000<br>*Comp. Result*: GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3730 ft<br>*Measured Depth:* n/a<br>*Elev:* 1405 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |

| Record Info | E-log | Documents | Reports | Well Info | Geologic Info |
|---|---|---|---|---|---|
| *Rec #*: 121368<br>*Permit*: 91339<br>*API #*: 16119016440000<br>----<br>*County/Quad*: Knott / Blackey<br>*Carter Coords*: 7-1-79 814N, 1285W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>(Image only) | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HOWELL, JACKIE FRANKS<br>*Perm. Date*: 7/6/2000<br>*Comp. Date*: 9/18/2000<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3533 ft<br>*Measured Depth*: n/a<br>*Elev*: 1182 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 121369<br>*Permit*: 91340<br>*API #*: 16119016450000<br>----<br>*County/Quad*: Knott / Blackey<br>*Carter Coords*: 7-1-79 1252N, 298W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>(Image only) | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HOWELL, JACKIE FRANKS<br>*Perm. Date*: 7/6/2000<br>*Comp. Date*: 8/17/2000<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3335 ft<br>*Measured Depth*: n/a<br>*Elev*: 1180 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 121399<br>*Permit*: 91322<br>*API #*: 16133005800000<br>----<br>*County/Quad*: Letcher / Vicco<br>*Carter Coords*: 9-H-78 4013N, 3676E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>(Image only) | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BROWN, STANLEY<br>*Perm. Date*: 6/30/2000<br>*Comp. Date*: 10/19/2000<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3400 ft<br>*Measured Depth*: n/a<br>*Elev*: 1085 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 121525<br>*Permit*: 91476<br>*API #*: 16133005930000<br>----<br>*County/Quad*: Letcher / Vicco<br>*Carter Coords*: 9-H-78 3816N, 2682E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>(Image only) | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CAUDILL, JAMES HEIRS<br>*Perm. Date*: 8/23/2000<br>*Comp. Date*: 1/5/2001<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3408 ft<br>*Measured Depth*: n/a<br>*Elev*: 1087 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 121610<br>*Permit*: 91542<br>*API #*: 16119016530000<br>----<br>*County/Quad*: Knott / Blackey<br>*Carter Coords*: 7-1-79 1822N, 1155W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>(Image only) | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SLONE, KENNETH ET AL<br>*Perm. Date*: 9/11/2000<br>*Comp. Date*: 10/13/2000<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3471 ft<br>*Measured Depth*: n/a<br>*Elev*: 1302 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 121673 | | | | | |

| | | | | |
|---|---|---|---|---|
| *Permit:* 91620<br>*API #:* 16133005960000<br>----<br>*County/Quad:* Letcher / Blackey<br>*Carter Coords:* 1-H-79 2194N, 2136E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>Upload to GPS: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* BACK, VICTOR<br>HEIRS ETAL<br>*Perm. Date:* 10/11/2000<br>*Comp. Date:* 9/18/2001<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3907 ft<br>*Measured Depth:* n/a<br>*Elev:* 1456 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 121686<br>*Permit:* 91621<br>*API #:* 16133005970000<br>----<br>*County/Quad:* Letcher / Blackey<br>*Carter Coords:* 1-H-79 1564N, 1237W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>Upload to GPS: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* DIXON, BILLY<br>*Perm. Date:* 10/11/2000<br>*Comp. Date:* 1/20/2001<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3737 ft<br>*Measured Depth:* n/a<br>*Elev:* 1338 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 121793<br>*Permit:* 91818<br>*API #:* 16071020110000<br>----<br>*County/Quad:* Floyd / Martin<br>*Carter Coords:* 23-M-80 725S, 915E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>Upload to GPS: | -- | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 4A<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* PRATER, NELSON<br>*Perm. Date:* 12/1/2000<br>*Comp. Date:* 12/6/2001<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 933 ft<br>*Measured Depth:* n/a<br>*Elev:* 1019 ft<br>*D or V:* vertical<br>*TDF:* Pennsylvanian-Lee Formation |
| *Rec #:* 121796<br>*Permit:* 91821<br>*API #:* 16133005980000<br>----<br>*County/Quad:* Letcher / Vicco<br>*Carter Coords:* 9-H-78 4022N, 3671E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>Upload to GPS: | -- | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | | *Well #:* 1-T<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* BROWN, STANLEY<br>*Perm. Date:* 12/1/2000<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1073 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 121797<br>*Permit:* 91822<br>*API #:* 16119016630000<br>----<br>*County/Quad:* Knott / Carrie<br>*Carter Coords:* 20-K-77 20S, 510W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>Upload to GPS: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* OWENS, HENRY<br>*Perm. Date:* 12/1/2000<br>*Comp. Date:* 4/10/2001<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3132 ft<br>*Measured Depth:* n/a<br>*Elev:* 1385 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 121802<br>*Permit:* 91839<br>*API #:* 16133005990000 | | | | *Well #:* 1<br>*Operator:* BRADLEY,<br>CHARLES R DBA BASIN | *Basin:* Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ---- <br> *County/Quad:* Letcher / Blackey <br> *Carter Coords:* 1-H-79 1318N, 532E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | ✓ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | ENERGY CO <br> *Farm:* COLEEN BREEDING <br> *Perm. Date:* 12/12/2000 <br> *Comp. Date:* 1/31/2001 <br> *Comp. Result:* GAS | *Vertical Depth:* 3756 ft <br> *Measured Depth:* n/a <br> *Elev:* 1324 ft <br> *D or V:* vertical <br> *TDF:* Devonian-Ohio Shale |
| *Rec #:* 121872 <br> *Permit:* 91714 <br> *API #:* 16071020050000 <br> ---- <br> *County/Quad:* Floyd / David <br> *Carter Coords:* 23-M-80 2826S, 1961W <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | | *Well #:* 3A <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* PRATER, NELSON <br> *Perm. Date:* 11/3/2000 <br> *Comp. Date:* N/A <br> *Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* n/a <br> *Measured Depth:* n/a <br> *Elev:* 1001 ft <br> *D or V:* vertical <br> *TDF:* -Unknown or unassigned |
| *Rec #:* 121889 <br> *Permit:* 91713 <br> *API #:* 16071020080000 <br> ---- <br> *County/Quad:* Floyd / David <br> *Carter Coords:* 23-M-80 2827S, 1958W <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | ✓ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Sample Report** <br> **Production Data** <br> **Pay Data Report** | *Well #:* 3 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* PRATER, NELSON <br> *Perm. Date:* 11/3/2000 <br> *Comp. Date:* 11/25/2000 <br> *Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 3160 ft <br> *Measured Depth:* n/a <br> *Elev:* 1001 ft <br> *D or V:* vertical <br> *TDF:* Devonian-Ohio Shale |
| *Rec #:* 121926 <br> *Permit:* 91806 <br> *API #:* 16071020100000 <br> ---- <br> *County/Quad:* Floyd / Martin <br> *Carter Coords:* 23-M-80 721S, 911E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | ✓ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #:* 4 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* PRATER, NELSON <br> *Perm. Date:* 12/1/2000 <br> *Comp. Date:* 12/2/2000 <br> *Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 3261 ft <br> *Measured Depth:* n/a <br> *Elev:* 1019 ft <br> *D or V:* vertical <br> *TDF:* Silurian-Crab Orchard Formation |
| *Rec #:* 121943 <br> *Permit:* 91840 <br> *API #:* 16115013930000 <br> ---- <br> *County/Quad:* Johnson / Ivyton <br> *Carter Coords:* 10-O-79 872N, 1898E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | ✓ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #:* 1 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* JACK JUSTICE <br> *Perm. Date:* 12/12/2000 <br> *Comp. Date:* 3/23/2001 <br> *Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 2535 ft <br> *Measured Depth:* n/a <br> *Elev:* 817 ft <br> *D or V:* vertical <br> *TDF:* Silurian-Crab Orchard Formation |
| *Rec #:* 121951 <br> *Permit:* 91893 <br> *API #:* 16115013960000 <br> ---- <br> *County/Quad:* Johnson / Ivyton | ✓ <br> **Documents (PDF)** | | | *Well #:* 2 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 2730 ft |

| | | | | |
|---|---|---|---|---|
| *Carter Coords:* 10-O-79 2146S, 1998W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Comm Depth:* n/a<br>*Farm:* BALLARD, RAY<br>*Perm. Date:* 12/29/2000<br>*Comp. Date:* 4/5/2001<br>*Comp. Result:* GAS<br>*Elev:* 966 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Crab Orchard Formation |
| *Rec #:* 121967<br>*Permit:* 91915<br>*API #:* 16071020120000<br>----<br>*County/Quad:* Floyd / Martin<br>*Carter Coords:* 22-M-80 1109S, 1927E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* MARTIN, DOC<br>*Perm. Date:* 1/8/2001<br>*Comp. Date:* 2/1/2001<br>*Comp. Result:* GAS<br>*Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3252 ft<br>*Measured Depth:* n/a<br>*Elev:* 937 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Crab Orchard Formation |
| *Rec #:* 121974<br>*Permit:* 91916<br>*API #:* 16071020130000<br>----<br>*County/Quad:* Floyd / Martin<br>*Carter Coords:* 22-M-80 1115S, 1928E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1A<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* MARTIN, DOC<br>*Perm. Date:* 1/8/2001<br>*Comp. Date:* 2/5/2002<br>*Comp. Result:* GAS<br>*Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 732 ft<br>*Measured Depth:* n/a<br>*Elev:* 937 ft<br>*D or V:* vertical<br>*TDF:* Pennsylvanian-Lee Formation |
| *Rec #:* 121976<br>*Permit:* 91920<br>*API #:* 16133006010000<br>----<br>*County/Quad:* Letcher / Mayking<br>*Carter Coords:* 13-I-80 900S, 100E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WRIGHT, OWEN ETAL<br>*Perm. Date:* 1/8/2001<br>*Comp. Date:* 2/19/2001<br>*Comp. Result:* GAS<br>*Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3483 ft<br>*Measured Depth:* n/a<br>*Elev:* 1170 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 121983<br>*Permit:* 91902<br>*API #:* 16133006000000<br>----<br>*County/Quad:* Letcher / Mayking<br>*Carter Coords:* 13-I-80 2250S, 200E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WRIGHT, OWEN et. al..<br>*Perm. Date:* 1/8/2001<br>*Comp. Date:* 1/31/2001<br>*Comp. Result:* GAS<br>*Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3466 ft<br>*Measured Depth:* n/a<br>*Elev:* 1172 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 122007<br>*Permit:* 91941<br>*API #:* 16119016670000<br>----<br>*County/Quad:* Knott / Blackey<br>*Carter Coords:* 4-I-79 4420N, 364E<br>---- | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when | **Production Data**<br>**Pay Data Report** | *Well #:* 5-T<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* H H SMITH HEIRS et al<br>*Perm. Date:* 1/11/2001<br>*Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 1591 ft<br>*Measured Depth:* n/a<br>*Elev:* 1190 ft<br>*D or V:* vertical |

| | | | | | |
|---|---|---|---|---|---|
| Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | | | | | ...vanian-Lee Formation<br>Comp. Date: 11/10/2000<br>**Comp. Result**: GAS |
| Rec #: 122027<br>Permit: 91951<br>API #: 16131008030000<br>----<br>County/Quad: Leslie / Hyden East<br>Carter Coords: 7-H-75 1109S, 1497W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | √<br>**View E-log**<br>**(Image only)** | [PDF]<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | Well #: 1<br>Operator: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>Farm: HENSLEY, TIM<br>Perm. Date: 1/24/2001<br>Comp. Date: 11/3/2001<br>**Comp. Result**: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3710 ft<br>Measured Depth: n/a<br>Elev: 1425 ft<br>D or V: vertical<br>TDF: Silurian-Clinton Sh |
| Rec #: 122030<br>Permit: 91950<br>API #: 16133006020000<br>----<br>County/Quad: Letcher / Mayking<br>Carter Coords: 12-I-80 3952N, 3323E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | √<br>**View E-log**<br>**(Image only)** | [PDF]<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | Well #: 1<br>Operator: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>Farm: SEXTON, TED ET<br>AL<br>Perm. Date: 1/24/2001<br>Comp. Date: 2/17/2001<br>**Comp. Result**: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3525 ft<br>Measured Depth: n/a<br>Elev: 1208 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 122074<br>Permit: 91992<br>API #: 16133006030000<br>----<br>County/Quad: Letcher / Vicco<br>Carter Coords: 9-H-78 611S, 1060W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | √<br>**View E-log**<br>**(Image only)** | [PDF]<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | Well #: 1<br>Operator: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>Farm: COLLINS, CALVIN<br>HEIRS<br>Perm. Date: 2/1/2001<br>Comp. Date: 2/10/2001<br>**Comp. Result**: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3505 ft<br>Measured Depth: n/a<br>Elev: 1175 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 122210<br>Permit: 92076<br>API #: 16133006050000<br>----<br>County/Quad: Letcher / Blackey<br>Carter Coords: 1-H-79 2750N, 713W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | √<br>**View E-log**<br>**(Image only)** | [PDF]<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | Well #: 2<br>Operator: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>Farm: COMBS, N L<br>Perm. Date: 2/23/2001<br>Comp. Date: 3/16/2001<br>**Comp. Result**: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3820 ft<br>Measured Depth: n/a<br>Elev: 1437 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 122247<br>Permit: 92143<br>API #: 16195044850000<br>----<br>County/Quad: Pike / Meta<br>Carter Coords: 12-N-85 4445N, 3129E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | -- | [PDF]<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | | Well #: 3<br>Operator: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>Farm: CAINES HEIRS<br>Perm. Date: 3/14/2001<br>Comp. Date: N/A<br>**Comp. Result**: TRM | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1369 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |

| | | | | |
|---|---|---|---|---|
| Rec #: 122257<br>Permit: 92165<br>API #: 16195044870000<br>----<br>County/Quad: Pike / Meta<br>Carter Coords: 12-N-85 3500N, 2760E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | Well #: 2<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: CAINES HEIRS<br>Perm. Date: 3/17/2001<br>Comp. Date: N/A<br>Comp. Result: TRM | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1304 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 122263<br>Permit: 92184<br>API #: 16133006080000<br>----<br>County/Quad: Letcher / Blackey<br>Carter Coords: 25-I-80 975S, 101W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data** | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: HOWARD, CARROLL et al<br>Perm. Date: 3/24/2001<br>Comp. Date: 6/12/2001<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3757 ft<br>Measured Depth: n/a<br>Elev: 1596 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 123023<br>Permit: 92533<br>API #: 16133006220000<br>----<br>County/Quad: Letcher / VICCO<br>Carter Coords: 12-H-78 1825N, 2020W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: CAMPBELL, LILLIE F ET AL<br>Perm. Date: 6/29/2001<br>Comp. Date: 10/17/2001<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3986 ft<br>Measured Depth: n/a<br>Elev: 1596 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 123113<br>Permit: 92240<br>API #: 16133006090000<br>----<br>County/Quad: Letcher / BLACKEY<br>Carter Coords: 25-I-80 2339S, 1769W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: ADAMS, MARTIN<br>Perm. Date: 4/5/2001<br>Comp. Date: 6/4/2001<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3829 ft<br>Measured Depth: n/a<br>Elev: 1401 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 123114<br>Permit: 92241<br>API #: 16133006100000<br>----<br>County/Quad: Letcher / BLACKEY<br>Carter Coords: 25-I-80 1944S, 529W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: STAMPER, JACKIE<br>Perm. Date: 4/5/2001<br>Comp. Date: 5/25/2001<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3680 ft<br>Measured Depth: n/a<br>Elev: 1236 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 123153 | | | | | |

| Record Info | E-log | Documents | Reports | Well Info | Geologic Info |
|---|---|---|---|---|---|
| *Permit*: 92388<br>*API #*: 16193009410000<br>----<br>*County/Quad*: Perry / VICCO<br>*Carter Coords*: 9-H-77 2485N, 948W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BRANSON COAL COMPANY<br>*Perm. Date*: 5/17/2001<br>*Comp. Date*: 6/24/2001<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3882 ft<br>*Measured Depth*: n/a<br>*Elev*: 1597 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 123154<br>*Permit*: 92389<br>*API #*: 16193009420000<br>----<br>*County/Quad*: Perry / VICCO<br>*Carter Coords*: 9-H-77 1530N, 530W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BRANSON COAL COMPANY<br>*Perm. Date*: 5/17/2001<br>*Comp. Date*: 6/30/2001<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3809 ft<br>*Measured Depth*: n/a<br>*Elev*: 1518 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 123155<br>*Permit*: 92390<br>*API #*: 16115014060000<br>----<br>*County/Quad*: Johnson / IVYTON<br>*Carter Coords*: 10-O-79 2072N, 1748E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: JUSTICE, JACK<br>*Perm. Date*: 5/17/2001<br>*Comp. Date*: 7/17/2001<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2587 ft<br>*Measured Depth*: n/a<br>*Elev*: 856 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Crab Orchard Formation |
| *Rec #*: 123265<br>*Permit*: 92371<br>*API #*: 16133006160000<br>----<br>*County/Quad*: Letcher / TILFORD<br>*Carter Coords*: 12-H-78 2239S, 1185W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CAMPBELL, LILLIE FAY ETAL<br>*Perm. Date*: 5/11/2001<br>*Comp. Date*: 6/19/2001<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3694 ft<br>*Measured Depth*: n/a<br>*Elev*: 1296 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 123391<br>*Permit*: 92639<br>*API #*: 16071020490000<br>----<br>*County/Quad*: Floyd / PRESTONSBURG<br>*Carter Coords*: 16-O-81 2931S, 1845W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: JOHNSON, WINNIE<br>*Perm. Date*: 7/19/2001<br>*Comp. Date*: 8/25/2001<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1990 ft<br>*Measured Depth*: n/a<br>*Elev*: 721 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 123395<br>*Permit*: 92659<br>*API #*: 16115014140000 | | | | *Well #*: 1<br>*Operator*: BRADLEY, | *Basin*: Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ----<br>*County/Quad*: Johnson / PAINTSVILLE<br>*Carter Coords*: 23-P-80 717S, 1251E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | CHARLES R DBA BASIN ENERGY CO<br>*Farm*: VAUGHN, ALVA<br>*Perm. Date*: 8/3/2001<br>*Comp. Date*: 8/26/2001<br>*Comp. Result*: GAS | *Vertical Depth*: 2627 ft<br>*Measured Depth*: n/a<br>*Elev*: 734 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Crab Orchard Formation |
| *Rec #*: 123507<br>*Permit*: 92767<br>*API #*: 16133006340000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 1-H-79 2538N, 1135E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COMBS, N L ET AL<br>*Perm. Date*: 8/31/2001<br>*Comp. Date*: 9/28/2001<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3739 ft<br>*Measured Depth*: n/a<br>*Elev*: 1308 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 123508<br>*Permit*: 92769<br>*API #*: 16153027580000<br>----<br>*County/Quad*: Magoffin / IVYTON<br>*Carter Coords*: 5-N-79 881S, 2302W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WALTERS, MERRITT<br>*Perm. Date*: 8/31/2001<br>*Comp. Date*: 8/16/2002<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 701 ft<br>*Measured Depth*: n/a<br>*Elev*: 899 ft<br>*D or V*: vertical<br>*TDF*: Pennsylvanian-Lee Formation |
| *Rec #*: 123519<br>*Permit*: 92768<br>*API #*: 16153027590000<br>----<br>*County/Quad*: Magoffin / IVYTON<br>*Carter Coords*: 6-N-79 520N, 1748E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WALTERS, MERRITT<br>*Perm. Date*: 8/31/2001<br>*Comp. Date*: 8/19/2002<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 626 ft<br>*Measured Depth*: n/a<br>*Elev*: 837 ft<br>*D or V*: vertical<br>*TDF*: Pennsylvanian-Lee Formation |
| *Rec #*: 123623<br>*Permit*: 92840<br>*API #*: 16131008130000<br>----<br>*County/Quad*: Leslie / HYDEN EAST<br>*Carter Coords*: 22-I-75 2209N, 1011W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report**<br>**Formation Tops Data** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: DIXON, C A<br>*Perm. Date*: 9/21/2001<br>*Comp. Date*: 10/24/2001<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3764 ft<br>*Measured Depth*: n/a<br>*Elev*: 1220 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Clinton Sh |
| *Rec #*: 123644<br>*Permit*: 92875<br>*API #*: 16115014160000<br>----<br>*County/Quad*: Johnson / PAINTSVILLE | √ | PDF<br>**Documents (PDF)** | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2590 ft |

| | | | |
|---|---|---|---|
| *Carter Coords:* 23-P-80 2982S, 370E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | **√** <br> **View E-log** <br> **(image only)** | **PDF** <br> Download PDF using <br> PDF reader <br> functionality when <br> opened. | **Production Data** <br> **Pay Data Report** <br><br> *Farm:* ROBINSON, <br> ELEANOR <br> *Perm. Date:* 9/27/2001 <br> *Comp. Date:* 10/21/2001 <br> *Comp. Result:* GAS | *Vertical Depth:* n/a <br> *Elev:* 700 ft <br> *D or V:* vertical <br> *TDF:* Silurian-Clinton Sh |
| *Rec #:* 123677 <br> *Permit:* 92910 <br> *API #:* 16119017080000 <br> ---- <br> *County/Quad:* Knott / HINDMAN <br> *Carter Coords:* 17-K-80 680S, 1810E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | **√** <br> **View E-log** <br> **(image only)** | **PDF** <br> **Documents (PDF)** <br> Download PDF using <br> PDF reader <br> functionality when <br> opened. | **Sample Report** <br> **Production Data** <br> **Pay Data Report** | *Well #:* 1 <br> *Operator:* BRADLEY, <br> CHARLES R DBA BASIN <br> ENERGY CO <br> *Farm:* AMBURGEY, R H <br> *Perm. Date:* 10/4/2001 <br> *Comp. Date:* 1/31/2002 <br> *Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 3532 ft <br> *Measured Depth:* n/a <br> *Elev:* 1594 ft <br> *D or V:* vertical <br> *TDF:* Devonian-Ohio Shale |
| *Rec #:* 123726 <br> *Permit:* 93012 <br> *API #:* 16133006530000 <br> ---- <br> *County/Quad:* Letcher / MAYKING <br> *Carter Coords:* 1-I-80 1346S, 115E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | **√** <br> **View E-log** <br> **(image only)** | **PDF** <br> **Documents (PDF)** <br> Download PDF using <br> PDF reader <br> functionality when <br> opened. | **Production Data** <br> **Pay Data Report** | *Well #:* 1 <br> *Operator:* BRADLEY, <br> CHARLES R DBA BASIN <br> ENERGY CO <br> *Farm:* WEBB, MYRTLE <br> *Perm. Date:* 10/26/2001 <br> *Comp. Date:* 2/13/2002 <br> *Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 3711 ft <br> *Measured Depth:* n/a <br> *Elev:* 1476 ft <br> *D or V:* vertical <br> *TDF:* Devonian-Ohio Shale |
| *Rec #:* 123727 <br> *Permit:* 93033 <br> *API #:* 16133006540000 <br> ---- <br> *County/Quad:* Letcher / BLACKEY <br> *Carter Coords:* 5-H-80 1048S, 1863W <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | **√** <br> **View E-log** <br> **(image only)** | **PDF** <br> **Documents (PDF)** <br> Download PDF using <br> PDF reader <br> functionality when <br> opened. | **Sample Report** <br> **Production Data** <br> **Pay Data Report** | *Well #:* 2 <br> *Operator:* BRADLEY, <br> CHARLES R DBA BASIN <br> ENERGY CO <br> *Farm:* FIELDS, JAMES <br> HARRY <br> *Perm. Date:* 11/1/2001 <br> *Comp. Date:* 3/13/2002 <br> *Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 3962 ft <br> *Measured Depth:* n/a <br> *Elev:* 1472 ft <br> *D or V:* vertical <br> *TDF:* Devonian-Ohio Shale |
| *Rec #:* 123805 <br> *Permit:* 92955 <br> *API #:* 16115014180000 <br> ---- <br> *County/Quad:* Johnson / PAINTSVILLE <br> *Carter Coords:* 22-P-80 2041S, 1394W <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | **√** <br> **View E-log** <br> **(image only)** | **PDF** <br> **Documents (PDF)** <br> Download PDF using <br> PDF reader <br> functionality when <br> opened. | **Production Data** <br> **Pay Data Report** | *Well #:* 2 <br> *Operator:* BRADLEY, <br> CHARLES R DBA BASIN <br> ENERGY CO <br> *Farm:* ROBINSON, <br> ELEANOR <br> *Perm. Date:* 10/18/2001 <br> *Comp. Date:* 1/12/2002 <br> *Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 2760 ft <br> *Measured Depth:* n/a <br> *Elev:* 890 ft <br> *D or V:* vertical <br> *TDF:* Silurian-Clinton Sh |
| *Rec #:* 123820 <br> *Permit:* 92980 <br> *API #:* 16193009560000 <br> ---- <br> *County/Quad:* Perry / TILFORD <br> *Carter Coords:* 4-G-78 2010S, 820W <br> ---- | **√** <br> **View E-log** <br> **(image only)** | **PDF** <br> **Documents (PDF)** <br> Download PDF using <br> PDF reader <br> functionality when | **Sample Report** <br> **Production Data** <br> **Pay Data Report** | *Well #:* 1 <br> *Operator:* BRADLEY, <br> CHARLES R DBA BASIN <br> ENERGY CO <br> *Farm:* CALLAHAN, <br> EUGENE <br> *Perm. Date:* 10/24/2001 | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 3925 ft <br> *Measured Depth:* n/a <br> *Elev:* 1474 ft <br> *D or V:* vertical |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | *Basin*: Devonian-Ohio Shale |
| | | | | | *Comp. Date*: 1/6/2002 |
| | | | | | *Comp. Result*: GAS |

| | | | | | |
|---|---|---|---|---|---|
| *Rec #*: 123824<br>*Permit*: 93032<br>*API #*: 16119017090000<br>----<br>*County/Quad*: Knott / CARRIE<br>*Carter Coords*: 18-J-78 1980S, 1905E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BROOKS, FRANCIS C<br>*Perm. Date*: 11/1/2001<br>*Comp. Date*: 12/30/2001<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3475 ft<br>*Measured Depth*: n/a<br>*Elev*: 1403 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Salina Fm |
| *Rec #*: 123850<br>*Permit*: 93078<br>*API #*: 16133006570000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 4-H-80 1713N, 1423E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: STAMPER, HIRAM<br>*Perm. Date*: 11/15/2001<br>*Comp. Date*: 12/17/2001<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4184 ft<br>*Measured Depth*: n/a<br>*Elev*: 1775 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 123871<br>*Permit*: 93109<br>*API #*: 16133006590000<br>----<br>*County/Quad*: Letcher / MAYKING<br>*Carter Coords*: 1-I-80 527S, 1852E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: GERMAN COAL CO<br>*Perm. Date*: 11/21/2001<br>*Comp. Date*: 1/16/2002<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3834 ft<br>*Measured Depth*: n/a<br>*Elev*: 1600 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 123897<br>*Permit*: 93146<br>*API #*: 16115014200000<br>----<br>*County/Quad*: Johnson / IVYTON<br>*Carter Coords*: 4-O-80 2155S, 779E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CONLEY, W<br>*Perm. Date*: 12/6/2001<br>*Comp. Date*: 12/22/2001<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2606 ft<br>*Measured Depth*: n/a<br>*Elev*: 802 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Clinton Sh |
| *Rec #*: 123994<br>*Permit*: 93225<br>*API #*: 16193009650000<br>----<br>*County/Quad*: Perry / HAZARD SOUTH<br>*Carter Coords*: 3-H-77 238S, 1622W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: JOSEPH, LAWRENCE ET AL<br>*Perm. Date*: 1/4/2002<br>*Comp. Date*: 6/20/2002<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3758 ft<br>*Measured Depth*: n/a<br>*Elev*: 1466 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |

| | | | | |
|---|---|---|---|---|
| *Rec #:* 123999<br>*Permit:* 93263<br>*API #:* 16133006660000<br>----<br>*County/Quad:* Letcher / VICCO<br>*Carter Coords:* 13-H-78 957N, 80E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* STANFILL, HOWARD et al<br>*Perm. Date:* 1/10/2002<br>*Comp. Date:* 6/5/2002<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2480 ft<br>*Measured Depth:* n/a<br>*Elev:* 1290 ft<br>*D or V:* vertical<br>*TDF:* Mississippian-Pennington Formation (or Group) |
| *Rec #:* 124000<br>*Permit:* 93265<br>*API #:* 16195046270000<br>----<br>*County/Quad:* Pike / BROAD BOTTOM<br>*Carter Coords:* 19-M-83 2682N, 1335E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* C. CORP<br>*Perm. Date:* 1/10/2002<br>*Comp. Date:* 4/25/2002<br>***Comp. Result:*** D&A | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 1715 ft<br>*Measured Depth:* n/a<br>*Elev:* 1140 ft<br>*D or V:* vertical<br>*TDF:* Pennsylvanian-Pennsylvanian rocks, undivided |
| *Rec #:* 124029<br>*Permit:* 93313<br>*API #:* 16133006690000<br>----<br>*County/Quad:* Letcher / BLACKEY<br>*Carter Coords:* 8-H-80 2521N, 385W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMOOT COAL CO<br>*Perm. Date:* 1/24/2002<br>*Comp. Date:* 2/23/2002<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2851 ft<br>*Measured Depth:* n/a<br>*Elev:* 1494 ft<br>*D or V:* vertical<br>*TDF:* Mississippian-Big Lime |
| *Rec #:* 124030<br>*Permit:* 93315<br>*API #:* 16133006700000<br>----<br>*County/Quad:* Letcher / BLACKEY<br>*Carter Coords:* 3-H-80 2S, 1835W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CUMMINGS, L E<br>*Perm. Date:* 1/24/2002<br>*Comp. Date:* 2/22/2002<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3840 ft<br>*Measured Depth:* n/a<br>*Elev:* 1342 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 124055<br>*Permit:* 93264<br>*API #:* 16195046250000<br>----<br>*County/Quad:* Pike / BROAD BOTTOM<br>*Carter Coords:* 19-M-83 1855N, 670E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* C CORP<br>*Perm. Date:* 1/10/2002<br>*Comp. Date:* 3/16/2002<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3440 ft<br>*Measured Depth:* n/a<br>*Elev:* 1052 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 124073 | | | | | |

| Record Info | View E-log | Documents | Reports | Well Info | Location Info |
|---|---|---|---|---|---|
| *Permit:* 93303<br>*API #:* 16133006670000<br>----<br>*County/Quad:* Letcher / BLACKEY<br>*Carter Coords:* 5-H-80 2046S, 1820W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* FIELDS, JAMES HARRY<br>*Perm. Date:* 1/23/2002<br>*Comp. Date:* 3/7/2002<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3990 ft<br>*Measured Depth:* n/a<br>*Elev:* 1472 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 124074<br>*Permit:* 93304<br>*API #:* 16133006680000<br>----<br>*County/Quad:* Letcher / BLACKEY<br>*Carter Coords:* 7-H-80 2436S, 209E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMOOT COAL CO<br>*Perm. Date:* 1/23/2002<br>*Comp. Date:* 2/19/2002<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3909 ft<br>*Measured Depth:* n/a<br>*Elev:* 1350 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 124081<br>*Permit:* 93262<br>*API #:* 16133006650000<br>----<br>*County/Quad:* Letcher / MAYKING<br>*Carter Coords:* 10-I-80 1614N, 2272W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* EVERAGE, THOMAS<br>*Perm. Date:* 1/10/2002<br>*Comp. Date:* 1/24/2002<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3756 ft<br>*Measured Depth:* n/a<br>*Elev:* 1530 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 124098<br>*Permit:* 93357<br>*API #:* 16119017240000<br>----<br>*County/Quad:* Knott / HINDMAN<br>*Carter Coords:* 17-K-80 684S, 1806E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1A<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* AMBURGEY, R H<br>*Perm. Date:* 2/8/2002<br>*Comp. Date:* 2/4/2002<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 1916 ft<br>*Measured Depth:* n/a<br>*Elev:* 1594 ft<br>*D or V:* vertical<br>*TDF:* Mississippian-Pennington Formation (or Group) |
| *Rec #:* 124132<br>*Permit:* 93406<br>*API #:* 16193009740000<br>----<br>*County/Quad:* Perry / TILFORD<br>*Carter Coords:* 5-G-78 2454S, 159E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* MAYS, CLYDE & HALCOMB, ARTHUR<br>*Perm. Date:* 2/27/2002<br>*Comp. Date:* 3/5/2002<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3945 ft<br>*Measured Depth:* n/a<br>*Elev:* 1485 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 124133<br>*Permit:* 93407<br>*API #:* 16193009750000 | | | | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN | *Basin:* Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 5-G-78 2530N, 521E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | ENERGY CO<br>*Farm*: SIZEMORE, BOB & HALCOMB, COLEMAN<br>*Perm. Date*: 2/27/2002<br>*Comp. Date*: 3/26/2002<br>*Comp. Result*: GAS | *Vertical Depth*: 3906 ft<br>*Measured Depth*: n/a<br>*Elev*: 1441 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |

| Rec #: 124134<br>Permit: 93408<br>API #: 16193009760000<br>----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 5-G-78 1438N, 783E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HALCOMB, COLEMAN<br>*Perm. Date*: 2/27/2002<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1365 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
|---|---|---|---|---|---|
| Rec #: 124144<br>Permit: 93420<br>API #: 16193009770000<br>----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 5-G-78 1410N, 44E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HALCOMB, ARTHUR<br>*Perm. Date*: 3/1/2002<br>*Comp. Date*: 3/12/2002<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3876 ft<br>*Measured Depth*: n/a<br>*Elev*: 1407 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| Rec #: 124186<br>Permit: 93439<br>API #: 16133006760000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 8-H-80 2522N, 391W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2T<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SMOOT COAL CO<br>*Perm. Date*: 3/8/2002<br>*Comp. Date*: 3/20/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4007 ft<br>*Measured Depth*: n/a<br>*Elev*: 1494 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| Rec #: 124357<br>Permit: 93649<br>API #: 16071021040000<br>----<br>*County/Quad*: Floyd / MARTIN<br>*Carter Coords*: 11-N-80 1561S, 11W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SLONE, BURNS<br>*Perm. Date*: 5/2/2002<br>*Comp. Date*: 7/12/2002<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 950 ft<br>*Measured Depth*: n/a<br>*Elev*: 802 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Maxon Sd |
| Rec #: 124360<br>Permit: 93648<br>API #: 16071021030000<br>----<br>*County/Quad*: Floyd / MARTIN | | **Documents (PDF)** | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 907 ft |

| | | | | |
|---|---|---|---|---|
| *Carter Coords*:  11-N-80 904S, 853W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | | **Production Data**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Farm*:  SLONE, BURNS<br>*Perm. Date*: 5/2/2002<br>*Comp. Date*: 7/10/2002<br>***Comp. Result***: GAS | *Depth*: n/a<br>*Elev*: 694 ft<br>*D or V*: vertical<br>*TDF*:  Mississippian-Maxon Sd |
| *Rec #*: 124376<br>*Permit*: 93647<br>*API #*: 16115014290000<br>----<br>*County/Quad*:  Johnson / IVYTON<br>*Carter Coords*:  4-O-80 1626S, 1632W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*:  BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*:  ROBINSON, P G<br>*Perm. Date*: 5/2/2002<br>*Comp. Date*: 5/24/2002<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1677 ft<br>*Measured Depth*: n/a<br>*Elev*: 675 ft<br>*D or V*: vertical<br>*TDF*:  Devonian-Ohio Shale |
| *Rec #*: 124395<br>*Permit*: 93678<br>*API #*: 16131008370000<br>----<br>*County/Quad*:  Leslie / HYDEN EAST<br>*Carter Coords*:  7-H-75 913S, 1281E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report**<br><br>**Formation Tops Data** | *Well #*: 1<br>*Operator*:  BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*:  DIXON, HALLIE<br>*Perm. Date*: 5/13/2002<br>*Comp. Date*: 5/21/2002<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3606 ft<br>*Measured Depth*: n/a<br>*Elev*: 1083 ft<br>*D or V*: vertical<br>*TDF*:  Ordovician-Ordovician, Upper Part |
| *Rec #*: 124446<br>*Permit*: 93590<br>*API #*: 16195046850000<br>----<br>*County/Quad*:  Pike / Meta<br>*Carter Coords*:  12-N-85 4445N, 3129E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 3<br>*Operator*:  BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*:  CAINES HEIRS<br>*Perm. Date*: 4/17/2002<br>*Comp. Date*: 4/30/2002<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4104 ft<br>*Measured Depth*: n/a<br>*Elev*: 1369 ft<br>*D or V*: vertical<br>*TDF*:  Devonian-Ohio Shale |
| *Rec #*: 124447<br>*Permit*: 93589<br>*API #*: 16195046900000<br>----<br>*County/Quad*:  Pike / Meta<br>*Carter Coords*:  12-N-85 3500N, 2760E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*:  BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*:  CAINES HEIRS<br>*Perm. Date*: 4/17/2002<br>*Comp. Date*: 5/7/2002<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4208 ft<br>*Measured Depth*: n/a<br>*Elev*: 1586 ft<br>*D or V*: vertical<br>*TDF*:  Devonian-Ohio Shale |
| *Rec #*: 124563<br>*Permit*: 93811<br>*API #*: 16133007200000<br>----<br>*County/Quad*:  Letcher / VICCO<br>*Carter Coords*:  13-H-78 963N, 80E<br>---- | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1A<br>*Operator*:  BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*:  STANFILL,<br>HOWARD ET AL<br>*Perm. Date*: 6/14/2002 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3658 ft<br>*Measured Depth*: n/a<br>*Elev*: 1290 ft<br>*D or V*: vertical |

| | | | | | |
|---|---|---|---|---|---|
| | | | | *Comp. Date*: 6/12/2002<br>*Comp. Result*: GAS | Devonian-Ohio Shale |
| *Rec #*: 124602<br>*Permit*: 93843<br>*API #*: 16193009920000<br>----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 4-G-78 740S, 453W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br><br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HALCOMB, ARTHUR<br>*Perm. Date*: 6/27/2002<br>*Comp. Date*: 1/18/2003<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3912 ft<br>*Measured Depth*: n/a<br>*Elev*: 1422 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale, Upper Part |
| *Rec #*: 124603<br>*Permit*: 93844<br>*API #*: 16193009930000<br>----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 6-G-78 2593N, 2048E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br><br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report**<br><br>**Formation Tops Data** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: RIDDLE, TROY<br>*Perm. Date*: 6/27/2002<br>*Comp. Date*: 12/9/2002<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3905 ft<br>*Measured Depth*: n/a<br>*Elev*: 1400 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 124721<br>*Permit*: 93906<br>*API #*: 16193009950000<br>----<br>*County/Quad*: Perry / HAZARD SOUTH<br>*Carter Coords*: 6-H-77 2706N, 88E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HALL, ROBERT<br>*Perm. Date*: 7/22/2002<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1506 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 124799<br>*Permit*: 94087<br>*API #*: 16133007400000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 3-H-80 919S, 861W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br><br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: HOLLYBUSH<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COASTAL COAL CO, LLC<br>*Perm. Date*: 9/11/2002<br>*Comp. Date*: 3/21/2003<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3992 ft<br>*Measured Depth*: n/a<br>*Elev*: 1485 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 124801<br>*Permit*: 94036<br>*API #*: 16133007370000<br>----<br>*County/Quad*: Letcher / WHITESBURG<br>*Carter Coords*: 13-H-80 1712S, 842E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br><br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report**<br><br>**Formation Tops Data** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COMIS, TYLER<br>*Perm. Date*: 8/16/2002<br>*Comp. Date*: 10/1/2002<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3958 ft<br>*Measured Depth*: n/a<br>*Elev*: 1243 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |

| Record Info | E-log | Documents | Reports | Well Info | Location Info |
|---|---|---|---|---|---|
| Rec #: 124820<br>Permit: 94035<br>API #: 16193010000000<br>----<br>County/Quad: Perry / HAZARD SOUTH<br>Carter Coords: 6-H-77 2623N, 229E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: HALL, ROBERT<br>Perm. Date: 8/16/2002<br>Comp. Date: 9/20/2002<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3768 ft<br>Measured Depth: n/a<br>Elev: 1512 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 124821<br>Permit: 94037<br>API #: 16195048130000<br>----<br>County/Quad: Pike / BROAD BOTTOM<br>Carter Coords: 19-M-83 2697N, 1335E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report | Well #: 1A<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: C CORP<br>Perm. Date: 8/16/2002<br>Comp. Date: 7/17/2002<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3400 ft<br>Measured Depth: n/a<br>Elev: 1140 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 124902<br>Permit: 94121<br>API #: 16193010040000<br>----<br>County/Quad: Perry / TILFORD<br>Carter Coords: 6-G-78 576N, 937E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Sample Report<br>Production Data<br>Pay Data Report | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: HALCOMB, BETHEL ET AL<br>Perm. Date: 9/20/2002<br>Comp. Date: 12/18/2002<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 4009 ft<br>Measured Depth: n/a<br>Elev: 1405 ft<br>D or V: vertical<br>TDF: Silurian-Salina Fm |
| Rec #: 125078<br>Permit: 94189<br>API #: 16133007440000<br>----<br>County/Quad: Letcher / VICCO<br>Carter Coords: 1-H-78 200S, 1200W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report | Well #: 114<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: WHITAKER, W B<br>Perm. Date: 10/10/2002<br>Comp. Date: 3/25/2003<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3958 ft<br>Measured Depth: n/a<br>Elev: 1600 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 125126<br>Permit: 94240<br>API #: 16193010120000<br>----<br>County/Quad: Perry / TILFORD<br>Carter Coords: 6-G-78 2383N, 628E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br>Pay Data Report | Well #: 2<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: HALCOMB, BETHEL<br>Perm. Date: 10/31/2002<br>Comp. Date: 1/9/2003<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 4038 ft<br>Measured Depth: n/a<br>Elev: 1513 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 125512 | | | | | |

| | | | | |
|---|---|---|---|---|
| Permit: 94422<br>API #: 16071023310000<br>----<br>County/Quad: Floyd / DAVID<br>Carter Coords: 17-N-80 351N, 592E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | _Well #_:<br>_Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm_: SHEPHERD, EUNICE<br>_Perm. Date_: 12/18/2003<br>_Comp. Date_: 7/12/2003<br>_Comp. Result_: GAS | _Basin_: Eastern Kentucky, Appalachian Basin<br>_Vertical Depth_: 2230 ft<br>_Measured Depth_: n/a<br>_Elev_: 778 ft<br>_D or V_: vertical<br>_TDF_: Devonian-Ohio Shale, Lower Part |
| Rec #: 125545<br>Permit: 94447<br>API #: 16115016190000<br>----<br>County/Quad: Johnson / PAINTSVILLE<br>Carter Coords: 22-P-80 1056S, 1767W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | _Well #_: 3<br>_Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm_: ROBINSON, ELEANOR<br>_Perm. Date_: 1/7/2003<br>_Comp. Date_: 3/10/2003<br>_Comp. Result_: GAS | _Basin_: Eastern Kentucky, Appalachian Basin<br>_Vertical Depth_: 2960 ft<br>_Measured Depth_: n/a<br>_Elev_: 1057 ft<br>_D or V_: vertical<br>_TDF_: Silurian-Crab Orchard Formation |
| Rec #: 125548<br>Permit: 94419<br>API #: 16119017820000<br>----<br>County/Quad: Knott / HINDMAN<br>Carter Coords: 25-J-79 857N, 912E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | _Well #_: 1<br>_Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm_: MULLIGAN & BOTTIMORE ET AL<br>_Perm. Date_: 12/18/2002<br>_Comp. Date_: 2/26/2003<br>_Comp. Result_: GAS | _Basin_: Eastern Kentucky, Appalachian Basin<br>_Vertical Depth_: 3404 ft<br>_Measured Depth_: n/a<br>_Elev_: 1338 ft<br>_D or V_: vertical<br>_TDF_: Devonian-Ohio Shale |
| Rec #: 125567<br>Permit: 94448<br>API #: 16131009880000<br>----<br>County/Quad: Leslie / CUTSHIN<br>Carter Coords: 9-G-75 5738N, 3515E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | _Well #_: 1<br>_Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm_: WELLS, FLOYD ET AL<br>_Perm. Date_: 1/7/2003<br>_Comp. Date_: 9/13/2003<br>_Comp. Result_: GAS | _Basin_: Eastern Kentucky, Appalachian Basin<br>_Vertical Depth_: 4060 ft<br>_Measured Depth_: n/a<br>_Elev_: 1676 ft<br>_D or V_: vertical<br>_TDF_: Devonian-Ohio Shale |
| Rec #: 125568<br>Permit: 94392<br>API #: 16133007570000<br>----<br>County/Quad: Letcher / Mayking<br>Carter Coords: 1-I-80 3014N, 1039E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | _Well #_: 1<br>_Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm_: BATES, BOOTEN<br>_Perm. Date_: 12/12/2002<br>_Comp. Date_: 2/5/2003<br>_Comp. Result_: GAS | _Basin_: Eastern Kentucky, Appalachian Basin<br>_Vertical Depth_: 3780 ft<br>_Measured Depth_: n/a<br>_Elev_: 1582 ft<br>_D or V_: vertical<br>_TDF_: Devonian-Ohio Shale |
| Rec #: 125571<br>Permit: 94418<br>API #: 16133007590000 | | | | _Well #_: 1<br>_Operator_: BRADLEY, CHARLES R DBA BASIN | _Basin_: Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ----<br>*County/Quad*: Letcher / Blackey<br>*Carter Coords*: 4-H-79 1250N, 260W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | ENERGY CO<br>*Farm*: CRAWFORD, R.R. ESTATE<br>*Perm. Date*: 12/18/2002<br>*Comp. Date*: 3/11/2003<br>*Comp. Result*: GAS<br><br>*Vertical Depth*: 3910 ft<br>*Measured Depth*: n/a<br>*Elev*: 1547 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 125573<br>*Permit*: 94345<br>*API #*: 16133007550000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 14-H-79 1683N, 1514E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WHITAKER, S A<br>*Perm. Date*: 11/22/2002<br>*Comp. Date*: 2/12/2003<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3485 ft<br>*Measured Depth*: n/a<br>*Elev*: 1080 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 125588<br>*Permit*: 94421<br>*API #*: 16193010180000<br>----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 25-H-78 888S, 1299E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SHEPHERD, A ET AL<br>*Perm. Date*: 12/18/2002<br>*Comp. Date*: 7/15/2003<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3816 ft<br>*Measured Depth*: n/a<br>*Elev*: 1370 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 125589<br>*Permit*: 94420<br>*API #*: 16193010190000<br>----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 25-H-78 1797S, 1846E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SHEPHERD, O R ET AL<br>*Perm. Date*: 12/18/2002<br>*Comp. Date*: 3/27/2003<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4104 ft<br>*Measured Depth*: n/a<br>*Elev*: 1657 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 125646<br>*Permit*: 94497<br>*API #*: 16115016200000<br>----<br>*County/Quad*: Johnson / PRESTONSBURG<br>*Carter Coords*: 3-O-80 1443S, 2132E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CONLEY, WALLACE<br>*Perm. Date*: 1/22/2003<br>*Comp. Date*: 4/11/2003<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1830 ft<br>*Measured Depth*: n/a<br>*Elev*: 840 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 125772<br>*Permit*: 94593<br>*API #*: 16071023490000<br>----<br>*County/Quad*: Floyd / MARTIN | | **Documents (PDF)** | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 907 ft |

| | | | | |
|---|---|---|---|---|
| | | Download PDF using PDF reader functionality when opened. | *Farm*: BURNS, SLONE<br>*Perm. Date*: 2/26/2003<br>*Comp. Date*: 6/26/2003<br>***Comp. Result***: GAS | *Vertical Depth*: n/a<br>*Elev*: 694 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Maxon Sd |
| *Rec #*: 125817<br>*Permit*: 94603<br>*API #*: 16133008720000<br>----<br>*County/Quad*: Letcher / VICCO<br>*Carter Coords*: 9-H-78 1526N, 1201E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log (Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ELLIOTT, JOHN<br>*Perm. Date*: 3/5/2003<br>*Comp. Date*: 10/15/2003<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3753 ft<br>*Measured Depth*: n/a<br>*Elev*: 1474 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 125848<br>*Permit*: 94594<br>*API #*: 16195049270000<br>----<br>*County/Quad*: Pike / BROAD BOTTOM<br>*Carter Coords*: 19-M-83 1633N, 1643E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log (Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: C CORP<br>*Perm. Date*: 2/26/2003<br>*Comp. Date*: 6/10/2003<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3092 ft<br>*Measured Depth*: n/a<br>*Elev*: 832 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126012<br>*Permit*: 94756<br>*API #*: 16071023550000<br>----<br>*County/Quad*: Floyd / MARTIN<br>*Carter Coords*: 11-N-80 1561S, 11W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log (Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SLONE, BURNS<br>*Perm. Date*: 4/24/2003<br>*Comp. Date*: 7/19/2003<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2204 ft<br>*Measured Depth*: n/a<br>*Elev*: 802 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126261<br>*Permit*: 95056<br>*API #*: 16071023710000<br>----<br>*County/Quad*: Floyd / DAVID<br>*Carter Coords*: 17-N-80 346N, 589E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1B<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SHEPHERD, EUNICE<br>*Perm. Date*: 7/23/2003<br>*Comp. Date*: N/A<br>***Comp. Result***: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 778 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 126262<br>*Permit*: 95055<br>*API #*: 16071023720000<br>----<br>*County/Quad*: Floyd / DAVID<br>*Carter Coords*: 17-N-80 356N, 595E<br>---- | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1A<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SHEPHERD, EUNICE<br>*Perm. Date*: 7/23/2003 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 880 ft<br>*Measured Depth*: n/a<br>*Elev*: 778 ft<br>*D or V*: vertical |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Appian-Maxon Sd<br>_Comp. Date_: 7/13/2004<br>_**Comp. Result**_: GAS |
| _Rec #_: 126270<br>_Permit_: 94981<br>_API #_: 16071023670000<br>----<br>_County/Quad_: Floyd / MARTIN<br>_Carter Coords_: 11-N-80 905S, 850W<br>----<br>_Quick Map_: **google map view**<br>_Petroleum Map_: **geologic map service**<br>_Upload to GPS_: | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | _Well #_: 1A<br>_Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm_: SLONE, BURNS<br>_Perm. Date_: 7/2/2003<br>_Comp. Date_: 7/17/2003<br>_**Comp. Result**_: GAS | _Basin_: Eastern Kentucky, Appalachian Basin<br>_Vertical Depth_: 2188 ft<br>_Measured Depth_: n/a<br>_Elev_: 694 ft<br>_D or V_: vertical<br>_TDF_: Devonian-Ohio Shale |
| _Rec #_: 126340<br>_Permit_: 94990<br>_API #_: 16133009000000<br>----<br>_County/Quad_: Letcher / VICCO<br>_Carter Coords_: 12-H-78 2626N, 789W<br>----<br>_Quick Map_: **google map view**<br>_Petroleum Map_: **geologic map service**<br>_Upload to GPS_: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | _Well #_: 3<br>_Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm_: CAMPBELL, L F ET AL<br>_Perm. Date_: 7/3/2003<br>_Comp. Date_: N/A<br>_**Comp. Result**_: TRM | _Basin_: Eastern Kentucky, Appalachian Basin<br>_Vertical Depth_: n/a<br>_Measured Depth_: n/a<br>_Elev_: 1488 ft<br>_D or V_: vertical<br>_TDF_: -Unknown or unassigned |
| _Rec #_: 126341<br>_Permit_: 95016<br>_API #_: 16133009010000<br>----<br>_County/Quad_: Letcher / VICCO<br>_Carter Coords_: 9-H-78 2173N, 2165E<br>----<br>_Quick Map_: **google map view**<br>_Petroleum Map_: **geologic map service**<br>_Upload to GPS_: | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | _Well #_: 1<br>_Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm_: STALLARD, TINA<br>_Perm. Date_: 7/10/2003<br>_Comp. Date_: 10/6/2003<br>_**Comp. Result**_: GAS | _Basin_: Eastern Kentucky, Appalachian Basin<br>_Vertical Depth_: 3752 ft<br>_Measured Depth_: n/a<br>_Elev_: 1387 ft<br>_D or V_: vertical<br>_TDF_: Devonian-Ohio Shale |
| _Rec #_: 126345<br>_Permit_: 94904<br>_API #_: 16133008910000<br>----<br>_County/Quad_: Letcher / BLACKEY<br>_Carter Coords_: 5-H-80 2060N, 822E<br>----<br>_Quick Map_: **google map view**<br>_Petroleum Map_: **geologic map service**<br>_Upload to GPS_: | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | _Well #_: 2<br>_Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm_: ADAMS, MOSES HEIRS<br>_Perm. Date_: 6/12/2003<br>_Comp. Date_: 11/20/2003<br>_**Comp. Result**_: GAS | _Basin_: Eastern Kentucky, Appalachian Basin<br>_Vertical Depth_: 4155 ft<br>_Measured Depth_: n/a<br>_Elev_: 1666 ft<br>_D or V_: vertical<br>_TDF_: Devonian-Ohio Shale |
| _Rec #_: 126352<br>_Permit_: 94905<br>_API #_: 16133008980000<br>----<br>_County/Quad_: Letcher / BLACKEY<br>_Carter Coords_: 5-H-80 2611N, 25E<br>----<br>_Quick Map_: **google map view**<br>_Petroleum Map_: **geologic map service**<br>_Upload to GPS_: | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | _Well #_: 3<br>_Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm_: ADAMS, MOSES HEIRS<br>_Perm. Date_: 6/12/2003<br>_Comp. Date_: 12/19/2003<br>_**Comp. Result**_: GAS | _Basin_: Eastern Kentucky, Appalachian Basin<br>_Vertical Depth_: 4120 ft<br>_Measured Depth_: n/a<br>_Elev_: 1620 ft<br>_D or V_: vertical<br>_TDF_: Devonian-Ohio Shale |

| | | | | |
|---|---|---|---|---|
| *Rec #*: 126353<br>*Permit*: 94903<br>*API #*: 16133008990000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 5-H-80 1397N, 52E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ADAMS, MOSES HEIRS<br>*Perm. Date*: 6/12/2003<br>*Comp. Date*: 10/23/2003<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3805 ft<br>*Measured Depth*: n/a<br>*Elev*: 1325 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126498<br>*Permit*: 95133<br>*API #*: 16115017480000<br>----<br>*County/Quad*: Johnson / OIL SPRINGS<br>*Carter Coords*: 13-P-80 1054S, 1890W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BINGHAM, DAVE<br>*Perm. Date*: 8/21/2003<br>*Comp. Date*: 9/3/2003<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1846 ft<br>*Measured Depth*: n/a<br>*Elev*: 826 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126523<br>*Permit*: 95254<br>*API #*: 16133009080000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 3-H-80 4961N, 2970E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: HOLLYBUSH 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COASTAL COAL COMPANY LLC<br>*Perm. Date*: 9/25/2003<br>*Comp. Date*: 10/18/2003<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3888 ft<br>*Measured Depth*: n/a<br>*Elev*: 1380 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126561<br>*Permit*: 95240<br>*API #*: 16193011880000<br>----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 5-G-78 1438N, 784E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HALCOMB, COLEMAN<br>*Perm. Date*: 9/18/2003<br>*Comp. Date*: 11/1/2003<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3810 ft<br>*Measured Depth*: n/a<br>*Elev*: 1366 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126567<br>*Permit*: 95239<br>*API #*: 16193011870000<br>----<br>*County/Quad*: Perry / HAZARD SOUTH<br>*Carter Coords*: 5-H-77 1738S, 1084W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: M4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CORRETT, POLLY<br>*Perm. Date*: 9/18/2003<br>*Comp. Date*: 11/26/2003<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3278 ft<br>*Measured Depth*: n/a<br>*Elev*: 1008 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126568 | | | | |

| | | | | |
|---|---|---|---|---|
| Permit: 95155<br>API #: 16193011800000<br>----<br>County/Quad:  Perry / HAZARD SOUTH<br>Carter Coords:  5-H-77 2959S, 586W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br><br>Pay Data Report | *Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*:  BEGLEY LUMBER CO<br>*Perm. Date*: 8/26/2003<br>*Comp. Date*: 10/7/2003<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3315 ft<br>*Measured Depth*: n/a<br>*Elev*: 981 ft<br>*D or V*: vertical<br>*TDF*:  Devonian-Ohio Shale |
| Rec #: 126569<br>Permit: 95134<br>API #: 16193011790000<br>----<br>County/Quad:  Perry / HAZARD SOUTH<br>Carter Coords:  5-H-77 2220N, 1134W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br><br>Pay Data Report | *Well #*: M-2<br>*Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*:  BEGLEY LUMBER CO<br>*Perm. Date*: 8/21/2003<br>*Comp. Date*: 9/25/2003<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3245 ft<br>*Measured Depth*: n/a<br>*Elev*: 981 ft<br>*D or V*: vertical<br>*TDF*:  Devonian-Ohio Shale |
| Rec #: 126709<br>Permit: 95285<br>API #: 16133009090000<br>----<br>County/Quad:  Letcher / BLACKEY<br>Carter Coords:  8-H-79 2876S, 1395W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Sample Report<br><br>Production Data<br><br>Pay Data Report | *Well #*: 1<br>*Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*:  JAMESTOWN VILLAGE INC<br>*Perm. Date*: 10/1/2003<br>*Comp. Date*: 2/15/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3506 ft<br>*Measured Depth*: n/a<br>*Elev*: 1078 ft<br>*D or V*: vertical<br>*TDF*:  Devonian-Ohio Shale |
| Rec #: 126737<br>Permit: 95347<br>API #: 16193011940000<br>----<br>County/Quad:  Perry / TILFORD<br>Carter Coords:  25-H-78 1328S, 2059W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br><br>Pay Data Report | *Well #*: 3<br>*Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*:  BAKER, W P HIERS ET AL<br>*Perm. Date*: 10/10/2003<br>*Comp. Date*: 11/12/2003<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3894 ft<br>*Measured Depth*: n/a<br>*Elev*: 1477 ft<br>*D or V*: vertical<br>*TDF*:  Devonian-Ohio Shale |
| Rec #: 126738<br>Permit: 95348<br>API #: 16193011950000<br>----<br>County/Quad:  Perry / TILFORD<br>Carter Coords:  25-H-78 465S, 2227E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br><br>Pay Data Report | *Well #*: 2<br>*Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*:  BAKER, WP (HIERS) ET AL<br>*Perm. Date*: 10/10/2003<br>*Comp. Date*: 12/16/2003<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3879 ft<br>*Measured Depth*: n/a<br>*Elev*: 1446 ft<br>*D or V*: vertical<br>*TDF*:  Devonian-Olentangy Mbr, Ohio Sh |
| Rec #: 126739<br>Permit: 95346<br>API #: 16193011960000 | | | | *Well #*: 1<br>*Operator*:  BRADLEY, CHARLES R DBA BASIN | *Basin*: Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 5-G-78 888N, 1908E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | ENERGY CO<br>*Farm*: COMBS, SAM ET AL<br>*Perm. Date*: 10/10/2003<br>*Comp. Date*: 10/30/2003<br>*Comp. Result*: GAS | *Vertical Depth*: 3858 ft<br>*Measured Depth*: n/a<br>*Elev*: 1365 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Salina Fm |
| *Rec #*: 126745<br>*Permit*: 95399<br>*API #*: 16193012010000<br>----<br>*County/Quad*: Perry / HAZARD SOUTH<br>*Carter Coords*: 5-H-77 1107N, 1307W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: BEGLEY M 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BEGLEY LUMBER COMPANY<br>*Perm. Date*: 10/30/2003<br>*Comp. Date*: 12/8/2003<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3304 ft<br>*Measured Depth*: n/a<br>*Elev*: 1033 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Salina Fm |
| *Rec #*: 126783<br>*Permit*: 95311<br>*API #*: 16235018470000<br>----<br>*County/Quad*: Whitley / FRAKES<br>*Carter Coords*: 24-C-67 2971N, 353E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BEGLEY PROPERTIES LLC<br>*Perm. Date*: 10/9/2003<br>*Comp. Date*: 1/21/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2955 ft<br>*Measured Depth*: n/a<br>*Elev*: 1337 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Clinton Sh |
| *Rec #*: 126821<br>*Permit*: 95483<br>*API #*: 16115017600000<br>----<br>*County/Quad*: Johnson / PAINTSVILLE<br>*Carter Coords*: 13-P-80 426S, 1992E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: PDP 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PELPHREY, P D<br>*Perm. Date*: 11/26/2003<br>*Comp. Date*: 8/19/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2616 ft<br>*Measured Depth*: n/a<br>*Elev*: 839 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Crab Orchard Formation |
| *Rec #*: 126822<br>*Permit*: 95518<br>*API #*: 16115017610000<br>----<br>*County/Quad*: Johnson / PAINTSVILLE<br>*Carter Coords*: 22-P-80 2098S, 373W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ROBINSON, ELEANOR<br>*Perm. Date*: 12/5/2003<br>*Comp. Date*: 12/3/2003<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1836 ft<br>*Measured Depth*: n/a<br>*Elev*: 754 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126823<br>*Permit*: 95519<br>*API #*: 16115017620000<br>----<br>*County/Quad*: Johnson / IVYTON | ✓<br>**Documents (PDF)** | | | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1840 ft |

| | | | | | |
|---|---|---|---|---|---|
| *Carter Coords*: 3-O-80 1359S, 1582W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | **View E-log** (Image only) | Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Vertical Depth*: n/a<br>*Farm*: CONLEY, WALLACE<br>*Perm. Date*: 12/5/2003<br>*Comp. Date*: 12/15/2003<br>*Comp. Result*: GAS | *Elev*: 822 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126831<br>*Permit*: 95503<br>*API #*: 16133009390000<br>----<br>*County/Quad*: Letcher / MAYKING<br>*Carter Coords*: 8-H-80 420N, 1970E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br><br>**View E-log** (Image only) | 📕 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CUMMINGS, LEE ETTA ET AL<br>*Perm. Date*: 12/4/2003<br>*Comp. Date*: 1/3/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3932 ft<br>*Measured Depth*: n/a<br>*Elev*: 1482 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126834<br>*Permit*: 95504<br>*API #*: 16133009410000<br>----<br>*County/Quad*: Letcher / VICCO<br>*Carter Coords*: 9-H-78 130N, 1570E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br><br>**View E-log** (Image only) | 📕 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ELLIOTT, WILLIAM<br>*Perm. Date*: 12/4/2003<br>*Comp. Date*: 1/14/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4077 ft<br>*Measured Depth*: n/a<br>*Elev*: 1645 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126886<br>*Permit*: 95575<br>*API #*: 16071023930000<br>----<br>*County/Quad*: Floyd / THOMAS<br>*Carter Coords*: 12-O-83 1115S, 439W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | 📕 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 18<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: TAYLOR, LILLIAN STEELE<br>*Perm. Date*: 1/8/2004<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 950 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 126892<br>*Permit*: 95546<br>*API #*: 16071023900000<br>----<br>*County/Quad*: Floyd / THOMAS<br>*Carter Coords*: 19-O-83 2784N, 68W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | 📕 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: MILL BRANCH 9<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: NUNNERY HEIRS<br>*Perm. Date*: 12/19/2003<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 923 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 126893<br>*Permit*: 95547<br>*API #*: 16071023910000<br>----<br>*County/Quad*: Floyd / THOMAS<br>*Carter Coords*: 12-O-83 515S, 2030E<br>---- | -- | 📕 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when | **Pay Data Report** | *Well #*: MILL BRANCH 23<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: NUNNERY HEIRS<br>*Perm. Date*: 12/19/2003 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1142 ft<br>*D or V*: vertical |

| | | | | | |
|---|---|---|---|---|---|
| | | PDF opened | | *Comp. Date*: n/a<br>*Comp. Result*: LOC | *S*: Unknown or unassigned |
| Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>*Upload to GPS*: | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| *Rec #*: 126931<br>*Permit*: 95549<br>*API #*: 16133009460000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 3-H-80 4056N, 3334E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: HOLLYBUSH 4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COASTAL COAL CO LLC<br>*Perm. Date*: 12/19/2003<br>*Comp. Date*: 1/24/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4055 ft<br>*Measured Depth*: n/a<br>*Elev*: 1540 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126932<br>*Permit*: 95545<br>*API #*: 16133009470000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 3-H-80 3563N, 2473E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 5<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COSTAL COAL CO/HOLLY BUSH<br>*Perm. Date*: 12/19/2003<br>*Comp. Date*: 2/6/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3981 ft<br>*Measured Depth*: n/a<br>*Elev*: 1445 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 126933<br>*Permit*: 95548<br>*API #*: 16133009440000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 3-H-80 2023S, 476W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: HOLLYBUSH 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COASTAL COAL CO LLC<br>*Perm. Date*: 12/19/2003<br>*Comp. Date*: 2/28/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4238 ft<br>*Measured Depth*: n/a<br>*Elev*: 1710 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 127051<br>*Permit*: 95833<br>*API #*: 16071024120000<br>----<br>*County/Quad*: Floyd / MARTIN<br>*Carter Coords*: 12-N-80 2172S, 876E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SLONE, BURNS<br>*Perm. Date*: 3/16/2004<br>*Comp. Date*: 8/6/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3044 ft<br>*Measured Depth*: n/a<br>*Elev*: 956 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Clinton Sh |
| *Rec #*: 127052<br>*Permit*: 95760<br>*API #*: 16071024100000<br>----<br>*County/Quad*: Floyd / PRESTONSBURG<br>*Carter Coords*: 1-N-80 1244S, 963E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: KENDRICK, L M<br>*Perm. Date*: 3/5/2004<br>*Comp. Date*: 11/24/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 903 ft<br>*Measured Depth*: n/a<br>*Elev*: 788 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Pennington Formation (or Group) |

| | | | | | |
|---|---|---|---|---|---|
| *Rec #:* 127054<br>*Permit:* 95832<br>*API #:* 16071024130000<br>----<br>*County/Quad:* Floyd / MARTIN<br>*Carter Coords:* 11-N-80 2026S, 1141W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 4<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SLONE, BURNS<br>*Perm. Date:* 3/16/2004<br>*Comp. Date:* 8/14/2004<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3062 ft<br>*Measured Depth:* n/a<br>*Elev:* 935 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Clinton Sh |
| *Rec #:* 127084<br>*Permit:* 95847<br>*API #:* 16119019910000<br>----<br>*County/Quad:* Knott / CARRIE<br>*Carter Coords:* 18-J-78 2517S, 934E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* BROOKS, FRANCIS<br>*Perm. Date:* 3/24/2004<br>*Comp. Date:* 5/28/2004<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3429 ft<br>*Measured Depth:* n/a<br>*Elev:* 1397 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 127245<br>*Permit:* 95971<br>*API #:* 16071024200000<br>----<br>*County/Quad:* Floyd / MARTIN<br>*Carter Coords:* 11-N-80 775S, 2113W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 5<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SLONE, BURNS ET AL<br>*Perm. Date:* 4/30/2004<br>*Comp. Date:* 8/1/2004<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2200 ft<br>*Measured Depth:* n/a<br>*Elev:* 660 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Onondaga/Helderberg Undif |
| *Rec #:* 127277<br>*Permit:* 95997<br>*API #:* 16131010180000<br>----<br>*County/Quad:* Leslie / LEATHERWOOD<br>*Carter Coords:* 6-G-76 1778N, 1319W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CAMPBELL, COOK<br>*Perm. Date:* 5/7/2004<br>*Comp. Date:* 8/18/2004<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3850 ft<br>*Measured Depth:* n/a<br>*Elev:* 1475 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Salina Fm |
| *Rec #:* 127306<br>*Permit:* 95972<br>*API #:* 16193012280000<br>----<br>*County/Quad:* Perry / TILFORD<br>*Carter Coords:* 7-G-78 2465S, 1989W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report**<br><br>**Formation Tops Data** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMITH, HAMP (HEIRS)<br>*Perm. Date:* 4/30/2004<br>*Comp. Date:* 7/20/2004<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 4363 ft<br>*Measured Depth:* n/a<br>*Elev:* 1812 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 127307 | | | | | |

| | | | | |
|---|---|---|---|---|
| *Permit:* 95908<br>*API #:* 16193012250000<br>----<br>*County/Quad:* Perry / TILFORD<br>*Carter Coords:* 7-G-78 2513N, 2048W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMITH, HAMP (HEIRS)<br>*Perm. Date:* 4/15/2004<br>*Comp. Date:* 7/12/2004<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 4350 ft<br>*Measured Depth:* n/a<br>*Elev:* 1803 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 127401<br>*Permit:* 96035<br>*API #:* 16193012300000<br>----<br>*County/Quad:* Perry / TILFORD<br>*Carter Coords:* 7-G-78 2542S, 973W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SMITH, HEMP (HEIRS)<br>*Perm. Date:* 5/20/2004<br>*Comp. Date:* 8/5/2004<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 4350 ft<br>*Measured Depth:* n/a<br>*Elev:* 1796 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 127436<br>*Permit:* 96095<br>*API #:* 16071024310000<br>----<br>*County/Quad:* Floyd / DAVID<br>*Carter Coords:* 14-N-80 443S, 1341E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* SHEPHERD, EUNICE<br>*Perm. Date:* 6/10/2004<br>*Comp. Date:* N/A<br>*Comp. Result:* LOC | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 934 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 127461<br>*Permit:* 96115<br>*API #:* 16133009830000<br>----<br>*County/Quad:* Letcher / MAYKING<br>*Carter Coords:* 3-H-80 3750N, 950E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #:* 6<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* COASTAL COAL CO LLC<br>*Perm. Date:* 6/24/2004<br>*Comp. Date:* 9/3/2004<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 4015 ft<br>*Measured Depth:* n/a<br>*Elev:* 1520 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 127462<br>*Permit:* 96114<br>*API #:* 16133009840000<br>----<br>*County/Quad:* Letcher / MAYKING<br>*Carter Coords:* 2-H-80 3347N, 4064E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #:* 7<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* COASTAL COAL CO LLC<br>*Perm. Date:* 6/24/2004<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1532 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 127694<br>*Permit:* 96341<br>*API #:* 16119020370000 | | | | *Well #:* RS 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN | *Basin:* Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ----<br>*County/Quad*:  Knott / HINDMAN<br>*Carter Coords*: 8-J-79 1008S, 1744E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | ENERGY CO<br>*Farm*:  COLLINS, RUSSELL<br>*Perm. Date*: 8/26/2004<br>*Comp. Date*: 9/22/2004<br>***Comp. Result***: GAS | *Vertical Depth*: 3520 ft<br>*Measured Depth*: n/a<br>*Elev*: 1588 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 127720<br>*Permit*: 96410<br>*API #*: 16133010080000<br>----<br>*County/Quad*:  Letcher / MAYKING<br>*Carter Coords*: 2-H-80 3457N, 4036E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: HOLLYBUSH 7<br>*Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*:  COASTAL COAL COMPANY LLC<br>*Perm. Date*: 9/10/2004<br>*Comp. Date*: 10/6/2004<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4210 ft<br>*Measured Depth*: n/a<br>*Elev*: 1582 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 127727<br>*Permit*: 96466<br>*API #*: 16133010140000<br>----<br>*County/Quad*:  Letcher / WHITESBURG<br>*Carter Coords*: 12-H-80 333S, 1484W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*:  LEWIS HEIRS<br>*Perm. Date*: 9/28/2004<br>*Comp. Date*: 11/18/2004<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4075 ft<br>*Measured Depth*: n/a<br>*Elev*: 1441 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 127728<br>*Permit*: 96476<br>*API #*: 16133010150000<br>----<br>*County/Quad*:  Letcher / MAYKING<br>*Carter Coords*: 3-H-80 4782N, 1798E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*:  COASTAL COAL CO LLC<br>*Perm. Date*: 9/29/2004<br>*Comp. Date*: 11/5/2004<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3970 ft<br>*Measured Depth*: n/a<br>*Elev*: 1329 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Salina Fm |
| *Rec #*: 127756<br>*Permit*: 96387<br>*API #*: 16193012450000<br>----<br>*County/Quad*:  Perry / TILFORD<br>*Carter Coords*: 7-G-78 1852N, 1243W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 4<br>*Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*:  SMITH, HAMP HEIRS<br>*Perm. Date*: 9/9/2004<br>*Comp. Date*: 3/18/2005<br>***Comp. Result***: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4264 ft<br>*Measured Depth*: n/a<br>*Elev*: 1730 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 127757<br>*Permit*: 96386<br>*API #*: 16193012440000<br>----<br>*County/Quad*:  Perry / TILFORD | √<br>**Documents (PDF)** | | | *Well #*: 5<br>*Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3995 ft |

| | | | |
|---|---|---|---|
| *Carter Coords*: 7-G-78 2613N, 524W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | **√**<br>**View E-log**<br>**(Image only)** | **Download PDF using PDF reader**<br>[PDF]<br>Download PDF using PDF reader functionality when opened. | *Farm*: SMITH, HAMP HEIRS<br>*Perm. Date*: 9/9/2004<br>*Comp. Date*: 10/1/2005<br>*Comp. Result*: GAS | *Well depth*: n/a<br>*Elev*: 1465 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 127966<br>*Permit*: 96674<br>*API #*: 16133010270000<br>----<br>*County/Quad*: Letcher / VICCO<br>*Carter Coords*: 12-H-78 2626N, 789W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | **√**<br>**View E-log**<br>**(Image only)** | [PDF]<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CAMPBELL, LILLIE FAY ET AL<br>*Perm. Date*: 11/18/2004<br>*Comp. Date*: 1/27/2005<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3876 ft<br>*Measured Depth*: n/a<br>*Elev*: 1488 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Olentangy Mbr, Ohio Sh |
| *Rec #*: 127968<br>*Permit*: 96541<br>*API #*: 16133010190000<br>----<br>*County/Quad*: Letcher / MAYKING<br>*Carter Coords*: 3-H-80 5236N, 688E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | **√**<br>**View E-log**<br>**(Image only)** | [PDF]<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COASTAL COAL CO LLC<br>*Perm. Date*: 10/14/2004<br>*Comp. Date*: 11/18/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3925 ft<br>*Measured Depth*: n/a<br>*Elev*: 1382 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 128081<br>*Permit*: 96740<br>*API #*: 16071024600000<br>----<br>*County/Quad*: Floyd / PRESTONSBURG<br>*Carter Coords*: 1-N-80 1240S, 972E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | [PDF]<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1-A<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: KENDRICK, L M<br>*Perm. Date*: 12/3/2004<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 788 ft<br>*D or V*:<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 128117<br>*Permit*: 96712<br>*API #*: 16133010290000<br>----<br>*County/Quad*: Letcher / MAYKING<br>*Carter Coords*: 2-H-80 2360N, 3868E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | **√**<br>**View E-log**<br>**(Image only)** | [PDF]<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #*: HOLLYBUSH-8<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COASTAL COAL CO, LLC<br>*Perm. Date*: 12/1/2004<br>*Comp. Date*: 12/29/2004<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4029 ft<br>*Measured Depth*: n/a<br>*Elev*: 1539 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 128119<br>*Permit*: 96850<br>*API #*: 16133010320000<br>----<br>*County/Quad*: Letcher / WHITESBURG<br>*Carter Coords*: 24-H-81 696N, 356W<br>---- | **√**<br>**View E-log**<br>**(Image only)** | [PDF]<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when | **Production Data**<br>**Pay Data Report** | *Well #*: 7<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PARSONS, LENA<br>*Perm. Date*: 1/7/2005 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4450 ft<br>*Measured Depth*: n/a<br>*Elev*: 1718 ft<br>*D or V*: vertical |

| | | | | | |
|---|---|---|---|---|---|
| | | | | *Formation Tops Data* | *Comp. Date*: 9/27/2005<br>*Comp. Result*: GAS | Devonian-Ohio Shale |

| | | | | |
|---|---|---|---|---|
| *Rec #*: 128120<br>*Permit*: 96848<br>*API #*: 16133010330000<br>----<br>*County/Quad*: Letcher / WHITESBURG<br>*Carter Coords*: 16-H-81 79S, 1546E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ℹ️ | √<br><br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PARSONS, LENA<br>*Perm. Date*: 1/7/2005<br>*Comp. Date*: 3/9/2005<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4480 ft<br>*Measured Depth*: n/a<br>*Elev*: 1777 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 128121<br>*Permit*: 96847<br>*API #*: 16133010340000<br>----<br>*County/Quad*: Letcher / WHITESBURG<br>*Carter Coords*: 16-H-81 1096S, 1438E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ℹ️ | √<br><br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PARSONS, LENA<br>*Perm. Date*: 1/7/2005<br>*Comp. Date*: 2/17/2005<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4420 ft<br>*Measured Depth*: n/a<br>*Elev*: 1704 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 128122<br>*Permit*: 96846<br>*API #*: 16133010350000<br>----<br>*County/Quad*: Letcher / WHITESBURG<br>*Carter Coords*: 16-H-81 1605S, 2057W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ℹ️ | -- | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PARSONS, LENA<br>*Perm. Date*: 1/7/2005<br>*Comp. Date*: 4/8/2005<br>*Comp. Result*: D&A | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3790 ft<br>*Measured Depth*: n/a<br>*Elev*: 1738 ft<br>*D or V*: vertical<br>*TDF*: Mississippian-Borden Formation |
| *Rec #*: 128123<br>*Permit*: 96849<br>*API #*: 16133010360000<br>----<br>*County/Quad*: Letcher / WHITESBURG<br>*Carter Coords*: 16-H-81 533S, 436E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: ➡️ ℹ️ | √<br><br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 5<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PARSONS, LENA<br>*Perm. Date*: 1/7/2005<br>*Comp. Date*: 4/6/2005<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4485 ft<br>*Measured Depth*: n/a<br>*Elev*: 1732 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 128199<br>*Permit*: 96932<br>*API #*: 16071024690000<br>----<br>*County/Quad*: Floyd / MARTIN<br>*Carter Coords*: 22-M-80 480S, 999E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: MARTIN, DOC<br>*Perm. Date*: 1/28/2005<br>*Comp. Date*: 5/19/2005<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 700 ft<br>*Measured Depth*: n/a<br>*Elev*: 795 ft<br>*D or V*: vertical<br>*TDF*: Pennsylvanian-Lee Formation |

| | | | | |
|---|---|---|---|---|
| Rec #: 128200<br>Permit: 96933<br>API #: 16071024700000<br>----<br>County/Quad: Floyd / THOMAS<br>Carter Coords: 19-O-83 792S, 1812E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | _Well #:_ 2<br>_Operator:_ BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm:_ NEWMAN, PEGGY R<br>_Perm. Date:_ 1/28/2005<br>_Comp. Date:_ N/A<br>_**Comp. Result**:_ LOC | _Basin:_ Eastern Kentucky, Appalachian Basin<br>_Vertical Depth:_ n/a<br>_Measured Depth:_ n/a<br>_Elev:_ 733 ft<br>_D or V:_ vertical<br>_TDF:_ -Unknown or unassigned |
| Rec #: 128203<br>Permit: 96897<br>API #: 16071024670000<br>----<br>County/Quad: Floyd / THOMAS<br>Carter Coords: 22-O-83 72N, 357E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | _Well #:_ 1<br>_Operator:_ BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm:_ NEWMAN, PEGGY R<br>_Perm. Date:_ 1/19/2005<br>_Comp. Date:_ 2/25/2005<br>_**Comp. Result**:_ GAS | _Basin:_ Eastern Kentucky, Appalachian Basin<br>_Vertical Depth:_ 2856 ft<br>_Measured Depth:_ n/a<br>_Elev:_ 777 ft<br>_D or V:_ vertical<br>_TDF:_ -Unknown or unassigned |
| Rec #: 128236<br>Permit: 96894<br>API #: 16131010460000<br>----<br>County/Quad: Leslie / HOSKINSTON<br>Carter Coords: 17-H-74 2328S, 560W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | √<br>**View E-log (Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | _Well #:_ 1<br>_Operator:_ BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm:_ HACKER, C<br>_Perm. Date:_ 1/19/2005<br>_Comp. Date:_ 3/4/2005<br>_**Comp. Result**:_ GAS | _Basin:_ Eastern Kentucky, Appalachian Basin<br>_Vertical Depth:_ 3470 ft<br>_Measured Depth:_ n/a<br>_Elev:_ 1467 ft<br>_D or V:_ vertical<br>_TDF:_ Silurian-Clinton Sh |
| Rec #: 128372<br>Permit: 97054<br>API #: 16193012630000<br>----<br>County/Quad: Perry / HAZARD SOUTH<br>Carter Coords: 5-H-77 2863S, 1706W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | √<br>**View E-log (Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | _Well #:_ M-5<br>_Operator:_ BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm:_ BEGLEY LUMBER CO<br>_Perm. Date:_ 3/11/2005<br>_Comp. Date:_ 4/28/2005<br>_**Comp. Result**:_ GAS | _Basin:_ Eastern Kentucky, Appalachian Basin<br>_Vertical Depth:_ 3685 ft<br>_Measured Depth:_ n/a<br>_Elev:_ 1382 ft<br>_D or V:_ vertical<br>_TDF:_ Devonian-Ohio Shale |
| Rec #: 128418<br>Permit: 96964<br>API #: 16071024970000<br>----<br>County/Quad: Floyd / THOMAS<br>Carter Coords: 18-O-83 1105N, 663E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | _Well #:_ 24<br>_Operator:_ BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>_Farm:_ TAYLOR, LILLIAN STEELE<br>_Perm. Date:_ 2/11/2005<br>_Comp. Date:_ 3/8/2005<br>_**Comp. Result**:_ GAS | _Basin:_ Eastern Kentucky, Appalachian Basin<br>_Vertical Depth:_ 1756 ft<br>_Measured Depth:_ n/a<br>_Elev:_ 956 ft<br>_D or V:_ vertical<br>_TDF:_ -Unknown or unassigned |
| Rec #: 128440 | | | | |

| | | | | |
|---|---|---|---|---|
| *Permit:* 97222<br>*API #:* 16127024740000<br>----<br>*County/Quad:* Lawrence / MILO<br>*Carter Coords:* 5-R-84 1379S, 313E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WALBRIDGE-HEIRS<br>*Perm. Date:* 4/22/2005<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 809 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 128747<br>*Permit #:* 97365<br>*API #:* 16127024750000<br>----<br>*County/Quad:* Lawrence / MILO<br>*Carter Coords:* 10-R-83 642N, 249E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WALBRIDGE HEIRS<br>*Perm. Date:* 5/25/2005<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 799 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 128748<br>*Permit:* 97390<br>*API #:* 16127024760000<br>----<br>*County/Quad:* Lawrence / MILO<br>*Carter Coords:* 2-R-83 1935N, 1640E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* HINKLE, LAFE<br>*Perm. Date:* 5/26/2005<br>*Comp. Date:* 7/29/2005<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2666 ft<br>*Measured Depth:* n/a<br>*Elev:* 869 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 128749<br>*Permit:* 97410<br>*API #:* 16127024770000<br>----<br>*County/Quad:* Lawrence / MILO<br>*Carter Coords:* 1-R-83 393S, 171E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CROWE OIL & GAS<br>*Perm. Date:* 5/31/2005<br>*Comp. Date:* N/A<br>*Comp. Result:* LOC | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 928 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 128802<br>*Permit:* 97473<br>*API #:* 16131010720000<br>----<br>*County/Quad:* Leslie / HOSKINSTON<br>*Carter Coords:* 16-H-74 1527N, 198E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* LOVERIDGE, LONNIE<br>*Perm. Date:* 6/10/2005<br>*Comp. Date:* 7/23/2005<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3665 ft<br>*Measured Depth:* n/a<br>*Elev:* 1558 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Clinton Sh |
| *Rec #:* 128932<br>*Permit:* 97565<br>*API #:* 16127024800000 | | | | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN | *Basin:* Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ---- <br> *County/Quad*: Lawrence / MILO <br> *Carter Coords*: 4-R-84 1592N, 2269E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | ✓ <br> **View E-log** <br> **(Image only)** | PDF <br> **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br><br> **Pay Data Report** | ENERGY CO <br> *Farm*: DALKA, DONALD ET AL <br> *Perm. Date*: 6/29/2005 <br> *Comp. Date*: 8/13/2005 <br> *Comp. Result*: GAS | *Vertical Depth*: 2500 ft <br> *Measured Depth*: n/a <br> *Elev*: 815 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Ohio Shale |
| *Rec #*: 128933 <br> *Permit*: 97564 <br> *API #*: 16127024810000 <br> ---- <br> *County/Quad*: Lawrence / MILO <br> *Carter Coords*: 4-R-84 2450S, 1779E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | ✓ <br> **View E-log** <br> **(Image only)** | PDF <br> **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Sample Report** <br><br> **Pay Data Report** | *Well #*: 1 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: DALKA, DONALD ET AL <br> *Perm. Date*: 6/29/2005 <br> *Comp. Date*: 8/3/2005 <br> *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 2690 ft <br> *Measured Depth*: n/a <br> *Elev*: 938 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Ohio Shale |
| *Rec #*: 128953 <br> *Permit*: 97548 <br> *API #*: 16133010530000 <br> ---- <br> *County/Quad*: Letcher / MAYKING <br> *Carter Coords*: 2-H-80 2135N, 4849E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | ✓ <br> **View E-log** <br> **(Image only)** | PDF <br> **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br><br> **Pay Data Report** | *Well #*: 9 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: COASTAL COAL CO, LLC <br> *Perm. Date*: 6/28/2005 <br> *Comp. Date*: 11/18/2005 <br> *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 3820 ft <br> *Measured Depth*: n/a <br> *Elev*: 1294 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Ohio Shale |
| *Rec #*: 128954 <br> *Permit*: 97657 <br> *API #*: 16133010600000 <br> ---- <br> *County/Quad*: Letcher / MAYKING <br> *Carter Coords*: 2-H-80 1162N, 3752E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | ✓ <br> **View E-log** <br> **(Image only)** | PDF <br> **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br><br> **Pay Data Report** | *Well #*: 10 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: COASTAL COAL CO, LLC <br> *Perm. Date*: 7/21/2005 <br> *Comp. Date*: 11/10/2005 <br> *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 3790 ft <br> *Measured Depth*: n/a <br> *Elev*: 1304 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Ohio Shale |
| *Rec #*: 129086 <br> *Permit*: 97816 <br> *API #*: 16071025090000 <br> ---- <br> *County/Quad*: Floyd / THOMAS <br> *Carter Coords*: 20-O-83 243S, 563W <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | ✓ <br> **View E-log** <br> **(Image only)** | PDF <br> **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br><br> **Pay Data Report** | *Well #*: 3 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: NEWMAN, PEGGY R <br> *Perm. Date*: 8/17/2005 <br> *Comp. Date*: 11/1/2005 <br> *Comp. Result*: OIL | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 1600 ft <br> *Measured Depth*: n/a <br> *Elev*: 802 ft <br> *D or V*: vertical <br> *TDF*: Mississippian-Big Lime |
| *Rec #*: 129117 <br> *Permit*: 97773 <br> *API #*: 16127024850000 <br> ---- <br> *County/Quad*: Lawrence / MILO | ✓ | PDF <br> **Documents (PDF)** | | *Well #*: 2 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 2294 ft |

| | | |
|---|---|---|
| *Carter Coords:* 1-R-83 2746N, 996W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | **View E-log**<br>**(Image only)** | Download PDF using<br>PDF reader<br>functionality when<br>opened.<br><br>**Production Data**<br><br>**Pay Data Report** |

*Vertical Depth:* n/a
*Farm:* HINKLE, LAFE
*Perm. Date:* 8/10/2005
*Comp. Date:* 9/24/2005
*Comp. Result:* GAS
*Elev:* 668 ft
*D or V:* vertical
*TDF:* Devonian-Ohio Shale

| | | | |
|---|---|---|---|
| *Rec #:* 129118<br>*Permit:* 97865<br>*API #:* 16127024860000<br>----<br>*County/Quad:* Lawrence / MILO<br>*Carter Coords:* 2-R-83 1089N, 1012E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** |

*Well #:* 3
*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO
*Farm:* HINKLE, LAFE
*Perm. Date:* 8/24/2005
*Comp. Date:* 7/30/2006
*Comp. Result:* GAS
*Basin:* Eastern Kentucky, Appalachian Basin
*Vertical Depth:* 2644 ft
*Measured Depth:* n/a
*Elev:* 1090 ft
*D or V:* vertical
*TDF:* Devonian-Ohio Shale

| | | | |
|---|---|---|---|
| *Rec #:* 129119<br>*Permit:* 97866<br>*API #:* 16127024870000<br>----<br>*County/Quad:* Lawrence / MILO<br>*Carter Coords:* 2-R-83 308N, 367E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Pay Data Report** |

*Well #:* 4
*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO
*Farm:* HINKLE, LAFE
*Perm. Date:* 8/24/2005
*Comp. Date:* N/A
*Comp. Result:* TRM
*Basin:* Eastern Kentucky, Appalachian Basin
*Vertical Depth:* n/a
*Measured Depth:* n/a
*Elev:* 1136 ft
*D or V:*
*TDF:* -Unknown or unassigned

| | | | |
|---|---|---|---|
| *Rec #:* 129312<br>*Permit:* 97994<br>*API #:* 16193012890000<br>----<br>*County/Quad:* Perry / TILFORD<br>*Carter Coords:* 7-G-78 2613N, 524W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Pay Data Report** |

*Well #:* 5
*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO
*Farm:* SMITH, HAMP HEIRS
*Perm. Date:* 9/15/2005
*Comp. Date:* N/A
*Comp. Result:* TRM
*Basin:* Eastern Kentucky, Appalachian Basin
*Vertical Depth:* n/a
*Measured Depth:* n/a
*Elev:* 1465 ft
*D or V:* vertical
*TDF:* -Unknown or unassigned

| | | | |
|---|---|---|---|
| *Rec #:* 129380<br>*Permit:* 98027<br>*API #:* 16115018400000<br>----<br>*County/Quad:* Johnson / PAINTSVILLE<br>*Carter Coords:* 20-P-80 347N, 1315W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Pay Data Report** |

*Well #:* 2
*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO
*Farm:* BURKETT, TONY
*Perm. Date:* 9/23/2005
*Comp. Date:* 10/21/2005
*Comp. Result:* GAS
*Basin:* Eastern Kentucky, Appalachian Basin
*Vertical Depth:* 2530 ft
*Measured Depth:* n/a
*Elev:* 721 ft
*D or V:* vertical
*TDF:* Silurian-Lockport Dol

| | | | |
|---|---|---|---|
| *Rec #:* 129381<br>*Permit:* 98111<br>*API #:* 16119021290000<br>----<br>*County/Quad:* Knott / TIPTOP<br>*Carter Coords:* 25-M-78 1416S, 1773E<br>---- | √<br><br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when | **Production Data**<br><br>**Pay Data Report** |

*Well #:* 2
*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO
*Farm:* WICKER, JERRY
*Perm. Date:* 10/5/2005
*Basin:* Eastern Kentucky, Appalachian Basin
*Vertical Depth:* n/a
*Measured Depth:* n/a
*Elev:* 1012 ft
*D or V:* vertical

| | | | | | |
|---|---|---|---|---|---|
| *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | | | | *Comp. Date*: n/a <br> *Comp. Result*: LOC | -Unknown or unassigned |
| *Rec #:* 129552 <br> *Permit:* 98306 <br> *API #:* 16071025350000 <br> ---- <br> *County/Quad:* Floyd / PRESTONSBURG <br> *Carter Coords:* 1-N-80 407N, 2338E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | √ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #:* FCC 2 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* FITZ COAL COMPANY <br> *Perm. Date*: 11/9/2005 <br> *Comp. Date*: 8/12/2006 <br> *Comp. Result*: GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 2173 ft <br> *Measured Depth:* n/a <br> *Elev:* 1070 ft <br> *D or V:* vertical <br> *TDF:* Devonian-Ohio Shale |
| *Rec #:* 129553 <br> *Permit:* 98307 <br> *API #:* 16071025360000 <br> ---- <br> *County/Quad:* Floyd / PRESTONSBURG <br> *Carter Coords:* 21-O-80 36S, 954E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #:* FCC 3 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* FITZ COAL COMPANY <br> *Perm. Date*: 11/9/2005 <br> *Comp. Date*: 6/2/2006 <br> *Comp. Result*: GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 930 ft <br> *Measured Depth:* n/a <br> *Elev:* 1016 ft <br> *D or V:* vertical <br> *TDF:* Mississippian-Maxon Sd |
| *Rec #:* 129554 <br> *Permit:* 98305 <br> *API #:* 16071025370000 <br> ---- <br> *County/Quad:* Floyd / PRESTONSBURG <br> *Carter Coords:* 1-N-80 1257N, 1899W <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* FCC 1 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* FITZ COAL COMPANY <br> *Perm. Date*: 11/9/2005 <br> *Comp. Date*: N/A <br> *Comp. Result*: LOC | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* n/a <br> *Measured Depth:* n/a <br> *Elev:* 1226 ft <br> *D or V:* vertical <br> *TDF:* -Unknown or unassigned |
| *Rec #:* 129555 <br> *Permit:* 98308 <br> *API #:* 16071025380000 <br> ---- <br> *County/Quad:* Floyd / PRESTONSBURG <br> *Carter Coords:* 1-N-80 849N, 431E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | √ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #:* FCC 4 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* FITZ COAL COMPANY <br> *Perm. Date*: 11/9/2005 <br> *Comp. Date*: 8/12/2006 <br> *Comp. Result*: GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 2303 ft <br> *Measured Depth:* n/a <br> *Elev:* 1054 ft <br> *D or V:* vertical <br> *TDF:* Devonian-Ohio Shale |
| *Rec #:* 129597 <br> *Permit:* 98270 <br> *API #:* 16131011040000 <br> ---- <br> *County/Quad:* Leslie / HAZARD SOUTH <br> *Carter Coords:* 7-H-76 324S, 1499W <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | √ <br> **View E-log** <br> **(Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Production Data** <br> **Pay Data Report** | *Well #:* 1 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* WELLS, ODELL <br> *Perm. Date*: 11/2/2005 <br> *Comp. Date*: 12/22/2005 <br> *Comp. Result*: GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 3608 ft <br> *Measured Depth:* n/a <br> *Elev:* 1383 ft <br> *D or V:* vertical <br> *TDF:* Silurian-Lockport Dol |

| | | | | |
|---|---|---|---|---|
| Rec #: 129598<br>Permit: 98271<br>API #: 16131011050000<br>----<br>County/Quad: Leslie / HAZARD SOUTH<br>Carter Coords: 14-H-76 867N, 1807E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: WELLS, ELDON<br>Perm. Date: 11/2/2005<br>Comp. Date: 12/7/2005<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3880 ft<br>Measured Depth: n/a<br>Elev: 1387 ft<br>D or V: vertical<br>TDF: Silurian-Clinton Sh |
| Rec #: 129672<br>Permit: 98280<br>API #: 16235019310000<br>----<br>County/Quad: Whitley / FRAKES<br>Carter Coords: 4-B-67 3389N, 1113E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | Well #: 3<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: BEGLEY PROPERTIES, LLC<br>Perm. Date: 11/4/2005<br>Comp. Date: N/A<br>Comp. Result: TRM | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1209 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 129673<br>Permit: 98281<br>API #: 16235019320000<br>----<br>County/Quad: Whitley / FRAKES<br>Carter Coords: 3-B-67 1980S, 2859E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | Well #: 4<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: BEGLEY PROPERTIES, LLC<br>Perm. Date: 11/4/2005<br>Comp. Date: N/A<br>Comp. Result: TRM | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1203 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 129693<br>Permit: 98407<br>API #: 16071025470000<br>----<br>County/Quad: Floyd / THOMAS<br>Carter Coords: 19-O-83 537S, 630E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | Well #: 5<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: NEWMAN, PEGGY R<br>Perm. Date: 11/28/2005<br>Comp. Date: 1/26/2006<br>Comp. Result: O&G | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 1732 ft<br>Measured Depth: n/a<br>Elev: 808 ft<br>D or V: vertical<br>TDF: Mississippian-Borden Formation |
| Rec #: 129694<br>Permit: 98406<br>API #: 16071025480000<br>----<br>County/Quad: Floyd / THOMAS<br>Carter Coords: 20-O-83 864S, 86W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | Well #: 4<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: NEWMAN, PEGGY R<br>Perm. Date: 11/28/2005<br>Comp. Date: 1/4/2006<br>Comp. Result: O&G | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 1802 ft<br>Measured Depth: n/a<br>Elev: 918 ft<br>D or V: vertical<br>TDF: Mississippian-Injun Sd |
| Rec #: 129709 | | | | |

| | | | | |
|---|---|---|---|---|
| *Permit*: 98365<br>*API #*: 16131011070000<br>----<br>*County/Quad*: Leslie / HOSKINSTON<br>*Carter Coords*: 11-H-73 948S, 51W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | <br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: BP-2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BEGLEY PROPERTIES, LLC<br>*Perm. Date*: 11/16/2005<br>*Comp. Date*: 6/1/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3190 ft<br>*Measured Depth*: n/a<br>*Elev*: 1282 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Clinton Sh |
| *Rec #*: 129710<br>*Permit*: 98364<br>*API #*: 16131011080000<br>----<br>*County/Quad*: Leslie / HOSKINSTON<br>*Carter Coords*: 11-H-73 1771S, 874W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | <br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #*: BP-1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BEGLEY PROPERTIES, LLC<br>*Perm. Date*: 11/16/2005<br>*Comp. Date*: 5/8/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3340 ft<br>*Measured Depth*: n/a<br>*Elev*: 1322 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Clinton Sh |
| *Rec #*: 129844<br>*Permit*: 98442<br>*API #*: 16131011140000<br>----<br>*County/Quad*: Leslie / HAZARD SOUTH<br>*Carter Coords*: 14-H-76 524N, 2064W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | <br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WELLS, ODELL<br>*Perm. Date*: 12/2/2005<br>*Comp. Date*: 1/6/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3340 ft<br>*Measured Depth*: n/a<br>*Elev*: 1117 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Salina Fm |
| *Rec #*: 129914<br>*Permit*: 98523<br>*API #*: 16193013180000<br>----<br>*County/Quad*: Perry / VICCO<br>*Carter Coords*: 8-H-77 2295N, 345E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | <br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: STURGILL, TOMMY<br>*Perm. Date*: 12/16/2005<br>*Comp. Date*: 2/10/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3830 ft<br>*Measured Depth*: n/a<br>*Elev*: 1483 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 129915<br>*Permit*: 98522<br>*API #*: 16193013190000<br>----<br>*County/Quad*: Perry / VICCO<br>*Carter Coords*: 8-H-77 1766N, 1227E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | <br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: STURGILL, TOMMY<br>*Perm. Date*: 12/16/2005<br>*Comp. Date*: 2/24/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3760 ft<br>*Measured Depth*: n/a<br>*Elev*: 1377 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 129916<br>*Permit*: 98527<br>*API #*: 16193013210000 | | | | *Well #*: 3<br>*Operator*: BRADLEY, | *Basin*: Eastern Kentucky, Appalachian Basin |

| Record Info | E-log | Documents | Reports | Well/Operator | Geologic Info |
|---|---|---|---|---|---|
| ---- <br> *County/Quad:* Perry / TILFORD <br> *Carter Coords:* 6-G-78 1424N, 315E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Pay Data Report** | CHARLES R DBA BASIN ENERGY CO <br> *Farm:* HALCOMB, BETHEL <br> *Perm. Date:* 12/20/2005 <br> *Comp. Date:* N/A <br> *Comp. Result:* TRM | *Vertical Depth:* n/a <br> *Measured Depth:* n/a <br> *Elev:* 1380 ft <br> *D or V:* vertical <br> *TDF:* -Unknown or unassigned |
| *Rec #:* 129917 <br> *Permit:* 98528 <br> *API #:* 16193013240000 <br> ---- <br> *County/Quad:* Perry / TILFORD <br> *Carter Coords:* 6-G-78 1447N, 1571E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | √ <br> **View E-log** <br> (Image only) | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Pay Data Report** <br> **Formation Tops Data** | *Well #:* 4 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* HALCOMB, BETHEL <br> *Perm. Date:* 12/20/2005 <br> *Comp. Date:* 1/26/2006 <br> *Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 4090 ft <br> *Measured Depth:* n/a <br> *Elev:* 1560 ft <br> *D or V:* vertical <br> *TDF:* Devonian-Ohio Shale |
| *Rec #:* 129918 <br> *Permit:* 98620 <br> *API #:* 16193013260000 <br> ---- <br> *County/Quad:* Perry / TILFORD <br> *Carter Coords:* 21-H-77 1977N, 82W <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | √ <br> **View E-log** <br> (Image only) | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Sample Report** <br> **Production Data** <br> **Pay Data Report** | *Well #:* 1 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* CONRAD, BERNICE <br> *Perm. Date:* 1/6/2006 <br> *Comp. Date:* 1/16/2006 <br> *Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 3517 ft <br> *Measured Depth:* n/a <br> *Elev:* 1066 ft <br> *D or V:* vertical <br> *TDF:* Silurian-Salina Fm |
| *Rec #:* 130028 <br> *Permit:* 98685 <br> *API #:* 16131011210000 <br> ---- <br> *County/Quad:* Leslie / HOSKINSTON <br> *Carter Coords:* 16-H-74 540S, 1386E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | | *Well #:* 2 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* LOVERAGE, D E ET AL <br> *Perm. Date:* 1/23/2006 <br> *Comp. Date:* N/A <br> *Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* n/a <br> *Measured Depth:* n/a <br> *Elev:* 1473 ft <br> *D or V:* vertical <br> *TDF:* -Unknown or unassigned |
| *Rec #:* 130084 <br> *Permit:* 98684 <br> *API #:* 16115018460000 <br> ---- <br> *County/Quad:* Johnson / PAINTSVILLE <br> *Carter Coords:* 11-P-80 325S, 573W <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | √ <br> **View E-log** <br> (Image only) | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 1 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm:* BURKETT, TONY <br> *Perm. Date:* 1/23/2006 <br> *Comp. Date:* 3/2/2006 <br> *Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 1960 ft <br> *Measured Depth:* n/a <br> *Elev:* 803 ft <br> *D or V:* vertical <br> *TDF:* Devonian-Ohio Shale |
| *Rec #:* 130092 <br> *Permit:* 98773 <br> *API #:* 16133011160000 <br> ---- <br> *County/Quad:* Letcher / MAYKING | √ <br> | **Documents (PDF)** | **Sample Report** | *Well #:* HOLLYBUSH 11 <br> *Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin:* Eastern Kentucky, Appalachian Basin <br> *Vertical Depth:* 3791 ft |

| Record Info | View E-log | Documents | Reports | Well Info | Location Info |
|---|---|---|---|---|---|
| *Carter Coords*: 3-H-80 2440N, 1062E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | **View E-log** (Image only) | PDF<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Farm*: COASTAL COAL COMPANY, LLC<br>*Perm. Date*: 2/2/2006<br>*Comp. Date*: 3/13/2006<br>*Comp. Result*: GAS | *Vertical Depth*: n/a<br>*Elev*: 1311 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 130261<br>*Permit*: 98876<br>*API #*: 16131011330000<br>----<br>*County/Quad*: Leslie / HOSKINSTON<br>*Carter Coords*: 16-H-74 592S, 1731E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log** (Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: LOVERIDGE, D E ET AL<br>*Perm. Date*: 2/21/2006<br>*Comp. Date*: 4/20/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3560 ft<br>*Measured Depth*: n/a<br>*Elev*: 1494 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Clinton Sh |
| *Rec #*: 130812<br>*Permit*: 99332<br>*API #*: 16127025310000<br>----<br>*County/Quad*: Lawrence / LOUISA<br>*Carter Coords*: 21-S-83 3017N, 2088E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log** (Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: LC101<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HINKLE, LAFE<br>*Perm. Date*: 5/12/2006<br>*Comp. Date*: 8/3/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2264 ft<br>*Measured Depth*: n/a<br>*Elev*: 511 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 130813<br>*Permit*: 99333<br>*API #*: 16127025320000<br>----<br>*County/Quad*: Lawrence / LOUISA<br>*Carter Coords*: 21-S-83 1031N, 89E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: LC102<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HINKLE, LAFE<br>*Perm. Date*: 5/12/2006<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 958 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 130814<br>*Permit*: 99335<br>*API #*: 16127025330000<br>----<br>*County/Quad*: Lawrence / LOUISA<br>*Carter Coords*: 16-S-84 18S, 2353W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log** (Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: LC104<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HINKLE, LAFE<br>*Perm. Date*: 5/12/2006<br>*Comp. Date*: 8/21/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2794 ft<br>*Measured Depth*: n/a<br>*Elev*: 902 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 130815<br>*Permit*: 99334<br>*API #*: 16127025340000<br>----<br>*County/Quad*: Lawrence / LOUISA<br>*Carter Coords*: 25-S-84 1772N, 683W<br>---- | -- | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when | | *Well #*: LC103<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: STRATTON LIVING TRUST<br>*Perm. Date*: 5/12/2006 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 961 ft<br>*D or V*: vertical |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | *Comp. Date*: N/A<br>*Comp. Result*: TRM |
| *Rec #*: 130895<br>*Permit*: 99369<br>*API #*: 16133011550000<br>----<br>*County/Quad*: Letcher / WHITESBURG<br>*Carter Coords*: 16-H-81 3034N, 3115E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FIELDS, ED ET AL<br>*Perm. Date*: 5/18/2006<br>*Comp. Date*: 8/7/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4545 ft<br>*Measured Depth*: n/a<br>*Elev*: 1787 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Olentangy Mbr, Ohio Sh |
| *Rec #*: 130956<br>*Permit*: 99458<br>*API #*: 16127025360000<br>----<br>*County/Quad*: Lawrence / MILO<br>*Carter Coords*: 1-R-83 664N, 693W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 6<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HINKLE, LAFE<br>*Perm. Date*: 6/8/2006<br>*Comp. Date*: 9/12/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2503 ft<br>*Measured Depth*: n/a<br>*Elev*: 916 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 130957<br>*Permit*: 99457<br>*API #*: 16127025370000<br>----<br>*County/Quad*: Lawrence / MILO<br>*Carter Coords*: 1-R-83 820N, 1692W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 5<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HINKLE, LAFE<br>*Perm. Date*: 6/8/2006<br>*Comp. Date*: N/A<br>*Comp. Result*: OIL | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 738 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 130959<br>*Permit*: 99431<br>*API #*: 16131011610000<br>----<br>*County/Quad*: Leslie / HOSKINSTON<br>*Carter Coords*: 16-H-74 2010S, 393E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: LOVERIDGE<br>*Perm. Date*: 6/2/2006<br>*Comp. Date*: 6/25/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3243 ft<br>*Measured Depth*: n/a<br>*Elev*: 1282 ft<br>*D or V*: vertical<br>*TDF*: Devonian-"Corniferous" |
| *Rec #*: 131023<br>*Permit*: 99530<br>*API #*: 16071025820000<br>----<br>*County/Quad*: Floyd / PRESTONSBURG<br>*Carter Coords*: 2-N-80 1910S, 1105E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HOLBROOK, L B HEIRS<br>*Perm. Date*: 6/16/2006<br>*Comp. Date*: 8/21/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2276 ft<br>*Measured Depth*: n/a<br>*Elev*: 997 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |

| | | | | |
|---|---|---|---|---|
| *Rec #:* 131024<br>*Permit:* 99531<br>*API #:* 16071025830000<br>----<br>*County/Quad:* Floyd / PRESTONSBURG<br>*Carter Coords:* 2-N-80 1220S, 340E<br>----<br>Quick Map: **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 4<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* HOLBROOK, L B HEIRS<br>*Perm. Date:* 6/16/2006<br>*Comp. Date:* 7/28/2006<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3012 ft<br>*Measured Depth:* n/a<br>*Elev:* 948 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Clinton Sh |
| *Rec #:* 131121<br>*Permit:* 99590<br>*API #:* 16131011670000<br>----<br>*County/Quad:* Leslie / HYDEN EAST<br>*Carter Coords:* 11-I-75 710S, 1261E<br>----<br>Quick Map: **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 5<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CRAWFORD, N C<br>*Perm. Date:* 6/28/2006<br>*Comp. Date:* 9/22/2006<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3600 ft<br>*Measured Depth:* n/a<br>*Elev:* 1541 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Salina Fm |
| *Rec #:* 131122<br>*Permit:* 99591<br>*API #:* 16131011680000<br>----<br>*County/Quad:* Leslie / HYDEN EAST<br>*Carter Coords:* 20-I-75 462N, 1248E<br>----<br>Quick Map: **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 6<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CRAWFORD, N C<br>*Perm. Date:* 6/28/2006<br>*Comp. Date:* 9/9/2006<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3815 ft<br>*Measured Depth:* n/a<br>*Elev:* 1533 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Clinton Sh |
| *Rec #:* 131123<br>*Permit:* 99587<br>*API #:* 16131011690000<br>----<br>*County/Quad:* Leslie / HYDEN EAST<br>*Carter Coords:* 20-I-75 1824N, 1305W<br>----<br>Quick Map: **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CRAWFORD, N C<br>*Perm. Date:* 6/28/2006<br>*Comp. Date:* 11/17/2008<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3580 ft<br>*Measured Depth:* n/a<br>*Elev:* 1497 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Lockport Dol |
| *Rec #:* 131124<br>*Permit:* 99588<br>*API #:* 16131011700000<br>----<br>*County/Quad:* Leslie / HYDEN EAST<br>*Carter Coords:* 20-I-75 572N, 1769W<br>----<br>Quick Map: **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #:* 3<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CRAWFORD, N C<br>*Perm. Date:* 6/28/2006<br>*Comp. Date:* 11/10/2006<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3520 ft<br>*Measured Depth:* n/a<br>*Elev:* 1529 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 131125 | | | | |

| Record | E-log | Documents | Reports | Well Info | Basin Info |
|---|---|---|---|---|---|
| *Permit:* 99589<br>*API #:* 16131011710000<br>----<br>*County/Quad:* Leslie / HYDEN EAST<br>*Carter Coords:* 11-I-75 313S, 2380W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF reader using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | Well #: 6<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CRAWFORD, N C<br>*Perm. Date:* 6/28/2006<br>*Comp. Date:* 6/10/2007<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3790 ft<br>*Measured Depth:* n/a<br>*Elev:* 1528 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Clinton Sh |
| *Rec #:* 131126<br>*Permit:* 99592<br>*API #:* 16131011720000<br>----<br>*County/Quad:* Leslie / HYDEN EAST<br>*Carter Coords:* 20-I-75 2267N, 1990E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF reader using PDF reader functionality when opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | Well #: 7<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CRAWFORD, N C<br>*Perm. Date:* 6/28/2006<br>*Comp. Date:* 9/15/2006<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3760 ft<br>*Measured Depth:* n/a<br>*Elev:* 1483 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Clinton Sh |
| *Rec #:* 131153<br>*Permit:* 99582<br>*API #:* 16193013710000<br>----<br>*County/Quad:* Perry / HAZARD SOUTH<br>*Carter Coords:* 7-H-77 2536N, 2357W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF reader using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | Well #: 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* TURNER, WALT<br>*Perm. Date:* 6/28/2006<br>*Comp. Date:* 8/17/2006<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3810 ft<br>*Measured Depth:* n/a<br>*Elev:* 1532 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 131323<br>*Permit:* 99896<br>*API #:* 16071025940000<br>----<br>*County/Quad:* Floyd / PRESTONSBURG<br>*Carter Coords:* 9-N-80 785N, 90E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF reader using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | Well #: 3<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* HOLBROOK, L B HEIRS<br>*Perm. Date:* 8/18/2006<br>*Comp. Date:* 8/29/2006<br>***Comp. Result:*** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 750 ft<br>*Measured Depth:* n/a<br>*Elev:* 895 ft<br>*D or V:* vertical<br>*TDF:* Mississippian-Maxon Sd |
| *Rec #:* 131543<br>*Permit:* 100063<br>*API #:* 16071026070000<br>----<br>*County/Quad:* Floyd / PRESTONSBURG<br>*Carter Coords:* 1-N-80 417N, 2336E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF reader using PDF reader functionality when opened. | **Production Data**<br>**Pay Data Report** | Well #: FCC 2A<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* FITZ COAL COMPANY<br>*Perm. Date:* 9/12/2006<br>*Comp. Date:* N/A<br>***Comp. Result:*** LOC | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1070 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 131544<br>*Permit:* 100097<br>*API #:* 16071026120000<br>---- | | | | Well #: 5<br>*Operator:* BRADLEY, CHARLES R DBA BASIN | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2071 ft |

| | | | | |
|---|---|---|---|---|
| *County/Quad:* Floyd / PRESTONSBURG<br>Carter Coords: 1-N-80 1142N, 1648E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened.<br><br>**View E-log (Image only)** | PDF<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | ENERGY CO<br>*Farm:* FITZ COAL COMPANY<br>*Perm. Date:* 9/15/2006<br>*Comp. Date:* 1/31/1991<br>**Comp. Result:** GAS | *Measured Depth:* n/a<br>*Elev:* 956 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| Rec #: 131574<br>Permit: 100064<br>API #: 16127025770000<br>----<br>*County/Quad:* Lawrence / MILO<br>Carter Coords: 3-R-83 1276S, 1589E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log (Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* LC-105<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* ADKINS, GREGORY<br>*Perm. Date:* 9/12/2006<br>*Comp. Date:* 9/26/2006<br>**Comp. Result:** O&G | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2370 ft<br>*Measured Depth:* n/a<br>*Elev:* 834 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| Rec #: 131707<br>Permit: 100320<br>API #: 16071026150000<br>----<br>*County/Quad:* Floyd / PRESTONSBURG<br>Carter Coords: 1-N-80 420S, 1621E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | --<br> | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* FITZPATRICK, STEPHEN<br>*Perm. Date:* 10/16/2006<br>*Comp. Date:* N/A<br>**Comp. Result:** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 875 ft<br>*Measured Depth:* n/a<br>*Elev:* 778 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| Rec #: 131740<br>Permit: 100265<br>API #: 16127025800000<br>----<br>*County/Quad:* Lawrence / LOUISA<br>Carter Coords: 21-S-83 2222N, 1223E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log (Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* LC-106<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* HINKLE, LAFE<br>*Perm. Date:* 10/10/2006<br>*Comp. Date:* N/A<br>**Comp. Result:** LOC | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 837 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| Rec #: 131957<br>Permit: 100486<br>API #: 16127025880000<br>----<br>*County/Quad:* Lawrence / LOUISA<br>Carter Coords: 21-S-83 234S, 1182W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log (Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* LC-108<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* HINKLE, LAFE<br>*Perm. Date:* 11/9/2006<br>*Comp. Date:* 2/7/2007<br>**Comp. Result:** GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2679 ft<br>*Measured Depth:* n/a<br>*Elev:* 1061 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| Rec #: 131958<br>Permit: 100487<br>API #: 16127025890000<br>----<br>*County/Quad:* Lawrence / LOUISA<br>Carter Coords: 21-S-83 838N, 47E<br>----<br> | √<br>View E-log | PDF<br>**Documents (PDF)**<br>Download PDF using | **Pay Data Report** | *Well #:* LC-102<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* HINKLE, LAFE | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2832 ft<br>*Measured Depth:* n/a<br>*Elev:* 1067 ft |

| | | | |
|---|---|---|---|
| ----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | **View E-log**<br>(Image only) | *Immediate...*<br>... when<br>opened. | *Perm. Date*: 11/9/2006<br>*Comp. Date*: 10/6/2006<br>*Comp. Result*: O&G |
| | | | *D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 131959<br>*Permit*: 100488<br>*API #*: 16127025900000<br>----<br>*County/Quad*: Lawrence / LOUISA<br>*Carter Coords*: 21-S-83 2084N, 166E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: LC-103<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: HINKLE, LAFE<br>*Perm. Date*: 11/9/2006<br>*Comp. Date*: 1/23/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2630 ft<br>*Measured Depth*: n/a<br>*Elev*: 896 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 132114<br>*Permit*: 100583<br>*API #*: 16133012520000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 21-I-79 2350N, 371E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: CALHOUN, M V<br>*Perm. Date*: 11/22/2006<br>*Comp. Date*: 12/8/2006<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3580 ft<br>*Measured Depth*: n/a<br>*Elev*: 1297 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 132163<br>*Permit*: 100615<br>*API #*: 16131012040000<br>----<br>*County/Quad*: Leslie / HAZARD SOUTH<br>*Carter Coords*: 25-I-76 1419N, 1600E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: LWB-3<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: LOVERIDGE, D E<br>ET AL<br>*Perm. Date*: 12/1/2006<br>*Comp. Date*: 1/24/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3370 ft<br>*Measured Depth*: n/a<br>*Elev*: 1184 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Olentangy Mbr, Ohio Sh |
| *Rec #*: 132255<br>*Permit*: 100686<br>*API #*: 16127026160000<br>----<br>*County/Quad*: Lawrence / LOUISA<br>*Carter Coords*: 16-S-84 1572S, 953W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Sample Report**<br><br>**Pay Data Report** | *Well #*: LC-111<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: HINKLE, LAFE<br>*Perm. Date*: 12/13/2006<br>*Comp. Date*: 1/14/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2378 ft<br>*Measured Depth*: n/a<br>*Elev*: 709 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 132271<br>*Permit*: 100666<br>*API #*: 16133012590000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 21-I-79 2018S, 418E<br>----<br>*Quick Map*: google map view | √<br>**View E-log**<br>(Image only) | **Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: ADAMS, ELLIS<br>*Perm. Date*: 12/8/2006<br>*Comp. Date*: 12/16/2006 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3490 ft<br>*Measured Depth*: n/a<br>*Elev*: 1082 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |

Petroleum Map: geologic map service
Upload to GPS: 

| | | | | |
|---|---|---|---|---|
| Rec #: 132272<br>Permit: 100665<br>API #: 16133012600000<br>----<br>County/Quad: Letcher / WHITESBURG<br>Carter Coords: 17-H-81 291S, 546W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br><br>Pay Data Report | Well #: 6<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: PARSONS, LENA<br>Perm. Date: 12/8/2006<br>Comp. Date: 12/23/2006<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 4480 ft<br>Measured Depth: n/a<br>Elev: 1723 ft<br>D or V: vertical<br>TDF: Devonian-Rhinestreet Mbr, Ohio Sh |
| Rec #: 132276<br>Permit: 100757<br>API #: 16133012640000<br>----<br>County/Quad: Letcher / WHITESBURG<br>Carter Coords: 16-H-81 1635S, 2058W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br><br>Pay Data Report | Well #: 1A<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: PARSONS, LENA<br>Perm. Date: 12/21/2006<br>Comp. Date: 1/8/2007<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 4510 ft<br>Measured Depth: n/a<br>Elev: 1738 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 132382<br>Permit: 100883<br>API #: 16127026250000<br>----<br>County/Quad: Lawrence / LOUISA<br>Carter Coords: 21-S-83 501S, 2189W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Pay Data Report | Well #: LC-107<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: HINKLE, LAFE<br>Perm. Date: 1/24/2007<br>Comp. Date: 6/19/2007<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1020 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 132383<br>Permit: 100884<br>API #: 16127026260000<br>----<br>County/Quad: Lawrence / LOUISA<br>Carter Coords: 21-S-83 564N, 2059E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Pay Data Report | Well #: LC-109<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: HINKLE, LAFE<br>Perm. Date: 1/24/2007<br>Comp. Date: 2/2/2007<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2605 ft<br>Measured Depth: n/a<br>Elev: 994 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 132385<br>Permit: 100885<br>API #: 16127026280000<br>----<br>County/Quad: Lawrence / LOUISA<br>Carter Coords: 21-S-83 1216N, 1001E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Production Data<br><br>Pay Data Report | Well #: LC-110<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: HINKLE, LAFE<br>Perm. Date: 1/24/2007<br>Comp. Date: N/A<br>Comp. Result: LOC | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1048 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |

| | | | | |
|---|---|---|---|---|
| *Rec #*: 132388<br>*Permit*: 100826<br>*API #*: 16131012150000<br>----<br>*County/Quad*: Leslie / HAZARD SOUTH<br>*Carter Coords*: 25-I-76 2966S, 1317E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: LWB-1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: LOVERIDGE, D E ET AL<br>*Perm. Date*: 1/10/2007<br>*Comp. Date*: 2/3/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3370 ft<br>*Measured Depth*: n/a<br>*Elev*: 1165 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Big Six Sd |
| *Rec #*: 132389<br>*Permit*: 100827<br>*API #*: 16131012160000<br>----<br>*County/Quad*: Leslie / HAZARD SOUTH<br>*Carter Coords*: 25-I-76 2351N, 2015E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: LWB-2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: LOVERIDGE, D E ET AL<br>*Perm. Date*: 1/10/2007<br>*Comp. Date*: 3/9/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3220 ft<br>*Measured Depth*: n/a<br>*Elev*: 1177 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 132390<br>*Permit*: 100873<br>*API #*: 16131012170000<br>----<br>*County/Quad*: Leslie / HAZARD SOUTH<br>*Carter Coords*: 25-I-76 1579N, 2143W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: LWB-5<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: LOVERIDGE, D E ET AL<br>*Perm. Date*: 1/19/2007<br>*Comp. Date*: 2/11/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3190 ft<br>*Measured Depth*: n/a<br>*Elev*: 1108 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 132391<br>*Permit*: 100872<br>*API #*: 16131012180000<br>----<br>*County/Quad*: Leslie / HAZARD SOUTH<br>*Carter Coords*: 25-I-76 2430N, 1586W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: LWB-4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: LOVERIDGE, D E ET AL<br>*Perm. Date*: 1/19/2007<br>*Comp. Date*: 2/28/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3270 ft<br>*Measured Depth*: n/a<br>*Elev*: 1231 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Salina Fm |
| *Rec #*: 132395<br>*Permit*: 100819<br>*API #*: 16133012670000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 25-I-80 1481N, 161W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CALHOUN, M V<br>*Perm. Date*: 1/10/2007<br>*Comp. Date*: 3/23/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3803 ft<br>*Measured Depth*: n/a<br>*Elev*: 1345 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 132475<br>*Permit*: 100952<br>*API #*: 16131012260000 | | | | *Well #*: NC 9<br>*Operator*: BRADLEY, | *Basin*: Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ----<br>*County/Quad:* Leslie / HYDEN EAST<br>*Carter Coords:* 19-I-75 1579S, 496E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm:* CRAWFORD, N C HEIRS<br>*Perm. Date:* 2/6/2007<br>*Comp. Date:* 3/16/2007<br>*Comp. Result:* GAS | *Vertical Depth:* 3300 ft<br>*Measured Depth:* n/a<br>*Elev:* 1221 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Lockport Dol |
| *Rec #:* 132476<br>*Permit:* 100951<br>*API #:* 16131012270000<br>----<br>*County/Quad:* Leslie / HYDEN EAST<br>*Carter Coords:* 19-I-75 2423S, 1280E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* NC 8<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CRAWFORD, N C HEIRS<br>*Perm. Date:* 2/6/2007<br>*Comp. Date:* 3/2/2007<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3510 ft<br>*Measured Depth:* n/a<br>*Elev:* 1422 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Lockport Dol |
| *Rec #:* 132477<br>*Permit:* 100953<br>*API #:* 16131012280000<br>----<br>*County/Quad:* Leslie / HYDEN EAST<br>*Carter Coords:* 20-I-75 866S, 458W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* NC 10<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CRAWFORD, N C HEIRS<br>*Perm. Date:* 2/6/2007<br>*Comp. Date:* 3/9/2007<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3270 ft<br>*Measured Depth:* n/a<br>*Elev:* 1253 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Salina Fm |
| *Rec #:* 132534<br>*Permit:* 100978<br>*API #:* 16131012290000<br>----<br>*County/Quad:* Leslie / HYDEN EAST<br>*Carter Coords:* 20-I-75 2515N, 538W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CRAWFORD, N C<br>*Perm. Date:* 2/14/2007<br>*Comp. Date:* 2/20/2007<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3620 ft<br>*Measured Depth:* n/a<br>*Elev:* 1506 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Salina Fm |
| *Rec #:* 132668<br>*Permit:* 101156<br>*API #:* 16071026420000<br>----<br>*County/Quad:* Floyd / PRESTONSBURG<br>*Carter Coords:* 1-N-80 787S, 2057W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* FITZPATRICK, STEPHEN<br>*Perm. Date:* 3/21/2007<br>*Comp. Date:* 6/25/2007<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 800 ft<br>*Measured Depth:* n/a<br>*Elev:* 693 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 132669<br>*Permit:* 101157<br>*API #:* 16071026430000<br>----<br>*County/Quad:* Floyd / PRESTONSBURG | √ | **PDF**<br>**Documents (PDF)** | | *Well #:* 3<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2145 ft |

| | | | |
|---|---|---|---|
| *Carter Coords*: 1-N-80 2646S, 869W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | Download PDF using<br>PDF reader<br>functionality when<br>opened.<br>**Production Data**<br>**Pay Data Report** | *Farm*: FITZPATRICK,<br>STEPHEN<br>*Perm. Date*: 3/21/2007<br>*Comp. Date*: 10/28/2007<br>*Comp. Result*: O&G | *...l Depth*: n/a<br>*Elev*: 831 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |

| *Rec #*: 132711<br>*Permit*: 101176<br>*API #*: 16133012990000<br>----<br>*County/Quad*: Letcher / ROXANA<br>*Carter Coords*: 14-H-79 2660S, 218E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Sample Report**<br>**Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: CORNETT,<br>ELWOOD<br>*Perm. Date*: 3/23/2007<br>*Comp. Date*: 5/1/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3550 ft<br>*Measured Depth*: n/a<br>*Elev*: 1052 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
|---|---|---|---|---|

| *Rec #*: 132712<br>*Permit*: 101203<br>*API #*: 16133013000000<br>----<br>*County/Quad*: Letcher / ROXANA<br>*Carter Coords*: 13-H-79 2263S, 709W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: CORNETT,<br>ELWOOD<br>*Perm. Date*: 3/27/2007<br>*Comp. Date*: 4/11/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3820 ft<br>*Measured Depth*: n/a<br>*Elev*: 1328 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |

| *Rec #*: 132777<br>*Permit*: 101225<br>*API #*: 16193014610000<br>----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 22-H-77 1894S, 96W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: MINIARD, A L<br>*Perm. Date*: 3/30/2007<br>*Comp. Date*: 5/17/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3765 ft<br>*Measured Depth*: n/a<br>*Elev*: 1333 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Salina Fm |

| *Rec #*: 132778<br>*Permit*: 101226<br>*API #*: 16193014620000<br>----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 22-H-77 1793S, 1162W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: MINIARD, A L<br>*Perm. Date*: 3/30/2007<br>*Comp. Date*: 6/1/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3670 ft<br>*Measured Depth*: n/a<br>*Elev*: 1243 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Olentangy Mbr, Ohio Sh |

| *Rec #*: 133732<br>*Permit*: 101865<br>*API #*: 16127026720000<br>----<br>*County/Quad*: Lawrence / FALLSBURG<br>*Carter Coords*: 15-U-83 2895N, 1743W<br>---- | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: BROOKS, AUGUST<br>& NORMA<br>*Perm. Date*: 8/9/2007 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2620 ft<br>*Measured Depth*: n/a<br>*Elev*: 629 ft<br>*D or V*: vertical |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | *Comp. Date*: 1/8/2008<br>*Comp. Result*: GAS |
| *Rec #*: 133764<br>*Permit*: 101869<br>*API #*: 16193014750000<br>----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 2-G-77 379N, 796W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WARD, WAYNE<br>*Perm. Date*: 8/9/2007<br>*Comp. Date*: 9/25/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3880 ft<br>*Measured Depth*: n/a<br>*Elev*: 1474 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Olentangy Mbr, Ohio Sh |
| *Rec #*: 133784<br>*Permit*: 101912<br>*API #*: 16063009170000<br>----<br>*County/Quad*: Elliott / ISONVILLE<br>*Carter Coords*: 7-S-78 1707S, 646W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: KAZEE, WATT<br>*Perm. Date*: 8/15/2007<br>*Comp. Date*: 12/31/2007<br>*Comp. Result*: O&G | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1146 ft<br>*Measured Depth*: n/a<br>*Elev*: 945 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Berea Sandstone |
| *Rec #*: 133806<br>*Permit*: 101937<br>*API #*: 16127026790000<br>----<br>*County/Quad*: Lawrence / LOUISA<br>*Carter Coords*: 4-S-84 889S, 1277W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Pay Data Report** | *Well #*: LC-112<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WORKMAN, LARRY<br>*Perm. Date*: 8/20/2007<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 738 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 133807<br>*Permit*: 101938<br>*API #*: 16127026800000<br>----<br>*County/Quad*: Lawrence / FALLSBURG<br>*Carter Coords*: 15-U-83 880N, 2018W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: MEADE, TERRY<br>*Perm. Date*: 8/20/2007<br>*Comp. Date*: 1/24/2008<br>*Comp. Result*: O&G | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2680 ft<br>*Measured Depth*: n/a<br>*Elev*: 671 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 133813<br>*Permit*: 101936<br>*API #*: 16133013430000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 25-I-80 443N, 382W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>(Image only) | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Sample Report**<br><br>**Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COMBS, N L<br>*Perm. Date*: 8/20/2007<br>*Comp. Date*: 9/5/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3820 ft<br>*Measured Depth*: n/a<br>*Elev*: 1427 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |

| | | | | | |
|---|---|---|---|---|---|
| *Rec #*: 133834<br>*Permit*: 101928<br>*API #*: 16237011310000<br>----<br>*County/Quad*: Wolfe / HAZEL GREEN<br>*Carter Coords*: 18-P-73 1092N, 1267W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ADAMS, DARRELL<br>*Perm. Date*: 8/17/2007<br>*Comp. Date*: 9/20/2007<br>*Comp. Result*: O&G | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1630 ft<br>*Measured Depth*: 3668 ft<br>*Elev*: 1073 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 133937<br>*Permit*: 102019<br>*API #*: 16063009230000<br>----<br>*County/Quad*: Elliott / ISONVILLE<br>*Carter Coords*: 6-S-78 1746S, 28E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: KAZEE, WATT<br>*Perm. Date*: 9/5/2007<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 926 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 133938<br>*Permit*: 102097<br>*API #*: 16063009240000<br>----<br>*County/Quad*: Elliott / ISONVILLE<br>*Carter Coords*: 15-S-78 1307N, 293E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: KAZEE, WATT<br>*Perm. Date*: 9/14/2007<br>*Comp. Date*: 6/9/2008<br>*Comp. Result*: O&G | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1206 ft<br>*Measured Depth*: n/a<br>*Elev*: 975 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Berea Sandstone |
| *Rec #*: 134016<br>*Permit*: 102098<br>*API #*: 16193014800000<br>----<br>*County/Quad*: Perry / TILFORD<br>*Carter Coords*: 22-H-77 415S, 184W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WARD, WAYNE<br>*Perm. Date*: 9/14/2007<br>*Comp. Date*: 10/16/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4030 ft<br>*Measured Depth*: n/a<br>*Elev*: 1624 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 134045<br>*Permit*: 102159<br>*API #*: 16133013600000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 13-H-79 2653N, 1048W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br><br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CORNETT, FERNANDO HEIRS<br>*Perm. Date*: 9/28/2007<br>*Comp. Date*: 10/27/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3824 ft<br>*Measured Depth*: n/a<br>*Elev*: 1326 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 134235 | | | | | |

| | | | | |
|---|---|---|---|---|
| *Permit*: 102361<br>*API #*: 16133013750000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 13-H-79 2323N, 2009W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CORNETT, FERNANDO HEIRS<br>*Perm. Date*: 10/31/2007<br>*Comp. Date*: 11/9/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3940 ft<br>*Measured Depth*: n/a<br>*Elev*: 1427 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 134457<br>*Permit*: 102552<br>*API #*: 16133013930000<br>----<br>*County/Quad*: Letcher / WHITESBURG<br>*Carter Coords*: 13-H-80 2679S, 2408E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COOK, DANIEL<br>*Perm. Date*: 11/21/2007<br>*Comp. Date*: 12/13/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4060 ft<br>*Measured Depth*: n/a<br>*Elev*: 1410 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Salina Fm |
| *Rec #*: 134458<br>*Permit*: 102568<br>*API #*: 16133013940000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 14-H-79 947N, 742E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WHITAKER, S A<br>*Perm. Date*: 11/27/2007<br>*Comp. Date*: 11/30/2007<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3670 ft<br>*Measured Depth*: n/a<br>*Elev*: 1244 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 134735<br>*Permit*: 102848<br>*API #*: 16025012350000<br>----<br>*County/Quad*: Breathitt / JACKSON<br>*Carter Coords*: 18-M-73 1158S, 1595E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SPENCER, GRANVILLE HEIRS<br>*Perm. Date*: 1/15/2008<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 134736<br>*Permit*: 102847<br>*API #*: 16025012360000<br>----<br>*County/Quad*: Breathitt / JACKSON<br>*Carter Coords*: 18-M-73 1504S, 951E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SPENCER, GRANVILLE HEIRS<br>*Perm. Date*: 1/15/2008<br>*Comp. Date*: N/A<br>*Comp. Result*: OIL | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2493 ft<br>*Measured Depth*: n/a<br>*Elev*: 1152 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 134737<br>*Permit*: 102846<br>*API #*: 16025012370000 | | | | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN | *Basin*: Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| *County/Quad*: Breathitt / JACKSON<br>*Carter Coords*: 18-M-73 429S, 1199E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | ENERGY CO<br>*Farm*: SPENCER, GRANVILLE HEIRS<br>*Perm. Date*: 1/15/2008<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1143 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 134740<br>*Permit*: 102869<br>*API #*: 16025012400000<br>----<br>*County/Quad*: Breathitt / JACKSON<br>*Carter Coords*: 18-M-73 917S, 617E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SPENCER, GRANVILLE HEIRS<br>*Perm. Date*: 1/18/2008<br>*Comp. Date*: N/A<br>*Comp. Result*: OIL | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2254 ft<br>*Measured Depth*: n/a<br>*Elev*: 1129 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 134903<br>*Permit*: 102994<br>*API #*: 16131012790000<br>----<br>*County/Quad*: Leslie / HYDEN EAST<br>*Carter Coords*: 20-I-75 2902S, 2108W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: NC13<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CRAWFORD, N C HEIRS<br>*Perm. Date*: 2/15/2008<br>*Comp. Date*: 2/25/2008<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3490 ft<br>*Measured Depth*: n/a<br>*Elev*: 1460 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Lockport Dol |
| *Rec #*: 134955<br>*Permit*: 103035<br>*API #*: 16131012800000<br>----<br>*County/Quad*: Leslie / HYDEN EAST<br>*Carter Coords*: 20-I-75 2147S, 1327W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #*: NC14<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CRAWFORD, N C HEIRS<br>*Perm. Date*: 2/22/2008<br>*Comp. Date*: 10/17/2008<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3160 ft<br>*Measured Depth*: n/a<br>*Elev*: 1132 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 135357<br>*Permit*: 103255<br>*API #*: 16153043840000<br>----<br>*County/Quad*: Magoffin / IVYTON<br>*Carter Coords*: 15-O-79 137S, 583W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ADAMS, DANNY C & CALVIN<br>*Perm. Date*: 3/27/2008<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1035 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 135524<br>*Permit*: 103387<br>*API #*: 16127027600000<br>----<br>*County/Quad*: Lawrence / FALLSBURG | | **Documents (PDF)** | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a |

| Record Info | View E-log | Documents | Data Report | Well Info | Geologic Info |
|---|---|---|---|---|---|
| *Carter Coords:* 6-U-83 966S, 855E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | | Download PDF using PDF reader functionality when opened. | | *Farm:* MOSLEY, JAMES & LINDA<br>*Perm. Date:* 4/22/2008<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Vertical Depth:* n/a<br>*Elev:* 820 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 135525<br>*Permit:* 103386<br>*API #:* 16127027610000<br>----<br>*County/Quad:* Lawrence / FALLSBURG<br>*Carter Coords:* 6-U-83 199S, 1530E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* PRESTON, JOHN & VIRGINIA<br>*Perm. Date:* 4/22/2008<br>*Comp. Date:* 10/8/2008<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3970 ft<br>*Measured Depth:* n/a<br>*Elev:* 888 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Rose Hill |
| *Rec #:* 135529<br>*Permit:* 103389<br>*API #:* 16127027650000<br>----<br>*County/Quad:* Lawrence / FALLSBURG<br>*Carter Coords:* 7-U-83 452S, 15W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* GRUBB, GLENN & DIANNA<br>*Perm. Date:* 4/22/2008<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 794 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 135530<br>*Permit:* 103388<br>*API #:* 16127027660000<br>----<br>*County/Quad:* Lawrence / FALLSBURG<br>*Carter Coords:* 14-U-83 1346S, 2344W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* ARNETT, SAMUEL J TILDEN<br>*Perm. Date:* 4/22/2008<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 860 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 135867<br>*Permit:* 103700<br>*API #:* 16149036880000<br>----<br>*County/Quad:* Mclean / Delaware<br>*Carter Coords:* 5-N-25 475S, 1400E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 1<br>*Operator:* BASIN ENERGY, INC<br>*Farm:* TRAIL-BITTLE<br>*Perm. Date:* 5/30/2008<br>*Comp. Date:* 7/7/2008<br>*Comp. Result:* OIL | *Basin:* Western Kentucky, Illinois Basin<br>*Vertical Depth:* 676 ft<br>*Measured Depth:* n/a<br>*Elev:* 378 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 136231<br>*Permit:* 104143<br>*API #:* 16071026970000<br>----<br>*County/Quad:* Floyd / PRESTONSBURG<br>*Carter Coords:* 4-N-81 835N, 1437E<br>---- | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when | **Production Data** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* PATTON, RANDY ET AL<br>*Perm. Date:* 7/30/2008 | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 967 ft<br>*D or V:* vertical |

| | | | | | |
|---|---|---|---|---|---|
| Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: ➤📶ⓘ | (yellow) | (PDF) opened. | | *Comp. Date*: 10/31/2008<br>*Comp. Result*: D&A | -Unknown or unassigned |
| Rec #: 136324<br>Permit: 104144<br>API #: 16237011410000<br>----<br>County/Quad: Wolfe / LANDSAW<br>Carter Coords: 23-O-73 4090S, 3544E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: ➤📶ⓘ | -- | 📄 PDF<br>**Documents (PDF)**<br>Download PDF reader using functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HATTON, W T<br>*Perm. Date*: 7/30/2008<br>*Comp. Date*: 8/8/2008<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1689 ft<br>*Measured Depth*: n/a<br>*Elev*: 996 ft<br>*D or V*: vertical<br>*TDF*: Paleozoic-Paleozoic Era |
| Rec #: 136395<br>Permit: 104163<br>API #: 16071026980000<br>----<br>County/Quad: Floyd / PRESTONSBURG<br>Carter Coords: 1-N-80 1667S, 1554W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: ➤📶ⓘ | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF reader using functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 5<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FITZPATRICK, STEPHEN<br>*Perm. Date*: 7/31/2008<br>*Comp. Date*: 8/15/2008<br>*Comp. Result*: O&G | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2021 ft<br>*Measured Depth*: n/a<br>*Elev*: 771 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| Rec #: 136396<br>Permit: 104164<br>API #: 16071026990000<br>----<br>County/Quad: Floyd / PRESTONSBURG<br>Carter Coords: 1-N-80 1423S, 1965E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: ➤📶ⓘ | -- | 📄 PDF<br>**Documents (PDF)**<br>Download PDF reader using functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FITZPATRICK, STEPHEN<br>*Perm. Date*: 7/31/2008<br>*Comp. Date*: 8/27/2008<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1086 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| Rec #: 136469<br>Permit: 104222<br>API #: 16237011420000<br>----<br>County/Quad: Wolfe / LANDSAW<br>Carter Coords: 24-O-73 3840S, 1120E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: ➤📶ⓘ | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF reader using functionality when opened. | **Production Data**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: RUDD, DAVID<br>*Perm. Date*: 8/7/2008<br>*Comp. Date*: 11/14/2008<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1552 ft<br>*Measured Depth*: n/a<br>*Elev*: 876 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Crab Orchard Formation |
| Rec #: 136527<br>Permit: 104285<br>API #: 16071027010000<br>----<br>County/Quad: Floyd / PRESTONSBURG<br>Carter Coords: 2-N-80 1860N, 1803E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF reader using functionality when opened. | **Pay Data Report** | *Well #*: 6<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FITZPATRICK, STEPHEN<br>*Perm. Date*: 8/13/2008<br>*Comp. Date*: 3/12/2009<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2357 ft<br>*Measured Depth*: n/a<br>*Elev*: 986 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |

| | | | | |
|---|---|---|---|---|
| *Rec #:* 136578<br>*Permit:* 104275<br>*API #:* 16133015000000<br>----<br>*County/Quad:* Letcher / WHITESBURG<br>*Carter Coords:* 25-H-81 1827N, 701W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* CAUDILL, COY<br>*Perm. Date:* 8/12/2008<br>*Comp. Date:* 9/23/2008<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 4212 ft<br>*Measured Depth:* n/a<br>*Elev:* 1391 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 136716<br>*Permit:* 104465<br>*API #:* 16133015110000<br>----<br>*County/Quad:* Letcher / VICCO<br>*Carter Coords:* 9-H-78 13S, 238W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* COLLINS, WILLIAM HEIRS<br>*Perm. Date:* 9/5/2008<br>*Comp. Date:* 10/24/2008<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3462 ft<br>*Measured Depth:* n/a<br>*Elev:* 1103 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 136977<br>*Permit:* 104738<br>*API #:* 16119023040000<br>----<br>*County/Quad:* Knott / CARRIE<br>*Carter Coords:* 17-J-78 2298S, 772E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 3<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* STAR TRANSPORT<br>*Perm. Date:* 10/10/2008<br>*Comp. Date:* 11/3/2008<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 3380 ft<br>*Measured Depth:* n/a<br>*Elev:* 1347 ft<br>*D or V:* vertical<br>*TDF:* Devonian-Ohio Shale |
| *Rec #:* 136979<br>*Permit:* 104741<br>*API #:* 16127028410000<br>----<br>*County/Quad:* Lawrence / LOUISA<br>*Carter Coords:* 7-S-84 735N, 1424W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WORKMAN, LARRY<br>*Perm. Date:* 10/10/2008<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 769 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 137112<br>*Permit:* 104881<br>*API #:* 16071027180000<br>----<br>*County/Quad:* Floyd / PRESTONSBURG<br>*Carter Coords:* 20-O-80 1861S, 278E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Production Data**<br><br>**Pay Data Report** | *Well #:* 3<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* HILL, JIM HEIRS<br>*Perm. Date:* 10/28/2008<br>*Comp. Date:* 11/7/2008<br>*Comp. Result:* O&G | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 639 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 137127 | | | | | |

| | | | | |
|---|---|---|---|---|
| Permit: 104901<br>API #: 16133015520000<br>----<br>County/Quad: Letcher / BLACKEY<br>Carter Coords: 24-I-80 1552S, 1119W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | Well #:<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: BLAIR, WATSON HEIRS<br>Perm. Date: 11/3/2008<br>Comp. Date: 11/20/2008<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 4150 ft<br>Measured Depth: n/a<br>Elev: 1699 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 137237<br>Permit: 105088<br>API #: 16119023210000<br>----<br>County/Quad: Knott / CARRIE<br>Carter Coords: 1-J-78 2948N, 2414W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | Well #: CH5<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: CORNETT HEIRS<br>Perm. Date: 12/4/2008<br>Comp. Date: 12/11/2008<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3222 ft<br>Measured Depth: n/a<br>Elev: 1395 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 137257<br>Permit: 104957<br>API #: 16133015600000<br>----<br>County/Quad: Letcher / BLACKEY<br>Carter Coords: 4-H-80 452N, 283W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | Well #: 4<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: ADAMS, MOSES<br>Perm. Date: 11/12/2008<br>Comp. Date: 12/2/2008<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 3850 ft<br>Measured Depth: n/a<br>Elev: 1356 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 137330<br>Permit: 104964<br>API #: 16237011440000<br>----<br>County/Quad: Wolfe / LANDSAW<br>Carter Coords: 3-N-73 13N, 1291W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: GRAHAM, BILL<br>Perm. Date: 11/13/2008<br>Comp. Date: N/A<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 1755 ft<br>Measured Depth: n/a<br>Elev: 950 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 137340<br>Permit: 105130<br>API #: 16133015860000<br>----<br>County/Quad: Letcher / BLACKEY<br>Carter Coords: 8-H-80 2729S, 1904W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | Well #: 4<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: SMOOT COAL COMPANY<br>Perm. Date: 12/15/2008<br>Comp. Date: N/A<br>Comp. Result: LOC | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1584 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 137341<br>Permit: 105129<br>API #: 16133015870000 | | | | Well #: 3<br>Operator: BRADLEY, CHARLES R DBA BASIN | Basin: Eastern Kentucky, Appalachian Basin |

| Record Info | View E-log | Documents | Pay Data | Well Info | Geologic Info |
|---|---|---|---|---|---|
| ---- <br> *County/Quad*: Letcher / MAYKING <br> *Carter Coords*: 8-H-80 2528N, 2243E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | √ <br> **View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Pay Data Report** | ENERGY CO <br> *Farm*: SMOOT COAL COMPANY <br> *Perm. Date*: 12/15/2008 <br> *Comp. Date*: 2/6/2009 <br> *Comp. Result*: GAS | *Vertical Depth*: 4200 ft <br> *Measured Depth*: n/a <br> *Elev*: 1606 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Rhinestreet Mbr, Ohio Sh |
| *Rec #*: 137342 <br> *Permit*: 105131 <br> *API #*: 16133015880000 <br> ---- <br> *County/Quad*: Letcher / BLACKEY <br> *Carter Coords*: 8-H-80 1714S, 1719W <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | √ <br> **View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | | *Well #*: 5 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: SMOOT COAL COMPANY <br> *Perm. Date*: 12/15/2008 <br> *Comp. Date*: 2/15/2009 <br> *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 4120 ft <br> *Measured Depth*: n/a <br> *Elev*: 1425 ft <br> *D or V*: vertical <br> *TDF*: -Unknown or unassigned |
| *Rec #*: 137343 <br> *Permit*: 105132 <br> *API #*: 16133015890000 <br> ---- <br> *County/Quad*: Letcher / BLACKEY <br> *Carter Coords*: 8-H-80 2421N, 1390W <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | √ <br> **View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 6 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: SMOOT COAL COMPANY <br> *Perm. Date*: 12/15/2008 <br> *Comp. Date*: 1/16/2010 <br> *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 3834 ft <br> *Measured Depth*: n/a <br> *Elev*: 1243 ft <br> *D or V*: vertical <br> *TDF*: Devonian-Ohio Shale |
| *Rec #*: 137344 <br> *Permit*: 105134 <br> *API #*: 16025012740000 <br> ---- <br> *County/Quad*: Breathitt / LANDSAW <br> *Carter Coords*: 5-N-74 637N, 1086E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | √ <br> **View E-log** (Image only) | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: SMITH, JOHN LESTER <br> *Perm. Date*: 12/15/2008 <br> *Comp. Date*: N/A <br> *Comp. Result*: O&G | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 1754 ft <br> *Measured Depth*: n/a <br> *Elev*: 867 ft <br> *D or V*: vertical <br> *TDF*: -Unknown or unassigned |
| *Rec #*: 137346 <br> *Permit*: 105133 <br> *API #*: 16133015900000 <br> ---- <br> *County/Quad*: Letcher / BLACKEY <br> *Carter Coords*: 8-H-80 2644S, 890W <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: | -- | **Documents (PDF)** Download PDF using PDF reader functionality when opened. | | *Well #*: 7 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: SMOOT COAL COMPANY <br> *Perm. Date*: 12/15/2008 <br> *Comp. Date*: N/A <br> *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 1331 ft <br> *D or V*: vertical <br> *TDF*: -Unknown or unassigned |
| *Rec #*: 137369 <br> *Permit*: 105160 <br> *API #*: 16133015970000 <br> ---- <br> *County/Quad*: Letcher / BLACKEY | √ <br> **Documents (PDF)** | | | *Well #*: 9 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: 3910 ft |

| | | | | |
|---|---|---|---|---|
| *Carter Coords*: 8-H-80 1497S, 216W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | **View E-log**<br>**(Image only)** | [PDF] Download PDF using PDF reader functionality when opened. | | *Vertical Depth*: n/a<br>*Farm*: SMOOT COAL COMPANY<br>*Perm. Date*: 12/23/2008<br>*Comp. Date*: 1/9/2009<br>*Comp. Result*: GAS |  *Elev*: 1348 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 137420<br>*Permit*: 105159<br>*API #*: 16133015930000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 8-H-80 928S, 1069W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | [PDF] **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 8<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SMOOT COAL COMPANY<br>*Perm. Date*: 12/23/2008<br>*Comp. Date*: 3/4/2009<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 4456 ft<br>*Measured Depth*: n/a<br>*Elev*: 1754 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 137511<br>*Permit*: 105268<br>*API #*: 16071027380000<br>----<br>*County/Quad*: Floyd / PRESTONSBURG<br>*Carter Coords*: 1-N-80 1422S, 1955E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | [PDF] **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 4A<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FITZPATRICK, STEPHEN<br>*Perm. Date*: 1/26/2009<br>*Comp. Date*: 3/5/2009<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1012 ft<br>*Measured Depth*: n/a<br>*Elev*: 1086 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 137844<br>*Permit*: 105480<br>*API #*: 16237011450000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 18-O-83 2431S, 1182W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | [PDF] **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BANKS, JAMES ADRIAN<br>*Perm. Date*: 3/20/2009<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1039 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 137845<br>*Permit*: 105481<br>*API #*: 16237011460000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 23-O-73 920N, 1552E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | [PDF] **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: MANNING, GLENNA<br>*Perm. Date*: 3/20/2009<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 871 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 137846<br>*Permit*: 105482<br>*API #*: 16237011470000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 22-O-73 303N, 121W<br>---- | -- | [PDF] **Documents (PDF)**<br>Download PDF using PDF reader functionality when | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BUSH, GLENN<br>*Perm. Date*: 3/20/2009 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 974 ft<br>*D or V*: vertical |

| | | | | | |
|---|---|---|---|---|---|
| *Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | | | | *Comp. Date*: n/a<br>*Comp. Result*: TRM | own or unassigned |
| *Rec #*: 137847<br>*Permit*: 105518<br>*API #*: 16237011480000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 23-O-73 1355N, 2300W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: MANNING, GLENNA<br>*Perm. Date*: 3/27/2009<br>*Comp. Date*: 9/18/2009<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1650 ft<br>*Measured Depth*: n/a<br>*Elev*: 970 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Crab Orchard Formation |
| *Rec #*: 137951<br>*Permit*: 105637<br>*API #*: 16025012800000<br>----<br>*County/Quad*: Breathitt / JACKSON<br>*Carter Coords*: 12-M-73 2013N, 1869W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WARRIX, LEWIS H<br>*Perm. Date*: 4/23/2009<br>*Comp. Date*: N/A<br>*Comp. Result*: O&G | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1978 ft<br>*Measured Depth*: n/a<br>*Elev*: 990 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 137980<br>*Permit*: 105638<br>*API #*: 16237011490000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 3-N-73 2112S, 1783E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: LAWSON, S D<br>*Perm. Date*: 4/23/2009<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 930 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 137981<br>*Permit*: 105639<br>*API #*: 16237011500000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 2-N-73 2920S, 101W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: LAWSON, S D<br>*Perm. Date*: 4/23/2009<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 994 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 137982<br>*Permit*: 105640<br>*API #*: 16237011510000<br>----<br>*County/Quad*: Wolfe / POMEROYTON<br>*Carter Coords*: 18-P-72 2013S, 2393E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: LINKOUS, DENZIL<br>*Perm. Date*: 4/23/2009<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1197 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |

| | | | | |
|---|---|---|---|---|
| *Rec #:* 137983<br>*Permit:* 105641<br>*API #:* 16237011520000<br>----<br>*County/Quad:* Wolfe / POMEROYTON<br>*Carter Coords:* 18-P-72 1032S, 2064W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* LINKOUS, DENZIL<br>*Perm. Date:* 4/23/2009<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 990 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 138153<br>*Permit:* 105854<br>*API #:* 16025012830000<br>----<br>*County/Quad:* Breathitt / JACKSON<br>*Carter Coords:* 12-M-73 595S, 953E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* JOHNSON, HOMER<br>*Perm. Date:* 6/23/2009<br>*Comp. Date:* 8/18/2009<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2028 ft<br>*Measured Depth:* n/a<br>*Elev:* 1050 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Lockport Dol |
| *Rec #:* 138225<br>*Permit:* 105937<br>*API #:* 16025012860000<br>----<br>*County/Quad:* Breathitt / JACKSON<br>*Carter Coords:* 13-M-73 584S, 296E<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* MCINTOSH, LUTHER<br>*Perm. Date:* 7/14/2009<br>*Comp. Date:* 10/14/2009<br>*Comp. Result:* OIL | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 1875 ft<br>*Measured Depth:* n/a<br>*Elev:* 974 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Lockport Dol |
| *Rec #:* 138226<br>*Permit:* 105936<br>*API #:* 16025012870000<br>----<br>*County/Quad:* Breathitt / JACKSON<br>*Carter Coords:* 11-M-73 475S, 137W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* JOHNSON, HOMER<br>*Perm. Date:* 7/14/2009<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 851 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 138642<br>*Permit:* 106258<br>*API #:* 16025012980000<br>----<br>*County/Quad:* Breathitt / JACKSON<br>*Carter Coords:* 12-M-73 1544S, 82W<br>----<br>*Quick Map:* google map view<br>*Petroleum Map:* geologic map service<br>*Upload to GPS:* | ✓<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #:* 1<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* MCINTOSH, ARCH HEIRS C/O MCINTOSH, CLYDE<br>*Perm. Date:* 9/28/2009<br>*Comp. Date:* 10/13/2009<br>*Comp. Result:* GAS | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2130 ft<br>*Measured Depth:* n/a<br>*Elev:* 1020 ft<br>*D or V:* vertical<br>*TDF:* Silurian-Crab Orchard Formation |

| | | | |
|---|---|---|---|
| Rec #: 138643<br>Permit: 106217<br>API #: 16025012950000<br>----<br>County/Quad: Breathitt / JACKSON<br>Carter Coords: 19-M-73 601N, 634E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: ⏩ ⓘ | ✓<br>View E-log<br>(Image only) | 📄 PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Pay Data Report | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: BREWER, ARCH<br>Perm. Date: 9/16/2009<br>Comp. Date: 10/5/2009<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2138 ft<br>Measured Depth: n/a<br>Elev: 990 ft<br>D or V: vertical<br>TDF: Silurian-Big Six Sd |
| Rec #: 138689<br>Permit: 106212<br>API #: 16133017430000<br>----<br>County/Quad: Letcher / BLACKEY<br>Carter Coords: 24-I-80 2528S, 1390W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: ⏩ ⓘ | ✓<br>View E-log<br>(Image only) | 📄 PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Pay Data Report | Well #: WATSON BLAIR 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: ADAMS, JAMES M<br>Perm. Date: 9/14/2009<br>Comp. Date: 9/25/2009<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 4230 ft<br>Measured Depth: n/a<br>Elev: n/a<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 138865<br>Permit: 106394<br>API #: 16025012990000<br>----<br>County/Quad: Breathitt / JACKSON<br>Carter Coords: 12-M-73 2262S, 929W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: ⏩ ⓘ | ✓<br>View E-log<br>(Image only) | 📄 PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Pay Data Report | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: POTTER, TIM<br>Perm. Date: 11/6/2009<br>Comp. Date: N/A<br>Comp. Result: O&G | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2005 ft<br>Measured Depth: n/a<br>Elev: 1025 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 138888<br>Permit: 106403<br>API #: 16025013000000<br>----<br>County/Quad: Breathitt / JACKSON<br>Carter Coords: 19-M-73 1118S, 283W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: ⏩ ⓘ | ✓<br>View E-log<br>(Image only) | 📄 PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Pay Data Report | Well #: 6<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: SPENCER, GRANVILLE HEIRS<br>Perm. Date: 11/13/2009<br>Comp. Date: N/A<br>Comp. Result: OIL | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2136 ft<br>Measured Depth: n/a<br>Elev: n/a<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 138936<br>Permit: 106483<br>API #: 16025013020000<br>----<br>County/Quad: Breathitt / JACKSON<br>Carter Coords: 18-M-73 1158S, 1595E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: ⏩ ⓘ | -- | 📄 PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Pay Data Report | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: SPENCER, GRANVILLE HEIRS C/O SPENCER, CHARLES<br>Perm. Date: 11/30/2009<br>Comp. Date: N/A<br>Comp. Result: TRM | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1157 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 138947<br>Permit: 106461<br>API #: 16129061800000 | | | | Well #: P5<br>Operator: BRADLEY, | |

| Rec/Permit/API Info | E-log | Documents | Data Report | Well Info | Basin Info |
|---|---|---|---|---|---|
| ----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 752S, 1140E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACH TREE HOLLOW/J D CRABTREE HEIRS<br>*Perm. Date*: 11/24/2009<br>*Comp. Date*: 5/1/2010<br>*Comp. Result*: OIL | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 931 ft<br>*Measured Depth*: n/a<br>*Elev*: 916 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Clinton Sh |
| *Rec #*: 138948<br>*Permit*: 106458<br>*API #*: 16129061810000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 1-N-69 1921N, 1952W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: C3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CRABTREE HEIRS<br>*Perm. Date*: 11/24/2009<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 855 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 138949<br>*Permit*: 106459<br>*API #*: 16129061820000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 1-N-69 1980N, 1535W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: C4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CRABTREE HEIRS<br>*Perm. Date*: 11/24/2009<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 986 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 138950<br>*Permit*: 106460<br>*API #*: 16129061830000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 12S, 1572E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: P4<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACH TREE HOLLOW/J D CRABTREE HEIRS<br>*Perm. Date*: 11/24/2009<br>*Comp. Date*: 4/16/2010<br>*Comp. Result*: OIL | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 925 ft<br>*Measured Depth*: n/a<br>*Elev*: 878 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Big Six Sd |
| *Rec #*: 138951<br>*Permit*: 106463<br>*API #*: 16129061840000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 1600N, 420W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: P7<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACH TREE HOLLOW/J D CRABTREE HEIRS<br>*Perm. Date*: 11/24/2009<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 980 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 138952<br>*Permit*: 106462<br>*API #*: 16129061850000<br>---- | | | | *Well #*: P6<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1085 ft |

| | | | | | |
|---|---|---|---|---|---|
| *County/Quad*: Lee / COBHILL<br>*Carter Coords*: 22-O-69 830N, 18E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | **View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Farm*: PEACH TREE HOLLOW/J D CRABTREE HEIRS<br>*Perm. Date*: 11/24/2009<br>*Comp. Date*: 11/17/2010<br>*Comp. Result*: OIL | *Measured Depth*: n/a<br>*Elev*: 1138 ft<br>*D or V*: vertical<br>*TDF*: Silurian-Clinton Sh |
| *Rec #*: 138953<br>*Permit*: 106477<br>*API #*: 16133017830000<br>----<br>*County/Quad*: Letcher / VICCO<br>*Carter Coords*: 12-H-78 1311N, 869W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COLLINS, WILLIAM HEIRS<br>*Perm. Date*: 11/25/2009<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1421 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 138954<br>*Permit*: 106478<br>*API #*: 16133017840000<br>----<br>*County/Quad*: Letcher / VICCO<br>*Carter Coords*: 12-H-78 384N, 1337W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: COLLINS, CALVIN HEIRS<br>*Perm. Date*: 11/25/2009<br>*Comp. Date*: 2/11/2010<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3992 ft<br>*Measured Depth*: n/a<br>*Elev*: 1601 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 139092<br>*Permit*: 106625<br>*API #*: 16025013030000<br>----<br>*County/Quad*: Breathitt / JACKSON<br>*Carter Coords*: 20-M-73 2734S, 1267E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: GABBARD, R D<br>*Perm. Date*: 1/25/2010<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 985 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 139093<br>*Permit*: 106624<br>*API #*: 16025013040000<br>----<br>*County/Quad*: Breathitt / JACKSON<br>*Carter Coords*: 12-M-73 690S, 2200E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: LITTLE C/O LITTLE, CHRIS<br>*Perm. Date*: 1/25/2010<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 955 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 139117<br>*Permit*: 106645<br>*API #*: 16133017980000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 8-H-80 2644S, 890W | √<br>**View E-log** | PDF<br>**Documents (PDF)**<br>Download PDF using | -- | *Well #*: 7<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SMOOT COAL | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3930 ft<br>*Measured Depth*: n/a<br>*Elev*: 1331 ft |

| | | | |
|---|---|---|---|
| ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: → ⓘ | (Image only) | Download PDF using PDF reader functionality when opened. | *Perm. Date*: 2/3/2010 <br> *Comp. Date*: 3/31/2010 <br> *Comp. Result*: GAS |
| | | | *TDF*:  Devonian-Ohio Shale |
| *Rec #*: 139118 <br> *Permit*: 106644 <br> *API #*: 16133017990000 <br> ---- <br> *County/Quad*:  Letcher / BLACKEY <br> *Carter Coords*:  8-H-80 1714S, 1719W <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: → ⓘ | √ <br> **View E-log** <br> (Image only) | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 5 <br> *Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*:  SMOOT COAL COMPANY <br> *Perm. Date*: 2/3/2010 <br> *Comp. Date*: 4/9/2010 <br> *Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 1425 ft <br> *D or V*: vertical <br> *TDF*:  Devonian-Ohio Shale |
| *Rec #*: 139355 <br> *Permit*: 106885 <br> *API #*: 16025013050000 <br> ---- <br> *County/Quad*:  Breathitt / JACKSON <br> *Carter Coords*:  9-M-73 1123N, 411E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: → ⓘ | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | | *Well #*: 1 <br> *Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*:  GRIFFITH, GERALDINE <br> *Perm. Date*: 4/20/2010 <br> *Comp. Date*: N/A <br> *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 1041 ft <br> *D or V*: vertical <br> *TDF*:  -Unknown or unassigned |
| *Rec #*: 139362 <br> *Permit*: 106879 <br> *API #*: 16129062040000 <br> ---- <br> *County/Quad*:  Lee / COBHILL <br> *Carter Coords*:  1-N-69 305N, 1908E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: → ⓘ | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | | *Well #*: P9 <br> *Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*:  PEACH TREE HOLLOW/CRABTREE HEIRS <br> *Perm. Date*: 4/16/2010 <br> *Comp. Date*: N/A <br> *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 853 ft <br> *D or V*: vertical <br> *TDF*:  -Unknown or unassigned |
| *Rec #*: 139363 <br> *Permit*: 106878 <br> *API #*: 16129062050000 <br> ---- <br> *County/Quad*:  Lee / COBHILL <br> *Carter Coords*:  1-N-69 310N, 1173E <br> ---- <br> *Quick Map*: **google map view** <br> *Petroleum Map*: **geologic map service** <br> *Upload to GPS*: → ⓘ | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | | *Well #*: P8 <br> *Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*:  PEACH TREE HOLLOW/CRABTREE HEIRS <br> *Perm. Date*: 4/16/2010 <br> *Comp. Date*: N/A <br> *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 963 ft <br> *D or V*: vertical <br> *TDF*:  -Unknown or unassigned |
| *Rec #*: 139432 <br> *Permit*: 106965 <br> *API #*: 16025013060000 <br> ---- <br> *County/Quad*:  Breathitt / LANDSAW <br> *Carter Coords*:  15-N-74 2698N, 2190E <br> ---- <br> *Quick Map*: **google map view** | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | | *Well #*: 1 <br> *Operator*:  BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*:  CONWAY, B & G <br> *Perm. Date*: 5/6/2010 <br> *Comp. Date*: N/A | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 1038 ft <br> *D or V*: vertical <br> *TDF*:  -Unknown or unassigned |

| | | | |
|---|---|---|---|
| *Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | | *Comp. Result*: | |

| | | | | | |
|---|---|---|---|---|---|
| *Rec #*: 139652<br>*Permit*: 107181<br>*API #*: 16025013090000<br>----<br>*County/Quad*: Breathitt / JACKSON<br>*Carter Coords*: 11-M-73 2777S, 1449E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | [PDF] **Documents (PDF)** Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SHOUSE, HEATHER<br>*Perm. Date*: 7/15/2010<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 890 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 140204<br>*Permit*: 107208<br>*API #*: 16133018430000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 2-H-79 2321S, 2221E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | [PDF] **Documents (PDF)** Download PDF using PDF reader functionality when opened. | **Sample Report**<br>**Pay Data Report** | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BLAIR, GRANT HEIRS<br>*Perm. Date*: 7/28/2010<br>*Comp. Date*: 9/3/2010<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3732 ft<br>*Measured Depth*: n/a<br>*Elev*: 1326 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 140266<br>*Permit*: 107273<br>*API #*: 16153045570000<br>----<br>*County/Quad*: Magoffin / DAVID<br>*Carter Coords*: 25-M-80 2371N, 961W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | [PDF] **Documents (PDF)** Download PDF using PDF reader functionality when opened. | | *Well #*: MC102A<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: JUSTICE, JACK ET AL<br>*Perm. Date*: 8/18/2010<br>*Comp. Date*: N/A<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1495 ft<br>*Measured Depth*: n/a<br>*Elev*: 1296 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 140365<br>*Permit*: 107311<br>*API #*: 16237011550000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 23-O-73 41S, 763E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | [PDF] **Documents (PDF)** Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SEWELL<br>*Perm. Date*: 8/27/2010<br>*Comp. Date*: N/A<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1780 ft<br>*Measured Depth*: n/a<br>*Elev*: 1080 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 140366<br>*Permit*: 107353<br>*API #*: 16237011580000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 17-O-73 1240S, 964E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | [PDF] **Documents (PDF)** Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BANKS, DOW<br>*Perm. Date*: 9/8/2010<br>*Comp. Date*: N/A<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1630 ft<br>*Measured Depth*: n/a<br>*Elev*: 896 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |

| Record | E-log | Documents | | Well Info | Basin Info |
|---|---|---|---|---|---|
| Rec #: 140368<br>Permit: 107352<br>API #: 16237011590000<br>----<br>County/Quad: Wolfe / LANDSAW<br>Carter Coords: 18-O-73 2431S, 1182W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: BANKS, JAMES<br>Perm. Date: 9/8/2010<br>Comp. Date: N/A<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 1756 ft<br>Measured Depth: n/a<br>Elev: 1039 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 140379<br>Permit: 107391<br>API #: 16025013100000<br>----<br>County/Quad: Breathitt / JACKSON<br>Carter Coords: 12-M-73 696S, 2012E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: LITTLE<br>Perm. Date: 9/13/2010<br>Comp. Date: N/A<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2062 ft<br>Measured Depth: n/a<br>Elev: 998 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 140417<br>Permit: 107393<br>API #: 16237011600000<br>----<br>County/Quad: Wolfe / LANDSAW<br>Carter Coords: 3-N-73 2112S, 1783E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: LAWSON, S D<br>Perm. Date: 9/13/2010<br>Comp. Date: N/A<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 1680 ft<br>Measured Depth: n/a<br>Elev: 930 ft<br>D or V: vertical<br>TDF: 000 |
| Rec #: 140418<br>Permit: 107394<br>API #: 16237011610000<br>----<br>County/Quad: Wolfe / LANDSAW<br>Carter Coords: 2-N-73 2920S, 101W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | ✓<br>View E-log<br>(Image only) | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | | Well #: 2<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: LAWSON, S D<br>Perm. Date: 9/13/2010<br>Comp. Date: N/A<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 1781 ft<br>Measured Depth: n/a<br>Elev: 994 ft<br>D or V: vertical<br>TDF: 000 |
| Rec #: 140419<br>Permit: 107392<br>API #: 16237011620000<br>----<br>County/Quad: Wolfe / LANDSAW<br>Carter Coords: 23-O-73 1360N, 1477E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | -- | PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | | Well #: 2<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: MANNING, GLENNA<br>Perm. Date: 9/13/2010<br>Comp. Date: N/A<br>Comp. Result: LOC | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 986 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 140450<br>Permit: 107446<br>API #: 16025013110000 | | | | Well #: 1<br>Operator: BRADLEY, | Basin: Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ----<br>*County/Quad*: Breathitt / LANDSAW<br>*Carter Coords*: 5-N-74 2492S, 827E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: 🔧 ⓘ | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WATTS, PATSY<br>*Perm. Date*: 9/24/2010<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 871 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 140532<br>*Permit*: 107530<br>*API #*: 16071027860000<br>----<br>*County/Quad*: Floyd / PRESTONSBURG<br>*Carter Coords*: 2-N-81 945S, 1109W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: 🔧 ⓘ | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HARRIS, HIRAM HEIRS, ET AL<br>*Perm. Date*: 10/11/2010<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 955 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 140633<br>*Permit*: 107566<br>*API #*: 16133018780000<br>----<br>*County/Quad*: Letcher / BLACKEY<br>*Carter Coords*: 2-H-79 1679S, 1447E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: 🔧 ⓘ | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: BLAIR, GRANT HEIRS<br>*Perm. Date*: 10/21/2010<br>*Comp. Date*: 11/19/2010<br>*Comp. Result*: GAS |
| *Rec #*: 140645<br>*Permit*: 107550<br>*API #*: 16233011630000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 23-O-73 1282S, 785E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: 🔧 ⓘ | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: GRAHAM, HAROLD C/O GRAHAM, BILL<br>*Perm. Date*: 10/20/2010<br>*Comp. Date*: N/A<br>*Comp. Result*: GAS |
| *Rec #*: 140670<br>*Permit*: 107619<br>*API #*: 16025013120000<br>----<br>*County/Quad*: Breathitt / JACKSON<br>*Carter Coords*: 12-M-73 69S, 1970W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: 🔧 ⓘ | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: JOHNSON, HOMER<br>*Perm. Date*: 11/3/2010<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM |
| *Rec #*: 140773<br>*Permit*: 107662<br>*API #*: 16233011640000<br>----<br>*County/Quad*: Wolfe / LANDSAW | √ | **Documents (PDF)** | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO |

*Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3520 ft<br>*Measured Depth*: n/a<br>*D or V*: vertical<br>*TDF*: Devonian-Olentangy Mbr, Ohio Sh

*Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1732 ft<br>*Measured Depth*: n/a<br>*Elev*: 1017 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned

*Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 883 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned

*Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1806 ft

| | | | | |
|---|---|---|---|---|
| *Carter Coords*: 18-O-73 2096N, 1263W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | **View E-log**<br>**(Image only)** | PDF Download PDF using PDF reader functionality when opened. | | *Measured Depth*: n/a<br>*Elev*: 1025 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 140789<br>*Permit*: 107695<br>*API #*: 1612906232000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 1158N, 224W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: P16<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACH TREE HOLLOW/CRABTREE, J D HEIRS<br>*Perm. Date*: 11/30/2010<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1040 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 140849<br>*Permit*: 107746<br>*API #*: 16237011650000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 2-N-73 1314N, 1143E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SHORT, ELISHA<br>*Perm. Date*: 12/14/2010<br>*Comp. Date*: N/A<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1731 ft<br>*Measured Depth*: n/a<br>*Elev*: 1015 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 140967<br>*Permit*: 107867<br>*API #*: 16119024200000<br>----<br>*County/Quad*: Knott / HANDSHOE<br>*Carter Coords*: 8-K-80 1096N, 1890W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | **Pay Data Report** | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: CASEBOLT, RILEY (HEIRS)<br>*Perm. Date*: 1/28/2011<br>*Comp. Date*: 3/10/2011<br>*Comp. Result*: GAS | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Measured Depth*: n/a<br>*Elev*: 831 ft<br>*D or V*: vertical<br>*TDF*: Devonian-Ohio Shale |
| *Rec #*: 141025<br>*Permit*: 107893<br>*API #*: 16129062400000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 348N, 982W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: P12<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACH TREE HOLLOW/CRABTREE, J D HEIRS<br>*Perm. Date*: 2/21/2011<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1070 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 141026<br>*Permit*: 107894<br>*API #*: 16129062410000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 22-O-69 738N, 853E | -- | **Documents (PDF)**<br>Download PDF using PDF reader | | *Well #*: P14<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACH TREE HOLLOW/CRABTREE, J D | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1082 ft<br>*D or V*: vertical |

| | | | | |
|---|---|---|---|---|
| ----<br>*Quick Map*: <u>google map view</u><br>*Petroleum Map*: <u>geologic map service</u><br>*Upload to GPS*: | | functionality when<br>opened. | *Perm. Date*: 2/21/2011<br>*Comp. Date*: N/A<br>**_Comp. Result_**: TRM | *TDF*: -Unknown or unassigned |
| *Rec #*: 141027<br>*Permit*: 107892<br>*API #*: 16129062420000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 329N, 1495W<br>----<br>*Quick Map*: <u>google map view</u><br>*Petroleum Map*: <u>geologic map service</u><br>*Upload to GPS*: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | | *Well #*: P11<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: PEACH TREE<br>HOLLOW/CRABTREE, J D<br>HEIRS<br>*Perm. Date*: 2/21/2011<br>*Comp. Date*: N/A<br>**_Comp. Result_**: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1075 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 141088<br>*Permit*: 107958<br>*API #*: 16119024240000<br>----<br>*County/Quad*: Knott / HANDSHOE<br>*Carter Coords*: 8-K-80 2392N, 1564W<br>----<br>*Quick Map*: <u>google map view</u><br>*Petroleum Map*: <u>geologic map service</u><br>*Upload to GPS*: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | | *Well #*: 1<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: CASEBOLT, RILEY<br>*Perm. Date*: 3/11/2011<br>*Comp. Date*: N/A<br>**_Comp. Result_**: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 0 ft<br>*Measured Depth*: n/a<br>*Elev*: 840 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 141130<br>*Permit*: 107987<br>*API #*: 16129062450000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 788N, 393W<br>----<br>*Quick Map*: <u>google map view</u><br>*Petroleum Map*: <u>geologic map service</u><br>*Upload to GPS*: | -- | **PDF**<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | | *Well #*: P17<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: PEACH TREE<br>HOLLOW/CRABTREE, J D<br>HEIRS<br>*Perm. Date*: 3/23/2011<br>*Comp. Date*: N/A<br>**_Comp. Result_**: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1083 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 141236<br>*Permit*: 108113<br>*API #*: 16025013190000<br>----<br>*County/Quad*: Breathitt / JACKSON<br>*Carter Coords*: 13-M-73 774S, 1107E<br>----<br>*Quick Map*: <u>google map view</u><br>*Petroleum Map*: <u>geologic map service</u><br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | | *Well #*: 2<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: MCINTOSH,<br>LUTHER<br>*Perm. Date*: 5/10/2011<br>*Comp. Date*: N/A<br>**_Comp. Result_**: OIL | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2057 ft<br>*Measured Depth*: n/a<br>*Elev*: 1019 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 141287<br>*Permit*: 108084<br>*API #*: 16237011670000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 22-O-73 1135S, 216W<br>----<br>*Quick Map*: <u>google map view</u> | √<br>**View E-log**<br>**(Image only)** | **PDF**<br>**Documents (PDF)**<br>Download PDF using<br>PDF reader<br>functionality when<br>opened. | | *Well #*: 2<br>*Operator*: BRADLEY,<br>CHARLES R DBA BASIN<br>ENERGY CO<br>*Farm*: BUSH, LARRY<br>*Perm. Date*: 4/28/2011<br>*Comp. Date*: N/A | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1605 ft<br>*Measured Depth*: n/a<br>*Elev*: 992 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |

Petroleum Map: **geologic map service**
Upload to GPS: ➡️ ℹ️

| | | | | | |
|---|---|---|---|---|---|
| Rec #: 141288<br>Permit: 108085<br>API #: 16237011680000<br>----<br>County/Quad: Wolfe / LANDSAW<br>Carter Coords: 22-O-73 2834N, 352W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: LANDRUM, LEO<br>Perm. Date: 4/28/2011<br>Comp. Date: N/A<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 1680 ft<br>Measured Depth: n/a<br>Elev: 1000 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 141289<br>Permit: 108086<br>API #: 16237011690000<br>----<br>County/Quad: Wolfe / LANDSAW<br>Carter Coords: 22-O-73 2173S, 691W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | Well #: 2<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: LANDRUM, LEO<br>Perm. Date: 4/28/2011<br>Comp. Date: N/A<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 1606 ft<br>Measured Depth: n/a<br>Elev: 964 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 141290<br>Permit: 108083<br>API #: 16237011700000<br>----<br>County/Quad: Wolfe / LANDSAW<br>Carter Coords: 23-O-73 2171S, 318E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: ➡️ ℹ️ | ✓<br>**View E-log**<br>**(Image only)** | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | Well #: 2<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: GRAHAM, HAROLD<br>Perm. Date: 4/28/2011<br>Comp. Date: N/A<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 1655 ft<br>Measured Depth: n/a<br>Elev: 1041 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 141324<br>Permit: 108160<br>API #: 16025013200000<br>----<br>County/Quad: Breathitt / JACKSON<br>Carter Coords: 22-M-73 2819S, 2004W<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: ➡️ ℹ️ | -- | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: GRIFFITH, PAUL<br>Perm. Date: 5/26/2011<br>Comp. Date: N/A<br>Comp. Result: TRM | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 970 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 141325<br>Permit: 108161<br>API #: 16025013210000<br>----<br>County/Quad: Breathitt / JACKSON<br>Carter Coords: 22-M-73 2422S, 1762E<br>----<br>Quick Map: **google map view**<br>Petroleum Map: **geologic map service**<br>Upload to GPS: ➡️ ℹ️ | -- | 📄 PDF<br>**Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | Well #: 2<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: GRIFFITH, PAUL<br>Perm. Date: 5/26/2011<br>Comp. Date: N/A<br>Comp. Result: TRM | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1056 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |

| | | | | |
|---|---|---|---|---|
| Rec #: 141336<br>Permit: 108159<br>API #: 16119024340000<br>----<br>County/Quad: Knott / HANDSHOE<br>Carter Coords: 8-K-80 2231N, 1635W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | 📄PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Pay Data Report | Well #: 1<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: CASEBOLT, RILEY HEIRS<br>Perm. Date: 5/26/2011<br>Comp. Date: 3/31/2011<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2656 ft<br>Measured Depth: n/a<br>Elev: 841 ft<br>D or V: vertical<br>TDF: Devonian-Ohio Shale |
| Rec #: 141337<br>Permit: 108158<br>API #: 16119024350000<br>----<br>County/Quad: Knott / HANDSHOE<br>Carter Coords: 8-K-80 1086N, 1880W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | 📄PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | | Well #: 2A<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: CASEBOLT, RILEY HEIRS<br>Perm. Date: 5/26/2011<br>Comp. Date: 4/18/2011<br>Comp. Result: D&A | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 1077 ft<br>Measured Depth: n/a<br>Elev: 831 ft<br>D or V: vertical<br>TDF: Pennsylvanian-Lee Formation |
| Rec #: 141338<br>Permit: 108157<br>API #: 16119024360000<br>----<br>County/Quad: Knott / HANDSHOE<br>Carter Coords: 8-K-80 2233N, 1625W<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | -- | 📄PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | Pay Data Report | Well #: 5<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: CASEBOLT, RILEY HEIRS<br>Perm. Date: 5/26/2011<br>Comp. Date: 4/7/2011<br>Comp. Result: GAS | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 915 ft<br>Measured Depth: n/a<br>Elev: 841 ft<br>D or V: vertical<br>TDF: Pennsylvanian-Pennsylvanian rocks, undivided |
| Rec #: 141462<br>Permit: 108267<br>API #: 16025013220000<br>----<br>County/Quad: Breathitt / JACKSON<br>Carter Coords: 13-M-73 3034N, 1017E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | √<br>View E-log<br>(Image only) | 📄PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | | Well #: 3<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: WARRIX, LEWIS<br>Perm. Date: 6/30/2011<br>Comp. Date: N/A<br>Comp. Result: O&G | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: 2157 ft<br>Measured Depth: n/a<br>Elev: 1188 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 141560<br>Permit: 108310<br>API #: 16119024500000<br>----<br>County/Quad: Knott / HINDMAN<br>Carter Coords: 20-K-79 2646N, 1291E<br>----<br>Quick Map: google map view<br>Petroleum Map: geologic map service<br>Upload to GPS: | -- | 📄PDF<br>Documents (PDF)<br>Download PDF using PDF reader functionality when opened. | | Well #: 3<br>Operator: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>Farm: AMBURGEY, BETTY HEIRS<br>Perm. Date: 7/12/2011<br>Comp. Date: N/A<br>Comp. Result: LOC | Basin: Eastern Kentucky, Appalachian Basin<br>Vertical Depth: n/a<br>Measured Depth: n/a<br>Elev: 1332 ft<br>D or V: vertical<br>TDF: -Unknown or unassigned |
| Rec #: 141874<br>Permit: 108389<br>API #: 16119024550000 | | | | Well #: 4<br>Operator: BRADLEY, | Basin: Eastern Kentucky, Appalachian Basin |

| | | | | |
|---|---|---|---|---|
| ----<br>*County/Quad:* Knott / HINDMAN<br>*Carter Coords:* 20-K-79 2793N, 217E<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | CHARLES R DBA BASIN ENERGY CO<br>*Farm:* AMBURGEY, BETTY HEIRS<br>*Perm. Date:* 7/28/2011<br>*Comp. Date:* N/A<br>*Comp. Result:* LOC | *Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 1442 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 142004<br>*Permit:* 108517<br>*API #:* 16025013230000<br>----<br>*County/Quad:* Breathitt / JACKSON<br>*Carter Coords:* 12-M-73 831S, 1451W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | *Well #:* 5<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* JOHNSON, HOMER<br>*Perm. Date:* 8/30/2011<br>*Comp. Date:* N/A<br>*Comp. Result:* OIL | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* 2132 ft<br>*Measured Depth:* n/a<br>*Elev:* 1072 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 142022<br>*Permit:* 108515<br>*API #:* 16127029710000<br>----<br>*County/Quad:* Lawrence / LOUISA<br>*Carter Coords:* 7-S-84 1635N, 857W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | *Well #:* 3<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WORKMAN, LARRY<br>*Perm. Date:* 8/30/2011<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 957 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 142023<br>*Permit:* 108514<br>*API #:* 16127029720000<br>----<br>*County/Quad:* Lawrence / LOUISA<br>*Carter Coords:* 7-S-84 735N, 1424W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | *Well #:* 2<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WORKMAN, LARRY<br>*Perm. Date:* 8/30/2011<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 769 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 142024<br>*Permit:* 108516<br>*API #:* 16127029730000<br>----<br>*County/Quad:* Lawrence / LOUISA<br>*Carter Coords:* 4-S-84 407S, 202W<br>----<br>*Quick Map:* **google map view**<br>*Petroleum Map:* **geologic map service**<br>*Upload to GPS:* | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | *Well #:* 4<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm:* WORKMAN, LARRY<br>*Perm. Date:* 8/30/2011<br>*Comp. Date:* N/A<br>*Comp. Result:* TRM | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a<br>*Measured Depth:* n/a<br>*Elev:* 738 ft<br>*D or V:* vertical<br>*TDF:* -Unknown or unassigned |
| *Rec #:* 142025<br>*Permit:* 108563<br>*API #:* 16129062900000<br>---- | | **Documents (PDF)** | *Well #:* P22<br>*Operator:* BRADLEY, CHARLES R DBA BASIN ENERGY CO | *Basin:* Eastern Kentucky, Appalachian Basin<br>*Vertical Depth:* n/a |

| | | | | |
|---|---|---|---|---|
| *County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 1463N, 806W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | Download PDF using PDF reader functionality when opened. | | HOLLOW/ J D CRABTREE HEIRS<br>*Perm. Date*: 9/9/2011<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Assigned Depth*: n/a<br>*Elev*: 1018 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142026<br>*Permit*: 108564<br>*API #*: 16129062910000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 1507N, 1226W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | -- | *Well #*: P26<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACHTREE HOLLOW/ J D CRABTREE HEIRS<br>*Perm. Date*: 9/9/2011<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 993 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142027<br>*Permit*: 108562<br>*API #*: 16129062920000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 1243N, 1545W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | -- | *Well #*: P20<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACHTREE HOLLOW/ J D CRABTREE HEIRS<br>*Perm. Date*: 9/9/2011<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1039 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142058<br>*Permit*: 108569<br>*API #*: 16025013240000<br>----<br>*County/Quad*: Breathitt / LANDSAW<br>*Carter Coords*: 2-N-73 2003S, 1060E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | -- | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: JOHNSON, JANE C<br>*Perm. Date*: 9/14/2011<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1019 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142063<br>*Permit*: 108573<br>*API #*: 16129062930000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 741N, 1401W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | -- | *Well #*: P25<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACHTREE HOLLOW/J D CRABTREE HEIRS<br>*Perm. Date*: 9/14/2011<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1003 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142064<br>*Permit*: 108571<br>*API #*: 16129062940000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 1061N, 731W | **Documents (PDF)**<br>Download PDF using | | *Well #*: P18<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACHTREE HOLLOW/J D CRABTREE | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1119 ft |

| | | | | |
|---|---|---|---|---|
| *Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: 🔜 ⓘ | | | *Perm. Date*: 9/14/2011<br>*Comp. Date*: N/A<br>***Comp. Result***: TRM | *TDF*: -Unknown or unassigned |
| *Rec #*: 142065<br>*Permit*: 108572<br>*API #*: 16129062950000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 1099N, 1157W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: 🔜 ⓘ | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: P19<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACHTREE HOLLOW/J D CRABTREE HEIRS<br>*Perm. Date*: 9/14/2011<br>*Comp. Date*: N/A<br>***Comp. Result***: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 979 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned... |
| *Rec #*: 142074<br>*Permit*: 108570<br>*API #*: 16237011730000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 23-O-73 645S, 2108W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: 🔜 ⓘ | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: GRAHAM, BILL<br>*Perm. Date*: 9/14/2011<br>*Comp. Date*: N/A<br>***Comp. Result***: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1073 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned... |
| *Rec #*: 142076<br>*Permit*: 108582<br>*API #*: 16025013250000<br>----<br>*County/Quad*: Breathitt / JACKSON<br>*Carter Coords*: 11-M-73 2295N, 2170E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: 🔜 ⓘ | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SHOUSE, HEATHER<br>*Perm. Date*: 9/16/2011<br>*Comp. Date*: N/A<br>***Comp. Result***: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 2080 ft<br>*Measured Depth*: n/a<br>*Elev*: 1157 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned... |
| *Rec #*: 142077<br>*Permit*: 108583<br>*API #*: 16025013260000<br>----<br>*County/Quad*: Breathitt / LANDSAW<br>*Carter Coords*: 25-O-74 518S, 207E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: 🔜 ⓘ | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SMITH, JOHN LESTER<br>*Perm. Date*: 9/16/2011<br>*Comp. Date*: N/A<br>***Comp. Result***: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 904 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned... |
| *Rec #*: 142093<br>*Permit*: 108603<br>*API #*: 16129062960000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 327N, 1057W<br>----<br>*Quick Map*: **google map view** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: P12<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACH TREE HOLLOW/CRABTREE, J D HEIRS<br>*Perm. Date*: 9/21/2011 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1090 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned... |

| | | | | |
|---|---|---|---|---|
| *Rec #*: 142107<br>*Permit*: 108593<br>*API #*: 16237011750000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 4-N-73 1558N, 10E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ELKINS, REUBEN<br>*Perm. Date*: 9/21/2011<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 969 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142120<br>*Permit*: 108618<br>*API #*: 16129062970000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 2508S, 1447W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: P23<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACH TREE HOLLOW/CRABTREE, J D HEIRS<br>*Perm. Date*: 9/23/2011<br>*Comp. Date*: N/A<br>*Comp. Result*: D&A | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 3319 ft<br>*Measured Depth*: n/a<br>*Elev*: 920 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142129<br>*Permit*: 108622<br>*API #*: 16237011760000<br>----<br>*County/Quad*: Wolfe / CAMPTON<br>*Carter Coords*: 9-N-72 3025S, 1171E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: ADAMS, JUDITH LEE<br>*Perm. Date*: 9/28/2011<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 890 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142199<br>*Permit*: 108696<br>*API #*: 16237011830000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 17-O-73 2123S, 2103E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FERGUSON, JEAN<br>*Perm. Date*: 10/19/2011<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1036 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142200<br>*Permit*: 108697<br>*API #*: 16237011840000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 17-O-73 2872N, 2116E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FERGUSON, JEAN<br>*Perm. Date*: 10/19/2011<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1039 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |

| | | | | |
|---|---|---|---|---|
| *Rec #*: 142220<br>*Permit*: 108714<br>*API #*: 16237011850000<br>----<br>*County/Quad*: Wolfe / LANDSAW<br>*Carter Coords*: 23-O-73 2357N, 308W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HATTON, W T<br>*Perm. Date*: 10/21/2011<br>*Comp. Date*: N/A<br>***Comp. Result***: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1021 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142238<br>*Permit*: 108731<br>*API #*: 16129063030000<br>----<br>*County/Quad*: Lee / COBHILL<br>*Carter Coords*: 21-O-69 729N, 982W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF reader functionality when opened. | | *Well #*: P21<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: PEACHTREE HOLLOW/ J D CRABTREE HEIRS<br>*Perm. Date*: 10/26/2011<br>*Comp. Date*: N/A<br>***Comp. Result***: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 1006 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142683<br>*Permit*: 109108<br>*API #*: 16071028960000<br>----<br>*County/Quad*: Floyd / PRESTONSBURG<br>*Carter Coords*: 1-N-80 2909N, 342E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 2A<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: FITZ COAL COMPANY<br>*Perm. Date*: 3/26/2012<br>*Comp. Date*: N/A<br>***Comp. Result***: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 656 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142726<br>*Permit*: 109135<br>*API #*: 16071028970000<br>----<br>*County/Quad*: Floyd / THOMAS<br>*Carter Coords*: 22-O-83 87N, 1014E<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 6<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: NEWMAN, PEGGY R<br>*Perm. Date*: 4/2/2012<br>*Comp. Date*: N/A<br>***Comp. Result***: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 732 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 142763<br>*Permit*: 109193<br>*API #*: 16025013330000<br>----<br>*County/Quad*: Breathitt / JACKSON<br>*Carter Coords*: 17-M-73 1022S, 1870W<br>----<br>*Quick Map*: **google map view**<br>*Petroleum Map*: **geologic map service**<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | | *Well #*: 6<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: JETT, IKE<br>*Perm. Date*: 5/2/2012<br>*Comp. Date*: N/A<br>***Comp. Result***: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 786 ft<br>*D or V*: vertical<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 143728<br>*Permit*: 109994 | | | | *Well #*: WALBRIDGE H-2<br>*Operator*: BRADLEY, CHARLES R DBA BASIN | |

| | | | | |
|---|---|---|---|---|
| API #: 16127030340000 <br><br> ---- <br> County/Quad: Lawrence / LOUISA <br> Carter Coords: 23-S-83 2136N, 2092E <br><br> ---- <br> Quick Map: **google map view** <br> Petroleum Map: **geologic map service** <br> Upload to GPS: | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | CHARLES R DBA BASIN ENERGY CO <br> _Farm_: OSBORNE, CHARLES ET AL <br> _Perm. Date_: 3/21/2013 <br> _Comp. Date_: N/A <br> _**Comp. Result**_: LOC | _Basin_: Eastern Kentucky, Appalachian Basin <br> _Vertical Depth_: 1495 ft <br> _Measured Depth_: n/a <br> _Elev_: 596 ft <br> _D or V_: deviated - horizontal <br> _TDF_: 000 |
| Rec #: 143729 <br> Permit: 109996 <br> API #: 16127030350000 <br><br> ---- <br> County/Quad: Lawrence / MILO <br> Carter Coords: 1-R-83 2748N, 1084W <br><br> ---- <br> Quick Map: **google map view** <br> Petroleum Map: **geologic map service** <br> Upload to GPS: | √ <br><br> **View E-log (Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Pay Data Report** | _Well #_: H-1 <br> _Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> _Farm_: HINKLE, LAFE <br> _Perm. Date_: 3/27/2013 <br> _Comp. Date_: 4/15/2013 <br> _**Comp. Result**_: OIL | _Basin_: Eastern Kentucky, Appalachian Basin <br> _Vertical Depth_: n/a <br> _Measured Depth_: n/a <br> _Elev_: 656 ft <br> _D or V_: deviated - horizontal <br> _TDF_: Mississippian-Berea Sandstone |
| Rec #: 143730 <br> Permit: 110011 <br> API #: 16127030400000 <br><br> ---- <br> County/Quad: Lawrence / LOUISA <br> Carter Coords: 23-S-83 2149N, 2168E <br><br> ---- <br> Quick Map: **google map view** <br> Petroleum Map: **geologic map service** <br> Upload to GPS: | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | | _Well #_: WALBRIDGE H-1 <br> _Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> _Farm_: OSBORNE, CHARLES, ET AL <br> _Perm. Date_: 4/2/2013 <br> _Comp. Date_: N/A <br> _**Comp. Result**_: LOC | _Basin_: Eastern Kentucky, Appalachian Basin <br> _Vertical Depth_: n/a <br> _Measured Depth_: n/a <br> _Elev_: 596 ft <br> _D or V_: deviated - horizontal <br> _TDF_: 000 |
| Rec #: 143935 <br> Permit: 110251 <br> API #: 16127030510000 <br><br> ---- <br> County/Quad: Lawrence / MILO <br> Carter Coords: 1-R-83 3024S, 1467W <br><br> ---- <br> Quick Map: **google map view** <br> Petroleum Map: **geologic map service** <br> Upload to GPS: | √ <br><br> **View E-log (Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Pay Data Report** | _Well #_: BURGESS H-1 <br> _Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> _Farm_: HINKLE, LAFE ET AL <br> _Perm. Date_: 6/19/2013 <br> _Comp. Date_: 7/8/2013 <br> _**Comp. Result**_: OIL | _Basin_: Eastern Kentucky, Appalachian Basin <br> _Vertical Depth_: 1482 ft <br> _Measured Depth_: 5618 ft <br> _Elev_: 635 ft <br> _D or V_: deviated - horizontal <br> _TDF_: -Unknown or unassigned |
| Rec #: 144274 <br> Permit: 110581 <br> API #: 16127030820000 <br><br> ---- <br> County/Quad: Lawrence / MILO <br> Carter Coords: 1-R-83 2787N, 1134W <br><br> ---- <br> Quick Map: **google map view** <br> Petroleum Map: **geologic map service** <br> Upload to GPS: | √ <br><br> **View E-log (Image only)** | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | **Pay Data Report** | _Well #_: H-2 <br> _Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> _Farm_: HINKLE, LAFE ET AL <br> _Perm. Date_: 11/6/2013 <br> _Comp. Date_: 7/31/2013 <br> _**Comp. Result**_: OIL | _Basin_: Eastern Kentucky, Appalachian Basin <br> _Vertical Depth_: 1506 ft <br> _Measured Depth_: n/a <br> _Elev_: 653 ft <br> _D or V_: deviated - horizontal <br> _TDF_: 000 |
| Rec #: 144413 <br> Permit: 110684 <br> API #: 16127030900000 <br><br> ---- <br> County/Quad: Lawrence / MILO | | **Documents (PDF)** | _Well #_: HINKLE H-4 <br> _Operator_: BRADLEY, CHARLES R DBA BASIN ENERGY CO | _Basin_: Eastern Kentucky, Appalachian Basin <br> _Vertical Depth_: n/a |

| | | | | |
|---|---|---|---|---|
| *Carter Coords*: 1-R-83 2963S, 1613W<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | Download PDF using PDF reader functionality when opened. | *Farm*: CROWE HEIRS, ET AL<br>*Perm. Date*: 12/17/2013<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *cal Depth*: n/a<br>*Elev*: 621 ft<br>*D or V*: deviated - horizontal<br>*TDF*: 000 |
| *Rec #*: 144463<br>*Permit*: 110729<br>*API #*: 16127030940000<br>----<br>*County/Quad*: Lawrence / LOUISA<br>*Carter Coords*: 2-S-83 2493N, 1644E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | *Well #*: H1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: SEE, C F<br>*Perm. Date*: 1/9/2014<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 605 ft<br>*D or V*: deviated - horizontal<br>*TDF*: 000 |
| *Rec #*: 144759<br>*Permit*: 110993<br>*API #*: 16115021300000<br>----<br>*County/Quad*: Johnson / PRESTONSBURG<br>*Carter Coords*: 2-O-80 1522N, 1340E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WEBB, RANDAL<br>*Perm. Date*: 4/17/2014<br>*Comp. Date*: N/A<br>*Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 787 ft<br>*D or V*: deviated - horizontal<br>*TDF*: 000 |
| *Rec #*: 144797<br>*Permit*: 111092<br>*API #*: 16127031240000<br>----<br>*County/Quad*: Lawrence / LOUISA<br>*Carter Coords*: 21-S-83 3003S, 2011E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | *Well #*: VBH1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: HINKLE, LAFE ET AL<br>*Perm. Date*: 5/13/2014<br>*Comp. Date*: N/A<br>*Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 617 ft<br>*D or V*: deviated - horizontal<br>*TDF*: 000 |
| *Rec #*: 144800<br>*Permit*: 111093<br>*API #*: 16115021310000<br>----<br>*County/Quad*: Johnson / PRESTONSBURG<br>*Carter Coords*: 2-O-80 1854N, 1167E<br>----<br>*Quick Map*: google map view<br>*Petroleum Map*: geologic map service<br>*Upload to GPS*: | √<br>**View E-log**<br>**(Image only)** | **Documents (PDF)**<br>Download PDF using PDF reader functionality when opened. | *Well #*: 1<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WEBB, RANDAL<br>*Perm. Date*: 5/13/2014<br>*Comp. Date*: 8/3/2014<br>*Comp. Result*: O&G | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: 1805 ft<br>*Measured Depth*: 5100 ft<br>*Elev*: 729 ft<br>*D or V*: deviated - horizontal<br>*TDF*: -Unknown or unassigned |
| *Rec #*: 145369<br>*Permit*: 111611<br>*API #*: 16127031680000<br>----<br>*County/Quad*: Lawrence / MILO<br>*Carter Coords*: 5-R-84 2552S, 480E<br>---- | -- | **Documents (PDF)**<br>Download PDF using PDF reader functionality when | *Well #*: LB-H3<br>*Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO<br>*Farm*: WALBRIDGE HOLDINGS<br>*Perm. Date*: 12/10/2014 | *Basin*: Eastern Kentucky, Appalachian Basin<br>*Vertical Depth*: n/a<br>*Measured Depth*: n/a<br>*Elev*: 841 ft<br>*D or V*: deviated - horizontal |

| | | | | | |
|---|---|---|---|---|---|
| *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | | opened. | | *Comp. Date*: N/A <br> *Comp. Result*: TRM | Shown or unassigned |
| *Rec #:* 145370 <br> *Permit:* 111612 <br> *API #:* 16127031690000 <br> ---- <br> *County/Quad:* Lawrence / MILO <br> *Carter Coords:* 5-R-84 2576S, 494E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | | *Well #:* LB-H4 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: WALBRIDGE HEIRS <br> *Perm. Date*: 12/10/2014 <br> *Comp. Date*: N/A <br> *Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 855 ft <br> *D or V*: deviated - horizontal <br> *TDF*: 000 |
| *Rec #:* 145439 <br> *Permit:* 111662 <br> *API #:* 16127031750000 <br> ---- <br> *County/Quad:* Lawrence / MILO <br> *Carter Coords:* 5-R-84 2134N, 474E <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | | *Well #:* LB-H1 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: WALBRIDGE HOLDINGS <br> *Perm. Date*: 1/29/2015 <br> *Comp. Date*: N/A <br> *Comp. Result*: LOC | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 840 ft <br> *D or V*: deviated - horizontal <br> *TDF*: 000 |
| *Rec #:* 145507 <br> *Permit:* 111719 <br> *API #:* 16115021420000 <br> ---- <br> *County/Quad:* Johnson / PAINTSVILLE <br> *Carter Coords:* 21-P-80 1748S, 677W <br> ---- <br> *Quick Map:* **google map view** <br> *Petroleum Map:* **geologic map service** <br> *Upload to GPS:* | -- | **Documents (PDF)** <br> Download PDF using PDF reader functionality when opened. | | *Well #:* 1 <br> *Operator*: BRADLEY, CHARLES R DBA BASIN ENERGY CO <br> *Farm*: NEILSON, LAURA ET AL <br> *Perm. Date*: 3/23/2015 <br> *Comp. Date*: N/A <br> *Comp. Result*: TRM | *Basin*: Eastern Kentucky, Appalachian Basin <br> *Vertical Depth*: n/a <br> *Measured Depth*: n/a <br> *Elev*: 683 ft <br> *D or V*: deviated - horizontal <br> *TDF*: -Unknown or unassigned |

**download all oilgas results**

(**tip:** if you don't see the download box after clicking the link, scroll up)

« First ‹ Prev 1 Next › Last »

**«« back to search page**

For full functionality, popup blocking software should be disabled during your visit to this site.
This site is optimized for use with the latest web browser versions.
**Mozilla Firefox** and **Google Chrome** are free browsers and recommended.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
[ KGS Home Page ] [ KGS Databases, Maps, and Publications ] [ KGS Publications Search ] [ Publication Ordering ]
[ KGS Maps & GIS ] [ KGS Oil & Gas ] [ KGS Water ] [ KGS Coal ] [ Data and Maps Site Feedback ] [ Contact Us ]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

All files associated with this page are copyrighted © 1997 – 2016 by the Kentucky Geological Survey, University of Kentucky.
Contact the **Webmaster** for questions and comments.
Last modified 10/13/2016 09:27:18

Icons made by **Icons8**, **Sergiu Bagrin** from **www.flaticon.com** is licensed by **CC BY 3.0**

United States Bankruptcy Court
Eastern District of Kentucky

In re **47 Mt. View**

Case No. _____

_____

HOUSEHOLD GOODS SHEET
Household Goods List

Living Room
Description of Property

Value of each item

| | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Couch(es) | $100.00 | | | | | $100.00 |
| Bookcase(s) | | | | | | $0.00 |
| Desk(s) | $50.00 | | | | | $50.00 |
| Chair(s) | $25.00 | $25.00 | | | | $50.00 |
| Table(s) | $50.00 | | | | | $50.00 |
| Lamp(s) | $25.00 | $25.00 | | | | $50.00 |
| Radio(s) | | | | | | $0.00 |
| Television(s) | $200.00 | | | | | $200.00 |
| Stereo(s) | | | | | | $0.00 |
| VCR/DVD Player(s) | $100.00 | | | | | $100.00 |
| Other: | | | | | | $0.00 |
| Pool Table | $500.00 | | | | | $500.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | Total: | $1,100.00 |

Dining Room
Description of Property

Value of each item

| | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Table(s) | $1,000.00 | $100.00 | | | | $1,100.00 |
| Chair(s)        (10) (5) | $500.00 | $125.00 | | | | $625.00 |
| Lamp(s) | | | | | | $0.00 |
| China Closet(s) | | | | | | $0.00 |
| China | | | | | | $0.00 |
| Silverware     (50) (52) | $50.00 | $52.00 | | | | $102.00 |
| Other: | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | Total: | $1,827.00 |

Bedrooms
Description of Property

| | | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|---|
| | | Value of each item | | | | | |
| Bed(s) | 7 | $1,100.00 | | | | | $1,100.00 |
| Chair(s) | 3 | $150.00 | | | | | $150.00 |
| Dresser(s) | 5 | $300.00 | | | | | $300.00 |
| Chest(s) of Drawers | 3 | $150.00 | | | | | $150.00 |
| Desk(s) | 2 | $100.00 | | | | | $100.00 |
| Mirror(s) | 5 | $50.00 | | | | | $50.00 |
| Lamp(s) | 7 | $70.00 | | | | | $70.00 |
| Vanity(s) | 3 | $150.00 | | | | | $150.00 |
| Radio(s) | | | | | | | $0.00 |
| Television(s) | 2 | $200.00 | | | | | $200.00 |
| Stereo(s) | | | | | | | $0.00 |
| VCR/DVD Player(s) | 2 | $20.00 | | | | | $20.00 |
| Computer(s) | | $200.00 | | | | | $200.00 |
| Other: | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | Total: | $2,490.00 |

Kitchen
Description of Property

| | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| | Value of each item | | | | | |
| Table(s) | | | | | | $0.00 |
| Chair(s)          (2) | $25.00 | $25.00 | | | | $50.00 |
| Microwave(s) | $50.00 | | | | | $50.00 |
| Refrigerator(s)       (2) | $100.00 | $100.00 | | | | $200.00 |
| Deep Freezer(s) | | | | | | $0.00 |
| Dishwasher(s) | $100.00 | | | | | $100.00 |
| Washing Machine(s) | $100.00 | | | | | $100.00 |
| Dryer(s) | $100.00 | | | | | $100.00 |
| Stove(s)          (3) | $300.00 | | | | | $300.00 |
| Dishes          (80) | $80.00 | | | | | $80.00 |
| Cookware          (59) | $59.00 | | | | | $59.00 |
| Other: Laundry Room | | | | | | $0.00 |
| Refrigerator | $100.00 | | | | | $100.00 |
| Stove          (2) | $100.00 | $100.00 | | | | $200.00 |
| | | | | | | $0.00 |
| | | | | | Total: | $1,339.00 |

Other Rooms (Hallways,Bathrooms,Garage,Attic,Basement,Shed, etc.
Description of Property

Value of each item

| | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Computer(s) | | | | | | $0.00 |
| Radio(s) | $50.00 | | | | | $50.00 |
| Stereo(s) | | | | | | $0.00 |
| Desk(s) | $25.00 | | | | | $25.00 |
| Chair(s) | $10.00 | | | | | $10.00 |
| Game Table(s) | $500.00 | | | | | $500.00 |
| Sewing Machine(s) | | | | | | $0.00 |
| Vacuum Cleaner(s) | $50.00 | | | | | $50.00 |
| Iron(s) | $20.00 | | | | | $20.00 |
| Camera(s) | | | | | | $0.00 |
| Air Conditioner(s) | | | | | | $0.00 |
| Tool(s) | | | | | | $0.00 |
| Lawn Mower(s) | | | | | | $0.00 |
| Other: | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | Total: | $655.00 |

| | |
|---|---|
| Total Value of all Household Goods | $7,411.00 |

United States Bankruptcy Court
Eastern District of Kentucky

In re **Jennys Creek**

Case No. _____

_____

HOUSEHOLD GOODS SHEET
Household Goods List

Living Room
Description of Property

Value of each item

| | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Couch(es) | | | | | | $0.00 |
| Bookcase(s) | | | | | | $0.00 |
| Desk(s) | | | | | | $0.00 |
| Chair(s) | | | | | | $0.00 |
| Table(s) | | | | | | $0.00 |
| Lamp(s) | | | | | | $0.00 |
| Radio(s) | | | | | | $0.00 |
| Television(s) | $500.00 | | | | | $500.00 |
| Stereo(s) | | | | | | $0.00 |
| VCR/DVD Player(s) | $50.00 | | | | | $50.00 |
| Other: | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | Total: | $550.00 |

Dining Room
Description of Property

Value of each item

| | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Table(s) | $200.00 | | | | | $200.00 |
| Chair(s)          (7) | $210.00 | | | | | $210.00 |
| Lamp(s) | | | | | | $0.00 |
| China Closet(s) | | | | | | $0.00 |
| China | | | | | | $0.00 |
| Other: | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | Total: | $410.00 |

Bedrooms
Description of Property

Value of each item

|  | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Bed(s) | $200.00 | | | | | $200.00 |
| Chair(s) | | | | | | $0.00 |
| Dresser(s) | $200.00 | | | | | $200.00 |
| Chest(s) of Drawers | $75.00 | | | | | $75.00 |
| Desk(s) | | | | | | $0.00 |
| Mirror(s) | $50.00 | | | | | $50.00 |
| Lamp(s) | | | | | | $0.00 |
| Vanity(s) | | | | | | $0.00 |
| Radio(s) | | | | | | $0.00 |
| Television(s) | | | | | | $0.00 |
| Stereo(s) | | | | | | $0.00 |
| VCR/DVD Player(s) | | | | | | $0.00 |
| Computer(s) | | | | | | $0.00 |
| Other: | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | Total: | $525.00 |

Kitchen

Description of Property

Value of each item

|  | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|
| Table(s) | | | | | | $0.00 |
| Chair(s) | | | | | | $0.00 |
| Microwave(s) | $100.00 | | | | | $100.00 |
| Refrigerator(s) | $1,000.00 | | | | | $1,000.00 |
| Deep Freezer(s) | | | | | | $0.00 |
| Dishwasher(s) | $200.00 | | | | | $200.00 |
| Washing Machine(s) | $100.00 | | | | | $100.00 |
| Dryer(s) | $100.00 | | | | | $100.00 |
| Stove(s) | $200.00 | | | | | $200.00 |
| Dishes | | | | | | $0.00 |
| Cookware | | | | | | $0.00 |
| Other: | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | Total: | $1,700.00 |

Other Rooms (Hallways,Bathrooms,Garage,Attic,Basement,Shed, etc.

Description of Property

Value of each item

|  | 1 | 2 | 3 | 4 | 5 | Total Value |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Computer(s) | | | | | $0.00 |
| Radio(s) | | | | | $0.00 |
| Stereo(s) | | | | | $0.00 |
| Desk(s) | | | | | $0.00 |
| Chair(s) | | | | | $0.00 |
| Game Table(s) | | | | | $0.00 |
| Sewing Machine(s) | | | | | $0.00 |
| Vacuum Cleaner(s) | | | | | $0.00 |
| Iron(s) | | | | | $0.00 |
| Camera(s) | | | | | $0.00 |
| Air Conditioner(s) | | | | | $0.00 |
| Tool(s) | | | | | $0.00 |
| Lawn Mower(s) | $2,000.00 | | | | $2,000.00 |
| Other: | | | | | $0.00 |
| Printer | $200.00 | | | | $200.00 |
| | | | | Total: | $2,200.00 |

| | |
|---|---|
| Total Value of all Household Goods | $5,385.00 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Charles R. Bradley** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **47 Mountain View Prestonsburg, KY 41653  Floyd County House & Lot, 47 Mountain View, Prestonsburg, KY 41653. DB 487/677** Line from *Schedule A/B*: **1.9** | $300,000.00 | ■ | $11,825.00 | 11 U.S.C. § 522(d)(1) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2010 Toyota 4Runner VIN 6196, gift from father** Line from *Schedule A/B*: **3.26** | $22,000.00 | ■ | $3,775.00 | 11 U.S.C. § 522(d)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Household furnishings in 47 Mountain View (estranged spouse may claim an interest in the household goods)** Line from *Schedule A/B*: **6.1** | $7,411.00 | ■ | $7,411.00 | 11 U.S.C. § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **household goods - Jenny's Creek house (estranged spouse may claim an interest in the household goods)** Line from *Schedule A/B*: **6.2** | $5,385.00 | ■ | $5,214.00 | 11 U.S.C. § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                  Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Universal life insurance policy with Midland National Life Insurance Company; face value $3,750,000; proceeds assigned to First Commonwealth Bank, Prestonsburg on 9/20/12, policy no. ****4008 Beneficiary: Whitney Bradley** Line from *Schedule A/B*: **31.1** | $54,819.33 | ☐ _____ ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 04/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|

Debtor 1        **Charles R. Bradley**
_____
First Name                Middle Name                Last Name

Debtor 2
(Spouse if, filing)    _____
First Name                Middle Name                Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number
(if known)    _____

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| **2.1** | **1st Trust Bank of Hazard, Inc.**<br>Creditor's Name | **Describe the property that secures the claim:** | $645,220.74 | Unknown | Unknown |
|---|---|---|---|---|---|

**Oil & Gas leases in Floyd & Leslie counties, Floyd Co. DB 528/447; 477/174; 494/471; 495/398 & 401.**

**24 Commerce Dr.**
**Hazard, KY 41701**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **July 24, 2013**        Last 4 digits of account number    **2400**

| **2.2** | **Citizens Bank of Kentucky**<br>Creditor's Name | **Describe the property that secures the claim:** | $651,209.31 | Unknown | Unknown |
|---|---|---|---|---|---|

**Oil & gas wells and leases in Leslie (13), Letcher (56) and Perry (12) counties. MB 267/679 - Letcher; MB 118/091 Leslie; MB _____ Perry**

**620 Broadway**
**Paintsville, KY 41240-1366**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**

First Name     Middle Name     Last Name

Case number *(if know)* _____

☐ **Check if this claim relates to a community debt**    ☐ Other (including a right to offset) _____

Date debt was incurred __3/14/08__    Last 4 digits of account number __3300__

---

| 2.3 | **Citizens Bank of Kentucky** | Describe the property that secures the claim: | $50,438.08 | Unknown | Unknown |

Creditor's Name

> **Oil & gas leases in Leslie (13), Letcher (56) and Perry (12) counties. Leslie Co. MB 119/776; Letcher Co. MB 271/29; Perry Co. MB 293.290.**

**620 Broadway St**
**Paintsville, KY 41240**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __1/1/2011__    Last 4 digits of account number __3961__

---

| 2.4 | **Community Trust Bank, Inc.** | Describe the property that secures the claim: | $139,336.39 | Unknown | Unknown |

Creditor's Name

> **Russell Shepherd #1 Joint Venture, well(s) with Dwight Prater; based on assignment of leases dated 1/4/13, DB 595, P 69, Magoffin Co.  Wells pledged to secure loan from Community Trust Bank**
> **50 % ownership**

**346 N Mayo Trail**
**Pikeville, KY 41501**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number __4343__

---

| 2.5 | **Elmira Savings Bank** | Describe the property that secures the claim: | $376,468.00 | $479,000.00 | $0.00 |

Creditor's Name

> **427 E. Seneca St. Ithaca, NY 14850**
> **Tompkins County**
> **owned jointly with son, Trenton Bradley**

**333 E Water St**
**Elmira, NY 14901**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**                                    Case number (if know) _____

  First Name          Middle Name         Last Name

☐ Debtor 1 only                ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                     car loan)
☐ Debtor 1 and Debtor 2 only      ☐ Statutory lien (such as tax lien, mechanic's lien)
■ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**      ☐ Other (including a right to offset) _____
    **community debt**

Date debt was incurred   **January, 2015**    Last 4 digits of account number   **4392**

| 2.6 | **First Commonwealth Bank** | Describe the property that secures the claim: | $7,075.14 | $22,650.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2013 Ford F250
Basin Energy, VIN 2145, green, used by employee**

**311 North Arnold Aveue
Prestonsburg, KY 41653**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only              ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                   car loan)
☐ Debtor 1 and Debtor 2 only      ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**      ☐ Other (including a right to offset) _____
    **community debt**

Date debt was incurred  _____    Last 4 digits of account number   **4336**

| 2.7 | **First Commonwealth Bank** | Describe the property that secures the claim: | $7,013.28 | $21,250.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2012 Ford F250
Basin Energy, VIN 0541, white, well tending truck, lien to 1st Commonwealth Bank**

**311 North Arnold Aveue
Prestonsburg, KY 41653**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only              ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                   car loan)
☐ Debtor 1 and Debtor 2 only      ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**      ☐ Other (including a right to offset) _____
    **community debt**

Date debt was incurred  _____    Last 4 digits of account number   **3461**

| 2.8 | **First Commonwealth Bank** | Describe the property that secures the claim: | $24,250.75 | $27,500.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2015 Toyota Tundra
Basin Energy, VIN 2609, white, used by consultant, lien to 1st Commonwealth Bank**

**311 North Arnold Aveue
Prestonsburg, KY 41653**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Debtor 1    **Charles R. Bradley**
      First Name      Middle Name      Last Name

Case number (if know) _____

_____
Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred _____    Last 4 digits of account number    **5230**

---

| 2.9 | **First Commonwealth Bank** | | $290,371.46 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **line of credit secured by multitude of wells in Floyd, Knott, Letcher and Perry counties**

**311 North Arnold Aveue
Prestonsburg, KY 41653**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred _____    Last 4 digits of account number    **3002**

---

| 2.10 | **First Commonwealth Bank** | | $9,336.83 | $25,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2015 Toyota Tundra
> Basin Energy, VIN 3020, white, used by employee, lien to 1st Commonwealh Bank**

**311 North Arnold Aveue
Prestonsburg, KY 41653**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred _____    Last 4 digits of account number    **5354**

---

| 2.11 | **First Commonwealth Bank** | | $21,010.50 | $23,500.00 | $0.00 |
|---|---|---|---|---|---|

**Describe the property that secures the claim:**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

First Name          Middle Name          Last Name

Case number (if know) _____

---

Creditor's Name

**2015 Chevrolet Silverado Basin Energy, VIN 1083, black, used by employee, lien to 1st Commonwealth Bank**

**311 North Arnold Aveue Prestonsburg, KY 41653**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **1444**

---

| 2.1 2 | **First Commonwealth Bank** | Describe the property that secures the claim: | $1,202,480.55 | $54,819.33 | $1,147,661.2 2 |

Creditor's Name

**Universal life insurance policy with Midland National Life Insurance Company; face value $3,750,000; proceeds assigned to First Commonwealth Bank, Prestonsburg on 9/20/12, policy no. ****4008.  Also secured by multitude of wells.**

**311 North Arnold Ave Prestonsburg, KY 41653**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2012**    Last 4 digits of account number    **3653**

---

| 2.1 3 | **Internal Revenue Service** | Describe the property that secures the claim: | $1,545,637.73 | Unknown | Unknown |

Creditor's Name

**All property of debtor located in Floyd County, Kentucky**

**P.O. Box 7346 Philadelphia, PA 19101-7346**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 7

Debtor 1    **Charles R. Bradley**                                                    Case number (if know)  _____

First Name          Middle Name          Last Name

☐ **Check if this claim relates to a**          ☐ Other (including a right to offset)  _____
**community debt**

Date debt was incurred    **2014**          Last 4 digits of account number    **3813**

| | | | | |
|---|---|---|---|---|
| **2.1 4** | **U.S. Bank N.A.** | Describe the property that secures the claim: | $79,002.96 | Unknown | Unknown |

Creditor's Name

> **Guarantee of Revolving Credit agreement secured by Big Branch, LLC real property, MB 634/96. Debtor is sole member of Big Branch LLC**

**400 City Center**
**Oshkosh, WI 54901**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a**
**community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred    **4/23/13**          Last 4 digits of account number    **7591**

| | | | | |
|---|---|---|---|---|
| **2.1 5** | **United Bank** | Describe the property that secures the claim: | $12,797.10 | $25,000.00 | $0.00 |

Creditor's Name

> **2012 Land Rover Range Rover**
> **Unknown miles**
> **Co-owned with Troublesome Creek Gas Corp.**

**500 Virginia Street East**
**Charleston, WV 25392**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a**
**community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

**Opened**
**11/01/11**
**Last Active**
Date debt was incurred    **11/13/14**          Last 4 digits of account number    **4742**

| | | | | |
|---|---|---|---|---|
| **2.1 6** | **US Bank Equipment Finance** | Describe the property that secures the claim: | $13,499.11 | $40,000.00 | $0.00 |

Creditor's Name

> **John Deere FF160 Excavator, VIN ***5958**

**1310 Madrid St., Ste. 106**
**Marshall, MN 56258**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 7

| Debtor 1 | **Charles R. Bradley** | | Case number (if know) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **6/28/13**     Last 4 digits of account number **1129**

---

**2.17**

**US Bank, N.A.**
Creditor's Name

**4325 17th Ave S.W.
Fargo, ND 58103**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:            $79,890.69     $300,000.00     $0.00

**47 Mountain View Prestonsburg, KY 41653  Floyd County. MB 526/501 House & Lot, 47 Mountain View, Prestonsburg, KY 41653. DB 487/677**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred **1/16/07**     Last 4 digits of account number **9988**

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $5,155,038.62 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $5,155,038.62 |

---

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Jill Hall Rose, Esq.
Kim Garrison, Esq.
154 N. Ashland Ave
Lexington, KY 40502**

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Jill Hall Rose, Esq.
Kim Garrison, Esq.
154 N. Ashland Ave.
Lexington, KY 40502**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number ___

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 7 of 7

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Charles R. Bradley** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| **2.1** | **Benjamin Mosley** | Last 4 digits of account number _____ | **Unknown** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**PO Box 1041**
**Hindman, KY 41822**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

☐ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

■ Other. Specify   **Wages, salaries, and commissions**
                        **wages**

Debtor 1   **Charles R. Bradley**

Case number (if know)

---

| 2.2 | **Brandon Murphy** | Last 4 digits of account number | | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**282 Community Church Road**
**Hueysville, KY 41640**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Wages, salaries, and commissions**
**wages**

---

| 2.3 | **Byron Amburgey** | Last 4 digits of account number | | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**PO Box 162**
**Garner, KY 41817**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Wages, salaries, and commissions**
**wages**

---

| 2.4 | **Case Bradley** | Last 4 digits of account number | | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**47 Moutain View**
**Prestonsburg, KY 41653**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Wages, salaries, and commissions**
**wages**

---

Debtor 1   **Charles R. Bradley** _____   Case number (*if know*) _____

---

| 2.5 | **Charles A. Banks** | Last 4 digits of account number _____ | | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**394 South Morgue Fork**
**Vancleve, KY 41385**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
   **wages**

---

| 2.6 | **Dennis W. Hicks** | Last 4 digits of account number _____ | | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Box 1**
**Sharp Drive, Lot 19**
**Hazard, KY 41701**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
   **wages**

---

| 2.7 | **Drew R. Petry** | Last 4 digits of account number _____ | | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**299 Oak Lane**
**Prestonsburg, KY 41653**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
   **wages**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   __Charles R. Bradley__                                                    Case number (if know) _____

---

| 2.8 | __Ethel P. Bradley__ | Last 4 digits of account number _____ | __Unknown__ | __$0.00__ | __$0.00__ |

Priority Creditor's Name
__c/o Louis P. Winner, Esq.__
__Clay Daniel Walton & Adams PLC__
__462 South Fourth St., Ste. 101__
__Louisville, KY 40202__
Number Street City State Zip Code

When was the debt incurred?    __2016__

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only       ■ Contingent

☐ Debtor 1 and Debtor 2 only       ■ Unliquidated

☐ At least one of the debtors and another       ■ Disputed

☐ **Check if this claim is for a community debt**       **Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**       ☐ Domestic support obligations

■ No       ☐ Taxes and certain other debts you owe the government

☐ Yes       ☐ Claims for death or personal injury while you were intoxicated

       ☐ Other. Specify
       **divorce action - maintenance requested**

---

| 2.9 | __Eugene Mosley__ | Last 4 digits of account number | __Unknown__ | __$0.00__ | __$0.00__ |

Priority Creditor's Name
__PO Box 1041__
__Hindman, KY 41822__
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only       ■ Contingent

☐ Debtor 1 and Debtor 2 only       ■ Unliquidated

☐ At least one of the debtors and another       ☐ Disputed

☐ **Check if this claim is for a community debt**       **Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**       ☐ Domestic support obligations

■ No       ☐ Taxes and certain other debts you owe the government

☐ Yes       ☐ Claims for death or personal injury while you were intoxicated

       ■ Other. Specify   **Wages, salaries, and commissions**
       **wages**

---

| 2.10 | __Internal Revenue Service__ | Last 4 digits of account number __3813__ | __$1,600,000.00__ | __Unknown__ | __Unknown__ |

Priority Creditor's Name
__P.O. Box 7346__
__Philadelphia, PA 19101-7346__
Number Street City State Zip Code

When was the debt incurred?    __2014, 2015__

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only       ☐ Contingent

☐ Debtor 1 and Debtor 2 only       ☐ Unliquidated

■ At least one of the debtors and another       ☐ Disputed

☐ **Check if this claim is for a community debt**       **Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**       ☐ Domestic support obligations

■ No       ■ Taxes and certain other debts you owe the government

☐ Yes       ☐ Claims for death or personal injury while you were intoxicated

       ☐ Other. Specify
       **Federal Taxes**

---

Debtor 1   **Charles R. Bradley**                                          Case number (if know)

---

**2.1**
**1**

**Johnny L. Johnson**
Priority Creditor's Name
**11429 KY Rt 194**
**Prestonsburg, KY 41653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number          **Unknown**          $0.00          $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
**wages**

---

**2.1**
**2**

**Kimberly M. Lockhart**
Priority Creditor's Name
**429 Ratliff Creek Rd.**
**Pikeville, KY 41501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number          **Unknown**          $0.00          $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions**
**wages**

---

**2.1**
**3**

**KY Dept. of Revenue**
Priority Creditor's Name
**Legal Branch - Bankruptcy**
**Section**
**P. O. Box 5222**
**Frankfort, KY 40602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number          **$404,352.57**          $0.00          $404,352.57

**When was the debt incurred?**   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   **state income taxes**

---

Debtor 1   **Charles R. Bradley**                                         Case number *(if know)*

---

| 2.1 4 | **Larry R. Petry** | Last 4 digits of account number ___ ___ ___ ___ | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name
**4263 KY Rt. 114**
**Prestonsburg, KY 41653**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions wages**

---

| 2.1 5 | **Marvella Hood** | Last 4 digits of account number ___ ___ ___ ___ | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name
**PO Box 232**
**Wheelwright, KY 41669**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions wages**

---

| 2.1 6 | **Thurman D. Ferrell** | Last 4 digits of account number ___ ___ ___ ___ | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name
**349 Big Lick Road**
**Salyersville, KY 41465**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Wages, salaries, and commissions wages**

---

**Part 2:** **List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of

---

Debtor 1  **Charles R. Bradley**                                        Case number *(if know)*

| Part 2. | |
|---|---|

| | | Total claim |
|---|---|---|

**4.1**  **A COW HOLBROOK INC**

Nonpriority Creditor's Name

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **limited partner**

---

**4.2**  **AARON L BAKER**

Nonpriority Creditor's Name

**143 SUMMERFIELD CRL
GROVETOWN, GA 30813**

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **limited partner**

---

**4.3**  **AARON MORRIS**

Nonpriority Creditor's Name

**117 ROLLING HILLS RD
RUSSELL SPRINGS, KY 42642**

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| Debtor 1 | **Charles R. Bradley** | Case number (if know) |
|---|---|---|

---

| 4.4 | **AARON NICKLES** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**1626 ELIZABETH DR
THOMSON, GA 30824**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify     **limited partner**

---

| 4.5 | **ABBIE STALLARD-BAILEY** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**67 HIGH STREET
JENKINS, KY 41537**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify     **limited partner**

---

| 4.6 | **Action Auto Supply** | | Last 4 digits of account number | **537** | **$2,355.07** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**6298 Highway 15
Whitesburg, KY 41858**

Number Street City State Zip Code

When was the debt incurred?     **2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify     **trade debt**

---

Debtor 1    **Charles R. Bradley**                                          Case number *(if know)*

---

| 4.7 | **ADA CLEM** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**163 E LOUDON AVENUE**
**LEXINGTON, KY 40505**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.8 | **ADA WARD TRUST** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.9 | **ADEAN COMBS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**111 W CLARK STREET**
**SWAYZEE, IN 46986**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 0 | | | |

**ADINAH CORNETT**

Nonpriority Creditor's Name

**2840 CARAMBOLA CRL S**
**COCONUT CREEK, FL 33066**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 1 | | | |

**ADRIAN NICKLES**

Nonpriority Creditor's Name

**BOX 1974 HWY 582**
**PINE TOP, KY 41843**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 2 | | | |

**AFORCE INC**

Nonpriority Creditor's Name

**6 MAIN STREET**
**OCEANPORT, NJ 07757**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
3**

**Aimco-Palazzo at Park La Brea**

Nonpriority Creditor's Name

**5680 Greenwood Plaza
Suite 350
Greenwood Village, CO 80111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1627**                 **$27,170.88**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **apartment - final balance due**

---

**4.1
4**

**ALBERT AND KATHRYN BECKER**

Nonpriority Creditor's Name

**718 S EIGHTH AVE
GALLOWAY, NJ 08205**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                 **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
5**

**ALBERT LITTLE**

Nonpriority Creditor's Name

**PO BOX 87
CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                 **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                                    Case number *(if know)*

---

| 4.1 6 | **ALBERTA TRUSTY** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1462 LEMKE RD**
**BEAVER CREEK, OH 45434**

When was the debt incurred?

Number City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only                                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                 ■ Disputed
☐ At least one of the debtors and another
■ **Check if this claim is for a community**                  **Type of NONPRIORITY unsecured claim:**
**debt**                                                     ☐ Student loans
**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                             report as priority claims
■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                        ■ Other. Specify   **limited partner**

---

| 4.1 7 | **ALBON MEADE** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 337**
**STANVILLE, KY 41659**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only                                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                 ■ Disputed
☐ At least one of the debtors and another
☐ **Check if this claim is for a community**                 **Type of NONPRIORITY unsecured claim:**
**debt**                                                     ☐ Student loans
**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                             report as priority claims
■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                        ■ Other. Specify   **limited partner**

---

| 4.1 8 | **ALBON MEADE & SONS CONSTRUCTION** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 337**
**STANVILLE, KY 41659**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only                                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                                 ■ Disputed
☐ At least one of the debtors and another
☐ **Check if this claim is for a community**                 **Type of NONPRIORITY unsecured claim:**
**debt**                                                     ☐ Student loans
**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                             report as priority claims
■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                        ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.19**

**ALBON WADE MEADE**

Nonpriority Creditor's Name

**PO BOX 441**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.20**

**ALCIE COMBS ESTATE-JAMES D WALLEN EXEC**

Nonpriority Creditor's Name

**PO BOX 1349**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.21**

**ALEX M JOHNSON III**

Nonpriority Creditor's Name

**5028 SOUTH CROSS POINT CIRCLE**
**RICHMOND, KY 40475**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (*if know*)

| 4.2 2 | **ALEXANDRA M SPARKS** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**700 SPOUT SPRINGS ROAD**
**IRVINE, KY 40336**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ No
- ☐ Yes

- ☐ Other. Specify   **limited partner**

---

| 4.2 3 | **ALEXXA KAY PARTNERS** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 159**
**HAROLD, KY 41635**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ No
- ☐ Yes

- ☐ Other. Specify   **limited partner**

---

| 4.2 4 | **ALEXXA KAY PARTNERS 2** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 159**
**HAROLD, KY 41635**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ No
- ☐ Yes

- ☐ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.25**

**ALICE F SIMPSON**
Nonpriority Creditor's Name
**9901 WINDFALL TRACE**
**LOUISVILLE, KY 40223**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.26**

**ALICE HADDIX**
Nonpriority Creditor's Name
**PO BOX 72**
**VANCLEVE, KY 41385**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.27**

**ALICE HALL-ADM ESTATE OF SERENA CORNETT**
Nonpriority Creditor's Name

Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**                                    Case number *(if know)*

---

| 4.2 8 | |
|---|---|

**ALICE JUNE ROTH**
Nonpriority Creditor's Name

**1897 HICKORY RIDGE DRIVE**
**DAYTON, OH 45432**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.2 9 | |
|---|---|

**ALICE SLONE CLICK**
Nonpriority Creditor's Name

**7805 CARTER DRIVE**
**WAYNESVILLE, OH 45068**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.3 0 | |
|---|---|

**ALLEN CASEBOLT**
Nonpriority Creditor's Name

**7682 REIDENBAUGH ROAD**
**CONVOY, OH 45832**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.3
1**

**ALLYSON JUSTICE**

Nonpriority Creditor's Name

**PO BOX 2198**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.3
2**

**ALMA CAUDILL**

Nonpriority Creditor's Name

**790 HWY 2035**
**WHITESBURG, KY 41858**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.3
3**

**ALMA CODY**

Nonpriority Creditor's Name

**51 MAURICE CODY LN**
**AMBURGEY, KY 41773**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                      Case number *(if know)*

| 4.3 4 | **ALMA LAND CO** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.3 5 | **ALTA COMBS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 41**
**BLANCHESTER, OH 45107**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.3 6 | **ALTON L CORNETT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**6055 FILAGER RD**
**BATAVIA, OH 45103**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.3 7**

**ALVA MITCHELL**

Nonpriority Creditor's Name

**PO BOX 130**
**TEABERRY, KY 41660**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.3 8**

**ALVIE RATLIFF**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.3 9**

**ALYSSA NEWMAN**

Nonpriority Creditor's Name

**104 STRAIGHT ROW**
**JENKINS, KY 41537**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know)

---

| 4.40 | | |
|---|---|---|

**AMON G CARTER FOUNDATION**

Nonpriority Creditor's Name

**201 MAIN STREET SUITE 1945**
**FORT WORTH, TX 76102-3105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.41 | | |
|---|---|---|

**AMY BUSH GROW**

Nonpriority Creditor's Name

**PO BOX 938**
**BEATTYVILLE, KY 41311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.42 | | |
|---|---|---|

**AMY MCVEY**

Nonpriority Creditor's Name

**621 HUNTERS GREEN CT**
**LEXINGTON, KY 40509**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (*if know*)

---

**4.4 3**

**AMY SPARKS**
Nonpriority Creditor's Name

**4603 MOBIUS RD**
**FAYETTEVILLE, NC 28312**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

**4.4 4**

**AMY THOMPSON**
Nonpriority Creditor's Name

**138 MARNE DR**
**HUNTINGTON, WV 25705**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

**4.4 5**

**ANACONDA PRODUCTION 1 LLC**
Nonpriority Creditor's Name

**2365 HARRODSBURG ROAD SUITE A110**
**LEXINGTON, KY 40504**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number (*if know*)

---

| **4.4 6** | **ANDREW ADAMS** | | | | **Unknown** |

Nonpriority Creditor's Name

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| **4.4 7** | **ANDREW GRAHAM** | | | | **Unknown** |

Nonpriority Creditor's Name
**1058 TERRILL ROAD**
**CAMPTON, KY 41301**

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| **4.4 8** | **ANDREW GRAHAM** | | | | **Unknown** |

Nonpriority Creditor's Name
**1058 TERRILL ROAD**
**CAMPTON, KY 41301**

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**                                                                        Case number *(if know)*

---

**4.49**

**ANDREW H GRIFFITH**

Nonpriority Creditor's Name

**2141 MILLS LN**
**FRANKFORT, KY 40601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.50**

**ANDREW MOORE**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.51**

**ANDREW SHORT**

Nonpriority Creditor's Name

**412 TRIPLE CROWN WAY**
**MARYSVILLE, OH 43040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.5
2**

**ANDY ADAMS**

Nonpriority Creditor's Name

**55 VERNE HORNE DR
STAFFORDSVILLE, KY 41256**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.5
3**

**ANGELA SPIRES**

Nonpriority Creditor's Name

_____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.5
4**

**ANGELENA COLLINS**

Nonpriority Creditor's Name

**150 QUAIL RIDGE
PRESTONSBURG, KY 41653**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                    Case number *(if know)*

| 4.5 5 | **ANGIE LAVERNE CRACE** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

■ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

□ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **limited partner**

□ Yes

---

| 4.5 6 | **ANITA GIBSON** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1049 HIGH POINT DRIVE**
**NICHOLASVILLE, KY 40356**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

■ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

□ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **limited partner**

□ Yes

---

| 4.5 7 | **ANITA HAJIVANDI** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**37817 ST RTE 124**
**POMEROY, OH 45769**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

■ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

□ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **limited partner**

□ Yes

---

Debtor 1    **Charles R. Bradley**    Case number (if know)

---

**4.58**

**ANITA KAREN EMERSON**

Last 4 digits of account number _____    Unknown

Nonpriority Creditor's Name
**11314 STAR RT 118**
**VAN WERT, OH 45891**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

**4.59**

**ANITA WHITAKER JONES**

Last 4 digits of account number _____    Unknown

Nonpriority Creditor's Name
**500 CURD LANE**
**WILMORE, KY 40390**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

**4.60**

**ANN BRONSON**

Last 4 digits of account number _____    Unknown

Nonpriority Creditor's Name
**1179 N DICKSON ST**
**KIRKWOOD, MO 63122**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

Debtor 1  **Charles R. Bradley**

Case number (if know)

---

**4.6**
**1**

**ANN J PRATT**
Nonpriority Creditor's Name
**101 S HANOVER AVE #2H**
**LEXINGTON, KY 40502**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.6**
**2**

**ANN MEADE**
Nonpriority Creditor's Name
**244 E TIVERTONWAY**
**LEXINGTON, KY 40517**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.6**
**3**

**ANNA ADAMS**
Nonpriority Creditor's Name
**199 4B RACING RD**
**BLACKEY, KY 41804**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.64**

**ANNA HUFF**
Nonpriority Creditor's Name
**5633 E 900 N**
**KENDALLVILLE, IN 46755**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.65**

**ANNA ISON**
Nonpriority Creditor's Name
**PO BOX 94**
**ELLIOTTVILLE, KY 40317**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.66**

**ANNA J LYNCH**
Nonpriority Creditor's Name
**1512 BLAIR BRANCH RD**
**JEREMIAH, KY 41826**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                                Case number *(if know)*

---

**4.6 7**

**ANNA M ALLEN**
Nonpriority Creditor's Name

**PO BOX 76**
**VANCLEVE, KY 41385**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

**4.6 8**

**ANNA M LEEDY**
Nonpriority Creditor's Name

**3105 MOHAWK ST**
**MIDDLETOWN, OH 45044**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

**4.6 9**

**ANNA SUE WALLEN CHAFFINS**
Nonpriority Creditor's Name

**PO BOX 002**
**MOUSIE, KY 41839**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.70**

**ANNA TYRA**

Nonpriority Creditor's Name

**84 TERRILL ROAD**
**CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.71**

**ANNA TYRA**

Nonpriority Creditor's Name

**84 TERRILL ROAD**
**CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.72**

**ANNE B MILLER**

Nonpriority Creditor's Name

**8921 NEWTON DR**
**LANTANA, TX 76226**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

| | |
|---|---|
| **4.7 3** | |

## ANNE G ROGERS

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| | |
|---|---|
| **4.7 4** | |

## ANNETTE MINIARD

Nonpriority Creditor's Name

**1041 MUDLICK RD**
**YEADDISS, KY 41777**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| | |
|---|---|
| **4.7 5** | |

## ANNIE L WORKMAN

Nonpriority Creditor's Name

**352 STARBYCJ ROAD**
**SUMMERSVILLE, WV 26657**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                  Case number *(if know)*

---

| 4.7 6 | **ANNIE M COLLINS** | | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**150 QUAIL RIDGE**
**PRESTONSBURG, KY 41653**
Number City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner** _____

---

| 4.7 7 | **ANTHONY BLAIR** | | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**490 LETCHER DR**
**JEREMIAH, KY 41826**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner** _____

---

| 4.7 8 | **ANTHONY CARPENTER** | | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.7 9 | | |
|---|---|---|

**ANTHONY FORLINI**

Nonpriority Creditor's Name

**6 MAIN STREET**
**OCEANPORT, NJ 07757**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only ■

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.8 0 | | |
|---|---|---|

**ANTHONY MCPEEK**

Nonpriority Creditor's Name

**2449 OLDE BRIDGE LANE**
**LEXINGTON, KY 40513**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.8 1 | | |
|---|---|---|

**ANTHONY NICKLES**

Nonpriority Creditor's Name

**162 HERB MOONEYHAM RD**
**SPENCER, TN 38585**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

**4.8 2**

**APRIL BACK STEVENS**
Nonpriority Creditor's Name
**123 4B RACING RD**
**LETCHER, KY 41832**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.8 3**

**ARCH BREWER**
Nonpriority Creditor's Name
**932 BELCHER FORK**
**JACKSON, KY 41339**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.8 4**

**ARCHROCK/EXTERRAN**
Nonpriority Creditor's Name
**P O Box 201160**
**Dallas, TX 75320-1160**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   **7721**              **$59,286.84**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **trade debt**

---

Debtor 1   **Charles R. Bradley**                                          Case number *(if know)*

---

**4.8 5**

**ARDELL S CAMPBELL**
Nonpriority Creditor's Name
**105 SCHOOLHOUSE RD**
**LIBERTY, KY 42539**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **limited partner**

---

**4.8 6**

**ARGONAUT INC**
Nonpriority Creditor's Name
**194 MEADOWVIEW STREET**
**PIKEVILLE, KY 41501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **limited partner**

---

**4.8 7**

**ARIZONA ADAMS**
Nonpriority Creditor's Name
**334 BLAIR BRANCH ROAD**
**JEREMIAH, KY 41826-9021**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.8
8**

**ARLENA SISK**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.8
9**

**ARNOLD PARKS**

Nonpriority Creditor's Name

**355 SHOCKEY FORK RD
CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.9
0**

**ARNOLD TURNER JR**

Nonpriority Creditor's Name

**PO BOX 527
ALLEN, KY 41601**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

---

**4.9 1**

**ARTHUR MARSHALL**
Nonpriority Creditor's Name

**1907 N CARPENTER RD**
**TITUSVILLE, FL 32796**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.9 2**

**ARTIE SHEPHERD**
Nonpriority Creditor's Name

**11298 HWY 7 S**
**BLACKEY, KY 41804**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.9 3**

**ARVEL AMBURGEY**
Nonpriority Creditor's Name

**PO BOX 185**
**PINE TOP, KY 41843**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (if know)

---

**4.9 4**

**ATHA CLAUDE SWINEY**
Nonpriority Creditor's Name
**266 BOURBON ACRES ROAD**
**PARIS, KY 40361**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.9 5**

**AUBREY BRANSON SR**
Nonpriority Creditor's Name
**PO BOX 202**
**COLLINS, MO 64738**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.9 6**

**AUDIE BANKS**
Nonpriority Creditor's Name
**1030 GOSHEN RD**
**WINCHESTER, KY 40391**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**

Case number (if know)

---

**4.9 7**

**AUDIE BANKS**
Nonpriority Creditor's Name
**PO BOX 912**
**WINCHESTER, KY 40392**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number                                      **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.9 8**

**AUDREY GRIFFITH**
Nonpriority Creditor's Name
**490 W MICHIGAN ST**
**CLAYTON, IN 46118**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number                                      **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.9 9**

**Auto Mart**
Nonpriority Creditor's Name
**P O Box 450**
**Hindman, KY 41822**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **3100**                           **$1,545.37**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **trade debt**

---

Debtor 1  **Charles R. Bradley**                                                    Case number (if know)

---

| 4.1 00 | **AVA BLAIR** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**172 PARADISE LN**
**WILLIAMSBURG, OH 45176**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 01 | **AVANELL PURDY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**12345 BEESTONE LN**
**RALEIGH, NC 27614**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 02 | **AVELENIA PARSONS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**97 BEAVERDAM RD**
**WHITESBURG, KY 41858**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 03 | **AVERY C EVERIDGE** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**7801 HALIFAX LN**
**LAFAYETTE, IN 47903**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

�■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

�■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

�■ Unliquidated

�■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

�■ Other. Specify    **limited partner**

---

| 4.1 04 | **B G LOVINS** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**6741 KY HWY 741**
**JACKSON, KY 41339**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

�■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

�■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

�■ Other. Specify    **limited partner**

---

| 4.1 05 | **B J THORNE** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**2540 LEE RD**
**MIMS, FL 32754**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

�■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

�■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

�■ Unliquidated

�■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

�■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                                     Case number *(if know)*

---

| 4.1 06 | **B W HENSON** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 511**
**JACKSON, KY 41339**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.1 07 | **BAILEY NATURAL GAS LLC** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 3098**
**PIKEVILLE, KY 41502**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.1 08 | **BALANCING ROYALTY HINKLE H2** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**                                                          Case number *(if know)*

| | | |
|---|---|---|
| 4.1 09 | **BALLARD BOGGS** | Last 4 digits of account number _____ **Unknown** |

Nonpriority Creditor's Name

**4909 McCORMICK RD**
**MT. STERLING, KY 40353**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

| | | |
|---|---|---|
| 4.1 10 | **BALLARD RAY** | Last 4 digits of account number _____ **Unknown** |

Nonpriority Creditor's Name

**PO BOX 216**
**HAROLD, KY 41635**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

| | | |
|---|---|---|
| 4.1 11 | **BANK OF JACKSON** | Last 4 digits of account number _____ **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 12 | **BANKS CHARLES** | | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**394 SOUTH MORGUE FORK**
**VANCLEVE, KY 41385**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 13 | **BANKS JAMES ADRIAN** | | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**2575 HOLLY ROAD**
**CAMPTON, KY 41301**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 14 | **BANKS JARED** | | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**482 SOUTH MORGUE FORK**
**VANCLEVE, KY 41385**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

| 4.1<br>15 | **BARB BREWER** | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**13643W 575S**
**SANDBORN, IN 47578**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1<br>16 | **BARBARA ANN MCBAY** | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1<br>17 | **BARBARA BAKER** | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**1447 COTSWOLD LN**
**HAMILTON, OH 45013**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number (if know)

---

**4.1 18**

**BARBARA D MADDEN**
Nonpriority Creditor's Name
**30 WHITE WATER RD**
**PINETOP, KY 41843**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 19**

**BARBARA DYE**
Nonpriority Creditor's Name
**3484 LANNETTE LANE**
**LEXINGTON, KY 40503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 20**

**BARBARA F AMBURGEY**
Nonpriority Creditor's Name
**1620 MCBRAYER ROAD**
**CLEARFIELD, KY 40313**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

**4.1 21**

## BARBARA GIRDLEY
Nonpriority Creditor's Name
**412 OAK STREET**
**RICHMOND, KY 40475**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number ____   **Unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 22**

## BARBARA HALL HANDSHOE
Nonpriority Creditor's Name
**6263 OLIVER ROAD**
**GREENVILLE, OH 45331**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number ____   **Unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 23**

## BARBARA J NOBLE
Nonpriority Creditor's Name
**PO BOX 303**
**STANTON, KY 40380**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number ____   **Unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
24**

**BARBARA L SLONE**

Nonpriority Creditor's Name

**4624 LITTLE LEATHERWOOD CRK RD**
**CORNETTSVILLE, KY 41731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
25**

**BARBARA REICH**

Nonpriority Creditor's Name

**17719 CARTHAGE AVENUE**
**SPRING HILL, FL 34610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
26**

**BARBARA RICKLEMAN**

Nonpriority Creditor's Name

**155 EAST BRANCH RD**
**EAST BERNSTADT, KY 40729**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number (if know) _____

---

**4.1 27**

**BARBARA SLONE**

Nonpriority Creditor's Name

**1878 HWY 582**
**MALLIE, KY 41836**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner** _____

---

**4.1 28**

**BARRY GENE MAYNARD**

Nonpriority Creditor's Name

**3941 RIGHT FORK OF BRUSHY RD**
**VARNEY, KY 41571**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner** _____

---

**4.1 29**

**BARRY H BRONSON**

Nonpriority Creditor's Name

**4200 BRIDGEWATER WAY APT 101**
**LEXINGTON, KY 40509**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1<br>30 | **BARRY NICKLES** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

**1502 TUNNEL MILL ROAD**
**CHARLESTOWN, IN 47111**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1<br>31 | **BART RISNER** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

**2780 OLD GAINSVILLE RD**
**SCOTTSVILLE, KY 42164**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1<br>32 | **BEATRICE DIXON** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

**101 BRENTLAWN ROAD**
**FRANKFORT, KY 40601-9779**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 33 | |
|---|---|

**BELINDA ROBERTSON**
Nonpriority Creditor's Name
**PO BOX 54**
**LOUISA, KY 41230**
Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 34 | |
|---|---|

**BELINDA SIPOS**
Nonpriority Creditor's Name
**3056 ELIZABETH ST**
**INDIANAPOLIS, IN 46234-1615**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 35 | |
|---|---|

**BEN A CORNETT**
Nonpriority Creditor's Name
**2691 EAST 400 NORTH**
**RENSSELAER, IN 47978**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Charles R. Bradley** _____     Case number *(if know)* _____

---

| 4.1 36 | |
|---|---|

**BENJAMIN CARROLL**
Nonpriority Creditor's Name
**PO BOX 2443**
**HONOLULU, HI 96804**
Number City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

| 4.1 37 | |
|---|---|

**BENJAMIN CASEBOLT**
Nonpriority Creditor's Name
**123 OAKLAND AVENUE**
**SPENCERVILLE, OH 45887**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

| 4.1 38 | |
|---|---|

**BENJAMIN H LYKINS**
Nonpriority Creditor's Name

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 39 | **BENJAMIN L SMITH** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**21387 COUNTY ROAD D**
**ARCHBOLD, OH 43502**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 40 | **BENNIE SEXTON** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**RR3 BOX 303-48A**
**BLOOMFIELD, IN 47424**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 41 | **BENNY R MEADE** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

| 4.1 42 | **BERNARD N NEWMAN** | | Last 4 digits of account number _____ | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**237 RANDLE AVENUE**
**OAK HILL, FL 32759**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

| 4.1 43 | **BERNICE CONRAD** | | Last 4 digits of account number _____ | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**101 RIDGEWAY DR**
**BRIDGEPORT, WV 26330**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

| 4.1 44 | **BERNICE HOWELL** | | Last 4 digits of account number _____ | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**635 WHITAKER ST**
**MOREHEAD, KY 40351**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 45 | **BERNICE SMITH** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**3017 LITTLE LEATHERWOOD ROAD**
**CORNETTSVILLE, KY 41731**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **limited partner**

---

| 4.1 46 | **BERNIE JACOBS** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **limited partner**

---

| 4.1 47 | **BERNIECE LAMPERT** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**41 PARKSIDE AVE**
**LAWRENCEBURG, IN 47025**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 48**

**BERRONG LAND SERVICE INC**

Nonpriority Creditor's Name

**1724 HEADLEY GREEN**
**LEXINGTON, KY 40504-2399**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

**4.1 49**

**BERRY COMBS**

Nonpriority Creditor's Name

**1653 BEATTYVILLE RD**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

**4.1 50**

**BERRY COMBS**

Nonpriority Creditor's Name

**1653 BEATTYVILLE RD**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.1 51 | |
|---|---|

**BESSIE HOFMANN**

Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1 52 | |
|---|---|

**BESSIE SLONE HALE**

Nonpriority Creditor's Name

**6608 SLEEPY HOLLOW PKWY**
**HILLSBORO, OH 45133-9397**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1 53 | |
|---|---|

**BETHANY BOLENDER**

Nonpriority Creditor's Name

**4263 TROTTERS WAY**
**BATAVIA, OH 45103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley**

Case number (*if know*)

---

| 4.1 54 | |
|---|---|

**BETHLEE SMITH**

Nonpriority Creditor's Name

**PO BOX 33**
**MOUSIE, KY 41839**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

| 4.1 55 | |
|---|---|

**BETTY A CRAWFORD**

Nonpriority Creditor's Name

**3262 COUNTY ROAD 721 LOOP**
**MOORE HAVEN, FL 33471**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

| 4.1 56 | |
|---|---|

**BETTY DAVIS**

Nonpriority Creditor's Name

**4608 BURCHDALE ST**
**KETTERING, OH 45440**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know)

---

**4.1
57**

**BETTY ESTHER PUCKETT**

Nonpriority Creditor's Name

**PO BOX 333
HAGER HILL, KY 41222**

Number City State ZIp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____                          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

**4.1
58**

**BETTY GENTRY**

Nonpriority Creditor's Name

**897 TURKEY FOOT RD
LEXINGTON, KY 40502**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____                          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

**4.1
59**

**BETTY HYATT**

Nonpriority Creditor's Name

**221 GALBRAITH CREEK ROAD
BRYSON CITY, NC 28713**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____                          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                               Case number *(if know)*

---

| 4.1 60 | |
|---|---|

**BETTY J CORNETT**
Nonpriority Creditor's Name
**125 MILITAW RD**
**SOMERSET, KY 42501**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 61 | |
|---|---|

**BETTY J HALL**
Nonpriority Creditor's Name
**PO BOX 2316**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 62 | |
|---|---|

**BETTY J HUNT**
Nonpriority Creditor's Name
**578 PETER PAN AVENUE**
**CROSSVILLE, TN 38572**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 63**

**BETTY J LOVERIDGE**

Nonpriority Creditor's Name

**103 HILLSIDE AVE**
**ORLANDO, FL 32803-6001**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 64**

**BETTY JEAN CARTER**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 65**

**BETTY JO BOLEN**

Nonpriority Creditor's Name

**14955 APPLE BLOSSOM DRIVE**
**WHEATFIELD, IN 46392**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                                Case number (*if know*)

---

**4.1 66**

### BETTY JO PRATT
Nonpriority Creditor's Name
**3480 LANNETTE LN**
**LEXINGTON, KY 40503**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 67**

### BETTY L HOLBROOK
Nonpriority Creditor's Name
**48 HOLIDAY HILLS**
**CLAY CITY, KY 40312**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 68**

### BETTY MAYNARD
Nonpriority Creditor's Name
**4512 RIGHT FORK OF BRUSHY RD**
**VARNEY, KY 41571**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Charles R. Bradley**                                    Case number *(if know)*

---

**4.1 69**

**BETTY MOSLEY**
Nonpriority Creditor's Name
**PO BOX 637**
**HINDMAN, KY 41822**
Number City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

**4.1 70**

**BETTY NICKLES**
Nonpriority Creditor's Name
**997 HWY 160 S  APT 48**
**HINDMAN, KY 41822**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

**4.1 71**

**BETTY ROBERTS**
Nonpriority Creditor's Name
**8103 N ST RD 9**
**KENDALLVILLE, IN 46755**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

| | |
|---|---|
| 4.1 72 | |

## BETTY S RAY

Nonpriority Creditor's Name
**1024 SHORE DRIVE**
**ST AUGUSTINE, FL 32086**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| | |
|---|---|
| 4.1 73 | |

## BETTY S SIMPSON

Nonpriority Creditor's Name
**840 MEADOWBROOK DR**
**LEXINGTON, KY 40503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| | |
|---|---|
| 4.1 74 | |

## BETTY SCOTT

Nonpriority Creditor's Name
**10 YELLOW DELICIOUS DRIVE**
**JACKSON, OH 45640**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 75 | **BETTY STAMPER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1720 BURGEYS CRK RD**
**MALLIE, KY 41836**

When was the debt incurred?

Number City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**☐ Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **limited partner**

☐ Yes

---

| 4.1 76 | **BETTY WEBB** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3511 POLLS CREEK RD**
**SMILAX, KY 41764-8830**

When was the debt incurred?

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**☐ Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **limited partner**

☐ Yes

---

| 4.1 77 | **BETTY WHITAKER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**75 SUGAR RUN ROAD**
**WHITESBURG, KY 41858**

When was the debt incurred?

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**☐ Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **limited partner**

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**                                                    Case number (if know)

---

| 4.1 78 | **BEULAH ARMSTRONG** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**4859 LOXLEY DR**
**DAYTON, OH 45439**

Number City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 79 | **BEULAH RUTH** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**5621 BUELL ST**
**TALBOTT, TN 37877**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 80 | **BEVERLY A GOBLE** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**544 N CENTRAL AVE**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1 81**

### BEVERLY DAVIDSON

Nonpriority Creditor's Name

**7437 COUNTRY WALK DR**
**CARLISLE, OH 45005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1 82**

### BEVERLY PARRISH REYNOLDS

Nonpriority Creditor's Name

**PO BOX 3112**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1 83**

### BIG JESSE COAL COMPANY

Nonpriority Creditor's Name

**PO BOX 2385**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

| 4.1 84 | | | |
|---|---|---|---|

**BIG LIME PARTNERS**                                                                                                 **Unknown**

Nonpriority Creditor's Name

**130 SCOTT AVE**
**PIKEVILLE, KY 41501**

Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 85 | | | |
|---|---|---|---|

**Big Sandy Gas Pipeline LLC**                                                                                       **$319,474.17**

Nonpriority Creditor's Name

**5400 Westheimer Ct**
**Houston, TX 77056-5310**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **2/3/13**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guarantee of Troublesome Creek Gas obligation**

---

| 4.1 86 | | | |
|---|---|---|---|

**BILL C PERKINS**                                                                                                    **Unknown**

Nonpriority Creditor's Name

**6833 RESOLUTE RD**
**KNOXVILLE, TN 37918**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (if know)

---

| 4.1 87 | **BILL G BRANHAM** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1172 PINE CREEK CIRCLE NE**
**PALM BAY, FL 32905**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **limited partner**

---

| 4.1 88 | **BILL LAFON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 219**
**ROBINSON CREEK, KY 41560**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **limited partner**

---

| 4.1 89 | **BILLIE R GAYHEART** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**42 LEE GAYHEART DRIVE**
**LEBURN, KY 41831**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                        Case number *(if know)*

| 4.1 90 | **BILLY A FORBESS** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**227 SOUTH ASHLAND AVENUE**
**LEXINGTON, KY 40502**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ■ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ **Check if this claim is for a community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify    **limited partner**
- ☐ Yes

| 4.1 91 | **BILLY C SMITH** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1829 SPARROW AVE**
**INDIANAPOLIS, IN 46227**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ■ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ **Check if this claim is for a community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify    **limited partner**
- ☐ Yes

| 4.1 92 | **BILLY CAUDILL** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**11614 TRELAR**
**MEMPHIS, IN 47143**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ■ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ **Check if this claim is for a community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify    **limited partner**
- ☐ Yes

Debtor 1   **Charles R. Bradley** _____   Case number *(if know)* _____

| | | |
|---|---|---|
| **4.1 93** | **BILLY G SLONE** | Last 4 digits of account number _____ |

Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **limited partner** _____

**Unknown**

---

| | | |
|---|---|---|
| **4.1 94** | **BILLY H & WILMA J MCPEEK TRUST** | |

Nonpriority Creditor's Name
**1227 FLATCREEK RD
SEVIERVILLE, TN 37876**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **limited partner** _____

**Unknown**

---

| | | |
|---|---|---|
| **4.1 95** | **BILLY JOE CRAIG** | Last 4 digits of account number _____ |

Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **limited partner** _____

**Unknown**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 96 | |
|---|---|

**BILLY N BAKER**
Nonpriority Creditor's Name
**109 ARMSTRONG ST**
**ST SIMONS ISLAND, GA 31522**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ____    **Unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 97 | |
|---|---|

**BILLY R SLONE**
Nonpriority Creditor's Name
**8100 E 750 SOUTH**
**WILCOTTVILLE, IN 46795**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ____    **Unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 98 | |
|---|---|

**BILLY S SMITH**
Nonpriority Creditor's Name
**PO BOX 615**
**CARRIE, KY 41725**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ____    **Unknown**

When was the debt incurred? ____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley** _____   Case number (*if know*) _____

| 4.1 99 | **BJ PARTNERS** | | | Last 4 digits of account number _____ | **Unknown** |

**BJ PARTNERS**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

| 4.2 00 | **BLAINE CASEBOLT** |

**BLAINE CASEBOLT**
Nonpriority Creditor's Name
**709 MADISON AVE SUITE 218
TOLEDO, OH 43604-6624**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

| 4.2 01 | **BLAIR BRANCH OLD REG BAPTIST CH** |

**BLAIR BRANCH OLD REG BAPTIST CH**
Nonpriority Creditor's Name
**63 NORTHSIDE DR
JEREMIAH, KY 41826**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                                                         Case number *(if know)*

---

**4.2 02**

**BLAKE BURCHETT**
Nonpriority Creditor's Name

**715 NORTH ARNOLD AVENUE**
**PRESTONSBURG, KY 41653**
Number City State Zip Code

**Who incurred the debt? Check one.**

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____                Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **limited partner**

---

**4.2 03**

**BLAKE E DAVIS**
Nonpriority Creditor's Name

**217 CHURCHILL CROSSING**
**NICHOLASVILLE, KY 40356**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____                Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **limited partner**

---

**4.2 04**

**BLAKE HURT**
Nonpriority Creditor's Name

**267 RIGHT FORK MONTGOMERY**
**ROAD**
**VICCO, KY 41773**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____                Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                                  Case number (if know) _____

---

| 4.2 05 | | |
|---|---|---|

**BLAKE PRICE**
Nonpriority Creditor's Name
**334 DANIELS CREEK**
**PIKEVILLE, KY 41501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.2 06 | | |
|---|---|---|

**BLANCHE HALL BRANDON**
Nonpriority Creditor's Name
**2216 NEFF ROAD**
**DAYTON, OH 45414**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.2 07 | | |
|---|---|---|

**BLANTON DAVIDSON**
Nonpriority Creditor's Name
**306 PINE COVE LN**
**KENDALLVILLE, IN 46755**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

| 4.2 08 | **BLOU COMPANY** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **limited partner**

☐ Yes

| 4.2 09 | **BOB WELLMAN** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**2886 SOUTHEAST BLVD**
**GROVE CITY, OH 43123**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **limited partner**

☐ Yes

| 4.2 10 | **BOBBIE JEAN NICKLES** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 44**
**MORNING VIEW, KY 41063**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **limited partner**

☐ Yes

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.2 11 | **BOBBY ADAMS** | | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 192**
**MCROBERTS, KY 41835**

Number City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

■ Other. Specify   **limited partner**

---

| 4.2 12 | **BOBBY AND ELLA MULLINS** | | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3070 MCINTOSH RD**
**LOST CREEK, KY 41348**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

■ Other. Specify   **limited partner**

---

| 4.2 13 | **BOBBY CAMPBELL HEIRS** | | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.2
14**

**BOBBY EVERAGE**

Nonpriority Creditor's Name

**171 LYNN AVE**
**JELLICO, TN 37762**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number ___ ___ ___ ___                     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.2
15**

**BOBBY EVERIDGE**

Nonpriority Creditor's Name

**PO BOX 645**
**CARRIE, KY 41725**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number ___ ___ ___ ___                     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.2
16**

**BOBBY OR ELLA MULLINS**

Nonpriority Creditor's Name

**3070 MCINTOSH RD**
**LOST CREEK, KY 41348**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number ___ ___ ___ ___                     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                              Case number *(if know)*

---

**4.2
17**

**BOBBY PHIPPS**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.2
18**

**BOBBY R CORNETT**

Nonpriority Creditor's Name

**172 GARDIE LANE
SLEMP, KY 41763**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.2
19**

**BOBBY R KAZEE**

Nonpriority Creditor's Name

**11923 W US HWY 60
OLIVE HILL, KY 41164**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                          Case number (if know)

---

**4.2 20**

**BOBBY WILLIAMS**
Nonpriority Creditor's Name

**PO BOX 502**
**HINDMAN, KY 41822**
Number City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.2 21**

**BOND FAMILY LLC**
Nonpriority Creditor's Name

**770 34TH AVENUE NORTH**
**ST PETERSBURG, FL 33704**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.2 22**

**BONNIE BAKER**
Nonpriority Creditor's Name

**1906 MYSTERY HILL DRIVE**
**PLEASANT HILL, MO 64080**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**
Case number *(if know)*

---

**4.2 23**

**BONNIE CANTERBURY**
Nonpriority Creditor's Name

**6329 Highway 1690**
**Louisa, KY 41230**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.2 24**

**BONNIE J WALTER**
Nonpriority Creditor's Name

**3826 KARLIN CRL**
**NORFOLK, VA 23502**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.2 25**

**BONNIE MOORE**
Nonpriority Creditor's Name

**2532 HWY 2037**
**LOUISA, KY 41230**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.2 26**

**BOONE COAL AND TIMBER CO**

Nonpriority Creditor's Name

**300 CAPITOL ST STE 1503**
**CHARLESTON, WV 25301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.2 27**

**BORDES SLONE**

Nonpriority Creditor's Name

**1878 HIGHWAY 582**
**MALLIE, KY 41836**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.2 28**

**BRACK NEWSOME**

Nonpriority Creditor's Name

**2657 MIDDLE FORK**
**HAGER HILL, KY 41222**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                Case number (if know) _____

---

| 4.2 29 | **BRAD EUGENE HOLBROOK** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**13470 EAST 2300 ROAD**
**CHRISMAN, IL 61924**

Number City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.2 30 | **BRADLEY & SPURLOCK** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 221**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.2 31 | **BRADLEY HARBIN** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**7420 HIBERNIA ROAD**
**CHARLESTOWN, IN 47111**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.2
32**

### BRAHMAJI S PURAM
Nonpriority Creditor's Name

**18027 COZUMEL ISLE DRIVE
TAMPA, FL 33647**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**   _____

---

**4.2
33**

### BRANHAM INTERESTS LLC
Nonpriority Creditor's Name

**106 MAYS BRANCH ROAD
PIKEVILLE, KY 41501**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**   _____

---

**4.2
34**

### BRASHEARS TRUCKING INC
Nonpriority Creditor's Name

**918 SMOOT CREEK
WHITESBURG, KY 41858**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**   _____

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.2 35**

**BRD ROYALTY HOLDINGS LLC**
Nonpriority Creditor's Name
**2777 N STEMMONS FWY STE 1133**
**DALLAS, TX 75207**
Number City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

**4.2 36**

**Breathitt County Tire**
Nonpriority Creditor's Name
**361 HWY 15**
**Jackson, KY 41339**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **5817**                        **$1,620.33**

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **trade debt**

---

**4.2 37**

**BRENDA BRYANT VANCE**
Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.2 38**

**BRENDA BUNTIN EXECUTRIX**
Nonpriority Creditor's Name
**PO BOX 376**
**JACKSON, KY 41339**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.2 39**

**BRENDA GARRETT**
Nonpriority Creditor's Name
**774 HWY 2035**
**WHITESBURG, KY 41858**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.2 40**

**BRENDA OSBORNE**
Nonpriority Creditor's Name
**30 AMOS NEWSOM LANE**
**VIRGIE, KY 41572**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                           Case number *(if know)*

---

| 4.2 41 | **BRENDA P ROGERS** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**6026 US ROUTE 60 EAST APT#113**
**BARBOURSVILLE, WV 25813**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**  _____

---

| 4.2 42 | **BRENDA WIKE** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 125**
**VADER, WA 98593**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**  _____

---

| 4.2 43 | **BRENDA WOODLING** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2516 FRANKFORT AVE.**
**LOUISVILLE, KY 40206**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**  _____

---

Debtor 1   **Charles R. Bradley**                                     Case number (if know)

---

**4.2 44**

### BRENT CASEBOLT
Nonpriority Creditor's Name
**13572 W COUNTY LINE ROAD**
**MOORES HILL, IN 47032**
Number City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.2 45**

### BRENT HARBIN
Nonpriority Creditor's Name
**7420 HIBERNIA ROAD**
**CHARLESTOWN, IN 47111**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.2 46**

### BRENT RISNER
Nonpriority Creditor's Name
**521 WEST CLASSIC VILLAGE LANE**
**MT STERLING, KY 40353**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                     Case number (if know)

---

| 4.2 47 | **Breshears Trucking, Inc.** | Last 4 digits of account number | | | $5,820.00 |

Nonpriority Creditor's Name

**918 Smoot Creek**
**Whitesburg, KY 41858**

Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **trade debt**

---

| 4.2 48 | **BRETT L MEADE** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 337**
**STANVILLE, KY 41659**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.2 49 | **BRIAN CHRISTOPHER CLARK** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 481**
**BANGOR, WI 54614**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.2 50**

### BRIAN FUGATE

Nonpriority Creditor's Name

**PO BOX 160**
**WHITLEY CITY, KY 42653**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.2 51**

### BRIAN K MUSIC

Nonpriority Creditor's Name

**30 CEDAR TRACE DRIVE**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.2 52**

### BRIAN MENDEL

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (*if know*)

---

**4.2 53**

**BRIAN SCHNEIDER**

Nonpriority Creditor's Name

**1004 TUMBLIN KLING ROAD**
**FORT PIERCE, FL 34982**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.2 54**

**BRODE CORNETT**

Nonpriority Creditor's Name

**540 S ORCHARD ST**
**KENDALLVILLE, IN 46755**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.2 55**

**BROMLEY RICHARD WORKMAN**

Nonpriority Creditor's Name

**120 ENGLISH ROAD**
**PT PLEASANT, WV 25550**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.2 56 | **BRUCE ALLEN** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a **community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **limited partner**

☐ Yes

---

| 4.2 57 | **BRUCE AND BETTY FRANCISCO** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**2200 RATLIFF CREEK ROAD**
**PIKEVILLE, KY 41501**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a **community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **limited partner**

☐ Yes

---

| 4.2 58 | **BRYAN ALAN MAYNARD** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**4706 RIGHT FORK OF BRUSHY RD**
**VARNEY, KY 41571**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a **community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **limited partner**

☐ Yes

---

Debtor 1   **Charles R. Bradley**                                                    Case number (if know)

| 4.2 59 | **BRYAN CLARK** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**260 NORLEN PARK**
**BRIDGEWATER, MA 02324**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.2 60 | **BRYAN THOMAS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**125 LAFAYETTE BLVD APT B**
**WILLIAMSBURG, VA 23188**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.2 61 | **BRYANT FORREST** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4436 HWY 541**
**JACKSON, KY 41339**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.2 62 | **BUCHART CHILDREN OIL & GAS TRUST** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**WALLEN PUCKETT & ANDERSON PSC**
**PO BOX 1349**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

Is the claim subject to offset?

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.2 63 | **BUFFALO GAS WELLS PARTNERSHIP** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**JIM LESTER CPA**
**106 MAYS BRANCH ROAD**
**PIKEVILLE, KY 41501**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

Is the claim subject to offset?

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.2 64 | **BULAH PARKE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 72**
**LITT CARR, KY 41834**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

Is the claim subject to offset?

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know)

| 4.2 65 | **BURL BLAIR** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**465 BLAIR BRANCH RD**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ No
- ☐ Yes
- ☐ Other. Specify   **limited partner**

---

| 4.2 66 | **BURL W SPURLOCK** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**311 N ARNOLD AVE**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ No
- ☐ Yes
- ☐ Other. Specify   **limited partner**

---

| 4.2 67 | **BURTON RUEBEN JR** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ No
- ☐ Yes
- ☐ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                              Case number (if know) _____

---

| 4.2 68 | **BYRL G KAZEE** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**BOX 14**
**ASHVILLE, OH 43103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.2 69 | **BYRON AND AMY BELLAMY** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 1259**
**JACKSON, KY 41339**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.2 70 | **C & M Giant Tire, LLC** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

**980 W New Circle Road**
**Lexington, KY 40511**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **trade debt**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.2 71**

**C & V INDUSTRIES INC**
Nonpriority Creditor's Name
**54 WHEELER HILL ROAD**
**LAHMANSVILLE, WV 26731**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2 72**

**C RICHARD CLARK**
Nonpriority Creditor's Name
**PO BOX 508**
**PRESTONSBURG, KY 41653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2 73**

**C V REYNOLDS**
Nonpriority Creditor's Name
**PO BOX 3**
**PRESTONSBURG, KY 41653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.2
74**

**C W HOSKINS HEIRS**

Nonpriority Creditor's Name

Last 4 digits of account number

Unknown

When was the debt incurred?

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.2
75**

**C&J Well Service**

Nonpriority Creditor's Name

**PO Box 975682
Dallas, TX 75397-5682**

Last 4 digits of account number   5079

$237,412.46

When was the debt incurred?   2016

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **trade debt, Walker Partnership**

---

**4.2
76**

**CALVIN C CLEMMONS**

Nonpriority Creditor's Name

**PO BOX 441
BULAN, KY 41722**

Last 4 digits of account number

Unknown

When was the debt incurred?

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.2 77**

**CALVIN RATLIFF**
Nonpriority Creditor's Name

**HC 61 BOX 760**
**SALYERSVILLE, KY 41465**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.2 78**

**Capital Tire**
Nonpriority Creditor's Name

**4205 KY HWY 321S**
**Hagerhill, KY 41222**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2924**                           **$3,801.23**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **trade debt**

---

**4.2 79**

**CAREN SHEPHERD**
Nonpriority Creditor's Name

**69 OPEN DOOR CHURCH RD**
**DAVID, KY 41616**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

**4.2 80**

**CAREW SMITH**
Nonpriority Creditor's Name
**140 BREAZEALE RD**
**PENDLETON, SC 29670**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____       **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.2 81**

**CARL COMBS**
Nonpriority Creditor's Name
**1851 BELLEFONTE DR**
**LEXINGTON, KY 40503**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____       **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.2 82**

**CARL G ADAMS**
Nonpriority Creditor's Name
**513 3RD ST**
**HERMOSA BEACH, CA 90254**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____       **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.2 83**

**CARL HACKER**

Nonpriority Creditor's Name

**PO BOX 183**
**STINNETT, KY 40868**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.2 84**

**CARL L FIELDS**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.2 85**

**CARL R KAZEE**

Nonpriority Creditor's Name

**HC 75 BOX 1455**
**ISONVILLE, KY 41149**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.2 86 | **CARLA S WATTS** | |
|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.2 87 | **CARLOS W HUFF** | |
|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.2 88 | **CAROL HOUCHIN** | |
|---|---|---|

Nonpriority Creditor's Name

**774 BEAUMONT AVE**
**HARRODSBURG, KY 40330**

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**             Case number *(if know)*

| 4.2 89 | **CAROL MCKENZIE** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.2 90 | **CAROL NOLL** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 167**
**CELINA, OH 45822**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.2 91 | **CAROL PELLETIER** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3100 STONEY BRIDGE LANE**
**COLUMBUS, OH 43221**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

Debtor 1   **Charles R. Bradley**                                                   Case number *(if know)*

---

**4.2
92**

**CAROL PUCKETT**

Nonpriority Creditor's Name

**8119 HWY 55 E
MOUSIE, KY 41839**

Number City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.2
93**

**CAROLYN ANDERSON**

Nonpriority Creditor's Name

**1680 YANKEETOWN RD
HAMERSVILLE, OH 45130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.2
94**

**CAROLYN FIGG**

Nonpriority Creditor's Name

**410 QUEENSWAY DR
LEXINGTON, KY 40502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                          Case number (if know)

---

| 4.2 95 | **CAROLYN HACKER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 183**
**STINNETT, KY 40868**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No
- ☐ Yes
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.2 96 | **CAROLYN KILBURN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4484 WOOTON RD**
**WOOTON, KY 41776**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No
- ☐ Yes
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.2 97 | **CAROLYN S BRONGER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**6305 W PAGES LN**
**LOUISVILLE, KY 40258**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No
- ☐ Yes
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**                                                                   Case number *(if know)*

---

| | | |
|---|---|---|
| 4.2 98 | **CAROLYN STEAGALL** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**202 GRAVES ST**
**WINCHESTER, KY 40391**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

Is the claim subject to offset?

■ No
☐ Yes

---

| | | |
|---|---|---|
| 4.2 99 | **Carquest of Salyersville** | Last 4 digits of account number  3100    **$1,000.00** |

Nonpriority Creditor's Name
**630 E Mountain Parkway Rd.**
**Salyersville, KY 41465**
Number Street City State Zip Code

When was the debt incurred?    **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **trade debt**

Is the claim subject to offset?

■ No
☐ Yes

---

| | | |
|---|---|---|
| 4.3 00 | **CARROL C O'KELLEY** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**7548 HINKLE ROAD**
**MIDDLETON, OH 45042**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.3
01**

**CARROL CORNETT**

Nonpriority Creditor's Name

**540 S ORCHARD ST
KENDALLVILLE, IN 46755**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

**4.3
02**

**CASSIE J HUFF**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

**4.3
03**

**CATHERINE CHILDERS**

Nonpriority Creditor's Name

**PO BOX 246
VIRGIE, KY 41572**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                          Case number *(if know)*

---

| 4.3 04 | |
|---|---|

**CATHERINE CUMMINGS**
Nonpriority Creditor's Name
**1306 CREST LANE**
**OAKDALE, PA 15071-1748**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

�& Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
�&ﬁ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **limited partner**

---

| 4.3 05 | |
|---|---|

**CATHERINE S WELCH**
Nonpriority Creditor's Name
**34 HERMAY DRIVE**
**HAMILTON, OH 45013**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **limited partner**

---

| 4.3 06 | |
|---|---|

**CATHERINE SCHAEFER**
Nonpriority Creditor's Name
**PO BOX 464**
**WINGDALE, NY 12594-0464**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**                                                                Case number *(if know)*

---

| 4.3 07 | **CATHY AMBURGEY RUGGLES** | | **Unknown** |

Nonpriority Creditor's Name

**4683 AMARYLLIS STREET**
**ELIDA, OH 45807**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.3 08 | **CATHY BARNETT** | | **Unknown** |

Nonpriority Creditor's Name

**2500 UPPER SECOND CREEK ROAD**
**HAZARD, KY 41701**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.3 09 | **CATHY LEMASTER** | | **Unknown** |

Nonpriority Creditor's Name

_____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

| | | |
|---|---|---|
| 4.3 10 | **CATHY SHANKEL** | |

Nonpriority Creditor's Name

**120 SHANKEL MILL RD**
**BRISTOL, TN 37620**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| | | |
|---|---|---|
| 4.3 11 | **CDI Supply Co.** | $909.56 |

Nonpriority Creditor's Name

**PO Box 34**
**Wittensville, KY 41274**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    $909.56

**When was the debt incurred?**        **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **trade debt**

---

| | | |
|---|---|---|
| 4.3 12 | **CECIL ADAMS** | **Unknown** |

Nonpriority Creditor's Name

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

| 4.3<br>13 | **CECIL HILLARD, JR** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1004 FAIRWAY DRIVE**
**GEORGETOWN, KY 40324**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.3<br>14 | **CECIL SMITH** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 892**
**BULAN, KY 41722**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.3<br>15 | **CECILIA WEAVER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**555 RAINTREE PL APT A**
**ENGLEWOOD, OH 45322**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.3 16**

**CHADRICK CASEBOLT**

Nonpriority Creditor's Name

**PO BOX 103
MOUSIE, KY 41839**

Number City State ZIp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number ____    **Unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.3 17**

**CHARITY CARRIER**

Nonpriority Creditor's Name

**19 BLACK BOTTOM RD
JEREMIAH, KY 41826**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number ____    **Unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.3 18**

**CHARITY J BAKER**

Nonpriority Creditor's Name

**118 WHIPPOORWILL DRIVE
WARNER ROBINS, GA 31008**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number ____    **Unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.3 19**

**CHARLAINE GREGORY**
Nonpriority Creditor's Name
**315 W PROSPECT STREET**
**LAGRANGE, OH 44050**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.3 20**

**CHARLEEN DOUGHERTY**
Nonpriority Creditor's Name
**3336 POLLS CRK RD**
**SMILAX, KY 41764-8828**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.3 21**

**CHARLENE HALCOMB**
Nonpriority Creditor's Name
**4165 SCARLETT DRIVE**
**MORRISTOWN, TN 37814-8105**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.3 22**

**CHARLENE L RICHTER**

Nonpriority Creditor's Name

**11678 ARLINGTON BLVD**
**SPANISH FORT, AL 36527**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.3 23**

**CHARLENE LYONS**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.3 24**

**CHARLES BOGGS**

Nonpriority Creditor's Name

**16965 HWY 1690**
**LOUISA, KY 41230**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                Case number *(if know)*

---

| 4.3 25 | **CHARLES CAMPBELL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1035 PEGGS FORK ROAD**
**CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.3 26 | **CHARLES CASEBOLT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3324 S FARMERS RETREAT ROAD**
**DILLSBORO, IN 47018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.3 27 | **CHARLES CHILDERS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 344**
**HINDMAN, KY 41822**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.3 28**

**CHARLES D AND DIANA M LOVERIDGE**
Nonpriority Creditor's Name
**1984 NICKLAUS DRIVE**
**MELBOURNE, FL 32935**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.3 29**

**CHARLES D HOLBROOK**
Nonpriority Creditor's Name
**319 31ST STREET NW**
**CANTON, OH 44709**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.3 30**

**CHARLES E AND MARY E SLONE**
Nonpriority Creditor's Name
**385 GONIC ROAD**
**ROCHESTER, NH 03839**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.3
31**

**CHARLES E BRADLEY**

Nonpriority Creditor's Name

**PO BOX 221
PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____              **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

**4.3
32**

**CHARLES E CORNETT**

Nonpriority Creditor's Name

**330 LOWER TWIN HOLLOW RD
CORNETTSVILLE, KY 41731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____              **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

**4.3
33**

**CHARLES E LOWE JR**

Nonpriority Creditor's Name

**PO BOX 69
PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____              **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley** _____    Case number *(if know)* _____

---

| 4.3 34 | | |
|---|---|---|

**CHARLES F ARNETT**
Nonpriority Creditor's Name
**PO BOX 881**
**PRESTONSBURG, KY 41653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner** _____

---

| 4.3 35 | | |
|---|---|---|

**CHARLES H COMBS**
Nonpriority Creditor's Name
**837 SPRINGBROOK DRIVE**
**FORT WORTH, TX 76107**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner** _____

---

| 4.3 36 | | |
|---|---|---|

**CHARLES H SEXTON**
Nonpriority Creditor's Name
**304 NORTH HOLLAND STREET**
**MUNCIE, IN 47302**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                             Case number *(if know)*

---

| 4.3 37 | **CHARLES HOLLIDAY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **limited partner**

☐ Yes

---

| 4.3 38 | **CHARLES I ISON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4097 JASMINE PLACE
MT JOY, PA 17552**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **limited partner**

☐ Yes

---

| 4.3 39 | **CHARLES J GRIFFITH** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**685 CRESTWOOD DRIVE
PRESTONSBURG, KY 41653**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **limited partner**

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                 Case number (if know)

---

| 4.3 40 | **CHARLES J WILLIAMS** | |
|---|---|---|

Nonpriority Creditor's Name

**317 ARBUTUS AVE**
**GALLOWAY, NJ 08205**
Number City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.3 41 | **CHARLES OSBORNE** | |
|---|---|---|

Nonpriority Creditor's Name

**153 CONTRARY CREEK ROAD**
**LOUISA, KY 41230**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.3 42 | **CHARLES P HALCOMB** | |
|---|---|---|

Nonpriority Creditor's Name

**2 E GOLDEN STREET**
**BEVERLY HILLS, FL 34465-3200**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.3 43 | **CHARLES PAUL CHAPMAN** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**39 WILSON PAINT RD**
**LOUISA, KY 41230**

Number City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

| 4.3 44 | **CHARLES R CORNETT** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**403 EDLIN ROAD**
**NEW HAVEN, KY 40051**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **lease**

---

| 4.3 45 | **CHARLES SEE** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**6405 SECRET DRIVE**
**RALEIGH, NC 27612**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.3 46 | **CHARLEY W KAZEE** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**612 S 29TH STREET**
**HERRIN, IL 62948**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

�■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

�■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
�■ Other. Specify    **limited partner**

---

| 4.3 47 | **CHARLIE CAMPBELL** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**C/O MARY CAMPBELL**
**6073 EAST STATE ROUTE**
**WAYNESVILLE, OH 45068**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

�■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

�■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
�■ Other. Specify    **limited partner**

---

| 4.3 48 | **CHARLOTTE COLLINS** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**589 SHORT FORK RD**
**PIPPA PASSES, KY 41844**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

�■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

�■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
�■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

4.3
49

**CHARLOTTE SKEENS**

Nonpriority Creditor's Name

**288 CAUSEY RD**
**YEADDISS, KY 41777**

Number City State Zip Code

**Who incurred the debt? Check one.**

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **limited partner**

---

4.3
50

**CHERYL EDWARDS**

Nonpriority Creditor's Name

**711 FRONTIER CRL**
**CHINA GROVE, NC 28023**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **limited partner**

---

4.3
51

**CHERYL R LITTLE**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**     Case number *(if know)*

---

**4.3 52**

**CHERYL RUDDELL**
Nonpriority Creditor's Name
**29 STORE DADDY WAY**
**LARKSLANE, KY 41817**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number      **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.3 53**

**CHESAPEAKE APPALACHIA LLC**
Nonpriority Creditor's Name
**PO BOX 203892**
**DALLAS, TX 75320-3892**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number      **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.3 54**

**Cheyenne Combs**
Nonpriority Creditor's Name
**c/o Gary C. Johnson, Esq.**
**P O Box 231**
**Pikeville, KY 41502**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number      **Unknown**

When was the debt incurred?   **1/4/16**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Pending claim arising from auto accident**

---

Debtor 1  **Charles R. Bradley**                                                    Case number *(if know)*

| 4.3 55 | **CHLOTEEN WHEELER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

_____
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- ■ **Check if this claim is for a community debt**    ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify  **limited partner**
- ☐ Yes

---

| 4.3 56 | **CHRIS BRUMMETT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**626 E 2ND STREET**    When was the debt incurred?
**PERRYVILLE, KY 40422**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- ■ **Check if this claim is for a community debt**    ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify  **limited partner**
- ☐ Yes

---

| 4.3 57 | **CHRIS LANEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1057 VIOLET LANE**    When was the debt incurred?
**LOUISA, KY 41230**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community debt**    ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify  **limited partner**
- ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley** _____    Case number *(if know)* _____

---

| 4.3 58 | **CHRIS LITTLE** |
|---|---|

Nonpriority Creditor's Name

**4780 HWY 15 NORTH**
**JACKSON, KY 41339**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

| 4.3 59 | **CHRIS STEPHENS** |
|---|---|

Nonpriority Creditor's Name

**2312 ABBEYWOOD ROAD**
**LEXINGTON, KY 40515**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

| 4.3 60 | **CHRISTIA SIMMONS** |
|---|---|

Nonpriority Creditor's Name

**PO BOX 232**
**JEANERETTE, LA 70544**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.3 61 | **CHRISTINA A HOWARD** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.3 62 | **CHRISTINA AND JAMES BAKER** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**762 LANCELOT DR
LONDON, KY 40744**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.3 63 | **CHRISTINE HAGER** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.3 64 | **CHRISTINE PRATT** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**629 FISH HATCHERY RD**
**MORRISTOWN, TN 37813**

Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.3 65 | **CHRISTINE SENG** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1096 N BIRCHWOOD DR**
**LOUISVILLE, KY 40206**

Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.3 66 | **CHRISTOPHER FOUTCH** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 33**
**SLEMP, KY 41763**

Number Street City State ZIp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.3
67**

**CHRISTOPHER NICKLES**

Nonpriority Creditor's Name

**9051 WOODFORD DRIVE
CHARLESTOWN, IN 47111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.3
68**

**CHRISTOPHER WADE GASTON**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.3
69**

**CHRISTY K VELTMAN**

Nonpriority Creditor's Name

**147 SENECA TRAIL
LOUISVILLE, KY 40214**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                      Case number *(if know)*

---

| 4.3 70 | **CHRYS LINDSTROM** | |
|---|---|---|

Nonpriority Creditor's Name

**836 ASTER COURT**
**RICHMOND, KY 40475**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.3 71 | **CHUCK STERLING** | |
|---|---|---|

Nonpriority Creditor's Name

**250 WHITE CASTLE ROAD**
**ST AUGUSTINE, FL 32095**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.3 72 | **CINDI J FUGATE** | |
|---|---|---|

Nonpriority Creditor's Name

**495 NEW CUMMER LN**
**EZEL, KY 41425**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (*if know*)

---

| 4.3 73 | **Cintas Uniforms** | Last 4 digits of account number | **5213** | $332.28 |

Nonpriority Creditor's Name
**PO Box 630910**
**Cincinnati, OH 45263**
Number Street City State Zip Code

When was the debt incurred?   **2016**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **trade debt**

---

| 4.3 74 | **Citizens Bank of Kentucky** | Last 4 digits of account number | **3616** | $127,017.54 |

Nonpriority Creditor's Name
**620 Broadway**
**Paintsville, KY 41240**
Number Street City State Zip Code

When was the debt incurred?   **1/30/12**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty of Troublesome Creek debt**

---

| 4.3 75 | **CITY OF PRESTONSBURG** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**200 NORTH LAKE DR**
**PRESTONSBURG, KY 41653**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.3 76**

**CLARA HALCOMB**

Nonpriority Creditor's Name

**PO BOX 42**
**SLEMP, KY 41763**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.3 77**

**CLARA HELEN MARKS**

Nonpriority Creditor's Name

**3 THE OAKS**
**BLOOMFIELD HILLS, MI 48301**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.3 78**

**CLARA L ADAMS**

Nonpriority Creditor's Name

**1719 HIGHLAND ST**
**MIDDLETOWN, OH 45044**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.3 79 | |
|---|---|

**CLARENCE COMBS**

Nonpriority Creditor's Name

**803 S 700 E**
**MARION, IN 46953**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

| 4.3 80 | |
|---|---|

**CLARENCE RISNER**

Nonpriority Creditor's Name

**3888 POLO TRACE CT**
**BELLBROOK, OH 45305**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

| 4.3 81 | |
|---|---|

**CLAUDINE GARDNER**

Nonpriority Creditor's Name

**1701 TRIBEIN RD**
**XENIA, OH 45385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (*if know*)

---

| 4.3 82 | |
|---|---|

**CLAY PARTNERS**

Nonpriority Creditor's Name

**PO BOX 159**
**HAROLD, KY 41635**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**      **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.3 83 | |
|---|---|

**CLAYTON BAKER**

Nonpriority Creditor's Name

**252 CAUSEY ROAD**
**YEADDISS, KY 41777**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**      **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.3 84 | |
|---|---|

**CLEAN AIR OIL & GAS VENTURES/DEB MOORE**

Nonpriority Creditor's Name

**500 WEST JEFFERSON STREET**
**LOUISVILLE, KY 40202**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**      **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                          Case number *(if know)*

---

**4.3 85**

**CLEAN GAS**

Nonpriority Creditor's Name

**PO BOX 783**
**HINDMAN, KY 41822**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____              **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.3 86**

**CLEDOTH BOWLING**

Nonpriority Creditor's Name

**300 BAY ST**
**NORTH VERNON, IN 47265**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____              **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.3 87**

**CLETIS JUNIOR WELLS**

Nonpriority Creditor's Name

**PO BOX 45**
**SMILAX, KY 41764**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____              **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

| 4.3 88 | **CLEVELAND COLLINS** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1592 MONTGOMERY CRK RD**
**VICCO, KY 41773**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

| 4.3 89 | **CLIVE CORNETT** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2379 MIDDLE FORK MACES CRK RD**
**VIPER, KY 41774**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

| 4.3 90 | **CLOTEEN C ALLEN** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.3 91**

**CLOTINE SLONE HICKS**
Nonpriority Creditor's Name

**3072 SR 613**
**PAYNE, OH 45880**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number

**Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.3 92**

**Clover Supply**
Nonpriority Creditor's Name

**PO Box 820**
**Bixby, OK 74008**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number

**$3,598.31**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **debt of Troublesome Gas**

---

**4.3 93**

**CLOYDE MEADE**
Nonpriority Creditor's Name

**348 PIKE FLOYD HOLLOW**
**BETSY LAYNE, KY 41605**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number

**Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.3 94 | | |
|---|---|---|

**Clyde Adams Jr**
Nonpriority Creditor's Name
**1416 Township Rd 165**
**Ashley, OH 43003**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.3 95 | | |
|---|---|---|

**CLYDE BAKER**
Nonpriority Creditor's Name

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.3 96 | | |
|---|---|---|

**CODY BUCKMAN**
Nonpriority Creditor's Name
**1601 MARSHALL ST**
**ABILENE, TX 79605**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.3 97**

**CODY LANCE THACKER**

Nonpriority Creditor's Name

**PO BOX 113**
**590 MUNCY CREEK ROAD**
**STINNETT, KY 40868**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                                            **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.3 98**

**COLBY L HART**

Nonpriority Creditor's Name

**706 LINDEN MEYER RD**
**UNDERWOOD, IN 47177-7204**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                                            **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.3 99**

**COLEMAN FAMILY INVEST**

Nonpriority Creditor's Name

**PO BOX 2978**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                                            **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.4 00**

**COLENE BREEDING**

Nonpriority Creditor's Name

**851 SPRING BRANCH RD**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.4 01**

**COLLEEN MARCINIAK**

Nonpriority Creditor's Name

**PO BOX 98**
**DUNCAN, AZ 85534**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.4 02**

**Columbia Natural Resources, Inc.**

Nonpriority Creditor's Name

**900 Pennsylvania Avenue**
**Charleston, WV 25302**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **farmout agreement**

---

Debtor 1   **Charles R. Bradley**                                                              Case number *(if know)*

---

| | |
|---|---|
| 4.4 03 | |

**COMAN CAUDILL**
Nonpriority Creditor's Name
**PO BOX 184**
**JEREMIAH, KY 41826-0184**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                              **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| | |
|---|---|
| 4.4 04 | |

**COMBS 2 HADDIX  HELEN**
Nonpriority Creditor's Name
**PO BOX 60**
**LOST CREEK, KY 41348**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                              **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| | |
|---|---|
| 4.4 05 | |

**COMBS BROTHERS INVESTMENTS**
Nonpriority Creditor's Name
**PO DRAWER 31**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                              **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley** _____

Case number *(if know)* _____

---

| 4.4 06 | **COMBS FAMILY TRUST** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4556 OXFORD MIDDLETOWN RD**
**TRENTON, OH 45067**

Number City State Zlp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

| 4.4 07 | **COMBS LAND MANAGEMENT LLC** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**632 WILLS BRANCH RD**
**PRESTONSBURG, KY 41653**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

| 4.4 08 | **Community Trust Bank** | Last 4 digits of account number | **7226** | **$1,037,060.31** |

Nonpriority Creditor's Name

**346 N Mayo Trail**
**P O Box 2947**
**Pikeville, KY 41502-2947**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **2004**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guarantee of note from Deer Lick Partners, Little Deer Lick, Leatherwood Partners**

---

Debtor 1    **Charles R. Bradley**                                        Case number (if know) _____

---

| 4.4 09 | | | |
|---|---|---|---|

**Community Trust Bank**                      Last 4 digits of account number    **0003**                              **$1,037,060.31**
Nonpriority Creditor's Name
**346 North Mayo Trail**                      When was the debt incurred?    **9/22/04**
**P O Box 2947**
**Pikeville, KY 41502**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ☐ Disputed
■ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  **Guarantee of debt of various partnerships**

---

| 4.4 10 | | | |
|---|---|---|---|

**Community Trust Bank, Inc.**               Last 4 digits of account number    **9963**                              **$43,870.76**
Nonpriority Creditor's Name
**346 N Mayo Trail**                          When was the debt incurred?    **2/9/12**
**P O Box 2947**
**Pikeville, KY 41502-2947**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ☐ Disputed
■ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
                                              ■ Other. Specify  **Guarantee of Troublesome Creek Gas Corp**
☐ Yes                                         **debt**

---

| 4.4 11 | | | |
|---|---|---|---|

**CONNIE BRYAN**                              Last 4 digits of account number                                         **Unknown**
Nonpriority Creditor's Name
**PO BOX 34**                                 When was the debt incurred?
**LOUISA, KY 41230**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ■ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.4 12 | **CONNIE SLONE FERGUSON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1015A DIANE AVENUE**
**ERWIN, TN 37650**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.4 13 | **CONNIE STEVENS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**356 CAUSEY RD**
**YEADDISS, KY 41777**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.4 14 | **CONNIE TAULBEE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**114 WIND RIDGE**
**WINCHESTER, KY 40391**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

**4.4 15**

**CONRAD CASEBOLT**

Nonpriority Creditor's Name

**PO BOX 71**
**GARNER, KY 41817**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

**4.4 16**

**CONRAD THOMAS**

Nonpriority Creditor's Name

**125 B LAFAYETTE BLVD**
**WILLIAMSBURG, VA 23188**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

**4.4 17**

**CONSTANCE R STANLEY**

Nonpriority Creditor's Name

**229 DAUGHERTY DRIVE**
**BARBOURSVILLE, WV 25504-1137**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

| | |
|---|---|
| 4.4 18 | **CONSULTING IRONHEAD** |

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| | |
|---|---|
| 4.4 19 | **COOK AND CAMPBELL NAT RESOURCES** |

Nonpriority Creditor's Name

**3030 TURTLE MOUND RD**
**MELBOURNE, FL 32934**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| | |
|---|---|
| 4.4 20 | **CORA FAYE BAKER** |

Nonpriority Creditor's Name

**1700 DEMERE ROAD LOT 65**
**ST SIMONS ISLAND, GA 31522-0117**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.4 21**

### CORA L MOORE

Nonpriority Creditor's Name

**216 ROLLING ACRES DRIVE**
**TIPP CITY, OH 45371**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____  **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **limited partner**

---

**4.4 22**

### CORA S ROBERTSON

Nonpriority Creditor's Name

**2464 HEATHER CT**
**LEXINGTON, KY 40503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____  **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **limited partner**

---

**4.4 23**

### CORBIN G FIELDS

Nonpriority Creditor's Name

**10093 S KY 501**
**LIBERTY, KY 42539-5454**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number _____  **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.4
24**

**CORINNA RATLIFF**

Nonpriority Creditor's Name

**HC 61 BOX 760
SALYERSVILLE, KY 41465**

Number City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___    **Unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

**4.4
25**

**CORNELIA CORNETT**

Nonpriority Creditor's Name

**128 SCOTT CREEK ROAD
CROSSVILLE, TN 38571**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___    **Unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

**4.4
26**

**COURTNEY ADAMS**

Nonpriority Creditor's Name

**377 BLACK BOTTOM ROAD
JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___    **Unknown**

**When was the debt incurred?** ___

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                           Case number (if know)

| 4.4 27 | **CRARY G CARTER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1325 E CAMPBELL PARK**
**HUNTINGTON, WV 25705**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **limited partner**

☐ Yes

---

| 4.4 28 | **CRATE MEADE JR** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**51 BENNY MEADE RD**
**PIKEVILLE, KY 41501**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **limited partner**

☐ Yes

---

| 4.4 29 | **CRAWFORD AND MULHOLLAND** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO DRAWER 929**
**WHITESBURG, KY 41858**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **limited partner**

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**                                                           Case number *(if know)*

---

| 4.4 30 | **CRAWFORD PARTNERSHIP LLC** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 929**
**WHITESBURG, KY 41858**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.4 31 | **CREALIE FUGATE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**303 CHURCHWOOD LN 3 L**
**MILTON, KY 40045**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.4 32 | **CROWE 1 ROYALTY OWNERS INT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                               Case number *(if know)*

---

| 4.4 33 | **CRUDEWELL DRILLING INC.** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 10**
**ALBANY, KY 42602**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.4 34 | **CUMBERLAND DRILLING** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.4 35 | **CUMBERLAND HARLAN EXPLORATION** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 1870**
**BARBOURVILLE, KY 40906**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                            Case number (if know)

---

| 4.4 36 | |
|---|---|

**CURTIS ADAMS**

Nonpriority Creditor's Name

**PO BOX 26**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.4 37 | |
|---|---|

**CURTIS D CORNETT**

Nonpriority Creditor's Name

**PO BOX 685**
**COOPER LANDING, AK 99572**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.4 38 | |
|---|---|

**CURTIS FUGATE**

Nonpriority Creditor's Name

**PO BOX 646**
**CARRIE, KY 41725**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.4 39 | | |
|---|---|---|

**CW HOSKINS HEIRS**
Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.4 40 | | |
|---|---|---|

**CYNTHIA B MONEY**
Nonpriority Creditor's Name
**107 15TH ST**
**CORBIN, KY 40701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.4 41 | | |
|---|---|---|

**CYNTHIA M EADES**
Nonpriority Creditor's Name
**2434 CHARING CROSS DR**
**ROANOKE, VA 24018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                        Case number *(if know)*

| 4.4 42 | **D & D INVESTMENTS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**HC 78 BOX 60**
**MCDOWELL, KY 41647**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.4 43 | **DAISY NICKLES** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.4 44 | **DALE MEADE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2509 NEWPORT HWY**
**SEVIERVILLE, TN 37876-2061**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (*if know*)

---

**4.4 45**

**DALE TOMLINSON**

Nonpriority Creditor's Name

**130 KENTUCKY OIL VILLAGE**
**BETSY LAYNE, KY 41605**

Number City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.4 46**

**DALE WILLIAMS**

Nonpriority Creditor's Name

**148 TAYLOR RIDGE RD**
**HAZARD, KY 41701**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.4 47**

**DANA SALMONS**

Nonpriority Creditor's Name

**103 N HILLSIDE AVE**
**ORLANDO, FL 32803**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number (if know) _____

---

| 4.4 48 | |
|---|---|

**DANIEL COOK**
Nonpriority Creditor's Name
**418 HWY 3401**
**WHITESBURG, KY 41858**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.4 49 | |
|---|---|

**DANIEL HARMON**
Nonpriority Creditor's Name
**8142 AKERS DR**
**CATLETTSBURG, KY 41129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.4 50 | |
|---|---|

**DANIEL LYNN SMITH**
Nonpriority Creditor's Name
**1 PERRY STREET, APT 16**
**WAPAKONETA, OH 45895**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley** _____  Case number (if know) _____

| 4.4 51 | | |
|---|---|---|

**DANIEL NEWSOME**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

| 4.4 52 | | |
|---|---|---|

**DANNA L SMITH**
Nonpriority Creditor's Name

**631 SPRING BRANCH RD**
**JEREMIAH, KY 41826**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

| 4.4 53 | | |
|---|---|---|

**DANNY BRANHAM**
Nonpriority Creditor's Name

**2035 SILVER LAKE BLVD**
**FRANKFORT, KY 40601**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____            **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.4 54 | **DANNY CALLAHAN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1490 STINGY CREEK RD**
**STANFORD, KY 40484**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.4 55 | **DANNY CAUDILL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2517 KY HWY 463**
**DELPHIA, KY 41735**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.4 56 | **DANNY JUSTICE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 219**
**FEDS CREEK, KY 41524**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                         Case number *(if know)*

---

**4.4 57**

**DANNY LEE HAYES**

Nonpriority Creditor's Name

**61 OAKWOOD BRANCH**
**LEBURN, KY 41831**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.4 58**

**DARLENE KUNZ**

Nonpriority Creditor's Name

**486 WHEELER RD**
**AUBURN, MI 48611**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.4 59**

**DARREL PRIODE**

Nonpriority Creditor's Name

**PO BOX 594**
**LOUISA, KY 41230**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**
Case number (if know)

---

| 4.4 60 | **DARRELL AND LINDA FRANKLIN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**5749 E COUNTY RD 100 S**
**MILAN, IN 47031**
Number City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.4 61 | **DARRELL COMBS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 123**
**BLUE RIVER, KY 41607**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.4 62 | **DARRELL G SCHELL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**508 FARRELL DR**
**FT WRIGHT, KY 41011**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

_____        Case number (if know) _____

| 4.4 63 | **DARRELL R COMBS** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 21**
**MOUSIE, KY 41839**

Number City State Zlp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner** _____

---

| 4.4 64 | **DARRYL AND STEPHANIE BOGGS** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**176 BLAIR BRANCH RD**
**JEREMIAH, KY 41826**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner** _____

---

| 4.4 65 | **DARYL HALE** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 27**
**WHITESBURG, KY 41858**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner** _____

---

Debtor 1    **Charles R. Bradley** _____    Case number *(if know)* _____

---

**4.4 66**

**DASKEL D SLONE**
_____
Nonpriority Creditor's Name
**1900 S MANVILLE ROAD**
**MUNCIE, IN 47302-4850**
_____
Number Street City State Zip Code
**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.4 67**

**DAVID A DALKA**
_____
Nonpriority Creditor's Name
**425 LEMON BLUFF ROAD**
**OSTEEN, FL 32764**
_____
Number Street City State Zip Code
**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.4 68**

**DAVID A SMITH**
_____
Nonpriority Creditor's Name
**412 STRAIGHT FORK RD**
**CORNETTSVILLE, KY 41731**
_____
Number Street City State Zip Code
**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley** _____    Case number (*if know*) _____

| 4.4 69 | **DAVID AND MARY COMBS** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**6977 E PLYMOUTH RD**
**LEXINGTON, IN 47138**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

| 4.4 70 | **DAVID BOTTIMORE** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**10549 JAMES WREN WAY**
**FAIRFAX, VA 22030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

| 4.4 71 | **DAVID DANIEL** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**3843 RT 201**
**SITKA, KY 41255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.4 72 | **DAVID DEROSSETT** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 2115**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.4 73 | **DAVID DOWNEY** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.4 74 | **DAVID FITZPATRICK** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**131 CARDINGMACHINE RD**
**BOWDOINHAM, ME 04008**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                                Case number (*if know*)

---

| 4.4 75 | **DAVID H. NEELEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**BOX 813**
**PRESTONSBURG, KY 41653**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ No
- ☐ Yes

■ Other. Specify    **limited partner**

---

| 4.4 76 | **DAVID HALCOMB** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**555 DANIELS BRANCH RD**
**WHITESBURG, KY 41858**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ No
- ☐ Yes

■ Other. Specify    **limited partner**

---

| 4.4 77 | **DAVID L GARRED** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 311**
**VAN, TX 75790**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ No
- ☐ Yes

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                                Case number (if know)

---

| 4.4 78 | | |
|---|---|---|

**DAVID L MAYHEW**                                    Last 4 digits of account number                                    **Unknown**

Nonpriority Creditor's Name

**308 KING DRIVE**                                    When was the debt incurred?

**PAINTSVILLE, KY 41240**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only                                    ☐ Contingent
- ☐ Debtor 2 only                                    ■ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                       ■ Disputed
- ☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
- **☐ Check if this claim is for a community          ☐ Student loans
  debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

**Is the claim subject to offset?**                  ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No                                               ■ Other. Specify    **limited partner**
- ☐ Yes

---

| 4.4 79 | | |
|---|---|---|

**DAVID L MOORE**                                    Last 4 digits of account number                                    **Unknown**

Nonpriority Creditor's Name

**2488 HWY 2037**                                    When was the debt incurred?

**LOUISA, KY 41230**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only                                    ☐ Contingent
- ☐ Debtor 2 only                                    ■ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                       ■ Disputed
- ☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
- **☐ Check if this claim is for a community          ☐ Student loans
  debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

**Is the claim subject to offset?**                  ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No                                               ■ Other. Specify    **limited partner**
- ☐ Yes

---

| 4.4 80 | | |
|---|---|---|

**DAVID LEE SMITH**                                  Last 4 digits of account number                                    **Unknown**

Nonpriority Creditor's Name

**119 WALTER STREET**                                When was the debt incurred?

**CRIDERSVILLE, OH 45806**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only                                    ☐ Contingent
- ☐ Debtor 2 only                                    ■ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                       ■ Disputed
- ☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
- **☐ Check if this claim is for a community          ☐ Student loans
  debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

**Is the claim subject to offset?**                  ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No                                               ■ Other. Specify    **limited partner**
- ☐ Yes

---

Debtor 1   **Charles R. Bradley**                                                      Case number (if know)

---

**4.481**

**DAVID LIDDIC**

Nonpriority Creditor's Name

**1492 JUSTIN CT**
**BELLBROOK, OH 45305**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.482**

**DAVID NEWELL**

Nonpriority Creditor's Name

_____
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.483**

**DAVID P LEWIS**

Nonpriority Creditor's Name

**2195 OLD ORCHARD DR**
**MARIETTA, GA 30068**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.4
84**

**DAVID PATTEN**
Nonpriority Creditor's Name
**PO BOX 1877
HAZARD, KY 41702-1877**
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.4
85**

**DAVID SETZER**
Nonpriority Creditor's Name
**76 TEXAS AVE
WHITESBURG, KY 41858**
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.4
86**

**DAVID TYLER**
Nonpriority Creditor's Name
**340 TYLER LANE
WHITESBURG, KY 41858**
Number Street City State ZIp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.4 87 | **DAVID W CRABTREE** | |
|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.4 88 | **DAVID W HAYES** | |
|---|---|---|

Nonpriority Creditor's Name

**1742 WILEY FORK ROAD**
**LEBURN, KY 41831**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.4 89 | **DEAN FAMILY FARMS LLC** | |
|---|---|---|

Nonpriority Creditor's Name

**3612 EPPERLY DR**
**OKLAHOMA CITY, OK 73115**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.4 90**

**DEANA J TERRY**
Nonpriority Creditor's Name

**PO BOX 119**
**ISOM, KY 41824**
Number Street City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.4 91**

**DEANNA ADAMS**
Nonpriority Creditor's Name

**111 N CHESTNUT ST APT G**
**BELTON, MO 64012**
Number Street City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.4 92**

**DEBBIE JOHNSON**
Nonpriority Creditor's Name

**PO BOX 201**
**SHELBIANA, KY 41562**
Number Street City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**
Case number *(if know)*

---

| 4.4 93 | |
|---|---|

**DEBBIE TRUSTY**
Nonpriority Creditor's Name

**372 CRIDER BRANCH ROAD**
**EAST POINT, KY 41216**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____    **Unknown**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.4 94 | |
|---|---|

**DEBORAH AKERS**
Nonpriority Creditor's Name

**PRESTONS CROSSING 216 TOWN**
**BRANCH RD**
**APT 211**
**PRESTONBURG, KY 41653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____    **Unknown**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.4 95 | |
|---|---|

**DEBORAH COMBS**
Nonpriority Creditor's Name

**PO BOX 713**
**HINDMAN, KY 41822**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____    **Unknown**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

_____   Case number (if know) _____

| 4.4<br>96 | **DEBORAH D HICKS** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**18 OWENS ST**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.4<br>97 | **DEBORAH HISER** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**17918 JENNIFER LN**
**HAGERSTOWN, MD 21740**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.4<br>98 | **DEBORAH K CLEMONS** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**884 PANBOWL BRANCH**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.4 99 | **DEBORAH L WATKINS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 565**
**JACKSON, KY 41339**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ No
- ☐ Yes

- ☐ Other. Specify    **limited partner**

---

| 4.5 00 | **DEBORAH MULLINS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**340 MEADOWBROOK HOLLOW**
**HAZARD, KY 41701**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ No
- ☐ Yes

- ☐ Other. Specify    **limited partner**

---

| 4.5 01 | **DEBORAH SALVATO** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**47 MIAMI PKY**
**FT THOMAS, KY 41075**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ No
- ☐ Yes

- ☐ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.5 02 | |
|---|---|

**DEBORAH WATKINS**

Nonpriority Creditor's Name

**PO BOX 565**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **limited partner** _____

---

| 4.5 03 | |
|---|---|

**DEBORAH YONTS**

Nonpriority Creditor's Name

**294 BRIARWOOD RD**
**ABBEVILLE, SC 29620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **limited partner** _____

---

| 4.5 04 | |
|---|---|

**DEBRA L POTTS**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.5 05 | **DEBRA LOVERIDGE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**385 ARROYO RD**
**SONOMA, CA 95476**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.5 06 | **DEBRA SLONE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**16279 105TH DR N**
**JUPITER, FL 33478**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.5 07 | **DELANA S TRENT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 228**
**MAYKING, KY 41837**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.5 08 | **DELLA BRADLEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 221**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.5 09 | **DELLA M DEMAREE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**7939 CRACKLING LANE**
**INDIANAPOLIS, IN 46259-7685**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.5 10 | **DELMAR AND OLEDITH PARKS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**300 L SHOCKEY FORK RD**
**CAMPTON, KY 41301**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.5 11 | **DELMAR G REYNOLDS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 170**
**PINETOP, KY 41843**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify    **limited partner**

---

| 4.5 12 | **DELMAR WHITLEY** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1026 HWY 134**
**HAZEL GREEN, KY 41332**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify    **limited partner**

---

| 4.5 13 | **DELORES EVERSOLE** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4132 NEEBISH AVE**
**FLINT, MI 48506**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.5 14 | **DELORIS BRICKLEY** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 569**
**1171 BRICKLEY LANE**
**HAGERHILL, KY 41222**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.5 15 | **DELPHIA BRANHAM** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 3279**
**PIKEVILLE, KY 41502**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.5 16 | **DENCIL SHORT** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.5
17**

**DENISE BAKER**

Nonpriority Creditor's Name

**328 ELM ST
FRANKLIN, OH 45005**

Number City State ZIp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.5
18**

**DENISE CLARK**

Nonpriority Creditor's Name

**PO BOX 508
PRESTONSBURG, KY 41653**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.5
19**

**DENISE J BACK**

Nonpriority Creditor's Name

**17360 COUNTY RD I-50
WEST UNITY, OH 43570**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

| 4.5 20 | **Dennis Adams Distributor** | Last 4 digits of account number _____ | $560.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 251**
**Allen, KY 41601**

Number Street City State Zlp Code

When was the debt incurred?    **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **trade debt and limited partner**

■ No
☐ Yes

| 4.5 21 | **DENNIS FIELDS** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**5616 S DELMAR RD**
**MARION, IN 46953**

Number Street City State Zlp Code

When was the debt incurred?    _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

■ No
☐ Yes

| 4.5 22 | **DENNIS RATLIFF** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 101**
**REGINA, KY 41559**

Number Street City State Zlp Code

When was the debt incurred?    _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

■ No
☐ Yes

Debtor 1   **Charles R. Bradley**                                     Case number (if know)

| 4.5 23 | **DENNIS SMITH** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1100 CRENSHAW LN**
**NICHOLASVILLE, KY 40356**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.5 24 | **DENNIS W ROGERS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1065 PENNSYLVANIA STREET, APT 202**
**DENVER, CO 80203**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.5 25 | **DENNY RAY WELLS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 485**
**WOOTON, KY 41776**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.5 26 | **DENVER DAY** | **Last 4 digits of account number** | | | **Unknown** |

Nonpriority Creditor's Name

**3017 RIVERSIDE DR**
**DANVILLE, KY 40422**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.5 27 | **DENVER P COLLINS** | **Last 4 digits of account number** | | | **Unknown** |

Nonpriority Creditor's Name

**134 OAKWOOD DRIVE**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.5 28 | **DENZIL R HALL** | **Last 4 digits of account number** | | | **Unknown** |

Nonpriority Creditor's Name

**HC 78 BOX 60**
**MCDOWELL, KY 41647**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                                    Case number *(if know)*

---

**4.5 29**

**Dept. of Natural Resources**
Nonpriority Creditor's Name
**Division of Oil and Gas**
**300 Sower Bldg.**
**Frankfort, KY 40601**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**   _____

---

**4.5 30**

**DERRICK T CHARLES (C/O OPHA SHEPHERD-GRD**
Nonpriority Creditor's Name
**4492 LITTLE LEATHERWOOD ROAD**
**CORNETTSVILLE, KY 41731**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**   _____

---

**4.5 31**

**DEWEY RISNER**
Nonpriority Creditor's Name
**10405 MAIN ST**
**THONOTOSASSA, FL 33592**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**   _____

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.5 32 | **DGB INC** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**4500 NORTH FLAGLER DRIVE APT C 5**
**WEST PALM BEACH, FL 33407**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.5 33 | **DIAMOND STAR INC** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**194 MEADOWVIEW STREET**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.5 34 | **DIANA HALL** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2464 ASTARITA WAY**
**LEXINGTON, KY 40509**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**
Case number *(if know)*

| 4.5 35 | **DIANA L HOWARD** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

| 4.5 36 | **DIANE BREWER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2112 UPPER SECOND CRK RD
HAZARD, KY 41701**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

| 4.5 37 | **DIANE SMITH** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**44 UPPER TWIN HOLLOW RD
CORNETTSVILLE, KY 41731**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.5 38**

**DIANE W LONG**
Nonpriority Creditor's Name
**86 WILD SAGE CT**
**FLETCHER, KY 28732**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number ___    **Unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.5 39**

**DIANNA D GARRED**
Nonpriority Creditor's Name
**1103 ALBERT ST**
**MANDEVILLE, LA 70448**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number ___    **Unknown**

When was the debt incurred? ___

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.5 40**

**DNOW LP**
Nonpriority Creditor's Name
**PO Box 200822**
**Dallas, TX 75320-0822**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **2254**    **$33,819.19**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **trade debt**

---

Debtor 1  **Charles R. Bradley**                                                                    Case number (if know) _____

---

**4.5 41**

**DOAK SMITH**

Nonpriority Creditor's Name

**140 BREAZEAL ROAD**
**PENDLETON, SC 29670**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner** _____

---

**4.5 42**

**DOCK ADAMS**

Nonpriority Creditor's Name

**PO BOX 113**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner** _____

---

**4.5 43**

**DOCK REYNOLDS JR**

Nonpriority Creditor's Name



Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                                      Case number *(if know)*

---

| 4.5<br>44 | **DON COMBS** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO DRAWER 31**
**PIKEVILLE, KY 41502**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.5<br>45 | **DON DIXON** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**101 BRENTLAWN DR**
**FRANKFORT, KY 40601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.5<br>46 | **DON E FUGATE** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**4780 E MAGNOLIA RD**
**ENGLISH, IN 47118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number (*if know*)

---

**4.5 47**

**DON GOBLE**

Nonpriority Creditor's Name

**PO BOX 934**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.5 48**

**DON HOLBROOK**

Nonpriority Creditor's Name

**91 RALPH'S RUN**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.5 49**

**DON HOLLIDAY**

Nonpriority Creditor's Name

**304 NAPIER FARM RD**
**HAZARD, KY 41701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley** _____   Case number (*if know*) _____

---

| 4.5 50 | | |
|---|---|---|

**DON R WALLEN**
Nonpriority Creditor's Name
**159 MAGGARD DRIVE**
**LEBURN, KY 41831**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____               **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.5 51 | | |
|---|---|---|

**DON SR HOWARD**
Nonpriority Creditor's Name
**1445 COPPER RUN BOULEVARD**
**LEXINGTON, KY 40514**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____               **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.5 52 | | |
|---|---|---|

**DONALD AKERS**
Nonpriority Creditor's Name
**396 MINK RUN RD**
**FRANKFORT, KY 40601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____               **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.5<br>53 | **DONALD BAKER** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**1089 BUCYRUS RD**
**GALION, OH 44833**

Number City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.5<br>54 | **DONALD FIELDS** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**625 CHESTNUT DR**
**GAS CITY, IN 46933**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.5<br>55 | **DONALD G CORNETT** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**333 SHORESIDE DR**
**LEXINGTON, KY 40515**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.5<br>56 | **DONALD H GRAY** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**4261 WATERTRACE DRIVE**
**LEXINGTON, KY 40515**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    **limited partner**

---

| 4.5<br>57 | **DONALD HOWARD** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 104**
**EASTERN, KY 41622**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    **limited partner**

---

| 4.5<br>58 | **DONALD L KENDALL** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**134 ROYAL FARM EAST**
**BLACKLICK, OH 43004**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                                    Case number *(if know)*

---

| 4.5 59 | **DONALD STOTELMYER JR** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**17515 STONE VALLEY DR**
**HAGERSTOWN, MD 21740**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.5 60 | **DONNA A BRIDGE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**244 EAST TIVERTON WAY**
**LEXINGTON, KY 40517**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.5 61 | **DONNA BAILEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**147 COLLEGE STREET**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                         Case number *(if know)*

---

| 4.5<br>62 | **DONNA BLACKBURN** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**22964 LOOKDOWN LANE**
**CUDJOE KEY, FL 33042**

Number City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.5<br>63 | **DORA A HOLBROOK** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 235**
**JACKSON, KY 41339**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.5<br>64 | **DORIS H MASSEY** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**6331 RISTANCO DR**
**MIDDLETOWN, OH 45042**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley** _____   Case number _(if know)_ _____

| 4.5<br>65 | **DORIS HALL** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**407 WEST D STREET**
**ERWIN, NC 28339**

Number City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.5<br>66 | **DORIS MONNETTE** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**1821 YANKEETOWN RD**
**HAMERSVILLE, OH 45130**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.5<br>67 | **DORIS WADDLES** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 85**
**KITE, KY 41828**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**                                          Case number *(if know)*

| 4.5 68 | | | |
|---|---|---|---|

**DORLORES POWERS**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

| 4.5 69 | | | |
|---|---|---|---|

**DOROTHY CARTER**
Nonpriority Creditor's Name

**PO BOX 723**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

| 4.5 70 | | | |
|---|---|---|---|

**DOROTHY COMBS-COBBLE**
Nonpriority Creditor's Name

**1466 JAYBIRD RD**
**MORRISTOWN, TN 37814**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.5 71 | **DOROTHY E GARRED** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1306 CREST LN**
**OAKDALE, PA 15071**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.5 72 | **DOROTHY KNIGHT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**103 KING ARTHUR'S CT**
**GEORGETOWN, KY 40324**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.5 73 | **DOROTHY NEWMAN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**31 BOCK ROAD**
**BARBOURSVILLE, KY 40906**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**
_____    Case number (if know) _____

| 4.5 74 | **DOROTHY TAYLOE** | | | | Last 4 digits of account number _____ | **Unknown** |

**DOROTHY TAYLOE**
Nonpriority Creditor's Name

**PO BOX 11188**
**LEXINGTON, KY 40574**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.5 75 | **DORTHA WILLIAMS** |

**DORTHA WILLIAMS**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.5 76 | **DOUGLAS AND ZELLA BENTLEY** |

**DOUGLAS AND ZELLA BENTLEY**
Nonpriority Creditor's Name

**PO BOX 78**
**LITT CARR, KY 41834**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.5 77 | | |
|---|---|---|

**DOUGLAS BENTON**

Nonpriority Creditor's Name

**303 PIN OAK DRIVE**

**RICHMOND, KY 40475**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.5 78 | | |
|---|---|---|

**DOUGLAS K TACKETT**

Nonpriority Creditor's Name

**166 TACKETT FORK**

**BEAVER, KY 41604**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.5 79 | | |
|---|---|---|

**DOUGLAS M HALL**

Nonpriority Creditor's Name

**584 REGENCY CIRCLE**

**RICHMOND, KY 40475-8257**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.5 80 | **DOUGLAS M SMITH** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1108 CLOVELLY CT**
**LEXINGTON, KY 40517**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **limited partner**

---

| 4.5 81 | **DOUGLAS WATKINS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**5412 WEST ALYSSA COURT**
**WHITE LAKE, MI 48383**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **limited partner**

---

| 4.5 82 | **DOUGLAS WATKINS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**6625 WATERFORD HILL**
**CLARKSTON, MI 48346**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley** _____   Case number (*if know*) _____

| | | |
|---|---|---|
| 4.5 83 | **DOUGLAS, EXECUTOR WHEELER** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| | | |
|---|---|---|
| 4.5 84 | **DUSTIN T GASTON** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name

**6311 ECHO CANYON**
**SAN ANTONIO, TX 78249**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| | | |
|---|---|---|
| 4.5 85 | **DWIGHT A RATLIFF OR CHRYS LINDSTROM** | Last 4 digits of account number _____   **Unknown** |

Nonpriority Creditor's Name

**PO BOX 742**
**WEST VAN LEAR, KY 41268**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.5 86 | **DWIGHT PRATER** |
|---|---|

Nonpriority Creditor's Name

**60 BOSCO TIPPLE RD**
**HUEYSVILLE, KY 41640**

Number City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.5 87 | **E J BAKER JR** |
|---|---|

Nonpriority Creditor's Name

**122 NORTHWOOD DR**
**BRUNSWICK, GA 31521**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.5 88 | **E NORDMAN BEACON CU/FOB** |
|---|---|

Nonpriority Creditor's Name

**PO BOX 29**
**NORTH MANCHESTER, IN 46962**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.5 89**

**E, AGT ISAAC PAUL**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.5 90**

**EAGLE WELL SERVICES**

Nonpriority Creditor's Name

**PO BOX 1666**
**SALYERSVILLE, KY 41465**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$63,158.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.5 91**

**EARL BAKER**

Nonpriority Creditor's Name

**2440 WORLD PKWY BLVD APT 22**
**CLEARWATER, FL 33763-2030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.5 92**

**EARL M CORNETT**

Nonpriority Creditor's Name

**1485 SUGAR MAPLE LN**
**LEXINGTON, KY 40511**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.5 93**

**EARL M SMITH JR**

Nonpriority Creditor's Name

**PO BOX 605**
**BULAN, KY 41722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.5 94**

**Eastern Screens and Drives**

Nonpriority Creditor's Name

**402 Teays Branch Rd.**
**Paintsville, KY 41240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$237.23**

When was the debt incurred?      **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **trade debt**

---

Debtor 1    **Charles R. Bradley**                                                    Case number (if know)

| 4.5 95 | **Eastern Valley Energy, LLC** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**81 Willow Drive**
**Auxier, KY 41602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?    **2014**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **indemnity obligation per assignment**

---

| 4.5 96 | **EDDIE A HOLBROOK** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**PO BOX 147**
**EASTERN, KY 41622**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.5 97 | **EDDIE HOLBROOKS** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**PO BOX 3145**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.5 98 | **EDDIE P SLONE SR** | | Last 4 digits of account number | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1001 E SOUTH ST**

**ALBION, IN 46701**

Number City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.5 99 | **EDDIE R COMBS** | | Last 4 digits of account number | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2291 REEDER ROAD**

**BLANCHESTER, OH 45107**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.6 00 | **EDITH C GEORGE** | | Last 4 digits of account number | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**634 WEST VINE STREET, APT 1**

**ALLIANCE, OH 44601**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.6 01 | **EDITH LITTLE** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**781 WEST WOLCOTT ROAD**
**LOT #87**
**WOLCOTT, IA 52733**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.6 02 | **EDITH RAVENSCRAFT** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 513**
**HAGERHILL, KY 41222**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.6 03 | **EDNA PATRICK** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2933 BALLS FORK**
**ARY, KY 41712**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.6 04 |
|--------|

**EDSEL WALLEN**
Nonpriority Creditor's Name
**2035 RAMBLER ROAD**
**LEXINGTON, KY 40503-2406**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.6 05 |
|--------|

**EDWARD A CASEBOLT**
Nonpriority Creditor's Name
**1781 CAVEN BEND ROAD**
**GREENSBURG, KY 42743**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.6 06 |
|--------|

**EDWARD D REYNOLDS**
Nonpriority Creditor's Name
**PO BOX 30**
**MALLIE, KY 41836**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

---

**4.6 07**

**EDWARD F BRADLEY**

Nonpriority Creditor's Name

**801 EAST BRANNON ROAD**
**APT 528**
**NICHOLASVILLE, KY 40356**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.6 08**

**EDWARD H FIELDS**

Nonpriority Creditor's Name

**24200 S W 142ND AVE**
**HOMESTEAD, FL 33032**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.6 09**

**EFFIE BEGLEY**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (*if know*)

---

**4.6 10**

### ELAINE BACK

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.6 11**

### ELAINE GEARHEART HOLDINGS LTD

Nonpriority Creditor's Name

**PO BOX 38
HAROLD, KY 41635**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.6 12**

### ELAINE GEARHEART PARTNERSHIP

Nonpriority Creditor's Name

**PO BOX 38
HAROLD, KY 41635**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number (if know)

---

| 4.6 13 | **ELAINE HAYWOOD** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 138**
**PINETOP, KY 41845**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.6 14 | **ELDEN AND LOIS WELLS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 112**
**SMILAX, KY 41764**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.6 15 | **ELDON EVERIDGE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**8536 E PARKVIEW DR**
**ROCKVILLE, IN 47872-7726**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                    Case number *(if know)*

| 4.6 16 | **ELISHA SHORT** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.6 17 | **ELIZA M HURT** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**607 LOTT CREEK RD**
**HAZARD, KY 41701**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.6 18 | **ELIZABETH A MORSE** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**                                                  Case number *(if know)*

| | |
|---|---|
| 4.6 19 | **ELIZABETH ANDERSON** |

Nonpriority Creditor's Name

**PO BOX 1674**
**TRAVELERS REST, SC 29690**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

| | |
|---|---|
| 4.6 20 | **ELIZABETH ANN GAY** |

Nonpriority Creditor's Name

**15221 N 42ND PLACE**
**PHOENIX, AZ 85032**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

| | |
|---|---|
| 4.6 21 | **ELIZABETH BECKHAM** |

Nonpriority Creditor's Name

**832 SHELTON BEACH RD**
**SARALAND, AL 36571-3010**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.6 22**

**ELIZABETH C EMRY**

Nonpriority Creditor's Name

**1087 CAMBRIDGE DRIVE**
**GREENWOOD, IN 46142**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.6 23**

**ELIZABETH COMBS**

Nonpriority Creditor's Name

**803 SOUTH 700 EAST**
**MARION, IN 46953**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.6 24**

**ELIZABETH HENSON**

Nonpriority Creditor's Name

**PO BOX 151**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1 **Charles R. Bradley**                                         Case number (*if know*)

---

| 4.6 25 | | |
|---|---|---|

**ELIZABETH I TARNER**
Nonpriority Creditor's Name

**818 SANTMYER DRIVE S E**
**LEESBURG, VA 20175**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.6 26 | | |
|---|---|---|

**ELIZABETH MCCRABB**
Nonpriority Creditor's Name

**1512 GATOR TRAK**
**CHARLESTON, SC 29414**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.6 27 | | |
|---|---|---|

**ELIZABETH RHODES**
Nonpriority Creditor's Name

**13540 STATE RD 18**
**SHERWOOD, OH 43556**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number (*if know*)

---

| 4.6 28 | | |
|---|---|---|

**ELIZABETH TAYLOR**

Nonpriority Creditor's Name

**1903 ALTON STATION RD**
**LAWRENCEBURG, KY 40342**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.6 29 | | |
|---|---|---|

**ELKHORN HAZARD COAL AND LAND**

Nonpriority Creditor's Name

**PO BOX 929**
**WHITESBURG, KY 41858**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.6 30 | | |
|---|---|---|

**ELLA R HALL**

Nonpriority Creditor's Name

**12792 RT 979**
**BEAVER, KY 41604**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.6
31**

**ELLEN A MORRIS**

Nonpriority Creditor's Name

**347 CRESTWOOD
OXFORD, MI 48371**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.6
32**

**ELLEN K HALL**

Nonpriority Creditor's Name

**PO BOX 173
HAROLD, KY 41635**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.6
33**

**ELLIS ADAMS**

Nonpriority Creditor's Name

**119 BLAIR BRANCH RD
JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know)

| | | |
|---|---|---|
| 4.6 34 | **ELLIS D HARMON II** | Last 4 digits of account number   **Unknown** |

Nonpriority Creditor's Name

**2042 CRAFT RD**
**WALSTONBURG, NC 27888**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

**Is the claim subject to offset?**
■ No
☐ Yes

| | | |
|---|---|---|
| 4.6 35 | **ELMER BEGLEY** | Last 4 digits of account number   **Unknown** |

Nonpriority Creditor's Name

**PO BOX 25**
**WOOTON, KY 41776**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

**Is the claim subject to offset?**
■ No
☐ Yes

| | | |
|---|---|---|
| 4.6 36 | **ELMER KELLY** | Last 4 digits of account number   **Unknown** |

Nonpriority Creditor's Name

**PO BOX 59**
**SASSAFRAS, KY 41759**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

**Is the claim subject to offset?**
■ No
☐ Yes

Debtor 1   **Charles R. Bradley**                                                          Case number *(if know)*

---

| 4.6 37 | **ELMER RATLIFF** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**HC 61 BOX 762-A**
**SALYERSVILLE, KY 41465**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.6 38 | **ELSIE CASEBOLT BRANHAM** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**404 KY ROUTE 2040**
**WILLIAMSPORT, KY 41271**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.6 39 | **ELSIE R NEWMAN** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2781 BAY LAGOON WAY**
**TAVARES, FL 32778**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                    Case number (*if know*)

---

| 4.6 40 | **ELWOOD BATES** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**49343 ELKVIEW RD**
**CHILLIWACK, BC V4ZIE8**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

| 4.6 41 | **ELWOOD CORNETT** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**262 ELWOOD RD**
**BLACKEY, KY 41804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

| 4.6 42 | **ELZIE CAMPBELL** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**0485 NORTH 800 EAST**
**AVILLA, IN 46710**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.6 43 | | |
|---|---|---|

### ENDICOTT OIL & GAS

Nonpriority Creditor's Name

**PO BOX 2303**
**PAINTSVILLE, KY 41240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number ___    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

| 4.6 44 | | |
|---|---|---|

### ENOS AND JOANN CAUDILL

Nonpriority Creditor's Name

**61 ENOS LN**
**VIPER, KY 41774**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number ___    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

| 4.6 45 | | |
|---|---|---|

### ENTERPRISES KRP

Nonpriority Creditor's Name

**110 GRANDVIEW DRIVE**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number ___    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.6 46 | **EQT Corporation** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**625 Liberty Ave., Ste. 1700**
**Pittsburgh, PA 15222**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **Various**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Potential trespass claims**

---

| 4.6 47 | **EQUITABLE PRODUCTION CO** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**PO BOX 371688**
**PITTSBURGH, PA 15251**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.6 48 | **EQUITABLE RESOURCES** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**BOX 371688**
**PITTSBURGH, PA 15251**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                           Case number (if know)

| 4.6 49 | **Equitable Resources Exploration** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1989 E. Stone Drive**
**Kingsport, TN 37660**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **pooling agreement**

---

| 4.6 50 | **ERI A SMITH** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**4728 RAINBOW DR**
**GREEN ACRES, FL 33463**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

| 4.6 51 | **ERIC KEITH ADAMS** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**608 RED STAR RD**
**CORNETTSVILLE, KY 41731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

Debtor 1 **Charles R. Bradley**

Case number *(if know)*

---

| 4.6 52 | |
|---|---|

**ERIC KING**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.6 53 | |
|---|---|

**ERIC THOMAS**
Nonpriority Creditor's Name
**125 B LAFAYETTE BLVD**
**WILLIAMSBURG, VA 23188**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.6 54 | |
|---|---|

**ERIKA RITCHIE**
Nonpriority Creditor's Name
**7627 KY 1232**
**CORBIN, KY 40701**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.6 55**

**ERNEST CASEBOLT**                           Last 4 digits of account number                              Unknown
Nonpriority Creditor's Name
**PO BOX 709**                                When was the debt incurred?
**PHELPS, KY 41553**
Number Street City State Zip Code             As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ■ Disputed
☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**   ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?               report as priority claims
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                         ■ Other. Specify   **limited partner**

---

**4.6 56**

**ERNEST HOLLON**                             Last 4 digits of account number                              Unknown
Nonpriority Creditor's Name
**PO BOX 1580**                               When was the debt incurred?
**HYDEN, KY 41749**
Number Street City State Zip Code             As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ■ Disputed
☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**   ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?               report as priority claims
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                         ■ Other. Specify   **limited partner**

---

**4.6 57**

**ERNESTINE CREECH**                          Last 4 digits of account number                              Unknown
Nonpriority Creditor's Name
**4490 TOM HOLLOW RD**                        When was the debt incurred?
**PARTRIDGE, KY 40862**
Number Street City State Zip Code             As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ■ Disputed
☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**   ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?               report as priority claims
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                         ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.6 58 | | |
|---|---|---|

**ERNIE D CAUDILL**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**1616 HWY 7 SOUTH**
**JEREMIAH, KY 41826**

When was the debt incurred? _____

Number City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.6 59 | | |
|---|---|---|

**ESTATE OF ARETTA HAMMONDS**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**GENERAL DELIVERY**
**SALYERSVILLE, KY 41465**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.6 60 | | |
|---|---|---|

**ESTATE OF BILL BRANHAM**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**C/O J SCOTT LANFORD**
**3159 ALZANTE CIRCLE #102**
**MELBOURNE, FL 32940**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                        Case number *(if know)*

---

**4.6 61**

**ESTATE OF BILLIE TRIMBLE**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

**4.6 62**

**ESTATE OF CAROL BOGGS**
Nonpriority Creditor's Name
**PO BOX 479**
**CARRIE, KY 41725**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

**4.6 63**

**ESTATE OF CHANDLER GAYHEART**
Nonpriority Creditor's Name
**PO BOX 1**
**GARNER, KY 41817**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.6<br>64 | **ESTATE OF CHESLEY A LYCAN** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 884**
**LOUISA, KY 41230**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.6<br>65 | **ESTATE OF DANA J DIXON** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.6<br>66 | **ESTATE OF DAVID NICKLES** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1523 TUNNEL MILL RD**
**CHARLESTOWN, IN 47111**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.6 67 | **ESTATE OF DEAN HARMON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **limited partner**

---

| 4.6 68 | **ESTATE OF DENISE WICKER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**130 SCOTT AVE**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **limited partner**

---

| 4.6 69 | **ESTATE OF DONALD RAY PELPHREY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 34**
**WILLIAMSTOWN, WV 26187**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.6 70 | **ESTATE OF DOUGLAS REED WATTS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4175 HWY 3193**
**JACKSON, KY 41339**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.6 71 | **ESTATE OF ELLIS HARMON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.6 72 | **ESTATE OF FRANKY A WADDELL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 492**
**GLEN JEAN, WV 25846**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                        Case number *(if know)*

| | |
|---|---|
| 4.6 73 | |

**ESTATE OF FRED COMBS**

Nonpriority Creditor's Name

**PO BOX 1166**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| | |
|---|---|
| 4.6 74 | |

**ESTATE OF HIRAM STAMPER**

Nonpriority Creditor's Name

**PO BOX 119**
**ISOM, KY 41824**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| | |
|---|---|
| 4.6 75 | |

**ESTATE OF HOMER SHORT**

Nonpriority Creditor's Name

**7766 RT 321 S**
**HAGER HILL, KY 41222**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**                                                Case number *(if know)*

---

| 4.6 76 | **ESTATE OF J P BOGGS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**2636 ASHBROOK DR**
**LEXINGTON, KY 40513**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **limited partner**

---

| 4.6 77 | **ESTATE OF JENETTE ADAMS C/O GARY ADAMS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**22 SEVEN OAKS**
**JEREMIAH, KY 41826**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **limited partner**

---

| 4.6 78 | **ESTATE OF JESSE SALYER** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 2385**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  **limited partner**

---

Debtor 1  **Charles R. Bradley**                                          Case number *(if know)*

| 4.6 79 | **ESTATE OF JOE P CRAWFORD** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

_____
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.6 80 | **ESTATE OF JOEL TAULBEE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**130 SCOTT AVE**
**PIKEVILLE, KY 41501**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.6 81 | **ESTATE OF KEITH CAUDILL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**1683 CARCASSONE RD**
**BLACKEY, KY 41804**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.6
82**

### ESTATE OF LAFE HINKLE

Nonpriority Creditor's Name

**PO BOX 884
LOUISA, KY 41230**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.6
83**

### ESTATE OF LENA STRONG

Nonpriority Creditor's Name

**42 LEE GAYHEART DR
LEBURN, KY 41831**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.6
84**

### ESTATE OF MICKEY FULP

Nonpriority Creditor's Name

**214 ELAM WAY
BRONSTON, KY 42518**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                        Case number *(if know)*

---

| 4.6<br>85 | **ESTATE OF MILDRED WEBB** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**GENERAL DELIVERY**
**SALYERSVILLE, KY 41465**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.6<br>86 | **ESTATE OF NADINE AMBURGEY** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 73**
**LITT CARR, KY 41834**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.6<br>87 | **ESTATE OF NELL NOBLE** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (*if know*)

---

**4.6 88**

**ESTATE OF NORMA J DUNN**

Nonpriority Creditor's Name

**480 CLAY LICK RD**
**JEFFERSONVILLE, KY 40337**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.6 89**

**ESTATE OF REX MITCHELL**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.6 90**

**ESTATE OF ROBERT HARBIN**

Nonpriority Creditor's Name

**13821 NEW MARKET RD**
**MARYSVILLE, IN 47141**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                   Case number *(if know)*

---

**4.6 91**

### ESTATE OF ROY CAMPBELL

Nonpriority Creditor's Name

**PO BOX 651**
**HAZARD, KY 41702**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.6 92**

### ESTATE OF SELDON BREWER

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.6 93**

### ESTATE OF THOMAS EVERIDGE

Nonpriority Creditor's Name

**3038 THORNTON RD**
**THORNTON, KY 41855**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley**                                                  Case number *(if know)*

---

**4.6 94**

### ESTATE OF TT COLLEY

Nonpriority Creditor's Name

**PO BOX 2141**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**                          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

---

**4.6 95**

### ESTATE OF VADA SABASTIAN

Nonpriority Creditor's Name

**2175 KNOB LICK RD**
**IRVINE, KY 40336**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**                          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

---

**4.6 96**

### ESTATE OF WILLIAM BLAIR

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**                          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

---

Debtor 1    **Charles R. Bradley**                                          Case number (if know) _____

---

**4.6 97**

## ESTILL ADAMS

Nonpriority Creditor's Name

**59 WOLFPEN CRK RD**
**MALLIE, KY 41834**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.6 98**

## ETTA MCINTOSH

Nonpriority Creditor's Name

**6940 WOLF CREEK ROAD**
**YEADDISS, KY 41777**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.6 99**

## EUGENE MOSLEY

Nonpriority Creditor's Name

**PO BOX 1041**
**HINDMAN, KY 41822**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| | |
|---|---|
| 4.7<br>00 | |

**EULAVENE HAWKINS**

Nonpriority Creditor's Name

**306 MERIWOOD PKY**
**HOPKINSVILLE, KY 42240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| | |
|---|---|
| 4.7<br>01 | |

**EVA STERLING**

Nonpriority Creditor's Name

**160 E GENUNG ST**
**ST. AUGUSTINE, FL 32086**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| | |
|---|---|
| 4.7<br>02 | |

**EVA VANCE**

Nonpriority Creditor's Name

**14287 KY ROUTE 979**
**BEAVER, KY 41604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                        Case number (if know)

---

**4.7 03**

**EVANGENE ADAMS**

Nonpriority Creditor's Name

**334 BLAIR BRANCH RD**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                             **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.7 04**

**EVELYN SMITH**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                             **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.7 05**

**EXECUTRIX BRENDA BUNTIN**

Nonpriority Creditor's Name

**PO BOX 376**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                             **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Official Form 106 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 241 of 725**

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.7 06**

**F WALLEN ROWE INIS**

Nonpriority Creditor's Name

**224 RATLIFF SCHOOL ROAD**
**LEBURN, KY 41831**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.7 07**

**FAB GAS PROJECT #1**

Nonpriority Creditor's Name

**PO BOX 3098**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.7 08**

**FAB GAS PROJECT #2**

Nonpriority Creditor's Name

**PO BOX 3098**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number (if know) _____

---

| 4.7 09 | **FAB GAS PROJECT #3** | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 3098**
**PIKEVILLE, KY 41502**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.7 10 | **FARMER BAKER JR** | | **Unknown** |

Nonpriority Creditor's Name

**3258 W 38th ST**
**CLEVELAND, OH 44109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.7 11 | **FASSAS MILDRED TRUST D** | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 787**
**RICHMOND, KY 40476**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

| 4.7 12 | **FAST STAFF LLC** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name

**601 MAIN STREET SUITE 102
HAZARD, KY 41701**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.7 13 | **FAY WOOD** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name

**4122 HILLWOOD RD
JACKSONVILLE, FL 32223**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.7 14 | **FELICIA STURGILL** | | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name

**408 DROKE LANE
BLOUNTVILLE, TN 37617**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.7 15**

**FERN COLLINS**

Nonpriority Creditor's Name

**124 HOLLY THICKET RD**
**VIPER, KY 41774**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.7 16**

**FESS HALCOMB**

Nonpriority Creditor's Name

**3925 LITTLE LEATHERWOOD CRK RD**
**CORNETTSVILLE, KY 41731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.7 17**

**FINCH GEORGE**

Nonpriority Creditor's Name

**2515 RATLIFF CREEK ROAD**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.7 18**

| | |
|---|---|
| **First Commonwealth Bank** | Last 4 digits of account number **8722** |
| Nonpriority Creditor's Name | $181,855.69 |
| **311 N Arnold Ave** | When was the debt incurred? **6/17/14** |
| **Prestonsburg, KY 41653** | |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Co-maker on debt secured by Troublesome Creek collateral**

---

**4.7 19**

| | |
|---|---|
| **FIRST NATIONAL BANK** | Last 4 digits of account number |
| Nonpriority Creditor's Name | **Unknown** |
| **BREATHITT OR WOLFE CO ROYALTY** | When was the debt incurred? |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **limited partner**

---

**4.7 20**

| | |
|---|---|
| **FITZ COAL CO** | Last 4 digits of account number |
| Nonpriority Creditor's Name | **Unknown** |
| **1234 LEXINGTON ROAD LANCASTER, KY 40444** | When was the debt incurred? |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

| 4.7 21 | |
|---|---|

**FLOMA PARTNERS**

Nonpriority Creditor's Name

**130 SCOTT AVE**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.7 22 | |
|---|---|

**FLOYD ALLEN**

Nonpriority Creditor's Name

**PO BOX 185**
**EASTERN, KY 41622**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.7 23 | |
|---|---|

**Floyd County Clerk**

Nonpriority Creditor's Name

**Chris Waugh**
**PO Box 1089**
**Prestonsburg, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    **$3,707.38**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **vehicle licenses**

---

Debtor 1    **Charles R. Bradley**

Case number (if know)

---

**4.7 24**

**FLOYD WELLS COAL AND LAND**

Last 4 digits of account number

Unknown

Nonpriority Creditor's Name

**PO BOX 527**
**WOOTON, KY 41776**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.7 25**

**FORREST BRYANT**

Last 4 digits of account number

Unknown

Nonpriority Creditor's Name

**4436 HWY 541**
**JACKSON, KY 41339**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.7 26**

**FORREST COOK**

Last 4 digits of account number

Unknown

Nonpriority Creditor's Name

**109 SOLOMON ROAD**
**WHITESBURG, KY 41858-7202**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.7 27**

**FRANCIS & MONICA SPRADLIN**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.7 28**

**FRANCIS HALL**

Nonpriority Creditor's Name

**541 LAKESHORE DR
LEXINGTON, KY 40502-2653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.7 29**

**FRANCIS J BROOKS**

Nonpriority Creditor's Name

**800 WILTSHIRE DR
EVANSVILLE, IN 47715**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.7 30 | **FRANCIS WHITAKER** | | Last 4 digits of account number | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**1050 STEWARTS RD**
**BLACKEY, KY 41804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

| 4.7 31 | **Frank Adams** | | Last 4 digits of account number | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**309 Seco Drive**
**Seco, KY 41849**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

| 4.7 32 | **FRANK AND MARY THORPE** | | Last 4 digits of account number | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3596 HWY 541**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                                            Case number (if know)

| 4.7 33 | **FRANK B MCGOWAN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**6576 BLUEWATERS DR**
**FLOWERY BRANCH, GA 30542**

Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.7 34 | **FRANK D HENDERSON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 457**
**ABINGDON, VA 24212**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.7 35 | **FRANK DAVIS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**525 SYBELIA PARKWAY #508**
**MAITLAND, FL 32751**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                      Case number (if know) _____

| 4.7 36 | | |
|---|---|---|

**FRANK J ADAMS**                                    **Last 4 digits of account number** _____            **Unknown**
Nonpriority Creditor's Name
**309 SECO DRIVE**                                    **When was the debt incurred?** _____
**SECO, KY 41849**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify   **limited partner** _____

| 4.7 37 | | |
|---|---|---|

**FRANK JUSTICE II**                                 **Last 4 digits of account number** _____            **Unknown**
Nonpriority Creditor's Name
**PO BOX 2198**                                       **When was the debt incurred?** _____
**PIKEVILLE, KY 41502**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify   **limited partner** _____

| 4.7 38 | | |
|---|---|---|

**FRED OR VANESSA BELCHER**                           **Last 4 digits of account number** _____            **Unknown**
Nonpriority Creditor's Name
**613 SLONES BRANCH**                                 **When was the debt incurred?** _____
**SHELBIANA, KY 41562**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community**         ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                ■ Other. Specify   **limited partner** _____

Debtor 1    **Charles R. Bradley**                                                                    Case number *(if know)*

---

| 4.7 39 | **FRED OR VICKIE BROWDER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**169 FOREST TRL CT**
**AIKEN, SC 29805**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

| 4.7 40 | **FRED P HURT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**104 TAMARA CRL**
**FRANKLIN, TN 37069**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

| 4.7 41 | **FREDA CODY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**150 WOODLAND AVE**
**HAZARD, KY 41701**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.7 42**

**FREDA HOLLIDAY**
Nonpriority Creditor's Name
**304 NAPIER FARM RD**
**HAZARD, KY 41701**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.7 43**

**FREDERICK L SCHOEW**
Nonpriority Creditor's Name
**41 TWIN VALLEY ESTATES**
**HUNTINGTON, WV 25704**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.7 44**

**FREIDA HARMON**
Nonpriority Creditor's Name
**1700 E MAIN ST**
**GREENUP, KY 41144**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                           Case number *(if know)*

---

| 4.7 45 | **FRENCH BAKER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**974 SAMUEL ST**
**LOUISVILLE, KY 40204**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ☐ Yes
- ■ Other. Specify   **limited partner**

---

| 4.7 46 | **GAIL BAILEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 3098**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ☐ Yes
- ■ Other. Specify   **limited partner**

---

| 4.7 47 | **GARRED FRANK B JR** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**4790 HAMPTON CLUB DRIVE**
**ALPHARETTA, GA 30004**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ☐ Yes
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number (if know)

| 4.7 48 | **GARY A HOLBROOK** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.7 49 | **GARY C CAUDILL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**838 STATE HWY 3298**
**OLIVE HILL, KY 41164**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.7 50 | **GARY CARPENTER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

Debtor 1   **Charles R. Bradley**                                                    Case number (if know)

---

| 4.7 51 | **GARY DALE GIBSON** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1043 SUMMIT ROAD**
**ASHLAND, KY 41102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **limited partner**

---

| 4.7 52 | **GARY DAY** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**4277 POLLS CRK RD**
**SMILAX, KY 41764**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **limited partner**

---

| 4.7 53 | **GARY MCINTOSH** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**6149 CARDWELL**
**GARDEN CITY, MI 48135**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.7 54 | **GARY SMITH** |
|---|---|

Nonpriority Creditor's Name

**145 NORTHRIDGE RD**
**LANCASTER, KY 40444-7267**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

| 4.7 55 | **GARY W ADAMS** |
|---|---|

Nonpriority Creditor's Name

**8032 N OLD ST RD 67**
**MORRISVILLE, IN 46158**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

| 4.7 56 | **GARY W BRYANT** |
|---|---|

Nonpriority Creditor's Name

**PO BOX 131**
**HI HAT, KY 41636**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.7 57**

**GARY WELLS**

Nonpriority Creditor's Name

**3496 POLLS CRK RD**
**SMILAX, KY 41764**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.7 58**

**Gas Analytical**

Nonpriority Creditor's Name

**c/o TX9212U**
**PO Box 66900**
**Chicago, IL 60666-0900**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number   **1310**              **$8,729.80**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **trade debt**

---

**4.7 59**

**GAYLA D HARVEY**

Nonpriority Creditor's Name

**6905 MEADE DRIVE**
**COLLEYVILLE, TX 76034**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                             Case number *(if know)*

---

**4.7 60**

**GAYLE LEHMAN**

Nonpriority Creditor's Name

**135 CALUMET CT**
**CRESTVIEW HILLS, KY 41017**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.7 61**

**GAYNELL DYER**

Nonpriority Creditor's Name

**PO BOX 173**
**HINDMAN, KY 41822**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.7 62**

**GAYNELL GRAVES**

Nonpriority Creditor's Name

**3776 JAMAICA CT**
**LEXINGTON, KY 40509**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**
Case number *(if know)*

| 4.7 63 | **GAYTHEAL SALYERS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1188 MAIN STREET**
**RICHMOND DALE, OH 45673**
Number City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

☐ Contingent

□ Debtor 1 and Debtor 2 only

■ Unliquidated

□ At least one of the debtors and another

■ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.7 64 | **GENE CORNETT** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**653 MIDDLE FORK MACES CRK RD**
**VIPER, KY 41774**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

☐ Contingent

□ Debtor 1 and Debtor 2 only

■ Unliquidated

□ At least one of the debtors and another

■ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.7 65 | **GENE N COMBS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1212 ELMWOOD AVE**
**EVANSTON, IL 60202**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

☐ Contingent

□ Debtor 1 and Debtor 2 only

■ Unliquidated

□ At least one of the debtors and another

■ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.7 66 | **GENE PERKINS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.7 67 | **GENE RICE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**163 RUNWAY AVE**
**HAZARD, KY 41701**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.7 68 | **GENE WILSON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 702**
**LOUISA, KY 41230**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number (if know)

---

| 4.7 69 | **GENEVA AND WM WADDLE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**7306 FOXHILL RD**
**PANAMA CITY, FL 32404**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.7 70 | **GENEVIEVE GRAY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1610 SHULER AVE**
**HAMILTON, OH 45011**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.7 71 | **GEOFFREY HILL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**112 PEPPERWOOD COURT**
**WINCHESTER, KY 40391**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.7 72**

**GEORGE FINCH**

Nonpriority Creditor's Name

**RATLIFF CREEK ROAD**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner** _____

---

**4.7 73**

**GEORGE FINCH**

Nonpriority Creditor's Name

**2515 RATLIFF CREEK ROAD**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner** _____

---

**4.7 74**

**GEORGE FRENTZEL**

Nonpriority Creditor's Name

**439 GREEN ACRE CIRCLE**
**HOWARD, OH 43028**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                              Case number *(if know)*

---

| 4.7<br>75 | **GEORGE HEREFORD** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3207 LIBERTY RD**
**MILTON, KY 40045**

Number City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

| 4.7<br>76 | **GEORGE JOHNSON JR** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**234 LITTLE BRANCH ROAD**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

| 4.7<br>77 | **GEORGE KESTEL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2164 HWY 7 SOUTH**
**DEMA, KY 41859**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                       Case number *(if know)*

---

**4.7 78**

**GEORGE LITTLE**

Nonpriority Creditor's Name

**1436 LOWER TWIN ROAD**
**JACKSON, KY 41359**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.7 79**

**GEORGE P SUMMERS**

Nonpriority Creditor's Name

**447 TRIMBLE BRANCH**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.7 80**

**GEORGE ZEGAIB LIVING TRUST**

Nonpriority Creditor's Name

**317 NW CURRY ST**
**PORT ST. LUCIE, FL 34983**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.7 81 | **GERALD AND CATHY BLAIR** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**95 REEL VIEW DR**
**JEREMIAH, KY 41826**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Contingent

□ Debtor 1 and Debtor 2 only

■ Unliquidated

□ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **limited partner**

---

| 4.7 82 | **GERALD M KAREM** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1015 WOODED LAKE DR**
**SIMPSONVILLE, KY 40067**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Contingent

□ Debtor 1 and Debtor 2 only

■ Unliquidated

□ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **limited partner**

---

| 4.7 83 | **GERALD OR STELLA MERCHANT-VAUGHN** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1163 OSPREY NEST PT**
**ORANGE PARK, FL 32073**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Contingent

□ Debtor 1 and Debtor 2 only

■ Unliquidated

□ At least one of the debtors and another

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                                    Case number (if know)

---

| 4.7 84 | **GERALD SHEPHERD** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**310 UPPER BOONE FORK**
**CAMPTON, KY 41301**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.7 85 | **GERALD SHEPHERD** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**310 UPPER BOONE FORK**
**CAMPTON, KY 41301**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.7 86 | **GERMAN COAL CO LTD** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3430 SNAFFLE RD**
**LEXINGTON, KY 40513**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

| 4.7 87 | | |
|---|---|---|

**GLADYS ALLEN**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.7 88 | | |
|---|---|---|

**GLEN BAKER**

Nonpriority Creditor's Name

**1613 CEREAL AVE
HAMILTON, OH 45013**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.7 89 | | |
|---|---|---|

**GLEN STAMPER**

Nonpriority Creditor's Name

**646 CARTERSVILLE RD
CUMBERLAND, VA 23040**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

| | |
|---|---|
| **4.7 90** | **GLENDA JOHNSON** |

Nonpriority Creditor's Name

**3310 MCCOWANS FERRY ROAD**
**VERSAILLES, KY 40383**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner** _____

| | |
|---|---|
| **4.7 91** | **GLENN ALLEN** |

Nonpriority Creditor's Name

**7878 BROCKBRIDGE ST**
**JESSUP, MD 20794**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner** _____

| | |
|---|---|
| **4.7 92** | **GLENN BACK** |

Nonpriority Creditor's Name

**6180 PAULLIN DR**
**MIDDLETOWN, OH 45042**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner** _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**                                        Case number *(if know)*

---

| 4.7 93 | | |
|---|---|---|

**GLENN CORNETT**

Nonpriority Creditor's Name

**1847 PROMENADE LN**
**XENIA, OH 45385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.7 94 | | |
|---|---|---|

**GLENN HAMMOND**

Nonpriority Creditor's Name

**PO BOX 1109**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.7 95 | | |
|---|---|---|

**GLENN M ONIE**

Nonpriority Creditor's Name

**3365 BISTLINE ROAD**
**SHELBY, OH 44875**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley** _____    Case number (if know) _____

---

**4.7 96**

**GLENN S. PACK**
Nonpriority Creditor's Name
**859 S HIGHLAND AVENUE**
**PRESTONSBURG, KY 41653**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner** _____

---

**4.7 97**

**GLENN V CALHOUN**
Nonpriority Creditor's Name
**3400 N COUNTY RD 20 W**
**NORTH VERNON, IN 47265**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner** _____

---

**4.7 98**

**GLENNA CAUDILL**
Nonpriority Creditor's Name

_____
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner** _____

---

Debtor 1  **Charles R. Bradley**

Case number (*if know*)

---

**4.7**
**99**

**GLENNA DIXON**

Nonpriority Creditor's Name

**99 HURT BRANCH RD**
**HAZARD, KY 41701**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.8**
**00**

**GLENNA LAWBURGH**

Nonpriority Creditor's Name

**3324 SOUTH FARMERS RETREAT**
**ROAD**
**DILLSBORO, IN 47018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.8**
**01**

**GLENNA SHORT**

Nonpriority Creditor's Name

**512 LAWN ST.**
**WINCHESTER, IN 47394**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.8 02 | **GLENNA SMITH** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**BOX 456**
**HINDMAN, KY 41822**

When was the debt incurred?

Number City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **limited partner**

---

| 4.8 03 | **GLORIA BRASHEAR** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**5417 LEFT FK MACE'S CRK RD**
**VIPER, KY 41774**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **limited partner**

---

| 4.8 04 | **GLORIA GRIFFIN** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**                                         Case number *(if know)*

---

| 4.8 05 | **GORDON HATTON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 328**
**CAMPTON, KY 40391**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

| 4.8 06 | **GRACE MCDANIELS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3551 ELMWOOD DR LOT 1**
**MORRISTOWN, TN 37814**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

| 4.8 07 | **GRADA HICKS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**                                         Case number *(if know)*

---

**4.8 08**

**GRANBY J SMITH**
Nonpriority Creditor's Name
**1813 HAVERWOOD PARK**
**LEXINGTON, KY 40514**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number                                        **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **limited partner**

---

**4.8 09**

**GRAND FOREST RESERVE LLC**
Nonpriority Creditor's Name
**PO BOX 1552**
**LEXINGTON, KY 40588**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number                                        **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **limited partner**

---

**4.8 10**

**Grayson RECC**
Nonpriority Creditor's Name
**109 Bagby Park**
**Grayson, KY 41143-1203**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number   **2001**                             **$226.21**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **electric bills of Troublesome Creek**

---

Debtor 1    **Charles R. Bradley**                                                      Case number *(if know)*

---

| 4.8 11 | |
|---|---|

**GREG CAINES**

Nonpriority Creditor's Name

**960 STANLEY FORK**
**VARNEY, KY 41571**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.8 12 | |
|---|---|

**GREG CALDWELL**

Nonpriority Creditor's Name

**PO BOX 1507**
**HYDEN, KY 41749**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.8 13 | |
|---|---|

**GREG COLLINS**

Nonpriority Creditor's Name

**880 LITTLE ROBINSON CREEK**
**ROAD**
**VIRGIE, KY 41572**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.8 14 | **GREG HALL** | |
|---|---|---|

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____ |
| **152 3RD STREET** | **Unknown** |
| **PIKEVILLE, KY 41501** | **When was the debt incurred?** _____ |
| Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ■ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **limited partner** _____ |

---

| 4.8 15 | **GREG JOHNSON** | |
|---|---|---|

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____ |
| **PO BOX 166** | **Unknown** |
| **VIRGIE, KY 41572** | **When was the debt incurred?** _____ |
| Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ■ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **limited partner** _____ |

---

| 4.8 16 | **GREG MAY** | |
|---|---|---|

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____ |
| **514 NORTHMONTE WOODS** | **Unknown** |
| **PIKEVILLE, KY 41501** | **When was the debt incurred?** _____ |
| Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ■ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify   **limited partner** _____ |

---

Debtor 1   **Charles R. Bradley**                                                           Case number *(if know)*

| 4.8 17 | **GREG MCDONALD** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**2220 NICHOLASVILLE ROAD-SUITE 250**
**LEXINGTON, KY 40503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.8 18 | **GREG R BAKER** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 286**
**HAZARD, KY 41702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.8 19 | **GREGORY A REYNOLDS** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**4960 JODY LYNN DR**
**MENTOR, OH 44060**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.8 20**

**GREGORY E HOLBROOK**

Nonpriority Creditor's Name

**6139 NORTH LAGOON DRIVE**
**PANAMA CITY BEACH, FL 32408**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.8 21**

**GREGORY OR DEBORAH ISON**

Nonpriority Creditor's Name

**15922 BROMBLE DRIVE**
**CATLETTSBURG, KY 41129**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.8 22**

**GREGORY PRATT**

Nonpriority Creditor's Name

**490 HANOVER ROAD**
**SANDSTON, VA 23150-0491**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.8 23 | **GREGORY RACKLEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**861 E HIGH STREET APT 115**
**LEXINGTON, KY 40502-2158**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.8 24 | **GREGORY REYNOLDS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3556 BENNETT SCHOOLHOUSE RD**
**WHEELERSBURG, OH 45694**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.8 25 | **GRIST MILL ENERGIES LLC** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 114**
**HINDMAN, KY 41822**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.8 26**

**GURNEY C BAKER JR**

Nonpriority Creditor's Name

**10501 PINEDALE DR**
**CONCORD, TN 37922**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **limited partner** _____

---

**4.8 27**

**GUY AND KIM ROBERTS**

Nonpriority Creditor's Name

**PO BOX 75**
**SLEMP, KY 41763**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **limited partner** _____

---

**4.8 28**

**GUY R HORN**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley** _____    Case number *(if know)* _____

| 4.8 29 | **GWEN A FIELDS** |
|---|---|

Nonpriority Creditor's Name

**15 4-B RACING RD
BLACKEY, KY 41804**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

| 4.8 30 | **GWENDEL JOHNSON** |
|---|---|

Nonpriority Creditor's Name

**9250 US HWY 23 SOUTH
PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

| 4.8 31 | **H MICHAEL LUCAS** |
|---|---|

Nonpriority Creditor's Name

**PO BOX 852
PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.8 32**

**HALIFAX FINANCIAL GROUP LP**
Nonpriority Creditor's Name

**821 N MADISON AVE**
**GREENWOOD, IN 46142**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

**4.8 33**

**HALLIE DIXON**
Nonpriority Creditor's Name

**PO BOX 904**
**HYDEN, KY 41749**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

**4.8 34**

**HAMP PARTNERS**
Nonpriority Creditor's Name

**PO BOX 934**
**PRESTONSBURG, KY 41653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                                Case number (if know)

---

**4.8
35**

**HARLIN WHITAKER**                              Last 4 digits of account number _____            **Unknown**

Nonpriority Creditor's Name
**530 WATTS FERRY RD**                            When was the debt incurred? _____
**FRANKFORT, KY 40601**
Number City State Zip Code                       As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ☐ Disputed

☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**     ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify   **limited partner** _____

---

**4.8
36**

**HAROLD AKERS**                                 Last 4 digits of account number _____            **Unknown**

Nonpriority Creditor's Name
**PO BOX 392**                                   When was the debt incurred? _____
**PIKEVILLE, KY 41502**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ☐ Disputed

☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**     ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify   **limited partner** _____

---

**4.8
37**

**HAROLD HARMON JR**                             Last 4 digits of account number _____            **Unknown**

Nonpriority Creditor's Name
                                                 When was the debt incurred? _____

Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ☐ Disputed

☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**     ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                      Case number *(if know)*

---

**4.8
38**

**HARRISON ENGLE**

Nonpriority Creditor's Name

**7160 MEADOW LN**
**NEW BALTIMORE, VA 20187**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.8
39**

**HARRY G ALLEN JR**

Nonpriority Creditor's Name

**115 AGENA RD**
**GEORGETOWN, KY 40324**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.8
40**

**HARVEY AND DENISE FRANKLIN**

Nonpriority Creditor's Name

**5755 E COUNTY RD 100 S**
**MILAN, IN 47031**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

**4.8 41**

**HASKELL SEXTON**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**656 HWY 417**
**MOORE, SC 29369**

When was the debt incurred? _____

Number City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner** _____

---

**4.8 42**

**HAUNTED BRANCH LLC**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**119 EAST COURT STREET**
**PRESTONSBURG, KY 41653**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner** _____

---

**4.8 43**

**HAZEL OWSLEY**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**1435 OGDEN VEST RD**
**VEST, KY 41772**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.8 44 | |
|---|---|

**HD FITZPATRICK JR IRR TRUST**

Nonpriority Creditor's Name

**PO BOX 326**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.8 45 | |
|---|---|

**HEATHER SHOUSE**

Nonpriority Creditor's Name

**PO BOX 1096**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.8 46 | |
|---|---|

**HELEN COMBS-HADDIX**

Nonpriority Creditor's Name

**PO BOX 60**
**LOST CREEK, KY 41348**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.8 47 | |
|---|---|

**HELEN DEATON**

Nonpriority Creditor's Name

**3633 HAMILTON MASON RD**
**HAMILTON, OH 45011**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.8 48 | |
|---|---|

**HELEN E CARTER**

Nonpriority Creditor's Name

**250 POPLAR STREET**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.8 49 | |
|---|---|

**Helen Halcomb**

Nonpriority Creditor's Name

**330 Lower Twin Hollow**
**Cornettsville, KY 41731**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **lease**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.8 50 | | |
|---|---|---|

**HELEN HODGSON**

Nonpriority Creditor's Name

**148 OAKVIEW DR**
**BRISTOL, VA 24201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.8 51 | | |
|---|---|---|

**HELEN L SMITH**

Nonpriority Creditor's Name

**1502 ALPINE DRIVE**
**COLUMBUS, OH 43229**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.8 52 | | |
|---|---|---|

**HELEN NEELEY**

Nonpriority Creditor's Name

**1643  ABBOTT CRK RD**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                      Case number (if know)

---

| 4.8 53 | **HELEN S WOOD** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4491 IOWA ST**
**CLAYTON, IN 46118**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.8 54 | **HELEN WILLIAMS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3459 MIDDLE FORK ROAD**
**HAGER HILL, KY 41222**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.8 55 | **HELMUT N BRAUN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2476 WALNUT GROVE LANE**
**LEXINGTON, KY 40509**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**                                                 Case number *(if know)*

---

| 4.8 56 | | |
|---|---|---|

**HENRY AND HELEN HALCOMB**                    Last 4 digits of account number _____                **Unknown**

Nonpriority Creditor's Name

**4313 LITTLE LEATHERWOOD CRK RD**              When was the debt incurred? _____

**CORNETTSVILLE, KY 41731**

Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only                                ■ Unliquidated
- ☐ Debtor 2 only                                ■ Disputed
- ☐ Debtor 1 and Debtor 2 only                   **Type of NONPRIORITY unsecured claim:**
- ☐ At least one of the debtors and another      ☐ Student loans
- ☐ **Check if this claim is for a community debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

- ■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                          ■ Other. Specify   **limited partner**

---

| 4.8 57 | | |
|---|---|---|

**HENRY BAKER**                                  Last 4 digits of account number _____                **Unknown**

Nonpriority Creditor's Name

**4514 N STATE ROUTE 741**                       When was the debt incurred? _____

**LEBANON, OH 45036**

Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only                                ■ Unliquidated
- ☐ Debtor 2 only                                ■ Disputed
- ☐ Debtor 1 and Debtor 2 only                   **Type of NONPRIORITY unsecured claim:**
- ☐ At least one of the debtors and another      ☐ Student loans
- ☐ **Check if this claim is for a community debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

- ■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                          ■ Other. Specify   **limited partner**

---

| 4.8 58 | | |
|---|---|---|

**HENRY RALEIGH**                                Last 4 digits of account number _____                **Unknown**

Nonpriority Creditor's Name

**160 OLIVER SPRINGS HWY**                       When was the debt incurred? _____

**CLINTON, TN 37716**

Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only                                ■ Unliquidated
- ☐ Debtor 2 only                                ■ Disputed
- ☐ Debtor 1 and Debtor 2 only                   **Type of NONPRIORITY unsecured claim:**
- ☐ At least one of the debtors and another      ☐ Student loans
- ☐ **Check if this claim is for a community debt**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

- ■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                          ■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.8 59**

**HERBERT M BARNETT**
Nonpriority Creditor's Name
**705 HWY 1812 W**
**JACKSON, KY 41339**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

**4.8 60**

**HERMA A ROYALS**
Nonpriority Creditor's Name
**101 FERNWOOD BEND**
**GRAFTON, VA 23692**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

**4.8 61**

**HERMETTA COMBS PILLION**
Nonpriority Creditor's Name
**160 LIGHTNER LANE**
**UNION, OH 45322**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.8 62 | **Highland Electrical** | Last 4 digits of account number | **BASIEN** | $1,359.21 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**104 Depot Rd.**
**Paintsville, KY 41240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **2016**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **trade debt**

---

| 4.8 63 | **HILBERT RISNER** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.8 64 | **HILLIS EVERIDGE** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 592**
**CARRIE, KY 41725**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.8 65**

| | |
|---|---|
| **Hindman Promart** | Last 4 digits of account number    **0774**    $1,629.57 |
| Nonpriority Creditor's Name | |
| **PO Box 1350** | When was the debt incurred?    **2016** |
| **Hindman, KY 41822** | |
| Number City State ZIp Code | |

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **trade debt**

---

**4.8 66**

**HINDMAN SETTLEMENT SCHOOL**    Last 4 digits of account number    **Unknown**

Nonpriority Creditor's Name

**PO BOX 844**    When was the debt incurred?

**HINDMAN, KY 41822**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.8 67**

**HINDMAN UNITED METHODIST CHURCH**    Last 4 digits of account number    **Unknown**

Nonpriority Creditor's Name

**27 COKESBURY DR**    When was the debt incurred?

**HINDMAN, KY 41822**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number (if know)

---

| 4.8 68 | | |
|---|---|---|

**HINKLE 3 ROYALTY OWNERS INT**
Nonpriority Creditor's Name

Number Street City State Zip Code
**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **limited partner**

---

| 4.8 69 | | |
|---|---|---|

**HOMER JOHNSON**
Nonpriority Creditor's Name
**361 LAKE SIDE DRIVE**
**JACKSON, KY 41339**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **limited partner**

---

| 4.8 70 | | |
|---|---|---|

**HOMER JOHNSON**
Nonpriority Creditor's Name
**361 LAKE SIDE DR**
**JACKSON, KY 41339**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                          Case number *(if know)*

---

| 4.8 71 | | |
|---|---|---|

**HOMER SHORT**

Nonpriority Creditor's Name

_____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

| 4.8 72 | | |
|---|---|---|

**HOMER SMITH**

Nonpriority Creditor's Name

**218 SYCAMORE LOOP**
**JEREMIAH, KY 41826**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

| 4.8 73 | | |
|---|---|---|

**HOPE RIDDLE, EXEC--ESTATE OF TROY & BETT**

Nonpriority Creditor's Name

**5969 LITTLE LEATHERWOOD CREEK ROAD**
**CORNETTSVILLE, KY 41731**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.8
74**

**HOWARD AVERY JR**

Nonpriority Creditor's Name

**1987 HILL RD N E
MARIETTA, GA 30062**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.8
75**

**HOWARD KEITH HALL**

Nonpriority Creditor's Name

**PO BOX 2321
PIKEVILLE, KY 41502**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.8
76**

**HOWARD LAND MGMT LLC**

Nonpriority Creditor's Name

**PO BOX 590
PRESTONSBURG, KY 41653**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                    Case number *(if know)*

---

| 4.8 77 | **HOWARD LOCKHART** |
|---|---|

Nonpriority Creditor's Name

**2677 TOWN MT RD**
**PIKEVILLE, KY 41501**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.8 78 | **IDA LONG HEIRS** |
|---|---|

Nonpriority Creditor's Name



Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.8 79 | **IDA MAE SLONE** |
|---|---|

Nonpriority Creditor's Name

**11788 HIGHWAY Y**
**VIENNA, MO 65582**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                          Case number (if know)

---

| 4.8 80 | | |
|---|---|---|

**IDA TAULBEE**

Nonpriority Creditor's Name

**600 TRACE FORK RD**
**JACKSON, KY 41339**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.8 81 | | |
|---|---|---|

**IKE ADAMS**

Nonpriority Creditor's Name

**249 CHARLIE BROWN RD**
**PAINT LICK, KY 40461**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.8 82 | | |
|---|---|---|

**ILA (WHITAKER)-DECEASED ADAMS**

Nonpriority Creditor's Name

**119 BLAIR BRANCH ROAD**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know)

---

| 4.8 83 | **ILA CLOUD** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1602 EATON AVE**
**MIDDLETOWN, OH 45044**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.8 84 | **ILA W ADAMS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**119 BLAIR BRANCH ROAD**
**JEREMIAH, KY 41826**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.8 85 | **IMOGENE BENNETT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3156 S HARTMAN DR**
**INDIANAPOLIS, IN 46239**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.8 86 | |
|---|---|

**IMOGENE MORGAN-MARTHA R HILKER, POA**
Nonpriority Creditor's Name
**1598 JOCKEY COURT**
**AUBURN, GA 30011**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner** _____

---

| 4.8 87 | |
|---|---|

**IMPRESA FUND III LP**
Nonpriority Creditor's Name
**200 SEAPORT BLVD ZW9B**
**BOSTON, MA 02210**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner** _____

---

| 4.8 88 | |
|---|---|

**INA SUMNER**
Nonpriority Creditor's Name
**PO BOX 276**
**BRONSTON, KY 42518**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                           Case number *(if know)*

---

**4.8
89**

**IOLA SMITH**

Nonpriority Creditor's Name

**439 W GREENWOOD DR
KENDALLVILLE, IN 46755**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

**4.8
90**

**IRA J BAKER III**

Nonpriority Creditor's Name

**PO BOX 702
JESSUP, GA 31598**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

**4.8
91**

**IRA LINDA BAKER**

Nonpriority Creditor's Name

**3486 HUCKABY BRIDGE RD S W
HARTSELL, AL 35640**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**

Case number (if know)

---

**4.8 92**

**IRENE FUGATE**

Nonpriority Creditor's Name

**3456 POLLS CRK RD**
**SMILAX, KY 41764**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                      **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.8 93**

**IRENE RITCHIE**

Nonpriority Creditor's Name

**30 SUNNY LN**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                      **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.8 94**

**Ironhead Consulting**

Nonpriority Creditor's Name

**PO Box 1174**
**Salyersville, KY 41465**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                      **$5,000.00**

When was the debt incurred?        **2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **trade debt**

---

Debtor 1   **Charles R. Bradley**                                                    Case number (if know)

| 4.8 95 | **ISAAC CAUDILL** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1683 CARCASSONE ROAD**
**BLACKEY, KY 41804**
Number Street City State Zip Code

Who incurred the debt? Check one.

�■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

�■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
�■ Unliquidated
�■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
�■ Other. Specify   **limited partner**

---

| 4.8 96 | **ISHMAEL ISON** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 94**
**ELLIOTTVILLE, KY 40317**
Number Street City State Zip Code

Who incurred the debt? Check one.

�■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

�■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
�■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
�■ Other. Specify   **limited partner**

---

| 4.8 97 | **IVAN WHITAKER** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**890 MILLER HUNT RD**
**WINCHESTER, KY 40391**
Number Street City State Zip Code

Who incurred the debt? Check one.

�■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

�■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
�■ Unliquidated
�■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
�■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (if know)

---

**4.8 98**

**IVIS JUSTICE**

Nonpriority Creditor's Name

**106 BLACK OAK DRIVE**
**CLAY CITY, KY 40312**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.8 99**

**J & G EXPLORATION INC**

Nonpriority Creditor's Name

**6998 MAN O WAR BLVD**
**LEXINGTON, KY 40509-8412**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.9 00**

**J AND R FUELS INC**

Nonpriority Creditor's Name

**PO BOX 123**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.9
01**

**J LYLE BLACKBURN**
Nonpriority Creditor's Name
**PO BOX 2674
PIKEVILLE, KY 41502**
Number City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.9
02**

**J M LITTERAL**
Nonpriority Creditor's Name
**HWY 205 NORTH
VANCLEVE, KY 41385**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.9
03**

**J MARK CAMPBELL**
Nonpriority Creditor's Name
**4 COTTAGE POINTE LN
CHARLESTON, WV 25311**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.9 04**

**J PHIL SMITH**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.9 05**

**J SUTHERLAND TRUST**
Nonpriority Creditor's Name

**1999 RICHMOND ROAD SUITE 1B
LEXINGTON, KY 40502**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.9 06**

**JACK AND DOLLY HALL**
Nonpriority Creditor's Name

**8 SUGAR CAMP RD
VIPER, KY 41774**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number (if know) _____

---

**4.9
07**

### JACK DORRIS

Nonpriority Creditor's Name

**2002 STONE COAL ROAD**
**FLAT GAP, KY 41219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.9
08**

### JACK JUSTICE

Nonpriority Creditor's Name

**PO Box 565**
**BETSY LAYNE, KY 41605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.9
09**

### JACK L AMBURGEY

Nonpriority Creditor's Name

**625 MEMORIAL DRIVE**
**HAZARD, KY 41701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley** _____    Case number (*if know*) _____

| | |
|---|---|
| **4.9 10** | |

**JACK SMITH**
Nonpriority Creditor's Name

**10042 E SOUTHPORT RD**
**INDIANAPOLIS, IN 46259**
Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

| | |
|---|---|
| **4.9 11** | |

**JACK TAYLOR**
Nonpriority Creditor's Name

**35 BLACK BOTTOM RD**
**JEREMIAH, KY 41826**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

| | |
|---|---|
| **4.9 12** | |

**JACK V CASEBOLT**
Nonpriority Creditor's Name

**PO BOX 1940**
**BRYSON CITY, NC 28713**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                                      Case number *(if know)*

---

**4.9
13**

**JACKALYN BLUME**

Nonpriority Creditor's Name

**366 SMALLWOOD AVENUE**

**FORT PIERCE, FL 34982**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____            **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.9
14**

**JACKEE CAMPBELL**

Nonpriority Creditor's Name

**11537 WOODCLIFFE DR**

**KNOXVILLE, TN 37934**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____            **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.9
15**

**JACKIE DAVIDSON**

Nonpriority Creditor's Name

**477 OLDE JACKSON TERRACE**

**JEFFERSON, GA 30549**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____            **Unknown**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                              Case number *(if know)*

---

**4.9
16**

**JACKIE HOWELL**
Nonpriority Creditor's Name

**1255 NORTH GULF STREAM
AVENUE
BAY PLAZA #203
SARASOTA, FL 34236**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**  _____

---

**4.9
17**

**JACKIE N BAKER**
Nonpriority Creditor's Name

**306 NORTH E STREET
HAMILTON, OH 45013**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**  _____

---

**4.9
18**

**JACKIE STAMPER**
Nonpriority Creditor's Name

**PO BOX 10
ISOM, KY 41824**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**  _____

---

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

---

| 4.9 19 | | | |
|---|---|---|---|

**Jackson Electric & Plumbing**
Nonpriority Creditor's Name
**1273 Main St.**
**Jackson, KY 41339**
Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**  **0253**                    **$652.00**

**When was the debt incurred?**  **2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **trade debt**

---

| 4.9 20 | | | |
|---|---|---|---|

**JACOB BAKER**
Nonpriority Creditor's Name
**222 WEXFORD CRL**
**BONAIRE, GA 31005**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.9 21 | | | |
|---|---|---|---|

**JACQUELINE ALLEN**
Nonpriority Creditor's Name
**2633 SNAIL KITE COURT**
**ST AUGUSTINE, FL 32092**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Charles R. Bradley**           Case number *(if know)*

---

| 4.9 22 | **JACQUELINE OR HOWARD CORNETT** |
|---|---|

Nonpriority Creditor's Name

**20 EL PASO DR**
**WHITESBURG, KY 41858**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.9 23 | **JACQUELINE THORNSBERRY** |
|---|---|

Nonpriority Creditor's Name

**48 E SMILEY AVE**
**SHELBY, OH 44875**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.9 24 | **JACQUELYN OR FRANK R GENTRY** |
|---|---|

Nonpriority Creditor's Name

**1067 SE 46TH LOOP**
**KEYSTONE HTS, FL 32656**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

| | |
|---|---|
| 4.9 25 | |

**JAMES A BLACKBURN**
Nonpriority Creditor's Name
**PO BOX 992**
**PRESTONSBURG, KY 41653**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| | |
|---|---|
| 4.9 26 | |

**JAMES A ISON JR**
Nonpriority Creditor's Name
**225 VALLEY ROAD**
**WINDSOR, PA 17366**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| | |
|---|---|
| 4.9 27 | |

**JAMES A STRELESKI JR**
Nonpriority Creditor's Name
**11816 122ND AVE CT E**
**PUYALLUP, WA 98374**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (*if know*)

---

**4.9 28**

**JAMES ADAMS**
Nonpriority Creditor's Name
**PO BOX 211**
**ISOM, KY 41824**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.9 29**

**JAMES ADRIAN BANKS**
Nonpriority Creditor's Name
**2575 HOLLY ROAD**
**CAMPTON, KY 41301**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.9 30**

**JAMES B LAUFFER**
Nonpriority Creditor's Name
**PO BOX 1467**
**PAINTSVILLE, KY 41240**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

Debtor 1    **Charles R. Bradley**                Case number (if know)

---

**4.9 31**

**JAMES BLAIR**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number              **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.9 32**

**JAMES BRODE AMBURGEY**

Nonpriority Creditor's Name

**PO BOX 231**
**PINE TOP, KY 41843**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number              **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.9 33**

**JAMES C SLONE**

Nonpriority Creditor's Name

**10135 HICKORY LEAF RD**
**INDIANAPOLIS, IN 46235**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number              **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.9 34**

**JAMES C THOMAS**
Nonpriority Creditor's Name
**2316 RUE BIENVILLE WAY**
**HENDERSON, NV 89044**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.9 35**

**JAMES CARTER**
Nonpriority Creditor's Name
**256 POPLAR STREET**
**PIKEVILLE, KY 41501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.9 36**

**JAMES D NEWMAN**
Nonpriority Creditor's Name
**4220 EVERGREEN DRIVE**
**LEXINGTON, KY 40513**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**
                                                                    Case number *(if know)*

---

| 4.9 37 | **JAMES D WALLEN** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 1349**
**PIKEVILLE, KY 41502**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only        ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ■ Unliquidated

☐ At least one of the debtors and another    ■ Disputed

■ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.9 38 | **JAMES DAVID CODY** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**87 MAURICE CODY LANE**
**VICCO, KY 41773**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only        ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ■ Unliquidated

☐ At least one of the debtors and another    ■ Disputed

☐ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.9 39 | **JAMES DAVID FIELDS** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**828 DAVIDSON BRANCH RD**
**HAZARD, KY 41701**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only        ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ■ Unliquidated

☐ At least one of the debtors and another    ■ Disputed

☐ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)* _____

---

| 4.9 40 | | |
|---|---|---|

**JAMES DWAYNE MADDEN**

Nonpriority Creditor's Name

**PO BOX 1671**
**VIPER, KY 41774**

Number  Street  City  State  Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.9 41 | | |
|---|---|---|

**JAMES E ADAMS**

Nonpriority Creditor's Name

**2679 HWY 931 N**
**WHITESBURG, KY 41858**

Number  Street  City  State  Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.9 42 | | |
|---|---|---|

**JAMES E BENTLEY**

Nonpriority Creditor's Name

**PO BOX 624**
**CLAY CITY, KY 40312**

Number  Street  City  State  Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**                                        Case number *(if know)*

---

| 4.9 43 | **JAMES E BUCHART** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**520 FAIRFIELD DRIVE**
**LOUISVILLE, KY 40206**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

| 4.9 44 | **JAMES E CASEBOLT** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**3395 EAST RIVER ROAD**
**MARION, OH 43302**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

| 4.9 45 | **JAMES E MCGHEE, II** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**203 WALNUT DRIVE**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Charles R. Bradley** _____     Case number (if know) _____

| | |
|---|---|
| **4.9**<br>**46** | |

**JAMES ELLIOTT**
Nonpriority Creditor's Name
**PO BOX 2442**
**HAZARD, KY 41701-2442**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

| | |
|---|---|
| **4.9**<br>**47** | |

**JAMES F ROBERTSON**
Nonpriority Creditor's Name
**1681 LOVERS LANE**
**HOPKINSVILLE, KY 42240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

| | |
|---|---|
| **4.9**<br>**48** | |

**JAMES F THOMPSON**
Nonpriority Creditor's Name
**PO BOX 3443**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.9 49 | | | |
|---|---|---|---|

**JAMES H BOOTH**

Nonpriority Creditor's Name

**PO BOX 190**
**LOVELY, KY 41231**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.9 50 | | | |
|---|---|---|---|

**JAMES H FIELDS JR**

Nonpriority Creditor's Name

**444 PADDOCK DR**
**VERSAILLES, KY 40383**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.9 51 | | | |
|---|---|---|---|

**JAMES H JOHNSON**

Nonpriority Creditor's Name

**101 BRISTOL DR**
**RICHMOND, KY 40475**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.9 52 | **JAMES HALCOMB** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**749 DANIELS BRANCH RD**
**WHITESBURG, KY 41858**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.9 53 | **JAMES KING** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2575 HWY 378**
**VANCLEVE, KY 41385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.9 54 | **JAMES L GRIFFITH** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 159**
**FEDS CREEK, KY 41524**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**

Case number (*if know*)

---

**4.9 55**

### JAMES LOAR
Nonpriority Creditor's Name
**10153 LARIAT LN**
**SHREVEPORT, LA 71106-8307**
Number City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.9 56**

### JAMES M HALCOMB JR
Nonpriority Creditor's Name
**7530 BILTMORE BLVD**
**MIRAMAR, FL 33023**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.9 57**

### JAMES M LAUFFER
Nonpriority Creditor's Name
**PO BOX 1467**
**PAINTSVILLE, KY 41240**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                              Case number (if know)

---

| 4.9 58 | **JAMES MARCUS SMITH** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.9 59 | **JAMES MICHAEL VANCE** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**12401 GAYTON ROAD APT 210
HENRICO, VA 23238**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.9 60 | **JAMES MULLINS** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**2574 BRANHAM'S CRK RD
MALLIE, KY 41836**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley** _____     Case number (if know) _____

| 4.9 61 | **JAMES O HURT** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**590 AVENSTOKE RD**
**WADDY, KY 40076**

Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

| 4.9 62 | **JAMES O MULLINS** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**833 RT FORK OF COWPEN ROAD**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

| 4.9 63 | **JAMES P KING** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2575 HWY 378**
**VANCLEVE, KY 41385**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner** _____

---

Debtor 1  **Charles R. Bradley**                                   Case number (if know)

---

| 4.9 64 | **JAMES PATRICK** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.9 65 | **JAMES R COX** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 927**

**HAROLD, KY 41635**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.9 66 | **JAMES R MITCHELL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 129**

**TEABERRY, KY 41660**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.9 67**

**JAMES RALEIGH**

Nonpriority Creditor's Name

**338 HWY 2007**
**WALLINS CREEK, KY 40873**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                          Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.9 68**

**JAMES SMITH**

Nonpriority Creditor's Name

**3017 LITTLE LEATHERWOOD CRK RD**
**CORNETTSVILLE, KY 41731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                          Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.9 69**

**JAMES T DOWNEY**

Nonpriority Creditor's Name

**308 E 9TH ST**
**ROCK FALLS, IL 61071**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                          Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                              Case number (if know)

---

| 4.9 70 | **JAMES W REYNOLDS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 3112**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **limited partner**

☐ No

☐ Yes

---

| 4.9 71 | **JAMES WHEELER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **limited partner**

☐ No

☐ Yes

---

| 4.9 72 | **JAMES WHITAKER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**12330 HWY 588**
**BLACKEY, KY 41804**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **limited partner**

☐ No

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.9 73**

**JANALEE WHITAKER**

Nonpriority Creditor's Name

**530 WATTS FERRY ROAD**
**FRANKFORT, KY 40601**

Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.9 74**

**JANE A SALYER**

Nonpriority Creditor's Name

**846 TREMONT AVE**
**LEXINGTON, KY 40502**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.9 75**

**JANE ANN SALYER TRUSTEE**

Nonpriority Creditor's Name

**846 TREMONT AVE**
**LEXINGTON, KY 40502**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.9 76 | **JANE SLONE** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**113 FOXTAIL DR**
**NICHOLASVILLE, KY 40356**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.9 77 | **JANE Y MILLER TRUST** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO DRAWER 99084**
**FT WORTH, TX 76199**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.9 78 | **JANELEN NICHOLS** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**722 DRIFT BRANCH RD**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                    Case number (if know)

---

**4.9 79**

**JANET C BRYAN**
Nonpriority Creditor's Name
**126 SLOAN RD**
**WILLIAMSTOWN, MA 01267**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.9 80**

**JANET L POTTORF**
Nonpriority Creditor's Name

Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.9 81**

**JANET LEE DIXON**
Nonpriority Creditor's Name
**389 SYCAMORE LOOP**
**JEREMIAH, KY 41826**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley** _____    Case number (*if know*) _____

---

| 4.9 82 | **JANET P HOWARD** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1445 COPPER RUN BOULEVARD**
**LEXINGTON, KY 40514**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner** _____

---

| 4.9 83 | **JANICE ANDREA NEWSOME** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**224 BOWLES PARK D-2**
**PIKEVILLE, KY 41501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner** _____

---

| 4.9 84 | **JANICE LAYNE** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1447 SOUTHWOOD DR**
**NORTH AUGUSTA, SC 29841**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner** _____

---

Debtor 1    **Charles R. Bradley**                                                        Case number *(if know)*

---

| 4.9 85 | **JANICE MAYNARD** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**15 N MAYNARD ST**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.9 86 | **JANICE MCINTOSH** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**302 RUSSELL DRIVE**
**CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.9 87 | **JANICE RAICHEL** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**193 CLAYTREE BRANCH RD**
**BONNYMAN, KY 41719**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.9 88 | **JANICE RHOADES TRUST** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2903 LEELAND HEIGHTS BLVD**
**LEHIGH ACRES, FL 33936**

Number City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.9 89 | **JANIS R MARTIN** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**16 MUSIC STREET ABBOTT ROAD**
**PRESTONSBURG, KY 41653**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.9 90 | **JARROD BREEDING** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 309**
**ISOM, KY 41824**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley** _____    Case number *(if know)* _____

---

**4.9 91**

| **JASON T CAUDILL** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1604 CANTERFIELD PKWY W**
**WEST DUNDEE, IL 60118-9019**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

**4.9 92**

| **JASPER CARPENTER** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**185 HICKORY MEADOWS RD**
**RICHMOND, KY 40475**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

**4.9 93**

| **JAY D BOND JR** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1428 NORTH HALIFAX AVE**
**DAYTONA BEACH, FL 32118**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                              Case number (if know)

---

**4.9 94**

**JEAN HALE**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**PO BOX 3937**
**PIKEVILLE, KY 41502**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner** _____

---

**4.9 95**

**JEAN SMITH**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**8495 UPPER MIAMISBURG RD**
**MIAMISBURG, OH 45342**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner** _____

---

**4.9 96**

**JEANA WHITE**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**190 SANDLICK BRANCH ROAD**
**EMMALENA, KY 41740**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                    Case number *(if know)*

---

**4.9 97**

**JEFF AND CONNIE ADAMS**
Nonpriority Creditor's Name
**225 BLACK BOTTOM RD**
**JEREMIAH, KY 41826**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.9 98**

**JEFF ROSE**
Nonpriority Creditor's Name
**3515 ROSE BEND ROAD**
**CAMPTON, KY 41301**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.9 99**

**JEFF TAULBEE**
Nonpriority Creditor's Name
**3241 HWY 378**
**VANCLEVE, KY 45440**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1 000**

**JEFFERSON GAS LLC**

Nonpriority Creditor's Name

**220 LEXINGTON GREEN CRL STE 130**
**LEXINGTON, KY 40503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 001**

**JEFFERY JOYCE**

Nonpriority Creditor's Name

**1033 BRACKEN FERN DRIVE**
**NEW BERN, NC 28560**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 002**

**JEFFERY S CASEBOLT**

Nonpriority Creditor's Name

**237 PARKWAY HILLS**
**LONDON, KY 40741**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                          Case number (if know) _____

---

| 4.1 003 | **JEFFREY A STRELESKI** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**11816 122ND AVE CT E**
**PUYALLUP, WA 98374**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1 004 | **JEFFREY C HART** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**9751 LaGRANGE RD**
**LaGRANGE, KY 40031-7715**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1 005 | **JEFFREY K HURT** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**113 ALBATROSS WAY**
**DAYTONA BEACH, FL 32119**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley**
_____                    Case number _(if know)_ _____

| 4.1 006 | | |
|---|---|---|

**JEFFREY L ADAMS**
Nonpriority Creditor's Name
**2378 TWP RD 190**
**FREDERICKTOWN, OH 43019**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner** _____

---

| 4.1 007 | | |
|---|---|---|

**JEFFREY LIDDIC**
Nonpriority Creditor's Name
**4035 MARBLE RIDGE LN**
**MASON, OH 45040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner** _____

---

| 4.1 008 | | |
|---|---|---|

**JEFFREY LYKINS**
Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley**                                      Case number (if know) _____

---

| 4.1<br>009 | | |
|---|---|---|

**JEFFREY SHEPHERD**                          **Last 4 digits of account number** _____          **Unknown**
Nonpriority Creditor's Name
**4271 LITTLE LEATHERWOOD CRK**          **When was the debt incurred?** _____
**RD**
**CORNETTSVILLE, KY 41731**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **limited partner** _____

---

| 4.1<br>010 | | |
|---|---|---|

**JEI GAS**                                   **Last 4 digits of account number** _____          **Unknown**
Nonpriority Creditor's Name
**130 SCOTT AVENUE**                          **When was the debt incurred?** _____
**PIKEVILLE, KY 41501**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **limited partner** _____

---

| 4.1<br>011 | | |
|---|---|---|

**JENNIFER HOLLON**                           **Last 4 digits of account number** _____          **Unknown**
Nonpriority Creditor's Name
**2232 SOUTH MAIN STREET APT B**              **When was the debt incurred?** _____
**MIDDLETOWN, OH 45044**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1 012**

**JENNIFER KIMMEL**

Nonpriority Creditor's Name

**2633 SNAIL KITE CT.**
**SAINT AUGUSTINE, FL 32092**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number                                             **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.1 013**

**JENNIFER STEWART**

Nonpriority Creditor's Name

**PO BOX 4029**
**FRANKFORT, KY 40604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number                                             **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.1 014**

**JENNY BOTTOMS**

Nonpriority Creditor's Name

**128 DITTO LANE**
**VINE GROVE, KY 40175**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number                                             **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                          Case number *(if know)*

---

| 4.1 015 | | |
|---|---|---|

**JEREMEY REYNOLDS**                          Last 4 digits of account number                    **Unknown**
Nonpriority Creditor's Name
**PO BOX 170**                                When was the debt incurred?
**PINETOP, KY 41843**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
■ **Check if this claim is for a community**  ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                        ■ Other. Specify   **limited partner**

---

| 4.1 016 | | |
|---|---|---|

**JEREMY NOBLE**                             Last 4 digits of account number                    **Unknown**
Nonpriority Creditor's Name
**20 OAKWOOD DR**                            When was the debt incurred?
**JACKSON, KY 41339**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
■ **Check if this claim is for a community**  ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                        ■ Other. Specify   **limited partner**

---

| 4.1 017 | | |
|---|---|---|

**JEROLD FRIESON**                           Last 4 digits of account number                    **Unknown**
Nonpriority Creditor's Name
**1908 LAKES EDGE DRIVE**                     When was the debt incurred?
**LEXINGTON, KY 40502**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
■ **Check if this claim is for a community**  ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                        ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 018 | **JERRY ADAMS** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 019 | **JERRY ALAN WHITAKER** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**3827 GERTRUDE STREET**
**BELLEVUE, NE 68147**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 020 | **JERRY D MOORE** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**121 OAK ST**
**LOUISA, KY 41230**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                    Case number (if know)

---

| 4.1 021 | **JERRY E ISON** | | | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**46 TONTO DR**
**BLACKEY, KY 41804**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 022 | **JERRY FLANNERY** | | | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 39**
**STANVILLE, KY 41659**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 023 | **JERRY HANNAH** | | | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1183 MIDDLE FORK ROAD**
**HAGER HILL, KY 41222**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 024 | **JERRY INGRAM** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**614 SMOOT CREEK RD**
**WHITESBURG, KY 41858**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **limited partner**

---

| 4.1 025 | **JERRY JOHNSON** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**398 STRAIGHT FORK RD**
**CORNETTSVILLE, KY 41731**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **limited partner**

---

| 4.1 026 | **JERRY P CAUDILL** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 142**
**40 NOAHS DRIVE**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**
                                                    Case number *(if know)*

---

**4.1 027**

**JERRY W BECKLEHAMER**

Nonpriority Creditor's Name

**6547 GERONIMO ST**
**WESTLAND, MI 48185**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1 028**

**JERRY W ROGERS**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1 029**

**JERRY W WICKER**

Nonpriority Creditor's Name

**PO BOX 123**
**MOUSIE, KY 41839**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

---

**4.1 030**

**JESS BAKER**
Nonpriority Creditor's Name
**112 MAGNOLIA PL**
**STOCKBRIDGE, GA 30281**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

---

**4.1 031**

**JESSE CAMPBELL**
Nonpriority Creditor's Name
**12287 HWY 7 SOUTH**
**CORNETTSVILLE, KY 41731**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

---

**4.1 032**

**JESSE CHARLES (C/O OPHA SHEPHERD-GRDN)**
Nonpriority Creditor's Name
**4492 LITTLE LEATHERWOOD**
**CREEK ROAD**
**CORNETTSVILLE, KY 41731**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

---

Debtor 1  **Charles R. Bradley** _____ Case number *(if know)* _____

---

**4.1
033**

**JESSE L SALYER JR TRUSTEE**
Nonpriority Creditor's Name
**PO BOX 2385**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.1
034**

**JESSE SMITH**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.1
035**

**Jessica Tibbs**
Nonpriority Creditor's Name
**c/o Gary C. Johnson, Esq.**
**P O Box 231**
**Pikeville, KY 41502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**  **1/4/16**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **claim arising from auto accident**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1**
**036**

**JESSIE CASEBOLT THOMAS**

Nonpriority Creditor's Name

**307 CENTRAL PARKWAY**
**NEWPORT NEWS, VA 23606**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **limited partner**

---

**4.1**
**037**

**JETT SR WILLIAM J**

Nonpriority Creditor's Name

**10159 POND CREEK ROAD**
**ALEXANDRIA, KY 41001**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **limited partner**

---

**4.1**
**038**

**Jetta Operating Appalachia, LLC**

Nonpriority Creditor's Name

**777 Taylor St., Ste. P-1**
**Fort Worth, TX 76102**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred?    **Various**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Potential trespass claims**

---

Debtor 1   **Charles R. Bradley**                                                   Case number (if know)

| 4.1 039 | **JEWEL KNOWEL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

_____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 040 | **JGO** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

_____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 041 | **JILL C PRATER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

_____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                        Case number *(if know)*

---

| 4.1 042 | | |
|---|---|---|

**JIM AKERS**

Nonpriority Creditor's Name

**PO BOX 392**
**PIKEVILLE, KY 41502**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 043 | | |
|---|---|---|

**JIM ED HILL**

Nonpriority Creditor's Name

**1301 SOUTHFIELD DR**
**LIGONIER, IN 46767**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 044 | | |
|---|---|---|

**JIM FIELDS**

Nonpriority Creditor's Name

**301 EAST FRUITDALE ROAD**
**MORGANTOWN, IN 46160**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 045**

**JIM HIGGINBOTHAM**

Nonpriority Creditor's Name

**4909 McCORMICK RD**
**MT. STERLING, KY 40353**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 046**

**JIM VANOVER**

Nonpriority Creditor's Name

**152 3rd STREET**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 047**

**JIMMY L KEEN**

Nonpriority Creditor's Name

**22873 HWY 476**
**ROWDY, KY 41367**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 048 | |
|---|---|

**JIMMY L MOORE**
Nonpriority Creditor's Name

**461 BOWLING FORK ROAD**
**ELKHORN CITY, KY 41522**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

| 4.1 049 | |
|---|---|

**JIMMY MULLINS**
Nonpriority Creditor's Name

**PO BOX 1**
**PINETOP, KY 41843**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

| 4.1 050 | |
|---|---|

**JIMMY RATLIFF**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

**4.1 051**

**JIMMY STEPHENS**
Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

**4.1 052**

**JIMMY W PORTER**
Nonpriority Creditor's Name
**191 VISTA RIDGE**
**WEST BLOTON, AL 35184**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

**4.1 053**

**JO ANN BAKER**
Nonpriority Creditor's Name
**106 BRIAN BAKER DR**
**WHITESBURG, KY 41858**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

Debtor 1    **Charles R. Bradley**                                                    Case number (if know)

---

**4.1**
**054**

**JOAN CHAFFINS**
Nonpriority Creditor's Name
**PO BOX 289**
**MCDOWELL, KY 41647**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1**
**055**

**JOAN RALEIGH**
Nonpriority Creditor's Name
**338 HWY 2007**
**WALLINS CREEK, KY 40873**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1**
**056**

**JOANN DIXON**
Nonpriority Creditor's Name
**12033 HWY 7 S**
**CORNETTSVILLE, KY 41731**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                   Case number (if know)

---

| 4.1 057 | **JOANNA SPRIGGS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1188 MAIN STREET**
**RICHMOND DALE, OH 45673**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 058 | **JOANNE DALKA** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**425 LEMON BLUFF RD**
**OSTEEN, FL 32764**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 059 | **JOANNE JOSEPH** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**65 CASA LANDA WAY**
**WINCHESTER, KY 40391**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number (if know)

---

| 4.1 060 | **JOCELYN WATTS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**143 BLACK BOTTOM ROAD**
**JEREMIAH, KY 41826**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

- □ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 061 | **JODY HALE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

- □ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 062 | **JODY S COLLINS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**33250 FLANDERS STREET**
**FARMINGTON, MI 48336**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

- □ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                   Case number (if know)

---

**4.1 063**

**JOE B VANCE**
Nonpriority Creditor's Name
**8261 ELLERSON GREEN COURT**
**MECHANICSVILLE, VA 23116**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number                                      **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

**4.1 064**

**JOE BAKER JR**
Nonpriority Creditor's Name
**3926 SHADELAND AVE**
**BEAVERCREEK, OH 45432**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number                                      **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

**4.1 065**

**Joe M Allen**
Nonpriority Creditor's Name
**PO Box 76**
**Vancleve, KY 41385**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number                                      **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 066**

**JOE M ALLEN**

Nonpriority Creditor's Name

**PO BOX 76**
**VANCLEVE, KY 41385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1 067**

**JOE MAYO SPRADLIN**

Nonpriority Creditor's Name

**2613 PINE GROVE RD**
**PARIS, KY 40361**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1 068**

**JOE VANHOOSE**

Nonpriority Creditor's Name

**BOX 1618**
**PAINTSVILLE, KY 41240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1
069**

**JOEL TAULBEE**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1
070**

**JOHN A AMBURGEY**

Nonpriority Creditor's Name

**4748 STATE ROUTE 235
ADA, OH 45810**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1
071**

**JOHN BAKER WHITE**

Nonpriority Creditor's Name

**3248 NW 123rd PL
SUNRISE, FL 33323**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1
072**

**JOHN BLACK**

Nonpriority Creditor's Name

**1012 CAPTAINS BRIDGE
CENTERVILLE, OH 45458**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
073**

**JOHN BLACK**

Nonpriority Creditor's Name

**1012 CAPTAINS BRIDGE
CENTERVILLE, OH 45458**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
074**

**JOHN BOTTIMORE**

Nonpriority Creditor's Name

**10701 REGENCY FOREST DRIVE
VIENNA, VA 22181-2842**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

_____  Case number (if know) _____

---

**4.1**
**075**

**JOHN BRAZZELL**
_____
Nonpriority Creditor's Name

**320 3RD NORTH ST**
**VERSAILLES, KY 47042**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1**
**076**

**JOHN C CASPER**
_____
Nonpriority Creditor's Name

**200 E HIGH ST**
**DEFIANCE, OH 43512**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1**
**077**

**JOHN C HALL JR**
_____
Nonpriority Creditor's Name

**BOX 872**
**MARTIN, KY 41649**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**                                                    Case number (if know)

| 4.1 078 | | |
|---|---|---|

**JOHN C HICKS**                                          Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**PO BOX 544**
**KAWKAWLIN, MI 48631**                                   When was the debt incurred?  _____

Number Street City State Zip Code

Who incurred the debt? Check one.                         As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                           ☐ Contingent

☐ Debtor 2 only                                           ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                              ■ Disputed

☐ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **limited partner**

---

| 4.1 079 | | |
|---|---|---|

**JOHN CASEBOLT**                                          Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**608 REAR MAIN #7**
**SCOTT CITY, MO 63780**                                   When was the debt incurred?  _____

Number Street City State Zip Code

Who incurred the debt? Check one.                         As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                           ☐ Contingent

☐ Debtor 2 only                                           ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                              ■ Disputed

☐ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **limited partner**

---

| 4.1 080 | | |
|---|---|---|

**JOHN D CLARKE**                                          Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**60 DK RANCH LANE**
**ASHLAND, KY 41101**                                      When was the debt incurred?  _____

Number Street City State Zip Code

Who incurred the debt? Check one.                         As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                           ☐ Contingent

☐ Debtor 2 only                                           ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                              ■ Disputed

☐ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

**4.1 081**

**JOHN D LOVERIDGE**

Nonpriority Creditor's Name

**2089 TULLAGEE AVE**
**MELBOURNE, FL 32940**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___       **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

**4.1 082**

**JOHN DAVID RALEIGH**

Nonpriority Creditor's Name

**115 LOCKER CT**
**BEREA, KY 40403**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___       **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

**4.1 083**

**JOHN ELLIOTT**

Nonpriority Creditor's Name

**PO BOX 2259**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___       **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 084**

**JOHN F KENNEDY**
Nonpriority Creditor's Name
**11549 VALLEY FRG**
**SELLERSBURG, IN 47172**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 085**

**JOHN F ZIEBOLD**
Nonpriority Creditor's Name
**7 HAMILTON PLACE**
**CHARLESTON, WV 25314**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 086**

**JOHN GRAY**
Nonpriority Creditor's Name
**277 E HIGH STREET**
**LEXINGTON, KY 40507**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

---

| 4.1 087 | | |
|---|---|---|

**JOHN HILL**

Nonpriority Creditor's Name

**4536 LANGLEY CIRCLE**
**LEXINGTON, KY 40515**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

| 4.1 088 | | |
|---|---|---|

**JOHN HOUSTON GRAY**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

| 4.1 089 | | |
|---|---|---|

**JOHN JOHNSON**

Nonpriority Creditor's Name

**111 WOODLAND AVE APT 302**
**LEXINGTON, KY 40502**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1 090**

**JOHN KEVIN ROBERTS**
Nonpriority Creditor's Name

**5623 NORTH 7TH STREET**
**ARLINGTON, VA 22205**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                      Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

**4.1 091**

**JOHN M COMBS**
Nonpriority Creditor's Name

**837 SPRINGBROOK DRIVE**
**FORT WORTH, TX 76107**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                      Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

**4.1 092**

**JOHN MARK PORTER**
Nonpriority Creditor's Name

**516 E ALKALINE SPRINGS RD**
**VANDALIA, OH 45377**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                      Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 093 | **JOHN MULLINS** | | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**11535 EMERALD RIDGE ROAD**
**JT BASE LEWIS McCHORD, WA**
**98433**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 094 | **JOHN R LUSK** | | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**228 SYCAMORE ST**
**JACKSON, KY 41339**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 095 | **JOHN S LEWIS** | | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**11109 OAK POND CIRCLE**
**CHARLOTTE, NC 28277**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.1 096**

**JOHN T COMBS**
Nonpriority Creditor's Name
**3716 CHLOE RD**
**PIKEVILLE, KY 41501**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

**4.1 097**

**JOHN T. CHAFFIN**
Nonpriority Creditor's Name
**RT 3224 BOX 3027**
**RIVER, KY 41254**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

**4.1 098**

**JOHN W BLAIR**
Nonpriority Creditor's Name
**PO BOX 11**
**PREMIUM, KY 41845**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley** _____     Case number *(if know)* _____

| 4.1 099 | **JOHN WADDELL** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**379 CHLOE RD**
**PIKEVILLE, KY 41501**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1 100 | **JOHNIE ADAMS** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**719 LAKENGREN COVE**
**EATON, OH 45320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1 101 | **JOHNNIE PATRICK** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 148**
**HINDMAN, KY 41822**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

| 4.1 102 | **JOHNNY CORNETT REVOCABLE TRUST** | Last 4 digits of account number | **Unknown** |
|---------|-----|-----|-----|

Nonpriority Creditor's Name
**PO BOX 1349**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

| 4.1 103 | **JOHNNY HOLLIDAY** | Last 4 digits of account number | **Unknown** |
|---------|-----|-----|-----|

Nonpriority Creditor's Name
**35 HOLLIDAY RD**
**VIPER, KY 41774**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

| 4.1 104 | **JOHNNY K LAWSON** | Last 4 digits of account number | **Unknown** |
|---------|-----|-----|-----|

Nonpriority Creditor's Name
**107 ASHLEE DR**
**LEWISBURG, OH 45338**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

Debtor 1   **Charles R. Bradley**                                                    Case number (*if know*)

---

| 4.1 105 | **JOHNNY LAWSON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**107 ASHLEE DR**
**LEWISBURG, OH 45338**

Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 106 | **JOHNNY PARSONS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**8048 E KRAMER CRL**
**MESA, AZ 85207**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 107 | **JOHNNY PERKINS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2303 OWENDALE DRIVE**
**DAYTON, OH 45439**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                      Case number (*if know*)

---

| 4.1 108 | **JOHNNY SLONE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**4065 HWY 550**
**HINDMAN, KY 41822**
Number City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Contingent
- ☐ Debtor 1 and Debtor 2 only
- ■ Unliquidated
- ☐ At least one of the debtors and another
- ■ Disputed
- ■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**
- ☐ Student loans

- ■ No
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Yes
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 109 | **JOINT VENTURE P FITZ** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 934**
**PRESTONSBURG, KY 41653**
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Contingent
- ☐ Debtor 1 and Debtor 2 only
- ☐ Unliquidated
- ☐ At least one of the debtors and another
- ■ Disputed
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**
- ☐ Student loans

- ■ No
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Yes
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 110 | **JOLENA SCHADEL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**5173 DANA HARVEY LANE**
**INDEPENDENCE, KY 41051**
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Contingent
- ☐ Debtor 1 and Debtor 2 only
- ■ Unliquidated
- ☐ At least one of the debtors and another
- ■ Disputed
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**
- ☐ Student loans

- ■ No
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Yes
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

**4.1
111**

**JORDAN HALL**
Nonpriority Creditor's Name

**134 OLD MILL POND RD
RAVEN, KY 41861**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner** _____

---

**4.1
112**

**JOSEPH AND LEDNA PARSONS**
Nonpriority Creditor's Name

**4470 RIGHT FORK OF BRUSHY RD
VARNEY, KY 41571**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner** _____

---

**4.1
113**

**JOSEPH C HURT**
Nonpriority Creditor's Name

**2800 CLAYS MILL ROAD
LEXINGTON, KY 40503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**
Case number (if know)

---

**4.1
114**

**JOSEPH CARPENTER**
Nonpriority Creditor's Name

| Last 4 digits of account number | Unknown |
|---|---|

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.1
115**

**JOSEPH CLEVINGER**
Nonpriority Creditor's Name

**4145 NORTH MAYO TRAIL #1000
PIKEVILLE, KY 41501**
Number Street City State Zip Code

| Last 4 digits of account number | Unknown |
|---|---|

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.1
116**

**JOSEPH GARRED**
Nonpriority Creditor's Name

**25 MONTE VISTA LANE
SANTA BARBARA, CA 93105**
Number Street City State Zip Code

| Last 4 digits of account number | Unknown |
|---|---|

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 117 | **JOSEPH H DUKE** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**1199 TOM CAT TRL**
**LONDON, KY 40741**

Number City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

- ☑ No
- ☐ Yes

---

| 4.1 118 | **JOSEPH HARMON** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3461 RILEY RD**
**JOHNSTOWN, OH 43031**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

- ☑ No
- ☐ Yes

---

| 4.1 119 | **JOSEPH MEGLEN** | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**2139 WEST COUGAR ROCK CIR**
**UNIT 187**
**SAINT GEORGE, UT 84770**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

- ☑ No
- ☐ Yes

---

Debtor 1    **Charles R. Bradley**                                                Case number (if know)

---

**4.1**
**120**

### JOSEPH SHANE

Nonpriority Creditor's Name

**4130 JAMIE LANE**
**FRANKLIN, OH 45005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                        **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1**
**121**

### JOSEPH T FIELDS

Nonpriority Creditor's Name

**3543 BUNYAN RD**
**VIRGINIA BEACH, VA 23462**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                        **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1**
**122**

### JOSEPH TURNER

Nonpriority Creditor's Name

**239 PRESTON AVENUE**
**LEXINGTON, KY 40502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                        **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1**
**123**

**JOSEPH W VICARS JR**
Nonpriority Creditor's Name

**3009 PARKSTONE COURT**
**LOUISVILLE, KY 40241**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1**
**124**

**JOSEPH WARD**
Nonpriority Creditor's Name

**2027 MOUNT CARMEL RD**
**MINFORD, OH 45653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1**
**125**

**JOSHUA F PORTER**
Nonpriority Creditor's Name

**312 E ATLANTA TERRACE**
**MUSTANG, OK 73064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
126**

**JOSHUA S SMITH**
Nonpriority Creditor's Name
**676 SOLOMON LANE**
**EMMALENA, KY 41740**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
127**

**JOY GOULD**
Nonpriority Creditor's Name
**216 MARKET ST**
**PORTSMOUTH, OH 45662**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
128**

**JOYCE A AMBURGEY**
Nonpriority Creditor's Name
**6871 SUN RIDGE DRIVE**
**WAYNESVILLE, OH 45068**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                     Case number *(if know)*

---

**4.1
129**

**JOYCE A STAMPER**

Nonpriority Creditor's Name

**412 NAPIER BRANCH RD
HAZARD, KY 41701**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
130**

**JOYCE FITCH**

Nonpriority Creditor's Name

**287 CHURCHILL CROSSING
NICHOLASVILLE, KY 40356**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
131**

**JOYCE PATTEN**

Nonpriority Creditor's Name

**PO BOX 1877
HAZARD, KY 41702**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 132 | **JOYCE RISNER** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1440 DEEANNE DR**
**XENIA, OH 45385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 133 | **JOYCE WHITAKER** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**14 STEWARTS RD**
**BLACKEY, KY 41804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 134 | **JRP ENERGY INVESTMENTS, LLC** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 1250**
**PAINTSVILLE, KY 41240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 135 | **JUANITA F ESHEM-WHEELER** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 136 | **JUDITH BRANHAM** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**104 EAST KEYSER HEIGHTS DRIVE
PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 137 | **JUDITH BREEDING** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**5729 DALTON PIKE SE
CLEVELAND, TN 37323**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
138**

**JUDITH D HAMMONDS**

Nonpriority Creditor's Name

**PO BOX 1004**
**COLUMBIA, KY 42728**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
139**

**JUDITH J JONES**

Nonpriority Creditor's Name

**505 EARL BLVD**
**MIAMISBURG, OH 45342-6411**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
140**

**JUDITH MOSLEY**

Nonpriority Creditor's Name

**1038 PARK ST**
**ALTA VISTA, KS 66834**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley** _____   Case number *(if know)* _____

---

**4.1**
**141**

**JUDITH NEWMAN**
_____
Nonpriority Creditor's Name
**2656 BONANZA DRIVE**
**CATLETTSBURG, KY 41129**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1**
**142**

**JUDITH W BAKER**
_____
Nonpriority Creditor's Name
**629 SHULTZ DR**
**HAMILTON, OH 45013**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1**
**143**

**JUDSON KNIGHT**
_____
Nonpriority Creditor's Name
**1571 PINE NEEDLES LANE**
**LEXINGTON, KY 40503**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley**                                             Case number *(if know)*

---

| 4.1 144 | **JUDY BROOKS** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**308 VIRGINIA AVENUE, SUITE 1A**
**SOUTH WILLIAMSON, KY 41503**

Number City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

| 4.1 145 | **JUDY F DEMARCO** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**218 AUGUSTA CRL**
**MT LAUREL, NJ 08054**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

| 4.1 146 | **JUDY MOORE** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 1011 RT #7**
**SOUTH SHORE, KY 41175**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

Debtor 1  **Charles R. Bradley**                                           Case number *(if know)*

| | | | |
|---|---|---|---|
| 4.1 147 | **JUDY PYE** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| | | | |
|---|---|---|---|
| 4.1 148 | **JUDY VAUGHAN** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**5663 KY RT 825**
**LEANDER, KY 41222**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| | | | |
|---|---|---|---|
| 4.1 149 | **JULEE J BANKS** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**420 LOCUST AVE**
**DANVILLE, KY 40422**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 150**

**JUNE CAROL SEXTON**

Nonpriority Creditor's Name

**799 WILEY FORK ROAD**
**LEBURN, KY 41831**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                     **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1 151**

**JUNE ENERGY LLC**

Nonpriority Creditor's Name

**PO BOX 1410**
**HINDMAN, KY 41822**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                     **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1 152**

**JUNE ISON**

Nonpriority Creditor's Name

**PO BOX 651**
**HAZARD, KY 41702**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                     **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

---

**4.1**
**153**

**JUNIOR SHEPHERD**
Nonpriority Creditor's Name
**71 LOWER TWIN HOLLOW RD**
**CORNETTSVILLE, KY 41731**
Number Street City State Zip Code
Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

**4.1**
**154**

**Justice Land Surverying & Engineering**
Nonpriority Creditor's Name
**Attn:  Jack Justice**
**525 George Rd. #201**
**Betsy Layne, KY 41605**
Number Street City State Zip Code
Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____    **$70,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **trade debt**

---

**4.1**
**155**

**JUSTIN BRANSON**
Nonpriority Creditor's Name
**PO BOX 232**
**COLLINS, MO 64738**
Number Street City State Zip Code
Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number (if know) _____

| 4.1 156 | **JUSTIN HOLLIDAY** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**529 LICK BRANCH ROAD**
**CARRIE, KY 41725**

Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

| 4.1 157 | **JUSTIN REYNOLDS** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 170**
**PINETOP, KY 41843**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

| 4.1 158 | **JW AND MABRE BRYAN** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1365 CANTERBURY LN**
**YORK, PA 17406**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

Debtor 1  **Charles R. Bradley**                                                          Case number *(if know)*

---

**4.1
159**

**KANE AND KAREN FISHER**                          Last 4 digits of account number _____                **Unknown**

Nonpriority Creditor's Name

**PO BOX 1792**                                      When was the debt incurred?  _____
**PITTSFIELD, MA 01202**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
■ Debtor 1 only
                                                     ☐ Unliquidated
☐ Debtor 2 only
                                                     ☐ Disputed
☐ Debtor 1 and Debtor 2 only
                                                     Type of NONPRIORITY unsecured claim:
☐ At least one of the debtors and another
                                                     ☐ Student loans
☐ **Check if this claim is for a community
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims
Is the claim subject to offset?
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                     ■ Other. Specify    **limited partner** _____
☐ Yes

---

**4.1
160**

**KAREN A DOWNEY**                                   Last 4 digits of account number _____                **Unknown**

Nonpriority Creditor's Name

                                                     When was the debt incurred?  _____

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
■ Debtor 1 only
                                                     ☐ Unliquidated
☐ Debtor 2 only
                                                     ☐ Disputed
☐ Debtor 1 and Debtor 2 only
                                                     Type of NONPRIORITY unsecured claim:
☐ At least one of the debtors and another
                                                     ☐ Student loans
☐ **Check if this claim is for a community
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims
Is the claim subject to offset?
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                     ■ Other. Specify    **limited partner** _____
☐ Yes

---

**4.1
161**

**KAREN B HOBBS**                                    Last 4 digits of account number _____                **Unknown**

Nonpriority Creditor's Name

**PO Box 752**                                       When was the debt incurred?  _____
**PIKEVILLE, KY 41502**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
■ Debtor 1 only
                                                     ☐ Unliquidated
☐ Debtor 2 only
                                                     ☐ Disputed
☐ Debtor 1 and Debtor 2 only
                                                     Type of NONPRIORITY unsecured claim:
☐ At least one of the debtors and another
                                                     ☐ Student loans
☐ **Check if this claim is for a community
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims
Is the claim subject to offset?
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                     ■ Other. Specify    **limited partner** _____
☐ Yes

---

Debtor 1    **Charles R. Bradley**                                              Case number (if know)

---

**4.1
162**

**KAREN H REESE**                                      Last 4 digits of account number                                     **Unknown**
Nonpriority Creditor's Name
**130 LAKE BREEZE LN**                                 When was the debt incurred?
**CORBIN, KY 40701**
Number City State Zip Code                             As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ■ Disputed

☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community             ☐ Student loans
debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify    **limited partner**

---

**4.1
163**

**KAREN M COLLINS**                                    Last 4 digits of account number                                     **Unknown**
Nonpriority Creditor's Name
**401 MADISON CT S E**                                 When was the debt incurred?
**LEESBURG, VA 20175**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ■ Disputed

☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community             ☐ Student loans
debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify    **limited partner**

---

**4.1
164**

**KAREN SHANNON**                                      Last 4 digits of account number                                     **Unknown**
Nonpriority Creditor's Name
**6365 HWY 1690**                                      When was the debt incurred?
**LOUISA, KY 41230**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ■ Disputed

☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community             ☐ Student loans
debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.1 165**

**KAREN SHEPHERD**
Nonpriority Creditor's Name
**165 LOWER TWIN HOLLOW RD**
**CORNETTSVILLE, KY 41731**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____ **Unknown**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **limited partner**

---

**4.1 166**

**KAREN SUE AMBURGEY**
Nonpriority Creditor's Name
**1425 EAST 5TH STREET**
**DELPHOS, OH 45833**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____ **Unknown**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **limited partner**

---

**4.1 167**

**KARL J SEWELL**
Nonpriority Creditor's Name
**131 QUAIL COURT**
**FRANKFORT, KY 40601**
Number Street City State ZIp Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____ **Unknown**
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know)

---

| 4.1 168 | |
|---|---|

**KATHALENE FARROW**
Nonpriority Creditor's Name
**20 CONLEY FORK**
**PRESTONSBURG, KY 41653**
Number City State ZIp Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 169 | |
|---|---|

**KATHERINE C FLOWERS**
Nonpriority Creditor's Name
**4519 GENERAL PERSHING STREET**
**NEW ORLEANS, LA 70125-3540**
Number Street City State ZIp Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 170 | |
|---|---|

**KATHERINE HURT**
Nonpriority Creditor's Name
**2101 BEEKMAN PLACE**
**APT 5G**
**BROOKLYN, NY 11225**
Number Street City State ZIp Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

---

**4.1
171**

**KATHERINE LYNN POWERS**

Nonpriority Creditor's Name

**PO BOX 260**
**AUXIER, KY 41602**

Number City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

**4.1
172**

**KATHERINE MIRACLE**

Nonpriority Creditor's Name

**7685 OLD WOODS CT**
**SPRINGSBORO, OH 45066**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

**4.1
173**

**KATHERINE MULLINS**

Nonpriority Creditor's Name

**PO BOX 1**
**PINETOP, KY 41843**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 174 | | |
|---|---|---|

**KATHERINE SMITH**

Nonpriority Creditor's Name

**145 NORTH RIDGE RD**
**LANCASTER, KY 40444**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 175 | | |
|---|---|---|

**KATHERINE YEARY**

Nonpriority Creditor's Name

**308 KEENE MANOR**
**NICHOLASVILLE, KY 40356**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 176 | | |
|---|---|---|

**KATHLEEN COLVIN**

Nonpriority Creditor's Name

**552 ASA CREEK**
**HAGERHILL, KY 41222**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (*if know*)

---

| 4.1 177 | **KATHLEEN CORNETT** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**262 ELWOOD RD**
**BLACKEY, KY 41804**

Number City State Zlp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 178 | **KATHLEEN R MARCH** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**7580 TRINITY RD**
**DEFIANCE, OH 43512**

Number Street City State Zlp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 179 | **KATHLEEN SPARKMAN** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1677 ROXBURY DR**
**XENIA, OH 45385**

Number Street City State Zlp Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 180 | **KATHRYN F MALINA** |
|---|---|

Nonpriority Creditor's Name

**445 SPARTA DRIVE**
**SPRINGFIELD, OH 45503**

Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 181 | **KATHY HALL** |
|---|---|

Nonpriority Creditor's Name

**PO BOX 43**
**MARTIN, KY 41649**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 182 | **KATIE SUE AMBURGEY** |
|---|---|

Nonpriority Creditor's Name

**36 WELLINGTON DRIVE**
**HAMPTON, VA 23666**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1**
**183**

**KATIE, EXECUTRIX PENICK**
**FREDA-REECE**

Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name

**PO BOX 81**
**HINDMAN, KY 41822**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- [ ] Contingent

- ■ Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

- [ ] Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans

Is the claim subject to offset?

- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- [ ] Yes

- [ ] Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner** _____

---

**4.1**
**184**

**KATY J KAHN**

Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name

**1621 S CATHAY PL**
**TUCSON, AZ 85748**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- [ ] Contingent

- ■ Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans

Is the claim subject to offset?

- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- [ ] Yes

- [ ] Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner** _____

---

**4.1**
**185**

**KEITH B HALL**

Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name

**8139 ROUTE 550 E**
**MOUSIE, KY 41839**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- [ ] Contingent

- ■ Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans

Is the claim subject to offset?

- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- [ ] Yes

- [ ] Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1<br>186 | **KEITH CAUDILL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1627 CARCASSONNE RD**
**BLACKEY, KY 41804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1<br>187 | **KEITH LESLIE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**601 N ARNOLD AVENUE**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1<br>188 | **KEITH ONIE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**860 WILLOW LN**
**ASHLAND, OH 44805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1 189**

**KEITH OWENS**

Nonpriority Creditor's Name

**187 HWY 3403**
**PARTRIDGE, KY 40862**

Number City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.1 190**

**KEITH WHITAKER**

Nonpriority Creditor's Name

**530 WATTS FERRY ROAD**
**FRANKFORT, KY 40601**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.1 191**

**KEN HALL**

Nonpriority Creditor's Name

**109 HANNAS BRANCH**
**MARTIN, KY 41649**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **royalty agreement**

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

| 4.1 192 | **KENNETH ALDRIDGE** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**7712 KAYE DR**
**FRANKLIN, OH 45005**

Number City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

| 4.1 193 | **KENNETH F ALLEN** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**6139 MAIN ST**
**THELMA, KY 41260**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

| 4.1 194 | **KENNETH FIELDS** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2929 E DUDLEY AVE**
**INDIANAPOLIS, IN 46227**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

| | |
|---|---|
| 4.1<br>195 | |

**KENNETH JEFF MULLINS**

Nonpriority Creditor's Name

**PO BOX 644**
**CARRIE, KY 41725**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| | |
|---|---|
| 4.1<br>196 | |

**KENNETH JOSEPH BRYANT**

Nonpriority Creditor's Name

**840 MAJOR LANE**
**HOPKINSVILLE, KY 42240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| | |
|---|---|
| 4.1<br>197 | |

**KENNETH NICKLES**

Nonpriority Creditor's Name

**PO BOX 183**
**GARRETT, KY 41630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (*if know*)

---

| 4.1 198 | **KENNETH R AMBURGEY** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**916 SOUTH MAIN STREET**
**ADA, OH 45810**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **limited partner**

---

| 4.1 199 | **KENNETH SLONE** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 481**
**HINDMAN, KY 41822**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **limited partner**

---

| 4.1 200 | **KENNETH SMITH** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 1154**
**HINDMAN, KY 41822**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 201 | **KENNETH WEDDINGTON** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**410 IRIS LANE**
**SALINE, MI 48176**

Number City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

| 4.1 202 | **KENNETH WELLS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3452 POLLS CRK RD**
**SMILAX, KY 41764**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

| 4.1 203 | **KENNITH DONNIE HAYES** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1598 WILEY FORK ROAD**
**LEBURN, KY 41831**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1 204**

**Kentucky Department of Natural Resources**

Nonpriority Creditor's Name

**Division of Oil & Gas**
**300 Sower Blvd**
**Frankfort, KY 40601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **Various**                    **Unknown**

When was the debt incurred?    **Various**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Obligations under various permits or environmental statutes and regulations**

---

**4.1 205**

**KENTUCKY RIVER PROPERTIES LLC**

Nonpriority Creditor's Name

**PO BOX 633650**
**CINCINNATI, OH 45263**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1 206**

**KERMIT F BALDRIDGE III**

Nonpriority Creditor's Name

**2430 8TH AVENUE SW**
**VERO BEACH, FL 32962**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                         Case number (if know)

---

| 4.1 207 | **KEVIN BACK** | | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

**911 KENSINGTON ST**
**MIDDLETOWN, OH 45044**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 208 | **KEVIN NICKLES** | | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

**1523 TUNNEL MILL ROAD**
**CHARLESTOWN, IN 47111**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 209 | **KEVIN PUGH** | | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

**110 GRANDVIEW DRIVE**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**                                                    Case number (if know)

---

**4.1 210**

**KEVIN STRONG**

Nonpriority Creditor's Name

**PO BOX 216**
**DWARF, KY 41739**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1 211**

**KEVIN WADE LINDON**

Nonpriority Creditor's Name

**100 SCHOOLHOUSE BRANCH**
**VANCLEVE, KY 41385**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1 212**

**KIM CAUDILL**

Nonpriority Creditor's Name

**585 LITTLE RIVER DR**
**SPARTA, NC 28675**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (*if know*)

---

**4.1**
**213**

### KIMBER HAMILTON

Nonpriority Creditor's Name

**192 TOM'S CREEK**
**IVEL, KY 41642**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1**
**214**

### KIMBERLY E HALSTEAD

Nonpriority Creditor's Name

**145 PEPPERWOOD PLACE**
**PORTSMOUTH, VA 23703-2768**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1**
**215**

### KIMBERLY KNIGHT

Nonpriority Creditor's Name

**1920 MEADOW SPRINGS COURT**
**RUSSELLVILLE, TN 37860-8907**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (*if know*)

---

**4.1
216**

**KIMBERLY L MONTGOMERY**

Nonpriority Creditor's Name

**8201 OLD MILL BLVD
CHARLESTOWN, IN 47111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
217**

**KIMBERLY REYNOLDS**

Nonpriority Creditor's Name

**PO BOX 3
PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
218**

**KIMBERLY SUE BOWERS**

Nonpriority Creditor's Name

**220 CREEKSIDE PARK
FAIRLAND, IN 46126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                   Case number (if know)

---

**4.1 219**

| **Kingsly Compression** | Last 4 digits of account number | **1915** | **$4,850.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**3750 South Noah Dr.**
**Saxonburg, PA 16056**

When was the debt incurred?   **2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **trade debt**

---

**4.1 220**

| **KINZER RESOURCES** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 460**
**ALLEN, KY 41601**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1 221**

| **KIRK ADAMS** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**376 BLAIR BRANCH**
**JEREMIAH, KY 41826**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

| 4.1 222 | **KNOX CAROL EST** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **limited partner**

☐ Yes

| 4.1 223 | **KONDURU K RAJU** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**6906 ROYAL HUNT RIDGE DR
RIVERSIDE, CA 92506**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **limited partner**

☐ Yes

| 4.1 224 | **KOSAIR CHARITIES** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 37370
LOUISVILLE, KY 40233**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **limited partner**

☐ Yes

Debtor 1    **Charles R. Bradley**                                                                          Case number (if know)

---

| 4.1 |
|-----|
| 225 |

### KRCC OIL & GAS LLC

Nonpriority Creditor's Name

**PO BOX 633646**
**CINCINNATI, OH 45263-3646**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **pooling agreement**

---

| 4.1 |
|-----|
| 226 |

### KRISHNA MALEMPATI

Nonpriority Creditor's Name

**19810 WELLINGTON MANOR BLVD**
**LUTZ, FL 33549**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 |
|-----|
| 227 |

### KRISTAL HARRIS

Nonpriority Creditor's Name

**125 NIKKI CT**
**CARLISLE, OH 45005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                                  Case number *(if know)*

---

| 4.1 228 | **KRISTEN BURKE** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**3316 PUEBLO CT**
**LEXINGTON, KY 40509**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 229 | **Kristen Neace** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**c/o Gary C. Johnson, Esq.**
**P O Box 231**
**Pikeville, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **1/4/16**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **claim arising from auto accident**

---

| 4.1 230 | **KRISTI L ROUMELIOTE** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
231**

**KRP MARCELLUS I LLC**

Nonpriority Creditor's Name

**777 TAYLOR ST SUITE 810
FORT WORTH, TX 76102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
232**

**KY REAL ESTATE INVESTMENT INC**

Nonpriority Creditor's Name

**PO BOX 1250
PAINTSVILLE, KY 41240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
233**

**KYLE CAUDILL**

Nonpriority Creditor's Name

**11186th STREET
MARATHON, FL 33050**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
234**

| | |
|---|---|
| **KYLE T SMITH** | Last 4 digits of account number _____ **Unknown** |
| Nonpriority Creditor's Name | |
| **6225 ST RT 38 SE** | When was the debt incurred? _____ |
| **LONDON, OH 43140** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| | ☐ Contingent |
| ■ Debtor 1 only | ■ Unliquidated |
| ☐ Debtor 2 only | ■ Disputed |
| ☐ Debtor 1 and Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Student loans |
| ☐ **Check if this claim is for a community debt** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify   **limited partner** _____ |
| ☐ Yes | |

---

**4.1
235**

| | |
|---|---|
| **L T WORKS** | Last 4 digits of account number _____ **Unknown** |
| Nonpriority Creditor's Name | |
| **215 SOUTH VALLEY VIEW ROAD** | When was the debt incurred? _____ |
| **LOT 244** | |
| **DONNA, TX 78537** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| | ☐ Contingent |
| ■ Debtor 1 only | ■ Unliquidated |
| ☐ Debtor 2 only | ■ Disputed |
| ☐ Debtor 1 and Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Student loans |
| ☐ **Check if this claim is for a community debt** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify   **limited partner** _____ |
| ☐ Yes | |

---

**4.1
236**

| | |
|---|---|
| **LARAMIE ADAMS** | Last 4 digits of account number _____ **Unknown** |
| Nonpriority Creditor's Name | |
| **143 BLACK BOTTOM ROAD** | When was the debt incurred? _____ |
| **JEREMIAH, KY 41826** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| Who incurred the debt? Check one. | |
| | ☐ Contingent |
| ■ Debtor 1 only | ■ Unliquidated |
| ☐ Debtor 2 only | ■ Disputed |
| ☐ Debtor 1 and Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ At least one of the debtors and another | ☐ Student loans |
| ☐ **Check if this claim is for a community debt** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify   **limited partner** _____ |
| ☐ Yes | |

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 237**

**LARRY AUSTIN FRANCIS**

Nonpriority Creditor's Name

**PO BOX 308**
**GARRETT, KY 41630**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 238**

**LARRY BUSH**

Nonpriority Creditor's Name

**1995 SPRING BRANCH ROAD**
**BETHANY, KY 41303**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 239**

**LARRY CRACE**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

---

**4.1**
**240**

**LARRY DEAN MADDEN**

Nonpriority Creditor's Name

**PO BOX 172**
**HINDMAN, KY 41822**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1**
**241**

**LARRY E COMBS**

Nonpriority Creditor's Name

**105 NORTH MAIN STREET**
**UNION, OH 45322-3353**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1**
**242**

**LARRY E FRALEY**

Nonpriority Creditor's Name

**64 SKYLINE DRIVE**
**ENON, OH 45323**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                    Case number (if know)

---

**4.1
243**

**LARRY F. WARRIX**
Nonpriority Creditor's Name

**627 JANE BROWN BRANCH
PRESTONSBURG, KY 41653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
244**

**LARRY GILBERT SMITH**
Nonpriority Creditor's Name

**811 DAISY DRIVE
WAPAKONETA, OH 45895**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
245**

**LARRY HALL**
Nonpriority Creditor's Name

**80 4B RACING ROAD
LETCHER, KY 41832-9000**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                        Case number (if know)

---

| 4.1 246 | **LARRY HOLBROOK** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1800 LYNN BROOK COURT**
**ORIENT, OH 43146**

Number City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 247 | **LARRY LANEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3232 FULLERS RIDGE ROAD**
**LOUISA, KY 41230**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 248 | **LARRY N AMBURGEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 54**
**ERMINE, KY 41815**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                    Case number *(if know)*

| 4.1 249 | | |
|---|---|---|

**LARRY O LYKINS**

Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

---

| 4.1 250 | | |
|---|---|---|

**LARRY OR PATSY PERKINS**

Nonpriority Creditor's Name

**219 DAWSON BRANCH RD
HINDMAN, KY 41822**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

---

| 4.1 251 | | |
|---|---|---|

**LARRY PETRY**

Nonpriority Creditor's Name

**PO BOX 934
PRESTONSBURG, KY 41653**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

---

Debtor 1    **Charles R. Bradley**                                              Case number (if know) _____

---

| 4.1 252 | **LARRY SMITH** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1631 ELM FORK RD**
**NICHOLASVILLE, KY 40356**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 253 | **LARRY THACKER** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**4964 CHLOE ROAD**
**PIKEVILLE, KY 41501**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 254 | **LARRY THORNSBERRY** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 1590**
**MARTIN, KY 41649**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                          Case number *(if know)*

| | |
|---|---|
| **4.1 255** | |

**LARRY WORKMAN**
Nonpriority Creditor's Name
**781 SOURWOOD DRIVE**
**LOUISA, KY 41230**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| | |
|---|---|
| **4.1 256** | |

**LAURA CIHA**
Nonpriority Creditor's Name
**663 TYRON ST**
**EL CAJON, CA 92020**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| | |
|---|---|
| **4.1 257** | |

**LAURA J PATTON**
Nonpriority Creditor's Name
**PO BOX 925**
**PRESTONSBURG, KY 41653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

---

| 4.1 258 |
|---|

**LAURA JANE NEILSEN**

Nonpriority Creditor's Name

**3816 S HWY 27**
**MORELAND, GA 30259**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

| 4.1 259 |
|---|

**LAUREL SEE**

Nonpriority Creditor's Name

**55 E DEERWOOD ROAD #29**
**SAVANNAH, GA 31410**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

| 4.1 260 |
|---|

**LAURENA DUFF**

Nonpriority Creditor's Name

**3347 POLLS CRK RD**
**SMILAX, KY 41764**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 261 | | |
|---|---|---|

**LAVONDA MEADE**

Nonpriority Creditor's Name

**PO BOX 337**
**STANVILLE, KY 41659**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

| 4.1 262 | | |
|---|---|---|

**LAVONNE GANDOLFO**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

| 4.1 263 | | |
|---|---|---|

**LAWANA SUE CRAIG**

Nonpriority Creditor's Name

**80 TIMBERLAKE DRIVE**
**BRONSTON, KY 42518**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.1 264**

**LAWRENCE S ADAMS**
Nonpriority Creditor's Name
**PO BOX 52**
**JEREMIAH, KY 41826**
Number City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 265**

**LAWTON D SEXTON**
Nonpriority Creditor's Name
**239 MAIN ST LOOP 2**
**BLACKEY, KY 41804**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 266**

**LAYNE INVESTMENTS LLC**
Nonpriority Creditor's Name
**PO  BOX 1106**
**PHELPS, KY 41553**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)* _____

---

| 4.1 267 |
|---|

**LEA A HARTMAN**
Nonpriority Creditor's Name
**6200 SMYRNA PL**
**LOUISVILLE, KY 40228**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 268 |
|---|

**LEAH Y CHILDERS**
Nonpriority Creditor's Name
**PO BOX 625**
**HINDMAN, KY 41822**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 269 |
|---|

**LEE ETTA CUMMINGS**
Nonpriority Creditor's Name
**PO BOX 1254**
**RICHMOND, KY 40476**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.1
270**

**LEE GREER**

Nonpriority Creditor's Name

**2035 HART RD
LEXINGTON, KY 40502**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | Unknown |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
271**

**LEE HOWARD**

Nonpriority Creditor's Name

**3813 ARIA LANE
LEXINGTON, KY 40514**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | Unknown |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
272**

**LEE LYKINS**

Nonpriority Creditor's Name

**9414 RICH VALLEY ROAD
BRISTOL, VA 24202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | Unknown |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**          Case number (if know) _____

---

| 4.1 273 | **LEE LYKINS** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**914 RICH VALLEY ROAD**
**BRISTOL, VA 24202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **limited partner**

---

| 4.1 274 | **LEIGH A PATCHES** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 250**
**RICHLAND, PA 17087**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **limited partner**

---

| 4.1 275 | **LENA COLLINS** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**4491 IOWA ST**
**CLAYTON, IN 46118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 276 | **LENA MAE DUNN** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 133
CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 277 | **LENARD FIELDS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 331
3551 S 800 W
SWAYZEE, IN 46986**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 278 | **LENORA BLACK** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2459 NE 98TH STREET
ANTHONY, FL 32617**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| | |
|---|---|
| **4.1**<br>**279** | **LENORA CROUCHER** |

Nonpriority Creditor's Name

**150 CARMEN AVE**
**HAMILTON, OH 45013**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| | |
|---|---|
| **4.1**<br>**280** | **LENORE MCINTYRE** |

Nonpriority Creditor's Name

**511 DAUPHIN DRIVE**
**RICHMOND, VA 23236**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| | |
|---|---|
| **4.1**<br>**281** | **LENVILLE C ADAMS** |

Nonpriority Creditor's Name

**PO BOX 53**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1
282**

**LEO BERSAGLIA**

Nonpriority Creditor's Name

**1176 N DOG CREEK RD**
**ENGLISH, IN 47118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
283**

**LEONA TURNER**

Nonpriority Creditor's Name

**4573 HOUSTON ROAD**
**BOONEVILLE, KY 41314**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
284**

**LEONARD HALL**

Nonpriority Creditor's Name

**PO BOX 219**
**HAROLD, KY 41635**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**
_____    Case number (if know) _____

| 4.1 285 | **LEONETTE N WATTS** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**4624 LITTLE LEATHERWOOD CK RD**
**CORNETTSVILLE, KY 41731**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 286 | **LEROY BAKER** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**2191 MINTON RD**
**HAMILTON, OH 45013**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 287 | **LES MAYHORN** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**7109 RT 23 NORTH MAYO TRAIL**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

| | | |
|---|---|---|
| **4.1 288** | | |

**LESLIE GRAY JONES**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| | | |
|---|---|---|
| **4.1 289** | | |

**LESLIE JACKSON**
Nonpriority Creditor's Name
**5336 ESSEX DR
OWENSBORO, KY 42301**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| | | |
|---|---|---|
| **4.1 290** | | |

**LESTER P GILLUM**
Nonpriority Creditor's Name
**1219 DAVIS RD
VANCLEVE, KY 41385**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

| 4.1 291 | | |
|---|---|---|

**LETITIA CRAFT**

Nonpriority Creditor's Name

**PO BOX 106**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1 292 | | |
|---|---|---|

**LEVISA PROPERTIES LLC**

Nonpriority Creditor's Name

**PO BOX 934**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1 293 | | |
|---|---|---|

**LEWIS ROBINSON**

Nonpriority Creditor's Name

**2588 COLLINS HIGHWAY**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                          Case number (if know)

---

**4.1
294**

**LEWIS WARRIX**                                    Last 4 digits of account number                        **Unknown**

Nonpriority Creditor's Name

**525 PICNIC HILL ROAD**                            When was the debt incurred?
**JACKSON, KY 41339**

Number City State Zip Code                          As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
                                                    ☐ Contingent
■ Debtor 1 only
                                                    ■ Unliquidated
☐ Debtor 2 only
                                                    ■ Disputed
☐ Debtor 1 and Debtor 2 only
                                                    **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                    ☐ Student loans
■ **Check if this claim is for a community
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                    report as priority claims
**Is the claim subject to offset?**
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    ■ Other. Specify   **limited partner**
☐ Yes

---

**4.1
295**

**LEYBURN AND EDWARD SKAGGS**                       Last 4 digits of account number                        **Unknown**

Nonpriority Creditor's Name

**1607 VIVIAN LN**                                  When was the debt incurred?
**LOUISVILLE, KY 40205**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
                                                    ☐ Contingent
■ Debtor 1 only
                                                    ■ Unliquidated
☐ Debtor 2 only
                                                    ■ Disputed
☐ Debtor 1 and Debtor 2 only
                                                    **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                    ☐ Student loans
■ **Check if this claim is for a community
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                    report as priority claims
**Is the claim subject to offset?**
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    ■ Other. Specify   **limited partner**
☐ Yes

---

**4.1
296**

**LICKING VALLEY GAS**                              Last 4 digits of account number                        **Unknown**

Nonpriority Creditor's Name

**PO BOX 565**                                      When was the debt incurred?
**BETSY LAYNE, KY 41605**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
                                                    ☐ Contingent
■ Debtor 1 only
                                                    ■ Unliquidated
☐ Debtor 2 only
                                                    ■ Disputed
☐ Debtor 1 and Debtor 2 only
                                                    **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                    ☐ Student loans
■ **Check if this claim is for a community
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                    report as priority claims
**Is the claim subject to offset?**
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    ■ Other. Specify   **limited partner**
☐ Yes

---

Debtor 1    **Charles R. Bradley**                                  Case number *(if know)*

---

**4.1 297**

**LIDA M HOWARD**
Nonpriority Creditor's Name
**174 S LAKE DR**
**PRESTONSBURG, KY 41653**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                  **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 298**

**LILLIAN WELLS**
Nonpriority Creditor's Name
**150 GRIMES BATTERTON ROAD**
**PARIS, KY 40361-9712**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                  **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 299**

**LILLIAN WRIGHT AMBURGEY**
Nonpriority Creditor's Name
**712 NORTH 1ST STREET**
**FLATWOODS, KY 41139-1038**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                  **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 300 | **LINDA ARMENIS** | | | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**587 DOGWOOD TRACE**
**CORBIN, KY 40701-6173**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.1 301 | **LINDA BLAIR** | | | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**13195 LOCUST RDG NEW HARM**
**RD**
**WILLIAMSBURG, OH 45176**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.1 302 | **LINDA CASEBOLT** | | | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**26726 IRA DRIVE**
**BROOKFIELD, MO 64628**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 303 | **LINDA DAVIS** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**287 CHURCHILL CROSSING**
**NICHOLASVILLE, KY 40356**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 304 | **LINDA FIELDS** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**405 WINDFIELD PLACE**
**LEXINGTON, KY 40517**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 305 | **LINDA GREEN** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**11600 PLAZA AMERICA DRIVE**
**RESTON, VA 20191**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                    Case number *(if know)*

---

| 4.1 |
|-----|
| 306 |

**LINDA HAMILTON**

Nonpriority Creditor's Name

**12067 KY RT 172**
**FLAT GAP, KY 41219**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 |
|-----|
| 307 |

**LINDA LOWE**

Nonpriority Creditor's Name

**PO BOX 69**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 |
|-----|
| 308 |

**LINDA S HUGHES**

Nonpriority Creditor's Name

**343 E. COURT STREET**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1**
**309**

**LINDA S PERKINS**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1**
**310**

**LINDA S PUGH**

Nonpriority Creditor's Name

**3783 BAINBRIDGE DR S**
**BLOOMINGTON, IN 47401**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1**
**311**

**LINDA SHANNON**

Nonpriority Creditor's Name

**193 CHARLEY HOLLOW ROAD**
**LOUISA, KY 41230**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1**
**312**

**LINDA STANLEY**
Nonpriority Creditor's Name
**11281 KENNEBEC ST**
**DETROIT, MI 48205**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1**
**313**

**LINDA SUE MEADE**
Nonpriority Creditor's Name


Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1**
**314**

**LINDSAY OR CHRISTINA BACK**
Nonpriority Creditor's Name
**250 OLD PHELPS RD**
**MOREHEAD, KY 40351**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**                                              Case number *(if know)*

---

**4.1
315**

**LINDSEY & ELLIOTT GAS**
Nonpriority Creditor's Name
**PO BOX 902**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                         **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
316**

**LINK LEMASTER**
Nonpriority Creditor's Name
**220 4TH ST**
**PAINTSVILLE, KY 41240**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                         **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **royalty agreement**

---

**4.1
317**

**LISA A HUDSON**
Nonpriority Creditor's Name
**PO BOX 577**
**HINDMAN, KY 41822**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                         **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                   Case number *(if know)*

---

**4.1**
**318**

**LISA BATES**                                          Last 4 digits of account number _____                    **Unknown**

Nonpriority Creditor's Name
**90 TONTO LANE**                                       When was the debt incurred? _____
**BLACKEY, KY 41804**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ■ Disputed

☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**           ☐ Student loans
**debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **limited partner** _____

---

**4.1**
**319**

**LISA BYARD**                                          Last 4 digits of account number _____                    **Unknown**

Nonpriority Creditor's Name
**208 WILSON ST**                                       When was the debt incurred? _____
**OSGOOD, IN 47033**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ■ Disputed

☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**           ☐ Student loans
**debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **limited partner** _____

---

**4.1**
**320**

**LISA C WHITLEY**                                      Last 4 digits of account number _____                    **Unknown**

Nonpriority Creditor's Name
**4005 LICK CRK RD**                                    When was the debt incurred? _____
**SALYERSVILLE, KY 41465**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ■ Disputed

☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**           ☐ Student loans
**debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                                      Case number *(if know)*

---

**4.1
321**

**LISA L NICHOLS**
Nonpriority Creditor's Name
**845 BLAIR BRANCH RD
JEREMIAH, KY 41826**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____            **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
322**

**LISA LANDRUM**
Nonpriority Creditor's Name
**PO BOX 133
CAMPTON, KY 41301**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____            **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
323**

**LISA LANDRUM**
Nonpriority Creditor's Name
**PO BOX 133
CAMPTON, KY 41301**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____            **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number (*if know*)

---

| 4.1 324 | **LITTLE DEERLICK PARTNERS** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 934**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 325 | **LITTLE LIME INC** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 3098**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 326 | **LITTLE LIME PARTNERS** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**139 COLLEGE STREET**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1  **Charles R. Bradley**                                                    Case number (if know)

---

**4.1
327**

### Litttle Dizzy Tire

Nonpriority Creditor's Name

**PO Box 99
Garrett, KY 41630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$1,377.25**

When was the debt incurred?     **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **trade debt**

---

**4.1
328**

### LLOYD COMBS

Nonpriority Creditor's Name

**1040 GULTICE RD
XENIA, OH 45385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
329**

### LLOYD COMBS

Nonpriority Creditor's Name

**1040 GULTICE RD
Xenia, OH 45385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1 330**

**LLOYD D CREECH**

Nonpriority Creditor's Name

**3075 PALACE DR**
**BURLINGTON, KY 41005**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

**4.1 331**

**LOIS A THOMAS**

Nonpriority Creditor's Name

**4609 POLLS CRK RD**
**SMILAX, KY 41764**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

**4.1 332**

**LOIS B CREAMER**

Nonpriority Creditor's Name

**539 BEDFORD OAKS DR**
**KIRKWOOD, MO 63122**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**
Case number *(if know)*

---

| 4.1 333 | **LOIS CASEBOLT SLONE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**632 EAST FARMING STREET**
**MARION, OH 43344**

Number City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 334 | **LOIS H CONLEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4321 HWY 2029**
**HUEYSVILLE, KY 41640**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 335 | **LOIS I KINCER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1521 WILDERNESS DR APT 94**
**MAUMEE, OH 43537**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.1**
**336**

## LOIS OSBORNE

Nonpriority Creditor's Name

**194 MEADOWVIEW STREET**
**PIKEVILLE, KY 41501**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1**
**337**

## LOIS REYNOLDS

Nonpriority Creditor's Name

**762 LITTLE ROBINSON CRK**
**VIRGIE, KY 41572**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1**
**338**

## LOIS SMITH

Nonpriority Creditor's Name

**315 CRAWFORD VALLEY DR**
**HAZARD, KY 41701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 339 | **LOIS WYATT** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2980 CINCINNATI BROOKVILLE ROAD**
**HAMILTON, OH 45013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** — **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 340 | **LONA SMITH** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5274 LITTLE LEATHERWOOD CRK RD**
**CORNETTSVILLE, KY 41731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** — **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 341 | **LONNIE LOVERIDGE** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1580 MORGAN CT**
**MELBOURNE, FL 32934**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** — **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number (*if know*)

---

**4.1**
**342**

**LONNIE OSBORNE**

Nonpriority Creditor's Name

**194 MEADOWVIEW STREET**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                                        **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1**
**343**

**LONNIE ROSE**

Nonpriority Creditor's Name

**199 TAYLOR LANE**
**CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                                        **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1**
**344**

**LONZO CAUDILL**

Nonpriority Creditor's Name

**PO BOX 103**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                                        **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**                                                                Case number *(if know)*

---

| 4.1 |
|-----|
| 345 |

### LORETTA CALLEBS MOORE

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 |
|-----|
| 346 |

### LORETTA CARPENTER

Nonpriority Creditor's Name

**7405 E 48TH ST**
**LAWRENCE, IN 46226**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 |
|-----|
| 347 |

### LORETTA STEPHENS

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 348**

### LORETTA WEDDINGTON
Nonpriority Creditor's Name

**114 ASA CREEK**
**LEANDOR, KY 41228**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 349**

### LORRAINE COMBS
Nonpriority Creditor's Name

**202 OAK TREE LN**
**NICHOLASVILLE, KY 40356**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 350**

### LORRAINE NEWMAN
Nonpriority Creditor's Name

**610 PIN OAK DRIVE**
**ASHLAND, KY 41102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 351 | **LOTTIE INZER** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**307 WILLOWBROOK DR LOT 108**
**KENDALLVILLE, IN 46755**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 352 | **LOU E FRASURE** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 127**
**GRETHEL, KY 41631**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 353 | **LOUIS MAYO** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**1020 AMICALOLA CT**
**GRIFFIN, GA 30223**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

| 4.1 354 | **LOUISE ADAMS** |
|---|---|

Nonpriority Creditor's Name

**4169 LITTLE LEATHERWOOD CRK RD**
**CORNETTSVILLE, KY 41731**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

| 4.1 355 | **LOUISE S SMITH TRUST** |
|---|---|

Nonpriority Creditor's Name

**116 CEDAR HILLS DR**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

| 4.1 356 | **LOVELL C FOUSHEE, III** |
|---|---|

Nonpriority Creditor's Name

**5924 PARKERS MILL ROAD**
**LEXINGTON, KY 40513-9765**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                      Case number *(if know)*

---

| 4.1 357 | **LOWELL AND VIOLET CORNETT** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 236**
**VICCO, KY 41773**

When was the debt incurred?

Number City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1 358 | **LOWELL HAMILTON** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 243**
**JACKSON, KY 41339**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1 359 | **LOWELL JOHNSON** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 360 | |
|---|---|

**LOWELL THOMAS CASEBOLT**

Nonpriority Creditor's Name

**3601 BEECH GROVE ROAD**
**SCIENCE HILL, KY 42553**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

| 4.1 361 | |
|---|---|

**LOYD STEPHENS**

Nonpriority Creditor's Name

**264 STEPHENS ROAD**
**HELENWOOD, TN 37755**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

| 4.1 362 | |
|---|---|

**LOYE CAUDILL**

Nonpriority Creditor's Name

**382 BURTON HILL**
**BLACKEY, KY 41804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.1**
**363**

**LRC OIL COMPANY**

Nonpriority Creditor's Name

**686 HAPPYTOP RD**
**BEATTYVILLE, KY 41311**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                 **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1**
**364**

**LUANN M GATTI**

Nonpriority Creditor's Name

**4617 DORCHESTER DR**
**ERIE, PA 16509**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                 **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1**
**365**

**LUCILLE GILKESON**

Nonpriority Creditor's Name

**4736 BABYLON ST**
**DAYTON, OH 45439-2966**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                 **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
366**

**LUCY JOHNSON HEIRS**

Nonpriority Creditor's Name

**PO BOX 35
WINCHESTER, KY 40392**

Number City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **limited partner**

---

**4.1
367**

**LULA G BRADLEY**

Nonpriority Creditor's Name

**PO BOX 934
PRESTONSBURG, KY 41653**

Number Street City State Zip Code

Who incurred the debt? Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **limited partner**

---

**4.1
368**

**LUTHER MCINTOSH**

Nonpriority Creditor's Name

**829 BOONE CREEK ROAD
STANTON, KY 40380**

Number Street City State Zip Code

Who incurred the debt? Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☒ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 369 | |
|---|---|

**LYNDA MAYS**

Nonpriority Creditor's Name

**4883 LITTLE LEATHERWOOD CREEK ROAD**
**CORNETTSVILLE, KY 41731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 370 | |
|---|---|

**Lynette Schindler**

Nonpriority Creditor's Name

**130 Scott Avenue**
**Pikeville, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$55,061.25**

**When was the debt incurred?**    **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **accounting services and limited partner**

---

| 4.1 371 | |
|---|---|

**LYNN CASEBOLT DETERS LORETTA**

Nonpriority Creditor's Name

**2610 SOUTH STATE ROUTE 123**
**LEBANON, OH 45036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**
Case number *(if know)*

| | |
|---|---|
| **4.1<br>372** | |

**LYNN D CAUDILL**
Nonpriority Creditor's Name
**1265 CRITTENDON MT ZION RD**
**DRY RIDGE, KY 41035**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

| | |
|---|---|
| **4.1<br>373** | |

**LYNNE ROGERS**
Nonpriority Creditor's Name
**1601 FERGUSON RD**
**LEXINGTON, KY 40511**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

| | |
|---|---|
| **4.1<br>374** | |

**M S HALL**
Nonpriority Creditor's Name


Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

| | |
|---|---|
| **4.1** **375** | |

**MABEL BROWN**

Nonpriority Creditor's Name

**15 DICKERSON ST**
**PRESTONSBURG, KY 41653**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| | |
|---|---|
| **4.1** **376** | |

**MAC A CASEBOLT**

Nonpriority Creditor's Name

**678 BURNTWOOD DRIVE**
**BEAVERCREEK, OH 45430**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| | |
|---|---|
| **4.1** **377** | |

**MAC TRUSTY**

Nonpriority Creditor's Name

**189 TRUSTY LANE**
**VANCLEVE, KY 41385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
378**

**MACK LANEY**

Nonpriority Creditor's Name

**1042 CHAPEL ROAD
LOUISA, KY 41230**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1
379**

**MACK MORGAN**

Nonpriority Creditor's Name

**PO BOX 1644
HAZARD, KY 41702**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1
380**

**MACKIE RICHERSON**

Nonpriority Creditor's Name

**8501 HWY 15 N
VANCLEVE, KY 41385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 381**

**MADDD, LLC**

Nonpriority Creditor's Name

**PO BOX 286**
**HAZARD, KY 41702**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**                          Unknown

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

**4.1 382**

**MADELINE ARNETT**

Nonpriority Creditor's Name

**2564 UPPER SECOND CREEK ROAD**
**HAZARD, KY 41701**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**                          Unknown

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

**4.1 383**

**MADGE BUSH**

Nonpriority Creditor's Name

**8474 GLENEAGLE WAY**
**NAPLES, FL 34120**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**                          Unknown

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 |
| 384 |

**MADGE PRATT BROWN**

Nonpriority Creditor's Name

**226 WINDY RIDGE**
**BLACKEY, KY 41804**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1 |
| 385 |

**MAE C AMBURGEY**

Nonpriority Creditor's Name

**PO BOX 54**
**ERMINE, KY 41815**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1 |
| 386 |

**MAGGIE WALLEN SLONE LILLIE**

Nonpriority Creditor's Name

**37 MAGGARD DRIVE**
**LEBURN, KY 41831**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

| 4.1 387 | |
|---|---|

**MAGNUM DRILLING OF OHIO, INC.**

Nonpriority Creditor's Name

**9501 STATE ROUTE 5**
**ASHLAND, KY 41102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

| 4.1 388 | |
|---|---|

**MANUEL ARNETT**

Nonpriority Creditor's Name

**2564 UPPER SECOND CREEK**
**ROAD**
**HAZARD, KY 41701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

| 4.1 389 | |
|---|---|

**MARCELLA SLONE**

Nonpriority Creditor's Name

**9721 ROAD 180**
**PAULDING, OH 45879-8761**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
390**

**MARCENE CASEBOLT CULBRETH**
Nonpriority Creditor's Name
**1014 FULHAM COURT**
**LOUISVILLE, KY 40222**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1
391**

**MARCIA H STOUT**
Nonpriority Creditor's Name
**4165 SCARLETT DR**
**MORRISTOWN, TN 37814**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1
392**

**MARCIA S LAWRENCE**
Nonpriority Creditor's Name
**1833 DALNA AVE**
**LEXINGTON, KY 40505**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**                                                      Case number *(if know)*

---

**4.1**
**393**

**MARCUS HARBIN**

Nonpriority Creditor's Name

**3900 BIRCH CRK VALLEY**
**ELIZABETH, IN 47117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1**
**394**

**MARGARET BLACKBURN**

Nonpriority Creditor's Name

**628 SCOTT LN**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1**
**395**

**MARGARET BOYETTE**

Nonpriority Creditor's Name

**1704 SANSOM FORK**
**DANA, KY 41615**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

| 4.1 396 | **MARGARET JONES** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**200 W LENAPE RD**
**EGG HARBOR CITY, NJ 08215**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 397 | **MARGARET POLLY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 549**
**CORNETTSVILLE, KY 41731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 398 | **MARGARET S HALL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**286 RAINTREE DR**
**CYNTHIANA, KY 41031**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know)

---

| 4.1 399 | **MARGIE CAUDILL** | | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**1185 BLAIR BRANCH RD**
**JEREMIAH, KY 41826**

Number City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 400 | **MARGUERITTE HUBBARD** | | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 1076**
**FAYETTEVILLE, GA 30214**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 401 | **MARIE CAUDILL** | | | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**192 BLAIR BRANCH ROAD**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                 Case number (if know)

---

| 4.1 402 | **MARIE FIELDS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**328 JONES TINCHER RD**
**LONDON, KY 40744**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 403 | **MARILYN E CLEMONS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 404 | **MARJORIE LOBB** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1087 CAMBRIDGE DR**
**GREENWOOD, IN 46142**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**
Case number *(if know)*

---

| 4.1 405 | **MARK A CALHOUN** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**3400 N COUNTY RD 20 W**
**NORTH VERNON, IN 47265**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 406 | **MARK BUSH** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 938**
**BEATTYVILLE, KY 41311**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 407 | **MARK BUSH** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 938**
**BEATTYVILLE, KY 41311**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 408 | **MARK D CAINES** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**926 STANLEY FORK**
**VARNEY, KY 41571**

When was the debt incurred?

Number City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

■ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **limited partner**

---

| 4.1 409 | **MARK HAYDON** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**1435 S E 15TH ST; #403**
**FT LAUDERDALE, FL 33316**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

■ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **limited partner**

---

| 4.1 410 | **MARK R HOLBROOK** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**48 WILDWOOD LANE**
**PIKEVILLE, KY 41501-3424**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

■ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know)

---

**4.1
411**

**MARK R ZIEGLER**
Nonpriority Creditor's Name

**321 N MOUNTAIN TRAIL
SIERRA MADRE, CA 91024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
412**

**MARK SANDERS**
Nonpriority Creditor's Name

**511 SOUTH TOWER STREET
BROWNSTOWN, IL 62418**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
413**

**MARK V DEVELOPMENT**
Nonpriority Creditor's Name

**PO BOX 231
PIKEVILLE, KY 41502-0231**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1**
**414**

**Mark West Hydrocarbon**
Nonpriority Creditor's Name

**22028 Network Place**
**Chicago, IL 60674-1220**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$25,048.22**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **trade debt**

---

**4.1**
**415**

**MARSHA GOBLE**
Nonpriority Creditor's Name

**641 TEAKWOOD DR**
**LEXINGTON, KY 40502**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1**
**416**

**MARSHA L EVRARD**
Nonpriority Creditor's Name

**5555 TEXTILE RD**
**SALINE, MI 48176**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**           Case number *(if know)*

---

**4.1 417**

**MARTHA J MILLER**

Nonpriority Creditor's Name

**3008 CEDAR LANE**
**BARBOURSVILLE, WV 25504**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**         **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

**4.1 418**

**MARTHA J SMITH**

Nonpriority Creditor's Name

**PO BOX 007**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**         **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

**4.1 419**

**MARTHA LANIER**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**         **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 420 | **MARTHA M MORGAN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3390 WINTHROP DRIVE**

**LEXINGTON, KY 40503**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1 421 | **MARTHA SNYDER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2019 SUNRISE AVE**

**PORTSMOUTH, OH 45662**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1 422 | **MARTY ADAMS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 1**

**JEREMIAH, KY 41826**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 423 | **MARTY GHORMLEY** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**268 BEAR ROAD**
**PIKEVILLE, KY 41501**

Number City State Zip Code

**Who incurred the debt?** Check one.

�■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 424 | **MARTY JOHNSON** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**2104 ISLAND POINT**
**LEXINGTON, KY 40502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 425 | **MARTY MULLINS** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 1681**
**HAZARD, KY 41702**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                               Case number *(if know)*

---

| 4.1 426 |
|---|

### MARVON BLAIR
Nonpriority Creditor's Name
**4140 APPALACHIAN DRIVE**
**FIELDALE, VA 24089**
Number City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

| 4.1 427 |
|---|

### MARY ALICE CASEBOLT
Nonpriority Creditor's Name
**100 RESERVOIR ROAD, UNIT 1**
**ST CLAIRSVILLE, OH 43950-1240**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

| 4.1 428 |
|---|

### MARY ANN COLEMAN-STANLEY
Nonpriority Creditor's Name
**PO BOX 3655**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

Case number (if know) _____

| | |
|---|---|
| **4.1 429** | |

**MARY B WARD**

Nonpriority Creditor's Name

**126 MAPLE STREET**
**PHELPS, KY 41553**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner** _____

| | |
|---|---|
| **4.1 430** | |

**MARY C KATZ**

Nonpriority Creditor's Name

**1124 CORMAN LANE**
**NICHOLASVILLE, KY 40356**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner** _____

| | |
|---|---|
| **4.1 431** | |

**MARY C NEELEY**

Nonpriority Creditor's Name

**PO BOX 813**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner** _____

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

| 4.1 432 | **MARY CASEBOLT WILDER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1090 SWEET LICK ROAD**
**IRVINE, KY 40336**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

| 4.1 433 | **MARY COMPTON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

| 4.1 434 | **MARY CORNETT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 57**
**SLEMP, KY 41763**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**                                      Case number (if know)

---

| 4.1 435 | **MARY E CALHOUN** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**13147 PROBST RD**
**AURORA, IN 47001**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 436 | **MARY GIBSON** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**112 DISMAL BRANCH ROAD**
**GARNER, KY 41817**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 437 | **MARY HALCOMB** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**322 SACKETT LOOP**
**WHITESBURG, KY 41858**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                    Case number *(if know)*

---

| 4.1 438 | **MARY HARMON** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**1677 OAKHILL RD NO 3**
**SOMERSET, KY 42503**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ No
- ☐ Yes
- ☐ Other. Specify    **limited partner**

---

| 4.1 439 | **MARY HAYDON** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**6732 DEER POND LN**
**PINELLAS PARK, FL 33781**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ No
- ☐ Yes
- ☐ Other. Specify    **limited partner**

---

| 4.1 440 | **MARY L BLAKEMAN** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**3249 DRAYTON PL**
**LEXINGTON, KY 40503**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ No
- ☐ Yes
- ☐ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**                                            Case number *(if know)*

---

**4.1
441**

**MARY L SWINEY**

Last 4 digits of account number _____                    **Unknown**

Nonpriority Creditor's Name

When was the debt incurred? _____

**58 MACKENZIE AVE
AUXIER, KY 41602-9243**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **limited partner**

☐ Yes

---

**4.1
442**

**MARY L ZAHN**

Last 4 digits of account number _____                    **Unknown**

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO BOX 18633
WEST PALM BEACH, FL 33416**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **limited partner**

☐ Yes

---

**4.1
443**

**MARY LEWIS**

Last 4 digits of account number _____                    **Unknown**

Nonpriority Creditor's Name

When was the debt incurred? _____

**1 WILTSHIRE CT
TAYLORS, SC 29687**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **limited partner**

☐ Yes

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1
444**

**MARY MCGUIRE**

Nonpriority Creditor's Name

**PO BOX 23226
LEXINGTON, KY 40523**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
445**

**MARY R AMBURGEY**

Nonpriority Creditor's Name

**202 CHURCHILL CROSSING
NICHALOSVILLE, KY 40356-2583**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
446**

**MARY ROSE DESKINS**

Nonpriority Creditor's Name

**184 STONEHENGE DRIVE
PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (*if know*)

---

**4.1
447**

**MARY S MASTIN**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

When was the debt incurred? _____

**740 CABIN CREEK RD**
**WINCHESTER, KY 40391**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ■ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community** ☐ Student loans
  **debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not
  report as priority claims

Is the claim subject to offset?

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify   **limited partner**
- ☐ Yes

---

**4.1
448**

**MATTHEW FAIRCHILD**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

When was the debt incurred? _____

**2886 SOUTHEAST BOULEVARD**
**GROVE CITY, OH 43123**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community** ☐ Student loans
  **debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not
  report as priority claims

Is the claim subject to offset?

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify   **limited partner**
- ☐ Yes

---

**4.1
449**

**MATTHEW M TURPIN**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

When was the debt incurred? _____

**2826 CUMBERLAND AVENUE**
**MIDDLESBORO, KY 40965**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ■ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community** ☐ Student loans
  **debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not
  report as priority claims

Is the claim subject to offset?

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify   **limited partner**
- ☐ Yes

---

Debtor 1   **Charles R. Bradley**

Case number (if know)

---

| 4.1 450 | **MATTHEW ZIEGLER** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**16830 VENTURA BLVD SUITE 100**
**ENCINO, CA 91436**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 451 | **MAURICE C ALLEN** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**4028 ST RT 850**
**DAVID, KY 41616**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 452 | **MAVIS R STEINBECKER** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**35 PINEHURST RD**
**ASHEVILLE, NC 28805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                Case number *(if know)*

---

| 4.1<br>453 | **MAX E KOFFARD & DL KOFFARD TRUST** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**2115 MCGRAW RANCH ROAD**
**ESTES PARK, CO 80517**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1<br>454 | **MAXIMILIAN MALONEY** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**C/O SUNTRUST BANK**
**14425 MIRAMAR PARKWAY**
**MIRAMAR, FL 33027**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1<br>455 | **MAXINE BUELL** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**7341 RD 151**
**PAULDING, OH 45879**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 456 | **MAXINE S SPEAKS** | | Last 4 digits of account number | | | | Unknown |

Nonpriority Creditor's Name
**109 ROBYN DRIVE**
**WINCHESTER, KY 40391**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify    **limited partner**

---

| 4.1 457 | **MAXMILIAN MALONEY** | | Last 4 digits of account number | | | | Unknown |

Nonpriority Creditor's Name
**C/O SUNTRUST BANK**
**14425 MIRAMAR PARKWAY**
**MIRAMAR, FL 33027**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify    **limited partner**

---

| 4.1 458 | **MAYO-HARKEY LLC** | | Last 4 digits of account number | | | | Unknown |

Nonpriority Creditor's Name
**688 EMMETT CRK LN**
**LEXINGTON, KY 40515**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.1 459 | | | |
|---|---|---|---|

**McGregor & Associates**

Nonpriority Creditor's Name

**997 Governors Lane**
**Suite 1**
**Lexington, KY 40513**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$300.00**

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **trade debt**

---

| 4.1 460 | | | |
|---|---|---|---|

**McJunkin Red Man Corp.**

Nonpriority Creditor's Name

**Attn:  General Counsel**
**1301 McKinney St., Suite 2300**
**Houston, TX 77010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **0002** _____    **$21,538.90**

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **trade debt**

---

| 4.1 461 | | | |
|---|---|---|---|

**MEDINA MCANALLEN**

Nonpriority Creditor's Name

**4804 CLIFFORD CIRCLE**
**LEXINGTON, KY 40515**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                         Case number *(if know)*

| 4.1 462 | **MEG KENDRICK** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**388 FITZPATRICK RD**
**PRESTONSBURG, KY 41653**
Number City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ Contingent

■ Unliquidated

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **limited partner**

---

| 4.1 463 | **MELANIE SAVIDGE** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**453 GLENBROOK DRIVE**
**ATLANTIS, FL 33462**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ Contingent

■ Unliquidated

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **limited partner**

---

| 4.1 464 | **MELISSA C WATSON** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 361**
**GENOA, NV 89411-0361**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ Contingent

■ Unliquidated

■ Disputed

□ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 465**

**MELISSA D WILLIAMS**

Nonpriority Creditor's Name

**159 OAK CREST ROAD**
**HUNTSVILLE, AL 35811**

Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____ Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 466**

**MELISSA LONE**

Nonpriority Creditor's Name

**4306 W COUNTY RD 300 N**
**CONNERSVILLE, IN 47331**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____ Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 467**

**MELISSA S HOWARD**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____ Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.1 468 | **MELISSA VAUGHT** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**298 TERRY LANE**
**SOMERSET, KY 42503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

| 4.1 469 | **MELVIN ADAMS JR** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**495 OVERLOOK RD.**
**LOUISVILLE, KY 40229**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

| 4.1 470 | **MELVIN KING** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**222 ROBYN DR**
**WINCHESTER, KY 40391**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
471**

**MERLE AND WAYNE HAGERTY**
Nonpriority Creditor's Name
**307 MASHIE LN
HORSESHOE BEND, AR 72512**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
472**

**META HALL HUMMEL**
Nonpriority Creditor's Name
**971 MANCHESTER DRIVE
GREENVILLE, OH 45331**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
473**

**MICHAEL A GARRED**
Nonpriority Creditor's Name
**1197 VZ COUNTY ROAD 4706
BEN WHEELER, TX 75754**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                                 Case number (if know) _____

| 4.1 474 | **MICHAEL AMBURGEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 934**
**PRESTONSBURG, KY 41653**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 475 | **MICHAEL AND ANGIE BELLAMY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 324**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 476 | **MICHAEL BUNDREN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**60 KY ROUTE 1750**
**EAST POINT, KY 41216**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1
477**

**MICHAEL C DOWNEY**

Nonpriority Creditor's Name

**PO BOX 69
NACHUSA, IL 61057**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
478**

**MICHAEL D MADDEN**

Nonpriority Creditor's Name

**120 SAM BACH LN
BLACKEY, KY 41804**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
479**

**MICHAEL E MULLIGAN**

Nonpriority Creditor's Name

**526-B W. SAN ANTONIO ST
SAN MARCOS, TX 78666**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                              Case number *(if know)*

---

| 4.1 480 | | |
|---|---|---|

**MICHAEL E WEBB**
Nonpriority Creditor's Name
**28 BRICKLEY DRIVE**
**HAGER HILL, KY 41222**
Number City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

| 4.1 481 | | |
|---|---|---|

**MICHAEL FUGATE**
Nonpriority Creditor's Name
**PO BOX 499**
**BONNYMAN, KY 41719**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

| 4.1 482 | | |
|---|---|---|

**MICHAEL G CASEBOLT**
Nonpriority Creditor's Name
**11952 INFIRMARY ROAD**
**WAPAKONETA, OH 45895**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                                    Case number (if know) _____

---

| 4.1 483 | **MICHAEL H CLARK** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2168 BIRKDALE DRIVE**
**LEXINGTON, KY 40509**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ■ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify   **limited partner** _____
- ☐ Yes

---

| 4.1 484 | **MICHAEL HODGSON** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**420 CHEYENNE RD**
**BRISTOL, VA 24201**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify   **limited partner** _____
- ☐ Yes

---

| 4.1 485 | **MICHAEL HURT** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**607 LOTTS CREEK RD**
**HAZARD, KY 41701**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ■ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify   **limited partner** _____
- ☐ Yes

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 486 | **MICHAEL J CAUDILL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**7702 LASANE DRIVE**
**LOUISVILLE, KY 40214**

Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 487 | **MICHAEL J KEHOE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**95 CAMBRIDGE WAY**
**CAMPBELLSVILLE, KY 42718**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 488 | **MICHAEL LYKINS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 489 | **MICHAEL REED CAUDILL** | | Last 4 digits of account number | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**48 RUNNELS BRANCH ROAD**
**LITT CARR, KY 41834**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **limited partner**

---

| 4.1 490 | **MICHAEL W ALLEN** | | Last 4 digits of account number | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 76**
**VANCLEVE, KY 41385**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **limited partner**

---

| 4.1 491 | **MICHAEL WILLIAMS** | | Last 4 digits of account number | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 1418**
**HOPEWELL, VA 23860**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **limited partner**

---

Debtor 1  **Charles R. Bradley**　　　　　　　　　　　　　　　　　　　Case number (if know) _____

---

| 4.1 492 | | |
|---|---|---|

**MICHELE PRESTON**

Nonpriority Creditor's Name

**2 ABBEY LN**
**HENDERSONVILLE, NC 28739**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____　　　　　**Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify　**limited partner**

---

| 4.1 493 | | |
|---|---|---|

**MICHELLE REYNOLDS**

Nonpriority Creditor's Name

**315 W PROSPECT STREET**
**LAGRANGE, OH 44050**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____　　　　　**Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify　**limited partner**

---

| 4.1 494 | | |
|---|---|---|

**MICKEY FULP**

Nonpriority Creditor's Name

**3494 PROVIDENCE RD**
**KERSHAW, SC 29067**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____　　　　　**Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify　**limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**                                                   Case number (if know)

| 4.1 495 | **MICKEY R HOWARD** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 1509**
**HYDEN, KY 41749**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 496 | **MIKE HAMILTON** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 497 | **MIKE SMITH** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4745 W KY HWY 80**
**HAZARD, KY 41701**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Official Form 106 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page 505 of 725**

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 498 | **MILDRED ADAMS** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**8955 N BASELINE RD**
**WAWAKA, IN 46794**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

■ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **limited partner**

---

| 4.1 499 | **MILDRED B FASSAS TRUST D** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 787**
**RICHMOND, KY 40476**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **limited partner**

---

| 4.1 500 | **MILDRED E COWARD** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**3160 DAVISBURG RD**
**DAVISBURG, MI 48350**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

■ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify  **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 501 | | |
|---|---|---|

**MILDRED L SLONE**

Nonpriority Creditor's Name

**7971 HONEYSUCKLE LN**
**WESTCHESTER, OH 45069**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 502 | | |
|---|---|---|

**MILDRED SNIDER**

Nonpriority Creditor's Name

**2829 IRETON TREES ROAD**
**BETHEL, OH 45106-8469**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 503 | | |
|---|---|---|

**MILLER KENT CARTER**

Nonpriority Creditor's Name

**PO BOX 1223**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 504 | **MILLIE F ALEXANDER** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**8559 PLEASANT VALLEY RD**
**CAMDEN, OH 45311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

| 4.1 505 | **MINDA AMBURGEY** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**287 HIGHLAND HEIGHTS**
**HINDMAN, KY 41822**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

| 4.1 506 | **MINNIE BOLEYN** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**94 S CABOOSE STREET**
**GARRETT, KY 41630-6965**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1
507**

**MISTY S TURNER**

Nonpriority Creditor's Name

**291 CRESSWOOD DR
JONESVILLE, VA 24263**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1
508**

**MJLZ PROPERTIES LLC**

Nonpriority Creditor's Name

**16830 VENTURA BLVD SUITE 100
ENCINO, CA 91436**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1
509**

**MLJ PARTNERSHIP**

Nonpriority Creditor's Name

**451 WOODLAKE WAY
LEXINGTON, KY 40502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley** _____    Case number *(if know)* _____

| | | |
|---|---|---|
| 4.1 510 | **MLP ENERGY INVESTMENTS, LLC** | |

Nonpriority Creditor's Name

**PO BOX 1250**
**PAINTSVILLE, KY 41240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

| | | |
|---|---|---|
| 4.1 511 | **MOHANA RAO ARLA** | |

Nonpriority Creditor's Name

**1402 HADLEIGH PLACE**
**LOUISVILLE, KY 40222**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

| | | |
|---|---|---|
| 4.1 512 | **MOLLY JUNE UNDERWOOD** | |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 513 | **MONERCO INVESTMENTS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 472**
**PIKEVILLE, KY 41502**

Number City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 514 | **MONT CALHOUN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**416 HOOSIER ST**
**NORTH VERNON, IN 47265**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 515 | **MONTE HAY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4353 WILLARD DR**
**ASHLAND, KY 41102**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley** _____   Case number *(if know)* _____

---

| 4.1 516 | **MORGAN LANDRUM** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 133**
**CAMPTON, KY 41301**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

| 4.1 517 | **MP BUCHART INVESTMENT CO INC.** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 22224**
**LEXINGTON, KY 40522**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

| 4.1 518 | **MP BUCHART OIL & GAS COMPANY** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 22224**
**LEXINGTON, KY 40522**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1**
**519**

**MPG ENTERPRISES**

Nonpriority Creditor's Name

**3637 AMICK WAY**
**LEXINGTON, KY 40509**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1**
**520**

**MYRA ROUSE**

Nonpriority Creditor's Name

**2133 SALLEE DR**
**LEXINGTON, KY 40513**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1**
**521**

**MYRTLE CHAFFINS**

Nonpriority Creditor's Name

**121 LIBERY DRIVE**
**PRESTONSBURG, KY 41653**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 522 | **MYRTLE LEMASTER ISAAC** | | **Last 4 digits of account number** | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes
- ■ Other. Specify    **limited partner**

---

| 4.1 523 | **MYRTLE STANLEY** | | **Last 4 digits of account number** | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3433 HURRICANE RD**
**PIKEVILLE, KY 41501**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes
- ■ Other. Specify    **limited partner**

---

| 4.1 524 | **MYRTLE WEBB** | | **Last 4 digits of account number** | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**434 PINE BEND DRIVE**
**CHESTERFIELD, MO 63005**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                  Case number *(if know)*

---

**4.1
525**

**NANCY BASART**

Nonpriority Creditor's Name

**PO BOX 33
ALICE, TX 78333**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
526**

**NANCY BROWN**

Nonpriority Creditor's Name

**18 TYLER LANE
WHITESBURG, KY 41858**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
527**

**NANCY C HOWARD**

Nonpriority Creditor's Name

**301 AUGUSTA WAY
SUNSET, SC 29685**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1
528**

**NANCY FITZPATRICK**

Nonpriority Creditor's Name

**1442 SE MINORCA AVE**
**PORT ST LUCIE, FL 34952**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
529**

**NANCY H HOWARD**

Nonpriority Creditor's Name

**3336 ABBOTT CRK RD**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
530**

**NANCY WATTS**

Nonpriority Creditor's Name

**PO BOX 40**
**POWELL, TN 37849**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 531 | **NANNIE ELIZABETH GROSS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3312 HWY 52 WEST**
**BEATTYVILLE, KY 41311**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 532 | **NATURAL RESOURCE PARTNERS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**5260 IRWIN RD**
**HUNTINGTON, WV 25705**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 533 | **NELDA N CASEBOLT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 534 | **NELL KEEFER** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**BOX 66
SLEMP, KY 41763**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 535 | **NELL STIDHAM** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**28700 US HIGHWAY 23 SOUTH
CIRCLEVILLE, OH 43113**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 536 | **NELL SWANSON** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (*if know*)

---

| 4.1 537 | **NELSON R ALLEN** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**507 BELLEFONTE PRINCESS RD**

**ASHLAND, KY 41101**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 538 | **Newport Oil Corporation** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**803 Turner Street**

**Clearwater, FL 33756**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2002**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **lease**

---

| 4.1 539 | **NICHOLAS WELLMAN** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2886 SOUTHEAST BLVD**

**GROVE CITY, OH 43123**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1 540**

**NICK COMBS**
Nonpriority Creditor's Name
**4418 N E MASTERS AVENUE**
**ARCADIA, FL 34266**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                 Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **limited partner**

---

**4.1 541**

**NICK FIELDS JR**
Nonpriority Creditor's Name
**1607 W. 2ND ST**
**MARION, IN 46952**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Last 4 digits of account number                                 Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **limited partner**

---

**4.1 542**

**NICKIE PADGETT-GILL**
Nonpriority Creditor's Name
**9008 WHIPPOORWILL ROAD**
**LOUISVILLE, KY 40229**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

Last 4 digits of account number                                 Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 543 | **NICOLETTE WINSTEAD** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 544 | **NINETTIE RISNER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**304 TIMBERLINE CT**
**BEREA, KY 40403**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 545 | **NITA L HURT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**267 RT FRK MONTGOMERY RD**
**VICCO, KY 41773**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                 Case number *(if know)*

---

**4.1
546**

**NOAH GRIFFITH**

Nonpriority Creditor's Name

**5360 LITTLE LEATHERWOOD CR
RD
CORNETSVILLE, KY 41731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1
547**

**NOAH PARTNERS**

Nonpriority Creditor's Name


Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1
548**

**NOBLE ESCROW J**

Nonpriority Creditor's Name

**130 SCOTT AVENUE
PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
549**

**NOLAN KY PROPERTIES, LLC**

Nonpriority Creditor's Name

**1624 TUSCAN RIDGE CIRCLE
SOUTHLAKE, TX 76092**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
550**

**NONA FARTHING**

Nonpriority Creditor's Name

**243 FEEDMILL RD
ROSEBORO, NC 28382**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
551**

**NORA JONES**

Nonpriority Creditor's Name

**PO BOX 246
HI HAT, KY 41636**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**    Case number *(if know)*

---

**4.1**
**552**

**NORMA ADAMS**
Nonpriority Creditor's Name

**297 COUNTY FARM RD**
**MADISONVILLE, TN 37354**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1**
**553**

**NORRIS G FUGATE**
Nonpriority Creditor's Name

**10103 DONACE LANE**
**LOUISVILLE, KY 40272**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1**
**554**

**NORTH PARK INC**
Nonpriority Creditor's Name

**PO BOX 7525**
**HILTON HEAD, SC 29938**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.1 555 | **NRP LLC dba ACIN LLC** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**5260 IRWIN ROAD**
**HUNTINGTON, WV 25705**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

■ Debtor 1 only

---

| 4.1 556 | **OLAF MADDEN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 557 | **OLAN ADAMS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**6734 WEIDNER RD**
**SPRINGBORO, OH 45066**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                      Case number (if know) _____

---

**4.1 558**

**OLIVIA TILLERY CAMPBELL**                          Last 4 digits of account number _____    **Unknown**
Nonpriority Creditor's Name
**2212 CRITTENDEN DR**                               When was the debt incurred? _____
**LOUISVILLE, KY 40217**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
☐ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**         ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                               ■ Other. Specify    **limited partner** _____

---

**4.1 559**

**OLLIE JENT**                                       Last 4 digits of account number _____    **Unknown**
Nonpriority Creditor's Name
**11196 HWY 7 S**                                    When was the debt incurred? _____
**BLACKEY, KY 41804**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
☐ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**         ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                               ■ Other. Specify    **limited partner** _____

---

**4.1 560**

**OLNEY B OWEN**                                      Last 4 digits of account number _____    **Unknown**
Nonpriority Creditor's Name
**2233 ABBEYWOOD ROAD**                              When was the debt incurred? _____
**LEXINGTON, KY 40515**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
☐ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**         ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                               ■ Other. Specify    **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                    Case number (if know) _____

---

**4.1
561**

**OMA AND CLETIS WELLS**

Nonpriority Creditor's Name

**PO BOX 24
SMILAX, KY 41764**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1
562**

**ONE 64TH CORP**

Nonpriority Creditor's Name

**C/O BB&T-SAV ACC 0000445575321
PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1
563**

**ONIS COLLINS**

Nonpriority Creditor's Name

**1511 MCCROSKEY AVE
KNOXVILLE, TN 37917**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1
564**

### OPAL FIELDS

Nonpriority Creditor's Name

**1073 VERMOND RD
CARTERVILLE, IL 62918**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**            **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

**4.1
565**

### ORIN WHEELER

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**            **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

**4.1
566**

### ORRIS CORNETT

Nonpriority Creditor's Name

**PO BOX 1464
VIPER, KY 41774**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**            **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number (*if know*)

---

| 4.1 567 | |
|---|---|

**ORVILLE RISNER**

Nonpriority Creditor's Name

**31776 LAFLER DR**
**ROCKWOOD, MI 48173**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 568 | |
|---|---|

**OSCAR W THOMPSON III**

Nonpriority Creditor's Name

**PO BOX 3510**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 569 | |
|---|---|

**OTHEL RAY JONES**

Nonpriority Creditor's Name

**5386 MEADOW GROVE DRIVE**
**GROVE CITY, OH 43123**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                          Case number (if know)

---

| 4.1 570 | **OTIS R OR DIANE SHEPHERD** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**101 LOWER TWIN HOLLOW RD**
**CORNETTSVILLE, KY 41731**

Number City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 571 | **OTTIS JAY AMBURGEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**515 APACHE TRAIL**
**MERRITT ISLAND, FL 32953**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 572 | **OWEN WRIGHT** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**238 MAIN ST**
**WHITESBURG, KY 41858**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1 **Charles R. Bradley**                                          Case number *(if know)*

---

**4.1 573**

**OWENS ANITA M AGENT**
Nonpriority Creditor's Name
**BOX 95**
**HARRIS, WV 26362**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

**4.1 574**

**OZPAC ENERGY LLC**
Nonpriority Creditor's Name
**PO BOX 788**
**PRESTONSBURG, KY 41653**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

**4.1 575**

**P G ROBINSON**
Nonpriority Creditor's Name
**402 BELLEFONTE PRINCESS RD**
**ASHLAND, KY 41101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                                          Case number (if know) _____

---

4.1
576

**P KENNY ANGELUCCI**                                    Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**106 W VINE STREET STE 700**                            When was the debt incurred? _____
**LEXINGTON, KY 40507**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims

☐ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ☐ Other. Specify   **limited partner** _____

---

4.1
577

**PAM E OSBORNE**                                        Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**PO BOX 1163**                                          When was the debt incurred? _____
**PIKEVILLE, KY 41502**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims

☐ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ☐ Other. Specify   **limited partner** _____

---

4.1
578

**PAM GIBLER**                                           Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**PO BOX 4184**                                          When was the debt incurred? _____
**BATON ROUGE, LA 70821-4184**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another                Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims

☐ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ☐ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                     Case number (if know)

---

| 4.1 579 | **PAM PERKINS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 513**
**CARRIE, KY 41725**

Number City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 580 | **PAMELA DOANE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**6770 E PLYMOUTH RD**
**LEXINGTON, IN 47138**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 581 | **PAMELA ELLISON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**8545 ZIMMERMAN RD**
**SAINT PARIS, OH 43072**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1**
**582**

**PAMELA HOLMES**

Nonpriority Creditor's Name

**341 EAST IRVINE STREET APT 4**
**RICHMOND, KY 40475**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                           **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1**
**583**

**PAMELA RICE**

Nonpriority Creditor's Name

**5455 WOODBINE RD**
**ASHLAND, KY 41102**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                           **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1**
**584**

**PAMELA S CAMPBELL**

Nonpriority Creditor's Name

**418 LOST FORK RD**
**CORNETTSVILLE, KY 41731**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                           **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1
585**

**PAMELA SEXTON**

Nonpriority Creditor's Name

**304 N HOLLAND ST**
**MUNCIE, IN 47303**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
586**

**PAMELA TROWBRIDGE**

Nonpriority Creditor's Name

**1955 COUNTY ROAD 00 WEST**
**KENDALLVILLE, IN 46755**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
587**

**PATRICIA A DOUGHERTY**

Nonpriority Creditor's Name

**422 SPANISH MOSS COURT**
**COPPELL, TX 75019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 588 | | |
|---|---|---|

**PATRICIA ADAMS**

Nonpriority Creditor's Name

**1189 TELLICO ST S**
**MADISONVILLE, TN 37354**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

�■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 589 | | |
|---|---|---|

**PATRICIA ANN COMBS**

Nonpriority Creditor's Name

**40 PARSLEY CT**
**SPRINGBORO, OH 45066**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 590 | | |
|---|---|---|

**PATRICIA B ALLEN**

Nonpriority Creditor's Name

**584 N CENTRAL AVE**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                            Case number *(if know)*

---

| 4.1 591 | | |
|---|---|---|

**PATRICIA BATES**

Nonpriority Creditor's Name

**24 BLUEJAY WAY**
**WEST BLOCTON, AL 35184**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

| 4.1 592 | | |
|---|---|---|

**PATRICIA COLLINS**

Nonpriority Creditor's Name

**6805 DONNELLY DR**
**BROWNSBURG, IN 46112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

| 4.1 593 | | |
|---|---|---|

**PATRICIA COOKSEY**

Nonpriority Creditor's Name

**617 WINDSOR LN**
**FLATWOODS, KY 41139**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 594 | **PATRICIA HUFFMAN NUZZO** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.1 595 | **PATRICIA HUNTER** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**5092 KY RT 2030**
**PRINTER, KY 41655**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.1 596 | **PATRICIA J DURAN** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**5350 EAST TROPICANA #56**
**LAS VEGAS, NV 89122**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1 597**

**PATRICIA JENKINS**

Nonpriority Creditor's Name

**7080 NW TURTLE WALK**
**BOCA RATON, FL 33487**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 598**

**PATRICIA K ALLEN**

Nonpriority Creditor's Name

**4337 MAJESTIC LN**
**FAIRFAX, VA 22033**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 599**

**PATRICIA L HUDSON**

Nonpriority Creditor's Name

**179 WHITE OAK DR**
**HINDMAN, KY 41822**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 600 | **PATRICIA LANEY** | | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**3232 FULLERS RIDGE ROAD**
**LOUISA, KY 41230**

When was the debt incurred?

Number City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1 601 | **PATRICIA MARTIN** | | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**418 TRACE FORK RD**
**JACKSON, KY 41339**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1 602 | **PATRICIA NEWMAN TUSSEY** | | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**1013 STELLA DRIVE APT 5D**
**ASHLAND, KY 41102**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

---

**4.1 603**

**PATRICIA PRATT**
Nonpriority Creditor's Name

**4265 LESLIE DR**
**MORRISTOWN, TN 37814**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.1 604**

**PATRICIA SLONE DRAUGHN**
Nonpriority Creditor's Name

**8276 HWY 550 EAST**
**MOUSIE, KY 41839**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.1 605**

**PATRICIA SMITH**
Nonpriority Creditor's Name

**3217 WELLINGTON LN**
**LEXINGTON, KY 40503**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

---

| 4.1 606 | | |
|---|---|---|

**PATRICIA SOWELS**
Nonpriority Creditor's Name

**49729 FORD ROAD**
**CANTON, MI 48187**
Number City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

| 4.1 607 | | |
|---|---|---|

**PATSY MADDEN**
Nonpriority Creditor's Name

**RT 160 BOX 33**
**LITT CARR, KY 41834**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

| 4.1 608 | | |
|---|---|---|

**PATSY OLIVER**
Nonpriority Creditor's Name

**PO BOX 121**
**WOOTEN, KY 41776**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**
_____          Case number (if know) _____

| 4.1 609 | **PATSY WELLS** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**4427 HOOVER ROAD**
**GROVE CITY, OH 43123**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.1 610 | **PATTY CORNETT MCCALL** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2907 ARGYLE DRIVE**
**LEXINGTON, KY 40517**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.1 611 | **PATTY S ALLEN** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

_____
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number (if know)

---

| 4.1 612 | **PAUL A MALONEY** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**9676 BARRS BRANCH RD**
**ALEXANDRIA, KY 41001**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

| 4.1 613 | **PAUL AND KAREN YONTS** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**6538 E WEBSTER RD**
**LEXINGTON, IN 47138**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

| 4.1 614 | **PAUL D PELPHREY** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**PO BOX 1250**
**PAINTSVILLE, KY 41240**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1
615**

**PAUL D WORKS**

Nonpriority Creditor's Name

**50 GOLDEN LN APT 207
DOVER, DE 19901**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
616**

**PAUL G JUSTICE**

Nonpriority Creditor's Name

**3384 WINCHESTER ROAD
LEXINGTON, KY 40509**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
617**

**PAUL HANNAH**

Nonpriority Creditor's Name

**2985 MIDDLE FORK ROAD
HAGER HILL, KY 41222**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1 618**

**PAUL M BALDRIDGE**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.1 619**

**PAUL R LITTLE**

Nonpriority Creditor's Name

**ADM AW LITTLE HEIRS**
**639 CHICK LITTLE RD**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.1 620**

**PAUL R LITTLE, ADM AW LITTLE HEIRS**

Nonpriority Creditor's Name

**639 CHICK LITTLE RD**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

Debtor 1    **Charles R. Bradley**                                    Case number (if know) _____

---

| 4.1 621 | **PAUL R. GEARHEART HOLDINGS, LTD** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 38**
**HAROLD, KY 41635**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **limited partner** _____

---

| 4.1 622 | **PAUL S SMITH** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**6 SOFTSHELL LN BOX 116**
**LEBURN, KY 41831**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **limited partner** _____

---

| 4.1 623 | **PAUL V AMBURGEY** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**4028 STATE ROUTE 5**
**ASHLAND, KY 41102**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 624 | |
|---|---|

**PAUL WALLEN**

Nonpriority Creditor's Name

**PO BOX 249**
**ALGER, OH 45812**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____  **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 625 | |
|---|---|

**PAULINE FRAZIER**

Nonpriority Creditor's Name

**227 PENCE BRANCH**
**CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____  **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 626 | |
|---|---|

**PAX INVESTMENTS, LLC**

Nonpriority Creditor's Name

**5TH 3RD BANK 250 WEST MAIN ST**
**LEXINGTON, KY 40507**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____  **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                    Case number *(if know)*

---

| 4.1 627 | **PAYZONE ENERGY & EXPLORATION** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 590**
**ASHLAND, KY 41105**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 628 | **PEARL FIELDS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**10093 S KY HWY 501**
**LIBERTY, KY 42539**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1 629 | **PEGGY HALL COSTA** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**201 TABBS LANE**
**NEWPORT NEWS, VA 23602**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                          Case number *(if know)*

---

**4.1
630**

**PEGGY HORNE**
Nonpriority Creditor's Name

**1810 27TH STREET WEST
BRADENTON, FL 34205-3844**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1
631**

**PEGGY HORNE**
Nonpriority Creditor's Name

**1810 27TH STREET
WEST BRADENTON, FL 34205-3844**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1
632**

**PEGGY MESSER**
Nonpriority Creditor's Name

**151 ELMROCK DECOY ROAD
LEBURN, KY 41831**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 633 | |
|---|---|

**PEGI WILKES**

Nonpriority Creditor's Name

**555 TOBE LEWIS RD**
**LYNX, OH 45650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 634 | |
|---|---|

**PELCO 2011 KY ENERGY INVESTMENTS, LLC**

Nonpriority Creditor's Name

**PO BOX 1250**
**PAINTSVILLE, KY 41240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 635 | |
|---|---|

**PELPHREY ESCROW ACCT**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                    Case number (if know) _____

---

| 4.1 636 | **PENCE ESOM & VERGIE** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2962 WYLIE DRIVE**
**FAIRBORN, OH 45324**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 637 | **PENN VIRGINIA OPERATING LLC** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 102992**
**ATLANTA, GA 30368-2992**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 638 | **PENNY GREENE** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4528 US HWY 50**
**FAYETTEVILLE, OH 45118**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                Case number (if know)

---

| | |
|---|---|
| 4.1 639 | |

**PETER A SCHOEW**

Nonpriority Creditor's Name

**2069 ENSLOW AVE**

**HUNTINGTON, WV 25701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| | |
|---|---|
| 4.1 640 | |

**PETER DENISSOFF**

Nonpriority Creditor's Name

**105 LAKEVIEW DR**

**LAWRENCEBURG, KY 40342**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| | |
|---|---|
| 4.1 641 | |

**PHIL A STALNAKER**

Nonpriority Creditor's Name

**PO BOX 1108**

**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1 642**

**PHIL J SMITH**
Nonpriority Creditor's Name

**PO BOX 640**
**JACKSON, KY 41339**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **limited partner**

---

**4.1 643**

**PHILIP B HOBBS**
Nonpriority Creditor's Name

**121 SEMINOLE SKY**
**DAHLONEGA, GA 30533**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **limited partner**

---

**4.1 644**

**PHILIP CAUDILL**
Nonpriority Creditor's Name

_____
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (if know)

**4.1 645**

**PHILLIP 2 LITTERAL**

Nonpriority Creditor's Name

**241 LITTERAL LANE
VANCLEVE, KY 41385**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 646**

**PHILLIP AMBURGEY**

Nonpriority Creditor's Name

**4588 RIVERVIEW DRIVE
BIRMINGHAM, AL 35244**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 647**

**PHILLIP AND ROBIN LEWIS**

Nonpriority Creditor's Name

**PO BOX 915
HYDEN, KY 41749**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 648 | **PHILLIP D REYNOLDS** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**450 THREE D RD**
**LOUISA, KY 41230**

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 649 | **PHILLIP HALL** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**12977 KY ROUTE 979**
**BEAVER, KY 41604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 650 | **PHILLIP HUFF** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                        Case number *(if know)*

---

**4.1**
**651**    **PHILLIP LEWIS ATTY AT LAW**

Nonpriority Creditor's Name

**PO BOX 915**
**HYDEN, KY 41749**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number ____    **Unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1**
**652**    **PHILLIP LITTERAL**

Nonpriority Creditor's Name

**2241 LITTERAL LANE**
**VANCLEVE, KY 41385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number ____    **Unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1**
**653**    **PHILLIP R MULLINS**

Nonpriority Creditor's Name

**361 COCHRAN ROAD**
**LEXINGTON, KY 40502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number ____    **Unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**
Case number (if know)

---

**4.1 654**

**PHILLIP RISNER**
Nonpriority Creditor's Name

**PO BOX 483**
**CARRIE, KY 41725**
Number City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 655**

**PHOENIX DEVELOPMENT CO**
Nonpriority Creditor's Name

**PO BOX 450**
**DWARF, KY 41739**
Number Street City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 656**

**PHYLLIS A SHORT**
Nonpriority Creditor's Name

**388 HOLLY HILLS VILLA RD LOT 7**
**HINDMAN, KY 41822-8623**
Number Street City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.1 657 | **PHYLLIS HAYES** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 658 | **PHYLLIS KUTZERA** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name
**703 SKYVIEW DR**
**WEST CARROLLTON, OH 45449**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 659 | **PHYLLIS MILLS** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name
**4801 PANDORA CT**
**CHARLOTTE, NC 28212**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                              Case number (if know) _____

---

**4.1
660**

**PI CAINES GAS WELLS LLC**                     Last 4 digits of account number                                 **Unknown**

Nonpriority Creditor's Name
**PO BOX 1250**                                  When was the debt incurred?  _____
**PAINTSVILLE, KY 41240**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community         ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **limited partner**

---

**4.1
661**

**PILGRIM ENERGY INC**                           Last 4 digits of account number                                 **Unknown**

Nonpriority Creditor's Name
**PO BOX 89**                                    When was the debt incurred?  _____
**PIKEVILLE, KY 41502**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community         ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **limited partner**

---

**4.1
662**

**Pitney Bowes Purchase Power**                  Last 4 digits of account number   **0161**                     **$878.60**

Nonpriority Creditor's Name
**PO Box 371874**                                When was the debt incurred?   **2016**
**Pittsburgh, PA 15250-7874**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community         ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **postage debt**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 663 | | |
|---|---|---|

**POLLY CORNETT**

Nonpriority Creditor's Name

**128 HOLLY THICKET RD**
**VIPER, KY 41774**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 664 | | |
|---|---|---|

**POLLY FLEMING**

Nonpriority Creditor's Name

**5030 S HWY 53**
**CRESTWOOD, KY 40014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.1 665 | | |
|---|---|---|

**POTTER REED D, JR**

Nonpriority Creditor's Name

**107 5TH STREET**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                              Case number *(if know)*

| 4.1 666 | | |
|---|---|---|
| **PRENTIS ADKINS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**375 SCHOOL HOUSE ROAD**
**SHELBIANA, KY 41562**

Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 667 | | |
|---|---|---|
| **PRICE ROGER POTTER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**6164 COUNTY ROAD 51 STREET**
**JOE, IN 46785**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 668 | | |
|---|---|---|
| **PROPERTY EXCHANGE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**641 Teakwood Drive**
**Lexington, KY 40502**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **consulting fees and limited partner**

---

Debtor 1   **Charles R. Bradley**                                        Case number *(if know)*

---

| 4.1 669 | |
|---|---|

**PRYCE GROSS HEIRS**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

| 4.1 670 | |
|---|---|

**QE CAINES**

Nonpriority Creditor's Name

**PO BOX 2063**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

| 4.1 671 | |
|---|---|

**QUALITY NATURAL GAS**

Nonpriority Creditor's Name

**PO BOX 460**
**ALLEN, KY 41601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

---

**4.1**
**672**

**QUINCY CAINES**

Nonpriority Creditor's Name

**PO BOX 2063**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1**
**673**

**R & T ENTERPRISES INC**

Nonpriority Creditor's Name

**PO BOX 947**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1**
**674**

**R FRED COMBS**

Nonpriority Creditor's Name

**1045 LAKESIDE DR**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1   **Charles R. Bradley**                                          Case number (if know) _____

---

**4.1
675**

| | |
|---|---|
| **RACHEL E COMBS TUA** | Last 4 digits of account number _____   **Unknown** |
| Nonpriority Creditor's Name | |
| **PO BOX 34290** | When was the debt incurred? _____ |
| **LOUISVILLE, KY 40232** | |
| Number City State Zip Code | As of the date you file, the claim is: Check all that apply |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
676**

| | |
|---|---|
| **RACINE CLARKE** | Last 4 digits of account number _____   **Unknown** |
| Nonpriority Creditor's Name | |
| **320 PRIMROSE LN** | When was the debt incurred? _____ |
| **WINCHESTER, KY 40391** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
677**

| | |
|---|---|
| **RALEIGH CASEBOLT** | Last 4 digits of account number _____   **Unknown** |
| Nonpriority Creditor's Name | |
| **532 CUMBERLAND DRIVE** | When was the debt incurred? _____ |
| **LIMA, OH 45804** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley** _____    Case number _(if know)_ _____

---

| 4.1 678 | **RALEIGH JOHNSON JR** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1711 GUNWALE RD**
**HOUSTON, TX 77062-4539**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.1 679 | **RALPH PATTON** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**340 COUNTY HOUSE LANE**
**MARIETTA, OH 45750**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.1 680 | **RAMANARAO METTU** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**318 NORTHMONTE POINT**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number (*if know*)

---

**4.1**
**681**

**RANDAL L WEBB**

Nonpriority Creditor's Name

**3459 MIDDLE FORK ROAD**
**HAGER HILL, KY 41222**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1**
**682**

**RANDALL E COLLINS**

Nonpriority Creditor's Name

**2207 S COUNTY RD 600 W**
**DANVILLE, IN 46122**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1**
**683**

**RANDALL G COMBS**

Nonpriority Creditor's Name

**PO BOX 512**
**CARRIE, KY 41725**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 684 | **RANDALL OSBORNE** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 1163
PIKEVILLE, KY 41502**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 685 | **RANDY ADAMS** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1447 BLAIR BRANCH RD
JEREMIAH, KY 41826**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 686 | **RANDY CAMPBELL** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 1249
HINDMAN, KY 41822**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.1
687**

**RANDY MORRIS**

Last 4 digits of account number                                    **Unknown**

Nonpriority Creditor's Name
**1009 SPRINGS CT**
**COXS CREEK, KY 40013**

When was the debt incurred?

Number City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**■ Check if this claim is for a community
debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

**4.1
688**

**RANDYL SMITH**

Last 4 digits of account number                                    **Unknown**

Nonpriority Creditor's Name
**116 ROY G AVENUE**
**HAZARD, KY 41701**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community
debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

**4.1
689**

**RATLIFF JR ALVIN C**

Last 4 digits of account number                                    **Unknown**

Nonpriority Creditor's Name
**HC 61 BOX 762**
**SALYERSVILLE, KY 41465**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

■ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community
debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 690 | **RAY B JR AND WILLA COMBS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2237 BONHAVEN RD**
**LEXINGTON, KY 40515**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 691 | **RAY D ADAMS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 14**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 692 | **RAY FIELDS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**2954 MCWHORTHER RD**
**LONDON, KY 40741**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

---

**4.1
693**

**RAY S JONES II**

Nonpriority Creditor's Name

**PO BOX 3850
PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
694**

**RAYMOND BEGLEY**

Nonpriority Creditor's Name

**49 CENTRAL DRIVE
RICHMOND, IN 47374**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
695**

**RAYMOND JENT**

Nonpriority Creditor's Name

**360 ELK CREEK RD
BLACKEY, KY 41804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

**4.1 696**

**REBA SCOTT**
Nonpriority Creditor's Name
**107 KATELYN LANE**
**NICHOLASVILLE, KY 40356**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 697**

**REBECCA CLEMONS**
Nonpriority Creditor's Name
**239 HOUSTON PT SUBDIVISION RD**
**MT VERNON, KY 40456**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 698**

**REBECCA NORRIS**
Nonpriority Creditor's Name
**13 TRAIL OAKS DR**
**ST. PETERS, MO 63376**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number (if know) _____

---

**4.1 699**

**REBECCA R THOMASON**

Nonpriority Creditor's Name

**210 NELLIEFIELD CREEK DRIVE**
**CHARLESTON, SC 29492**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1 700**

**REBECCA S KENNEDY**

Nonpriority Creditor's Name

**121 GREER DR**
**BRUNSWICK, GA 31520**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.1 701**

**REDIA MCLAMB**

Nonpriority Creditor's Name

**89 ROBINSON DRIVE**
**NEWPORT NEWS, VA 23601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley**                                                        Case number *(if know)*

---

**4.1 702**

### REGINA AND JANIE DIAL CAUDILL

Nonpriority Creditor's Name

**PO BOX 162**
**JEREMIAH, KY 41826**

Number City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1 703**

### REGINA WRIGHT

Nonpriority Creditor's Name

**192 BLAIR BRANCH**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1 704**

### REGINALD GENE RICE

Nonpriority Creditor's Name

**BOX 215**
**EASTERN, KY 41622**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1 705**

**REGINALD ISOM**

Nonpriority Creditor's Name

**338 NAPIER FARM RD**
**HAZARD, KY 41701**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____ **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1 706**

**REX ADAMS**

Nonpriority Creditor's Name

**105 E BAVARIAN DR**
**MIDDLETOWN, OH 45044**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____ **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1 707**

**RHONALD NICKLES**

Nonpriority Creditor's Name

**3410 GREEN BRIAR ROAD**
**THOMSON, GA 30824**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____ **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**
                                                     Case number (if know)

---

**4.1 708**

**RICHARD A GRIFFITH**
Nonpriority Creditor's Name
**1619 BYPASS ROAD #270**
**WINCHESTER, KY 40391**
Number City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                                   **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 709**

**RICHARD B WILLIAMS**
Nonpriority Creditor's Name
**743 MILL BRANCH ROAD**
**PAINTSVILLE, KY 41340**
Number Street City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                                   **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 710**

**RICHARD BECKLEHAMER**
Nonpriority Creditor's Name

Number Street City State ZIp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                                   **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 711 | **RICHARD COLLINS** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 518**
**INDEPENDENCE, KY 41051**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 712 | **RICHARD D FUGATE** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**408 LIBERTY ROAD**
**MILTON, KY 40045**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 713 | **RICHARD D JOHNSON** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**138 WOODLAND AVE**
**LEXINGTON, KY 40502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

**4.1
714**

**RICHARD H CAVE**

Nonpriority Creditor's Name

**221 SALVADOR SQ
WINTER PARK, FL 32789**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____ **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
715**

**RICHARD HENSON**

Nonpriority Creditor's Name

**2430 JOHNSON FORK ROAD
VANCLEVE, KY 41385**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____ **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
716**

**RICHARD JUSTICE**

Nonpriority Creditor's Name

**PO BOX 2566
PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____ **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                           Case number *(if know)*

---

| 4.1 717 | **RICHARD KYLE COLLINS** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**12710 DICKERSON ROAD**
**WALTON, KY 41094**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **limited partner**

---

| 4.1 718 | **RICHARD LEWIS OIL & GAS** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**HC 75 BOX 1450**
**ISONVILLE, KY 41149**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **limited partner**

---

| 4.1 719 | **RICHARD LITTLE** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**339 PENCE BRANCH ROAD**
**CAMPTON, KY 41301**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 720 | **RICHARD MAYO** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1843 HARPSWELL NECK RD**
**HARPSWELL, ME 04079**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **limited partner**

---

| 4.1 721 | **RICHARD MULLINS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**171 MEADOWBROOK HOLLOW**
**HAZARD, KY 41701**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **limited partner**

---

| 4.1 722 | **RICHARD P ROSE** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**27716 FLORY RD**
**DEFIANCE, OH 43512**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                             Case number *(if know)*

---

| 4.1 723 | **Richard Parks** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Double D Drilling, Inc.**
**P O Box 122**
**Silver Springs, FL 34489-0122**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____          **$386,262.00**

When was the debt incurred?     **10/15/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note for purchase of various wells**

---

| 4.1 724 | **RICHARD PERKINS** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**111 INDIANOLA AVE**
**DAYTON, OH 45405**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 725 | **RICHARD TODD CLARK** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 508**
**PRESTONSBURG, KY 41653**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.1 726 | **RICHERSON MACKIE JR** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2815 JOHNSON FORK ROAD**
**VANCLEVE, KY 41385**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 727 | **RICKY BLAIR** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**865 BLAIR BRANCH RD**
**JEREMIAH, KY 41826**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 728 | **RINA NEWMAN** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                          Case number *(if know)*

---

**4.1
729**

**RITA CAMPBELL HURLEY**

Nonpriority Creditor's Name

**4591 TOLER CREEK
HAROLD, KY 41635**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.1
730**

**RITA KAYE DORTON**

Nonpriority Creditor's Name

**7059 MILLARD HIGHWAY
PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.1
731**

**RITA NICKLES**

Nonpriority Creditor's Name

**112 PATTON BRANCH ROAD
DEMA, KY 41859**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                          Case number (if know) _____

| 4.1 732 | | |
|---|---|---|

**RIVERCREST ROYALTIES II LLC**                    Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**777 TAYLOR STREET SUITE 810**                    When was the debt incurred? _____

**FORT WORTH, TX 76102**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only                                      ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ■ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**          ☐ Student loans
**debt**

**Is the claim subject to offset?**                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                      report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify    **limited partner**

---

| 4.1 733 | | |
|---|---|---|

**RL Laughlin & Co., Inc.**                          Last 4 digits of account number _____    **$5,814.88**

Nonpriority Creditor's Name

**5012 W. Washington St.**                            When was the debt incurred?    **2016**

**Charleston, WV 25313-3000**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**          ☐ Student loans
**debt**

**Is the claim subject to offset?**                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                      report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify    **trade debt**

---

| 4.1 734 | | |
|---|---|---|

**RL ROSE**                                           Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name

**51 SOUTH MAIN ST**                                  When was the debt incurred? _____

**WINCHESTER, KY 40391**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only                                      ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ■ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**          ☐ Student loans
**debt**

**Is the claim subject to offset?**                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                      report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                    Case number (if know)

| | |
|---|---|
| **4.1**<br>**735** | **ROBBIE J WORLEY** |

Nonpriority Creditor's Name                                        Last 4 digits of account number                    **Unknown**

**1110 E EVERTON RD**                                          When was the debt incurred?
**CONNERSVILLE, IN 47331**
Number Street City State Zip Code                              As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                               ☐ Contingent
☐ Debtor 2 only                                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ☐ Disputed
☐ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                  ☐ Student loans
**debt**                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                           report as priority claims
                                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                         ■ Other. Specify  **limited partner**

| | |
|---|---|
| **4.1**<br>**736** | **ROBERT A ROUMELIOTE** |

Nonpriority Creditor's Name                                        Last 4 digits of account number                    **Unknown**

                                                              When was the debt incurred?

Number Street City State Zip Code                              As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                               ☐ Contingent
☐ Debtor 2 only                                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ☐ Disputed
☐ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                  ☐ Student loans
**debt**                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                           report as priority claims
                                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                         ■ Other. Specify  **limited partner**

| | |
|---|---|
| **4.1**<br>**737** | **ROBERT ALLEN** |

Nonpriority Creditor's Name                                        Last 4 digits of account number                    **Unknown**

**2633 SNAIL KITE COURT**                                     When was the debt incurred?
**ST AUGUSTINE, FL 32092**
Number Street City State Zip Code                              As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                               ☐ Contingent
☐ Debtor 2 only                                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ☐ Disputed
☐ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                  ☐ Student loans
**debt**                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                           report as priority claims
                                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                         ■ Other. Specify  **limited partner**

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 738 | **ROBERT B ALLEN** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**507 BELLEFONTE PRINCESS RD**
**ASHLAND, KY 41101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 739 | **ROBERT CAMPBELL** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**3630 HWY 7 S**
**BLACKEY, KY 41804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 740 | **ROBERT CASPER** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**5300 RD 165**
**GROVER HILLS, OH 45849**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                            Case number *(if know)*

---

**4.1 741**

**ROBERT COPE**
Nonpriority Creditor's Name
**668 TEAKWOOD DR**
**LEXINGTON, KY 40502**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 742**

**ROBERT E ADAMS**
Nonpriority Creditor's Name
**370 BLAIR BRANCH RD**
**JEREMIAH, KY 41826**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 743**

**ROBERT E BRONSON JR**
Nonpriority Creditor's Name
**1939 CHASE LN**
**AURORA, IL 60502**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 744**

**ROBERT ELLIOTT**

Nonpriority Creditor's Name

**6404 US HIGHWAY 42**
**LOUISVILLE, KY 40241**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 745**

**ROBERT F STRELESKI**

Nonpriority Creditor's Name

**13427 16TH AVE E**
**TACOMA, WA 98445**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 746**

**ROBERT HALCOMB**

Nonpriority Creditor's Name

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number (*if know*)

| 4.1 747 | | |
|---|---|---|

**ROBERT HARMON**                                    Last 4 digits of account number                    **Unknown**
Nonpriority Creditor's Name
                                                     **When was the debt incurred?**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **limited partner**

---

| 4.1 748 | | |
|---|---|---|

**ROBERT J STACEY**                                  Last 4 digits of account number                    **Unknown**
Nonpriority Creditor's Name
                                                     **When was the debt incurred?**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **limited partner**

---

| 4.1 749 | | |
|---|---|---|

**ROBERT KEITH CAUDILL**                             Last 4 digits of account number                    **Unknown**
Nonpriority Creditor's Name
**4624 LITTLE LEATHERWOOD CK**                        **When was the debt incurred?**
**RD**
**CORNETTSVILLE, KY 41731**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number (if know) _____

---

| 4.1 750 | **ROBERT KYLE-DECEASED CARPENTER** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1 751 | **ROBERT L CASEBOLT** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**6015 CHESTNUT AVENUE**
**NEWPORT NEWS, VA 23605**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1 752 | **ROBERT L SMITH** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**8163 HWY 550 E**
**MOUSIE, KY 41839**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley**                                           Case number (if know)

---

**4.1
753**

**ROBERT OBRIAN**

Nonpriority Creditor's Name

**5498 KY RT 825
LEANDER, KY 41222**

Number Street City State Zip Code

Who incurred the debt? Check one.

�■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

�■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

�■ Unliquidated

�■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

�■ Other. Specify    **limited partner**

---

**4.1
754**

**ROBERT P COMBS**

Nonpriority Creditor's Name

**PO DRAWER 31
PIKEVILLE, KY 41502**

Number Street City State Zip Code

Who incurred the debt? Check one.

�■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

�■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

�■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

�■ Other. Specify    **limited partner**

---

**4.1
755**

**ROBERT S ROGERS**

Nonpriority Creditor's Name

**2231 SPRUCE LANE, APT C
PALM HARBOR, FL 34684**

Number Street City State Zip Code

Who incurred the debt? Check one.

�■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

�■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

�■ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

�■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
756**

**ROBERT SALISBURY**

Nonpriority Creditor's Name

**4289 RT 122**

**HUNTER, KY 41655**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
757**

**ROBERT SCHINDLER**

Nonpriority Creditor's Name

**291 SUMMER STREET**

**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
758**

**ROBERT TAULBEE**

Nonpriority Creditor's Name

**7418 HWY 1812 N**

**VANCLEVE, KY 41385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                           Case number *(if know)*

---

| 4.1 |
|-----|
| 759 |

**ROBERT TURPIN JR**
Nonpriority Creditor's Name
**2301 BELL CIRCLE**
**LYNN HAVEN, FL 32444**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 |
|-----|
| 760 |

**ROBERTA JONES**
Nonpriority Creditor's Name
**900 SEWELL SHOP ROAD**
**WINCHESTER, KY 40391**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 |
|-----|
| 761 |

**ROBERTA STEPHENS**
Nonpriority Creditor's Name
**PO BOX 297**
**MARTIN, KY 41649**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                Case number (if know) _____

| 4.1 762 | **ROBIN COOK** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**100 PURPOSE RD**
**PIPPA PASSES, KY 41844**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **limited partner** _____

| 4.1 763 | **ROCKY ALLEN** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 1211**
**CAMPTON, KY 41301**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **limited partner** _____

| 4.1 764 | **RODDY SCOTT** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**107 KATELYN LANE**
**NICHOLASVILLE, KY 40356**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **limited partner** _____

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 765 | **RODNEY MITCHELL** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**107 INWOOD DRIVE**
**FRANKFORT, KY 40601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 766 | **ROGER AND BETTY CHARLES** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**HC 81 BOX 202 A**
**MEADOR, WV 25678**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 767 | **ROGER CHILDERS** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**8232 HWY 1690**
**LOUISA, KY 41230**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 768 | **ROGER D FRALEY** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**916 W US HWY 60
GRAYSON, KY 41143**

Number City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.1 769 | **ROGER DEAN BRYANT** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**303 CHEYENNE DRIVE
WESTMINSTER, SC 29693**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

| 4.1 770 | **ROGER MALONEY** | | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 341
VANCLEVE, KY 41385**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
771**

**ROGER MARTIN**

Nonpriority Creditor's Name

**285 CEDAR CREEK ROAD
PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
772**

**Roger Massengale, Esq.**

Nonpriority Creditor's Name

**PO Drawer 1278
Paintsville, KY 41240**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$5,263.40**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **legal services**

---

**4.1
773**

**ROGER P HOLBROOK**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

---

| 4.1 774 | **ROGER POTTER PRICE** | | Last 4 digits of account number | _____ | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**6164 COUNTY ROAD 51 STREET**
**SAINT JOE, IN 46785**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

| 4.1 775 | **ROGERS JAMES R, JR** | | Last 4 digits of account number | _____ | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**1049 DEAN DRIVE**
**NORTHGLENN, CO 80233**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

| 4.1 776 | **ROLAND BAKER** | | Last 4 digits of account number | _____ | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**14724 ST PAUL RD**
**CLEARSPRING, MD 21722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 777 | **RON JOHNSON** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 444**
**HINDMAN, KY 41822**

Number City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 778 | **RON ROBINETTE** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 1506**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 779 | **RON WARD** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**20337 ST RT 772**
**WAVERLY, OH 45690**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                                                   Case number *(if know)*

---

| 4.1 780 | **RONALD BURNETT** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2520 UPPER SECOND CREEK ROAD**
**HAZARD, KY 41701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.1 781 | **RONALD EDWARD AMBURGEY** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1643 WEST BREESE ROAD #20**
**LIMA, OH 45806-1750**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.1 782 | **RONALD HOWARD** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 104**
**EASTERN, KY 41622**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 783 | **RONALD PERKINS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**6833 RESOLUTE RD**
**KNOXVILLE, TN 37918**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 784 | **RONALD W NICKLES** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**11523 CORNELL AVE**
**TAYLOR, MI 48180**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 785 | **RONNIE BLAIR** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1655 YANKEETOWN RD**
**HAMERSVILLE, OH 45130**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 786 | **RONNIE CASEBOLT** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1607 NORTH BROOK DRIVE**
**LIMA, OH 45805**

Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1 787 | **RONNIE SLONE** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**11 SUMMER DR**
**PIPPA PASSES, KY 41844**

Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1 788 | **RONNIE STEVENS** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**412 CAGER BRANCH**
**HAROLD, KY 41635**

Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**                                            Case number *(if know)*

---

**4.1
789**

**ROSE M COLLINS**

Nonpriority Creditor's Name

**2225 STONE GARDEN LANE**
**LEXINGTON, KY 40513**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                 **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
790**

**ROSEMARY HIBBARD**

Nonpriority Creditor's Name

**407 VAN BURN ST**
**WAPAKONETA, OH 45895**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                 **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1
791**

**ROSIE M PRATT**

Nonpriority Creditor's Name

**132 SPRING BRANCH LN**
**VIPER, KY 41774**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                 **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know)

| 4.1 792 | **ROUGE STEEL COMPANY** | | **Last 4 digits of account number** | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **limited partner**

---

| 4.1 793 | **ROWE JR BILLY** | | **Last 4 digits of account number** | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 3727**
**PIKEVILLE, KY 41502**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **limited partner**

---

| 4.1 794 | **ROXIE FIELDS** | | **Last 4 digits of account number** | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**681 PRIDMORE HOLLOW RD**
**HENDERSONVILLE, NC 28739**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1 795**

### ROY ADKINS

Nonpriority Creditor's Name

**PO BOX 123
PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**                                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.1 796**

### ROY CAMPBELL

Nonpriority Creditor's Name

**BOX 22
COMBS, KY 41729**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**                                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.1 797**

### ROY CAUDILL

Nonpriority Creditor's Name

**164 GRANDVIEW DR
SHEPHERDSVILLE, KY 40165**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**                                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Charles R. Bradley** | Case number *(if know)* | |
|---|---|---|---|

---

**4.1 798**

| **ROY D CORNETT** | Last 4 digits of account number | **Unknown** |
|---|---|---|

Nonpriority Creditor's Name

**8219 MINORS LN LOT 273
LOUISVILLE, KY 40219**

When was the debt incurred?

Number City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**4.1 799**

| **ROY F LEWIS** | Last 4 digits of account number | **Unknown** |
|---|---|---|

Nonpriority Creditor's Name

**6113 TROTTER RIDGE RD
SUMMERFIELD, NC 27358**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**4.1 800**

| **Royalties Plus** | Last 4 digits of account number | **$0.00** |
|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor 1    **Charles R. Bradley**                                                          Case number (if know)

---

**4.1 801**

**ROYALTY ESCROW GREENROWE**                    Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name

**130 SCOTT AVE**                               When was the debt incurred?    _____

**PIKEVILLE, KY 41501**

Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent

☐ Debtor 2 only                                 ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ■ Disputed

☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify    **limited partner**

---

**4.1 802**

**RP COMBS LLC**                                Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name

**PO DRAWER 31**                                When was the debt incurred?    _____

**PIKEVILLE, KY 41502**

Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent

☐ Debtor 2 only                                 ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ■ Disputed

☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify    **limited partner**

---

**4.1 803**

**RUBY MULLINS AMBURGEY**                        Last 4 digits of account number _____        **Unknown**

Nonpriority Creditor's Name

**36 WELLINGTON DRIVE**                          When was the debt incurred?    _____

**HAMPTON, VA 23666**

Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                 ☐ Contingent

☐ Debtor 2 only                                 ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                    ■ Disputed

☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                      Case number *(if know)*

---

| 4.1 804 | **RUDOLPH AND RHONDA BROCK** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1071 PERKINS DR**
**HARRODSBURG, KY 40330**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 805 | **RUSHIE RISNER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**HC 61 BOX 762-A**
**SALYERSVILLE, KY 41465**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 806 | **RUTH A MARTIN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1255 DRAGONFLY LANE**
**CHIPLEY, FL 32428**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                    Case number (if know)

---

**4.1**
**807**

**RUTH ADAMS**                                    Last 4 digits of account number                          **Unknown**

Nonpriority Creditor's Name

**134 OHIO ST**                                   When was the debt incurred?
**WHITESBURG, KY 41858**

Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ■ Disputed

☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**      ☐ Student loans
**debt**
                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **limited partner**

---

**4.1**
**808**

**RUTH B GRAY**                                   Last 4 digits of account number                          **Unknown**

Nonpriority Creditor's Name

**3053 BONANZA DRIVE**                            When was the debt incurred?
**LEXINGTON, KY 40509**

Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ■ Disputed

☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**      ☐ Student loans
**debt**
                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **limited partner**

---

**4.1**
**809**

**RUTH COX**                                      Last 4 digits of account number                          **Unknown**

Nonpriority Creditor's Name

**PO BOX 1588**                                   When was the debt incurred?
**GRAYSON, KY 41143**

Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ■ Disputed

☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**      ☐ Student loans
**debt**
                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 810 | |
|---|---|

**RUTH CRAWFORD**

Nonpriority Creditor's Name

**244 CRAWFORD LN**
**HAZARD, KY 41701**

Number City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number                                **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

| 4.1 811 | |
|---|---|

**RUTH HAYDON**

Nonpriority Creditor's Name

**1435 S E 15TH ST, #403**
**FT LAUDERDALE, FL 33316**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number                                **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

| 4.1 812 | |
|---|---|

**RUTH LITTLE**

Nonpriority Creditor's Name

**310 UPPER BOONE FORK**
**CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number                                **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**                                                              Case number *(if know)*

---

**4.1**
**813**

### RUTH MAYNARD
Nonpriority Creditor's Name

**4492 RIGHT FORK OF BRUSHY RD**
**VARNEY, KY 41571**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1**
**814**

### RUTHY JO PIGG
Nonpriority Creditor's Name

_____
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1**
**815**

### RYAN HAYDON
Nonpriority Creditor's Name

**6732 DEER POND LN**
**PINELLAS PARK, FL 33781**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (if know)

---

| 4.1 816 | **RYAN RILEY** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1 817 | **S J SALLIE FARMS LLC** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**212 HUNTING CLUB ROAD**

**LOUISA, KY 41230**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1 818 | **S P DAVIDSON HEIRS** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**PO BOX 583**

**PIKEVILLE, KY 41502**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

| 4.1 819 | **SALLY CASEBOLT EDWARDS MARGARET** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**7548 HINKLE ROAD**
**MIDDLETOWN, OH 45042**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

| 4.1 820 | **SAM AND SHERRY COMBS** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**4197 LITTLE LEATHERWOOD CRK RD**
**CORNETTSVILLE, KY 41731**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

| 4.1 821 | **SAMANTHA T WORKS** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**5290 W ROLLING VIEW PL**
**LECANTO, FL 34461**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
□ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
822**

**SAMMY OR SHIRLEY HART**

Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

When was the debt incurred?

**P O BOX 848
HINDMAN, KY 41822**

Number City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
823**

**SAMUEL D SHANKEL**

Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

When was the debt incurred?

**11245 RED SPRUCE DR
CHARLOTTE, NC 28215**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
824**

**SAMUEL N PORTER**

Last 4 digits of account number _____          **Unknown**

Nonpriority Creditor's Name

When was the debt incurred?

**2782 BYRON DR
NORTH CANTON, OH 44720**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley** _____    Case number *(if know)* _____

---

| | |
|---|---|
| **4.1**<br>**825** | |

**SAMUEL T ALCUS III**

Nonpriority Creditor's Name

**965 HARDING DR**
**NEW ORLEANS, LA 70119**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

| | |
|---|---|
| **4.1**<br>**826** | |

**SANDRA ADAMS**

Nonpriority Creditor's Name

**PO BOX 153**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

| | |
|---|---|
| **4.1**<br>**827** | |

**SANDRA ARCHER**

Nonpriority Creditor's Name

**8140 N HICKORY STREET APT 11-011**
**KANSAS CITY, MO 64118-6421**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

Debtor 1    **Charles R. Bradley**                                                              Case number *(if know)*

---

**4.1 828**

**SANDRA BACK**

Nonpriority Creditor's Name

**18 CLARK DR**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number                                        **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

**4.1 829**

**SANDRA M ROBBINS**

Nonpriority Creditor's Name

**1146 PARKWOOD AVE**
**YPSILANTI, MI 48198**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number                                        **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

**4.1 830**

**SANDRA OR AUBREY G JR BRANSON**

Nonpriority Creditor's Name

**10516 SUNSET CANYON DR**
**BAKERSFIELD, CA 93311**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number                                        **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)* _____

---

**4.1 831**

**SANDRA POTTER**

Nonpriority Creditor's Name

**PO BOX 623**
**CARRIE, KY 41725**

Number City State ZIp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1 832**

**SANDRA S CAMPBELL**

Nonpriority Creditor's Name

**228 MAIN ST**
**LEWISVILLE, TN 37777**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1 833**

**SANDRA S DUNN**

Nonpriority Creditor's Name

**11237 RED SPRUCE DR**
**CHARLOTTE, NC 28215**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1 834**

**SANDRA S PERRY**

Nonpriority Creditor's Name

**114 N VEGA ST**
**ALHAMBRA, CA 91801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                   Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.1 835**

**SANDRA S SMITH**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                   Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

**4.1 836**

**SANDY VALLEY GAS INC**

Nonpriority Creditor's Name

**PO BOX 565**
**BETSY LAYNE, KY 41605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                   Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

| 4.1<br>837 | **SARA NEASE** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 322**
**ERMINE, KY 41815**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1<br>838 | **SARAH E KAZEE** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

| 4.1<br>839 | **SARAH JEAN HALL** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 231**
**HI HAT, KY 40636**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                                Case number *(if know)*

---

| 4.1 840 | **SARAH K LOVEJOY STORY** | |
|---|---|---|

Nonpriority Creditor's Name

**8646 VISA PINE COURT**
**ORLANDO, FL 32836**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 841 | **SARAH LYON** | |
|---|---|---|

Nonpriority Creditor's Name

**1045 BERKSHIRE LANE**
**RUSSELL, KY 41169**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 842 | **SARAH RUSSELL** | |
|---|---|---|

Nonpriority Creditor's Name

**598 MARIMON AVENUE**
**HARRODSBURG, KY 40330**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1 843**

**SARAH SMITH**

Nonpriority Creditor's Name

**PO BOX 615**
**CARRIE, KY 41725**

Number City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 844**

**SAUL BAKER**

Nonpriority Creditor's Name

**PO BOX 601304**
**SAN DIEGO, CA 92160-1304**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 845**

**Scott-Gross Co., Inc.**

Nonpriority Creditor's Name

**PO Box 74008003**
**Chicago, IL 60674-8003**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$214.95**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **trade debt**

---

Debtor 1    **Charles R. Bradley** _____    Case number *(if know)* _____

---

**4.1
846**

**SCOTTY PATRICK** _____
Nonpriority Creditor's Name
**5808 LEVIN LINKS CT
DUBLIN, OH 43017**
Number City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

**4.1
847**

**SCOTTY ROGERS** _____
Nonpriority Creditor's Name
**135 VITTITOW FORD RD
BOSTON, KY 40107**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

**4.1
848**

**SEAN G TOLAVER** _____
Nonpriority Creditor's Name
**156 DEER RUN DR
PARTRIDGE, KY 40862**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
849**

**SEE C.F. III**

Nonpriority Creditor's Name

**495 WALBRIDGE ROAD
LOUISA, KY 41230**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
850**

**SHADE BLAIR**

Nonpriority Creditor's Name

**16641 RD 143
CECIL, OH 45821**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
851**

**SHANNA C OR DON L HOLLIDAY**

Nonpriority Creditor's Name

**PO BOX 799
HAZARD, KY 41702**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                                     Case number *(if know)*

---

| 4.1 852 | **SHANNON ADAMS** | | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

---

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1 853 | **SHANNON HOWARD** | | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**212 FOREST TRAIL**
**NICHOLASVILLE, KY 40356**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.1 854 | **SHARON BLAIR** | | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

---

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**  _____    Case number *(if know)*  _____

---

| 4.1 855 | **SHARON DOTSON** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**10019 ROUTE 632**
**PHELPS, KY 41553**

Number City State ZIp Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**  _____

---

| 4.1 856 | **SHARON GROSS** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**355 CAUSEY RD**
**YEADDISS, KY 41777**

Number Street City State ZIp Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**  _____

---

| 4.1 857 | **SHARON KAY HALL** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**205 FIELDS WAY E-3**
**PIKEVILLE, KY 41501**

Number Street City State ZIp Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner**  _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
858**

| | |
|---|---|
| **SHARON RHODES** | **Last 4 digits of account number** _____ Unknown |
| Nonpriority Creditor's Name | |
| **613 GRANADA WAY** | **When was the debt incurred?** _____ |
| **CHARLESTON, WV 25304** | |
| Number City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
859**

| | |
|---|---|
| **SHARRON FRANCIS** | **Last 4 digits of account number** _____ Unknown |
| Nonpriority Creditor's Name | |
| **4350 CHICKERING LN** | **When was the debt incurred?** _____ |
| **NASHVILLE, TN 37215** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1
860**

| | |
|---|---|
| **SHASTA ROSE** | **Last 4 digits of account number** _____ Unknown |
| Nonpriority Creditor's Name | |
| **280 OUTBACK LN** | **When was the debt incurred?** _____ |
| **MOUNT ULLA, NC 28125** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                          Case number *(if know)*

---

**4.1 861**    **SHAWN COMBS**

Nonpriority Creditor's Name

**PO BOX 4057**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____              **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **agreement to pay royalty for engineering services**

---

**4.1 862**    **SHAWN M PORTER**

Nonpriority Creditor's Name

**1190 WARM SPRINGS LN**
**LAS CRUCES, NM 88011**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____              **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

**4.1 863**    **SHAWN WEBB**

Nonpriority Creditor's Name

**3511 POLLS CRK RD**
**SMILAX, KY 41764**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____              **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

| | |
|---|---|
| **4.1**<br>**864** | |

**SHAWNA STEPP**

Nonpriority Creditor's Name

**110 BENNY MEADE ROAD**
**PIKEVILLE, KY 41501**

Number Street City State ZIp Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

| | |
|---|---|
| **4.1**<br>**865** | |

**SHED, INC.**

Nonpriority Creditor's Name

**PO BOX 15**
**PIPPA PASSES, KY 41844**

Number Street City State ZIp Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

| | |
|---|---|
| **4.1**<br>**866** | |

**SHEENA L WORKS**

Nonpriority Creditor's Name

Number Street City State ZIp Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 867 | **SHEILA W SMITH** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**4045 COLBY RD**
**WINCHESTER, KY 40391**

Number City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 868 | **SHEILA WALTERS** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**2243 CYBELLE CT**
**MIAMISBURG, OH 45342**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 869 | **SHEILA WILSON** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**3100 MAIN STREET**
**KANSAS CITY, MO 64111**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1 870**

**SHELBIANA RHEIN**
Nonpriority Creditor's Name

**3577 PRESTWICK CT**
**COLUMBUS, OH 43220**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1 871**

**SHELBY MULLINS**
Nonpriority Creditor's Name

**211 SKYLARK DR**
**WINCHESTER, KY 40391**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1 872**

**SHELIA A JANNEY**
Nonpriority Creditor's Name

**2659 DOGWOOD RIDGE ROAD**
**WHEELERSBURG, OH 45694**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**        Case number *(if know)*

---

**4.1 873**

**SHELIA BLAIR YORK**
Nonpriority Creditor's Name
**1887 ROCK CREEK DRIVE**
**GROVE CITY, OH 43123-1550**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number        **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1 874**

**SHELLY R AMBURGEY**
Nonpriority Creditor's Name
**PO BOX 118**
**MOUSIE, KY 41839**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number        **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1 875**

**SHERRE L SOMMERS**
Nonpriority Creditor's Name
**912 CARRIAGE LN**
**MIAMISBURG, OH 45342**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number        **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                          Case number *(if know)*

---

**4.1 876**

**SHERRI COTTER**

Nonpriority Creditor's Name

**9108 OLD COBBS FERRY RD**
**KNOXVILLE, TN 37931**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1 877**

**SHERRILLENE COLWELL**

Nonpriority Creditor's Name

**28 GRISTMILL COURT**
**PATASKALA, OH 43062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1 878**

**SHERRY E COMBS**

Nonpriority Creditor's Name

**1070 COOPER DRIVE**
**LEXINGTON, KY 40502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 879 | **SHERRY HAFFNER** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1945 SULFER LICK RD**
**NEW HOPE, KY 40052**

Number City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **limited partner**

---

| 4.1 880 | **SHIGEMI FITZPATRICK** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**3208 MALON DRIVE**
**LEXINGTON, KY 40513**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **limited partner**

---

| 4.1 881 | **SHIRL ADAMS** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**11 LOGAN FOX DR**
**PINE TOP, KY 41834**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 882 | **SHIRLENE CASSIDY** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**189 CASSIDY DR**
**VANCLEVE, KY 41385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 883 | **SHIRLEY AND MATT FIELDS** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 736**
**WOOTON, KY 41776**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 884 | **SHIRLEY CASEBOLT WOLVERTON** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**73 FROG HOLLOW TRAIL**
**LITTLE MOUNTAIN, SC 29875**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                          Case number (if know)

---

**4.1
885**

**SHIRLEY D SILVEY**
Nonpriority Creditor's Name
**240 CLUBVIEW DR
PRATTVILLE, AL 36067**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1
886**

**SHIRLEY HELTON**
Nonpriority Creditor's Name


Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1
887**

**SHIRLEY HOLDER**
Nonpriority Creditor's Name
**130 HOLLY THICKET RD
VIPER, KY 41774**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                   Case number *(if know)*

---

**4.1 888**

**SHIRLEY M. MULLINS TRUST**

Nonpriority Creditor's Name

**23443 NEWCASTLE STREET**
**TAYLOR, MI 48180-1706**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                          **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

**4.1 889**

**SHIRLEY MORRIS**

Nonpriority Creditor's Name

**1344 BURNS RD**
**RADCLIFF, KY 40160**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                          **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

**4.1 890**

**SHYLA MEECE**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                          **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1**
**891**

**SIPPLE OIL COMPANY INC**

Nonpriority Creditor's Name

**PO BOX 782**
**BEATTYVILLE, KY 41311**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1**
**892**

**SKINNER BERNICE, ADMIN**
**ESTATE A NICKLES**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                          **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.1**
**893**

**Smith Oilfield Services**

Nonpriority Creditor's Name

**PO Box 615**
**Carrie, KY 41725**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                          **$6,837.00**

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **trade debt**

---

Debtor 1   **Charles R. Bradley**                                    Case number *(if know)*

---

| 4.1 894 | | |
|---|---|---|

**SMOOT COAL LAND CORP**                          Last 4 digits of account number                **Unknown**

Nonpriority Creditor's Name

**2201 BROADHEAD PLACE**                          When was the debt incurred?

**LEXINGTON, KY 40515**

Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ■ Disputed

☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community         ☐ Student loans
debt**
                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **limited partner**

---

| 4.1 895 | | |
|---|---|---|

**SOLOMON MADDEN**                                Last 4 digits of account number                **Unknown**

Nonpriority Creditor's Name

**PO BOX 1711**                                   When was the debt incurred?

**HINDMAN, KY 41822**

Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ■ Disputed

☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community         ☐ Student loans
debt**
                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **limited partner**

---

| 4.1 896 | | |
|---|---|---|

**SONJA ADAMS**                                   Last 4 digits of account number                **Unknown**

Nonpriority Creditor's Name

**PO BOX 296**                                     When was the debt incurred?

**BULAN, KY 41722**

Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ■ Disputed

☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community         ☐ Student loans
debt**
                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (if know)

---

**4.1 897**

**SONJA GOLI**

Last 4 digits of account number                                    Unknown

Nonpriority Creditor's Name

**1020 EAGLEWOOD DRIVE**                    When was the debt incurred?

**LAS VEGAS, NV 89144**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

☐ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community             ☐ Student loans
debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify    **limited partner**

---

**4.1 898**

**SONNIE LEMASTER**

Last 4 digits of account number                                    Unknown

Nonpriority Creditor's Name

                                                      When was the debt incurred?

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

☐ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community             ☐ Student loans
debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify    **limited partner**

---

**4.1 899**

**SOPHIE B ALLEN**

Last 4 digits of account number                                    Unknown

Nonpriority Creditor's Name

**900 VANDERPLOEG DR**                       When was the debt incurred?

**CHESAPEAKE, VA 23320**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

☐ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community             ☐ Student loans
debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 900**

**SOUTH BEVINS**
Nonpriority Creditor's Name
**130 TWIN AKERS ROAD**
**MIDDLESBORO, KY 40965**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 901**

**SOUTH MILL OIL & GAS LLP**
Nonpriority Creditor's Name
**451 WOODLAKE WAY**
**LEXINGTON, KY 40502**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 902**

**Speedway**
Nonpriority Creditor's Name
**PO Box 740587**
**Cincinnati, OH 45274-0587**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **$650.00**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **gas credit card**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                            Case number *(if know)*

---

**4.1**
**903**

**SPURLOCK BURL W II**

Nonpriority Creditor's Name

**42 SPURLOCK COURT**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner** _____

---

**4.1**
**904**

**SPURLOCK OPERATIONS, LLC**

Nonpriority Creditor's Name

**311 NORTH ARNOLD AVENUE**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner** _____

---

**4.1**
**905**

**SPURLOCK ROYALTY LLC**

Nonpriority Creditor's Name

**311 NORTH ARNOLD AVENUE**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner** _____

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.1 906**

**SRIHARIRAO MALEMPATI**
Nonpriority Creditor's Name
**535 TRIMBLE LAKE COURT**
**ATLANTA, GA 30342**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 907**

**STACHIE HANKINSON**
Nonpriority Creditor's Name
**12133 CR 224**
**CECIL, OH 45821**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 908**

**STACY HALL**
Nonpriority Creditor's Name
**PO BOX 576**
**HAGER HILL, KY 41222**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 909 | **STANLEY CASEBOLT** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**10170 E ESSES VILLAGE DRIVE**
**TUCSON, AZ 85748**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 910 | **STANLEY COMBS IRREVOCABLE TRUST** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 34290**
**LOUISVILLE, KY 40232**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 911 | **STANLEY D SHORT** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1074 E EVERTON RD**
**CONNERSVILLE, IN 47331**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
912**

**STAR TRANSPORT INC**

Nonpriority Creditor's Name

**PO BOX 450
DWARF, KY 41739**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
913**

**STELLA BAKER**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.1
914**

**STEPHANIE STRICKER**

Nonpriority Creditor's Name

**13821 NEW MARKET ROAD
MARYSVILLE, IN 47141**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know)

| 4.1 915 | **STEPHEN AMBURGEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**BOX 426**
**WHITESBURG, KY 41858**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

| 4.1 916 | **STEPHEN AND SHERRI COMBS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 555**
**WAYNESVILLE, OH 45068**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

| 4.1 917 | **STEPHEN BELCHER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**140 SPRUCE LANE**
**PIKEVILLE, KY 41501**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

Debtor 1    **Charles R. Bradley** _____    Case number *(if know)* _____

---

| 4.1 918 | **STEPHEN CASEBOLT** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1751 STEWART ROAD**
**LIMA, OH 45801**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner** _____

---

| 4.1 919 | **STEPHEN COMBS** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner** _____

---

| 4.1 920 | **STEPHEN H WHITAKER** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 251**
**GRAY HAWK, KY 40434**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner** _____

---

Debtor 1   **Charles R. Bradley** _____    Case number (*if know*) _____

---

| | |
|---|---|
| 4.1<br>921 | |

**STEPHEN K JUSTICE**

Nonpriority Creditor's Name

**PO BOX 54935**
**LEXINGTON, KY 40509**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **limited partner** _____

---

| | |
|---|---|
| 4.1<br>922 | |

**STEPHEN LAWSON**

Nonpriority Creditor's Name

**236 MOSS CANIF BRANCH**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **limited partner** _____

---

| | |
|---|---|
| 4.1<br>923 | |

**STEPHEN M FIELDS**

Nonpriority Creditor's Name

**2617 W TICONDEROGA DRIVE**
**MARION, IN 46952-9261**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

Case number (if know)

---

| 4.1 924 | **STEPHEN SEE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**7174 SIESTA STREET**
**NAVARRE, FL 32566**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☐ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    **limited partner**

---

| 4.1 925 | **STEPHEN TED ADAMS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**350 BURTON HILL**
**LETCHER, KY 41832**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☐ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    **limited partner**

---

| 4.1 926 | **STEVE COMBS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO DRAWER 31**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☐ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

---

**4.1 927**

**STEVE DAWSON**

Nonpriority Creditor's Name

**PO BOX 261**
**MCDOWELL, KY 41647**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                  **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1 928**

**STEVE FITZPATRICK**

Nonpriority Creditor's Name

**610 FITZPATRICK RD**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                  **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1 929**

**STEVE HOWARD**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                  **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1 930**

**STEVE MEADE**
Nonpriority Creditor's Name
**1870 BAHAMA RD**
**LEXINGTON, KY 40509**
Number City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 931**

**STEVE PATRICK**
Nonpriority Creditor's Name
**231 VISTA DRIVE**
**HAZARD, KY 41701**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.1 932**

**STEVE WALTERS**
Nonpriority Creditor's Name
**PO BOX 2409**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                    Case number (if know)

---

| 4.1 933 | **STEVEN D BANKS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**481 S MORGUE FORK**
**VANCLEVE, KY 41385**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 934 | **STEVEN SCHOEW** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1927 JUDES FERRY RD**
**POWHATAN, VA 23139-6204**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

| 4.1 935 | **STEVIE SPEARS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**15 BRICKLEY DRIVE**
**HAGERHILL, KY 41222**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number (if know) _____

---

| 4.1 936 | **STOKES BAIRD** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 218**
**MUNFORDVILLE, KY 42765**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.1 937 | **STRATTON  FAMILY TRUST2** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**DONALD & EDITH STRATTON**
**7432 BERWICK COURT**
**ALEXANDRIA, VA 22315**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.1 938 | **STUART G SMITH** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**333 MEADOW BRANCH ROAD**
**HINDMAN, KY 41822**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                                                    Case number (if know) _____

---

**4.1 939**

**SUE OR RICHARD MOORE**                              Last 4 digits of account number _____         **Unknown**

Nonpriority Creditor's Name

**3113 31st AVE SE**                                  When was the debt incurred?  _____

**PUYALLUP, WA 98374**

Number City State Zip Code                           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
■ Debtor 1 only
                                                     ■ Unliquidated
☐ Debtor 2 only
                                                     ■ Disputed
☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**          ☐ Student loans
**debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify   **limited partner** _____

---

**4.1 940**

**SUMMER STREET 2 INC**                              Last 4 digits of account number _____         **Unknown**

Nonpriority Creditor's Name

**291 SUMMER STREET**                                When was the debt incurred?  _____

**PIKEVILLE, KY 41501**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
■ Debtor 1 only
                                                     ☐ Unliquidated
☐ Debtor 2 only
                                                     ■ Disputed
☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**          ☐ Student loans
**debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify   **limited partner** _____

---

**4.1 941**

**SUMMER STREET ENTERPRISES**                        Last 4 digits of account number _____         **Unknown**

Nonpriority Creditor's Name

**130 SCOTT AVE**                                    When was the debt incurred?  _____

**PIKEVILLE, KY 41501**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent
■ Debtor 1 only
                                                     ■ Unliquidated
☐ Debtor 2 only
                                                     ■ Disputed
☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**          ☐ Student loans
**debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

---

| 4.1 |
| 942 |

**SUSAN C RATLIFF**
Nonpriority Creditor's Name
**PO BOX 742**
**WEST VAN LEAR, KY 41268**
Number City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 |
| 943 |

**SUSAN D KNORE**
Nonpriority Creditor's Name
**622 GLADES RD**
**MINFORD, OH 45653**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.1 |
| 944 |

**SUSAN K WILKIE**
Nonpriority Creditor's Name
**568 GAZEBO OVERLOOK**
**SEYMOUR, TN 37865**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley**                                              Case number *(if know)*

---

**4.1 945**

**SUSAN LIDDIC**
Nonpriority Creditor's Name

**715 SANTA CRUZ AVE**
**DAYTON, OH 45410**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 946**

**SUSAN SMITH CARPENTER**
Nonpriority Creditor's Name

**814 DAISY DRIVE**
**WAPAKONETA, OH 45895**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 947**

**SUSAN W MEADE**
Nonpriority Creditor's Name

**348 PIKE FLOYD HOLLOW**
**BETSY LAYNE, KY 41605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**                                          Case number *(if know)*

---

| 4.1 948 | | |
|---|---|---|

**SUZANNE L FALK**                           **Last 4 digits of account number** _____                    **Unknown**

Nonpriority Creditor's Name

**18 GRAFTON CIRCLE**                        **When was the debt incurred?** _____

**MADISON, WI 53716**

Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                             ☐ Contingent

☐ Debtor 2 only                             ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                ■ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community    ☐ Student loans
debt**
                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify   **limited partner**  _____

---

| 4.1 949 | | |
|---|---|---|

**Syncb/Ashley Homestore**                  **Last 4 digits of account number** **8106**                       **Unknown**

Nonpriority Creditor's Name

**c/o PO Box 965036**                        **When was the debt incurred?**  **Opened 8/01/14 Last Active
1/27/15**
**Orlando, FL 32896**

Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                             ☐ Contingent

☐ Debtor 2 only                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community   ☐ Student loans
debt**
                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify   **Charge Account**  _____

---

| 4.1 950 | | |
|---|---|---|

**T A COMBS**                                **Last 4 digits of account number** _____                    **Unknown**

Nonpriority Creditor's Name

**PO BOX 3508**                              **When was the debt incurred?** _____

**PIKEVILLE, KY 41502**

Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                             ☐ Contingent

☐ Debtor 2 only                             ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                ■ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community   ☐ Student loans
debt**
                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify   **limited partner**  _____

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.1 951 | **TAMARA A BAKO** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.1 952 | **TAMELA COLWELL** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**6109 BELFAST RD**
**GOSHEN, OH 45122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

| 4.1 953 | **TAMMIE R HURT** | | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**2800 CLAYS MILL ROAD**
**LEXINGTON, KY 40503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner** _____

---

Debtor 1   **Charles R. Bradley**

Case number (*if know*)

---

| 4.1 954 | | |
|---|---|---|

**TANYA R STOCKTON**

Nonpriority Creditor's Name

**21718 LONGWOOD**
**SAN ANTONIO, TX 78259**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 955 | | |
|---|---|---|

**TARA BAILEY**

Nonpriority Creditor's Name

**166 LAKE ROAD**
**WARESHOALS, SC 29692**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 956 | | |
|---|---|---|

**TCG INC**

Nonpriority Creditor's Name

**PO BOX 934**
**PRESTONSBURG, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1 957**

**TEDDY CLINTON WALLEN**
Nonpriority Creditor's Name
**PO BOX 258**
**LEBURN, KY 41831**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.1 958**

**TEDDY COLLEY**
Nonpriority Creditor's Name
**PO BOX 2141**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.1 959**

**TEDDY DAY**
Nonpriority Creditor's Name
**2795 PREACHERSVILLE RD**
**STANFORD, KY 40484**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                            Case number *(if know)*

---

| 4.1 960 | **TEDI VAUGHAN** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**5100 US HWY 42 #832**
**LOUISVILLE, KY 40241-6048**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 961 | **TERESA C MOUNTJOY** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**246 N 11TH ST**
**WILLIAMSBURG, KY 40769**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.1 962 | **TERESA CHERVUS** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**139 CHESTNUT LANE**
**VERSAILLES, KY 40383**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 963 | **TERESA J ALLEN** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**9339 MILE ROAD**
**NEW LEBANON, OH 45345-9319**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 964 | **TERESA KLOEPPER** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**8955 N BASELINE ROAD**
**WAWAKA, IN 46794**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.1 965 | **Teresa or Lawton Allen** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**156 Sizemore Rd**
**Minnie, KY 41651**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                      Case number (if know)

| 4.1 966 | **TERESA YARCH** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**4520 KINGSLEY DR**
**WARREN, MI 48092**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

- ■ No
- ☐ Yes

---

| 4.1 967 | **TERRY THORNSBERRY** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 1590**
**MARTIN, KY 41649**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

- ■ No
- ☐ Yes

---

| 4.1 968 | **TERRY V SMITH** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**71 POPLAR AVE.**
**HAZARD, KY 41701**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

- ■ No
- ☐ Yes

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1 969 | **TETON CORPORATION** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3638 N ST RD 7**
**MADISON, IN 47250**

Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 970 | **TEX MITCHELL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**42 MITCHELL DRIVE**
**HAROLD, KY 41635**

Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.1 971 | **THE CRAWFORD PARTNERSHIP LLC** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 929**
**WHITESBURG, KY 41858**

Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                    Case number *(if know)*

---

| 4.1 972 | **THELMA BLACK** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1130 WALLEYE ROAD**
**BONNEAU, SC 29431**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

---

| 4.1 973 | **THELMA ELDRIDGE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 1133**
**MAYNARDSVILLE, TN 37807**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

---

| 4.1 974 | **THELMA GROSS** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 367**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number (if know) _____

---

| 4.1 975 | **THELMA MILES** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**250 NEASE HOLLOW RD**
**CUMBERLAND, KY 40823**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

| 4.1 976 | **THEODORE SEXTON** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**8712 FILSON FIELDS COURT**
**LOUISVILLE, KY 40219**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

| 4.1 977 | **THERESA OR LAWTON ALLEN** | Last 4 digits of account number _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**156 SIZEMORE RD**
**MINNIE, KY 41651**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

Debtor 1    **Charles R. Bradley**                                     Case number *(if know)*

---

| 4.1 978 | **THETFORD H CALLAHAN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**200 BIG RUN ROAD**
**LEXINGTON, KY 40503**

When was the debt incurred?

Number City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **limited partner**

---

| 4.1 979 | **THOMAS ALLEN JR** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**7619 SUNSTONE DR**
**JONESBORO, GA 30236**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **limited partner**

---

| 4.1 980 | **THOMAS E WILMES** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1313 EAST COOPER DRIVE**
**LEXINGTON, KY 40502**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**                                                                    Case number *(if know)*

---

**4.1 981**

**THOMAS GOODMAN JR**

Nonpriority Creditor's Name

_____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 982**

**THOMAS J JONES**

Nonpriority Creditor's Name

**PO BOX 788**
**PRESTONSBURG, KY 41653**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.1 983**

**THOMAS JORDAN**

Nonpriority Creditor's Name

_____

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

□ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1
984**

**THOMAS N HALL**

Nonpriority Creditor's Name

**9481 KY RT 1428**
**MARTIN, KY 41649**

Number City State Zlp Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
985**

**TIFFANY D GASTON**

Nonpriority Creditor's Name

**5202 KAYLA BROOK**
**SAN ANTONIO, TX 78251**

Number Street City State Zlp Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.1
986**

**TIFFANY KILBURN**

Nonpriority Creditor's Name

**PO BOX 812**
**WOOTON, KY 41776**

Number Street City State Zlp Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.1<br>987 | **TILDEN FRIEND** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**260 MOSS LN**
**VENICE, FL 34293**

Number City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1<br>988 | **TIM HENSLEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 158**
**WOOTON, KY 41776**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **limited partner**

---

| 4.1<br>989 | **TIM POTTER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**794 MILLER BRANCH**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Charles R. Bradley** _____

Case number *(if know)* _____

| 4.1 990 | | |
|---|---|---|

**TIM POTTER**
Nonpriority Creditor's Name

**764 MILLER BRANCH**
**JACKSON, KY 41339**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

| 4.1 991 | | |
|---|---|---|

**TIMMY RATLIFF**
Nonpriority Creditor's Name

**266 YELLOW HILL ROAD**
**ELKHORN CITY, KY 41522**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

| 4.1 992 | | |
|---|---|---|

**TIMOTHY A REINHARDT**
Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner** _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.1 993**

**TIMOTHY B HAMILTON**

Nonpriority Creditor's Name

**10610 LAURIN COURT**
**UNION, KY 41091**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **limited partner**

---

**4.1 994**

**TIMOTHY CHRISTIAN**

Nonpriority Creditor's Name

**4649 HWY 1690**
**LOUISA, KY 41230**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **limited partner**

---

**4.1 995**

**TIMOTHY COLLINS**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.1 996**

**TIMOTHY H BOGGS**
Nonpriority Creditor's Name
**4570 S WHITE WAY**
**LITTLETON, CO 80127**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.1 997**

**TIMOTHY L HANNAH**
Nonpriority Creditor's Name
**2832 MIDDLE FORK ROAD**
**HAGER HILL, KY 41222**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.1 998**

**TINA MESSER OUSLEY**
Nonpriority Creditor's Name
**PO BOX 826**
**MARTIN, KY 41649**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                        Case number (*if know*)

---

**4.1**
**999**

**TINKER PAGE**
Nonpriority Creditor's Name

**BOX 947**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2**
**000**

**TIVIS BRANHAM**
Nonpriority Creditor's Name

**PO BOX 3279**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2**
**001**

**TODD BRYAN**
Nonpriority Creditor's Name

**302 CRYSTAL FALLS COURT**
**JACKSONVILLE, NC 28546**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                    Case number *(if know)*

---

**4.2 002**

**TODD FIELDS**

Nonpriority Creditor's Name

**154-B RACING ROAD**
**BLACKEY, KY 41804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2 003**

**TODD MAYHORN**

Nonpriority Creditor's Name

**PO BOX 3035**
**PIKEVILLE, KY 41502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2 004**

**TOLER & GREASY CREEK**

Nonpriority Creditor's Name

**PO BOX 38**
**HAROLD, KY 41635**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**                                              Case number *(if know)*

---

**4.2 005**

**TOMMY SMITH**

Nonpriority Creditor's Name

**2381 HWY 7 S**
**JEREMIAH, KY 41826**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.2 006**

**TOMMY STURGILL**

Nonpriority Creditor's Name

**1204 WEEPING WILLOW**
**WOODSTOCK, GA 30188**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.2 007**

**TONY FIELDS**

Nonpriority Creditor's Name

**515 SOUTHERN OAKS RD**
**LONDON, KY 40781**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                    Case number *(if know)*

---

| 4.2 008 | **TOOSTER HALCOMB** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**202 SAUNDRA DRIVE**
**FORTVILLE, IN 46040**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ■ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify  **limited partner**
- ☐ Yes

---

| 4.2 009 | **TRACEY S WEINBERG** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**PO  BOX 66**
**HINDMAN, KY 41822**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ■ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify  **limited partner**
- ☐ Yes

---

| 4.2 010 | **TRACY HILL-ROBBINS** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**1301 SOUTHFIELD DR**
**LIGONIER, IN 46767**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ■ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify  **limited partner**
- ☐ Yes

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

**4.2
011**

**TRACY L ADAMS**

Nonpriority Creditor's Name

**701 ARTHURS LOOP
JEREMIAH, KY 41826**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.2
012**

**TRACY TURNER**

Nonpriority Creditor's Name

**5455 EAST HWY 550
GARNER, KY 41817**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.2
013**

**TRANSPORTATION CABINET KY
DEPT OF**

Nonpriority Creditor's Name

**200 MERO ST 6TH FL
FRANKFORT, KY 40622**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                              Case number *(if know)*

---

| 4.2 014 | **TRAVIS CARPENTER** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**1700 HICKORY RIDGE ROAD**
**WADDY, KY 40076**

When was the debt incurred?

Number City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.2 015 | **TRAVIS E MILLER** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**PO BOX 775**
**PRESTONSBURG, KY 41653**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.2 016 | **TRAVIS FRANCIS** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**48 VISTA DRIVE**
**HAZARD, KY 41701**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                 Case number *(if know)*

---

| 4.2 017 | **TRESSIE DANIELS** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**

---
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify    **limited partner**

---

| 4.2 018 | **TROUBLESOME CREEK GAS** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 934**                                  **When was the debt incurred?**
**PRESTONSBURG, KY 41653**
---
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify    **limited partner**

---

| 4.2 019 | **TROY HAMPTON** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**4223 ROSE MARIE RD**                          **When was the debt incurred?**
**FRANKLIN, OH 45005**
---
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.2 020**

**TRUDY JOHNSON**
Nonpriority Creditor's Name
**845 MEADOWBROOK DR**
**LEXINGTON, KY 40503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.2 021**

**TRUDY K MORRIS**
Nonpriority Creditor's Name
**3910 39TH AVENUE WEST**
**BRADENTON, FL 34205**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.2 022**

**TRUMAN MESSER**
Nonpriority Creditor's Name
**PO BOX 826**
**MARTIN, KY 41649**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.2 023**

**TRUSTY MAC**

Nonpriority Creditor's Name

**189 TRUSTY LANE**
**VANCLEVE, KY 41385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.2 024**

**TYLER HAL HOBBS**

Nonpriority Creditor's Name

**3604 SUMMER BREEZE COURT**
**BOWLING GREEN, KY 42104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.2 025**

**TYLER L DAVIDSON**

Nonpriority Creditor's Name

**18 E CORNETT LN**
**CARRIE, KY 41725**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.2
026**

**TYRA NEWMAN EVANS**
Nonpriority Creditor's Name

**785 SHRYOCK FERRY ROAD
VERSAILLES, KY 40383**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number                                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **limited partner**

---

**4.2
027**

**TYSON R PORTER**
Nonpriority Creditor's Name

**710 HORIZON VIEW DRIVE
LAS CRUCES, NM 88011-8649**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number                                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **limited partner**

---

**4.2
028**

**U.S. Environmental Protection Agency**
Nonpriority Creditor's Name

**Region 4, Atlanta Federal Center
61 Forsyth St
Atlanta, GA 30303-8960**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number   **N/A**                               **$0.00**

When was the debt incurred?   **Various**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Notice party**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley** _____     Case number *(if know)* _____

---

| 4.2 029 | **Unlimited Equipment Rental** | Last 4 digits of account number | **0002** | **$148.40** |

Nonpriority Creditor's Name

**PO Box 957**
**Prestonsburg, KY 41653**

When was the debt incurred?    **2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **trade debt**

---

| 4.2 030 | **US Bank** | Last 4 digits of account number | **8046** | **$5,451.00** |

Nonpriority Creditor's Name

**200 Gibraltar Rd Ste 200**
**Horsham, PA 19044**

When was the debt incurred?    **Opened  4/01/14  Last Active 12/23/15**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- □ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

| 4.2 031 | **US Bank** | Last 4 digits of account number | **9054** | **$6,070.64** |

Nonpriority Creditor's Name

**200 Gibraltar Rd Ste 200**
**Horsham, PA 19044**

When was the debt incurred?    **Opened  8/01/13  Last Active 12/23/15**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- □ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.2 032 | **US Bank** | | | | |
|---|---|---|---|---|---|

**US Bank**

Nonpriority Creditor's Name

**200 Gibraltar Rd Ste 200**
**Horsham, PA 19044**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **2063**

When was the debt incurred?   **Opened  5/01/10  Last Active 1/26/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

$5,329.13

---

| 4.2 033 | **US Bank** |
|---|---|

**US Bank**

Nonpriority Creditor's Name

**200 Gibraltar Rd Ste 200**
**Horsham, PA 19044**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **2332**

When was the debt incurred?   **Opened  5/01/10  Last Active 1/26/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Credit Card -d/b/a Oil and Gas**

$2,528.01

---

| 4.2 034 | **US Bank, N.A.** |
|---|---|

**US Bank, N.A.**

Nonpriority Creditor's Name

**P O Box 64799**
**Saint Paul, MN 55164-0799**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **0012**

When was the debt incurred?   **8/5/08**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Overdraft protection loan**

$1,500.89

---

Debtor 1   **Charles R. Bradley**

Case number (*if know*)

---

**4.2 035**

**VALERIA AMBURGEY**
Nonpriority Creditor's Name

**23 OBSERVATORY POINTE DR**
**WILDER, KY 41076**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.2 036**

**VALERIA BOZEMAN**
Nonpriority Creditor's Name

**604 AUSTIN**
**CARTHAGE, TX 75633-1630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.2 037**

**VALERIE BARTLEY**
Nonpriority Creditor's Name

**116 CEDAR HILLS DR**
**PIKEVILLE, KY 41501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number (if know)

---

| 4.2 038 | **VAN BREEDING** | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

**226 MEDICAL PLAZA LANE**
**WHITESBURG, KY 41858**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **limited partner**

---

| 4.2 039 | **VERA L AMBURGEY** | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

**1998 DELICIOUS COURT**
**HEBRON, KY 41048**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **limited partner**

---

| 4.2 040 | **VERNA M CORNETT** | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

**6900 HOPEFUL RD APT 359**
**FLORENCE, KY 41042**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                      Case number (if know)

---

**4.2 041**

**VERNA MAE REED**
Nonpriority Creditor's Name
**PO BOX 36**
**MOUSIE, KY 41839**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

**4.2 042**

**VERNON REYNOLDS**
Nonpriority Creditor's Name
**130 SCOTT AVE**
**PIKEVILLE, KY 41501**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

**4.2 043**

**VERONCIA HARMON**
Nonpriority Creditor's Name
**36012 SERBIA SPRUCE DRIVE**
**DADE CITY, FL 33525**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.2 044 | **VERONICA HALES** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**224 BOWLES PARK D-1**
**PIKEVILLE, KY 41501**

When was the debt incurred?

Number City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.2 045 | **VICKI HOLLON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**713 SPRING BRANCH ROAD**
**CAMPTON, KY 41301**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

| 4.2 046 | **VICKI JOHNSON** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**750 SIOUX DR**
**EVANSTON, WY 82930**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**
Case number (*if know*)

---

**4.2 047**

**VICKI SETZER**
Nonpriority Creditor's Name
**76 TEXAS AVE**
**WHITESBURG, KY 41858**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.2 048**

**VICTOR CORNETT**
Nonpriority Creditor's Name
**78 WHITE WATER RD**
**PINETOP, KY 41843**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.2 049**

**VICTOR STAMPER JR**
Nonpriority Creditor's Name
**1367 SCARLETT TRL**
**NEW SMYRNA BEACH, FL 32168**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

**4.2 050**

**VICTORIA BRITTAIN**

Nonpriority Creditor's Name

**8864 WEST STATE ROAD 56**
**LEXINGTON, IN 47138**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2 051**

**VICTORIA GIBSON RICE**

Nonpriority Creditor's Name

**PO BOX 882**
**CATLETTSBURG, KY 41129**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2 052**

**VICTORIA HUBBARD**

Nonpriority Creditor's Name

**865 TOPEKA DR**
**MT CARMEL, TN 37645**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.2 053**

**VICTORIA NICKLES**

Nonpriority Creditor's Name

**PO BOX 213**
**PINE TOP, KY 41843**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                        **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.2 054**

**VIOLA HOWARD**

Nonpriority Creditor's Name

**31 SPRAGUE RD**
**BEREA, OH 44017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                        **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.2 055**

**VIOLA LITTLE**

Nonpriority Creditor's Name

**333 PENCE BRANCH ROAD**
**CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                        **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.2 056**

**VIOLET F REYNOLDS**
Nonpriority Creditor's Name
**3510 EASTON MEADOWS DRIVE #121**
**GARLAND, TX 75043**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.2 057**

**VIRGINIA D ROE**
Nonpriority Creditor's Name
**1106 WILLOW RUN RD**
**OPELIKA, AL 36801**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

**4.2 058**

**VIRGINIA GAIL BLAIR**
Nonpriority Creditor's Name
**PO BOX 16**
**HOLTON, IN 47023**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**                                              Case number (if know) _____

---

**4.2**
**059**

**VIRGINIA LONG**

Nonpriority Creditor's Name

**149 WILDCAT DR**
**RICHMOND, KY 40475**

Number City State Zip Code

**Who incurred the debt? Check one.**

�■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐■ No

☐ Yes

Last 4 digits of account number _____                     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐■ Unliquidated

☐■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐■ Other. Specify    **limited partner** _____

---

**4.2**
**060**

**VIRGINIA LYONS**

Nonpriority Creditor's Name

**3866 LONG GROVE LN**
**PORT ORANGE, FL 32129**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐■ No

☐ Yes

Last 4 digits of account number _____                     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐■ Other. Specify    **limited partner** _____

---

**4.2**
**061**

**VIRGINIA RICE POA BETTY SUE COX**

Nonpriority Creditor's Name

**1560 SUNRISE BOULEVARD**
**MONROE, MI 48162**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐■ No

☐ Yes

Last 4 digits of account number _____                     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐■ Unliquidated

☐■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐■ Other. Specify    **limited partner** _____

---

Debtor 1   **Charles R. Bradley**                                                   Case number *(if know)*

---

**4.2
062**

**VIRGINIA SLONE RICE**
Nonpriority Creditor's Name

**1560 SUNRISE BLVD
MONROE, MI 48162**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.2
063**

**VIRGINIA STANLEY**
Nonpriority Creditor's Name

**PO BOX 403
PIKEVILLE, KY 41502**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.2
064**

**VIVIAN CASEBOLT COMBS JANICE**
Nonpriority Creditor's Name

**216 MARINER POINT ROAD
LAFOLLETTE, TN 37766**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**                                          Case number *(if know)*

---

**4.2 065**

**VIVIAN HANNAH**

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.2 066**

**VIVIAN J NICKLES**

Nonpriority Creditor's Name

**PO BOX 154**
**IRVINGTON, KY 40146**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.2 067**

**VIVIAN JENKINS**

Nonpriority Creditor's Name

**206 WANDERING WALK ROAD**
**LOWGAP, NC 27024**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                    Case number (if know)

---

| 4.2 068 | **VIVIAN RITCHIE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**7612 HOME DRIVE**
**FISHERS, IN 46038**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☐ No
☐ Yes

☐ Other. Specify    **limited partner**

---

| 4.2 069 | **VOLNEY B ALLEN** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**427 KY RT 680 W**
**EASTERN, KY 41622**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☐ No
☐ Yes

☐ Other. Specify    **limited partner**

---

| 4.2 070 | **VON E HALL** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**3829 OLD FORGE ROAD**
**VIRGINIA BEACH, VA 23452**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☐ No
☐ Yes

☐ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

| 4.2 071 | **VURL D LYKINS** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **limited partner**

---

| 4.2 072 | **W DALE HALCOMB** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**3828 THREE SPRINGS RD**
**BOWLING GREEN, KY 42104**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **limited partner**

---

| 4.2 073 | **W H AND H B HARMON LIVING TRUST** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**3773 SANDHILL RD**
**PT PLEASANT, WV 25550**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

■ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

**4.2 074**

### WACO LAND COMPANY

Nonpriority Creditor's Name

_____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____       **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.2 075**

### WADE AND MELISSA BEVINS

Nonpriority Creditor's Name

**130 TWIN ACRES**
**MIDDLESBORO, KY 40965**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____       **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.2 076**

### WALBRIDGE HOLDINGS LLC

Nonpriority Creditor's Name

**655 NORTH 12TH STREET**
**GRAND JUNCTION, CO 81501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____       **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.2 077 | **WALLACE CONLEY** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 261**
**STAFFORDSVILLE, KY 41256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.2 078 | **WALT TURNER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1477 WICKS BRANCH**
**VIPER, KY 41774**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.2 079 | **WALTER J CASPER** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**212 S WILLIAMS ST APT 1**
**PAULDING, OH 45879**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**                                    Case number *(if know)*

---

| 4.2 080 | **WALTER W HOLBROOK** |
|---|---|

Nonpriority Creditor's Name

**1543 FLORENCE AVE**
**IRONTON, OH 45638**
Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.2 081 | **WALTUST REYNOLDS** |
|---|---|

Nonpriority Creditor's Name

**51 DARK HOLLOW**
**GRETHEL, KY 41631**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.2 082 | **WANDA CORNETT** |
|---|---|

Nonpriority Creditor's Name

**3819 WILDWOOD DR**
**MARION, IN 46952**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1   **Charles R. Bradley**                                     Case number (if know)

---

**4.2 083**

**WANDA HALL**

Nonpriority Creditor's Name

**544 MARKET ST**
**CHARLESTOWN, IN 47111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** ____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

**4.2 084**

**WANDA HALL ANTHONY**

Nonpriority Creditor's Name

**1624 POWER PLANT PKWY**
**HAMPTON, VA 23666**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** ____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

**4.2 085**

**WANDA RILEY**

Nonpriority Creditor's Name

**PO BOX 772**
**FRANKLIN, OH 45005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** ____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.2 086**

**WANDA STEVENS**

Nonpriority Creditor's Name

**412 CAGER BRANCH**
**HAROLD, KY 41635**

Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.2 087**

**WANDA WILSON**

Nonpriority Creditor's Name

**517 MOUNT PLEASANT STREET**
**GREENSBURG, PA 15601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

**4.2 088**

**WANDA WOOD**

Nonpriority Creditor's Name

**12644 BONE CAMP ROAD**
**NORTHPORT, AL 35475**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____      **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                        Case number *(if know)*

---

**4.2
089**

**WAYNE AND JANICE WARD**                         Last 4 digits of account number                    **Unknown**
Nonpriority Creditor's Name
**PO BOX 123**                                    When was the debt incurred?
**SHAWNEE, OH 43782**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☑ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ☑ Disputed

☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

☑ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ☑ Other. Specify    **limited partner**

---

**4.2
090**

**Wells Fargo**                                   Last 4 digits of account number                    **$394.88**
Nonpriority Creditor's Name
**PO Box 10306**                                  When was the debt incurred?        **2016**
**Des Moines, IA 50306-0306**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☑ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ☐ Disputed

☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

☑ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ☑ Other. Specify    **copier lease**

---

**4.2
091**

**WENDELL HOLMES**                                Last 4 digits of account number                    **Unknown**
Nonpriority Creditor's Name
**424 PEAR STREET**                               When was the debt incurred?
**HAZARD, KY 41701**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☑ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☑ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ☑ Disputed

☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims

☑ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ☑ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know) _____

---

**4.2 092**

**WENDY HIDALGO**
Nonpriority Creditor's Name

**10964 ADARE DRIVE**
**FAIRFAX, VA 22032**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner** _____

---

**4.2 093**

**WESLEY B REYNOLDS**
Nonpriority Creditor's Name

**3260 BENNETT SCHOOLHOUSE RD**
**WHEELERSBURG, OH 45694**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.2 094**

**WEX Bank**
Nonpriority Creditor's Name

**PO Box 6293**
**Carol Stream, IL 60197-6293**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **$6,000.00**

When was the debt incurred?   **2016** _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **fuel debt** _____

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.2 095 | **WH HARMON AND HB HARMON LVG TRST** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**3773 SANDHILL RD**
**PT PLEASANT, WV 25550**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.2 096 | **WHIT ENERGY, LLC** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**PO BOX 4370**
**SEVIERVILLE, TN 37864**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.2 097 | **WHITE BONDS INC** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**1428 NORTH HALIFAX AVE**
**DAYTONA BEACH, FL 32118**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.2 098**

**WHITLEY DELMAR**

Nonpriority Creditor's Name

**1026 HWY 134**
**HAZEL GREEN, KY 41332**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **limited partner**

---

**4.2 099**

**WHITNEY SIRVENT**

Nonpriority Creditor's Name

**3574 W HWY 501**
**CONWAY, SC 29526**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **limited partner**

---

**4.2 100**

**WILL GREEN**

Nonpriority Creditor's Name

**6297 HIGHWAY 1690**
**LOUISA, KY 41230**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number                              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)* _____

---

| 4.2 101 | **WILLARD RAYMOND NEWMAN** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**342 MONTGOMERY ROAD**
**LANCING, TN 37770**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☐ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.2 102 | **WILLIAM A MALONEY** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2937 W MISSIONWOOD CRL**
**MIRAMAR, FL 33075**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☐ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

| 4.2 103 | **WILLIAM AND BLANCHE BACK** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 979**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

☐ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

---

**4.2**
**104**

**WILLIAM AND HELEN LOFT**
Nonpriority Creditor's Name
**PO BOX 984**
**CAMARILLO, CA 93011**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2**
**105**

**WILLIAM AND MARY JOHNSON**
Nonpriority Creditor's Name
**107 HEMLOCK LANE**
**GEORGETOWN, KY 40324**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2**
**106**

**WILLIAM C RATLIFF**
Nonpriority Creditor's Name
**PO BOX 1560**
**PIKEVILLE, KY 41502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                          Case number (if know)

| 4.2 107 | **WILLIAM CARPENTER III** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.2 108 | **WILLIAM D GRAHAM** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**2308 HOLLY ROAD
CAMPTON, KY 41301**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.2 109 | **WILLIAM D SMITH JR** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 9
BARSTOW, CA 92312**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**                                      Case number *(if know)*

---

**4.2**
**110**

**WILLIAM DAVID**

Nonpriority Creditor's Name

**1117 SHAWHAN ROAD**
**MORROW, OH 45152-9696**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2**
**111**

**WILLIAM DAVID MURDOCK**

Nonpriority Creditor's Name

_____
_____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2**
**112**

**WILLIAM DIRK SMITH TRUST**

Nonpriority Creditor's Name

**116 CEDAR HILLS DR**
**PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1  **Charles R. Bradley**                                          Case number (if know) _____

---

| 4.2 113 | **WILLIAM DIXON** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1601 DUTCHMAN CREEK RD**
**TAYLORSVILLE, KY 40071**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner** _____

---

| 4.2 114 | **WILLIAM E ELLIOTT III** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1780 Floyd Street**
**SARASOTA, FL 34239**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner** _____

---

| 4.2 115 | **WILLIAM G BERSAGLIA** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**21282 MEADOW LANE**
**SUNMAN, IN 47041**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **limited partner** _____

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

---

**4.2
116**

**WILLIAM GRAHAM**

Nonpriority Creditor's Name

**2308 HOLLY ROAD
CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.2
117**

**WILLIAM H PORTER**

Nonpriority Creditor's Name

**1404 WINNS BRANCH RD
PIKEVILLE, KY 41501**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

**4.2
118**

**WILLIAM J BENTLEY**

Nonpriority Creditor's Name

**230 SPRINGHILL RD
SEYMOUR, IN 47274**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**                                                                  Case number *(if know)*

---

| 4.2 119 | **WILLIAM J COMBS** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**4591 WESTOVER PLACE**
**MORRISTOWN, TN 37813**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.2 120 | **WILLIAM J LOSEY** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**7700 W US HWY 50**
**NORTH VERNON, IN 47265**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

| 4.2 121 | **WILLIAM MAYNARD** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**3134 HALF CIRCLE ROAD**
**NORCO, CA 92860**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number (if know)

---

| 4.2 122 | **WILLIAM R AND MARY JOHNSON** | | Last 4 digits of account number | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**107 HEMLOCK LANE**
**GEORGETOWN, KY 40324**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.2 123 | **WILLIAM REED GRAHAM** | | Last 4 digits of account number | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2308 HOLLY ROAD**
**CAMPTON, KY 41301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

| 4.2 124 | **WILLIAM RUNNELS** | | Last 4 digits of account number | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**121 SIERRA TRL**
**MOREHEAD, KY 40351**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                          Case number (if know)

---

| 4.2 125 | **WILLIAM RUSSELL ROBERTS** | | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3326 LONGBRANCH DRIVE**
**FALLS CHURCH, VA 22041**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.2 126 | **WILLIAM S KENDRICK** | | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3224 BEAUMONT CTR CRL**
**LEXINGTON, KY 40513**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

| 4.2 127 | **WILLIAM S SMITH** | | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**21387 COUNTY ROAD D**
**ARCHBOLD, OH 43502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

| 4.2 128 | **WILLIAM SMITH** | | Last 4 digits of account number | | | Unknown |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3184 GERRARD AVE**
**INDIANAPOLIS, IN 46224**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.2 129 | **WILLIAM SPEARS** | | Last 4 digits of account number | | | Unknown |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.2 130 | **WILLIAM WEINBERG** | | Last 4 digits of account number | | | Unknown |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 1318**
**HINDMAN, KY 41822**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

| 4.2 131 | | |
|---|---|---|

**WILLIE KAZEE**

Nonpriority Creditor's Name

**6430 OAKHURST PLACE**
**DAYTON, OH 45414**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

| 4.2 132 | | |
|---|---|---|

**WILLIS AND LULA WELLS**

Nonpriority Creditor's Name

**PO BOX 103**
**SMILAX, KY 41764**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **limited partner**

---

| 4.2 133 | | |
|---|---|---|

**WILLIS CHAFFIN**

Nonpriority Creditor's Name

**163 CHAPEL ROAD**
**LOUISA, KY 41230**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

---

Debtor 1    **Charles R. Bradley**                                                    Case number *(if know)*

---

**4.2
134**

**WILLIS D NEWMAN**

Nonpriority Creditor's Name

**PO BOX 241**
**HI HAT, KY 41636**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2
135**

**WILLIS STRONG**

Nonpriority Creditor's Name

**PO BOX 7**
**DWARF, KY 41739**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

**4.2
136**

**WILLLIAM AND BLANCHE BACK**

Nonpriority Creditor's Name

**PO BOX 979**
**JACKSON, KY 41339**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number (if know)

---

**4.2
137**

**WILMA CORNETT**

Nonpriority Creditor's Name

**540 S ORCHARD ST.**
**KENDALLVILLE, IN 46755**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | | | | **Unknown** |
|---|---|---|---|---|

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.2
138**

**WILMA F HOLLON**

Nonpriority Creditor's Name

**PO BOX 41**
**501 NORTH BROADWAY**
**BLANCHESTER, OH 45107**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | | | | **Unknown** |
|---|---|---|---|---|

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.2
139**

**WILMA HUGHES**

Nonpriority Creditor's Name

**PO BOX 227**
**LITT CARR, KY 41834**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | | | | **Unknown** |
|---|---|---|---|---|

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

| 4.2 140 | **WILMA J SWOPE** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**1334 RED LICK ROAD**
**BEREA, KY 40403**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.2 141 | **WILMA JAYNE** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

| 4.2 142 | **WILMA MCMACKIN** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **limited partner**

---

Debtor 1    **Charles R. Bradley**    _____    Case number (if know) _____

---

**4.2
143**

**WINIFRED HAYEK**
Nonpriority Creditor's Name
**105 HATTON PLACE**
**GLEN MILLS, PA 19342**
Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.2
144**

**WINIFRED SEXTON**
Nonpriority Creditor's Name
**7761 W COUNTY RD 200 S**
**FARMLAND, IN 47340**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **limited partner**

---

**4.2
145**

**Workman, Larry**
Nonpriority Creditor's Name
**781 Sorwood Drive**
**Louisa, KY 41230**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$4,750.00**

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **work performed**

---

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.2
146**

### WYATT A GARRED
Nonpriority Creditor's Name
**704 RUTGERS PLACE
SUN CITY CENTER, FL 33573**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.2
147**

### WYATT H AMBURGEY
Nonpriority Creditor's Name
**PO BOX 152
PINETOP, KY 41843**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

**4.2
148**

### YVONNE CORNETT
Nonpriority Creditor's Name
**PO BOX 726
HINDMAN, KY 41822**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **limited partner**

---

Debtor 1    **Charles R. Bradley**

Case number *(if know)*

---

| 4.2 149 | **YVONNE FAIR** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 751**
**HINDMAN, KY 41822**

Number City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **limited partner**

---

| 4.2 150 | **YVONNE PRATT** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**228 FRANCIS HOLLOW RD**
**HINDMAN, KY 41822**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **limited partner**

---

| 4.2 151 | **YVONNE TURNER** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO BOX 514**
**MAUGANSVILLE, MD 21767**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **limited partner**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**

Case number *(if know)*

---

**4.2
152**

**ZALIE COMBS**

Nonpriority Creditor's Name

**PO BOX 57
MOUSIE, KY 41839**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.2
153**

**ZEPHIE REED**

Nonpriority Creditor's Name

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

**4.2
154**

**ZIEGLER JAY/TRUSTEE ZIEGLER TRUST**

Nonpriority Creditor's Name

**1115 RIVIERA DRIVE
PASADENA, CA 91107**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **limited partner**

---

Debtor 1  **Charles R. Bradley**

Case number *(if know)*

| 4.2 155 | | |
|---|---|---|

**ZOLA K STACY**

Nonpriority Creditor's Name

**PO BOX 1204**
**HAZARD, KY 41702**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **limited partner**

---

**Part 3:     List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address

**EQT Corporation**
**100 EQT Way**
**Pikeville, KY 41501**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.646** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address

**Jill Hall Rose, Esq.**
**Kim Garrison, Esq.**
**154 N. Ashland Ave**
**Lexington, KY 40502**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.374** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:     Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 2,004,352.57 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 2,004,352.57 |

|  | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 3,826,539.10 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 3,826,539.10 |

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Charles R. Bradley** |
| | First Name              Middle Name              Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name              Middle Name              Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Dwight Prater**<br>**60 Bosco Tipple Rd**<br>**Hueysville, KY 41640** | **Assignment of leases granting 1/2 interest in Collins Heirs, Shepherd wells to debtor, who is required to operate wells at his cost.** |
| 2.2 | **University of Kentucky - K Fund**<br>**Lexington, KY 40506** | **Pledge agreement for future contributions to UK Athletic Department** |
| 2.3 | **Wells Fargo**<br>**PO Box 10306**<br>**Des Moines, IA 50306-0306** | **copier lease** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Charles R. Bradley** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Big Branch, LLC**<br>P O Box 934<br>Prestonsburg, KY 41653 | ■ Schedule D, line __2.14__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**U.S. Bank N.A.** |
| 3.2 | **Charles W. "Trenton" Bradley**<br>427 E. Seneca St.<br>Ithaca, NY 14850 | ■ Schedule D, line __2.5__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Elmira Savings Bank** |
| 3.3 | **Deer Lick Partners, LLP** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.409__<br>☐ Schedule G _____<br>**Community Trust Bank** |

| Debtor 1 | **Charles R. Bradley** | Case number *(if known)* |
|----------|------------------------|--------------------------|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4 **Ethel P. Bradley**<br>**c/o Louis P. Winner, Esq.**<br>**462 S. Fourth St., Ste. 101**<br>**Louisville, KY 40202** | ■ Schedule D, line ___2.17___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**US Bank, N.A.** |
| 3.5 **Ethel P. Bradley**<br>**c/o Louis P. Winner, Esq.**<br>**462 S. Fourth st., ste. 101**<br>**Louisville, KY 40202**<br>**2014 taxes only** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___2.10___<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.6 **John Gray**<br>**277 W High St**<br>**Lexington, KY 40507** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.409___<br>☐ Schedule G _____<br>**Community Trust Bank** |
| 3.7 **Leatherwood Partnership of Floyd County** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.409___<br>☐ Schedule G _____<br>**Community Trust Bank** |
| 3.8 **Little Deer Lick Partners** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.409___<br>☐ Schedule G _____<br>**Community Trust Bank** |
| 3.9 **Troublesome Creek Gas Corp**<br>**P O Box 934**<br>**Prestonsburg, KY 41653** | ■ Schedule D, line ___2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Citizens Bank of Kentucky** |
| 3.10 **Troublesome Creek Gas Corp**<br>**P O Box 934**<br>**Prestonsburg, KY 41653** | ■ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Citizens Bank of Kentucky** |

| Debtor 1 | **Charles R. Bradley** | Case number *(if known)* |
|---|---|---|

■ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11 | **Troublesome Creek Gas Corp**<br>P O Box 934<br>Prestonsburg, KY 41653 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.374__<br>☐ Schedule G _____<br>**Citizens Bank of Kentucky** |
| 3.12 | **Troublesome Creek Gas Corp**<br>P O Box 934<br>Prestonsburg, KY 41653 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.410__<br>☐ Schedule G _____<br>**Community Trust Bank, Inc.** |
| 3.13 | **Troublesome Creek Gas Corp.**<br>P O Box 934<br>Prestonsburg, KY 41653 | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**1st Trust Bank of Hazard, Inc.** |
| 3.14 | **Troublesome Creek Gas Corp.**<br>P O Box 934<br>Prestonsburg, KY 41653 | ■ Schedule D, line __2.14__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**U.S. Bank N.A.** |
| 3.15 | **Troublesome Creek Gas Corporation**<br>P O Box 934<br>Prestonsburg, KY 41653 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.646__<br>☐ Schedule G _____<br>**EQT Corporation** |
| 3.16 | **Troublesome Creek Gas Corporation**<br>P O Box 934<br>Prestonsburg, KY 41653 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1723__<br>☐ Schedule G _____<br>**Richard Parks** |
| 3.17 | **Troublesome Creek Gas Corporation**<br>P O Box 934<br>Prestonsburg, KY 41653 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.185__<br>☐ Schedule G _____<br>**Big Sandy Gas Pipeline LLC** |

| Debtor 1 | **Charles R. Bradley** | Case number *(if known)* | |
|---|---|---|---|

| **Additional Page to List More Codebtors** | |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.18 | **Troublesome Creek Gas Corporation**<br>**P O Box 934**<br>**Prestonsburg, KY 41653** | ■ Schedule D, line ___2.15___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**United Bank** |
|---|---|---|

| 3.19 | **Troublesome Creek Gas Corporation**<br>**P O Box 934**<br>**Prestonsburg, KY 41653** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.718___<br>☐ Schedule G _____<br>**First Commonwealth Bank** |
|---|---|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Charles R. Bradley** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Charles R. Bradley** | X |
|---|---|
| **Charles R. Bradley** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date  **October 21, 2016** | Date |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Charles R. Bradley** |
| | First Name                     Middle Name                     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                     Middle Name                     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an
  amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy       4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year before that:** **(January 1 to December 31, 2014 )** | ☐ Wages, commissions, bonuses, tips | **$5,817,135.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Charles R. Bradley**                                            Case number *(if known)*

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| **For the calendar year:**<br>**(January 1 to December 31, 2013 )** | ☐ Wages, commissions,<br>bonuses, tips | **$1,117,586.00** | ☐ Wages, commissions,<br>bonuses, tips |  |
|  | ■ Operating a business |  | ☐ Operating a business |  |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2015 )** | **capital gain from sale<br>of stock - American<br>Capital Partners, LLC** | **$1,647.07** |  |  |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2014 )** | **Capital gain or loss** | **$5,817,135.00** |  |  |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

■    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount<br>paid** | **Amount you<br>still owe** | **Was this payment for ...** |
|---|---|---|---|---|
|  |  |  |  |  |

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Charles R. Bradley** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

   ☑ Married
   ☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |
| | | | |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2014 )** | ☐ Wages, commissions, bonuses, tips | **$5,817,135.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**                                             Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For the calendar year:**<br>**(January 1 to December 31, 2013 )** | ☐ Wages, commissions, bonuses, tips | $1,117,586.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2015 )** | **capital gain from sale of stock - American Capital Partners, LLC** | $1,647.07 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2014 )** | **Capital gain or loss** | $5,817,135.00 | | |

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ■ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

| Debtor 1 | **Charles R. Bradley** | | Case number *(if known)* | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
| --- | --- | --- | --- | --- |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
| --- | --- | --- | --- | --- |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
| --- | --- | --- | --- |
| **Ethel Polly Bradley vs. Charles R. Bradley Charles R. Bradley**<br>**16-CI-00043** | divorce | **Floyd Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Sandy Valley Gas, Inc., et al. vs. Charles R. Bradley, et al.**<br>**16-CI-0004** | foreclosure | **Johnson Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Sandy Valley Gas, Inc., et al. vs. Charles R. Bradley, et al.**<br>**15-CI-279** | foreclosure | **Magoffin Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Sandy Valley Gas, Inc., vs. Charles R. Bradley, et al.**<br>**16-CI-0001** | foreclosure | **Lawrence Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Citizens Bank of Kentucky, Successor in Interest to Citizens National Bank vs. Troublesome Creek Gas Cororation and Charles R. Bradley**<br>**16-CI-00594** | collection | **Floyd Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Charles R. Bradley**                                                                Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Cheyenne Combs, Jessica Tibbs, and<br>Kristin Neace vs. Basin Operating Account,<br>LLC, Basin Parters Truste, LLC and<br>Charles R. Bradley<br>16-CI-420 | | Floyd Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Paradise Mobile Homes, Inc. vs.<br>Troublesome Creek Gas C orporation;<br>Charles R. Bradley d/b/a Basin Company;<br>and Cimarex Energy Co.<br>16-CI-73 | collection | Breathitt Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Troublesome Creek Gas Corporation vs. Hershel Gibson, et al.<br>11-CI-0011 | | Knox County Fiscal Court<br>401 Court Square, Suite 6<br>P.O. Box 173<br>Barbourville, KY 40906 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:   List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Debtor 1    **Charles R. Bradley**                                                  Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year:** (January 1 to December 31, 2013 ) | ☐ Wages, commissions, bonuses, tips | **$1,117,586.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit income; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2015 ) | **capital gain from sale of stock - American Capital Partners, LLC** | $1,647.07 | | |
| **For the calendar year before that:** (January 1 to December 31, 2014 ) | **Capital gain or loss** | **$5,817,135.00** | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ■ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor 1 | **Charles R. Bradley** | | Case number *(if known)* | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Ethel Polly Bradley vs. Charles R. Bradley Charles R. Bradley 16-CI-00043** | **divorce** | **Floyd Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Sandy Valley Gas, Inc., et al. vs. Charles R. Bradley, et al. 16-CI-0004** | **foreclosure** | **Johnson Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Sandy Valley Gas, Inc., et al. vs. Charles R. Bradley, et al. 15-CI-279** | **foreclosure** | **Magoffin Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Sandy Valley Gas, Inc., vs. Charles R. Bradley, et al. 16-CI-0001** | **foreclosure** | **Lawrence Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Citizens Bank of Kentucky, Successor in Interest to Citizens National Bank vs. Troublesome Creek Gas Cororation and Charles R. Bradley 16-CI-00594** | **collection** | **Floyd Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Statement of Financial Affairs for Individuals Filing for Bankruptcy

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**                                               Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Cheyenne Combs, Jessica Tibbs, and<br>Kristin Neace vs. Basin Operating Account,<br>LLC, Basin Parters Truste, LLC and<br>Charles R. Bradley<br>16-CI-420 | | Floyd Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Paradise Mobile Homes, Inc. vs.<br>Troublesome Creek Gas C orporation;<br>Charles R. Bradley d/b/a Basin Company;<br>and Cimarex Energy Co.<br>16-CI-73 | collection | Breathitt Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Troublesome Creek Gas Corporation vs. Hershel Gibson, et al.<br>11-CI-0011 | | Knox County Fiscal Court<br>401 Court Square, Suite 6<br>P.O. Box 173<br>Barbourville, KY 40906 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Debtor 1    **Charles R. Bradley**

Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Cheyenne Combs, Jessica Tibbs, and**<br>**Kristin Neace vs. Basin Operating Account,**<br>**LLC, Basin Parters Truste, LLC and**<br>**Charles R. Bradley**<br>**16-CI-420** | | **Floyd Circuit Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Paradise Mobile Homes, Inc. vs.**<br>**Troublesome Creek Gas C**<br>**orporation;**<br>**Charles R. Bradley d/b/a Basin**<br>**Company;**<br>**and Cimarex Energy Co.**<br>**16-CI-73** | collection | **Breathitt Circuit Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Troublesome Creek Gas**<br>**Corporation vs. Hershel Gibson, et**<br>**al.**<br>**11-CI-0011** | | **Knox County Fiscal Court**<br>**401 Court Square, Suite 6**<br>**P.O. Box 173**<br>**Barbourville, KY 40906** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

| Debtor 1 | **Charles R. Bradley** | | Case number *(if known)* |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| American Capital Partners<br>205 Oser Avenue<br>Hauppauge, NY 11788 | sale of 125 shares of Facebook on 7/30/15 and sale of 717 shares of Lifelock on 7/6/15 | $1,647.07 | 7/16 |
| American Capital Partners | stocks sold | $23,800.00 | 10/16 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**

Case number *(if known)*

**beneficiary?** (These are often called *asset-protection devices.*)

�■ No

☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No

☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No

☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No

☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Charles R. Bradley**

Case number *(if known)*

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Basin Energy Company**<br>**P O Box 934**<br>**Prestonsburg, KY 41653** | **Oil & Gas operations**<br><br>**Lynnette Schindler** | EIN:    **61-1187129**<br><br>From-To |
| **Arnold Avenue Properties**<br>**P O Box 934**<br>**Prestonsburg, KY 41653** | | EIN:<br><br>From-To |
| **Millbranch Oil & Gas** | | EIN:<br><br>From-To |
| **Russell Shepherd #1 Joint Ventures** | | EIN:<br><br>From-To |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                        Case number (*if known*)

---

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐  No
■  Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Bank of Hindman | annually |
| Citizens National Bank | annually |
| Community Trust Bank | annually |
| Elmira Savings Bank | annually |
| First Commonwealth Bank | annually |
| First Trust Bank | annually |
| Inez Bank | annually |
| Louisa Bank | annually |
| US Bank | annually |
| EQT | annually |

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Charles R. Bradley**
**Charles R. Bradley**                                      **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **October 21, 2016**                                Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Charles R. Bradley**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District of Kentucky

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income    12/15

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).**

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | $ 0.00 | $ |

| 5. | **Net income from operating a business, profession, or farm** | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|---|
| | Gross receipts (before all deductions) | | $ 0.00 | | |
| | Ordinary and necessary operating expenses | | -$ 0.00 | | |
| | Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ 0.00 | $ |

| 6. | **Net income from rental and other real property** | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|---|
| | Gross receipts (before all deductions) | | $ 0.00 | | |
| | Ordinary and necessary operating expenses | | -$ 0.00 | | |
| | Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ 0.00 | $ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Charles R. Bradley**                                                      Case number (*if known*)

|  |  | Column A<br>**Debtor 1** | Column B<br>**Debtor 2** |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. | **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ....................................................... $ 0.00

For your spouse ......................................... $

| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 0.00 | $ |
|---|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ 0.00 | $ |
|  | Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.**

Add lines 2 through 10 for each column.

Then add the total for Column A to the total for Column B.

$ 0.00  + $             = $ 0.00

| Debtor 1 | **Charles R. Bradley** | | Case number (*if known*) | |
|---|---|---|---|---|

---

| **Part 2:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Charles R. Bradley**

**Charles R. Bradley**
Signature of Debtor 1

Date **October 21, 2016**
MM / DD  / YYYY

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Kentucky

| | |
|---|---|
| In re    **Charles R. Bradley** | Case No. |
| Debtor(s) | Chapter   **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.  $ __**0.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **All Chapter 11 general counsel services.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 21, 2016** | **/s/ Dean A. Langdon** |
| *Date* | **Dean A. Langdon** |
| | *Signature of Attorney* |
| | **DelCotto Law Group PLLC** |
| | **200 North Upper Street** |
| | **Lexington, KY 40507-1017** |
| | **(859) 231-5800   Fax: (859) 281-1179** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **Charles R. Bradley**                                                    Case No.

                                    Debtor(s)          Chapter    **11**

# VERIFICATION OF MAILING LIST MATRIX

I,  **Charles R. Bradley**  , the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of  **198**  page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:  **October 21, 2016**                              **/s/ Charles R. Bradley**
                                                **Charles R. Bradley**
                                                Signature of Debtor

I,          **Dean A. Langdon**          , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of  **198**  page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **October 21, 2016**                              **/s/ Dean A. Langdon**
                                                Signature of Attorney
                                                **Dean A. Langdon**
                                                **DelCotto Law Group PLLC**
                                                **200 North Upper Street**
                                                **Lexington, KY 40507-1017**
                                                **(859) 231-5800   Fax: (859) 281-1179**

1st Trust Bank of Hazard, Inc.
24 Commerce Dr.
Hazard KY 41701


A COW HOLBROOK INC


AARON L BAKER
143 SUMMERFIELD CRL
GROVETOWN GA 30813


AARON MORRIS
117 ROLLING HILLS RD
RUSSELL SPRINGS KY 42642


AARON NICKLES
1626 ELIZABETH DR
THOMSON GA 30824


ABBIE STALLARD-BAILEY
67 HIGH STREET
JENKINS KY 41537


Action Auto Supply
6298 Highway 15
Whitesburg KY 41858


ADA CLEM
163 E LOUDON AVENUE
LEXINGTON KY 40505


ADA WARD TRUST


ADEAN COMBS
111 W CLARK STREET
SWAYZEE IN 46986


ADINAH CORNETT
2840 CARAMBOLA CRL S
COCONUT CREEK FL 33066

ADRIAN NICKLES
BOX 1974 HWY 582
PINE TOP KY 41843


AFORCE INC
6 MAIN STREET
OCEANPORT NJ 07757


Aimco-Palazzo at Park La Brea
5680 Greenwood Plaza
Suite 350
Greenwood Village CO 80111


ALBERT AND KATHRYN BECKER
718 S EIGHTH AVE
GALLOWAY NJ 08205


ALBERT LITTLE
PO BOX 87
CAMPTON KY 41301


ALBERTA TRUSTY
1462 LEMKE RD
BEAVER CREEK OH 45434


ALBON MEADE
PO BOX 337
STANVILLE KY 41659


ALBON MEADE & SONS CONSTRUCTION
PO BOX 337
STANVILLE KY 41659


ALBON WADE MEADE
PO BOX 441
PRESTONSBURG KY 41653


ALCIE COMBS ESTATE-JAMES D WALLEN EXEC
PO BOX 1349
PIKEVILLE KY 41502


ALEX M JOHNSON III
5028 SOUTH CROSS POINT CIRCLE
RICHMOND KY 40475

ALEXANDRA M SPARKS
700 SPOUT SPRINGS ROAD
IRVINE KY 40336


ALEXXA KAY PARTNERS
PO BOX 159
HAROLD KY 41635


ALEXXA KAY PARTNERS 2
PO BOX 159
HAROLD KY 41635


ALICE F SIMPSON
9901 WINDFALL TRACE
LOUISVILLE KY 40223


ALICE HADDIX
PO BOX 72
VANCLEVE KY 41385


ALICE HALL-ADM ESTATE OF SERENA CORNETT


ALICE JUNE ROTH
1897 HICKORY RIDGE DRIVE
DAYTON OH 45432


ALICE SLONE CLICK
7805 CARTER DRIVE
WAYNESVILLE OH 45068


ALLEN CASEBOLT
7682 REIDENBAUGH ROAD
CONVOY OH 45832


ALLYSON JUSTICE
PO BOX 2198
PIKEVILLE KY 41502


ALMA CAUDILL
790 HWY 2035
WHITESBURG KY 41858

ALMA CODY
51 MAURICE CODY LN
AMBURGEY KY 41773


ALMA LAND CO


ALTA COMBS
PO BOX 41
BLANCHESTER OH 45107


ALTON L CORNETT
6055 FILAGER RD
BATAVIA OH 45103


ALVA MITCHELL
PO BOX 130
TEABERRY KY 41660


ALVIE RATLIFF


ALYSSA NEWMAN
104 STRAIGHT ROW
JENKINS KY 41537


AMON G CARTER FOUNDATION
201 MAIN STREET SUITE 1945
FORT WORTH TX 76102-3105


AMY BUSH GROW
PO BOX 938
BEATTYVILLE KY 41311


AMY MCVEY
621 HUNTERS GREEN CT
LEXINGTON KY 40509


AMY SPARKS
4603 MOBIUS RD
FAYETTEVILLE NC 28312

AMY THOMPSON
138 MARNE DR
HUNTINGTON WV 25705


ANACONDA PRODUCTION 1 LLC
2365 HARRODSBURG ROAD SUITE A110
LEXINGTON KY 40504


ANDREW ADAMS


ANDREW GRAHAM
1058 TERRILL ROAD
CAMPTON KY 41301


ANDREW H GRIFFITH
2141 MILLS LN
FRANKFORT KY 40601


ANDREW MOORE


ANDREW SHORT
412 TRIPLE CROWN WAY
MARYSVILLE OH 43040


ANDY ADAMS
55 VERNE HORNE DR
STAFFORDSVILLE KY 41256


ANGELA SPIRES


ANGELENA COLLINS
150 QUAIL RIDGE
PRESTONSBURG KY 41653


ANGIE LAVERNE CRACE


ANITA GIBSON
1049 HIGH POINT DRIVE
NICHOLASVILLE KY 40356

ANITA HAJIVANDI
37817 ST RTE 124
POMEROY OH 45769


ANITA KAREN EMERSON
11314 STAR RT 118
VAN WERT OH 45891


ANITA WHITAKER JONES
500 CURD LANE
WILMORE KY 40390


ANN BRONSON
1179 N DICKSON ST
KIRKWOOD MO 63122


ANN J PRATT
101 S HANOVER AVE #2H
LEXINGTON KY 40502


ANN MEADE
244 E TIVERTONWAY
LEXINGTON KY 40517


ANNA ADAMS
199 4B RACING RD
BLACKEY KY 41804


ANNA HUFF
5633 E 900 N
KENDALLVILLE IN 46755


ANNA ISON
PO BOX 94
ELLIOTTVILLE KY 40317


ANNA J LYNCH
1512 BLAIR BRANCH RD
JEREMIAH KY 41826


ANNA M ALLEN
PO BOX 76
VANCLEVE KY 41385

ANNA M LEEDY
3105 MOHAWK ST
MIDDLETOWN OH 45044


ANNA SUE WALLEN CHAFFINS
PO BOX 002
MOUSIE KY 41839


ANNA TYRA
84 TERRILL ROAD
CAMPTON KY 41301


ANNE B MILLER
8921 NEWTON DR
LANTANA TX 76226


ANNE G ROGERS


ANNETTE MINIARD
1041 MUDLICK RD
YEADDISS KY 41777


ANNIE L WORKMAN
352 STARBYCJ ROAD
SUMMERSVILLE WV 26657


ANNIE M COLLINS
150 QUAIL RIDGE
PRESTONSBURG KY 41653


ANTHONY BLAIR
490 LETCHER DR
JEREMIAH KY 41826


ANTHONY CARPENTER


ANTHONY FORLINI
6 MAIN STREET
OCEANPORT NJ 07757

ANTHONY MCPEEK
2449 OLDE BRIDGE LANE
LEXINGTON KY 40513


ANTHONY NICKLES
162 HERB MOONEYHAM RD
SPENCER TN 38585


APRIL BACK STEVENS
123 4B RACING RD
LETCHER KY 41832


ARCH BREWER
932 BELCHER FORK
JACKSON KY 41339


ARCHROCK/EXTERRAN
P O Box 201160
Dallas TX 75320-1160


ARDELL S CAMPBELL
105 SCHOOLHOUSE RD
LIBERTY KY 42539


ARGONAUT INC
194 MEADOWVIEW STREET
PIKEVILLE KY 41501


ARIZONA ADAMS
334 BLAIR BRANCH ROAD
JEREMIAH KY 41826-9021


ARLENA SISK


ARNOLD PARKS
355 SHOCKEY FORK RD
CAMPTON KY 41301


ARNOLD TURNER JR
PO BOX 527
ALLEN KY 41601

ARTHUR MARSHALL
1907 N CARPENTER RD
TITUSVILLE FL 32796


ARTIE SHEPHERD
11298 HWY 7 S
BLACKEY KY 41804


ARVEL AMBURGEY
PO BOX 185
PINE TOP KY 41843


ATHA CLAUDE SWINEY
266 BOURBON ACRES ROAD
PARIS KY 40361


AUBREY BRANSON SR
PO BOX 202
COLLINS MO 64738


AUDIE BANKS
1030 GOSHEN RD
WINCHESTER KY 40391


AUDIE BANKS
PO BOX 912
WINCHESTER KY 40392


AUDREY GRIFFITH
490 W MICHIGAN ST
CLAYTON IN 46118


Auto Mart
P O Box 450
Hindman KY 41822


AVA BLAIR
172 PARADISE LN
WILLIAMSBURG OH 45176


AVANELL PURDY
12345 BEESTONE LN
RALEIGH NC 27614

AVELENIA PARSONS
97 BEAVERDAM RD
WHITESBURG KY 41858


AVERY C EVERIDGE
7801 HALIFAX LN
LAFAYETTE IN 47903


B G LOVINS
6741 KY HWY 741
JACKSON KY 41339


B J THORNE
2540 LEE RD
MIMS FL 32754


B W HENSON
PO BOX 511
JACKSON KY 41339


BAILEY NATURAL GAS LLC
PO BOX 3098
PIKEVILLE KY 41502


BALANCING ROYALTY HINKLE H2


BALLARD BOGGS
4909 McCORMICK RD
MT. STERLING KY 40353


BALLARD RAY
PO BOX 216
HAROLD KY 41635


BANK OF JACKSON


BANKS CHARLES
394 SOUTH MORGUE FORK
VANCLEVE KY 41385

BANKS JAMES ADRIAN
2575 HOLLY ROAD
CAMPTON KY 41301


BANKS JARED
482 SOUTH MORGUE FORK
VANCLEVE KY 41385


BARB BREWER
13643W 575S
SANDBORN IN 47578


BARBARA ANN MCBAY


BARBARA BAKER
1447 COTSWOLD LN
HAMILTON OH 45013


BARBARA D MADDEN
30 WHITE WATER RD
PINETOP KY 41843


BARBARA DYE
3484 LANNETTE LANE
LEXINGTON KY 40503


BARBARA F AMBURGEY
1620 MCBRAYER ROAD
CLEARFIELD KY 40313


BARBARA GIRDLEY
412 OAK STREET
RICHMOND KY 40475


BARBARA HALL HANDSHOE
6263 OLIVER ROAD
GREENVILLE OH 45331


BARBARA J NOBLE
PO BOX 303
STANTON KY 40380

BARBARA L SLONE
4624 LITTLE LEATHERWOOD CRK RD
CORNETTSVILLE KY 41731


BARBARA REICH
17719 CARTHAGE AVENUE
SPRING HILL FL 34610


BARBARA RICKLEMAN
155 EAST BRANCH RD
EAST BERNSTADT KY 40729


BARBARA SLONE
1878 HWY 582
MALLIE KY 41836


BARRY GENE MAYNARD
3941 RIGHT FORK OF BRUSHY RD
VARNEY KY 41571


BARRY H BRONSON
4200 BRIDGEWATER WAY APT 101
LEXINGTON KY 40509


BARRY NICKLES
1502 TUNNEL MILL ROAD
CHARLESTOWN IN 47111


BART RISNER
2780 OLD GAINSVILLE RD
SCOTTSVILLE KY 42164


BEATRICE DIXON
101 BRENTLAWN ROAD
FRANKFORT KY 40601-9779


BELINDA ROBERTSON
PO BOX 54
LOUISA KY 41230


BELINDA SIPOS
3056 ELIZABETH ST
INDIANAPOLIS IN 46234-1615

BEN A CORNETT
2691 EAST 400 NORTH
RENSSELAER IN 47978


BENJAMIN CARROLL
PO BOX 2443
HONOLULU HI 96804


BENJAMIN CASEBOLT
123 OAKLAND AVENUE
SPENCERVILLE OH 45887


BENJAMIN H LYKINS


BENJAMIN L SMITH
21387 COUNTY ROAD D
ARCHBOLD OH 43502


Benjamin Mosley
PO Box 1041
Hindman KY 41822


BENNIE SEXTON
RR3 BOX 303-48A
BLOOMFIELD IN 47424


BENNY R MEADE


BERNARD N NEWMAN
237 RANDLE AVENUE
OAK HILL FL 32759


BERNICE CONRAD
101 RIDGEWAY DR
BRIDGEPORT WV 26330


BERNICE HOWELL
635 WHITAKER ST
MOREHEAD KY 40351

BERNICE SMITH
3017 LITTLE LEATHERWOOD ROAD
CORNETTSVILLE KY 41731


BERNIE JACOBS


BERNIECE LAMPERT
41 PARKSIDE AVE
LAWRENCEBURG IN 47025


BERRONG LAND SERVICE INC
1724 HEADLEY GREEN
LEXINGTON KY 40504-2399


BERRY COMBS
1653 BEATTYVILLE RD
JACKSON KY 41339


BESSIE HOFMANN


BESSIE SLONE HALE
6608 SLEEPY HOLLOW PKWY
HILLSBORO OH 45133-9397


BETHANY BOLENDER
4263 TROTTERS WAY
BATAVIA OH 45103


BETHLEE SMITH
PO BOX 33
MOUSIE KY 41839


BETTY A CRAWFORD
3262 COUNTY ROAD 721 LOOP
MOORE HAVEN FL 33471


BETTY DAVIS
4608 BURCHDALE ST
KETTERING OH 45440

BETTY ESTHER PUCKETT
PO BOX 333
HAGER HILL KY 41222


BETTY GENTRY
897 TURKEY FOOT RD
LEXINGTON KY 40502


BETTY HYATT
221 GALBRAITH CREEK ROAD
BRYSON CITY NC 28713


BETTY J CORNETT
125 MILITAW RD
SOMERSET KY 42501


BETTY J HALL
PO BOX 2316
PIKEVILLE KY 41502


BETTY J HUNT
578 PETER PAN AVENUE
CROSSVILLE TN 38572


BETTY J LOVERIDGE
103 HILLSIDE AVE
ORLANDO FL 32803-6001


BETTY JEAN CARTER


BETTY JO BOLEN
14955 APPLE BLOSSOM DRIVE
WHEATFIELD IN 46392


BETTY JO PRATT
3480 LANNETTE LN
LEXINGTON KY 40503


BETTY L HOLBROOK
48 HOLIDAY HILLS
CLAY CITY KY 40312

BETTY MAYNARD
4512 RIGHT FORK OF BRUSHY RD
VARNEY KY 41571


BETTY MOSLEY
PO BOX 637
HINDMAN KY 41822


BETTY NICKLES
997 HWY 160 S APT 48
HINDMAN KY 41822


BETTY ROBERTS
8103 N ST RD 9
KENDALLVILLE IN 46755


BETTY S RAY
1024 SHORE DRIVE
ST AUGUSTINE FL 32086


BETTY S SIMPSON
840 MEADOWBROOK DR
LEXINGTON KY 40503


BETTY SCOTT
10 YELLOW DELICIOUS DRIVE
JACKSON OH 45640


BETTY STAMPER
1720 BURGEYS CRK RD
MALLIE KY 41836


BETTY WEBB
3511 POLLS CREEK RD
SMILAX KY 41764-8830


BETTY WHITAKER
75 SUGAR RUN ROAD
WHITESBURG KY 41858


BEULAH ARMSTRONG
4859 LOXLEY DR
DAYTON OH 45439

BEULAH RUTH
5621 BUELL ST
TALBOTT TN 37877


BEVERLY A GOBLE
544 N CENTRAL AVE
PRESTONSBURG KY 41653


BEVERLY DAVIDSON
7437 COUNTRY WALK DR
CARLISLE OH 45005


BEVERLY PARRISH REYNOLDS
PO BOX 3112
PIKEVILLE KY 41502


BIG JESSE COAL COMPANY
PO BOX 2385
PIKEVILLE KY 41502


BIG LIME PARTNERS
130 SCOTT AVE
PIKEVILLE KY 41501


Big Sandy Gas Pipeline LLC
5400 Westheimer Ct
Houston TX 77056-5310


BILL C PERKINS
6833 RESOLUTE RD
KNOXVILLE TN 37918


BILL G BRANHAM
1172 PINE CREEK CIRCLE NE
PALM BAY FL 32905


BILL LAFON
PO BOX 219
ROBINSON CREEK KY 41560


BILLIE R GAYHEART
42 LEE GAYHEART DRIVE
LEBURN KY 41831

BILLY A FORBESS
227 SOUTH ASHLAND AVENUE
LEXINGTON KY 40502


BILLY C SMITH
1829 SPARROW AVE
INDIANAPOLIS IN 46227


BILLY CAUDILL
11614 TRELAR
MEMPHIS IN 47143


BILLY G SLONE


BILLY H & WILMA J MCPEEK TRUST
1227 FLATCREEK RD
SEVIERVILLE TN 37876


BILLY JOE CRAIG


BILLY N BAKER
109 ARMSTRONG ST
ST SIMONS ISLAND GA 31522


BILLY R SLONE
8100 E 750 SOUTH
WILCOTTVILLE IN 46795


BILLY S SMITH
PO BOX 615
CARRIE KY 41725


BJ PARTNERS


BLAINE CASEBOLT
709 MADISON AVE SUITE 218
TOLEDO OH 43604-6624


BLAIR BRANCH OLD REG BAPTIST CH
63 NORTHSIDE DR
JEREMIAH KY 41826

BLAKE BURCHETT
715 NORTH ARNOLD AVENUE
PRESTONSBURG KY 41653


BLAKE E DAVIS
217 CHURCHILL CROSSING
NICHOLASVILLE KY 40356


BLAKE HURT
267 RIGHT FORK MONTGOMERY ROAD
VICCO KY 41773


BLAKE PRICE
334 DANIELS CREEK
PIKEVILLE KY 41501


BLANCHE HALL BRANDON
2216 NEFF ROAD
DAYTON OH 45414


BLANTON DAVIDSON
306 PINE COVE LN
KENDALLVILLE IN 46755


BLOU COMPANY


BOB WELLMAN
2886 SOUTHEAST BLVD
GROVE CITY OH 43123


BOBBIE JEAN NICKLES
PO BOX 44
MORNING VIEW KY 41063


BOBBY ADAMS
PO BOX 192
MCROBERTS KY 41835


BOBBY AND ELLA MULLINS
3070 MCINTOSH RD
LOST CREEK KY 41348

BOBBY CAMPBELL HEIRS


BOBBY EVERAGE
171 LYNN AVE
JELLICO TN 37762


BOBBY EVERIDGE
PO BOX 645
CARRIE KY 41725


BOBBY OR ELLA MULLINS
3070 MCINTOSH RD
LOST CREEK KY 41348


BOBBY PHIPPS


BOBBY R CORNETT
172 GARDIE LANE
SLEMP KY 41763


BOBBY R KAZEE
11923 W US HWY 60
OLIVE HILL KY 41164


BOBBY WILLIAMS
PO BOX 502
HINDMAN KY 41822


BOND FAMILY LLC
770 34TH AVENUE NORTH
ST PETERSBURG FL 33704


BONNIE BAKER
1906 MYSTERY HILL DRIVE
PLEASANT HILL MO 64080


BONNIE CANTERBURY
6329 Highway 1690
Louisa KY 41230

BONNIE J WALTER
3826 KARLIN CRL
NORFOLK VA 23502


BONNIE MOORE
2532 HWY 2037
LOUISA KY 41230


BOONE COAL AND TIMBER CO
300 CAPITOL ST STE 1503
CHARLESTON WV 25301


BORDES SLONE
1878 HIGHWAY 582
MALLIE KY 41836


BRACK NEWSOME
2657 MIDDLE FORK
HAGER HILL KY 41222


BRAD EUGENE HOLBROOK
13470 EAST 2300 ROAD
CHRISMAN IL 61924


BRADLEY & SPURLOCK
PO BOX 221
PRESTONSBURG KY 41653


BRADLEY HARBIN
7420 HIBERNIA ROAD
CHARLESTOWN IN 47111


BRAHMAJI S PURAM
18027 COZUMEL ISLE DRIVE
TAMPA FL 33647


Brandon Murphy
282 Community Church Road
Hueysville KY 41640


BRANHAM INTERESTS LLC
106 MAYS BRANCH ROAD
PIKEVILLE KY 41501

BRASHEARS TRUCKING INC
918 SMOOT CREEK
WHITESBURG KY 41858


BRD ROYALTY HOLDINGS LLC
2777 N STEMMONS FWY STE 1133
DALLAS TX 75207


Breathitt County Tire
361 HWY 15
Jackson KY 41339


BRENDA BRYANT VANCE


BRENDA BUNTIN EXECUTRIX
PO BOX 376
JACKSON KY 41339


BRENDA GARRETT
774 HWY 2035
WHITESBURG KY 41858


BRENDA OSBORNE
30 AMOS NEWSOM LANE
VIRGIE KY 41572


BRENDA P ROGERS
6026 US ROUTE 60 EAST APT#113
BARBOURSVILLE WV 25813


BRENDA WIKE
PO BOX 125
VADER WA 98593


BRENDA WOODLING
2516 FRANKFORT AVE.
LOUISVILLE KY 40206


BRENT CASEBOLT
13572 W COUNTY LINE ROAD
MOORES HILL IN 47032

BRENT HARBIN
7420 HIBERNIA ROAD
CHARLESTOWN IN 47111


BRENT RISNER
521 WEST CLASSIC VILLAGE LANE
MT STERLING KY 40353


Breshears Trucking, Inc.
918 Smoot Creek
Whitesburg KY 41858


BRETT L MEADE
PO BOX 337
STANVILLE KY 41659


BRIAN CHRISTOPHER CLARK
PO BOX 481
BANGOR WI 54614


BRIAN FUGATE
PO BOX 160
WHITLEY CITY KY 42653


BRIAN K MUSIC
30 CEDAR TRACE DRIVE
PRESTONSBURG KY 41653


BRIAN MENDEL


BRIAN SCHNEIDER
1004 TUMBLIN KLING ROAD
FORT PIERCE FL 34982


BRODE CORNETT
540 S ORCHARD ST
KENDALLVILLE IN 46755


BROMLEY RICHARD WORKMAN
120 ENGLISH ROAD
PT PLEASANT WV 25550

BRUCE ALLEN


BRUCE AND BETTY FRANCISCO
2200 RATLIFF CREEK ROAD
PIKEVILLE KY 41501


BRYAN ALAN MAYNARD
4706 RIGHT FORK OF BRUSHY RD
VARNEY KY 41571


BRYAN CLARK
260 NORLEN PARK
BRIDGEWATER MA 02324


BRYAN THOMAS
125 LAFAYETTE BLVD APT B
WILLIAMSBURG VA 23188


BRYANT FORREST
4436 HWY 541
JACKSON KY 41339


BUCHART CHILDREN OIL & GAS TRUST
WALLEN PUCKETT & ANDERSON PSC
PO BOX 1349
PIKEVILLE KY 41502


BUFFALO GAS WELLS PARTNERSHIP
JIM LESTER CPA
106 MAYS BRANCH ROAD
PIKEVILLE KY 41501


BULAH PARKE
PO BOX 72
LITT CARR KY 41834


BURL BLAIR
465 BLAIR BRANCH RD
JEREMIAH KY 41826


BURL W SPURLOCK
311 N ARNOLD AVE
PRESTONSBURG KY 41653

BURTON RUEBEN JR


BYRL G KAZEE
BOX 14
ASHVILLE OH 43103


Byron Amburgey
PO Box 162
Garner KY 41817


BYRON AND AMY BELLAMY
PO BOX 1259
JACKSON KY 41339


C & M Giant Tire, LLC
980 W New Circle Road
Lexington KY 40511


C & V INDUSTRIES INC
54 WHEELER HILL ROAD
LAHMANSVILLE WV 26731


C RICHARD CLARK
PO BOX 508
PRESTONSBURG KY 41653


C V REYNOLDS
PO BOX 3
PRESTONSBURG KY 41653


C W HOSKINS HEIRS


C&J Well Service
PO Box 975682
Dallas TX 75397-5682


CALVIN C CLEMMONS
PO BOX 441
BULAN KY 41722

CALVIN RATLIFF
HC 61 BOX 760
SALYERSVILLE KY 41465

Capital Tire
4205 KY HWY 321S
Hagerhill KY 41222

CAREN SHEPHERD
69 OPEN DOOR CHURCH RD
DAVID KY 41616

CAREW SMITH
140 BREAZEALE RD
PENDLETON SC 29670

CARL COMBS
1851 BELLEFONTE DR
LEXINGTON KY 40503

CARL G ADAMS
513 3RD ST
HERMOSA BEACH CA 90254

CARL HACKER
PO BOX 183
STINNETT KY 40868

CARL L FIELDS

CARL R KAZEE
HC 75 BOX 1455
ISONVILLE KY 41149

CARLA S WATTS

CARLOS W HUFF

CAROL HOUCHIN
774 BEAUMONT AVE
HARRODSBURG KY 40330

CAROL MCKENZIE


CAROL NOLL
PO BOX 167
CELINA OH 45822


CAROL PELLETIER
3100 STONEY BRIDGE LANE
COLUMBUS OH 43221


CAROL PUCKETT
8119 HWY 55 E
MOUSIE KY 41839


CAROLYN ANDERSON
1680 YANKEETOWN RD
HAMERSVILLE OH 45130


CAROLYN FIGG
410 QUEENSWAY DR
LEXINGTON KY 40502


CAROLYN HACKER
PO BOX 183
STINNETT KY 40868


CAROLYN KILBURN
4484 WOOTON RD
WOOTON KY 41776


CAROLYN S BRONGER
6305 W PAGES LN
LOUISVILLE KY 40258


CAROLYN STEAGALL
202 GRAVES ST
WINCHESTER KY 40391


Carquest of Salyersville
630 E Mountain Parkway Rd.
Salyersville KY 41465

CARROL C O'KELLEY
7548 HINKLE ROAD
MIDDLETON OH 45042

CARROL CORNETT
540 S ORCHARD ST
KENDALLVILLE IN 46755

Case Bradley
47 Moutain View
Prestonsburg KY 41653

CASSIE J HUFF

CATHERINE CHILDERS
PO BOX 246
VIRGIE KY 41572

CATHERINE CUMMINGS
1306 CREST LANE
OAKDALE PA 15071-1748

CATHERINE S WELCH
34 HERMAY DRIVE
HAMILTON OH 45013

CATHERINE SCHAEFER
PO BOX 464
WINGDALE NY 12594-0464

CATHY AMBURGEY RUGGLES
4683 AMARYLLIS STREET
ELIDA OH 45807

CATHY BARNETT
2500 UPPER SECOND CREEK ROAD
HAZARD KY 41701

CATHY LEMASTER

CATHY SHANKEL
120 SHANKEL MILL RD
BRISTOL TN 37620


CDI Supply Co.
PO Box 34
Wittensville KY 41274


CECIL ADAMS


CECIL HILLARD, JR
1004 FAIRWAY DRIVE
GEORGETOWN KY 40324


CECIL SMITH
PO BOX 892
BULAN KY 41722


CECILIA WEAVER
555 RAINTREE PL APT A
ENGLEWOOD OH 45322


CHADRICK CASEBOLT
PO BOX 103
MOUSIE KY 41839


CHARITY CARRIER
19 BLACK BOTTOM RD
JEREMIAH KY 41826


CHARITY J BAKER
118 WHIPPOORWILL DRIVE
WARNER ROBINS GA 31008


CHARLAINE GREGORY
315 W PROSPECT STREET
LAGRANGE OH 44050


CHARLEEN DOUGHERTY
3336 POLLS CRK RD
SMILAX KY 41764-8828

CHARLENE HALCOMB
4165 SCARLETT DRIVE
MORRISTOWN TN 37814-8105


CHARLENE L RICHTER
11678 ARLINGTON BLVD
SPANISH FORT AL 36527


CHARLENE LYONS


Charles A. Banks
394 South Morgue Fork
Vancleve KY 41385


CHARLES BOGGS
16965 HWY 1690
LOUISA KY 41230


CHARLES CAMPBELL
1035 PEGGS FORK ROAD
CAMPTON KY 41301


CHARLES CASEBOLT
3324 S FARMERS RETREAT ROAD
DILLSBORO IN 47018


CHARLES CHILDERS
PO BOX 344
HINDMAN KY 41822


CHARLES D AND DIANA M LOVERIDGE
1984 NICKLAUS DRIVE
MELBOURNE FL 32935


CHARLES D HOLBROOK
319 31ST STREET NW
CANTON OH 44709


CHARLES E AND MARY E SLONE
385 GONIC ROAD
ROCHESTER NH 03839

CHARLES E BRADLEY
PO BOX 221
PRESTONSBURG KY 41653


CHARLES E CORNETT
330 LOWER TWIN HOLLOW RD
CORNETTSVILLE KY 41731


CHARLES E LOWE JR
PO BOX 69
PIKEVILLE KY 41502


CHARLES F ARNETT
PO BOX 881
PRESTONSBURG KY 41653


CHARLES H COMBS
837 SPRINGBROOK DRIVE
FORT WORTH TX 76107


CHARLES H SEXTON
304 NORTH HOLLAND STREET
MUNCIE IN 47302


CHARLES HOLLIDAY


CHARLES I ISON
4097 JASMINE PLACE
MT JOY PA 17552


CHARLES J GRIFFITH
685 CRESTWOOD DRIVE
PRESTONSBURG KY 41653


CHARLES J WILLIAMS
317 ARBUTUS AVE
GALLOWAY NJ 08205


CHARLES OSBORNE
153 CONTRARY CREEK ROAD
LOUISA KY 41230

CHARLES P HALCOMB
2 E GOLDEN STREET
BEVERLY HILLS FL 34465-3200


CHARLES PAUL CHAPMAN
39 WILSON PAINT RD
LOUISA KY 41230


CHARLES R CORNETT
403 EDLIN ROAD
NEW HAVEN KY 40051


CHARLES SEE
6405 SECRET DRIVE
RALEIGH NC 27612


Charles W. "Trenton" Bradley
427 E. Seneca St.
Ithaca NY 14850


CHARLEY W KAZEE
612 S 29TH STREET
HERRIN IL 62948


CHARLIE CAMPBELL
C/O MARY CAMPBELL
6073 EAST STATE ROUTE
WAYNESVILLE OH 45068


CHARLOTTE COLLINS
589 SHORT FORK RD
PIPPA PASSES KY 41844


CHARLOTTE SKEENS
288 CAUSEY RD
YEADDISS KY 41777


CHERYL EDWARDS
711 FRONTIER CRL
CHINA GROVE NC 28023


CHERYL R LITTLE

CHERYL RUDDELL
29 STORE DADDY WAY
LARKSLANE KY 41817


CHESAPEAKE APPALACHIA LLC
PO BOX 203892
DALLAS TX 75320-3892


Cheyenne Combs
c/o Gary C. Johnson, Esq.
P O Box 231
Pikeville KY 41502


CHLOTEEN WHEELER


CHRIS BRUMMETT
626 E 2ND STREET
PERRYVILLE KY 40422


CHRIS LANEY
1057 VIOLET LANE
LOUISA KY 41230


CHRIS LITTLE
4780 HWY 15 NORTH
JACKSON KY 41339


CHRIS STEPHENS
2312 ABBEYWOOD ROAD
LEXINGTON KY 40515


CHRISTIA SIMMONS
PO BOX 232
JEANERETTE LA 70544


CHRISTINA A HOWARD


CHRISTINA AND JAMES BAKER
762 LANCELOT DR
LONDON KY 40744

CHRISTINE HAGER


CHRISTINE PRATT
629 FISH HATCHERY RD
MORRISTOWN TN 37813


CHRISTINE SENG
1096 N BIRCHWOOD DR
LOUISVILLE KY 40206


CHRISTOPHER FOUTCH
PO BOX 33
SLEMP KY 41763


CHRISTOPHER NICKLES
9051 WOODFORD DRIVE
CHARLESTOWN IN 47111


CHRISTOPHER WADE GASTON


CHRISTY K VELTMAN
147 SENECA TRAIL
LOUISVILLE KY 40214


CHRYS LINDSTROM
836 ASTER COURT
RICHMOND KY 40475


CHUCK STERLING
250 WHITE CASTLE ROAD
ST AUGUSTINE FL 32095


CINDI J FUGATE
495 NEW CUMMER LN
EZEL KY 41425


Cintas Uniforms
PO Box 630910
Cincinnati OH 45263

Citizens Bank of Kentucky
620 Broadway
Paintsville KY 41240-1366


Citizens Bank of Kentucky
620 Broadway St
Paintsville KY 41240


Citizens Bank of Kentucky
620 Broadway
Paintsville KY 41240


CITY OF PRESTONSBURG
200 NORTH LAKE DR
PRESTONSBURG KY 41653


CLARA HALCOMB
PO BOX 42
SLEMP KY 41763


CLARA HELEN MARKS
3 THE OAKS
BLOOMFIELD HILLS MI 48301


CLARA L ADAMS
1719 HIGHLAND ST
MIDDLETOWN OH 45044


CLARENCE COMBS
803 S 700 E
MARION IN 46953


CLARENCE RISNER
3888 POLO TRACE CT
BELLBROOK OH 45305


CLAUDINE GARDNER
1701 TRIBEIN RD
XENIA OH 45385


CLAY PARTNERS
PO BOX 159
HAROLD KY 41635

CLAYTON BAKER
252 CAUSEY ROAD
YEADDISS KY 41777


CLEAN AIR OIL & GAS VENTURES/DEB MOORE
500 WEST JEFFERSON STREET
LOUISVILLE KY 40202


CLEAN GAS
PO BOX 783
HINDMAN KY 41822


CLEDOTH BOWLING
300 BAY ST
NORTH VERNON IN 47265


CLETIS JUNIOR WELLS
PO BOX 45
SMILAX KY 41764


CLEVELAND COLLINS
1592 MONTGOMERY CRK RD
VICCO KY 41773


CLIVE CORNETT
2379 MIDDLE FORK MACES CRK RD
VIPER KY 41774


CLOTEEN C ALLEN


CLOTINE SLONE HICKS
3072 SR 613
PAYNE OH 45880


Clover Supply
PO Box 820
Bixby OK 74008


CLOYDE MEADE
348 PIKE FLOYD HOLLOW
BETSY LAYNE KY 41605

Clyde Adams Jr
1416 Township Rd 165
Ashley OH 43003


CLYDE BAKER


CODY BUCKMAN
1601 MARSHALL ST
ABILENE TX 79605


CODY LANCE THACKER
PO BOX 113
590 MUNCY CREEK ROAD
STINNETT KY 40868


COLBY L HART
706 LINDEN MEYER RD
UNDERWOOD IN 47177-7204


COLEMAN FAMILY INVEST
PO BOX 2978
PIKEVILLE KY 41502


COLENE BREEDING
851 SPRING BRANCH RD
JEREMIAH KY 41826


COLLEEN MARCINIAK
PO BOX 98
DUNCAN AZ 85534


Columbia Natural Resources, Inc.
900 Pennsylvania Avenue
Charleston WV 25302


COMAN CAUDILL
PO BOX 184
JEREMIAH KY 41826-0184


COMBS 2 HADDIX  HELEN
PO BOX 60
LOST CREEK KY 41348

COMBS BROTHERS INVESTMENTS
PO DRAWER 31
PIKEVILLE KY 41502


COMBS FAMILY TRUST
4556 OXFORD MIDDLETOWN RD
TRENTON OH 45067


COMBS LAND MANAGEMENT LLC
632 WILLS BRANCH RD
PRESTONSBURG KY 41653


Community Trust Bank
346 N Mayo Trail
P O Box 2947
Pikeville KY 41502-2947


Community Trust Bank
346 North Mayo Trail
P O Box 2947
Pikeville KY 41502


Community Trust Bank, Inc.
346 N Mayo Trail
Pikeville KY 41501


Community Trust Bank, Inc.
346 N Mayo Trail
P O Box 2947
Pikeville KY 41502-2947


CONNIE BRYAN
PO BOX 34
LOUISA KY 41230


CONNIE SLONE FERGUSON
1015A DIANE AVENUE
ERWIN TN 37650


CONNIE STEVENS
356 CAUSEY RD
YEADDISS KY 41777

CONNIE TAULBEE
114 WIND RIDGE
WINCHESTER KY 40391


CONRAD CASEBOLT
PO BOX 71
GARNER KY 41817


CONRAD THOMAS
125 B LAFAYETTE BLVD
WILLIAMSBURG VA 23188


CONSTANCE R STANLEY
229 DAUGHERTY DRIVE
BARBOURSVILLE WV 25504-1137


CONSULTING IRONHEAD


COOK AND CAMPBELL NAT RESOURCES
3030 TURTLE MOUND RD
MELBOURNE FL 32934


CORA FAYE BAKER
1700 DEMERE ROAD LOT 65
ST SIMONS ISLAND GA 31522-0117


CORA L MOORE
216 ROLLING ACRES DRIVE
TIPP CITY OH 45371


CORA S ROBERTSON
2464 HEATHER CT
LEXINGTON KY 40503


CORBIN G FIELDS
10093 S KY 501
LIBERTY KY 42539-5454


CORINNA RATLIFF
HC 61 BOX 760
SALYERSVILLE KY 41465

CORNELIA CORNETT
128 SCOTT CREEK ROAD
CROSSVILLE TN 38571


COURTNEY ADAMS
377 BLACK BOTTOM ROAD
JEREMIAH KY 41826


CRARY G CARTER
1325 E CAMPBELL PARK
HUNTINGTON WV 25705


CRATE MEADE JR
51 BENNY MEADE RD
PIKEVILLE KY 41501


CRAWFORD AND MULHOLLAND
PO DRAWER 929
WHITESBURG KY 41858


CRAWFORD PARTNERSHIP LLC
PO BOX 929
WHITESBURG KY 41858


CREALIE FUGATE
303 CHURCHWOOD LN 3 L
MILTON KY 40045


CROWE 1 ROYALTY OWNERS INT


CRUDEWELL DRILLING INC.
PO BOX 10
ALBANY KY 42602


CUMBERLAND DRILLING


CUMBERLAND HARLAN EXPLORATION
PO BOX 1870
BARBOURVILLE KY 40906

CURTIS ADAMS
PO BOX 26
JEREMIAH KY 41826


CURTIS D CORNETT
PO BOX 685
COOPER LANDING AK 99572


CURTIS FUGATE
PO BOX 646
CARRIE KY 41725


CW HOSKINS HEIRS


CYNTHIA B MONEY
107 15TH ST
CORBIN KY 40701


CYNTHIA M EADES
2434 CHARING CROSS DR
ROANOKE VA 24018


D & D INVESTMENTS
HC 78 BOX 60
MCDOWELL KY 41647


DAISY NICKLES


DALE MEADE
2509 NEWPORT HWY
SEVIERVILLE TN 37876-2061


DALE TOMLINSON
130 KENTUCKY OIL VILLAGE
BETSY LAYNE KY 41605


DALE WILLIAMS
148 TAYLOR RIDGE RD
HAZARD KY 41701

DANA SALMONS
103 N HILLSIDE AVE
ORLANDO FL 32803


DANIEL COOK
418 HWY 3401
WHITESBURG KY 41858


DANIEL HARMON
8142 AKERS DR
CATLETTSBURG KY 41129


DANIEL LYNN SMITH
1 PERRY STREET, APT 16
WAPAKONETA OH 45895


DANIEL NEWSOME


DANNA L SMITH
631 SPRING BRANCH RD
JEREMIAH KY 41826


DANNY BRANHAM
2035 SILVER LAKE BLVD
FRANKFORT KY 40601


DANNY CALLAHAN
1490 STINGY CREEK RD
STANFORD KY 40484


DANNY CAUDILL
2517 KY HWY 463
DELPHIA KY 41735


DANNY JUSTICE
PO BOX 219
FEDS CREEK KY 41524


DANNY LEE HAYES
61 OAKWOOD BRANCH
LEBURN KY 41831

DARLENE KUNZ
486 WHEELER RD
AUBURN MI 48611


DARREL PRIODE
PO BOX 594
LOUISA KY 41230


DARRELL AND LINDA FRANKLIN
5749 E COUNTY RD 100 S
MILAN IN 47031


DARRELL COMBS
PO BOX 123
BLUE RIVER KY 41607


DARRELL G SCHELL
508 FARRELL DR
FT WRIGHT KY 41011


DARRELL R COMBS
PO BOX 21
MOUSIE KY 41839


DARRYL AND STEPHANIE BOGGS
176 BLAIR BRANCH RD
JEREMIAH KY 41826


DARYL HALE
PO BOX 27
WHITESBURG KY 41858


DASKEL D SLONE
1900 S MANVILLE ROAD
MUNCIE IN 47302-4850


DAVID A DALKA
425 LEMON BLUFF ROAD
OSTEEN FL 32764


DAVID A SMITH
412 STRAIGHT FORK RD
CORNETTSVILLE KY 41731

DAVID AND MARY COMBS
6977 E PLYMOUTH RD
LEXINGTON IN 47138


DAVID BOTTIMORE
10549 JAMES WREN WAY
FAIRFAX VA 22030


DAVID DANIEL
3843 RT 201
SITKA KY 41255


DAVID DEROSSETT
PO BOX 2115
PIKEVILLE KY 41502


DAVID DOWNEY


DAVID FITZPATRICK
131 CARDINGMACHINE RD
BOWDOINHAM ME 04008


DAVID H. NEELEY
BOX 813
PRESTONSBURG KY 41653


DAVID HALCOMB
555 DANIELS BRANCH RD
WHITESBURG KY 41858


DAVID L GARRED
PO BOX 311
VAN TX 75790


DAVID L MAYHEW
308 KING DRIVE
PAINTSVILLE KY 41240


DAVID L MOORE
2488 HWY 2037
LOUISA KY 41230

DAVID LEE SMITH
119 WALTER STREET
CRIDERSVILLE OH 45806


DAVID LIDDIC
1492 JUSTIN CT
BELLBROOK OH 45305


DAVID NEWELL


DAVID P LEWIS
2195 OLD ORCHARD DR
MARIETTA GA 30068


DAVID PATTEN
PO BOX 1877
HAZARD KY 41702-1877


DAVID SETZER
76 TEXAS AVE
WHITESBURG KY 41858


DAVID TYLER
340 TYLER LANE
WHITESBURG KY 41858


DAVID W CRABTREE


DAVID W HAYES
1742 WILEY FORK ROAD
LEBURN KY 41831


DEAN FAMILY FARMS LLC
3612 EPPERLY DR
OKLAHOMA CITY OK 73115


DEANA J TERRY
PO BOX 119
ISOM KY 41824

DEANNA ADAMS
111 N CHESTNUT ST APT G
BELTON MO 64012


DEBBIE JOHNSON
PO BOX 201
SHELBIANA KY 41562


DEBBIE TRUSTY
372 CRIDER BRANCH ROAD
EAST POINT KY 41216


DEBORAH AKERS
PRESTONS CROSSING 216 TOWN BRANCH RD
APT 211
PRESTONBURG KY 41653


DEBORAH COMBS
PO BOX 713
HINDMAN KY 41822


DEBORAH D HICKS
18 OWENS ST
PRESTONSBURG KY 41653


DEBORAH HISER
17918 JENNIFER LN
HAGERSTOWN MD 21740


DEBORAH K CLEMONS
884 PANBOWL BRANCH
JACKSON KY 41339


DEBORAH L WATKINS
PO BOX 565
JACKSON KY 41339


DEBORAH MULLINS
340 MEADOWBROOK HOLLOW
HAZARD KY 41701


DEBORAH SALVATO
47 MIAMI PKY
FT THOMAS KY 41075

DEBORAH WATKINS
PO BOX 565
JACKSON KY 41339


DEBORAH YONTS
294 BRIARWOOD RD
ABBEVILLE SC 29620


DEBRA L POTTS


DEBRA LOVERIDGE
385 ARROYO RD
SONOMA CA 95476


DEBRA SLONE
16279 105TH DR N
JUPITER FL 33478


DELANA S TRENT
PO BOX 228
MAYKING KY 41837


DELLA BRADLEY
PO BOX 221
PRESTONSBURG KY 41653


DELLA M DEMAREE
7939 CRACKLING LANE
INDIANAPOLIS IN 46259-7685


DELMAR AND OLEDITH PARKS
300 L SHOCKEY FORK RD
CAMPTON KY 41301


DELMAR G REYNOLDS
PO BOX 170
PINETOP KY 41843


DELMAR WHITLEY
1026 HWY 134
HAZEL GREEN KY 41332

DELORES EVERSOLE
4132 NEEBISH AVE
FLINT MI 48506


DELORIS BRICKLEY
PO BOX 569
1171 BRICKLEY LANE
HAGERHILL KY 41222


DELPHIA BRANHAM
PO BOX 3279
PIKEVILLE KY 41502


DENCIL SHORT


DENISE BAKER
328 ELM ST
FRANKLIN OH 45005


DENISE CLARK
PO BOX 508
PRESTONSBURG KY 41653


DENISE J BACK
17360 COUNTY RD I-50
WEST UNITY OH 43570


Dennis Adams Distributor
PO Box 251
Allen KY 41601


DENNIS FIELDS
5616 S DELMAR RD
MARION IN 46953


DENNIS RATLIFF
PO BOX 101
REGINA KY 41559


DENNIS SMITH
1100 CRENSHAW LN
NICHOLASVILLE KY 40356

DENNIS W ROGERS
1065 PENNSYLVANIA STREET, APT 202
DENVER CO 80203


Dennis W. Hicks
Box 1
Sharp Drive, Lot 19
Hazard KY 41701


DENNY RAY WELLS
PO BOX 485
WOOTON KY 41776


DENVER DAY
3017 RIVERSIDE DR
DANVILLE KY 40422


DENVER P COLLINS
134 OAKWOOD DRIVE
PRESTONSBURG KY 41653


DENZIL R HALL
HC 78 BOX 60
MCDOWELL KY 41647


Dept. of Natural Resources
Division of Oil and Gas
300 Sower Bldg.
Frankfort KY 40601


DERRICK T CHARLES (C/O OPHA SHEPHERD-GRD
4492 LITTLE LEATHERWOOD ROAD
CORNETTSVILLE KY 41731


DEWEY RISNER
10405 MAIN ST
THONOTOSASSA FL 33592


DGB INC
4500 NORTH FLAGLER DRIVE APT C 5
WEST PALM BEACH FL 33407


DIAMOND STAR INC
194 MEADOWVIEW STREET
PIKEVILLE KY 41501

DIANA HALL
2464 ASTARITA WAY
LEXINGTON KY 40509


DIANA L HOWARD


DIANE BREWER
2112 UPPER SECOND CRK RD
HAZARD KY 41701


DIANE SMITH
44 UPPER TWIN HOLLOW RD
CORNETTSVILLE KY 41731


DIANE W LONG
86 WILD SAGE CT
FLETCHER KY 28732


DIANNA D GARRED
1103 ALBERT ST
MANDEVILLE LA 70448


DNOW LP
PO Box 200822
Dallas TX 75320-0822


DOAK SMITH
140 BREAZEAL ROAD
PENDLETON SC 29670


DOCK ADAMS
PO BOX 113
JEREMIAH KY 41826


DOCK REYNOLDS JR


DON COMBS
PO DRAWER 31
PIKEVILLE KY 41502

```
DON DIXON
101 BRENTLAWN DR
FRANKFORT KY 40601


DON E FUGATE
4780 E MAGNOLIA RD
ENGLISH IN 47118


DON GOBLE
PO BOX 934
PRESTONSBURG KY 41653


DON HOLBROOK
91 RALPH'S RUN
PRESTONSBURG KY 41653


DON HOLLIDAY
304 NAPIER FARM RD
HAZARD KY 41701


DON R WALLEN
159 MAGGARD DRIVE
LEBURN KY 41831


DON SR HOWARD
1445 COPPER RUN BOULEVARD
LEXINGTON KY 40514


DONALD AKERS
396 MINK RUN RD
FRANKFORT KY 40601


DONALD BAKER
1089 BUCYRUS RD
GALION OH 44833


DONALD FIELDS
625 CHESTNUT DR
GAS CITY IN 46933


DONALD G CORNETT
333 SHORESIDE DR
LEXINGTON KY 40515
```

DONALD H GRAY
4261 WATERTRACE DRIVE
LEXINGTON KY 40515


DONALD HOWARD
PO BOX 104
EASTERN KY 41622


DONALD L KENDALL
134 ROYAL FARM EAST
BLACKLICK OH 43004


DONALD STOTELMYER JR
17515 STONE VALLEY DR
HAGERSTOWN MD 21740


DONNA A BRIDGE
244 EAST TIVERTON WAY
LEXINGTON KY 40517


DONNA BAILEY
147 COLLEGE STREET
PIKEVILLE KY 41501


DONNA BLACKBURN
22964 LOOKDOWN LANE
CUDJOE KEY FL 33042


DORA A HOLBROOK
PO BOX 235
JACKSON KY 41339


DORIS H MASSEY
6331 RISTANCO DR
MIDDLETOWN OH 45042


DORIS HALL
407 WEST D STREET
ERWIN NC 28339


DORIS MONNETTE
1821 YANKEETOWN RD
HAMERSVILLE OH 45130

DORIS WADDLES
PO BOX 85
KITE KY 41828


DORLORES POWERS


DOROTHY CARTER
PO BOX 723
PIKEVILLE KY 41502


DOROTHY COMBS-COBBLE
1466 JAYBIRD RD
MORRISTOWN TN 37814


DOROTHY E GARRED
1306 CREST LN
OAKDALE PA 15071


DOROTHY KNIGHT
103 KING ARTHUR'S CT
GEORGETOWN KY 40324


DOROTHY NEWMAN
31 BOCK ROAD
BARBOURSVILLE KY 40906


DOROTHY TAYLOE
PO BOX 11188
LEXINGTON KY 40574


DORTHA WILLIAMS


DOUGLAS AND ZELLA BENTLEY
PO BOX 78
LITT CARR KY 41834


DOUGLAS BENTON
303 PIN OAK DRIVE
RICHMOND KY 40475

DOUGLAS K TACKETT
166 TACKETT FORK
BEAVER KY 41604


DOUGLAS M HALL
584 REGENCY CIRCLE
RICHMOND KY 40475-8257


DOUGLAS M SMITH
1108 CLOVELLY CT
LEXINGTON KY 40517


DOUGLAS WATKINS
5412 WEST ALYSSA COURT
WHITE LAKE MI 48383


DOUGLAS WATKINS
6625 WATERFORD HILL
CLARKSTON MI 48346


DOUGLAS, EXECUTOR WHEELER


Drew R. Petry
299 Oak Lane
Prestonsburg KY 41653


DUSTIN T GASTON
6311 ECHO CANYON
SAN ANTONIO TX 78249


DWIGHT A RATLIFF OR CHRYS LINDSTROM
PO BOX 742
WEST VAN LEAR KY 41268


DWIGHT PRATER
60 BOSCO TIPPLE RD
HUEYSVILLE KY 41640


E J BAKER JR
122 NORTHWOOD DR
BRUNSWICK GA 31521

E NORDMAN BEACON CU/FOB
PO BOX 29
NORTH MANCHESTER IN 46962


E, AGT ISAAC PAUL


EAGLE WELL SERVICES
PO BOX 1666
SALYERSVILLE KY 41465


EARL BAKER
2440 WORLD PKWY BLVD APT 22
CLEARWATER FL 33763-2030


EARL M CORNETT
1485 SUGAR MAPLE LN
LEXINGTON KY 40511


EARL M SMITH JR
PO BOX 605
BULAN KY 41722


Eastern Screens and Drives
402 Teays Branch Rd.
Paintsville KY 41240


Eastern Valley Energy, LLC
81 Willow Drive
Auxier KY 41602


EDDIE A HOLBROOK
PO BOX 147
EASTERN KY 41622


EDDIE HOLBROOKS
PO BOX 3145
PIKEVILLE KY 41502


EDDIE P SLONE SR
1001 E SOUTH ST
ALBION IN 46701

EDDIE R COMBS
2291 REEDER ROAD
BLANCHESTER OH 45107


EDITH C GEORGE
634 WEST VINE STREET, APT 1
ALLIANCE OH 44601


EDITH LITTLE
781 WEST WOLCOTT ROAD
LOT #87
WOLCOTT IA 52733


EDITH RAVENSCRAFT
PO BOX 513
HAGERHILL KY 41222


EDNA PATRICK
2933 BALLS FORK
ARY KY 41712


EDSEL WALLEN
2035 RAMBLER ROAD
LEXINGTON KY 40503-2406


EDWARD A CASEBOLT
1781 CAVEN BEND ROAD
GREENSBURG KY 42743


EDWARD D REYNOLDS
PO BOX 30
MALLIE KY 41836


EDWARD F BRADLEY
801 EAST BRANNON ROAD
APT 528
NICHOLASVILLE KY 40356


EDWARD H FIELDS
24200 S W 142ND AVE
HOMESTEAD FL 33032


EFFIE BEGLEY

ELAINE BACK


ELAINE GEARHEART HOLDINGS LTD
PO BOX 38
HAROLD KY 41635


ELAINE GEARHEART PARTNERSHIP
PO BOX 38
HAROLD KY 41635


ELAINE HAYWOOD
PO BOX 138
PINETOP KY 41845


ELDEN AND LOIS WELLS
PO BOX 112
SMILAX KY 41764


ELDON EVERIDGE
8536 E PARKVIEW DR
ROCKVILLE IN 47872-7726


ELISHA SHORT


ELIZA M HURT
607 LOTT CREEK RD
HAZARD KY 41701


ELIZABETH A MORSE


ELIZABETH ANDERSON
PO BOX 1674
TRAVELERS REST SC 29690


ELIZABETH ANN GAY
15221 N 42ND PLACE
PHOENIX AZ 85032


ELIZABETH BECKHAM
832 SHELTON BEACH RD
SARALAND AL 36571-3010

ELIZABETH C EMRY
1087 CAMBRIDGE DRIVE
GREENWOOD IN 46142


ELIZABETH COMBS
803 SOUTH 700 EAST
MARION IN 46953


ELIZABETH HENSON
PO BOX 151
JACKSON KY 41339


ELIZABETH I TARNER
818 SANTMYER DRIVE S E
LEESBURG VA 20175


ELIZABETH MCCRABB
1512 GATOR TRAK
CHARLESTON SC 29414


ELIZABETH RHODES
13540 STATE RD 18
SHERWOOD OH 43556


ELIZABETH TAYLOR
1903 ALTON STATION RD
LAWRENCEBURG KY 40342


ELKHORN HAZARD COAL AND LAND
PO BOX 929
WHITESBURG KY 41858


ELLA R HALL
12792 RT 979
BEAVER KY 41604


ELLEN A MORRIS
347 CRESTWOOD
OXFORD MI 48371


ELLEN K HALL
PO BOX 173
HAROLD KY 41635

ELLIS ADAMS
119 BLAIR BRANCH RD
JEREMIAH KY 41826


ELLIS D HARMON II
2042 CRAFT RD
WALSTONBURG NC 27888


ELMER BEGLEY
PO BOX 25
WOOTON KY 41776


ELMER KELLY
PO BOX 59
SASSAFRAS KY 41759


ELMER RATLIFF
HC 61 BOX 762-A
SALYERSVILLE KY 41465


Elmira Savings Bank
333 E Water St
Elmira NY 14901


ELSIE CASEBOLT BRANHAM
404 KY ROUTE 2040
WILLIAMSPORT KY 41271


ELSIE R NEWMAN
2781 BAY LAGOON WAY
TAVARES FL 32778


ELWOOD BATES
49343 ELKVIEW RD
CHILLIWACK, BC V4ZIE8


ELWOOD CORNETT
262 ELWOOD RD
BLACKEY KY 41804


ELZIE CAMPBELL
0485 NORTH 800 EAST
AVILLA IN 46710

ENDICOTT OIL & GAS
PO BOX 2303
PAINTSVILLE KY 41240


ENOS AND JOANN CAUDILL
61 ENOS LN
VIPER KY 41774


ENTERPRISES KRP
110 GRANDVIEW DRIVE
PIKEVILLE KY 41501


EQT Corporation
625 Liberty Ave., Ste. 1700
Pittsburgh PA 15222


EQT Corporation
100 EQT Way
Pikeville KY 41501


EQUITABLE PRODUCTION CO
PO BOX 371688
PITTSBURGH PA 15251


EQUITABLE RESOURCES
BOX 371688
PITTSBURGH PA 15251


Equitable Resources Exploration
1989 E. Stone Drive
Kingsport TN 37660


ERI A SMITH
4728 RAINBOW DR
GREEN ACRES FL 33463


ERIC KEITH ADAMS
608 RED STAR RD
CORNETTSVILLE KY 41731


ERIC KING

ERIC THOMAS
125 B LAFAYETTE BLVD
WILLIAMSBURG VA 23188


ERIKA RITCHIE
7627 KY 1232
CORBIN KY 40701


ERNEST CASEBOLT
PO BOX 709
PHELPS KY 41553


ERNEST HOLLON
PO BOX 1580
HYDEN KY 41749


ERNESTINE CREECH
4490 TOM HOLLOW RD
PARTRIDGE KY 40862


ERNIE D CAUDILL
1616 HWY 7 SOUTH
JEREMIAH KY 41826


ESTATE OF ARETTA HAMMONDS
GENERAL DELIVERY
SALYERSVILLE KY 41465


ESTATE OF BILL BRANHAM
C/O J SCOTT LANFORD
3159 ALZANTE CIRCLE #102
MELBOURNE FL 32940


ESTATE OF BILLIE TRIMBLE


ESTATE OF CAROL BOGGS
PO BOX 479
CARRIE KY 41725


ESTATE OF CHANDLER GAYHEART
PO BOX 1
GARNER KY 41817

ESTATE OF CHESLEY A LYCAN
PO BOX 884
LOUISA KY 41230


ESTATE OF DANA J DIXON


ESTATE OF DAVID NICKLES
1523 TUNNEL MILL RD
CHARLESTOWN IN 47111


ESTATE OF DEAN HARMON


ESTATE OF DENISE WICKER
130 SCOTT AVE
PIKEVILLE KY 41501


ESTATE OF DONALD RAY PELPHREY
PO BOX 34
WILLIAMSTOWN WV 26187


ESTATE OF DOUGLAS REED WATTS
4175 HWY 3193
JACKSON KY 41339


ESTATE OF ELLIS HARMON


ESTATE OF FRANKY A WADDELL
PO BOX 492
GLEN JEAN WV 25846


ESTATE OF FRED COMBS
PO BOX 1166
JACKSON KY 41339


ESTATE OF HIRAM STAMPER
PO BOX 119
ISOM KY 41824


ESTATE OF HOMER SHORT
7766 RT 321 S
HAGER HILL KY 41222

ESTATE OF J P BOGGS
2636 ASHBROOK DR
LEXINGTON KY 40513


ESTATE OF JENETTE ADAMS C/O GARY ADAMS
22 SEVEN OAKS
JEREMIAH KY 41826


ESTATE OF JESSE SALYER
PO BOX 2385
PIKEVILLE KY 41502


ESTATE OF JOE P CRAWFORD


ESTATE OF JOEL TAULBEE
130 SCOTT AVE
PIKEVILLE KY 41501


ESTATE OF KEITH CAUDILL
1683 CARCASSONE RD
BLACKEY KY 41804


ESTATE OF LAFE HINKLE
PO BOX 884
LOUISA KY 41230


ESTATE OF LENA STRONG
42 LEE GAYHEART DR
LEBURN KY 41831


ESTATE OF MICKEY FULP
214 ELAM WAY
BRONSTON KY 42518


ESTATE OF MILDRED WEBB
GENERAL DELIVERY
SALYERSVILLE KY 41465


ESTATE OF NADINE AMBURGEY
PO BOX 73
LITT CARR KY 41834

ESTATE OF NELL NOBLE


ESTATE OF NORMA J DUNN
480 CLAY LICK RD
JEFFERSONVILLE KY 40337


ESTATE OF REX MITCHELL


ESTATE OF ROBERT HARBIN
13821 NEW MARKET RD
MARYSVILLE IN 47141


ESTATE OF ROY CAMPBELL
PO BOX 651
HAZARD KY 41702


ESTATE OF SELDON BREWER


ESTATE OF THOMAS EVERIDGE
3038 THORNTON RD
THORNTON KY 41855


ESTATE OF TT COLLEY
PO BOX 2141
PIKEVILLE KY 41502


ESTATE OF VADA SABASTIAN
2175 KNOB LICK RD
IRVINE KY 40336


ESTATE OF WILLIAM BLAIR


ESTILL ADAMS
59 WOLFPEN CRK RD
MALLIE KY 41834

Ethel P. Bradley
c/o Louis P. Winner, Esq.
Clay Daniel Walton & Adams PLC
462 South Fourth St., Ste. 101
Louisville KY 40202


Ethel P. Bradley
c/o Louis P. Winner, Esq.
462 S. Fourth St., Ste. 101
Louisville KY 40202


ETTA MCINTOSH
6940 WOLF CREEK ROAD
YEADDISS KY 41777


Eugene Mosley
PO Box 1041
Hindman KY 41822


EULAVENE HAWKINS
306 MERIWOOD PKY
HOPKINSVILLE KY 42240


EVA STERLING
160 E GENUNG ST
ST. AUGUSTINE FL 32086


EVA VANCE
14287 KY ROUTE 979
BEAVER KY 41604


EVANGENE ADAMS
334 BLAIR BRANCH RD
JEREMIAH KY 41826


EVELYN SMITH


EXECUTRIX BRENDA BUNTIN
PO BOX 376
JACKSON KY 41339


F WALLEN ROWE INIS
224 RATLIFF SCHOOL ROAD
LEBURN KY 41831

FAB GAS PROJECT #1
PO BOX 3098
PIKEVILLE KY 41502


FAB GAS PROJECT #2
PO BOX 3098
PIKEVILLE KY 41502


FAB GAS PROJECT #3
PO BOX 3098
PIKEVILLE KY 41502


FARMER BAKER JR
3258 W 38th ST
CLEVELAND OH 44109


FASSAS MILDRED TRUST D
PO BOX 787
RICHMOND KY 40476


FAST STAFF LLC
601 MAIN STREET SUITE 102
HAZARD KY 41701


FAY WOOD
4122 HILLWOOD RD
JACKSONVILLE FL 32223


FELICIA STURGILL
408 DROKE LANE
BLOUNTVILLE TN 37617


FERN COLLINS
124 HOLLY THICKET RD
VIPER KY 41774


FESS HALCOMB
3925 LITTLE LEATHERWOOD CRK RD
CORNETTSVILLE KY 41731


FINCH GEORGE
2515 RATLIFF CREEK ROAD
PIKEVILLE KY 41501

First Commonwealth Bank
311 North Arnold Aveue
Prestonsburg KY 41653


First Commonwealth Bank
311 North Arnold Ave
Prestonsburg KY 41653


First Commonwealth Bank
311 N Arnold Ave
Prestonsburg KY 41653


FIRST NATIONAL BANK
BREATHITT OR WOLFE CO ROYALTY


FITZ COAL CO
1234 LEXINGTON ROAD
LANCASTER KY 40444


FLOMA PARTNERS
130 SCOTT AVE
PIKEVILLE KY 41501


FLOYD ALLEN
PO BOX 185
EASTERN KY 41622


Floyd County Clerk
Chris Waugh
PO Box 1089
Prestonsburg KY 41653


FLOYD WELLS COAL AND LAND
PO BOX 527
WOOTON KY 41776


FORREST BRYANT
4436 HWY 541
JACKSON KY 41339


FORREST COOK
109 SOLOMON ROAD
WHITESBURG KY 41858-7202

FRANCIS & MONICA SPRADLIN


FRANCIS HALL
541 LAKESHORE DR
LEXINGTON KY 40502-2653


FRANCIS J BROOKS
800 WILTSHIRE DR
EVANSVILLE IN 47715


FRANCIS WHITAKER
1050 STEWARTS RD
BLACKEY KY 41804


Frank Adams
309 Seco Drive
Seco KY 41849


FRANK AND MARY THORPE
3596 HWY 541
JACKSON KY 41339


FRANK B MCGOWAN
6576 BLUEWATERS DR
FLOWERY BRANCH GA 30542


FRANK D HENDERSON
PO BOX 457
ABINGDON VA 24212


FRANK DAVIS
525 SYBELIA PARKWAY #508
MAITLAND FL 32751


FRANK J ADAMS
309 SECO DRIVE
SECO KY 41849


FRANK JUSTICE II
PO BOX 2198
PIKEVILLE KY 41502

FRED OR VANESSA BELCHER
613 SLONES BRANCH
SHELBIANA KY 41562


FRED OR VICKIE BROWDER
169 FOREST TRL CT
AIKEN SC 29805


FRED P HURT
104 TAMARA CRL
FRANKLIN TN 37069


FREDA CODY
150 WOODLAND AVE
HAZARD KY 41701


FREDA HOLLIDAY
304 NAPIER FARM RD
HAZARD KY 41701


FREDERICK L SCHOEW
41 TWIN VALLEY ESTATES
HUNTINGTON WV 25704


FREIDA HARMON
1700 E MAIN ST
GREENUP KY 41144


FRENCH BAKER
974 SAMUEL ST
LOUISVILLE KY 40204


GAIL BAILEY
PO BOX 3098
PIKEVILLE KY 41502


GARRED FRANK B JR
4790 HAMPTON CLUB DRIVE
ALPHARETTA GA 30004


GARY A HOLBROOK

GARY C CAUDILL
838 STATE HWY 3298
OLIVE HILL KY 41164


GARY CARPENTER


GARY DALE GIBSON
1043 SUMMIT ROAD
ASHLAND KY 41102


GARY DAY
4277 POLLS CRK RD
SMILAX KY 41764


GARY MCINTOSH
6149 CARDWELL
GARDEN CITY MI 48135


GARY SMITH
145 NORTHRIDGE RD
LANCASTER KY 40444-7267


GARY W ADAMS
8032 N OLD ST RD 67
MORRISVILLE IN 46158


GARY W BRYANT
PO BOX 131
HI HAT KY 41636


GARY WELLS
3496 POLLS CRK RD
SMILAX KY 41764


Gas Analytical
c/o TX9212U
PO Box 66900
Chicago IL 60666-0900


GAYLA D HARVEY
6905 MEADE DRIVE
COLLEYVILLE TX 76034

GAYLE LEHMAN
135 CALUMET CT
CRESTVIEW HILLS KY 41017

GAYNELL DYER
PO BOX 173
HINDMAN KY 41822

GAYNELL GRAVES
3776 JAMAICA CT
LEXINGTON KY 40509

GAYTHEAL SALYERS
1188 MAIN STREET
RICHMOND DALE OH 45673

GENE CORNETT
653 MIDDLE FORK MACES CRK RD
VIPER KY 41774

GENE N COMBS
1212 ELMWOOD AVE
EVANSTON IL 60202

GENE PERKINS

GENE RICE
163 RUNWAY AVE
HAZARD KY 41701

GENE WILSON
PO BOX 702
LOUISA KY 41230

GENEVA AND WM WADDLE
7306 FOXHILL RD
PANAMA CITY FL 32404

GENEVIEVE GRAY
1610 SHULER AVE
HAMILTON OH 45011

GEOFFREY HILL
112 PEPPERWOOD COURT
WINCHESTER KY 40391


GEORGE FINCH
RATLIFF CREEK ROAD
PIKEVILLE KY 41501


GEORGE FINCH
2515 RATLIFF CREEK ROAD
PIKEVILLE KY 41501


GEORGE FRENTZEL
439 GREEN ACRE CIRCLE
HOWARD OH 43028


GEORGE HEREFORD
3207 LIBERTY RD
MILTON KY 40045


GEORGE JOHNSON JR
234 LITTLE BRANCH ROAD
PIKEVILLE KY 41501


GEORGE KESTEL
2164 HWY 7 SOUTH
DEMA KY 41859


GEORGE LITTLE
1436 LOWER TWIN ROAD
JACKSON KY 41359


GEORGE P SUMMERS
447 TRIMBLE BRANCH
PRESTONSBURG KY 41653


GEORGE ZEGAIB LIVING TRUST
317 NW CURRY ST
PORT ST. LUCIE FL 34983


GERALD AND CATHY BLAIR
95 REEL VIEW DR
JEREMIAH KY 41826

GERALD M KAREM
1015 WOODED LAKE DR
SIMPSONVILLE KY 40067


GERALD OR STELLA MERCHANT-VAUGHN
1163 OSPREY NEST PT
ORANGE PARK FL 32073


GERALD SHEPHERD
310 UPPER BOONE FORK
CAMPTON KY 41301


GERMAN COAL CO LTD
3430 SNAFFLE RD
LEXINGTON KY 40513


GLADYS ALLEN


GLEN BAKER
1613 CEREAL AVE
HAMILTON OH 45013


GLEN STAMPER
646 CARTERSVILLE RD
CUMBERLAND VA 23040


GLENDA JOHNSON
3310 MCCOWANS FERRY ROAD
VERSAILLES KY 40383


GLENN ALLEN
7878 BROCKBRIDGE ST
JESSUP MD 20794


GLENN BACK
6180 PAULLIN DR
MIDDLETOWN OH 45042


GLENN CORNETT
1847 PROMENADE LN
XENIA OH 45385

GLENN HAMMOND
PO BOX 1109
PIKEVILLE KY 41501


GLENN M ONIE
3365 BISTLINE ROAD
SHELBY OH 44875


GLENN S. PACK
859 S HIGHLAND AVENUE
PRESTONSBURG KY 41653


GLENN V CALHOUN
3400 N COUNTY RD 20 W
NORTH VERNON IN 47265


GLENNA CAUDILL


GLENNA DIXON
99 HURT BRANCH RD
HAZARD KY 41701


GLENNA LAWBURGH
3324 SOUTH FARMERS RETREAT ROAD
DILLSBORO IN 47018


GLENNA SHORT
512 LAWN ST.
WINCHESTER IN 47394


GLENNA SMITH
BOX 456
HINDMAN KY 41822


GLORIA BRASHEAR
5417 LEFT FK MACE'S CRK RD
VIPER KY 41774


GLORIA GRIFFIN

GORDON HATTON
PO BOX 328
CAMPTON KY 40391


GRACE MCDANIELS
3551 ELMWOOD DR LOT 1
MORRISTOWN TN 37814


GRADA HICKS


GRANBY J SMITH
1813 HAVERWOOD PARK
LEXINGTON KY 40514


GRAND FOREST RESERVE LLC
PO BOX 1552
LEXINGTON KY 40588


Grayson RECC
109 Bagby Park
Grayson KY 41143-1203


GREG CAINES
960 STANLEY FORK
VARNEY KY 41571


GREG CALDWELL
PO BOX 1507
HYDEN KY 41749


GREG COLLINS
880 LITTLE ROBINSON CREEK ROAD
VIRGIE KY 41572


GREG HALL
152 3RD STREET
PIKEVILLE KY 41501


GREG JOHNSON
PO BOX 166
VIRGIE KY 41572

GREG MAY
514 NORTHMONTE WOODS
PIKEVILLE KY 41501


GREG MCDONALD
2220 NICHOLASVILLE ROAD-SUITE 250
LEXINGTON KY 40503


GREG R BAKER
PO BOX 286
HAZARD KY 41702


GREGORY A REYNOLDS
4960 JODY LYNN DR
MENTOR OH 44060


GREGORY E HOLBROOK
6139 NORTH LAGOON DRIVE
PANAMA CITY BEACH FL 32408


GREGORY OR DEBORAH ISON
15922 BROMBLE DRIVE
CATLETTSBURG KY 41129


GREGORY PRATT
490 HANOVER ROAD
SANDSTON VA 23150-0491


GREGORY RACKLEY
861 E HIGH STREET APT 115
LEXINGTON KY 40502-2158


GREGORY REYNOLDS
3556 BENNETT SCHOOLHOUSE RD
WHEELERSBURG OH 45694


GRIST MILL ENERGIES LLC
PO BOX 114
HINDMAN KY 41822


GURNEY C BAKER JR
10501 PINEDALE DR
CONCORD TN 37922

GUY AND KIM ROBERTS
PO BOX 75
SLEMP KY 41763


GUY R HORN


GWEN A FIELDS
15 4-B RACING RD
BLACKEY KY 41804


GWENDEL JOHNSON
9250 US HWY 23 SOUTH
PIKEVILLE KY 41501


H MICHAEL LUCAS
PO BOX 852
PIKEVILLE KY 41502


HALIFAX FINANCIAL GROUP LP
821 N MADISON AVE
GREENWOOD IN 46142


HALLIE DIXON
PO BOX 904
HYDEN KY 41749


HAMP PARTNERS
PO BOX 934
PRESTONSBURG KY 41653


HARLIN WHITAKER
530 WATTS FERRY RD
FRANKFORT KY 40601


HAROLD AKERS
PO BOX 392
PIKEVILLE KY 41502


HAROLD HARMON JR

HARRISON ENGLE
7160 MEADOW LN
NEW BALTIMORE VA 20187


HARRY G ALLEN JR
115 AGENA RD
GEORGETOWN KY 40324


HARVEY AND DENISE FRANKLIN
5755 E COUNTY RD 100 S
MILAN IN 47031


HASKELL SEXTON
656 HWY 417
MOORE SC 29369


HAUNTED BRANCH LLC
119 EAST COURT STREET
PRESTONSBURG KY 41653


HAZEL OWSLEY
1435 OGDEN VEST RD
VEST KY 41772


HD FITZPATRICK JR IRR TRUST
PO BOX 326
PRESTONSBURG KY 41653


HEATHER SHOUSE
PO BOX 1096
JACKSON KY 41339


HELEN COMBS-HADDIX
PO BOX 60
LOST CREEK KY 41348


HELEN DEATON
3633 HAMILTON MASON RD
HAMILTON OH 45011


HELEN E CARTER
250 POPLAR STREET
PIKEVILLE KY 41501

Helen Halcomb
330 Lower Twin Hollow
Cornettsville KY 41731


HELEN HODGSON
148 OAKVIEW DR
BRISTOL VA 24201


HELEN L SMITH
1502 ALPINE DRIVE
COLUMBUS OH 43229


HELEN NEELEY
1643 ABBOTT CRK RD
PRESTONSBURG KY 41653


HELEN S WOOD
4491 IOWA ST
CLAYTON IN 46118


HELEN WILLIAMS
3459 MIDDLE FORK ROAD
HAGER HILL KY 41222


HELMUT N BRAUN
2476 WALNUT GROVE LANE
LEXINGTON KY 40509


HENRY AND HELEN HALCOMB
4313 LITTLE LEATHERWOOD CRK RD
CORNETTSVILLE KY 41731


HENRY BAKER
4514 N STATE ROUTE 741
LEBANON OH 45036


HENRY RALEIGH
160 OLIVER SPRINGS HWY
CLINTON TN 37716


HERBERT M BARNETT
705 HWY 1812 W
JACKSON KY 41339

HERMA A ROYALS
101 FERNWOOD BEND
GRAFTON VA 23692


HERMETTA COMBS PILLION
160 LIGHTNER LANE
UNION OH 45322


Highland Electrical
104 Depot Rd.
Paintsville KY 41240


HILBERT RISNER


HILLIS EVERIDGE
PO BOX 592
CARRIE KY 41725


Hindman Promart
PO Box 1350
Hindman KY 41822


HINDMAN SETTLEMENT SCHOOL
PO BOX 844
HINDMAN KY 41822


HINDMAN UNITED METHODIST CHURCH
27 COKESBURY DR
HINDMAN KY 41822


HINKLE 3 ROYALTY OWNERS INT


HOMER JOHNSON
361 LAKE SIDE DRIVE
JACKSON KY 41339


HOMER JOHNSON
361 LAKE SIDE DR
JACKSON KY 41339


HOMER SHORT

HOMER SMITH
218 SYCAMORE LOOP
JEREMIAH KY 41826


HOPE RIDDLE, EXEC--ESTATE OF TROY & BETT
5969 LITTLE LEATHERWOOD CREEK ROAD
CORNETTSVILLE KY 41731


HOWARD AVERY JR
1987 HILL RD N E
MARIETTA GA 30062


HOWARD KEITH HALL
PO BOX 2321
PIKEVILLE KY 41502


HOWARD LAND MGMT LLC
PO BOX 590
PRESTONSBURG KY 41653


HOWARD LOCKHART
2677 TOWN MT RD
PIKEVILLE KY 41501


IDA LONG HEIRS


IDA MAE SLONE
11788 HIGHWAY Y
VIENNA MO 65582


IDA TAULBEE
600 TRACE FORK RD
JACKSON KY 41339


IKE ADAMS
249 CHARLIE BROWN RD
PAINT LICK KY 40461


ILA (WHITAKER)-DECEASED ADAMS
119 BLAIR BRANCH ROAD
JEREMIAH KY 41826

ILA CLOUD
1602 EATON AVE
MIDDLETOWN OH 45044


ILA W ADAMS
119 BLAIR BRANCH ROAD
JEREMIAH KY 41826


IMOGENE BENNETT
3156 S HARTMAN DR
INDIANAPOLIS IN 46239


IMOGENE MORGAN-MARTHA R HILKER, POA
1598 JOCKEY COURT
AUBURN GA 30011


IMPRESA FUND III LP
200 SEAPORT BLVD ZW9B
BOSTON MA 02210


INA SUMNER
PO BOX 276
BRONSTON KY 42518


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


IOLA SMITH
439 W GREENWOOD DR
KENDALLVILLE IN 46755


IRA J BAKER III
PO BOX 702
JESSUP GA 31598


IRA LINDA BAKER
3486 HUCKABY BRIDGE RD S W
HARTSELL AL 35640


IRENE FUGATE
3456 POLLS CRK RD
SMILAX KY 41764

IRENE RITCHIE
30 SUNNY LN
PIKEVILLE KY 41501


Ironhead Consulting
PO Box 1174
Salyersville KY 41465


ISAAC CAUDILL
1683 CARCASSONE ROAD
BLACKEY KY 41804


ISHMAEL ISON
PO BOX 94
ELLIOTTVILLE KY 40317


IVAN WHITAKER
890 MILLER HUNT RD
WINCHESTER KY 40391


IVIS JUSTICE
106 BLACK OAK DRIVE
CLAY CITY KY 40312


J & G EXPLORATION INC
6998 MAN O WAR BLVD
LEXINGTON KY 40509-8412


J AND R FUELS INC
PO BOX 123
PIKEVILLE KY 41502


J LYLE BLACKBURN
PO BOX 2674
PIKEVILLE KY 41502


J M LITTERAL
HWY 205 NORTH
VANCLEVE KY 41385


J MARK CAMPBELL
4 COTTAGE POINTE LN
CHARLESTON WV 25311

J PHIL SMITH


J SUTHERLAND TRUST
1999 RICHMOND ROAD SUITE 1B
LEXINGTON KY 40502


JACK AND DOLLY HALL
8 SUGAR CAMP RD
VIPER KY 41774


JACK DORRIS
2002 STONE COAL ROAD
FLAT GAP KY 41219


JACK JUSTICE
PO Box 565
BETSY LAYNE KY 41605


JACK L AMBURGEY
625 MEMORIAL DRIVE
HAZARD KY 41701


JACK SMITH
10042 E SOUTHPORT RD
INDIANAPOLIS IN 46259


JACK TAYLOR
35 BLACK BOTTOM RD
JEREMIAH KY 41826


JACK V CASEBOLT
PO BOX 1940
BRYSON CITY NC 28713


JACKALYN BLUME
366 SMALLWOOD AVENUE
FORT PIERCE FL 34982


JACKEE CAMPBELL
11537 WOODCLIFFE DR
KNOXVILLE TN 37934

JACKIE DAVIDSON
477 OLDE JACKSON TERRACE
JEFFERSON GA 30549


JACKIE HOWELL
1255 NORTH GULF STREAM AVENUE
BAY PLAZA #203
SARASOTA FL 34236


JACKIE N BAKER
306 NORTH E STREET
HAMILTON OH 45013


JACKIE STAMPER
PO BOX 10
ISOM KY 41824


Jackson Electric & Plumbing
1273 Main St.
Jackson KY 41339


JACOB BAKER
222 WEXFORD CRL
BONAIRE GA 31005


JACQUELINE ALLEN
2633 SNAIL KITE COURT
ST AUGUSTINE FL 32092


JACQUELINE OR HOWARD CORNETT
20 EL PASO DR
WHITESBURG KY 41858


JACQUELINE THORNSBERRY
48 E SMILEY AVE
SHELBY OH 44875


JACQUELYN OR FRANK R GENTRY
1067 SE 46TH LOOP
KEYSTONE HTS FL 32656


JAMES A BLACKBURN
PO BOX 992
PRESTONSBURG KY 41653

JAMES A ISON JR
225 VALLEY ROAD
WINDSOR PA 17366


JAMES A STRELESKI JR
11816 122ND AVE CT E
PUYALLUP WA 98374


JAMES ADAMS
PO BOX 211
ISOM KY 41824


JAMES ADRIAN BANKS
2575 HOLLY ROAD
CAMPTON KY 41301


JAMES B LAUFFER
PO BOX 1467
PAINTSVILLE KY 41240


JAMES BLAIR


JAMES BRODE AMBURGEY
PO BOX 231
PINE TOP KY 41843


JAMES C SLONE
10135 HICKORY LEAF RD
INDIANAPOLIS IN 46235


JAMES C THOMAS
2316 RUE BIENVILLE WAY
HENDERSON NV 89044


JAMES CARTER
256 POPLAR STREET
PIKEVILLE KY 41501


JAMES D NEWMAN
4220 EVERGREEN DRIVE
LEXINGTON KY 40513

JAMES D WALLEN
PO BOX 1349
PIKEVILLE KY 41502


JAMES DAVID CODY
87 MAURICE CODY LANE
VICCO KY 41773


JAMES DAVID FIELDS
828 DAVIDSON BRANCH RD
HAZARD KY 41701


JAMES DWAYNE MADDEN
PO BOX 1671
VIPER KY 41774


JAMES E ADAMS
2679 HWY 931 N
WHITESBURG KY 41858


JAMES E BENTLEY
PO BOX 624
CLAY CITY KY 40312


JAMES E BUCHART
520 FAIRFIELD DRIVE
LOUISVILLE KY 40206


JAMES E CASEBOLT
3395 EAST RIVER ROAD
MARION OH 43302


JAMES E MCGHEE, II
203 WALNUT DRIVE
PIKEVILLE KY 41501


JAMES ELLIOTT
PO BOX 2442
HAZARD KY 41701-2442


JAMES F ROBERTSON
1681 LOVERS LANE
HOPKINSVILLE KY 42240

JAMES F THOMPSON
PO BOX 3443
PIKEVILLE KY 41502


JAMES H BOOTH
PO BOX 190
LOVELY KY 41231


JAMES H FIELDS JR
444 PADDOCK DR
VERSAILLES KY 40383


JAMES H JOHNSON
101 BRISTOL DR
RICHMOND KY 40475


JAMES HALCOMB
749 DANIELS BRANCH RD
WHITESBURG KY 41858


JAMES KING
2575 HWY 378
VANCLEVE KY 41385


JAMES L GRIFFITH
PO BOX 159
FEDS CREEK KY 41524


JAMES LOAR
10153 LARIAT LN
SHREVEPORT LA 71106-8307


JAMES M HALCOMB JR
7530 BILTMORE BLVD
MIRAMAR FL 33023


JAMES M LAUFFER
PO BOX 1467
PAINTSVILLE KY 41240


JAMES MARCUS SMITH

JAMES MICHAEL VANCE
12401 GAYTON ROAD APT 210
HENRICO VA 23238


JAMES MULLINS
2574 BRANHAM'S CRK RD
MALLIE KY 41836


JAMES O HURT
590 AVENSTOKE RD
WADDY KY 40076


JAMES O MULLINS
833 RT FORK OF COWPEN ROAD
PIKEVILLE KY 41501


JAMES P KING
2575 HWY 378
VANCLEVE KY 41385


JAMES PATRICK


JAMES R COX
PO BOX 927
HAROLD KY 41635


JAMES R MITCHELL
PO BOX 129
TEABERRY KY 41660


JAMES RALEIGH
338 HWY 2007
WALLINS CREEK KY 40873


JAMES SMITH
3017 LITTLE LEATHERWOOD CRK RD
CORNETTSVILLE KY 41731


JAMES T DOWNEY
308 E 9TH ST
ROCK FALLS IL 61071

JAMES W REYNOLDS
PO BOX 3112
PIKEVILLE KY 41502


JAMES WHEELER


JAMES WHITAKER
12330 HWY 588
BLACKEY KY 41804


JANALEE WHITAKER
530 WATTS FERRY ROAD
FRANKFORT KY 40601


JANE A SALYER
846 TREMONT AVE
LEXINGTON KY 40502


JANE ANN SALYER TRUSTEE
846 TREMONT AVE
LEXINGTON KY 40502


JANE SLONE
113 FOXTAIL DR
NICHOLASVILLE KY 40356


JANE Y MILLER TRUST
PO DRAWER 99084
FT WORTH TX 76199


JANELEN NICHOLS
722 DRIFT BRANCH RD
PIKEVILLE KY 41501


JANET C BRYAN
126 SLOAN RD
WILLIAMSTOWN MA 01267


JANET L POTTORF

JANET LEE DIXON
389 SYCAMORE LOOP
JEREMIAH KY 41826


JANET P HOWARD
1445 COPPER RUN BOULEVARD
LEXINGTON KY 40514


JANICE ANDREA NEWSOME
224 BOWLES PARK D-2
PIKEVILLE KY 41501


JANICE LAYNE
1447 SOUTHWOOD DR
NORTH AUGUSTA SC 29841


JANICE MAYNARD
15 N MAYNARD ST
PIKEVILLE KY 41501


JANICE MCINTOSH
302 RUSSELL DRIVE
CAMPTON KY 41301


JANICE RAICHEL
193 CLAYTREE BRANCH RD
BONNYMAN KY 41719


JANICE RHOADES TRUST
2903 LEELAND HEIGHTS BLVD
LEHIGH ACRES FL 33936


JANIS R MARTIN
16 MUSIC STREET ABBOTT ROAD
PRESTONSBURG KY 41653


JARROD BREEDING
PO BOX 309
ISOM KY 41824


JASON T CAUDILL
1604 CANTERFIELD PKWY W
WEST DUNDEE IL 60118-9019

JASPER CARPENTER
185 HICKORY MEADOWS RD
RICHMOND KY 40475


JAY D BOND JR
1428 NORTH HALIFAX AVE
DAYTONA BEACH FL 32118


JEAN HALE
PO BOX 3937
PIKEVILLE KY 41502


JEAN SMITH
8495 UPPER MIAMISBURG RD
MIAMISBURG OH 45342


JEANA WHITE
190 SANDLICK BRANCH ROAD
EMMALENA KY 41740


JEFF AND CONNIE ADAMS
225 BLACK BOTTOM RD
JEREMIAH KY 41826


JEFF ROSE
3515 ROSE BEND ROAD
CAMPTON KY 41301


JEFF TAULBEE
3241 HWY 378
VANCLEVE KY 45440


JEFFERSON GAS LLC
220 LEXINGTON GREEN CRL STE 130
LEXINGTON KY 40503


JEFFERY JOYCE
1033 BRACKEN FERN DRIVE
NEW BERN NC 28560


JEFFERY S CASEBOLT
237 PARKWAY HILLS
LONDON KY 40741

JEFFREY A STRELESKI
11816 122ND AVE CT E
PUYALLUP WA 98374


JEFFREY C HART
9751 LaGRANGE RD
LaGRANGE KY 40031-7715


JEFFREY K HURT
113 ALBATROSS WAY
DAYTONA BEACH FL 32119


JEFFREY L ADAMS
2378 TWP RD 190
FREDERICKTOWN OH 43019


JEFFREY LIDDIC
4035 MARBLE RIDGE LN
MASON OH 45040


JEFFREY LYKINS


JEFFREY SHEPHERD
4271 LITTLE LEATHERWOOD CRK RD
CORNETTSVILLE KY 41731


JEI GAS
130 SCOTT AVENUE
PIKEVILLE KY 41501


JENNIFER HOLLON
2232 SOUTH MAIN STREET APT B
MIDDLETOWN OH 45044


JENNIFER KIMMEL
2633 SNAIL KITE CT.
SAINT AUGUSTINE FL 32092


JENNIFER STEWART
PO BOX 4029
FRANKFORT KY 40604

JENNY BOTTOMS
128 DITTO LANE
VINE GROVE KY 40175


JEREMEY REYNOLDS
PO BOX 170
PINETOP KY 41843


JEREMY NOBLE
20 OAKWOOD DR
JACKSON KY 41339


JEROLD FRIESON
1908 LAKES EDGE DRIVE
LEXINGTON KY 40502


JERRY ADAMS


JERRY ALAN WHITAKER
3827 GERTRUDE STREET
BELLEVUE NE 68147


JERRY D MOORE
121 OAK ST
LOUISA KY 41230


JERRY E ISON
46 TONTO DR
BLACKEY KY 41804


JERRY FLANNERY
PO BOX 39
STANVILLE KY 41659


JERRY HANNAH
1183 MIDDLE FORK ROAD
HAGER HILL KY 41222


JERRY INGRAM
614 SMOOT CREEK RD
WHITESBURG KY 41858

JERRY JOHNSON
398 STRAIGHT FORK RD
CORNETTSVILLE KY 41731


JERRY P CAUDILL
PO BOX 142
40 NOAHS DRIVE
JEREMIAH KY 41826


JERRY W BECKLEHAMER
6547 GERONIMO ST
WESTLAND MI 48185


JERRY W ROGERS


JERRY W WICKER
PO BOX 123
MOUSIE KY 41839


JESS BAKER
112 MAGNOLIA PL
STOCKBRIDGE GA 30281


JESSE CAMPBELL
12287 HWY 7 SOUTH
CORNETTSVILLE KY 41731


JESSE CHARLES (C/O OPHA SHEPHERD-GRDN)
4492 LITTLE LEATHERWOOD CREEK ROAD
CORNETTSVILLE KY 41731


JESSE L SALYER JR TRUSTEE
PO BOX 2385
PIKEVILLE KY 41502


JESSE SMITH


Jessica Tibbs
c/o Gary C. Johnson, Esq.
P O Box 231
Pikeville KY 41502

JESSIE CASEBOLT THOMAS
307 CENTRAL PARKWAY
NEWPORT NEWS VA 23606


JETT SR WILLIAM J
10159 POND CREEK ROAD
ALEXANDRIA KY 41001


Jetta Operating Appalachia, LLC
777 Taylor St., Ste. P-1
Fort Worth TX 76102


JEWEL KNOWEL


JGO


JILL C PRATER


Jill Hall Rose, Esq.
Kim Garrison, Esq.
154 N. Ashland Ave
Lexington KY 40502


Jill Hall Rose, Esq.
Kim Garrison, Esq.
154 N. Ashland Ave.
Lexington KY 40502


JIM AKERS
PO BOX 392
PIKEVILLE KY 41502


JIM ED HILL
1301 SOUTHFIELD DR
LIGONIER IN 46767


JIM FIELDS
301 EAST FRUITDALE ROAD
MORGANTOWN IN 46160

JIM HIGGINBOTHAM
4909 McCORMICK RD
MT. STERLING KY 40353


JIM VANOVER
152 3rd STREET
PIKEVILLE KY 41501


JIMMY L KEEN
22873 HWY 476
ROWDY KY 41367


JIMMY L MOORE
461 BOWLING FORK ROAD
ELKHORN CITY KY 41522


JIMMY MULLINS
PO BOX 1
PINETOP KY 41843


JIMMY RATLIFF


JIMMY STEPHENS


JIMMY W PORTER
191 VISTA RIDGE
WEST BLOTON AL 35184


JO ANN BAKER
106 BRIAN BAKER DR
WHITESBURG KY 41858


JOAN CHAFFINS
PO BOX 289
MCDOWELL KY 41647


JOAN RALEIGH
338 HWY 2007
WALLINS CREEK KY 40873

JOANN DIXON
12033 HWY 7 S
CORNETTSVILLE KY 41731


JOANNA SPRIGGS
1188 MAIN STREET
RICHMOND DALE OH 45673


JOANNE DALKA
425 LEMON BLUFF RD
OSTEEN FL 32764


JOANNE JOSEPH
65 CASA LANDA WAY
WINCHESTER KY 40391


JOCELYN WATTS
143 BLACK BOTTOM ROAD
JEREMIAH KY 41826


JODY HALE


JODY S COLLINS
33250 FLANDERS STREET
FARMINGTON MI 48336


JOE B VANCE
8261 ELLERSON GREEN COURT
MECHANICSVILLE VA 23116


JOE BAKER JR
3926 SHADELAND AVE
BEAVERCREEK OH 45432


Joe M Allen
PO Box 76
Vancleve KY 41385


JOE MAYO SPRADLIN
2613 PINE GROVE RD
PARIS KY 40361

JOE VANHOOSE
BOX 1618
PAINTSVILLE KY 41240


JOEL TAULBEE


JOHN A AMBURGEY
4748 STATE ROUTE 235
ADA OH 45810


JOHN BAKER WHITE
3248 NW 123rd PL
SUNRISE FL 33323


JOHN BLACK
1012 CAPTAINS BRIDGE
CENTERVILLE OH 45458


JOHN BOTTIMORE
10701 REGENCY FOREST DRIVE
VIENNA VA 22181-2842


JOHN BRAZZELL
320 3RD NORTH ST
VERSAILLES KY 47042


JOHN C CASPER
200 E HIGH ST
DEFIANCE OH 43512


JOHN C HALL JR
BOX 872
MARTIN KY 41649


JOHN C HICKS
PO BOX 544
KAWKAWLIN MI 48631


JOHN CASEBOLT
608 REAR MAIN #7
SCOTT CITY MO 63780

JOHN D CLARKE
60 DK RANCH LANE
ASHLAND KY 41101


JOHN D LOVERIDGE
2089 TULLAGEE AVE
MELBOURNE FL 32940


JOHN DAVID RALEIGH
115 LOCKER CT
BEREA KY 40403


JOHN ELLIOTT
PO BOX 2259
PIKEVILLE KY 41502


JOHN F KENNEDY
11549 VALLEY FRG
SELLERSBURG IN 47172


JOHN F ZIEBOLD
7 HAMILTON PLACE
CHARLESTON WV 25314


JOHN GRAY
277 E HIGH STREET
LEXINGTON KY 40507


John Gray
277 W High St
Lexington KY 40507


JOHN HILL
4536 LANGLEY CIRCLE
LEXINGTON KY 40515


JOHN HOUSTON GRAY


JOHN JOHNSON
111 WOODLAND AVE APT 302
LEXINGTON KY 40502

JOHN KEVIN ROBERTS
5623 NORTH 7TH STREET
ARLINGTON VA 22205


JOHN M COMBS
837 SPRINGBROOK DRIVE
FORT WORTH TX 76107


JOHN MARK PORTER
516 E ALKALINE SPRINGS RD
VANDALIA OH 45377


JOHN MULLINS
11535 EMERALD RIDGE ROAD
JT BASE LEWIS McCHORD WA 98433


JOHN R LUSK
228 SYCAMORE ST
JACKSON KY 41339


JOHN S LEWIS
11109 OAK POND CIRCLE
CHARLOTTE NC 28277


JOHN T COMBS
3716 CHLOE RD
PIKEVILLE KY 41501


JOHN T. CHAFFIN
RT 3224 BOX 3027
RIVER KY 41254


JOHN W BLAIR
PO BOX 11
PREMIUM KY 41845


JOHN WADDELL
379 CHLOE RD
PIKEVILLE KY 41501


JOHNIE ADAMS
719 LAKENGREN COVE
EATON OH 45320

JOHNNIE PATRICK
PO BOX 148
HINDMAN KY 41822


JOHNNY CORNETT REVOCABLE TRUST
PO BOX 1349
PIKEVILLE KY 41502


JOHNNY HOLLIDAY
35 HOLLIDAY RD
VIPER KY 41774


JOHNNY K LAWSON
107 ASHLEE DR
LEWISBURG OH 45338


Johnny L. Johnson
11429 KY Rt 194
Prestonsburg KY 41653


JOHNNY LAWSON
107 ASHLEE DR
LEWISBURG OH 45338


JOHNNY PARSONS
8048 E KRAMER CRL
MESA AZ 85207


JOHNNY PERKINS
2303 OWENDALE DRIVE
DAYTON OH 45439


JOHNNY SLONE
4065 HWY 550
HINDMAN KY 41822


JOINT VENTURE P FITZ
PO BOX 934
PRESTONSBURG KY 41653


JOLENA SCHADEL
5173 DANA HARVEY LANE
INDEPENDENCE KY 41051

JORDAN HALL
134 OLD MILL POND RD
RAVEN KY 41861


JOSEPH AND LEDNA PARSONS
4470 RIGHT FORK OF BRUSHY RD
VARNEY KY 41571


JOSEPH C HURT
2800 CLAYS MILL ROAD
LEXINGTON KY 40503


JOSEPH CARPENTER


JOSEPH CLEVINGER
4145 NORTH MAYO TRAIL #1000
PIKEVILLE KY 41501


JOSEPH GARRED
25 MONTE VISTA LANE
SANTA BARBARA CA 93105


JOSEPH H DUKE
1199 TOM CAT TRL
LONDON KY 40741


JOSEPH HARMON
3461 RILEY RD
JOHNSTOWN OH 43031


JOSEPH MEGLEN
2139 WEST COUGAR ROCK CIR UNIT 187
SAINT GEORGE UT 84770


JOSEPH SHANE
4130 JAMIE LANE
FRANKLIN OH 45005


JOSEPH T FIELDS
3543 BUNYAN RD
VIRGINIA BEACH VA 23462

JOSEPH TURNER
239 PRESTON AVENUE
LEXINGTON KY 40502


JOSEPH W VICARS JR
3009 PARKSTONE COURT
LOUISVILLE KY 40241


JOSEPH WARD
2027 MOUNT CARMEL RD
MINFORD OH 45653


JOSHUA F PORTER
312 E ATLANTA TERRACE
MUSTANG OK 73064


JOSHUA S SMITH
676 SOLOMON LANE
EMMALENA KY 41740


JOY GOULD
216 MARKET ST
PORTSMOUTH OH 45662


JOYCE A AMBURGEY
6871 SUN RIDGE DRIVE
WAYNESVILLE OH 45068


JOYCE A STAMPER
412 NAPIER BRANCH RD
HAZARD KY 41701


JOYCE FITCH
287 CHURCHILL CROSSING
NICHOLASVILLE KY 40356


JOYCE PATTEN
PO BOX 1877
HAZARD KY 41702


JOYCE RISNER
1440 DEEANNE DR
XENIA OH 45385

JOYCE WHITAKER
14 STEWARTS RD
BLACKEY KY 41804


JRP ENERGY INVESTMENTS, LLC
PO BOX 1250
PAINTSVILLE KY 41240


JUANITA F ESHEM-WHEELER


JUDITH BRANHAM
104 EAST KEYSER HEIGHTS DRIVE
PIKEVILLE KY 41501


JUDITH BREEDING
5729 DALTON PIKE SE
CLEVELAND TN 37323


JUDITH D HAMMONDS
PO BOX 1004
COLUMBIA KY 42728


JUDITH J JONES
505 EARL BLVD
MIAMISBURG OH 45342-6411


JUDITH MOSLEY
1038 PARK ST
ALTA VISTA KS 66834


JUDITH NEWMAN
2656 BONANZA DRIVE
CATLETTSBURG KY 41129


JUDITH W BAKER
629 SHULTZ DR
HAMILTON OH 45013


JUDSON KNIGHT
1571 PINE NEEDLES LANE
LEXINGTON KY 40503

JUDY BROOKS
308 VIRGINIA AVENUE, SUITE 1A
SOUTH WILLIAMSON KY 41503


JUDY F DEMARCO
218 AUGUSTA CRL
MT LAUREL NJ 08054


JUDY MOORE
PO BOX 1011 RT #7
SOUTH SHORE KY 41175


JUDY PYE


JUDY VAUGHAN
5663 KY RT 825
LEANDER KY 41222


JULEE J BANKS
420 LOCUST AVE
DANVILLE KY 40422


JUNE CAROL SEXTON
799 WILEY FORK ROAD
LEBURN KY 41831


JUNE ENERGY LLC
PO BOX 1410
HINDMAN KY 41822


JUNE ISON
PO BOX 651
HAZARD KY 41702


JUNIOR SHEPHERD
71 LOWER TWIN HOLLOW RD
CORNETTSVILLE KY 41731


Justice Land Surverying & Engineering
Attn: Jack Justice
525 George Rd. #201
Betsy Layne KY 41605

JUSTIN BRANSON
PO BOX 232
COLLINS MO 64738


JUSTIN HOLLIDAY
529 LICK BRANCH ROAD
CARRIE KY 41725


JUSTIN REYNOLDS
PO BOX 170
PINETOP KY 41843


JW AND MABRE BRYAN
1365 CANTERBURY LN
YORK PA 17406


KANE AND KAREN FISHER
PO BOX 1792
PITTSFIELD MA 01202


KAREN A DOWNEY


KAREN B HOBBS
PO Box 752
PIKEVILLE KY 41502


KAREN H REESE
130 LAKE BREEZE LN
CORBIN KY 40701


KAREN M COLLINS
401 MADISON CT S E
LEESBURG VA 20175


KAREN SHANNON
6365 HWY 1690
LOUISA KY 41230


KAREN SHEPHERD
165 LOWER TWIN HOLLOW RD
CORNETTSVILLE KY 41731

KAREN SUE AMBURGEY
1425 EAST 5TH STREET
DELPHOS OH 45833


KARL J SEWELL
131 QUAIL COURT
FRANKFORT KY 40601


KATHALENE FARROW
20 CONLEY FORK
PRESTONSBURG KY 41653


KATHERINE C FLOWERS
4519 GENERAL PERSHING STREET
NEW ORLEANS LA 70125-3540


KATHERINE HURT
2101 BEEKMAN PLACE
APT 5G
BROOKLYN NY 11225


KATHERINE LYNN POWERS
PO BOX 260
AUXIER KY 41602


KATHERINE MIRACLE
7685 OLD WOODS CT
SPRINGSBORO OH 45066


KATHERINE MULLINS
PO BOX 1
PINETOP KY 41843


KATHERINE SMITH
145 NORTH RIDGE RD
LANCASTER KY 40444


KATHERINE YEARY
308 KEENE MANOR
NICHOLASVILLE KY 40356


KATHLEEN COLVIN
552 ASA CREEK
HAGERHILL KY 41222

KATHLEEN CORNETT
262 ELWOOD RD
BLACKEY KY 41804


KATHLEEN R MARCH
7580 TRINITY RD
DEFIANCE OH 43512


KATHLEEN SPARKMAN
1677 ROXBURY DR
XENIA OH 45385


KATHRYN F MALINA
445 SPARTA DRIVE
SPRINGFIELD OH 45503


KATHY HALL
PO BOX 43
MARTIN KY 41649


KATIE SUE AMBURGEY
36 WELLINGTON DRIVE
HAMPTON VA 23666


KATIE, EXECUTRIX PENICK FREDA-REECE
PO BOX 81
HINDMAN KY 41822


KATY J KAHN
1621 S CATHAY PL
TUCSON AZ 85748


KEITH B HALL
8139 ROUTE 550 E
MOUSIE KY 41839


KEITH CAUDILL
1627 CARCASSONNE RD
BLACKEY KY 41804


KEITH LESLIE
601 N ARNOLD AVENUE
PRESTONSBURG KY 41653

KEITH ONIE
860 WILLOW LN
ASHLAND OH 44805


KEITH OWENS
187 HWY 3403
PARTRIDGE KY 40862


KEITH WHITAKER
530 WATTS FERRY ROAD
FRANKFORT KY 40601


KEN HALL
109 HANNAS BRANCH
MARTIN KY 41649


KENNETH ALDRIDGE
7712 KAYE DR
FRANKLIN OH 45005


KENNETH F ALLEN
6139 MAIN ST
THELMA KY 41260


KENNETH FIELDS
2929 E DUDLEY AVE
INDIANAPOLIS IN 46227


KENNETH JEFF MULLINS
PO BOX 644
CARRIE KY 41725


KENNETH JOSEPH BRYANT
840 MAJOR LANE
HOPKINSVILLE KY 42240


KENNETH NICKLES
PO BOX 183
GARRETT KY 41630


KENNETH R AMBURGEY
916 SOUTH MAIN STREET
ADA OH 45810

KENNETH SLONE
PO BOX 481
HINDMAN KY 41822


KENNETH SMITH
PO BOX 1154
HINDMAN KY 41822


KENNETH WEDDINGTON
410 IRIS LANE
SALINE MI 48176


KENNETH WELLS
3452 POLLS CRK RD
SMILAX KY 41764


KENNITH DONNIE HAYES
1598 WILEY FORK ROAD
LEBURN KY 41831


Kentucky Department of Natural Resources
Division of Oil & Gas
300 Sower Blvd
Frankfort KY 40601


KENTUCKY RIVER PROPERTIES LLC
PO BOX 633650
CINCINNATI OH 45263


KERMIT F BALDRIDGE III
2430 8TH AVENUE SW
VERO BEACH FL 32962


KEVIN BACK
911 KENSINGTON ST
MIDDLETOWN OH 45044


KEVIN NICKLES
1523 TUNNEL MILL ROAD
CHARLESTOWN IN 47111


KEVIN PUGH
110 GRANDVIEW DRIVE
PIKEVILLE KY 41501

KEVIN STRONG
PO BOX 216
DWARF KY 41739


KEVIN WADE LINDON
100 SCHOOLHOUSE BRANCH
VANCLEVE KY 41385


KIM CAUDILL
585 LITTLE RIVER DR
SPARTA NC 28675


KIMBER HAMILTON
192 TOM'S CREEK
IVEL KY 41642


KIMBERLY E HALSTEAD
145 PEPPERWOOD PLACE
PORTSMOUTH VA 23703-2768


KIMBERLY KNIGHT
1920 MEADOW SPRINGS COURT
RUSSELLVILLE TN 37860-8907


KIMBERLY L MONTGOMERY
8201 OLD MILL BLVD
CHARLESTOWN IN 47111


Kimberly M. Lockhart
429 Ratliff Creek Rd.
Pikeville KY 41501


KIMBERLY REYNOLDS
PO BOX 3
PRESTONSBURG KY 41653


KIMBERLY SUE BOWERS
220 CREEKSIDE PARK
FAIRLAND IN 46126


Kingsly Compression
3750 South Noah Dr.
Saxonburg PA 16056

KINZER RESOURCES
PO BOX 460
ALLEN KY 41601


KIRK ADAMS
376 BLAIR BRANCH
JEREMIAH KY 41826


KNOX CAROL EST


KONDURU K RAJU
6906 ROYAL HUNT RIDGE DR
RIVERSIDE CA 92506


KOSAIR CHARITIES
PO BOX 37370
LOUISVILLE KY 40233


KRCC OIL & GAS LLC
PO BOX 633646
CINCINNATI OH 45263-3646


KRISHNA MALEMPATI
19810 WELLINGTON MANOR BLVD
LUTZ FL 33549


KRISTAL HARRIS
125 NIKKI CT
CARLISLE OH 45005


KRISTEN BURKE
3316 PUEBLO CT
LEXINGTON KY 40509


Kristen Neace
c/o Gary C. Johnson, Esq.
P O Box 231
Pikeville KY 41502


KRISTI L ROUMELIOTE

KRP MARCELLUS I LLC
777 TAYLOR ST SUITE 810
FORT WORTH TX 76102


KY Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort KY 40602


KY REAL ESTATE INVESTMENT INC
PO BOX 1250
PAINTSVILLE KY 41240


KYLE CAUDILL
11186th STREET
MARATHON FL 33050


KYLE T SMITH
6225 ST RT 38 SE
LONDON OH 43140


L T WORKS
215 SOUTH VALLEY VIEW ROAD LOT 244
DONNA TX 78537


LARAMIE ADAMS
143 BLACK BOTTOM ROAD
JEREMIAH KY 41826


LARRY AUSTIN FRANCIS
PO BOX 308
GARRETT KY 41630


LARRY BUSH
1995 SPRING BRANCH ROAD
BETHANY KY 41303


LARRY CRACE


LARRY DEAN MADDEN
PO BOX 172
HINDMAN KY 41822

LARRY E COMBS
105 NORTH MAIN STREET
UNION OH 45322-3353


LARRY E FRALEY
64 SKYLINE DRIVE
ENON OH 45323


LARRY F. WARRIX
627 JANE BROWN BRANCH
PRESTONSBURG KY 41653


LARRY GILBERT SMITH
811 DAISY DRIVE
WAPAKONETA OH 45895


LARRY HALL
80 4B RACING ROAD
LETCHER KY 41832-9000


LARRY HOLBROOK
1800 LYNN BROOK COURT
ORIENT OH 43146


LARRY LANEY
3232 FULLERS RIDGE ROAD
LOUISA KY 41230


LARRY N AMBURGEY
PO BOX 54
ERMINE KY 41815


LARRY O LYKINS


LARRY OR PATSY PERKINS
219 DAWSON BRANCH RD
HINDMAN KY 41822


LARRY PETRY
PO BOX 934
PRESTONSBURG KY 41653

Larry R. Petry
4263 KY Rt. 114
Prestonsburg KY 41653


LARRY SMITH
1631 ELM FORK RD
NICHOLASVILLE KY 40356


LARRY THACKER
4964 CHLOE ROAD
PIKEVILLE KY 41501


LARRY THORNSBERRY
PO BOX 1590
MARTIN KY 41649


LARRY WORKMAN
781 SOURWOOD DRIVE
LOUISA KY 41230


LAURA CIHA
663 TYRON ST
EL CAJON CA 92020


LAURA J PATTON
PO BOX 925
PRESTONSBURG KY 41653


LAURA JANE NEILSEN
3816 S HWY 27
MORELAND GA 30259


LAUREL SEE
55 E DEERWOOD ROAD #29
SAVANNAH GA 31410


LAURENA DUFF
3347 POLLS CRK RD
SMILAX KY 41764


LAVONDA MEADE
PO BOX 337
STANVILLE KY 41659

LAVONNE GANDOLFO


LAWANA SUE CRAIG
80 TIMBERLAKE DRIVE
BRONSTON KY 42518


LAWRENCE S ADAMS
PO BOX 52
JEREMIAH KY 41826


LAWTON D SEXTON
239 MAIN ST LOOP 2
BLACKEY KY 41804


LAYNE INVESTMENTS LLC
PO BOX 1106
PHELPS KY 41553


LEA A HARTMAN
6200 SMYRNA PL
LOUISVILLE KY 40228


LEAH Y CHILDERS
PO BOX 625
HINDMAN KY 41822


LEE ETTA CUMMINGS
PO BOX 1254
RICHMOND KY 40476


LEE GREER
2035 HART RD
LEXINGTON KY 40502


LEE HOWARD
3813 ARIA LANE
LEXINGTON KY 40514


LEE LYKINS
9414 RICH VALLEY ROAD
BRISTOL VA 24202

LEE LYKINS
914 RICH VALLEY ROAD
BRISTOL VA 24202


LEIGH A PATCHES
PO BOX 250
RICHLAND PA 17087


LENA COLLINS
4491 IOWA ST
CLAYTON IN 46118


LENA MAE DUNN
PO BOX 133
CAMPTON KY 41301


LENARD FIELDS
PO BOX 331
3551 S 800 W
SWAYZEE IN 46986


LENORA BLACK
2459 NE 98TH STREET
ANTHONY FL 32617


LENORA CROUCHER
150 CARMEN AVE
HAMILTON OH 45013


LENORE MCINTYRE
511 DAUPHIN DRIVE
RICHMOND VA 23236


LENVILLE C ADAMS
PO BOX 53
JEREMIAH KY 41826


LEO BERSAGLIA
1176 N DOG CREEK RD
ENGLISH IN 47118


LEONA TURNER
4573 HOUSTON ROAD
BOONEVILLE KY 41314

LEONARD HALL
PO BOX 219
HAROLD KY 41635


LEONETTE N WATTS
4624 LITTLE LEATHERWOOD CK RD
CORNETTSVILLE KY 41731


LEROY BAKER
2191 MINTON RD
HAMILTON OH 45013


LES MAYHORN
7109 RT 23 NORTH MAYO TRAIL
PIKEVILLE KY 41501


LESLIE GRAY JONES


LESLIE JACKSON
5336 ESSEX DR
OWENSBORO KY 42301


LESTER P GILLUM
1219 DAVIS RD
VANCLEVE KY 41385


LETITIA CRAFT
PO BOX 106
JEREMIAH KY 41826


LEVISA PROPERTIES LLC
PO BOX 934
PRESTONSBURG KY 41653


LEWIS ROBINSON
2588 COLLINS HIGHWAY
PIKEVILLE KY 41501


LEWIS WARRIX
525 PICNIC HILL ROAD
JACKSON KY 41339

LEYBURN AND EDWARD SKAGGS
1607 VIVIAN LN
LOUISVILLE KY 40205


LICKING VALLEY GAS
PO BOX 565
BETSY LAYNE KY 41605


LIDA M HOWARD
174 S LAKE DR
PRESTONSBURG KY 41653


LILLIAN WELLS
150 GRIMES BATTERTON ROAD
PARIS KY 40361-9712


LILLIAN WRIGHT AMBURGEY
712 NORTH 1ST STREET
FLATWOODS KY 41139-1038


LINDA ARMENIS
587 DOGWOOD TRACE
CORBIN KY 40701-6173


LINDA BLAIR
13195 LOCUST RDG NEW HARM RD
WILLIAMSBURG OH 45176


LINDA CASEBOLT
26726 IRA DRIVE
BROOKFIELD MO 64628


LINDA DAVIS
287 CHURCHILL CROSSING
NICHOLASVILLE KY 40356


LINDA FIELDS
405 WINDFIELD PLACE
LEXINGTON KY 40517


LINDA GREEN
11600 PLAZA AMERICA DRIVE
RESTON VA 20191

LINDA HAMILTON
12067 KY RT 172
FLAT GAP KY 41219


LINDA LOWE
PO BOX 69
PIKEVILLE KY 41502


LINDA S HUGHES
343 E. COURT STREET
PRESTONSBURG KY 41653


LINDA S PERKINS


LINDA S PUGH
3783 BAINBRIDGE DR S
BLOOMINGTON IN 47401


LINDA SHANNON
193 CHARLEY HOLLOW ROAD
LOUISA KY 41230


LINDA STANLEY
11281 KENNEBEC ST
DETROIT MI 48205


LINDA SUE MEADE


LINDSAY OR CHRISTINA BACK
250 OLD PHELPS RD
MOREHEAD KY 40351


LINDSEY & ELLIOTT GAS
PO BOX 902
PIKEVILLE KY 41502


LINK LEMASTER
220 4TH ST
PAINTSVILLE KY 41240

LISA A HUDSON
PO BOX 577
HINDMAN KY 41822


LISA BATES
90 TONTO LANE
BLACKEY KY 41804


LISA BYARD
208 WILSON ST
OSGOOD IN 47033


LISA C WHITLEY
4005 LICK CRK RD
SALYERSVILLE KY 41465


LISA L NICHOLS
845 BLAIR BRANCH RD
JEREMIAH KY 41826


LISA LANDRUM
PO BOX 133
CAMPTON KY 41301


LITTLE DEERLICK PARTNERS
PO BOX 934
PRESTONSBURG KY 41653


LITTLE LIME INC
PO BOX 3098
PIKEVILLE KY 41502


LITTLE LIME PARTNERS
139 COLLEGE STREET
PIKEVILLE KY 41501


Litttle Dizzy Tire
PO Box 99
Garrett KY 41630


LLOYD COMBS
1040 GULTICE RD
XENIA OH 45385

LLOYD D CREECH
3075 PALACE DR
BURLINGTON KY 41005


LOIS A THOMAS
4609 POLLS CRK RD
SMILAX KY 41764


LOIS B CREAMER
539 BEDFORD OAKS DR
KIRKWOOD MO 63122


LOIS CASEBOLT SLONE
632 EAST FARMING STREET
MARION OH 43344


LOIS H CONLEY
4321 HWY 2029
HUEYSVILLE KY 41640


LOIS I KINCER
1521 WILDERNESS DR APT 94
MAUMEE OH 43537


LOIS OSBORNE
194 MEADOWVIEW STREET
PIKEVILLE KY 41501


LOIS REYNOLDS
762 LITTLE ROBINSON CRK
VIRGIE KY 41572


LOIS SMITH
315 CRAWFORD VALLEY DR
HAZARD KY 41701


LOIS WYATT
2980 CINCINNATI BROOKVILLE ROAD
HAMILTON OH 45013


LONA SMITH
5274 LITTLE LEATHERWOOD CRK RD
CORNETTSVILLE KY 41731

LONNIE LOVERIDGE
1580 MORGAN CT
MELBOURNE FL 32934


LONNIE OSBORNE
194 MEADOWVIEW STREET
PIKEVILLE KY 41501


LONNIE ROSE
199 TAYLOR LANE
CAMPTON KY 41301


LONZO CAUDILL
PO BOX 103
JEREMIAH KY 41826


LORETTA CALLEBS MOORE


LORETTA CARPENTER
7405 E 48TH ST
LAWRENCE IN 46226


LORETTA STEPHENS


LORETTA WEDDINGTON
114 ASA CREEK
LEANDOR KY 41228


LORRAINE COMBS
202 OAK TREE LN
NICHOLASVILLE KY 40356


LORRAINE NEWMAN
610 PIN OAK DRIVE
ASHLAND KY 41102


LOTTIE INZER
307 WILLOWBROOK DR LOT 108
KENDALLVILLE IN 46755

LOU E FRASURE
PO BOX 127
GRETHEL KY 41631


LOUIS MAYO
1020 AMICALOLA CT
GRIFFIN GA 30223


LOUISE ADAMS
4169 LITTLE LEATHERWOOD CRK RD
CORNETTSVILLE KY 41731


LOUISE S SMITH TRUST
116 CEDAR HILLS DR
PIKEVILLE KY 41501


LOVELL C FOUSHEE, III
5924 PARKERS MILL ROAD
LEXINGTON KY 40513-9765


LOWELL AND VIOLET CORNETT
PO BOX 236
VICCO KY 41773


LOWELL HAMILTON
PO BOX 243
JACKSON KY 41339


LOWELL JOHNSON


LOWELL THOMAS CASEBOLT
3601 BEECH GROVE ROAD
SCIENCE HILL KY 42553


LOYD STEPHENS
264 STEPHENS ROAD
HELENWOOD TN 37755


LOYE CAUDILL
382 BURTON HILL
BLACKEY KY 41804

LRC OIL COMPANY
686 HAPPYTOP RD
BEATTYVILLE KY 41311


LUANN M GATTI
4617 DORCHESTER DR
ERIE PA 16509


LUCILLE GILKESON
4736 BABYLON ST
DAYTON OH 45439-2966


LUCY JOHNSON HEIRS
PO BOX 35
WINCHESTER KY 40392


LULA G BRADLEY
PO BOX 934
PRESTONSBURG KY 41653


LUTHER MCINTOSH
829 BOONE CREEK ROAD
STANTON KY 40380


LYNDA MAYS
4883 LITTLE LEATHERWOOD CREEK ROAD
CORNETTSVILLE KY 41731


Lynette Schindler
130 Scott Avenue
Pikeville KY 41501


LYNN CASEBOLT DETERS LORETTA
2610 SOUTH STATE ROUTE 123
LEBANON OH 45036


LYNN D CAUDILL
1265 CRITTENDON MT ZION RD
DRY RIDGE KY 41035


LYNNE ROGERS
1601 FERGUSON RD
LEXINGTON KY 40511

M S HALL


MABEL BROWN
15 DICKERSON ST
PRESTONSBURG KY 41653


MAC A CASEBOLT
678 BURNTWOOD DRIVE
BEAVERCREEK OH 45430


MAC TRUSTY
189 TRUSTY LANE
VANCLEVE KY 41385


MACK LANEY
1042 CHAPEL ROAD
LOUISA KY 41230


MACK MORGAN
PO BOX 1644
HAZARD KY 41702


MACKIE RICHERSON
8501 HWY 15 N
VANCLEVE KY 41385


MADDD, LLC
PO BOX 286
HAZARD KY 41702


MADELINE ARNETT
2564 UPPER SECOND CREEK ROAD
HAZARD KY 41701


MADGE BUSH
8474 GLENEAGLE WAY
NAPLES FL 34120


MADGE PRATT BROWN
226 WINDY RIDGE
BLACKEY KY 41804

MAE C AMBURGEY
PO BOX 54
ERMINE KY 41815


MAGGIE WALLEN SLONE LILLIE
37 MAGGARD DRIVE
LEBURN KY 41831


MAGNUM DRILLING OF OHIO, INC.
9501 STATE ROUTE 5
ASHLAND KY 41102


MANUEL ARNETT
2564 UPPER SECOND CREEK ROAD
HAZARD KY 41701


MARCELLA SLONE
9721 ROAD 180
PAULDING OH 45879-8761


MARCENE CASEBOLT CULBRETH
1014 FULHAM COURT
LOUISVILLE KY 40222


MARCIA H STOUT
4165 SCARLETT DR
MORRISTOWN TN 37814


MARCIA S LAWRENCE
1833 DALNA AVE
LEXINGTON KY 40505


MARCUS HARBIN
3900 BIRCH CRK VALLEY
ELIZABETH IN 47117


MARGARET BLACKBURN
628 SCOTT LN
PRESTONSBURG KY 41653


MARGARET BOYETTE
1704 SANSOM FORK
DANA KY 41615

MARGARET JONES
200 W LENAPE RD
EGG HARBOR CITY NJ 08215


MARGARET POLLY
PO BOX 549
CORNETTSVILLE KY 41731


MARGARET S HALL
286 RAINTREE DR
CYNTHIANA KY 41031


MARGIE CAUDILL
1185 BLAIR BRANCH RD
JEREMIAH KY 41826


MARGUERITTE HUBBARD
PO BOX 1076
FAYETTEVILLE GA 30214


MARIE CAUDILL
192 BLAIR BRANCH ROAD
JEREMIAH KY 41826


MARIE FIELDS
328 JONES TINCHER RD
LONDON KY 40744


MARILYN E CLEMONS


MARJORIE LOBB
1087 CAMBRIDGE DR
GREENWOOD IN 46142


MARK A CALHOUN
3400 N COUNTY RD 20 W
NORTH VERNON IN 47265


MARK BUSH
PO BOX 938
BEATTYVILLE KY 41311

MARK D CAINES
926 STANLEY FORK
VARNEY KY 41571


MARK HAYDON
1435 S E 15TH ST; #403
FT LAUDERDALE FL 33316


MARK R HOLBROOK
48 WILDWOOD LANE
PIKEVILLE KY 41501-3424


MARK R ZIEGLER
321 N MOUNTAIN TRAIL
SIERRA MADRE CA 91024


MARK SANDERS
511 SOUTH TOWER STREET
BROWNSTOWN IL 62418


MARK V DEVELOPMENT
PO BOX 231
PIKEVILLE KY 41502-0231


Mark West Hydrocarbon
22028 Network Place
Chicago IL 60674-1220


MARSHA GOBLE
641 TEAKWOOD DR
LEXINGTON KY 40502


MARSHA L EVRARD
5555 TEXTILE RD
SALINE MI 48176


MARTHA J MILLER
3008 CEDAR LANE
BARBOURSVILLE WV 25504


MARTHA J SMITH
PO BOX 007
JEREMIAH KY 41826

MARTHA LANIER


MARTHA M MORGAN
3390 WINTHROP DRIVE
LEXINGTON KY 40503


MARTHA SNYDER
2019 SUNRISE AVE
PORTSMOUTH OH 45662


MARTY ADAMS
PO BOX 1
JEREMIAH KY 41826


MARTY GHORMLEY
268 BEAR ROAD
PIKEVILLE KY 41501


MARTY JOHNSON
2104 ISLAND POINT
LEXINGTON KY 40502


MARTY MULLINS
PO BOX 1681
HAZARD KY 41702


Marvella Hood
PO Box 232
Wheelwright KY 41669


MARVON BLAIR
4140 APPALACHIAN DRIVE
FIELDALE VA 24089


MARY ALICE CASEBOLT
100 RESERVOIR ROAD, UNIT 1
ST CLAIRSVILLE OH 43950-1240


MARY ANN COLEMAN-STANLEY
PO BOX 3655
PIKEVILLE KY 41502

MARY B WARD
126 MAPLE STREET
PHELPS KY 41553


MARY C KATZ
1124 CORMAN LANE
NICHOLASVILLE KY 40356


MARY C NEELEY
PO BOX 813
PRESTONSBURG KY 41653


MARY CASEBOLT WILDER
1090 SWEET LICK ROAD
IRVINE KY 40336


MARY COMPTON


MARY CORNETT
PO BOX 57
SLEMP KY 41763


MARY E CALHOUN
13147 PROBST RD
AURORA IN 47001


MARY GIBSON
112 DISMAL BRANCH ROAD
GARNER KY 41817


MARY HALCOMB
322 SACKETT LOOP
WHITESBURG KY 41858


MARY HARMON
1677 OAKHILL RD NO 3
SOMERSET KY 42503


MARY HAYDON
6732 DEER POND LN
PINELLAS PARK FL 33781

MARY L BLAKEMAN
3249 DRAYTON PL
LEXINGTON KY 40503


MARY L SWINEY
58 MACKENZIE AVE
AUXIER KY 41602-9243


MARY L ZAHN
PO BOX 18633
WEST PALM BEACH FL 33416


MARY LEWIS
1 WILTSHIRE CT
TAYLORS SC 29687


MARY MCGUIRE
PO BOX 23226
LEXINGTON KY 40523


MARY R AMBURGEY
202 CHURCHILL CROSSING
NICHALOSVILLE KY 40356-2583


MARY ROSE DESKINS
184 STONEHENGE DRIVE
PIKEVILLE KY 41501


MARY S MASTIN
740 CABIN CREEK RD
WINCHESTER KY 40391


MATTHEW FAIRCHILD
2886 SOUTHEAST BOULEVARD
GROVE CITY OH 43123


MATTHEW M TURPIN
2826 CUMBERLAND AVENUE
MIDDLESBORO KY 40965


MATTHEW ZIEGLER
16830 VENTURA BLVD SUITE 100
ENCINO CA 91436

MAURICE C ALLEN
4028 ST RT 850
DAVID KY 41616


MAVIS R STEINBECKER
35 PINEHURST RD
ASHEVILLE NC 28805


MAX E KOFFARD & DL KOFFARD TRUST
2115 MCGRAW RANCH ROAD
ESTES PARK CO 80517


MAXIMILIAN MALONEY
C/O SUNTRUST BANK
14425 MIRAMAR PARKWAY
MIRAMAR FL 33027


MAXINE BUELL
7341 RD 151
PAULDING OH 45879


MAXINE S SPEAKS
109 ROBYN DRIVE
WINCHESTER KY 40391


MAXMILIAN MALONEY
C/O SUNTRUST BANK
14425 MIRAMAR PARKWAY
MIRAMAR FL 33027


MAYO-HARKEY LLC
688 EMMETT CRK LN
LEXINGTON KY 40515


McGregor & Associates
997 Governors Lane
Suite 1
Lexington KY 40513


McJunkin Red Man Corp.
Attn: General Counsel
1301 McKinney St., Suite 2300
Houston TX 77010

MEDINA MCANALLEN
4804 CLIFFORD CIRCLE
LEXINGTON KY 40515


MEG KENDRICK
388 FITZPATRICK RD
PRESTONSBURG KY 41653


MELANIE SAVIDGE
453 GLENBROOK DRIVE
ATLANTIS FL 33462


MELISSA C WATSON
PO BOX 361
GENOA NV 89411-0361


MELISSA D WILLIAMS
159 OAK CREST ROAD
HUNTSVILLE AL 35811


MELISSA LONE
4306 W COUNTY RD 300 N
CONNERSVILLE IN 47331


MELISSA S HOWARD


MELISSA VAUGHT
298 TERRY LANE
SOMERSET KY 42503


MELVIN ADAMS JR
495 OVERLOOK RD.
LOUISVILLE KY 40229


MELVIN KING
222 ROBYN DR
WINCHESTER KY 40391


MERLE AND WAYNE HAGERTY
307 MASHIE LN
HORSESHOE BEND AR 72512

META HALL HUMMEL
971 MANCHESTER DRIVE
GREENVILLE OH 45331


MICHAEL A GARRED
1197 VZ COUNTY ROAD 4706
BEN WHEELER TX 75754


MICHAEL AMBURGEY
PO BOX 934
PRESTONSBURG KY 41653


MICHAEL AND ANGIE BELLAMY
PO BOX 324
JACKSON KY 41339


MICHAEL BUNDREN
60 KY ROUTE 1750
EAST POINT KY 41216


MICHAEL C DOWNEY
PO BOX 69
NACHUSA IL 61057


MICHAEL D MADDEN
120 SAM BACH LN
BLACKEY KY 41804


MICHAEL E MULLIGAN
526-B W. SAN ANTONIO ST
SAN MARCOS TX 78666


MICHAEL E WEBB
28 BRICKLEY DRIVE
HAGER HILL KY 41222


MICHAEL FUGATE
PO BOX 499
BONNYMAN KY 41719


MICHAEL G CASEBOLT
11952 INFIRMARY ROAD
WAPAKONETA OH 45895

MICHAEL H CLARK
2168 BIRKDALE DRIVE
LEXINGTON KY 40509


MICHAEL HODGSON
420 CHEYENNE RD
BRISTOL VA 24201


MICHAEL HURT
607 LOTTS CREEK RD
HAZARD KY 41701


MICHAEL J CAUDILL
7702 LASANE DRIVE
LOUISVILLE KY 40214


MICHAEL J KEHOE
95 CAMBRIDGE WAY
CAMPBELLSVILLE KY 42718


MICHAEL LYKINS


MICHAEL REED CAUDILL
48 RUNNELS BRANCH ROAD
LITT CARR KY 41834


MICHAEL W ALLEN
PO BOX 76
VANCLEVE KY 41385


MICHAEL WILLIAMS
PO BOX 1418
HOPEWELL VA 23860


MICHELE PRESTON
2 ABBEY LN
HENDERSONVILLE NC 28739


MICHELLE REYNOLDS
315 W PROSPECT STREET
LAGRANGE OH 44050

MICKEY FULP
3494 PROVIDENCE RD
KERSHAW SC 29067


MICKEY R HOWARD
PO BOX 1509
HYDEN KY 41749


MIKE HAMILTON


MIKE SMITH
4745 W KY HWY 80
HAZARD KY 41701


MILDRED ADAMS
8955 N BASELINE RD
WAWAKA IN 46794


MILDRED B FASSAS TRUST D
PO BOX 787
RICHMOND KY 40476


MILDRED E COWARD
3160 DAVISBURG RD
DAVISBURG MI 48350


MILDRED L SLONE
7971 HONEYSUCKLE LN
WESTCHESTER OH 45069


MILDRED SNIDER
2829 IRETON TREES ROAD
BETHEL OH 45106-8469


MILLER KENT CARTER
PO BOX 1223
PIKEVILLE KY 41502


MILLIE F ALEXANDER
8559 PLEASANT VALLEY RD
CAMDEN OH 45311

MINDA AMBURGEY
287 HIGHLAND HEIGHTS
HINDMAN KY 41822


MINNIE BOLEYN
94 S CABOOSE STREET
GARRETT KY 41630-6965


MISTY S TURNER
291 CRESSWOOD DR
JONESVILLE VA 24263


MJLZ PROPERTIES LLC
16830 VENTURA BLVD SUITE 100
ENCINO CA 91436


MLJ PARTNERSHIP
451 WOODLAKE WAY
LEXINGTON KY 40502


MLP ENERGY INVESTMENTS, LLC
PO BOX 1250
PAINTSVILLE KY 41240


MOHANA RAO ARLA
1402 HADLEIGH PLACE
LOUISVILLE KY 40222


MOLLY JUNE UNDERWOOD


MONERCO INVESTMENTS
PO BOX 472
PIKEVILLE KY 41502


MONT CALHOUN
416 HOOSIER ST
NORTH VERNON IN 47265


MONTE HAY
4353 WILLARD DR
ASHLAND KY 41102

MORGAN LANDRUM
PO BOX 133
CAMPTON KY 41301


MP BUCHART INVESTMENT CO INC.
PO BOX 22224
LEXINGTON KY 40522


MP BUCHART OIL & GAS COMPANY
PO BOX 22224
LEXINGTON KY 40522


MPG ENTERPRISES
3637 AMICK WAY
LEXINGTON KY 40509


MYRA ROUSE
2133 SALLEE DR
LEXINGTON KY 40513


MYRTLE CHAFFINS
121 LIBERY DRIVE
PRESTONSBURG KY 41653


MYRTLE LEMASTER ISAAC


MYRTLE STANLEY
3433 HURRICANE RD
PIKEVILLE KY 41501


MYRTLE WEBB
434 PINE BEND DRIVE
CHESTERFIELD MO 63005


NANCY BASART
PO BOX 33
ALICE TX 78333


NANCY BROWN
18 TYLER LANE
WHITESBURG KY 41858

NANCY C HOWARD
301 AUGUSTA WAY
SUNSET SC 29685


NANCY FITZPATRICK
1442 SE MINORCA AVE
PORT ST LUCIE FL 34952


NANCY H HOWARD
3336 ABBOTT CRK RD
PRESTONSBURG KY 41653


NANCY WATTS
PO BOX 40
POWELL TN 37849


NANNIE ELIZABETH GROSS
3312 HWY 52 WEST
BEATTYVILLE KY 41311


NATURAL RESOURCE PARTNERS
5260 IRWIN RD
HUNTINGTON WV 25705


NELDA N CASEBOLT


NELL KEEFER
BOX 66
SLEMP KY 41763


NELL STIDHAM
28700 US HIGHWAY 23 SOUTH
CIRCLEVILLE OH 43113


NELL SWANSON


NELSON R ALLEN
507 BELLEFONTE PRINCESS RD
ASHLAND KY 41101

Newport Oil Corporation
803 Turner Street
Clearwater FL 33756


NICHOLAS WELLMAN
2886 SOUTHEAST BLVD
GROVE CITY OH 43123


NICK COMBS
4418 N E MASTERS AVENUE
ARCADIA FL 34266


NICK FIELDS JR
1607 W. 2ND ST
MARION IN 46952


NICKIE PADGETT-GILL
9008 WHIPPOORWILL ROAD
LOUISVILLE KY 40229


NICOLETTE WINSTEAD


NINETTIE RISNER
304 TIMBERLINE CT
BEREA KY 40403


NITA L HURT
267 RT FRK MONTGOMERY RD
VICCO KY 41773


NOAH GRIFFITH
5360 LITTLE LEATHERWOOD CR RD
CORNETSVILLE KY 41731


NOAH PARTNERS


NOBLE ESCROW J
130 SCOTT AVENUE
PIKEVILLE KY 41501

NOLAN KY PROPERTIES, LLC
1624 TUSCAN RIDGE CIRCLE
SOUTHLAKE TX 76092


NONA FARTHING
243 FEEDMILL RD
ROSEBORO NC 28382


NORA JONES
PO BOX 246
HI HAT KY 41636


NORMA ADAMS
297 COUNTY FARM RD
MADISONVILLE TN 37354


NORRIS G FUGATE
10103 DONACE LANE
LOUISVILLE KY 40272


NORTH PARK INC
PO BOX 7525
HILTON HEAD SC 29938


NRP LLC dba ACIN LLC
5260 IRWIN ROAD
HUNTINGTON WV 25705


OLAF MADDEN


OLAN ADAMS
6734 WEIDNER RD
SPRINGBORO OH 45066


OLIVIA TILLERY CAMPBELL
2212 CRITTENDEN DR
LOUISVILLE KY 40217


OLLIE JENT
11196 HWY 7 S
BLACKEY KY 41804

OLNEY B OWEN
2233 ABBEYWOOD ROAD
LEXINGTON KY 40515


OMA AND CLETIS WELLS
PO BOX 24
SMILAX KY 41764


ONE 64TH CORP
C/O BB&T-SAV ACC 0000445575321
PIKEVILLE KY 41501


ONIS COLLINS
1511 MCCROSKEY AVE
KNOXVILLE TN 37917


OPAL FIELDS
1073 VERMOND RD
CARTERVILLE IL 62918


ORIN WHEELER


ORRIS CORNETT
PO BOX 1464
VIPER KY 41774


ORVILLE RISNER
31776 LAFLER DR
ROCKWOOD MI 48173


OSCAR W THOMPSON III
PO BOX 3510
PIKEVILLE KY 41502


OTHEL RAY JONES
5386 MEADOW GROVE DRIVE
GROVE CITY OH 43123


OTIS R OR DIANE SHEPHERD
101 LOWER TWIN HOLLOW RD
CORNETTSVILLE KY 41731

OTTIS JAY AMBURGEY
515 APACHE TRAIL
MERRITT ISLAND FL 32953


OWEN WRIGHT
238 MAIN ST
WHITESBURG KY 41858


OWENS ANITA M AGENT
BOX 95
HARRIS WV 26362


OZPAC ENERGY LLC
PO BOX 788
PRESTONSBURG KY 41653


P G ROBINSON
402 BELLEFONTE PRINCESS RD
ASHLAND KY 41101


P KENNY ANGELUCCI
106 W VINE STREET STE 700
LEXINGTON KY 40507


PAM E OSBORNE
PO BOX 1163
PIKEVILLE KY 41502


PAM GIBLER
PO BOX 4184
BATON ROUGE LA 70821-4184


PAM PERKINS
PO BOX 513
CARRIE KY 41725


PAMELA DOANE
6770 E PLYMOUTH RD
LEXINGTON IN 47138


PAMELA ELLISON
8545 ZIMMERMAN RD
SAINT PARIS OH 43072

PAMELA HOLMES
341 EAST IRVINE STREET APT 4
RICHMOND KY 40475


PAMELA RICE
5455 WOODBINE RD
ASHLAND KY 41102


PAMELA S CAMPBELL
418 LOST FORK RD
CORNETTSVILLE KY 41731


PAMELA SEXTON
304 N HOLLAND ST
MUNCIE IN 47303


PAMELA TROWBRIDGE
1955 COUNTY ROAD 00 WEST
KENDALLVILLE IN 46755


PATRICIA A DOUGHERTY
422 SPANISH MOSS COURT
COPPELL TX 75019


PATRICIA ADAMS
1189 TELLICO ST S
MADISONVILLE TN 37354


PATRICIA ANN COMBS
40 PARSLEY CT
SPRINGBORO OH 45066


PATRICIA B ALLEN
584 N CENTRAL AVE
PRESTONSBURG KY 41653


PATRICIA BATES
24 BLUEJAY WAY
WEST BLOCTON AL 35184


PATRICIA COLLINS
6805 DONNELLY DR
BROWNSBURG IN 46112

PATRICIA COOKSEY
617 WINDSOR LN
FLATWOODS KY 41139


PATRICIA HUFFMAN NUZZO


PATRICIA HUNTER
5092 KY RT 2030
PRINTER KY 41655


PATRICIA J DURAN
5350 EAST TROPICANA #56
LAS VEGAS NV 89122


PATRICIA JENKINS
7080 NW TURTLE WALK
BOCA RATON FL 33487


PATRICIA K ALLEN
4337 MAJESTIC LN
FAIRFAX VA 22033


PATRICIA L HUDSON
179 WHITE OAK DR
HINDMAN KY 41822


PATRICIA LANEY
3232 FULLERS RIDGE ROAD
LOUISA KY 41230


PATRICIA MARTIN
418 TRACE FORK RD
JACKSON KY 41339


PATRICIA NEWMAN TUSSEY
1013 STELLA DRIVE APT 5D
ASHLAND KY 41102


PATRICIA PRATT
4265 LESLIE DR
MORRISTOWN TN 37814

PATRICIA SLONE DRAUGHN
8276 HWY 550 EAST
MOUSIE KY 41839


PATRICIA SMITH
3217 WELLINGTON LN
LEXINGTON KY 40503


PATRICIA SOWELS
49729 FORD ROAD
CANTON MI 48187


PATSY MADDEN
RT 160 BOX 33
LITT CARR KY 41834


PATSY OLIVER
PO BOX 121
WOOTEN KY 41776


PATSY WELLS
4427 HOOVER ROAD
GROVE CITY OH 43123


PATTY CORNETT MCCALL
2907 ARGYLE DRIVE
LEXINGTON KY 40517


PATTY S ALLEN


PAUL A MALONEY
9676 BARRS BRANCH RD
ALEXANDRIA KY 41001


PAUL AND KAREN YONTS
6538 E WEBSTER RD
LEXINGTON IN 47138


PAUL D PELPHREY
PO BOX 1250
PAINTSVILLE KY 41240

PAUL D WORKS
50 GOLDEN LN APT 207
DOVER DE 19901


PAUL G JUSTICE
3384 WINCHESTER ROAD
LEXINGTON KY 40509


PAUL HANNAH
2985 MIDDLE FORK ROAD
HAGER HILL KY 41222


PAUL M BALDRIDGE


PAUL R LITTLE
ADM AW LITTLE HEIRS
639 CHICK LITTLE RD
JACKSON KY 41339


PAUL R LITTLE, ADM AW LITTLE HEIRS
639 CHICK LITTLE RD
JACKSON KY 41339


PAUL R. GEARHEART HOLDINGS, LTD
PO BOX 38
HAROLD KY 41635


PAUL S SMITH
6 SOFTSHELL LN BOX 116
LEBURN KY 41831


PAUL V AMBURGEY
4028 STATE ROUTE 5
ASHLAND KY 41102


PAUL WALLEN
PO BOX 249
ALGER OH 45812


PAULINE FRAZIER
227 PENCE BRANCH
CAMPTON KY 41301

PAX INVESTMENTS, LLC
5TH 3RD BANK 250 WEST MAIN ST
LEXINGTON KY 40507


PAYZONE ENERGY & EXPLORATION
PO BOX 590
ASHLAND KY 41105


PEARL FIELDS
10093 S KY HWY 501
LIBERTY KY 42539


PEGGY HALL COSTA
201 TABBS LANE
NEWPORT NEWS VA 23602


PEGGY HORNE
1810 27TH STREET WEST
BRADENTON FL 34205-3844


PEGGY HORNE
1810 27TH STREET
WEST BRADENTON FL 34205-3844


PEGGY MESSER
151 ELMROCK DECOY ROAD
LEBURN KY 41831


PEGI WILKES
555 TOBE LEWIS RD
LYNX OH 45650


PELCO 2011 KY ENERGY INVESTMENTS, LLC
PO BOX 1250
PAINTSVILLE KY 41240


PELPHREY ESCROW ACCT


PENCE ESOM & VERGIE
2962 WYLIE DRIVE
FAIRBORN OH 45324

PENN VIRGINIA OPERATING LLC
PO BOX 102992
ATLANTA GA 30368-2992


PENNY GREENE
4528 US HWY 50
FAYETTEVILLE OH 45118


PETER A SCHOEW
2069 ENSLOW AVE
HUNTINGTON WV 25701


PETER DENISSOFF
105 LAKEVIEW DR
LAWRENCEBURG KY 40342


PHIL A STALNAKER
PO BOX 1108
PIKEVILLE KY 41502


PHIL J SMITH
PO BOX 640
JACKSON KY 41339


PHILIP B HOBBS
121 SEMINOLE SKY
DAHLONEGA GA 30533


PHILIP CAUDILL


PHILLIP 2 LITTERAL
241 LITTERAL LANE
VANCLEVE KY 41385


PHILLIP AMBURGEY
4588 RIVERVIEW DRIVE
BIRMINGHAM AL 35244


PHILLIP AND ROBIN LEWIS
PO BOX 915
HYDEN KY 41749

PHILLIP D REYNOLDS
450 THREE D RD
LOUISA KY 41230


PHILLIP HALL
12977 KY ROUTE 979
BEAVER KY 41604


PHILLIP HUFF


PHILLIP LEWIS ATTY AT LAW
PO BOX 915
HYDEN KY 41749


PHILLIP LITTERAL
2241 LITTERAL LANE
VANCLEVE KY 41385


PHILLIP R MULLINS
361 COCHRAN ROAD
LEXINGTON KY 40502


PHILLIP RISNER
PO BOX 483
CARRIE KY 41725


PHOENIX DEVELOPMENT CO
PO BOX 450
DWARF KY 41739


PHYLLIS A SHORT
388 HOLLY HILLS VILLA RD LOT 7
HINDMAN KY 41822-8623


PHYLLIS HAYES


PHYLLIS KUTZERA
703 SKYVIEW DR
WEST CARROLLTON OH 45449

PHYLLIS MILLS
4801 PANDORA CT
CHARLOTTE NC 28212


PI CAINES GAS WELLS LLC
PO BOX 1250
PAINTSVILLE KY 41240


PILGRIM ENERGY INC
PO BOX 89
PIKEVILLE KY 41502


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh PA 15250-7874


POLLY CORNETT
128 HOLLY THICKET RD
VIPER KY 41774


POLLY FLEMING
5030 S HWY 53
CRESTWOOD KY 40014


POTTER REED D, JR
107 5TH STREET
PIKEVILLE KY 41501


PRENTIS ADKINS
375 SCHOOL HOUSE ROAD
SHELBIANA KY 41562


PRICE ROGER POTTER
6164 COUNTY ROAD 51 STREET
JOE IN 46785


PROPERTY EXCHANGE
641 Teakwood Drive
Lexington KY 40502


PRYCE GROSS HEIRS

```
QE CAINES
PO BOX 2063
PIKEVILLE KY 41502


QUALITY NATURAL GAS
PO BOX 460
ALLEN KY 41601


QUINCY CAINES
PO BOX 2063
PIKEVILLE KY 41502


R & T ENTERPRISES INC
PO BOX 947
PIKEVILLE KY 41502


R FRED COMBS
1045 LAKESIDE DR
JACKSON KY 41339


RACHEL E COMBS TUA
PO BOX 34290
LOUISVILLE KY 40232


RACINE CLARKE
320 PRIMROSE LN
WINCHESTER KY 40391


RALEIGH CASEBOLT
532 CUMBERLAND DRIVE
LIMA OH 45804


RALEIGH JOHNSON JR
1711 GUNWALE RD
HOUSTON TX 77062-4539


RALPH PATTON
340 COUNTY HOUSE LANE
MARIETTA OH 45750


RAMANARAO METTU
318 NORTHMONTE POINT
PIKEVILLE KY 41501
```

RANDAL L WEBB
3459 MIDDLE FORK ROAD
HAGER HILL KY 41222


RANDALL E COLLINS
2207 S COUNTY RD 600 W
DANVILLE IN 46122


RANDALL G COMBS
PO BOX 512
CARRIE KY 41725


RANDALL OSBORNE
PO BOX 1163
PIKEVILLE KY 41502


RANDY ADAMS
1447 BLAIR BRANCH RD
JEREMIAH KY 41826


RANDY CAMPBELL
PO BOX 1249
HINDMAN KY 41822


RANDY MORRIS
1009 SPRINGS CT
COXS CREEK KY 40013


RANDYL SMITH
116 ROY G AVENUE
HAZARD KY 41701


RATLIFF JR ALVIN C
HC 61 BOX 762
SALYERSVILLE KY 41465


RAY B JR AND WILLA COMBS
2237 BONHAVEN RD
LEXINGTON KY 40515


RAY D ADAMS
PO BOX 14
JEREMIAH KY 41826

RAY FIELDS
2954 MCWHORTHER RD
LONDON KY 40741


RAY S JONES II
PO BOX 3850
PIKEVILLE KY 41502


RAYMOND BEGLEY
49 CENTRAL DRIVE
RICHMOND IN 47374


RAYMOND JENT
360 ELK CREEK RD
BLACKEY KY 41804


REBA SCOTT
107 KATELYN LANE
NICHOLASVILLE KY 40356


REBECCA CLEMONS
239 HOUSTON PT SUBDIVISION RD
MT VERNON KY 40456


REBECCA NORRIS
13 TRAIL OAKS DR
ST. PETERS MO 63376


REBECCA R THOMASON
210 NELLIEFIELD CREEK DRIVE
CHARLESTON SC 29492


REBECCA S KENNEDY
121 GREER DR
BRUNSWICK GA 31520


REDIA MCLAMB
89 ROBINSON DRIVE
NEWPORT NEWS VA 23601


REGINA AND JANIE DIAL CAUDILL
PO BOX 162
JEREMIAH KY 41826

REGINA WRIGHT
192 BLAIR BRANCH
JEREMIAH KY 41826


REGINALD GENE RICE
BOX 215
EASTERN KY 41622


REGINALD ISOM
338 NAPIER FARM RD
HAZARD KY 41701


REX ADAMS
105 E BAVARIAN DR
MIDDLETOWN OH 45044


RHONALD NICKLES
3410 GREEN BRIAR ROAD
THOMSON GA 30824


RICHARD A GRIFFITH
1619 BYPASS ROAD #270
WINCHESTER KY 40391


RICHARD B WILLIAMS
743 MILL BRANCH ROAD
PAINTSVILLE KY 41340


RICHARD BECKLEHAMER


RICHARD COLLINS
PO BOX 518
INDEPENDENCE KY 41051


RICHARD D FUGATE
408 LIBERTY ROAD
MILTON KY 40045


RICHARD D JOHNSON
138 WOODLAND AVE
LEXINGTON KY 40502

RICHARD H CAVE
221 SALVADOR SQ
WINTER PARK FL 32789


RICHARD HENSON
2430 JOHNSON FORK ROAD
VANCLEVE KY 41385


RICHARD JUSTICE
PO BOX 2566
PIKEVILLE KY 41502


RICHARD KYLE COLLINS
12710 DICKERSON ROAD
WALTON KY 41094


RICHARD LEWIS OIL & GAS
HC 75 BOX 1450
ISONVILLE KY 41149


RICHARD LITTLE
339 PENCE BRANCH ROAD
CAMPTON KY 41301


RICHARD MAYO
1843 HARPSWELL NECK RD
HARPSWELL ME 04079


RICHARD MULLINS
171 MEADOWBROOK HOLLOW
HAZARD KY 41701


RICHARD P ROSE
27716 FLORY RD
DEFIANCE OH 43512


Richard Parks
Double D Drilling, Inc.
P O Box 122
Silver Springs FL 34489-0122


RICHARD PERKINS
111 INDIANOLA AVE
DAYTON OH 45405

RICHARD TODD CLARK
PO BOX 508
PRESTONSBURG KY 41653


RICHERSON MACKIE JR
2815 JOHNSON FORK ROAD
VANCLEVE KY 41385


RICKY BLAIR
865 BLAIR BRANCH RD
JEREMIAH KY 41826


RINA NEWMAN


RITA CAMPBELL HURLEY
4591 TOLER CREEK
HAROLD KY 41635


RITA KAYE DORTON
7059 MILLARD HIGHWAY
PIKEVILLE KY 41501


RITA NICKLES
112 PATTON BRANCH ROAD
DEMA KY 41859


RIVERCREST ROYALTIES II LLC
777 TAYLOR STREET SUITE 810
FORT WORTH TX 76102


RL Laughlin & Co., Inc.
5012 W. Washington St.
Charleston WV 25313-3000


RL ROSE
51 SOUTH MAIN ST
WINCHESTER KY 40391


ROBBIE J WORLEY
1110 E EVERTON RD
CONNERSVILLE IN 47331

ROBERT A ROUMELIOTE


ROBERT ALLEN
2633 SNAIL KITE COURT
ST AUGUSTINE FL 32092


ROBERT B ALLEN
507 BELLEFONTE PRINCESS RD
ASHLAND KY 41101


ROBERT CAMPBELL
3630 HWY 7 S
BLACKEY KY 41804


ROBERT CASPER
5300 RD 165
GROVER HILLS OH 45849


ROBERT COPE
668 TEAKWOOD DR
LEXINGTON KY 40502


ROBERT E ADAMS
370 BLAIR BRANCH RD
JEREMIAH KY 41826


ROBERT E BRONSON JR
1939 CHASE LN
AURORA IL 60502


ROBERT ELLIOTT
6404 US HIGHWAY 42
LOUISVILLE KY 40241


ROBERT F STRELESKI
13427 16TH AVE E
TACOMA WA 98445


ROBERT HALCOMB


ROBERT HARMON

ROBERT J STACEY


ROBERT KEITH CAUDILL
4624 LITTLE LEATHERWOOD CK RD
CORNETTSVILLE KY 41731


ROBERT KYLE-DECEASED CARPENTER


ROBERT L CASEBOLT
6015 CHESTNUT AVENUE
NEWPORT NEWS VA 23605


ROBERT L SMITH
8163 HWY 550 E
MOUSIE KY 41839


ROBERT OBRIAN
5498 KY RT 825
LEANDER KY 41222


ROBERT P COMBS
PO DRAWER 31
PIKEVILLE KY 41502


ROBERT S ROGERS
2231 SPRUCE LANE, APT C
PALM HARBOR FL 34684


ROBERT SALISBURY
4289 RT 122
HUNTER KY 41655


ROBERT SCHINDLER
291 SUMMER STREET
PIKEVILLE KY 41501


ROBERT TAULBEE
7418 HWY 1812 N
VANCLEVE KY 41385

ROBERT TURPIN JR
2301 BELL CIRCLE
LYNN HAVEN FL 32444


ROBERTA JONES
900 SEWELL SHOP ROAD
WINCHESTER KY 40391


ROBERTA STEPHENS
PO BOX 297
MARTIN KY 41649


ROBIN COOK
100 PURPOSE RD
PIPPA PASSES KY 41844


ROCKY ALLEN
PO BOX 1211
CAMPTON KY 41301


RODDY SCOTT
107 KATELYN LANE
NICHOLASVILLE KY 40356


RODNEY MITCHELL
107 INWOOD DRIVE
FRANKFORT KY 40601


ROGER AND BETTY CHARLES
HC 81 BOX 202 A
MEADOR WV 25678


ROGER CHILDERS
8232 HWY 1690
LOUISA KY 41230


ROGER D FRALEY
916 W US HWY 60
GRAYSON KY 41143


ROGER DEAN BRYANT
303 CHEYENNE DRIVE
WESTMINSTER SC 29693

ROGER MALONEY
PO BOX 341
VANCLEVE KY 41385


ROGER MARTIN
285 CEDAR CREEK ROAD
PIKEVILLE KY 41501


Roger Massengale, Esq.
PO Drawer 1278
Paintsville KY 41240


ROGER P HOLBROOK


ROGER POTTER PRICE
6164 COUNTY ROAD 51 STREET
SAINT JOE IN 46785


ROGERS JAMES R, JR
1049 DEAN DRIVE
NORTHGLENN CO 80233


ROLAND BAKER
14724 ST PAUL RD
CLEARSPRING MD 21722


RON JOHNSON
PO BOX 444
HINDMAN KY 41822


RON ROBINETTE
PO BOX 1506
PRESTONSBURG KY 41653


RON WARD
20337 ST RT 772
WAVERLY OH 45690


RONALD BURNETT
2520 UPPER SECOND CREEK ROAD
HAZARD KY 41701

RONALD EDWARD AMBURGEY
1643 WEST BREESE ROAD #20
LIMA OH 45806-1750


RONALD HOWARD
PO BOX 104
EASTERN KY 41622


RONALD PERKINS
6833 RESOLUTE RD
KNOXVILLE TN 37918


RONALD W NICKLES
11523 CORNELL AVE
TAYLOR MI 48180


RONNIE BLAIR
1655 YANKEETOWN RD
HAMERSVILLE OH 45130


RONNIE CASEBOLT
1607 NORTH BROOK DRIVE
LIMA OH 45805


RONNIE SLONE
11 SUMMER DR
PIPPA PASSES KY 41844


RONNIE STEVENS
412 CAGER BRANCH
HAROLD KY 41635


ROSE M COLLINS
2225 STONE GARDEN LANE
LEXINGTON KY 40513


ROSEMARY HIBBARD
407 VAN BURN ST
WAPAKONETA OH 45895


ROSIE M PRATT
132 SPRING BRANCH LN
VIPER KY 41774

ROUGE STEEL COMPANY


ROWE JR BILLY
PO BOX 3727
PIKEVILLE KY 41502


ROXIE FIELDS
681 PRIDMORE HOLLOW RD
HENDERSONVILLE NC 28739


ROY ADKINS
PO BOX 123
PIKEVILLE KY 41502


ROY CAMPBELL
BOX 22
COMBS KY 41729


ROY CAUDILL
164 GRANDVIEW DR
SHEPHERDSVILLE KY 40165


ROY D CORNETT
8219 MINORS LN LOT 273
LOUISVILLE KY 40219


ROY F LEWIS
6113 TROTTER RIDGE RD
SUMMERFIELD NC 27358


Royalties Plus


ROYALTY ESCROW GREENROWE
130 SCOTT AVE
PIKEVILLE KY 41501


RP COMBS LLC
PO DRAWER 31
PIKEVILLE KY 41502

RUBY MULLINS AMBURGEY
36 WELLINGTON DRIVE
HAMPTON VA 23666


RUDOLPH AND RHONDA BROCK
1071 PERKINS DR
HARRODSBURG KY 40330


RUSHIE RISNER
HC 61 BOX 762-A
SALYERSVILLE KY 41465


RUTH A MARTIN
1255 DRAGONFLY LANE
CHIPLEY FL 32428


RUTH ADAMS
134 OHIO ST
WHITESBURG KY 41858


RUTH B GRAY
3053 BONANZA DRIVE
LEXINGTON KY 40509


RUTH COX
PO BOX 1588
GRAYSON KY 41143


RUTH CRAWFORD
244 CRAWFORD LN
HAZARD KY 41701


RUTH HAYDON
1435 S E 15TH ST, #403
FT LAUDERDALE FL 33316


RUTH LITTLE
310 UPPER BOONE FORK
CAMPTON KY 41301


RUTH MAYNARD
4492 RIGHT FORK OF BRUSHY RD
VARNEY KY 41571

RUTHY JO PIGG


RYAN HAYDON
6732 DEER POND LN
PINELLAS PARK FL 33781


RYAN RILEY


S J SALLIE FARMS LLC
212 HUNTING CLUB ROAD
LOUISA KY 41230


S P DAVIDSON HEIRS
PO BOX 583
PIKEVILLE KY 41502


SALLY CASEBOLT EDWARDS MARGARET
7548 HINKLE ROAD
MIDDLETOWN OH 45042


SAM AND SHERRY COMBS
4197 LITTLE LEATHERWOOD CRK RD
CORNETTSVILLE KY 41731


SAMANTHA T WORKS
5290 W ROLLING VIEW PL
LECANTO FL 34461


SAMMY OR SHIRLEY HART
P O BOX 848
HINDMAN KY 41822


SAMUEL D SHANKEL
11245 RED SPRUCE DR
CHARLOTTE NC 28215


SAMUEL N PORTER
2782 BYRON DR
NORTH CANTON OH 44720

SAMUEL T ALCUS III
965 HARDING DR
NEW ORLEANS LA 70119


SANDRA ADAMS
PO BOX 153
JEREMIAH KY 41826


SANDRA ARCHER
8140 N HICKORY STREET APT 11-011
KANSAS CITY MO 64118-6421


SANDRA BACK
18 CLARK DR
JEREMIAH KY 41826


SANDRA M ROBBINS
1146 PARKWOOD AVE
YPSILANTI MI 48198


SANDRA OR AUBREY G JR BRANSON
10516 SUNSET CANYON DR
BAKERSFIELD CA 93311


SANDRA POTTER
PO BOX 623
CARRIE KY 41725


SANDRA S CAMPBELL
228 MAIN ST
LEWISVILLE TN 37777


SANDRA S DUNN
11237 RED SPRUCE DR
CHARLOTTE NC 28215


SANDRA S PERRY
114 N VEGA ST
ALHAMBRA CA 91801


SANDRA S SMITH

SANDY VALLEY GAS INC
PO BOX 565
BETSY LAYNE KY 41605


SARA NEASE
PO BOX 322
ERMINE KY 41815


SARAH E KAZEE


SARAH JEAN HALL
PO BOX 231
HI HAT KY 40636


SARAH K LOVEJOY STORY
8646 VISA PINE COURT
ORLANDO FL 32836


SARAH LYON
1045 BERKSHIRE LANE
RUSSELL KY 41169


SARAH RUSSELL
598 MARIMON AVENUE
HARRODSBURG KY 40330


SARAH SMITH
PO BOX 615
CARRIE KY 41725


SAUL BAKER
PO BOX 601304
SAN DIEGO CA 92160-1304


Scott-Gross Co., Inc.
PO Box 74008003
Chicago IL 60674-8003


SCOTTY PATRICK
5808 LEVIN LINKS CT
DUBLIN OH 43017

SCOTTY ROGERS
135 VITTITOW FORD RD
BOSTON KY 40107


SEAN G TOLAVER
156 DEER RUN DR
PARTRIDGE KY 40862


SEE C.F. III
495 WALBRIDGE ROAD
LOUISA KY 41230


SHADE BLAIR
16641 RD 143
CECIL OH 45821


SHANNA C OR DON L HOLLIDAY
PO BOX 799
HAZARD KY 41702


SHANNON ADAMS


SHANNON HOWARD
212 FOREST TRAIL
NICHOLASVILLE KY 40356


SHARON BLAIR


SHARON DOTSON
10019 ROUTE 632
PHELPS KY 41553


SHARON GROSS
355 CAUSEY RD
YEADDISS KY 41777


SHARON KAY HALL
205 FIELDS WAY E-3
PIKEVILLE KY 41501

SHARON RHODES
613 GRANADA WAY
CHARLESTON WV 25304


SHARRON FRANCIS
4350 CHICKERING LN
NASHVILLE TN 37215


SHASTA ROSE
280 OUTBACK LN
MOUNT ULLA NC 28125


SHAWN COMBS
PO BOX 4057
PIKEVILLE KY 41502


SHAWN M PORTER
1190 WARM SPRINGS LN
LAS CRUCES NM 88011


SHAWN WEBB
3511 POLLS CRK RD
SMILAX KY 41764


SHAWNA STEPP
110 BENNY MEADE ROAD
PIKEVILLE KY 41501


SHED, INC.
PO BOX 15
PIPPA PASSES KY 41844


SHEENA L WORKS


SHEILA W SMITH
4045 COLBY RD
WINCHESTER KY 40391


SHEILA WALTERS
2243 CYBELLE CT
MIAMISBURG OH 45342

SHEILA WILSON
3100 MAIN STREET
KANSAS CITY MO 64111


SHELBIANA RHEIN
3577 PRESTWICK CT
COLUMBUS OH 43220


SHELBY MULLINS
211 SKYLARK DR
WINCHESTER KY 40391


SHELIA A JANNEY
2659 DOGWOOD RIDGE ROAD
WHEELERSBURG OH 45694


SHELIA BLAIR YORK
1887 ROCK CREEK DRIVE
GROVE CITY OH 43123-1550


SHELLY R AMBURGEY
PO BOX 118
MOUSIE KY 41839


SHERRE L SOMMERS
912 CARRIAGE LN
MIAMISBURG OH 45342


SHERRI COTTER
9108 OLD COBBS FERRY RD
KNOXVILLE TN 37931


SHERRILLENE COLWELL
28 GRISTMILL COURT
PATASKALA OH 43062


SHERRY E COMBS
1070 COOPER DRIVE
LEXINGTON KY 40502


SHERRY HAFFNER
1945 SULFER LICK RD
NEW HOPE KY 40052

SHIGEMI FITZPATRICK
3208 MALON DRIVE
LEXINGTON KY 40513


SHIRL ADAMS
11 LOGAN FOX DR
PINE TOP KY 41834


SHIRLENE CASSIDY
189 CASSIDY DR
VANCLEVE KY 41385


SHIRLEY AND MATT FIELDS
PO BOX 736
WOOTON KY 41776


SHIRLEY CASEBOLT WOLVERTON
73 FROG HOLLOW TRAIL
LITTLE MOUNTAIN SC 29875


SHIRLEY D SILVEY
240 CLUBVIEW DR
PRATTVILLE AL 36067


SHIRLEY HELTON


SHIRLEY HOLDER
130 HOLLY THICKET RD
VIPER KY 41774


SHIRLEY M. MULLINS TRUST
23443 NEWCASTLE STREET
TAYLOR MI 48180-1706


SHIRLEY MORRIS
1344 BURNS RD
RADCLIFF KY 40160


SHYLA MEECE

SIPPLE OIL COMPANY INC
PO BOX 782
BEATTYVILLE KY 41311


SKINNER BERNICE, ADMIN ESTATE A NICKLES


Smith Oilfield Services
PO Box 615
Carrie KY 41725


SMOOT COAL LAND CORP
2201 BROADHEAD PLACE
LEXINGTON KY 40515


SOLOMON MADDEN
PO BOX 1711
HINDMAN KY 41822


SONJA ADAMS
PO BOX 296
BULAN KY 41722


SONJA GOLI
1020 EAGLEWOOD DRIVE
LAS VEGAS NV 89144


SONNIE LEMASTER


SOPHIE B ALLEN
900 VANDERPLOEG DR
CHESAPEAKE VA 23320


SOUTH BEVINS
130 TWIN AKERS ROAD
MIDDLESBORO KY 40965


SOUTH MILL OIL & GAS LLP
451 WOODLAKE WAY
LEXINGTON KY 40502

Speedway
PO Box 740587
Cincinnati OH 45274-0587


SPURLOCK BURL W II
42 SPURLOCK COURT
PRESTONSBURG KY 41653


SPURLOCK OPERATIONS, LLC
311 NORTH ARNOLD AVENUE
PRESTONSBURG KY 41653


SPURLOCK ROYALTY LLC
311 NORTH ARNOLD AVENUE
PRESTONSBURG KY 41653


SRIHARIRAO MALEMPATI
535 TRIMBLE LAKE COURT
ATLANTA GA 30342


STACHIE HANKINSON
12133 CR 224
CECIL OH 45821


STACY HALL
PO BOX 576
HAGER HILL KY 41222


STANLEY CASEBOLT
10170 E ESSES VILLAGE DRIVE
TUCSON AZ 85748


STANLEY COMBS IRREVOCABLE TRUST
PO BOX 34290
LOUISVILLE KY 40232


STANLEY D SHORT
1074 E EVERTON RD
CONNERSVILLE IN 47331


STAR TRANSPORT INC
PO BOX 450
DWARF KY 41739

STELLA BAKER


STEPHANIE STRICKER
13821 NEW MARKET ROAD
MARYSVILLE IN 47141


STEPHEN AMBURGEY
BOX 426
WHITESBURG KY 41858


STEPHEN AND SHERRI COMBS
PO BOX 555
WAYNESVILLE OH 45068


STEPHEN BELCHER
140 SPRUCE LANE
PIKEVILLE KY 41501


STEPHEN CASEBOLT
1751 STEWART ROAD
LIMA OH 45801


STEPHEN COMBS


STEPHEN H WHITAKER
PO BOX 251
GRAY HAWK KY 40434


STEPHEN K JUSTICE
PO BOX 54935
LEXINGTON KY 40509


STEPHEN LAWSON
236 MOSS CANIF BRANCH
PRESTONSBURG KY 41653


STEPHEN M FIELDS
2617 W TICONDEROGA DRIVE
MARION IN 46952-9261

STEPHEN SEE
7174 SIESTA STREET
NAVARRE FL 32566


STEPHEN TED ADAMS
350 BURTON HILL
LETCHER KY 41832


STEVE COMBS
PO DRAWER 31
PIKEVILLE KY 41502


STEVE DAWSON
PO BOX 261
MCDOWELL KY 41647


STEVE FITZPATRICK
610 FITZPATRICK RD
PRESTONSBURG KY 41653


STEVE HOWARD


STEVE MEADE
1870 BAHAMA RD
LEXINGTON KY 40509


STEVE PATRICK
231 VISTA DRIVE
HAZARD KY 41701


STEVE WALTERS
PO BOX 2409
PIKEVILLE KY 41502


STEVEN D BANKS
481 S MORGUE FORK
VANCLEVE KY 41385


STEVEN SCHOEW
1927 JUDES FERRY RD
POWHATAN VA 23139-6204

STEVIE SPEARS
15 BRICKLEY DRIVE
HAGERHILL KY 41222


STOKES BAIRD
PO BOX 218
MUNFORDVILLE KY 42765


STRATTON  FAMILY TRUST2
DONALD & EDITH STRATTON
7432 BERWICK COURT
ALEXANDRIA VA 22315


STUART G SMITH
333 MEADOW BRANCH ROAD
HINDMAN KY 41822


SUE OR RICHARD MOORE
3113  31st AVE SE
PUYALLUP WA 98374


SUMMER STREET 2 INC
291 SUMMER STREET
PIKEVILLE KY 41501


SUMMER STREET ENTERPRISES
130 SCOTT AVE
PIKEVILLE KY 41501


SUSAN C RATLIFF
PO BOX 742
WEST VAN LEAR KY 41268


SUSAN D KNORE
622 GLADES RD
MINFORD OH 45653


SUSAN K WILKIE
568 GAZEBO OVERLOOK
SEYMOUR TN 37865


SUSAN LIDDIC
715 SANTA CRUZ AVE
DAYTON OH 45410

SUSAN SMITH CARPENTER
814 DAISY DRIVE
WAPAKONETA OH 45895


SUSAN W MEADE
348 PIKE FLOYD HOLLOW
BETSY LAYNE KY 41605


SUZANNE L FALK
18 GRAFTON CIRCLE
MADISON WI 53716


Syncb/Ashley Homestore
c/o PO Box 965036
Orlando FL 32896


T A COMBS
PO BOX 3508
PIKEVILLE KY 41502


TAMARA A BAKO


TAMELA COLWELL
6109 BELFAST RD
GOSHEN OH 45122


TAMMIE R HURT
2800 CLAYS MILL ROAD
LEXINGTON KY 40503


TANYA R STOCKTON
21718 LONGWOOD
SAN ANTONIO TX 78259


TARA BAILEY
166 LAKE ROAD
WARESHOALS SC 29692


TCG INC
PO BOX 934
PRESTONSBURG KY 41653

TEDDY CLINTON WALLEN
PO BOX 258
LEBURN KY 41831


TEDDY COLLEY
PO BOX 2141
PIKEVILLE KY 41502


TEDDY DAY
2795 PREACHERSVILLE RD
STANFORD KY 40484


TEDI VAUGHAN
5100 US HWY 42 #832
LOUISVILLE KY 40241-6048


TERESA C MOUNTJOY
246 N 11TH ST
WILLIAMSBURG KY 40769


TERESA CHERVUS
139 CHESTNUT LANE
VERSAILLES KY 40383


TERESA J ALLEN
9339 MILE ROAD
NEW LEBANON OH 45345-9319


TERESA KLOEPPER
8955 N BASELINE ROAD
WAWAKA IN 46794


Teresa or Lawton Allen
156 Sizemore Rd
Minnie KY 41651


TERESA YARCH
4520 KINGSLEY DR
WARREN MI 48092


TERRY THORNSBERRY
PO BOX 1590
MARTIN KY 41649

TERRY V SMITH
71 POPLAR AVE.
HAZARD KY 41701


TETON CORPORATION
3638 N ST RD 7
MADISON IN 47250


TEX MITCHELL
42 MITCHELL DRIVE
HAROLD KY 41635


THE CRAWFORD PARTNERSHIP LLC
PO BOX 929
WHITESBURG KY 41858


THELMA BLACK
1130 WALLEYE ROAD
BONNEAU SC 29431


THELMA ELDRIDGE
PO BOX 1133
MAYNARDSVILLE TN 37807


THELMA GROSS
PO BOX 367
JACKSON KY 41339


THELMA MILES
250 NEASE HOLLOW RD
CUMBERLAND KY 40823


THEODORE SEXTON
8712 FILSON FIELDS COURT
LOUISVILLE KY 40219


THERESA OR LAWTON ALLEN
156 SIZEMORE RD
MINNIE KY 41651


THETFORD H CALLAHAN
200 BIG RUN ROAD
LEXINGTON KY 40503

THOMAS ALLEN JR
7619 SUNSTONE DR
JONESBORO GA 30236


THOMAS E WILMES
1313 EAST COOPER DRIVE
LEXINGTON KY 40502


THOMAS GOODMAN JR


THOMAS J JONES
PO BOX 788
PRESTONSBURG KY 41653


THOMAS JORDAN


THOMAS N HALL
9481 KY RT 1428
MARTIN KY 41649


Thurman D. Ferrell
349 Big Lick Road
Salyersville KY 41465


TIFFANY D GASTON
5202 KAYLA BROOK
SAN ANTONIO TX 78251


TIFFANY KILBURN
PO BOX 812
WOOTON KY 41776


TILDEN FRIEND
260 MOSS LN
VENICE FL 34293


TIM HENSLEY
PO BOX 158
WOOTON KY 41776

TIM POTTER
794 MILLER BRANCH
JACKSON KY 41339


TIM POTTER
764 MILLER BRANCH
JACKSON KY 41339


TIMMY RATLIFF
266 YELLOW HILL ROAD
ELKHORN CITY KY 41522


TIMOTHY A REINHARDT


TIMOTHY B HAMILTON
10610 LAURIN COURT
UNION KY 41091


TIMOTHY CHRISTIAN
4649 HWY 1690
LOUISA KY 41230


TIMOTHY COLLINS


TIMOTHY H BOGGS
4570 S WHITE WAY
LITTLETON CO 80127


TIMOTHY L HANNAH
2832 MIDDLE FORK ROAD
HAGER HILL KY 41222


TINA MESSER OUSLEY
PO BOX 826
MARTIN KY 41649


TINKER PAGE
BOX 947
PIKEVILLE KY 41502

TIVIS BRANHAM
PO BOX 3279
PIKEVILLE KY 41502


TODD BRYAN
302 CRYSTAL FALLS COURT
JACKSONVILLE NC 28546


TODD FIELDS
154-B RACING ROAD
BLACKEY KY 41804


TODD MAYHORN
PO BOX 3035
PIKEVILLE KY 41502


TOLER & GREASY CREEK
PO BOX 38
HAROLD KY 41635


TOMMY SMITH
2381 HWY 7 S
JEREMIAH KY 41826


TOMMY STURGILL
1204 WEEPING WILLOW
WOODSTOCK GA 30188


TONY FIELDS
515 SOUTHERN OAKS RD
LONDON KY 40781


TOOSTER HALCOMB
202 SAUNDRA DRIVE
FORTVILLE IN 46040


TRACEY S WEINBERG
PO  BOX 66
HINDMAN KY 41822


TRACY HILL-ROBBINS
1301 SOUTHFIELD DR
LIGONIER IN 46767

TRACY L ADAMS
701 ARTHURS LOOP
JEREMIAH KY 41826


TRACY TURNER
5455 EAST HWY 550
GARNER KY 41817


TRANSPORTATION CABINET KY DEPT OF
200 MERO ST 6TH FL
FRANKFORT KY 40622


TRAVIS CARPENTER
1700 HICKORY RIDGE ROAD
WADDY KY 40076


TRAVIS E MILLER
PO BOX 775
PRESTONSBURG KY 41653


TRAVIS FRANCIS
48 VISTA DRIVE
HAZARD KY 41701


TRESSIE DANIELS


TROUBLESOME CREEK GAS
PO BOX 934
PRESTONSBURG KY 41653


Troublesome Creek Gas Corp
P O Box 934
Prestonsburg KY 41653


Troublesome Creek Gas Corp.
P O Box 934
Prestonsburg KY 41653


Troublesome Creek Gas Corporation
P O Box 934
Prestonsburg KY 41653

TROY HAMPTON
4223 ROSE MARIE RD
FRANKLIN OH 45005


TRUDY JOHNSON
845 MEADOWBROOK DR
LEXINGTON KY 40503


TRUDY K MORRIS
3910 39TH AVENUE WEST
BRADENTON FL 34205


TRUMAN MESSER
PO BOX 826
MARTIN KY 41649


TRUSTY MAC
189 TRUSTY LANE
VANCLEVE KY 41385


TYLER HAL HOBBS
3604 SUMMER BREEZE COURT
BOWLING GREEN KY 42104


TYLER L DAVIDSON
18 E CORNETT LN
CARRIE KY 41725


TYRA NEWMAN EVANS
785 SHRYOCK FERRY ROAD
VERSAILLES KY 40383


TYSON R PORTER
710 HORIZON VIEW DRIVE
LAS CRUCES NM 88011-8649


U.S. Bank N.A.
400 City Center
Oshkosh WI 54901


U.S. Environmental Protection Agency
Region 4, Atlanta Federal Center
61 Forsyth St
Atlanta GA 30303-8960

United Bank
500 Virginia Street East
Charleston WV 25392


University of Kentucky - K Fund
Lexington KY 40506


Unlimited Equipment Rental
PO Box 957
Prestonsburg KY 41653


US Bank
200 Gibraltar Rd Ste 200
Horsham PA 19044


US Bank Equipment Finance
1310 Madrid St., Ste. 106
Marshall MN 56258


US Bank, N.A.
4325 17th Ave S.W.
Fargo ND 58103


US Bank, N.A.
P O Box 64799
Saint Paul MN 55164-0799


VALERIA AMBURGEY
23 OBSERVATORY POINTE DR
WILDER KY 41076


VALERIA BOZEMAN
604 AUSTIN
CARTHAGE TX 75633-1630


VALERIE BARTLEY
116 CEDAR HILLS DR
PIKEVILLE KY 41501


VAN BREEDING
226 MEDICAL PLAZA LANE
WHITESBURG KY 41858

VERA L AMBURGEY
1998 DELICIOUS COURT
HEBRON KY 41048


VERNA M CORNETT
6900 HOPEFUL RD APT 359
FLORENCE KY 41042


VERNA MAE REED
PO BOX 36
MOUSIE KY 41839


VERNON REYNOLDS
130 SCOTT AVE
PIKEVILLE KY 41501


VERONCIA HARMON
36012 SERBIA SPRUCE DRIVE
DADE CITY FL 33525


VERONICA HALES
224 BOWLES PARK D-1
PIKEVILLE KY 41501


VICKI HOLLON
713 SPRING BRANCH ROAD
CAMPTON KY 41301


VICKI JOHNSON
750 SIOUX DR
EVANSTON WY 82930


VICKI SETZER
76 TEXAS AVE
WHITESBURG KY 41858


VICTOR CORNETT
78 WHITE WATER RD
PINETOP KY 41843


VICTOR STAMPER JR
1367 SCARLETT TRL
NEW SMYRNA BEACH FL 32168

VICTORIA BRITTAIN
8864 WEST STATE ROAD 56
LEXINGTON IN 47138


VICTORIA GIBSON RICE
PO BOX 882
CATLETTSBURG KY 41129


VICTORIA HUBBARD
865 TOPEKA DR
MT CARMEL TN 37645


VICTORIA NICKLES
PO BOX 213
PINE TOP KY 41843


VIOLA HOWARD
31 SPRAGUE RD
BEREA OH 44017


VIOLA LITTLE
333 PENCE BRANCH ROAD
CAMPTON KY 41301


VIOLET F REYNOLDS
3510 EASTON MEADOWS DRIVE #121
GARLAND TX 75043


VIRGINIA D ROE
1106 WILLOW RUN RD
OPELIKA AL 36801


VIRGINIA GAIL BLAIR
PO BOX 16
HOLTON IN 47023


VIRGINIA LONG
149 WILDCAT DR
RICHMOND KY 40475


VIRGINIA LYONS
3866 LONG GROVE LN
PORT ORANGE FL 32129

VIRGINIA RICE POA BETTY SUE COX
1560 SUNRISE BOULEVARD
MONROE MI 48162


VIRGINIA SLONE RICE
1560 SUNRISE BLVD
MONROE MI 48162


VIRGINIA STANLEY
PO BOX 403
PIKEVILLE KY 41502


VIVIAN CASEBOLT COMBS JANICE
216 MARINER POINT ROAD
LAFOLLETTE TN 37766


VIVIAN HANNAH


VIVIAN J NICKLES
PO BOX 154
IRVINGTON KY 40146


VIVIAN JENKINS
206 WANDERING WALK ROAD
LOWGAP NC 27024


VIVIAN RITCHIE
7612 HOME DRIVE
FISHERS IN 46038


VOLNEY B ALLEN
427 KY RT 680 W
EASTERN KY 41622


VON E HALL
3829 OLD FORGE ROAD
VIRGINIA BEACH VA 23452


VURL D LYKINS

W DALE HALCOMB
3828 THREE SPRINGS RD
BOWLING GREEN KY 42104


W H AND H B HARMON LIVING TRUST
3773 SANDHILL RD
PT PLEASANT WV 25550


WACO LAND COMPANY


WADE AND MELISSA BEVINS
130 TWIN ACRES
MIDDLESBORO KY 40965


WALBRIDGE HOLDINGS LLC
655 NORTH 12TH STREET
GRAND JUNCTION CO 81501


WALLACE CONLEY
PO BOX 261
STAFFORDSVILLE KY 41256


WALT TURNER
1477 WICKS BRANCH
VIPER KY 41774


WALTER J CASPER
212 S WILLIAMS ST APT 1
PAULDING OH 45879


WALTER W HOLBROOK
1543 FLORENCE AVE
IRONTON OH 45638


WALTUST REYNOLDS
51 DARK HOLLOW
GRETHEL KY 41631


WANDA CORNETT
3819 WILDWOOD DR
MARION IN 46952

WANDA HALL
544 MARKET ST
CHARLESTOWN IN 47111


WANDA HALL ANTHONY
1624 POWER PLANT PKWY
HAMPTON VA 23666


WANDA RILEY
PO BOX 772
FRANKLIN OH 45005


WANDA STEVENS
412 CAGER BRANCH
HAROLD KY 41635


WANDA WILSON
517 MOUNT PLEASANT STREET
GREENSBURG PA 15601


WANDA WOOD
12644 BONE CAMP ROAD
NORTHPORT AL 35475


WAYNE AND JANICE WARD
PO BOX 123
SHAWNEE OH 43782


Wells Fargo
PO Box 10306
Des Moines IA 50306-0306


WENDELL HOLMES
424 PEAR STREET
HAZARD KY 41701


WENDY HIDALGO
10964 ADARE DRIVE
FAIRFAX VA 22032


WESLEY B REYNOLDS
3260 BENNETT SCHOOLHOUSE RD
WHEELERSBURG OH 45694

WEX Bank
PO Box 6293
Carol Stream IL 60197-6293

WH HARMON AND HB HARMON LVG TRST
3773 SANDHILL RD
PT PLEASANT WV 25550

WHIT ENERGY, LLC
PO BOX 4370
SEVIERVILLE TN 37864

WHITE BONDS INC
1428 NORTH HALIFAX AVE
DAYTONA BEACH FL 32118

WHITLEY DELMAR
1026 HWY 134
HAZEL GREEN KY 41332

WHITNEY SIRVENT
3574 W HWY 501
CONWAY SC 29526

WILL GREEN
6297 HIGHWAY 1690
LOUISA KY 41230

WILLARD RAYMOND NEWMAN
342 MONTGOMERY ROAD
LANCING TN 37770

WILLIAM A MALONEY
2937 W MISSIONWOOD CRL
MIRAMAR FL 33075

WILLIAM AND BLANCHE BACK
PO BOX 979
JACKSON KY 41339

WILLIAM AND HELEN LOFT
PO BOX 984
CAMARILLO CA 93011

WILLIAM AND MARY JOHNSON
107 HEMLOCK LANE
GEORGETOWN KY 40324


WILLIAM C RATLIFF
PO BOX 1560
PIKEVILLE KY 41502


WILLIAM CARPENTER III


WILLIAM D GRAHAM
2308 HOLLY ROAD
CAMPTON KY 41301


WILLIAM D SMITH JR
PO BOX 9
BARSTOW CA 92312


WILLIAM DAVID
1117 SHAWHAN ROAD
MORROW OH 45152-9696


WILLIAM DAVID MURDOCK


WILLIAM DIRK SMITH TRUST
116 CEDAR HILLS DR
PIKEVILLE KY 41501


WILLIAM DIXON
1601 DUTCHMAN CREEK RD
TAYLORSVILLE KY 40071


WILLIAM E ELLIOTT III
1780 Floyd Street
SARASOTA FL 34239


WILLIAM G BERSAGLIA
21282 MEADOW LANE
SUNMAN IN 47041

WILLIAM GRAHAM
2308 HOLLY ROAD
CAMPTON KY 41301


WILLIAM H PORTER
1404 WINNS BRANCH RD
PIKEVILLE KY 41501


WILLIAM J BENTLEY
230 SPRINGHILL RD
SEYMOUR IN 47274


WILLIAM J COMBS
4591 WESTOVER PLACE
MORRISTOWN TN 37813


WILLIAM J LOSEY
7700 W US HWY 50
NORTH VERNON IN 47265


WILLIAM MAYNARD
3134 HALF CIRCLE ROAD
NORCO CA 92860


WILLIAM R AND MARY JOHNSON
107 HEMLOCK LANE
GEORGETOWN KY 40324


WILLIAM REED GRAHAM
2308 HOLLY ROAD
CAMPTON KY 41301


WILLIAM RUNNELS
121 SIERRA TRL
MOREHEAD KY 40351


WILLIAM RUSSELL ROBERTS
3326 LONGBRANCH DRIVE
FALLS CHURCH VA 22041


WILLIAM S KENDRICK
3224 BEAUMONT CTR CRL
LEXINGTON KY 40513

WILLIAM S SMITH
21387 COUNTY ROAD D
ARCHBOLD OH 43502


WILLIAM SMITH
3184 GERRARD AVE
INDIANAPOLIS IN 46224


WILLIAM SPEARS


WILLIAM WEINBERG
PO BOX 1318
HINDMAN KY 41822


WILLIE KAZEE
6430 OAKHURST PLACE
DAYTON OH 45414


WILLIS AND LULA WELLS
PO BOX 103
SMILAX KY 41764


WILLIS CHAFFIN
163 CHAPEL ROAD
LOUISA KY 41230


WILLIS D NEWMAN
PO BOX 241
HI HAT KY 41636


WILLIS STRONG
PO BOX 7
DWARF KY 41739


WILLLIAM AND BLANCHE BACK
PO BOX 979
JACKSON KY 41339


WILMA CORNETT
540 S ORCHARD ST.
KENDALLVILLE IN 46755

WILMA F HOLLON
PO BOX 41
501 NORTH BROADWAY
BLANCHESTER OH 45107


WILMA HUGHES
PO BOX 227
LITT CARR KY 41834


WILMA J SWOPE
1334 RED LICK ROAD
BEREA KY 40403


WILMA JAYNE


WILMA MCMACKIN


WINIFRED HAYEK
105 HATTON PLACE
GLEN MILLS PA 19342


WINIFRED SEXTON
7761 W COUNTY RD 200 S
FARMLAND IN 47340


Workman, Larry
781 Sorwood Drive
Louisa KY 41230


WYATT A GARRED
704 RUTGERS PLACE
SUN CITY CENTER FL 33573


WYATT H AMBURGEY
PO BOX 152
PINETOP KY 41843


YVONNE CORNETT
PO BOX 726
HINDMAN KY 41822

YVONNE FAIR
PO BOX 751
HINDMAN KY 41822


YVONNE PRATT
228 FRANCIS HOLLOW RD
HINDMAN KY 41822


YVONNE TURNER
PO BOX 514
MAUGANSVILLE MD 21767


ZALIE COMBS
PO BOX 57
MOUSIE KY 41839


ZEPHIE REED


ZIEGLER JAY/TRUSTEE ZIEGLER TRUST
1115 RIVIERA DRIVE
PASADENA CA 91107


ZOLA K STACY
PO BOX 1204
HAZARD KY 41702

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

### Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy