UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

| | |
|---|---|
| CHARLES R. BRADLEY | CASE NO. 16-70693 |
| D/B/A BASIN ENERGY COMPANY | |
| | |
| TROUBLESOME CREEK GAS CORPORATION | CASE NO. 16-70692 |
| | |
| DEBTORS AND DEBTORS IN POSSESSION | CHAPTER 11 |

**ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

This matter having come on for hearing before the Court on the Debtors' Expedited Motion for an Order Approving Joint Administration of the Chapter 11 Cases (the "Motion") filed in the above-captioned cases by Charles R. Bradley d/b/a Basin Energy Company and Troublesome Creek Gas Corporation (collectively, the "Debtors"); the Debtors having requested entry of an order authorizing the joint administration of their Chapter 11 cases pursuant to Fed. R. Bankr. P. 1015(b) for procedural purposes, determining that the proposed caption satisfies the requirement of 11 U.S.C. § 342(c)(1), and requiring an appropriate docket entry on the docket of each Debtor's case; the Court having reviewed the Motion; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to Fed. R. Bankr. P. 1015(b), (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of the Motion was sufficient under the circumstances, and (d) good and sufficient cause exists for granting the Motion; and it appearing that joint administration of the Debtors' cases will be in the best interest of the Debtors' creditors and Estates, and will further economic and efficient administration of these cases; and no objections to the Motion having been filed or any timely objections being hereby overruled, and

the Court having reviewed the record and being otherwise sufficiently advised; and having considered same;

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED.

2. The above-captioned Chapter 11 bankruptcy cases (the "Bankruptcy Cases") shall be jointly administered by the Court.

3. The caption of the jointly-administered Bankruptcy Cases for any matter before this Court which relates to each or any of the Debtors' respective Chapter 11 cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| CHARLES R. BRADLEY<br>D/B/A BASIN ENERGY COMPANY, *et. al.* | CASE NO. 16-70693 |
| DEBTORS IN POSSESSION | JOINTLY ADMINISTERED |

4. A docket entry shall be entered in each of the above-captioned cases in substantially the form as follows:

> An order has been entered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of the chapter 11 cases of Charles R. Bradley, d/b/a Basin Energy Co., Case No. 16-70693, and Troublesome Creek Gas Corporation, Case No. 16-70692.  **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in Case No. 16-70693.**

5. All future pleadings in the Bankruptcy Cases shall be filed in the lead case of Charles R. Bradley d/b/a Basin Energy Company, Case No. 16-70693, except that separate operating reports shall be filed in each of the separate Bankruptcy Case records.

6. The consolidation of these Chapter 11 cases is for administrative purposes only and is not substantive consolidation of the Debtors' respective Chapter 11 status.

7. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon, Esq.
KY Bar No. 40104
Sara Johnston, Esq.
KY Bar No. 96769
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
dlangdon@dlgfirm.com
sjohnston@dlgfirm.com
COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION
(UNDER PENDING APPLICATION)

**Pursuant to KYEB LBR 9022-1(b), tendering counsel shall cause a copy of this Order to be served on all parties listed on the proposed Master Service List and shall file a certificate of service stating the names, manner and date of service within 7 days of the entry hereof.**

\Pleadings\Jt Admin Ord 20161019.doc

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Tuesday, October 25, 2016
(tnw)